UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-----------------------------------------------------------------x

TIMOTHY KARCHER, ALESIA KARCHER,  :
A.K., a minor, AUDREY KARCHER, ANNA  :
KARCHER, TRACIE ARSIAGA, SYLVIA  :
MACIAS, GILBERT ARSIAGA, JR., GEORGE  :
ARSIAGA, MATTHEW ARSIAGA, ANGEL  :
MUNOZ, ROBI ANN GALINDO, PATRICIA  :
ARSIAGA FOR THE ESTATE OF JEREMY  :
ARSIAGA, CEDRIC HUNT, SR., BRIAN  :
NEUMAN, ERIKA NEUMAN, ROBERT  :
BARTLETT, TERREL CHARLES BARTLETT,  :
LINDA JONES, SHAWN BARTLETT,  :
RAYMOND MONTGOMERY, PATRICIA  :
MONTGOMERY, BRYAN MONTGOMERY,  :
TONY WOOD, JOEDI WOOD, ADAM WOOD,  :
MEGAN WOOD, LISA RAMACI, ISABELL  :
VINCENT, CHARLES VINCENT, LISA  :
RAMACI FOR THE ESTATE OF STEVEN  :
VINCENT, GWENDOLYN MORIN-MARENTES :
E.M., a minor, AUDREY MORIN, STEVE  :
MORIN, SR., GWENDOLYN MORIN-  :
MARENTES FOR THE ESTATE OF STEVE  :
MORIN, JR., AMY LYNN ROBINSON, FLOYD  :
BURTON ROBINSON, JACOB MICHAEL  :
ROBINSON, LUCAS WILLIAM ROBINSON,  :
AMY LYNN ROBINSON AND FLOYD  :
BURTON ROBINSON FOR THE ESTATE OF  :
JEREMIAH ROBINSON, DEBORAH NOBLE,  :
DAVID NOBLE, CHARLES E. MATHENY, III,  :
DEBORAH NOBLE FOR THE ESTATE OF  :
CHARLES E. MATHENY, IV, PATRICK FARR,  :
SILVER FARR, CARROL ALDERETE,  :
ANTHONY ALDERETE, CHAD FARR,  :
PATRICK FARR FOR THE ESTATE OF CLAY  :
P. FARR, RAYANNE HUNTER, W.H., a minor,  :
T.H., a minor, RAYANNE HUNTER FOR THE  :
ESTATE OF WESLEY HUNTER, FABERSHA  :
FLYNT LEWIS, LORENZO SANDOVAL, SR.,  :
LORENZO SANDOVAL, SR. FOR THE ESTATE :
OF ISRAEL DEVORA-GARCIA, LORENZO  :
SANDOVAL, JR., H. JOSEPH BANDHOLD,  :
DONALD C. BANDHOLD, ERIK ROBERTS,  :
E.C.R., a minor, ROBIN ROBERTS, JAMES  :
CRAIG ROBERTS, CARA ROBERTS, COLIN  :
ROBERTS, NANETTE SAENZ, JUAN SAENZ,  :

**COMPLAINT**
**JURY TRIAL DEMANDED**

NANETTE SAENZ FOR THE ESTATE OF           :
CARLOS N. SAENZ, JOHN VACHO, ASHLEY       :
VACHO LESLIE, JOHN VACHO FOR THE          :
ESTATE OF CAROL VACHO, JOHN VACHO         :
FOR THE ESTATE OF NATHAN J. VACHO,        :
JEANETTE WEST, SHELBY WEST, JEANETTE      :
WEST FOR THE ESTATE OF ROBERT H.          :
WEST, DONNA ENGEMAN, DONNA                :
ENGEMAN FOR THE ESTATE OF JOHN W.         :
ENGEMAN, SUZZETTEE LAWSON,                :
C.L., a minor,  SUZZETTEE LAWSON FOR THE  :
ESTATE OF ISAAC S. LAWSON, JUDY ANN       :
CRABTREE, RONALD WAYNE CRABTREE,          :
DEBRA WIGBELS, RONALD WILLIAM             :
CRABTREE, JUDY HUENINK, SEAN SLAVEN,      :
CHASTITY DAWN LAFLIN, NICOLE              :
LANDON, MISTI FISHER, JUDY HUENINK        :
FOR THE ESTATE OF BENJAMIN J. SLAVEN,     :
FRED FRIGO, LYNN FOREHAND, LANCE          :
HAUPT, RHONDA HAUPT, TIFANY HAUPT         :
THOMPSON, SABRINA CUMBE, HARRY            :
RILEY BOCK, JILL ANN BOCK, MARIAH         :
SIMONEAUX, LAWRENCE KRUGER, CAROL         :
KRUGER, DOUGLAS KRUGER, KRISTY            :
KRUGER, DAVID W. HAINES, DAWN HAINES,     :
C.H., a minor, MACKENZIE HAINES,          :
SANGSOON KIM, SEOP (STEVE) KIM,           :
MICHELLE KIM, SEOP (STEVE) KIM FOR        :
THE ESTATE OF JANG HO KIM, HELEN          :
FRASER, RICHARD FRASER, RICHARD           :
FRASER FOR THE ESTATE OF DAVID M.         :
FRASER, TRICIA ENGLISH, N.W.E., a minor,  :
N.C.E., a minor, A.S.E., a minor, TODD DAILY :
FOR THE ESTATE OF SHAWN L. ENGLISH,       :
PHILIP S. FORD, LINDA GIBSON, JOHN        :
GIBSON, STEPHANIE GIBSON WEBSTER,         :
SEAN ELLIOTT, TRAVIS GIBSON, DENISE       :
VENNIX, CHRIS BLOHM, KIANA BLOHM,         :
JEREMY BLOHM, JAMES SMITH, MEGAN          :
SMITH, JOANNE GUTCHER, CHARLOTTE          :
FREEMAN, KATHLEEN SNYDER, RANDOLPH        :
FREEMAN, G.F., a minor, I.F., a minor,    :
CHARLOTTE FREEMAN FOR THE ESTATE OF       :
BRIAN S. FREEMAN, SHANNON MILLICAN,       :
MITCHELL MILLICAN, SHANNON MILLICAN       :
FOR THE ESTATE OF JOHNATHON M.            :
MILLICAN, BILLY WALLACE, STEFANIE         :

WALLACE, D.W., a minor, C.W., a minor,  :
A.W., a minor, EVAN KIRBY, JOHNNY  :
WASHBURN, MARVIN THORNSBERRY,  :
CYNTHIA THORNSBERRY, A.B., a minor,  :
M.T., a minor, N.T., a minor, L.T., a minor,  :
TRACY ANDERSON, JEFFREY ANDERSON, :
ANASTASIA FULLER, A.F., a minor,  :
ANASTASIA FULLER FOR THE ESTATE OF :
ALEXANDER H. FULLER, ANNE F. HARRIS, :
PAUL D. HARRIS, HYUNJUNG GLAWSON, :
YOLANDA M. BROOKS, CURTIS GLAWSON, :
SR., KIERRA GLAWSON, CORTEZ GLAWSON, :
RYAN SABINISH, R.J.S., a minor, S.J.S., a minor, :
ANN CHRISTOPHER, ANN CHRISTOPHER :
FOR THE ESTATE OF KWESI CHRISTOPHER, :
NANCY FUENTES, NANCY FUENTES FOR :
THE ESTATE OF DANIEL A. FUENTES, :
ARMANDO FUENTES, JULIO FUENTES, :
T.F, a minor, EMMA MCGARRY ON BEHALF :
OF D.J.F., a minor, SCOTT LILLEY, FRANK :
LILLEY, JOLENE LILLEY, MATTHEW :
LILLEY, AVA TOMSON, RICHARD TOMSON, :
BRADLEY STARCEVICH, GLENDA :
STARCEVICH, ARIANA REYES, TRENTON :
STARCEVICH, SAMANTHA TOMSON, :
ANDREW TOMSON, AVA TOMSON FOR THE :
ESTATE OF LUCAS V. STARCEVICH, KAREN :
FUNCHEON, ROBERT FUNCHEON, KAREN :
FUNCHEON FOR THE ESTATE OF :
ALEXANDER J. FUNCHEON, HOLLY :
BURSON-GILPIN, HOLLY BURSON-GILPIN :
FOR THE ESTATE OF JEROME POTTER, :
NANCY UMBRELL, MARK UMBRELL, :
NANCY UMBRELL AND MARK UMBRELL :
FOR THE ESTATE OF COLBY J. UMBRELL, :
DAN DIXON, DAN DIXON FOR THE ESTATE :
OF ILENE DIXON, DAN DIXON FOR THE :
ESTATE OF ROBERT J. DIXON, REBECCA J. :
OLIVER, DANIEL C. OLIVER, SHELLEY ANN :
SMITH, WILLIAM FARRAR, SR., WILLIAM :
FARRAR, SR. FOR THE ESTATE OF WILLIAM :
A. FARRAR, TONYA K. DRESSLER, ARDITH :
CECIL DRESSLER, MELISSA DRESSLER, :
ELIZABETH BROWN, ELIZABETH BROWN :
FOR THE ESTATE OF JOSHUA D. BROWN, :
DANIELLE SWEET, A.B., a minor, G.B., a minor, :
DANIELLE SWEET FOR THE ESTATE OF :

RYAN A. BALMER, DONNA KUGLICS, LES          :
KUGLICS, EMILY ADAMS, DONNA KUGLICS         :
FOR THE ESTATE OF MATTHEW J. KUGLICS,       :
SCOTT HOOD, FLORA HOOD, STEPHANIE           :
HOWARD, DIXIE FLAGG, C.F., A MINOR,         :
WILLIAM PARKER, MEGHAN PARKER-              :
CROCKETT, SYLVIA JOHNSON SPENCER,           :
RAYMOND NIGEL SPENCER, SR., AMANDA          :
B. ADAIR, JOHN D. LAMIE, DONNA LEWIS,       :
J.L., a minor, J.L., a minor, G.L., a minor, JEAN :
MARIANO, KATHERINE MCRILL-FELLINI,          :
BRETT COKE, BRIAN COKE, PAULA C.            :
BOBB-MILES, JOHNNY JAVIER MILES, SR.,       :
J.J.M., JR., a minor, RACQUEL ARNAE BOBB    :
MILES, PAULA C. BOBB-MILES FOR THE          :
ESTATE OF BRANDON K. BOBB, URSULA           :
ANN JOSHUA, TAMMY VANDERWAAL,               :
A.L.R., a minor, ASHLEY GUDRIDGE            :
HOUPPERT, MARION CRIMENS, TIMOTHY           :
W. ELLEDGE, CHRISTOPHER LEVI, ERIC          :
LEVI, DEBRA LEVI, EMILY LEVI, KIMBERLY      :
VESEY, BRENDA HABSIEGER, MICHAEL            :
HABSIEGER, JACOB MICHAEL HABSIEGER,         :
KELLI D. HAKE, DENICE YORK,  RUSSEL         :
YORK, JILL HAKE, PETER HAKE,                :
G.H., a minor, ZACHARY HAKE, KERI HAKE,     :
SKYLAR HAKE, KELLI D. HAKE FOR THE          :
ESTATE OF CHRISTOPHER M. HAKE, MARIA        :
E. CALLE, CYNTHIA DELGADO, CYNTHIA          :
DELGADO FOR THE ESTATE OF GEORGE            :
DELGADO, KIM MILLER, MICHAEL J.             :
MILLER, WALTER BAILEY, CASSANDRA            :
BAILEY, KACEY GILMORE, TERRELL              :
GILMORE, JR., KYNESHA DHANOOLAL,            :
MERLESE PICKETT, HARRY CROMITY,             :
RACHEL M. GILLETTE, REBEKAH SCOTT,          :
LEONARD WOLFER, ESTHER WOLFER,              :
PATRICIA SMITH, MICHAEL SMITH,              :
JACQUELINE A. SMITH, DAVID HARTLEY,         :
DAVID HARTLEY FOR THE ESTATE OF             :
JEFFERY HARTLEY, ALLEN SWINTON,             :
TEMIKA SWINTON, T.S., a minor, T.S., a minor, :
T.B., a minor, LINDA  PRITCHETT, MARY       :
JANE VANDEGRIFT, JOHN VANDEGRIFT,           :
JOHN VANDEGRIFT FOR THE ESTATE OF           :
MATTHEW R. VANDEGRIFT, PAM MARION,          :
DONNIE MARION, ADRIAN MCCANN, DON           :

JASON STONE, PAULA MENKE, DANIEL         :
MENKE, MATTHEW MENKE, NICHOLE            :
LOHRING, ROSEMARIE ALFONSO,              :
K.B., a minor, CHARLES JAMES SHAFFER,    :
CHARLES L. SHAFFER, JR., MICHELLE        :
BENAVIDEZ, DANIEL BENAVIDEZ, III,        :
CHRISTINA BIEDERMAN, DANIEL              :
BENAVIDEZ, JR., JENNIFER MORMAN,         :
MICHELLE BENAVIDEZ FOR THE ESTATE        :
OF KENNITH W. MAYNE, CHRISTOPHER         :
MILLER, ANGIE JACKSON, KAYTRINA          :
JACKSON, S.J., a minor, TONY GONZALES,   :
MARLYNN GONZALES, TAMARA RUNZEL,         :
MEGAN PEOPLE, SHAULA SHAFFER, KARI       :
CAROSELLA, GREGORY BAUER, ROBERTO        :
ANDRADE, SR., THERESA DAVIS, RHONDA      :
KEMPER, ROBERT CANINE, JANET JONES,      :
CALVIN CANINE, JAMES CANINE, LINDA       :
DAVID, MICHAEL DAVID, CHRISTOPHER        :
DAVID, LINDA DAVID FOR THE ESTATE OF     :
TIMOTHY A. DAVID, KENNETH J. DREVNICK,:
MEGAN MARIE RICE, R.N.R, a minor, TONYA  :
LOTTO, JERRY L. MYERS, JEFFREY D. PRICE, :
MEGAN MARIE RICE FOR THE ESTATE OF       :
ZACHARY T. MYERS, CASSIE COLLINS,        :
DEBBIE SMITH, JAMES SMITH, CORY SMITH, :
CHRISTINA SMITH, NICHOLAS BAUMHOER,  :
GEORGE D. WHITE, NATALIA WHITE,          :
K.W., a minor, GEORGE J. WHITE, EDNA LUZ :
BURGOS, JOHN MCCULLY, STEPHANIE          :
MCCULLY, T.M., a minor, R.M., a minor,   :
B.D., a minor, THERESA HART, WAYNE       :
NEWBY, NATHAN NEWBY, VERONICA            :
HICKMAN, DAVID EUGENE HICKMAN, and       :
DEVON FLETCHER HICKMAN,                  :
                                         :
              Plaintiffs,                :
                                         :
      -against-                          :
                                         :
ISLAMIC REPUBLIC OF IRAN,                :
                                         :
              Defendant.                 :
--------------------------------------------------------------x

## I.    NATURE OF THE ACTION

1.      This is a civil action pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A (hereinafter "FSIA") for wrongful death, personal injury and related torts, by the estates and families of United States nationals and/or members of the U.S. armed forces (as defined in 10 U.S.C. § 101) who were killed or injured by Iran and/or its agents in Iraq from 2004 to 2011.

2.      Iran's aforementioned agents included the U.S.-designated Foreign Terrorist Organization (as that term is defined in 8 U.S.C. § 1189 of the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA")) Hezbollah; the Islamic Revolutionary Guard Corps ("IRGC"), whose subdivision known as the Islamic Revolutionary Guard Corps-Qods Force ("IRGC-QF") is a U.S.-designated Specially Designated Global Terrorist; and other terrorist agents that included a litany of Iraqi Shi'a terror groups referred to herein collectively as "Special Groups."

3.      The United States officially designated Iran a State Sponsor of Terrorism on January 19, 1984, pursuant to § 6(j) of the Export Administration Act, § 40 of the Arms Export Control Act, and § 620A of the Foreign Assistance Act.

4.      The United States designated Hezbollah a Specially Designated Terrorist on January 25, 1995. Hezbollah was designated a Foreign Terrorist Organization by the United States on October 8, 1997, and it has retained that designation since that time. Hezbollah was designated a Specially Designated Global Terrorist by the United States on October 31, 2001, pursuant to E.O. 13224.

## II.    JURISDICTION AND VENUE

5.      This Court has jurisdiction over this matter and over the Defendant pursuant to 28 U.S.C. §§ 1330(a), 1330(b), 1331, 1332(a)(2) and 1605A(a)(1), which create subject-matter and personal jurisdiction for civil actions for wrongful death and personal injury against State

Sponsors of Terrorism and their officials, employees and agents.

6.      28 U.S.C. § 1605A(c) provides a federal private right of action against a foreign state that is or was a State Sponsor of Terrorism, and also against any official, employee or agent of that foreign state while acting within the scope of his or her office, employment or agency, for wrongful death, personal injury and related torts.

7.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(f).

## III.   **THE DEFENDANT**

8.      At all times relevant to this Complaint, Defendant Iran is and was a foreign state within the meaning of 28 U.S.C. § 1603 and designated a State Sponsor of Terrorism pursuant to § 6(j) of the Export Administration Act of 1979 (50 U.S.C. App. § 2405(j)).

9.      Iran provided material support and resources for the commission of acts of extrajudicial killing, within the meaning of 28 U.S.C. § 1605A, including the terrorist attacks in which Plaintiffs were killed, injured or maimed, and performed actions that caused the terrorist attacks and the harm to the Plaintiffs herein.

10.     The Government of Iran is politically and ideologically hostile to the United States and its allies, and has consistently provided material support for acts of international terrorism, including extrajudicial killings, torture and hostage takings, particularly through its Islamic Revolutionary Guard Corps and its (Iran's) Lebanese proxy, Hezbollah.

11.     The Islamic Revolutionary Guard Corps ("IRGC") is nominally comprised of five branches (Ground Forces, Air Force, Navy, Basij militia, and Qods Force special operations ("IRGC-QF")) in addition to a counterintelligence directorate and representatives of the Supreme Leader. Several of the IRGC's leaders have been sanctioned under U.N. Security Council Resolution 1747.

12.     According to the U.S. State Department's 2005 Country Reports on Terrorism: "[t]he IRGC was increasingly involved in supplying lethal assistance to Iraqi militant groups, which destabilizes Iraq … Senior Iraqi officials have publicly expressed concern over Iranian interference in Iraq, and there were reports that Iran provided funding, safe passage, and arms to insurgent elements."

13.     The IRGC-QF's "Department 2000" manages Iran's relationship with Hezbollah, which includes the flow of some of Iran's most sophisticated weapon systems, including military grade Explosively Formed Penetrators ("EFPs"), anti-tank guided missiles, and various rockets, such as the Fajr-5.

14.     Explosively Formed Penetrators were used to injure and kill Plaintiffs. Such bombs are sometimes inaccurately called "improvised explosive devices" ("IEDs"); in reality, the Explosively Formed Penetrators were not "improvised" but professionally manufactured and specifically designed by Iran and its agents to target U.S. and Coalition Forces' armor.

15.     In October 2007, the IRGC-QF was designated a Specially Designated Global Terrorist ("SDGT") pursuant to E.O. 13324 for its terrorism-related activities. The U.S. Treasury Department's press release announcing the designation noted that:

> The Qods Force has had a long history of supporting Hezbollah [sic]'s military, paramilitary, and terrorist activities, providing it with guidance, funding, weapons, intelligence, and logistical support. The Qods Force operates training camps for Hezbollah [sic] in Lebanon's Bekaa Valley and has reportedly trained more than 3,000 Hezbollah [sic] fighters at IRGC training facilities in Iran. The Qods Force provides roughly $100 to $200 million in funding a year to Hezbollah [sic] and has assisted Hezbollah [sic] in rearming in violation of UN Security Council Resolution 1701.
>
> *In addition, the Qods Force provides lethal support in the form of weapons, training, funding, and guidance to select groups of Iraqi Shi'a militants who target and kill Coalition and Iraqi forces and innocent Iraqi civilians.* (Emphasis added.)

IV.    **IRAN'S MATERIAL SUPPORT TO ACTS OF TERRORISM IN IRAQ 2004-2011**

   A.    **ISLAMIC REVOLUTIONARY GUARD CORPS - QODS FORCE IN IRAQ**

16.    Even before the U.S. invasion of Iraq in 2003, the IRGC-QF had long cultivated ties to Shi'a opposition groups opposed to Saddam Hussein's brutal regime, including the Badr Corps that was headquartered in Iran throughout Iraq in the 1990s.

17.    During that time, the Badr Corps smuggled men and weapons into Iraq to conduct attacks against the Hussein regime.

18.    Before 2003, the Badr Corps served as Iran's most important surrogate inside Iraq, acting as a *de facto* arm of the IRGC-QF.

19.    After Saddam Hussein's overthrow in 2003, the Badr Corps renamed itself the Badr Organization, and many of its operatives joined the newly formed Iraqi security forces.

20.    Published reports indicate that thousands of members of the Badr Organization remained on the IRGC-QF payroll after 2004.

21.    Several senior Badr Corps operatives later emerged as key conduits for funneling weapons to Iranian proxies in Iraq from 2004-2011, including Abu Mustafa al-Sheibani, a key smuggler of deadly Iranian IEDs, and Jamal Ja'far Muhammad, a/k/a Abu Mahdi al-Muhandis (a.k.a. "The Engineer"), who later led Kata'ib Hezbollah (discussed further below).

22.    "Department 1000" of the IRGC-QF, known as the Ramezan Corps, was in charge of Iraq operations and remains the largest Qods Force command outside of Iran. It coordinated, armed and influenced the Badr Organization.

23.    Although the Badr Organization evolved into a major political organization with seats in the new Iraqi parliament, it also played a significant role in facilitating Special Groups operations in Iraq.

24.     A segment of senior Special Groups commanders such as Al-Muhandis are, or were, initially Badr Corps personnel.

25.     President Bush declared on May 1, 2003, that "major combat operations in Iraq have ended."

26.     On May 23, 2003, the Coalition Provisional Authority established as the interim government for Iraq disbanded the Iraqi military forces.

27.     The U.N. Security Council authorized the post-conflict occupation of Iraq by Coalition Forces in October 2003 to maintain "security and stability." S.C. Res. 1511, para. 13, U.N. Doc. S/RES/1511 (Oct. 16, 2003).

28.     Although U.S. policy (supported by U.N. Security Council resolutions) was to establish peace and stability in Iraq in the hopes of establishing a democratic government, Iran viewed the U.S. peacekeeping efforts in Iraq as a potential threat to its regime.

29.     Rather than engage in armed conflict with the U.S. or other Coalition Forces, Iran chose to undermine U.S. peacekeeping efforts by supporting terrorism and sectarian violence in Iraq.

30.     After 2003, the IRGC inserted hundreds of its Iranian-trained operatives into Iraq's state security organs (notably the Ministry of Interior intelligence structure) in part through its influence within the Badr Organization.

31.     In addition to its coordination with the Badr Organization, the Ramezan Corps also cultivated, armed, trained and supported several Shi'a terror groups in Iraq that the U.S. military later termed "Special Groups."

32.     Although a June 7, 2004 U.N. Security Council Resolution (S.C. Res. 1546, U.N. Doc. S/RES/1546) expressly assigned Coalition Forces in Iraq the task of helping Iraq "*by*

*preventing and deterring terrorism*," Iran set out to target Coalition Forces and force them out of Iraq.

33.     In sum, from October 16, 2003 onward, even though U.S. military personnel in Iraq were participants in an internationally recognized peace keeping mission, Iran embarked on a policy of terrorism, murder, kidnapping and torture to thwart those efforts.

34.     Iran opposed U.S. peacekeeping efforts and initiated acts of international terrorism against American military personnel, Coalition Forces and Iraqi citizens with the goals of destabilizing Iraq and increasing Iranian influence in that country.

35.     Iran, through its authorized agents and instrumentalities acting within the scope of their employment, agency and direction from Iran, provided material support and/or resources that facilitated acts of torture, extrajudicial killing and hostage taking that caused personal injury or death to more than one thousand Americans in Iraq.

36.     In particular, Iranian agents developed and cultivated Shi'a Special Groups, providing training in the use of Explosively Formed Penetrators, Improvised Rocket Assisted Munitions, rocket-propelled grenades, sniper fire and mortars and operational and computer security.

**B.     SHI'A "SPECIAL GROUPS"**

**1.     JAYSH AL MAHDI and the PROMISED DAY BRIGADES**

37.     Jaysh al Mahdi (the "Mahdi Army" or "JAM") was established by radical Shi'a cleric Muqtada al-Sadr in June 2003.

38.     Like the Badr Organization, it received support and training from the IRGC.

39.     On April 18, 2004 it led the first major armed confrontation against U.S.-led forces in Iraq from the Shi'a community.

40.     Jaysh al Mahdi was co-founded by Imad Mughniyah, one of Hezbollah's most senior commanders, acting under the direction of Iran.

41.     Jaysh al Mahdi expanded its territorial control of mixed or predominantly Shi'a neighborhoods and displaced or killed the local Sunni population. JAM was able to gain initial control in many of the neighborhoods surrounding Baghdad (including "Sadr City") by offering the Shi'a population protection and social services.

42.     Al-Sadr purportedly dissolved part of his militia after 2007, but he maintained a small group of Iranian-supported terrorists called the Promised Day Brigades to carry out attacks against Coalition Forces.

43.     The Promised Day Brigades received funding, training and weapons from the IRGC.

44.     The Promised Day Brigades actively targeted U.S. forces in an attempt to disrupt security operations and further destabilize Iraq. For example, on June 28, 2011 the Promised Day Brigades issued a statement claiming responsibility for 10 mortar and Katyusha rocket attacks against U.S. military convoys in which U.S. officials confirmed that three U.S. troops were killed.

## 2.     KATA'IB HEZBOLLAH

45.     For many years, Kata'ib Hezbollah functioned as Iran's go-to terrorist group in Iraq and received support from Lebanese Hezbollah, including training in weapons use; IED construction and operation; and sniper, rocket, and mortar attacks.

46.     Historically, Kata'ib Hezbollah operated mainly in Shi'a areas of Baghdad, such as Sadr City, and throughout the south.

47.     On June 24, 2009 the United States designated Kata'ib Hezbollah a Foreign

Terrorist Organization.

48.     The State Department's notice of Kata'ib Hezbollah's designation stated:

> The organization has been responsible for numerous violent terrorist attacks since 2007, including improvised explosive device bombings, rocket propelled grenade attacks, and sniper operations. Kata'ib Hezbollah [sic] also targeted the International Zone in Baghdad in a November 29, 2008 rocket attack that killed two UN workers. In addition, KH has threatened the lives of Iraqi politicians and civilians that support the legitimate political process in Iraq.

49.     Kata'ib Hezbollah was also simultaneously designated a Specially Designated Global Terrorist because it was "responsible for numerous terrorist acts against Iraqi, U.S., and other targets in Iraq since 2007."

50.     The Treasury Department's press release announcing Kata'ib Hezbollah's designation explained that Kata'ib Hezbollah had "committed, directed, supported, or posed a significant risk of committing acts of violence against Coalition and Iraqi Security Forces...."

51.     The press release also quoted then-Under Secretary for Terrorism and Financial Intelligence Stuart Levey as stating: "the IRGC-Qods Force provides lethal support to Kata'ib Hezbollah [sic] and other Iraqi Shia militia groups who target and kill Coalition and Iraqi Security Forces."

52.     The press release further reported that between March 2007 and June 2008, Kata'ib Hezbollah led a number of attacks against U.S. forces in Iraq, advising: "[a]s of 2008, Kata'ib Hezbollah [sic] was funded by the IRGC-Qods Force and received weapons training and support from Lebanon-based Hezbollah [sic]. In one instance, Hezbollah [sic] provided training-- to include building and planting IEDs and training in coordinating small and medium arms attacks, sniper attacks, mortar attacks, and rocket attacks--to Kata'ib Hezbollah [sic] members in Iran."

53.     Furthermore, the press release noted:

> Recordings made by Kata'ib Hezbollah [sic] for release to the public as propaganda videos further demonstrate that Kata'ib Hezbollah [sic] conducted attacks against Coalition Forces. In mid-August 2008, Coalition Forces seized four hard drives from a storage facility associated with a Kata'ib Hezbollah [sic] media facilitator. The four hard drives included approximately 1,200 videos showing Kata'ib Hezbollah [sic]'s sophisticated planning and attack tactics, techniques, and procedures, and Kata'ib Hezbollah's [sic] use of the most lethal weapons--including RPG-29s, IRAMs, and EFPs--against Coalition Forces in Iraq.

> One of the hard drives contained 35 attack videos edited with the Kata'ib Hezbollah [sic] logo in the top right corner. Additionally, between February and September 2008, Al-Manar in Beirut, Lebanon, broadcast several videos showing Kata'ib Hezbollah [sic] conducting multiple attacks against Coalition Forces in Iraq.

> Immediately preceding the Government of Iraq's approval of the United States-Iraq security agreement in late November 2008, Kata'ib Hezbollah [sic] posted a statement that the group would continue fighting Coalition Forces and threatened to conduct attacks against the Government of Iraq if it signed the security agreement with the United States.

54.     In 2008, the U.S. Department of Defense stated that Kata'ib Hezbollah, "also known as Hezbollah Brigades, is a terrorist group believed to receive funding, training, logistics and material support from Iran to attack Iraqi and coalition forces using what the military calls 'explosively formed penetrators' – roadside bombs designed to pierce armor-hulled vehicles – and other weapons such as rocket-assisted mortars."

55.     Kata'ib Hezbollah's leadership includes Abu Mahdi al-Muhandis (real name: Jamal al-Ibrahimi), a long-standing member of the Badr Organization who lived for many years in Iran.

56.     Al-Muhandis is wanted in Kuwait for his alleged role in the 1983 bombings of the American and French embassies in Kuwait City, as well as for his alleged involvement in the

assassination attempt on the Kuwaiti Emir in 1985.

57.     Al-Muhandis was designated a Specially Designated Global Terrorist in July 2009

on the same day Kata'ib Hezbollah was so designated. The press release noted:

> As of early 2007, al-Muhandis formed a Shia militia group
> employing instructors from Hezbollah [sic] to prepare this group
> and certain Jaysh al-Mahdi (JAM) Special Groups for attacks
> against Coalition Forces. The groups received training in guerilla
> warfare, handling bombs and explosives, and employing weapons-
> -to include missiles, mortars, and sniper rifles.  In another instance
> as of September 2007, al-Muhandis led networks that moved
> ammunition and weapons--to include explosively formed
> penetrators (EFPs)--from Iran to Iraq, distributing them to certain
> JAM militias to target Coalition Forces. As of mid-February 2007,
> al-Muhandis also ran a weapons smuggling network that moved
> sniper rifles through the Iran-Iraq border to Shia militias that
> targeted Coalition Forces.

> Al-Muhandis also provided logistical support for attacks against
> Iraqi Security Forces and Coalition Forces conducted by JAM
> Special Groups and certain Shia militias. In one instance, in April
> 2008, al-Muhandis facilitated the entry of trucks--containing
> mortars, Katyusha rockets, EFPs, and other explosive devices--
> from Iran to Iraq that were then delivered to JAM Special Groups
> in Sadr City, Baghdad. Additionally, al-Muhandis organized
> numerous weapons shipments to supply JAM Special Groups who
> were fighting Iraqi Security Forces in the Basrah and Maysan
> provinces during late March-early April 2008.

> In addition to facilitating weapons shipments to JAM Special
> Groups and certain Shia militias, al-Muhandis facilitated the
> movement and training of Iraq-based Shia militia members to
> prepare them to attack Coalition Forces. In one instance in
> November 2007, al-Muhandis sent JAM Special Groups members
> to Iran to undergo a training course in using sniper rifles. Upon
> completion of the training course, the JAM Special Groups
> members had planned to return to Iraq and carry out special
> operations against Coalition Forces. Additionally, in early March
> 2007, al-Muhandis sent certain Shia militia members to Iran for
> training in guerilla warfare, light arms, marksmanship, improvised
> explosive devices (IED) and anti-aircraft missiles to increase the
> combat ability of the militias to fight Coalition Forces.

> In addition to the reasons for which he is being designated today,

al-Muhandis participated in the bombing of Western embassies in Kuwait and the attempted assassination of the Emir of Kuwait in the early 1980s. Al-Muhandis was subsequently convicted in absentia by the Kuwaiti government for his role in the bombing and attempted assassination.

58.     In a July 2010 press briefing, U.S. General Ray Odierno described Kata'ib Hezbollah as "clearly connected to Iranian IRGC [Iranian Revolutionary Guard Corps]."

### 3.      ASA'IB AHL AL-HAQ ("LEAGUE OF THE RIGHTEOUS")

59.     Asa'ib Ahl al-Haq is a Shi'a Special Group supported by Hezbollah and the IRGC-QF that has conducted assassinations and operations against Iraqi civilians, Iraqi Security Forces and Coalition Forces.

60.     Asa'ib Ahl al-Haq was originally established by a follower of Muqtada al-Sadr named Qais al-Khazali.

61.     His brother, Laith Khazali, also helped lead the organization.

62.     Asa'ib Ahl al-Haq split from al-Sadr's Jaysh al Mahdi in 2006. Since that time, Asa'ib Ahl al-Haq conducted thousands of IED attacks against U.S. and Iraqi forces; targeted kidnappings of Westerners; launched rocket and mortar attacks on the U.S. Embassy; murdered American soldiers; and assassinated Iraqi officials.

63.     At all relevant times, Asa'ib Ahl al-Haq received significant funding, training and arms from Iran, and closely coordinated with Iran's IRGC-QF and Hezbollah.

64.     In particular, Lebanese Hezbollah operative Ali Musa Daqduq provided training to Asa'ib Ahl al-Haq terrorists.

65.     Hezbollah and the IRGC-QF provided Jaysh al Mahdi, the Promised Day Brigades, Kata'ib Hezbollah, Asa'ib Ahl al-Haq and other Shi'a groups with a variety of

weapons used to target U.S. and Coalition Forces engaged in their post-2003 peacekeeping mission.

66.    These weapons included signature Iranian munitions such as Explosively Formed Penetrators and Improvised Rocket Assisted Munitions, as well as 107 mm rockets (often used as part of IRAMs), 120 mm and 60 mm mortars, RPG launchers and other small arms.

### C.    EXPLOSIVELY FORMED PENETRATORS

67.    One of Iran's primary forms of material support and/or resources that facilitated extrajudicial killings of U.S. citizens in Iraq was the financing, manufacturing and deployment of Explosively Formed Penetrators.

68.    As noted above, the EFPs deployed by the IRGC and Hezbollah in Iraq were not truly "improvised" explosive devices but professionally manufactured and specifically designed to target U.S. and Coalition Forces' armor.

69.    EFPs constitute "weapons of mass destruction" as that term is defined in 18 U.S.C. § 2332a(2)(A).

70.    First used by Hezbollah against Israeli armor in Lebanon, EFPs are known as shaped charges, usually made with a manufactured concave copper disk and a High Explosive packed behind the liner.

71.    In Iraq, EFPs were often triggered by a passive infra-red device that set off the explosion within the EFP's casing, forcing the copper disk forward and turning it into a high velocity slug that could pierce most military-grade armor.

72.    To produce these weapons, copper sheets are often loaded onto a punch press to yield copper discs. These discs are annealed in a furnace to soften the copper. The discs are then loaded into a large hydraulic press and formed into the disk-like final shape.

73.     EFPs are far more sophisticated than homemade explosive devices such as traditional improvised explosive devices, and they are designed specifically to target vehicles such as armored patrols and supply convoys, though Hezbollah and the Special Groups have deployed them against U.S. and Iraqi civilians as well.

74.     Although Iran's use of EFPs was publicly disclosed by U.S. and British officials in 2005, the official identification of *specific* attacks as EFP attacks was not first publicly disclosed until 2010.

75.     In 2006, the U.S. State Department's Country Reports on Terrorism further documented Iran's specific efforts to provide terrorists with lethal EFPs to ambush and murder U.S. and other Coalition Forces:

> Iranian government forces have been responsible for at least some of the increasing lethality of anti-Coalition attacks by providing Shia militants with the capability to build IEDs with explosively formed projectiles similar to those developed by Iran and Lebanese Hezbollah [sic]. The Iranian Revolutionary Guard was linked to armor-piercing explosives that resulted in the deaths of Coalition Forces. The Revolutionary Guard, along with Lebanese Hezbollah [sic], implemented training programs for Iraqi militants in the construction and use of sophisticated IED technology. *These individuals then passed on this training to additional militants in Iraq.* (Emphasis added.)

76.     Also in 2006, Brigadier Gen. Michael Barbero, Deputy Chief of Staff for Strategic Operations of the Multi-National Force – Iraq stated: "Iran is definitely a destabilizing force in Iraq. I think it's irrefutable that Iran is responsible for training, funding and equipping some of these Shi'a extremist groups and also providing advanced IED technology to them, and there's clear evidence of that."

77.     Brigadier Gen. Kevin Bergner commented on Iran funding of Hezbollah operatives in Iraq:

Actions against these Iraqi groups have allowed coalition intelligence officials to piece together the Iranian connection to terrorism in Iraq […] Iran's Quds Force, a special branch of Iran's Revolutionary Guards, is training, funding and arming the Iraqi groups. […] It shows how Iranian operatives are using Lebanese surrogates to create Hezbollah-like capabilities. And it paints a picture of the level of effort in funding and arming extremist groups in Iraq…. The groups operate throughout Iraq. They planned and executed a string of bombings, kidnappings, sectarian murders and more against Iraqi citizens, Iraqi forces and coalition personnel. They receive arms -- including explosively formed penetrators, the most deadly form of improvised explosive device -- and funding from Iran. They also have received planning help and orders from Iran.

78.     In May 2007, the Commander of the Multinational Division-Center, U.S. Army Major General Richard Lynch, commented that "[m]ost of our casualties have come from improvised explosive devices. That's still the primary threat to our soldiers -- IEDs. And we have an aggressive campaign to counter those IEDs, but they still are taking a toll on our soldiers: 13 killed, 39 soldiers wounded. *What we're finding is that the technology and the financing and the training of the explosively formed penetrators are coming from Iran.* The EFPs are killing our soldiers, and we can trace that back to Iran." (Emphasis added.)

79.     According to the U.S. State Department's 2007 Country Reports on Terrorism:

Despite its pledge to support the stabilization of Iraq, Iranian authorities continued to provide lethal support, including weapons, training, funding, and guidance, to some Iraqi militant groups that target Coalition and Iraqi security forces and Iraqi civilians. In this way, Iranian government forces have been responsible for attacks on Coalition forces. The Islamic Revolutionary Guard Corps (IRGC)-Qods Force, continued to provide Iraqi militants with Iranian-produced advanced rockets, sniper rifles, automatic weapons, mortars that have killed thousands of Coalition and Iraqi Forces, and explosively formed projectiles (EFPs) that have a higher lethality rate than other types of improvised explosive devices (IEDs), and are specially designed to defeat armored vehicles used by Coalition Forces. The Qods Force, in concert with Lebanese Hezbollah, provided training outside Iraq for Iraqi militants in the construction and use of sophisticated IED

14

technology and other advanced weaponry. These individuals then
passed on this training to additional militants inside Iraq, a "train-
the-trainer" program. In addition, the Qods Force and Hezbollah
have also provided training inside Iraq. In fact, Coalition Forces
captured a Lebanese Hezbollah operative in Iraq in 2007.

80.     Other U.S. Government reports, such as the Department of Defense's December

2007 "Measuring Stability and Security in Iraq" quarterly report to Congress, similarly

concluded that:

Iranian Islamic Revolutionary Guard Corps - Qods Force (IRGC-
QF) efforts to train, equip, and fund Shi'a extremists also continue
despite reported assurances to Prime Minister Maliki that Iran will
cease lethal aid.

81.     These observations continued in 2008. According to the U.S. State Department's

2008 Country Reports on Terrorism:

The Qods Force, an elite branch of the Islamic Revolutionary
Guard Corps (IRGC), is the regime's primary mechanism for
cultivating and supporting terrorists abroad. The Qods Force
provided aid in the form of weapons, training, and funding to
HAMAS and other Palestinian terrorist groups, Lebanese
Hezbollah, Iraq-based militants, and Taliban fighters in
Afghanistan …

Despite its pledge to support the stabilization of Iraq, Iranian
authorities continued to provide lethal support, including weapons,
training, funding, and guidance, to Iraqi militant groups that
targeted Coalition and Iraqi forces and killed innocent Iraqi
civilians. Iran's Qods Force continued to provide Iraqi militants
with Iranian-produced advanced rockets, sniper rifles, automatic
weapons, and mortars that have killed Iraqi and Coalition Forces as
well as civilians. Tehran was responsible for some of the lethality
of anti-Coalition attacks by providing militants with the capability
to assemble improvised explosive devices (IEDs) with explosively
formed projectiles (EFPs) that were specially designed to defeat
armored vehicles. The Qods Force, in concert with Lebanese
Hezbollah, provided training both inside and outside of Iraq for
Iraqi militants in the construction and use of sophisticated IED
technology and other advanced weaponry.

### D.    IMPROVISED ROCKET ASSISTED MUNITIONS (IRAMs)

82.    Along with EFPs, Improvised Rocket Assisted Munitions were a signature weapon of Shi'a militias in Iraq that were supplied by the Iranian Revolutionary Guard Corps.

83.    An IRAM is a rocket-fired improvised explosive device made from a large metal canister – such as a propane gas tank – filled with explosives, scrap metal and ball bearings and propelled by rockets, most commonly 107 mm rockets launched from fixed or mobile sites by remote control. They are designed to cause catastrophic damage and inflict mass casualties

84.    According to The Joint Improvised Explosive Device Defeat Organization (JIEDDO) of the U.S. Department of Defense, IRAMs were first introduced by Iran in November 2007 against U.S. personnel in Iraq.

85.    Although Iran's use of IRAMs was publicly disclosed by U.S. officials after their introduction in 2007, systematic identification of *specific* attacks as IRAM attacks was not publicly disclosed until 2010.

86.    IRAM attacks occurred primarily in Baghdad and in the Shi'a dominated areas in southern Iraq, where Iranian-backed militias primarily operate.

87.    All of the foregoing support from Iran and its agents for attacks on Coalition Forces and Iraqi civilians was financed and facilitated in substantial part by material support in the form of funds transfers initiated by Iran through Iranian banks on behalf of and for the benefit of Hezbollah and other agents of Iran's IRGC.

## V.    THE PLAINTIFFS

## 1.    THE JUNE 29, 2009 ATTACK – BAGHDAD

### The Karcher Family

88.    Plaintiff Timothy Karcher is a citizen of the United States and domiciled in the

State of Texas.

89.     On June 29, 2009, Timothy Karcher, age 42, was serving in the U.S. military in Iraq.

90.     Mr. Karcher was on patrol with his unit on the outskirts of Sadr City in Baghdad when his vehicle was struck by an EFP.

91.     The weapon used to injure Mr. Karcher was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

92.     As a result of the attack, he lost both of his legs, suffered internal bleeding, kidney failure, serious cardiac and respiratory complications and nearly died several times (both during surgeries and while suffering post-operative complications).

93.     Mr. Karcher received extensive medical treatment at various hospitals, where he spent many months.

94.     As a result of the attack, and the injuries he suffered, Timothy Karcher has experienced severe physical and mental anguish and extreme emotional pain and suffering.

95.     Plaintiff Alesia Karcher is a citizen of the United States and domiciled in the State of Texas. She is the wife of Timothy Karcher.

96.     Plaintiff A.K., a minor, represented by her legal guardians Timothy Karcher and Alesia Karcher, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Timothy Karcher and Alesia Karcher.

97.     Plaintiff Audrey Karcher is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Timothy Karcher.

98.     Plaintiff Anna Karcher is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Timothy Karcher.

99.     As a result of the attack, and the injuries Timothy Karcher suffered, Plaintiffs Alesia Karcher, A.K., Audrey Karcher and Anna Karcher have experienced severe mental anguish and extreme emotional pain and suffering.

## 2.     THE APRIL 4, 2004 ATTACK – BAGHDAD

**The Arsiaga Family**

100.    Robert R. Arsiaga was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

101.    On April 4, 2004, Robert R. Arsiaga, aged 25, was serving in the United States military in Iraq when his unit was attacked with rocket-propelled grenades and small-arms fire.

102.    Robert R. Arsiaga was killed in the attack.

103.    The terrorist group that planned and executed the attack, the Mahdi Army, was trained and armed by Iran's IRGC with the assistance of Hezbollah.

104.    Plaintiff Tracie Arsiaga is a citizen of the United States and domiciled in the State of Texas. She is the widow of Robert R. Arsiaga.

105.    Plaintiff Sylvia Macias is a citizen of the United States and domiciled in the State of Texas.  She is the mother of Robert R. Arsiaga.

106.    Plaintiff Gilbert Arsiaga, Jr. is a citizen of the United States and domiciled in the State of Texas.  He is the brother of Robert R. Arsiaga.

107.    Plaintiff George Arsiaga is a citizen of the United States and domiciled in the State of Texas.  He is the brother of Robert R. Arsiaga.

108.    Plaintiff Matthew Arsiaga is a citizen of the United States and domiciled in the State of Texas.  He is the brother of Robert R. Arsiaga.

109.    Plaintiff Angel Munoz is a citizen of the United States and domiciled in the State

of Texas.  She is the sister of Robert R. Arsiaga.

110.    Plaintiff Robi Ann Galindo is a citizen of the United States and domiciled in the State of Texas.  She is the sister of Robert R. Arsiaga.

111.    Jeremy Arsiaga was a citizen of the United States at the time of the death of Robert R. Arsiaga. He was the brother of Robert R. Arsiaga. Jeremy Arsiaga died on September 4, 2015.

112.    Patricia Arsiaga is the surviving widow of Jeremy Arsiaga. Patricia Arsiaga brings this action on behalf of the Estate of Jeremy Arsiaga.

113.    As a result of the attack, and the death of Robert R. Arsiaga, Plaintiffs Tracie Arsiaga, Sylvia Macias, Gilbert Arsiaga, Jr., George Arsiaga, Matthew Arsiaga, Angel Munoz, and Patricia Arsiaga in her capacity as the legal representative for the Estate of Jeremy Arsiaga have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

**The Cason Family**

114.    Ahmed A. Cason was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

115.    On April 4, 2004, Ahmed A. Cason, aged 24, was serving in the United States military in Iraq when his unit was attacked with rocket-propelled grenades and small-arms fire.

116.    Ahmed A. Cason was killed in the attack.

117.    The terrorist group that planned and executed the attack, the Mahdi Army, was trained and armed by Iran's IRGC with the assistance of Hezbollah.

118.    Plaintiff Cedric Hunt, Sr. is a citizen of the United States and domiciled in the State of Alabama. He is the step-father of Ahmed A. Cason.

119.    As a result of the attack, and the death of Ahmed A. Cason, Plaintiff Cedric Hunt, Sr. has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his step-son's society, companionship, comfort, advice and counsel.

### 3.    THE NOVEMBER 11, 2004 ATTACK - FALLUJAH

**The Neuman Family**

120.    Plaintiff Brian Neuman is a citizen of the United States and domiciled in the State of Texas.

121.    On November 11, 2004, Brian Neuman, age 32 was serving in the U.S. Military in Iraq.

122.    Mr. Neuman was driving in a Bradley vehicle in Fallujah, Iraq, when the vehicle was struck by an EFP.

123.    The weapon used to injure Mr. Neuman was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

124.    As a result of the attack, he lost his left arm, it having been severed a few inches below his left shoulder.

125.    He also was hit by shrapnel in multiple areas of his body, including both of his thighs, his right hand, and his legs.

126.    The injuries to his right leg caused significant soft tissue damage.

127.    Mr. Neuman has undergone more than six surgeries, having been treated in a Field Hospital in Iraq, in Germany, at Walter Reed Hospital, and Brooke Army Medical Center in San Antonio, Texas.

128.    He has received rehabilitative treatment and observation for over eight months, in both in-patient and out-patient capacities.

129. Mr. Neuman has experienced "phantom limb" and pain that is often severe and shoots through his arm and chest.

130. He has been diagnosed with Post-Traumatic Stress Disorder ("PTSD") and continues to experience nightmares. He has been prescribed sleep aids to assist with these experiences.

131. As a result of the attack, and the injuries he suffered, Brian Neuman has experienced severe physical and mental anguish and extreme emotional pain and suffering.

132. Plaintiff Erika Neuman is a citizen of the United States and domiciled in the State of Texas. She is the wife of Brian Neuman.

133. As a result of the attack, and the injuries Brian Neuman suffered, Plaintiff Erika Neuman has experienced severe mental anguish and extreme emotional pain and suffering.

### 4. THE MAY 3, 2005 ATTACK – BAGHDAD

**The Bartlett Family**

134. Plaintiff Robert Bartlett is a citizen of the United States and domiciled in the State of Virginia.

135. On May 3, 2005, Robert Bartlett, then 31, was serving in the U.S. military in Iraq.

136. He was driving in a convoy when an EFP struck his vehicle.

137. The weapon used to injure Mr. Bartlett was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

138. As a result of the attack, part of Mr. Bartlett's head was severed.

139. He also suffered third-degree burns on his neck, face and hands; internal bleeding; and a collapsed lung.

140. Mr. Bartlett has undergone multiple surgeries, including plastic surgery on his

head and his bottom lip.

141.    Mr. Bartlett nearly died on several occasions following the attack and was significantly physically impaired for several years following the attack.

142.    Mr. Bartlett suffers from PTSD and has constant nightmares.

143.    He has participated in group therapy to treat the emotional injuries he sustained as a result of the attack.

144.    As a result of the attack, and the injuries he suffered, Robert Bartlett has experienced severe physical and mental anguish and extreme emotional pain and suffering.

145.    Plaintiff Terrel Charles Bartlett is a citizen of the United States and domiciled in the State of Arizona. He is the father of Robert Bartlett.

146.    Plaintiff Linda Jones is a citizen of the United States and domiciled in the State of Arizona. She is the mother of Robert Bartlett.

147.    Plaintiff Shawn Bartlett is a citizen of the United States and domiciled in the State of Arizona. He is the brother of Robert Bartlett.

148.    As a result of the attack, and the injuries Robert Bartlett suffered, Plaintiffs Terrel Charles Bartlett, Linda Jones and Shawn Bartlett have experienced severe mental anguish and extreme emotional pain and suffering.

## 5.    **THE JULY 3, 2005 ATTACK – BAGHDAD**

**The Montgomery Family**

149.    Ryan Montgomery was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

150.    On July 3, 2005, Ryan Montgomery, aged 22, was serving in the United States military in Iraq when an EFP detonated near his Humvee in Baghdad.

151.    Ryan Montgomery was killed in the attack.

152.    The weapon used to kill Ryan Montgomery was an Iranian-manufactured EFP provided to Iranian-funded and –trained terror operatives in Iraq.

153.    Plaintiff Raymond Montgomery is a citizen of the United States and domiciled in the State of Kentucky. He is the father of Ryan Montgomery.

154.    Plaintiff Patricia Montgomery is a citizen of the United States and domiciled in the State of Kentucky. She is the mother of Ryan Montgomery.

155.    Plaintiff Bryan Montgomery is a citizen of the United States and domiciled in the State of Kentucky. He is the brother of Ryan Montgomery.

156.    As a result of the attack, and the death of Ryan Montgomery, Plaintiffs Raymond Montgomery, Patricia Montgomery and Bryan Montgomery have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 6.    **THE JULY 27, 2005 ATTACK**

**The Wood Family**

157.    Plaintiff Tony Wood is a citizen of the United States and domiciled in the State of Hawaii.

158.    On July 27, 2005, Tony Wood, age 38, was serving in the U.S. military in Iraq.

159.    Mr. Wood was returning to his base when his vehicle was struck by an EFP.

160.    The weapon used to injure Mr. Wood was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

161.    As a result of the attack, he sustained significant injuries due to the impact of a large amount of shrapnel that pierced his body armor.

162.    Mr. Wood received extensive medical treatment at various hospitals, where he spent a number of months.

163.    He was also in a coma for over forty (40) days and developed numerous infections that required treatment.

164.    The shrapnel affected numerous internal organs, and he underwent over 20 separate surgeries.

165.    Mr. Wood continues to experience pain and limitations to his activities each day.

166.    Mr. Wood suffers from PTSD and has experienced severe depression.

167.    He has participated in treatment programs to address his emotional problems and has been medication to address this condition.

168.    As a result of the attack, and the injuries he suffered, Tony Wood has experienced severe physical and mental anguish and extreme emotional pain and suffering.

169.    Plaintiff Joedi Wood is a citizen of the United States and domiciled in the State of Hawaii. She is the wife of Tony Wood.

170.    Plaintiff Adam Wood is a citizen of the United States and domiciled in the State of Hawaii. He is the son of Tony Wood.

171.    Plaintiff Megan Wood is a citizen of the United States and domiciled in the State of Hawaii. She is the daughter of Tony Wood.

172.    As a result of the attack, and the injuries suffered by Tony Wood, Plaintiffs Joedi Wood, Adam Wood and Megan Wood have experienced severe mental anguish, and extreme emotional pain and suffering.

## 7.    THE AUGUST 2, 2005 ATTACK – BASRA

**The Vincent Family**

173.    Steven Vincent was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

174.    On August 2, 2005, Steven Vincent, aged 49, a journalist, was reporting on the Iraqi war in Basra when he was kidnapped, taken hostage for several hours and then shot.

175.    Steven Vincent was killed in the attack.

176.    The terrorist group that planned and executed the attack was trained and armed by Iranian-backed Special Groups.

177.    Plaintiff Lisa Ramaci is a citizen of the United States and domiciled in the State of New York. She is the widow of Steven Vincent.

178.    Plaintiff Isabell Vincent is a citizen of the United States and domiciled in the State of California. She is the mother of Steven Vincent.

179.    Plaintiff Charles Vincent is a citizen of the United States and domiciled in the State of California. He is the father of Steven Vincent.

180.    Plaintiff Lisa Ramaci brings an action individually and on behalf of the Estate of Steven Vincent, as its legal representative.

181.    As a result of the attack, and the death of Steven Vincent, Plaintiffs Lisa Ramaci, Isabell Vincent and Charles Vincent have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband/son's society, companionship, comfort, advice and counsel.

## 8.     **THE SEPTEMBER 28, 2005 ATTACK – UMM QASR**

**The Morin Family**

182.    Steve Morin, Jr. was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

183.    On September 28, 2005, Steve Morin, Jr., aged 34, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

184.    Steve Morin, Jr. was killed in the attack.

185.    The weapon used to kill Steve Morin, Jr. was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

186.    Plaintiff Gwendolyn Morin-Marentes is a citizen of the United States and domiciled in the State of Texas. She is the widow of Steve Morin, Jr.

187.    Plaintiff E.M., a minor represented by his legal guardian Gwendolyn Morin-Marentes, is a citizen of the United States and domiciled in the State of Texas. He is the son of Steve Morin, Jr.

188.    Plaintiff Audrey Morin is a citizen of the United States and domiciled in the State of Texas. She is the mother of Steve Morin, Jr.

189.    Plaintiff Steve Morin, Sr. is a citizen of the United States and domiciled in the State of Texas. He is the father of Steve Morin, Jr.

190.    Plaintiff Gwendolyn Morin-Marentes brings an action individually and on behalf of the Estate of Steve Morin, Jr., as its legal representative.

191.    As a result of the attack, and the death of Steve Morin, Jr., Plaintiffs Gwendolyn Morin-Marentes, E.M., Audrey Morin and Steve Morin, Sr. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's society,

companionship, comfort, advice and counsel.

## 9.     THE OCTOBER 6, 2005 ATTACK – BAGHDAD

**The Robinson Family**

192.    Jeremiah Robinson was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

193.    On October 6, 2005, Jeremiah Robinson, aged 20, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

194.    Jeremiah Robinson was killed in the attack.

195.    The weapon used to kill Jeremiah Robinson was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

196.    Plaintiff Amy Lynn Robinson is a citizen of the United States and domiciled in the State of Arizona. She is the mother of Jeremiah Robinson.

197.    Plaintiff Floyd Burton Robinson is a citizen of the United States and domiciled in the State of Arizona. He is the father of Jeremiah Robinson.

198.    Plaintiff Jacob Michael Robinson is a citizen of the United States and domiciled in the State of Arizona. He is the brother of Jeremiah Robinson.

199.    Plaintiff Lucas William Robinson is a citizen of the United States and domiciled in the State of Arizona. He is the brother of Jeremiah Robinson.

200.    Plaintiffs Amy Lynn Robinson and Floyd Burton Robinson bring an action individually and on behalf of the Estate of Jeremiah Robinson, as its legal representatives.

201.    As a result of the attack, and the death of Jeremiah Robinson, Plaintiffs Amy Lynn Robinson, Floyd Burton Robinson, Jacob Michael Robinson and Lucas William Robinson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their

son's/brother's society, companionship, comfort, advice and counsel.

## 10.    THE FEBRUARY 18, 2006 ATTACK – BAGHDAD

**The Matheny Family**

202.    Charles E. Matheny, IV was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

203.    On February 18, 2006, Charles E. Matheny, IV, aged 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

204.    Charles E. Matheny, IV was killed in the attack.

205.    The weapon used to kill Charles E. Matheny, IV was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

206.    Plaintiff Deborah Noble is a citizen of the United States and domiciled in the State of Texas. She is the mother of Charles E. Matheny, IV.

207.    Plaintiff David Noble is a citizen of the United States and domiciled in the State of Texas. He is the step-father of Charles E. Matheny, IV.

208.    Plaintiff Charles E. Matheny, III is a citizen of the United States and domiciled in the State of Washington. He is the father of Charles E. Matheny, IV.

209.    Plaintiff Deborah Noble brings an action individually and on behalf of the Estate of Charles E. Matheny, IV, as its legal representative.

210.    As a result of the attack, and the death of Charles E. Matheny, IV, Plaintiffs Deborah Noble, David Noble and Charles E. Matheny, III have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

## 11.   <u>THE FEBRUARY 26, 2006 ATTACK – BAGHDAD</u>

<u>The Farr Family</u>

211.   Clay P. Farr was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

212.   On February 26, 2006, Clay P. Farr, aged 21, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

213.   Clay P. Farr was killed in the attack.

214.   The weapon used to kill Clay P. Farr was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

215.   Plaintiff Patrick Farr is a citizen of the United States and domiciled in the State of California. He is the father of Clay P. Farr.

216.   Plaintiff Silver Farr is a citizen of the United States and domiciled in the State of California. She is the step-mother of Clay P. Farr.

217.   Plaintiff Carrol Alderete is a citizen of the United States and domiciled in the State of California. She is the mother of Clay P. Farr.

218.   Plaintiff Anthony Alderete is a citizen of the United States and domiciled in the State of California. He is the step-father of Clay P. Farr.

219.   Plaintiff Chad Farr is a citizen of the United States and domiciled in the State of California. He is the brother of Clay P. Farr.

220.   Plaintiff Patrick Farr brings an action individually and on behalf of the Estate of Clay P. Farr, as its legal representative.

221.   As a result of the attack, and the death of Clay P. Farr, Plaintiffs Patrick Farr, Silver Farr, Carrol Alderete, Anthony Alderete and Chad Farr have experienced severe mental

anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Hunter Family**

222.    Wesley Hunter was a citizen of the United States and domiciled in the State of New York when he was injured in Iraq.

223.    On February 26, 2006, Wesley Hunter, aged 26, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

224.    Wesley Hunter was injured in the attack, and he died on September 18, 2008 from the injuries he sustained in the attack.

225.    The weapon used to kill Wesley Hunter was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

226.    Plaintiff Rayanne Hunter is a citizen of the United States and domiciled in the State of North Carolina. She is the widow of Wesley Hunter.

227.    Plaintiff W.H., a minor represented by his legal guardian Rayanne Hunter, is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Wesley Hunter.

228.    Plaintiff T.H., a minor represented by her legal guardian Rayanne Hunter, is a citizen of the United States and domiciled in the State of North Carolina. She is the daughter of Wesley Hunter.

229.    Plaintiff Rayanne Hunter brings an action individually and on behalf of the Estate of Wesley Hunter, as its legal representative.

230.    As a result of the attack, and the death of Wesley Hunter, Plaintiffs Rayanne Hunter, W.H. and T.H. have experienced severe mental anguish, extreme emotional pain and

suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 12.  THE MARCH 13, 2006 ATTACK – RUSTAMIYAH

**The Lewis Family**

231.  Bryan A. Lewis was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

232.  On March 13, 2006, Bryan A. Lewis, aged 32, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

233.  Bryan A. Lewis was killed in the attack.

234.  The weapon used to kill Bryan A. Lewis was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

235.  Plaintiff Fabersha Flynt Lewis is a citizen of the United States and domiciled in the State of Florida. She is the widow of Bryan A. Lewis.

236.  As a result of the attack, and the death of Bryan A. Lewis, Plaintiff Fabersha Flynt Lewis has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's society, companionship, comfort, advice and counsel.

## 13.  THE APRIL 1, 2006 ATTACK – BAGHDAD

**The Devora-Garcia Family**

237.  Israel Devora-Garcia was domiciled in the State of Texas when he was killed in Iraq. He became a citizen of the United States posthumously.

238.  On April 1, 2006, Israel Devora-Garcia, aged 23, was serving in the U.S. military in Iraq when an EFP detonated while he was conducting a dismounted patrol.

239.  Israel Devora-Garcia was killed in the attack.

240.    The weapon used to kill Israel Devora-Garcia was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

241.    Plaintiff Lorenzo Sandoval, Sr. is a citizen of the United States and domiciled in the State of Texas. He is the father of Israel Devora-Garcia.

242.    Plaintiff Lorenzo Sandoval, Sr. brings an action individually and on behalf of the Estate of Israel Devora-Garcia, as its legal representative.

243.    Plaintiff Lorenzo Sandoval, Jr. is a citizen of the United States and domiciled in the State of Texas. He is the brother of Israel Devora-Garcia.

244.    As a result of the attack, and the death of Israel Devora-Garcia, Plaintiff Lorenzo Sandoval, Sr. has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

## 14.    THE APRIL 12, 2006 ATTACK – MISIAB

**The Bandhold Family**

245.    Scott Bandhold was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

246.    On April 12, 2006, Scott Bandhold, aged 37, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

247.    Scott Bandhold was killed in the attack.

248.    The weapon used to kill Scott Bandhold was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

249.    Plaintiff H. Joseph Bandhold is a citizen of the United States and domiciled in the State of New York. He is the brother of Scott Bandhold.

250.    Plaintiff Donald C. Bandhold is a citizen of the United States and domiciled in the

State of Virginia. He is the brother of Scott Bandhold.

251.    As a result of the attack, and the death of Scott Bandhold, Plaintiffs H. Joseph Bandhold and Donald C. Bandhold have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their brother's society, companionship, comfort, advice and counsel.

## 15.    THE APRIL 25, 2006 ATTACK – SADR CITY

**The Roberts Family**

252.    Plaintiff Erik Roberts is a citizen of the United States and domiciled in the State of Ohio.

253.    On April 25, 2006, Erik Roberts, then 22, was serving in the U.S. military in Iraq.

254.    He was driving in a convoy when an EFP struck his vehicle.

255.    The weapon used to injure Mr. Roberts was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

256.    Mr. Roberts' right femur was severed.

257.    He had had more than one dozen surgeries to treat his right femur and has suffered numerous infections.

258.    As a result of the attack, and the injuries he suffered, Erik Roberts has experienced severe physical and mental anguish and extreme emotional pain and suffering.

259.    Plaintiff E.C.R., a minor, represented by her legal representative Erik Roberts, is a citizen of the United States and domiciled in the State of Ohio. She is the daughter of Erik Roberts.

260.    Plaintiff Robin Roberts is a citizen of the United States and domiciled in the State of Tennessee. She is the mother of Erik Roberts.

261.    Plaintiff James Craig Roberts is a citizen of the United States and domiciled in the State of Ohio. He is the father of Erik Roberts.

262.    Plaintiff Cara Roberts is a citizen of the United States and domiciled in the State of Tennessee. She is the sister of Erik Roberts.

263.    Plaintiff Colin Roberts is a citizen of the United States and domiciled in the State of Tennessee. He is the brother of Erik Roberts.

264.    As a result of the attack, and the injuries Erik Roberts suffered, Plaintiffs E.C.R., Robin Roberts, James Craig Roberts, Cara Roberts and Colin Roberts have experienced severe mental anguish and extreme emotional pain and suffering.

## 16.    THE MAY 5, 2006 ATTACK – BAGHDAD

**The Saenz Family**

265.    Carlos N. Saenz was a citizen of the United States and domiciled in the State of Nevada when he was killed in Iraq.

266.    On May 5, 2006, Carlos N. Saenz, aged 46, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

267.    Carlos N. Saenz was killed in the attack.

268.    The weapon used to kill Carlos N. Saenz was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

269.    Plaintiff Nanette Saenz is a citizen of the United States and domiciled in the State of Nevada. She is the widow of Carlos N. Saenz.

270.    Plaintiff Juan Saenz is a citizen of the United States and domiciled in the State of Nevada. He is the son of Carlos N. Saenz.

271.    Plaintiff Nanette Saenz brings an action individually and on behalf of the Estate

of Carlos N. Saenz, as its legal representative.

272.     As a result of the attack, and the death of Carlos N. Saenz, Plaintiffs Nanette Saenz and Juan Saenz have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

### The Vacho Family

273.     Nathan J. Vacho was a citizen of the United States and domiciled in the State of Wisconsin when he was killed in Iraq.

274.     On May 5, 2006, Nathan J. Vacho, aged 29, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

275.     Nathan J. Vacho was killed in the attack.

276.     The weapon used to kill Nathan J. Vacho was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

277.     Plaintiff John Vacho is a citizen of the United States and domiciled in the State of Wisconsin. He is the father of Nathan J. Vacho.

278.     Plaintiff Ashley Vacho Leslie is a citizen of the United States and domiciled in the State of Wisconsin. She is the sister of Nathan J. Vacho.

279.     Carol Vacho was a citizen of the United States at the time of the death of Nathan J. Vacho. She was the mother of Nathan J. Vacho. She died on November 9, 2013.

280.     Plaintiff John Vacho brings an action individually and on behalf of the Estate of Carol Vacho, as its legal representative.

281.     Plaintiff John Vacho also brings an action on behalf of the Estate of Nathan J. Vacho, as its legal representative.

282. As a result of the attack, and the death of Nathan J. Vacho, Plaintiffs John Vacho and Ashley Vacho Leslie have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 17. <u>THE MAY 14, 2006 ATTACK – BAGHDAD</u>

### <u>The West Family</u>

283. Robert H. West was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

284. On May 14, 2006, Robert H. West, aged 37, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

285. Robert H. West was killed in the attack.

286. The weapon used to kill Robert H. West was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

287. Plaintiff Jeanette West is a citizen of the United States and domiciled in the State of Colorado. She is the widow of Robert H. West.

288. Plaintiff Shelby West is a citizen of the United States and domiciled in the State of Colorado. She is the daughter of Robert H. West.

289. Plaintiff Jeanette West brings an action individually and on behalf of the Estate of Robert H. West, as its legal representative.

290. As a result of the attack, and the death of Robert H. West, Plaintiffs Jeanette West and Shelby West have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

### <u>The Engeman Family</u>

291. John W. Engeman was a citizen of the United States and domiciled in the State of

New York when he was killed in Iraq.

292. On May 14, 2006, John W. Engeman, aged 45, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

293. John W. Engeman was killed in the attack.

294. The weapon used to kill John W. Engeman was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

295. Plaintiff Donna Engeman is a citizen of the United States and domiciled in the State of Texas. She is the widow of John W. Engeman.

296. Plaintiff Donna Engeman brings an action individually and on behalf of the Estate of John W. Engeman, as its legal representative.

297. As a result of the attack, and the death of John W. Engeman, Plaintiff Donna Engeman has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's society, companionship, comfort, advice and counsel.

## 18.   THE JUNE 5, 2006 ATTACK – BAGHDAD

**The Lawson Family**

298. Isaac S. Lawson was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

299. On June 5, 2006, Isaac S. Lawson, aged 35, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

300. Isaac S. Lawson was killed in the attack.

301. The weapon used to kill Isaac S. Lawson was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

302. Plaintiff Suzzettee Lawson is a citizen of the United States and domiciled in the

State of California. She is the widow of Isaac S. Lawson.

303.    Plaintiff C.L., a minor represented by her legal guardian Suzzettee Lawson, is a citizen of the United States and domiciled in the State of California. She is the daughter of Isaac S. Lawson.

304.    Plaintiff Suzzettee Lawson brings an action individually and on behalf of the Estate of Isaac S. Lawson, as its legal representative.

305.    As a result of the attack, and the death of Isaac S. Lawson, Plaintiffs Suzzettee Lawson and C.L. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 19.    THE JUNE 8, 2006 ATTACK – AL KUT

**The Crabtree Family**

306.    Daniel Crabtree was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

307.    On June 8, 2006, Daniel Crabtree, aged 31, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

308.    Daniel Crabtree was killed in the attack.

309.    The weapon used to kill Daniel Crabtree was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

310.    Plaintiff Judy Ann Crabtree is a citizen of the United States and domiciled in the State of Georgia. She is the mother of Daniel Crabtree.

311.    Plaintiff Ronald Wayne Crabtree is a citizen of the United States and domiciled in the State of Ohio. He is the father of Daniel Crabtree.

312.    Plaintiff Debra Wigbels is a citizen of the United States and domiciled in the State

of Georgia. She is the sister of Daniel Crabtree.

313.    Plaintiff Ronald William Crabtree is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Daniel Crabtree.

314.    As a result of the attack, and the death of Daniel Crabtree, Plaintiffs Judy Ann Crabtree, Ronald Wayne Crabtree, Debra Wigbels and Ronald William Crabtree have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 20.    THE JUNE 9, 2006 ATTACK – DIWANIYAH

### The Slaven Family

315.    Benjamin J. Slaven was a citizen of the United States and domiciled in the State of Nebraska when he was killed in Iraq.

316.    On June 9, 2006, Benjamin J. Slaven aged 22, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

317.    Benjamin J. Slaven was killed in the attack.

318.    The weapon used to kill Benjamin J. Slaven was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

319.    Plaintiff Judy Huenink is a citizen of the United States and domiciled in the State of Nebraska. She is the mother of Benjamin J. Slaven.

320.    Plaintiff Sean Slaven is a citizen of the United States and domiciled in the State of Nebraska. He is the brother of Benjamin J. Slaven.

321.    Plaintiff Chastity Dawn Laflin is a citizen of the United States and domiciled in the State of Nebraska. She is the sister of Benjamin J. Slaven.

322.    Plaintiff Nicole Landon is a citizen of the United States and domiciled in the State

of Nebraska. She is the sister of Benjamin J. Slaven.

323.    Plaintiff Misti Fisher is a citizen of the United States and domiciled in the State of
Nebraska. She is the sister of Benjamin J. Slaven.

324.    Plaintiff Judy Huenink brings an action individually and on behalf of the Estate of
Benjamin J. Slaven, as its legal representative.

325.    As a result of the attack, and the death of Benjamin J. Slaven, Plaintiffs Judy
Huenink, Sean Slaven, Chastity Dawn Laflin, Nicole Landon and Misti Fisher have experienced
severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's
society, companionship, comfort, advice and counsel.

## 21.    THE OCTOBER 17, 2006 ATTACK – BAQUBAH

**The Frigo Family**

326.    Nathan J. Frigo was a citizen of the United States and domiciled in the State of
Indiana when he was killed in Iraq.

327.    On October 17, 2006, Nathan J. Frigo, aged 23, was serving in the U.S. military in
Iraq when an EFP detonated near his vehicle.

328.    Nathan J. Frigo was killed in the attack.

329.    The weapon used to kill Nathan J. Frigo was an Iranian-manufactured EFP
provided to Iranian-funded and -trained terror operatives in Iraq.

330.    Plaintiff Fred Frigo is a citizen of the United States and domiciled in the State of
Indiana. He is the father of Nathan J. Frigo.

331.    As a result of the attack, and the death of Nathan J. Frigo, Plaintiff Fred Frigo has
experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's
society, companionship, comfort, advice and counsel.

**The Haupt Family**

332.     Ryan Haupt was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

333.     On October 17, 2006, Ryan Haupt, aged 24, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

334.     Ryan Haupt was killed in the attack.

335.     The weapon used to kill Ryan Haupt was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

336.     Plaintiff Lynn Forehand is a citizen of the United States and domiciled in the State of Tennessee. She is the mother of Ryan Haupt.

337.     Plaintiff Lance Haupt is a citizen of the United States and domiciled in the State of Arizona. He is the father of Ryan Haupt.

338.     Plaintiff Rhonda Haupt is a citizen of the United States and domiciled in the State of California. She is the sister of Ryan Haupt.

339.     Plaintiff Tifany Haupt Thompson is a citizen of the United States and domiciled in the State of California. She is the sister of Ryan Haupt.

340.     Plaintiff Sabrina Cumbe is a citizen of the United States and domiciled in the State of California. She is the sister of Ryan Haupt.

341.     As a result of the attack, and the death of Ryan Haupt, Plaintiffs Lynn Forehand, Lance Haupt, Rhonda Haupt, Tifany Haupt Thompson and Sabrina Cumbe have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 22.   THE OCTOBER 23, 2006 ATTACK - BAGHDAD

**The Bock Family**

342.   Amos Bock was a citizen of the United States and domiciled in the State of Missouri when he was killed in Iraq.

343.   On October 23, 2006, Amos Bock, aged 24, was serving in the United States military in Iraq when an EFP detonated near his vehicle.

344.   Amos Bock was killed in the attack.

345.   The weapon used to kill Amos Bock was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

346.   Plaintiff Harry Riley Bock is a citizen of the United States and domiciled in the State of Missouri. He is the father of Amos Bock.

347.   Plaintiff Jill Ann Bock is a citizen of the United States and domiciled in the State of Missouri. She is the mother of Amos Bock.

348.   Plaintiff Mariah Simoneaux is a citizen of the United States and domiciled in the State of Louisiana.  She is the sister of Amos Bock.

349.   As a result of the attack, and the death of Amos Bock, Plaintiffs Harry Riley Bock, Jill Ann Bock, and Mariah Simoneaux have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 23.   THE NOVEMBER 2, 2006 ATTACK - BAGHDAD

**The Kruger Family**

350.   Eric Kruger was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

351.    On November 2, 2006, Eric Kruger, aged 44, was serving in the United States military in Iraq when an EFP detonated near his vehicle.

352.    Eric Kruger was killed in the attack.

353.    The weapon used to kill Eric Kruger was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

354.    Plaintiff Lawrence Kruger is a citizen of the United States and domiciled in the State of Texas. He is the father of Eric Kruger.

355.    Plaintiff Carol Kruger is a citizen of the United States and domiciled in the State of Texas. She is the mother of Eric Kruger.

356.    Plaintiff Douglas Kruger is a citizen of the United States and domiciled in the State of Texas. He is the brother of Eric Kruger.

357.    Plaintiff Kristy Kruger is a citizen of the United States and domiciled in the State of Texas. She is the sister of Eric Kruger.

358.    As a result of the attack, and the death of Eric Kruger, Plaintiffs Lawrence Kruger, Carol Kruger, Douglas Kruger, and Kristy Kruger have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 24.    **THE OCTOBER 22, 2006 ATTACK – BAGHDAD**

**The Haines Family**

359.    Plaintiff David W. Haines is a citizen of the United States and domiciled in the State of Kentucky.

360.    On October 22, 2006, David W. Haines, then 41, was serving in the U.S. military in Iraq.

361.    Mr. Haines was a member of a mounted patrol conducting a route reconnaissance to the military hospital in Baghdad when an EFP struck his vehicle.

362.    The weapon used to injure Mr. Haines was an Iranian-manufactured EFP provided to Iranian-funded and -trained operatives in Iraq.

363.    As a result of the attack, Mr. Haines sustained a fracture of his right femur that resulted in his right and left legs being different lengths; shrapnel injuries to his right hand, left arm, right leg, and buttocks; burns to his body; and nerve damage.

364.    He has undergone multiple surgeries to repair the fracture to his femur and had multiple skin grafts.

365.    As a result of the nerve damage that he incurred, Mr. Haines continues to experience limited mobility in his left arm and hand and sensation problems.

366.    He has been diagnosed with PTSD and has sought counseling for emotional injuries resulting from the attack.

367.    As a result of the attack, and the injuries he suffered, David W. Haines has experienced severe physical and mental anguish and extreme emotional pain and suffering.

368.    Plaintiff Dawn Haines is a citizen of the United States and domiciled in the State of Kentucky. She is the wife of David W. Haines.

369.    Plaintiff C.H., a minor represented by his legal guardian Dawn Haines, is a citizen of the United States and domiciled in the State of Kentucky. He is the son of David W. Haines.

370.    Plaintiff Mackenzie Haines is a citizen of the United States and domiciled in the State of Kentucky. She is the sister of David W. Haines.

371.    As a result of the attack, and the injuries suffered by David W. Haines, Plaintiffs Dawn Haines, C.H. and Mackenzie Haines have experienced severe mental anguish, and extreme

emotional pain and suffering.

## 25.   THE NOVEMBER 13, 2006 ATTACK – BAGHDAD

**The Kim Family**

372.     Jang Ho Kim was domiciled in the State of California when he was killed in Iraq. He became a citizen of the United States posthumously.

373.     On November 13, 2006, Jang Ho Kim, aged 20, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

374.     Jang Ho Kim was killed in the attack.

375.     The weapon used to kill Jang Ho Kim was an Iranian-manufactured EFP provided to Kata'ib Hezbollah operatives in Iraq.

376.     Plaintiff Sangsoon Kim is a citizen of the United States and domiciled in the State of California. She is the mother of Jang Ho Kim.

377.     Plaintiff Seop (Steve) Kim is a citizen of the United States and domiciled in the State of California. He is the father of Jang Ho Kim.

378.     Plaintiff Michelle Kim is a citizen of the United States and domiciled in the State of California. She is the sister of Jang Ho Kim.

379.     Plaintiff Seop (Steve) Kim brings an action individually and on behalf of the Estate of Jang Ho Kim, as its legal representative.

380.     As a result of the attack, and the death of Jang Ho Kim, Plaintiffs Sangsoon Kim, Seop (Steve) Kim and Michelle Kim have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 26.    THE NOVEMBER 26, 2006 ATTACK – BAGHDAD

**The Fraser Family**

381.    David M. Fraser was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

382.    On November 26, 2006, David M. Fraser, aged 25, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

383.    David M. Fraser was killed in the attack.

384.    The weapon used to kill David M. Fraser was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

385.    Plaintiff Helen Fraser is a citizen of the United States and domiciled in the State of Texas. She is the mother of David M. Fraser.

386.    Plaintiff Richard Fraser is a citizen of the United States and domiciled in the State of Texas. He is the father of David M. Fraser.

387.    Plaintiff Richard Fraser brings an action individually and on behalf of the Estate of David M. Fraser, as its legal representative.

388.    As a result of the attack, and the death of David M. Fraser, Plaintiffs Helen Fraser and Richard Fraser have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

## 27.    THE DECEMBER 3, 2006 ATTACK – BAGHDAD

**The English Family**

389.    Shawn L. English was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

390.    On December 3, 2006, Shawn L. English, aged 35, was serving in the U.S.

military in Iraq when an EFP detonated near his vehicle.

391.    Shawn L. English was killed in the attack.

392.    The weapon used to kill Shawn L. English was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

393.    Plaintiff Tricia English is a citizen of the United States and domiciled in the State of Ohio. She is the widow of Shawn L. English.

394.    Plaintiff N.W.E., a minor represented by his legal guardian Tricia English, is a citizen of the United States and domiciled in the State of Ohio. He is the son of Shawn L. English.

395.    Plaintiff N.C.E., a minor represented by his legal guardian Tricia English, is a citizen of the United States and domiciled in the State of Ohio. He is the son of Shawn L. English.

396.    Plaintiff A.S.E., a minor represented by his legal guardian Tricia English, is a citizen of the United States and domiciled in the State of Ohio. He is the son of Shawn L. English.

397.    Todd Daily brings an action on behalf of the Estate of Shawn L. English, as its legal representative.

398.    As a result of the attack, and the death of Shawn L. English, Plaintiffs Tricia English, N.W.E., N.C.E. and A.S.E. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 28.    THE DECEMBER 10, 2006 ATTACK – BAGHDAD

**The Ford Family**

399.    Philip C. Ford was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

400.    On December 10, 2006, Philip C. Ford, aged 21, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

401.    Philip C. Ford was killed in the attack.

402.    The weapon used to kill Philip C. Ford was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

403.    Plaintiff Philip S. Ford is a citizen of the United States and domiciled in the State of Texas. He is the father of Philip C. Ford.

404.    As a result of the attack, and the death of Philip C. Ford, Plaintiff Philip S. Ford has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

**The Gibson Family**

405.    Brennan C. Gibson was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq.

406.    On December 10, 2006, Brennan C. Gibson aged 26, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

407.    Brennan C. Gibson was killed in the attack.

408.    The weapon used to kill Brennan C. Gibson was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

409.    Plaintiff Linda Gibson is a citizen of the United States and domiciled in the State

of Oregon. She is the mother of Brennan C. Gibson.

410.     Plaintiff John Gibson is a citizen of the United States and domiciled in the State of Oregon. He is the step-father of Brennan C. Gibson.

411.     Plaintiff Stephanie Gibson Webster is a citizen of the United States and domiciled in the State of Oregon. She is the sister of Brennan C. Gibson.

412.     Plaintiff Sean Elliott is a citizen of the United States and domiciled in the State of Oregon. He is the brother of Brennan C. Gibson.

413.     Plaintiff Travis Gibson is a citizen of the United States and domiciled in the State of Oregon. He is the brother of Brennan C. Gibson.

414.     As a result of the attack, and the death of Brennan C. Gibson, Plaintiffs Linda Gibson, John Gibson, Stephanie Gibson Webster, Sean Elliott and Travis Gibson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 29.     THE DECEMBER 31, 2006 ATTACK – BAGHDAD

**The Blohm Family**

415.     Alan R. Blohm was a citizen of the United States and domiciled in the State of Alaska when he was killed in Iraq.

416.     On December 31, 2006, Alan R. Blohm, aged 21, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

417.     Alan R. Blohm was killed in the attack.

418.     The weapon used to kill Alan R. Blohm was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

419.     Plaintiff Denise Vennix is a citizen of the United States and domiciled in the State

of Michigan. She is the mother of Alan R. Blohm.

420.    Plaintiff Chris Blohm is a citizen of the United States and domiciled in the State of Michigan. He is the father of Alan R. Blohm.

421.    Plaintiff Kiana Blohm is a citizen of the United States and domiciled in the State of Michigan. She is the sister of Alan R. Blohm.

422.    Plaintiff Jeremy Blohm is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Alan R. Blohm.

423.    As a result of the attack, and the death of Alan R. Blohm, Plaintiffs Denise Vennix, Chris Blohm, Kiana Blohm and Jeremy Blohm have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 30.    THE DECEMBER 31, 2006 ATTACK – BAQUBAH

### The Smith Family

424.    Richard Smith was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

425.    On December 31, 2006, Richard Smith, aged 20, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

426.    Richard Smith was killed in the attack.

427.    The weapon used to kill Richard Smith was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

428.    Plaintiff James Smith is a citizen of the United States and domiciled in the State of Texas. He is the father of Richard Smith.

429.    Plaintiff Megan Smith is a citizen of the United States and domiciled in the State

of Texas. She is the sister of Richard Smith

430. As a result of the attack, and the death of Richard Smith, Plaintiff James Smith has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

## 31. THE JANUARY 18, 2007 ATTACK – BAGHDAD

**The Rechenmacher Family**

431. William Joshua Rechenmacher was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

432. On January 18, 2007, William Joshua Rechenmacher, aged 24, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

433. William Joshua Rechenmacher was killed in the attack.

434. The weapon used to kill William Joshua Rechenmacher was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

435. Plaintiff Joanne Gutcher is a citizen of the United States and domiciled in the State of Florida. She is the mother of William Joshua Rechenmacher.

436. As a result of the attack, and the death of William Joshua Rechenmacher, Plaintiff Joanne Gutcher has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

## 32. THE JANUARY 20, 2007 ATTACK – KARBALA

437. On the night of January 20, 2007, Iran launched a coordinated terrorist attack against the Provincial Joint Coordination Center ("PJCC") in Karbala, about thirty miles south of Baghdad. The attack was largely planned by Hezbollah under the direction of Ali Musa Daqduq

and carried out by the aforementioned Iraqi Shi'a terrorist group known as Asa'ib Ahl al-Haq ("AAH") and led by Qais al-Khazali.

438.    Just after nightfall, a five-car convoy of black GMC Suburban trucks – the type frequently used by the U.S. Government – made its way through three checkpoints, approaching the PJCC.

439.    The vehicles contained approximately a dozen AAH operatives dressed in U.S. military-style fatigues, carrying American-type weapons.

440.    After they entered the compound, the vehicles split up, with some parking in front and others circling to the back of the main building.

441.    After exiting their vehicles, the AAH terrorists threw grenades and opened fire with automatic rifles. One U.S. soldier, Johnathon M. Millican, jumped on one of the grenades that was thrown into the Coordination Center's main office, an upper-floor office that also contained the provincial Iraqi police chief's office. Although he was killed, and three other U.S. soldiers injured, his selfless act provided his fellow soldiers in the PJCC's main building a few extra moments to recover and begin returning fire.

442.    For his act of bravery, Johnathon M. Millican received the Silver Star, posthumously.

443.    At the same time that AAH terrorists were attacking the PJCC's main building, other AAH operatives detonated explosives throughout the PJCC and abducted four soldiers before fleeing the compound.

444.    The AAH getaway vehicles drove east, crossing the Euphrates River and then turning north.

445.    Realizing the likelihood of escaping with their captives was low, the AAH

operatives murdered the four Americans and abandoned their bodies and the vehicles near the town of Mahawil. Three of the four Americans died at the scene.

446.    Only one of the four abducted U.S. soldiers, Brian S. Freeman, was still alive when rescuers reached the scene. Two of the soldiers were found in the back of one of the SUVs, handcuffed and shot dead. A third soldier was found dead on the ground, near the abandoned vehicles. Brian S. Freeman had also been shot in the head, but died on the way to the hospital.

447.    The terrorist group that planned and executed the attack, AAH, was trained and armed by Iran's IRGC with Hezbollah's assistance.

448.    On March 20, 2007, two months after the attack was perpetrated, Hezbollah leader Ali Musa Daqduq and AAH leader Qais al-Khazali and his brother Laith al-Khazali were captured by Coalition forces in southern Iraq.

449.    The United States Government charged them with responsibility for the Karbala attack.

450.    Documents captured with Qais al-Khazali showed that the IRGC-QF had gathered detailed information on "soldiers' activities, shift changes and defenses" at the PJCC "and this information was shared with the attackers."

451.    A 22-page memorandum found with Daqduq "detailed the planning, preparation, approval process and conduct of the [Karbala] operation," among others. Other documents discussed tactics to attack Iraqi and Coalition forces.

452.    Daqduq also had a personal journal that noted his having met with Special Groups members who were targeting other Iraqis and Coalition Forces in the Diyala province using Improvised Explosive Devices ("IEDs"), as well as small-arms fire.

453.    According to U.S. military officials, both Daqduq and Qais al-Khazali admitted

that senior leadership within the IRGC-QF knew of and helped plan the Karbala attack.

454.    It was later reported that U.S. spy satellites spotted a training center in Iran that contained a mockup of the PJCC, indicating that Iran had duplicated the PJCC's layout to train the AAH operatives for the attack.

455.    The terror attack on the PJCC was commanded by Azhar al-Dulaymi. He was trained by Hezbollah operatives, including Daqduq, near the city of Qom, Iran, where he and his AAH operatives trained to execute military-style, precision kidnappings.

456.    Although al-Dulaymi commanded the attack, Daqduq, a longtime Hezbollah commander, masterminded it.

457.    Daqduq advised AAH commanders al-Dulaymi and Qais al-Khazali and served as a liaison between the IRGC-QF and Qais al-Khazali, who along with his brother Laith al-Khazali, oversaw the attack.

458.    The U.S. Treasury Department's November 19, 2012 press release announcing Daqduq's designation as an SDGT stated, in part: "*Daqduq is a senior Hezbollah commander responsible for numerous attacks against Coalition Forces in Iraq, including planning an attack on the Karbala Joint Provincial Coordination Center (JPCC) on January 20, 2007, which resulted in the deaths of five U.S. soldiers.*"

459.    Daqduq is Lebanese-born and served in Hezbollah for 24 years prior to the attack. He served as a bodyguard for Hezbollah leader Hassan Nasrallah and also led Hezbollah operations in large areas of Lebanon.

460.    According to the U.S. Government, Daqduq "*was in Iraq working as a surrogate for Iranian Revolutionary Guards Corps Quds Force operatives involved with special groups.*"

461.    In 2005, he was directed by senior Lebanese Hezbollah leadership to go to Iran

and work with the IRGC-QF to train Iran's proxies in Iraq.

462.    According to the U.S. Government: "*In May 2006, [Daqduq] traveled to Tehran with Yussef Hashim, a fellow Lebanese Hezbollah and head of their operations in Iraq. There they met with the commander and deputy commander of the Iranian Quds Force special external operations.*"

463.    Daqduq was ordered to Iraq to report on the training and operations of the Iraqi Special Groups.

464.    In the year prior to his capture in 2007, Daqduq made four trips to Iraq where he monitored and reported on the training and arming of the Special Groups in mortars and rockets, manufacturing and employment of IEDs, and kidnapping operations.

465.    Most significantly, Daqduq was tasked with organizing the Special Groups in ways that mirrored how Hezbollah was organized in Lebanon.

466.    Daqduq also helped the IRGC train Iraqis in Iran. Using training groups of approximately 20 to 60 Iraqis at a time, Daqduq instructed his trainees how to use EFPs, mortars and rockets, as well as intelligence, sniper and kidnapping operations. The IRGC then sent the trainees back to Iraq where they were organized into Special Groups.

467.    The IRGC also supplied the groups with weapons and a funding stream estimated at between $750,000 and $3 million per month.

468.    On April 26, 2007, the Commander of the Multi-National Force-Iraq, Gen. David Petraeus, gave a briefing in which he stated:

> The Iranian involvement has really become much clearer to us and brought into much more focus during the interrogation of the members -- the heads of the Khazali network and some of the key members of that network that have been in detention now for a month or more. This is the head of the secret cell network, the extremist secret cells. They were provided substantial funding, training on Iranian soil, advanced explosive

munitions and technologies as well as run of the mill arms and ammunition, in some cases advice and in some cases even a degree of direction. When we captured these individuals -- the initial capture, and then there have been a number of others since then -- we discovered, for example, a 22-page memorandum on a computer that detailed the planning, preparation, approval process and conduct of the operation that resulted in five of our soldiers being killed in Karbala. It also detailed -- there are numerous documents which detailed a number of different attacks on coalition forces, and our sense is that these records were kept so that they could be handed in to whoever it is that is financing them. And there's no question, again, that Iranian financing is taking place through the Quds force of the Iranian Republican Guards Corps.

469.    The Americans killed during the Karbala attack included Brian S. Freeman, and Johnathon M. Millican. The Americans injured during the Karbala attack included Plaintiffs Billy Wallace, Evan Kirby, Johnny Washburn and Marvin Thornsberry.

**The Freeman Family**

470.    Brian S. Freeman was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

471.    Plaintiff Charlotte Freeman is a citizen of the United States and domiciled in the State of California. She is the widow of Brian S. Freeman.

472.    Plaintiff Kathleen Snyder is a citizen of the United States and domiciled in the State of Utah. She is the mother of Brian S. Freeman.

473.    Plaintiff Randolph Freeman is a citizen of the United States and domiciled in the State of California. He is the father of Brian S. Freeman.

474.    Plaintiff G.F., a minor represented by his legal guardian Charlotte Freeman, is a citizen of the United States and domiciled in the State of California. He is the son of Brian S. Freeman.

475.    Plaintiff I.F., a minor represented by her legal guardian Charlotte Freeman, is a citizen of the United States and domiciled in the State of California. She is the daughter of Brian

S. Freeman.

476.    Plaintiff Charlotte Freeman brings an action individually and on behalf of the Estate of Brian S. Freeman as its legal representative.

477.    As a result of the attack, and the death of Brian S. Freeman, Plaintiffs Charlotte Freeman, Kathleen Snyder, Randolph Freeman, G.F. and I.F. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/father's society, companionship, comfort, advice and counsel.

**The Millican Family**

478.    Johnathon M. Millican was a citizen of the United States and domiciled in the State of Alaska when he was killed in Iraq.

479.    Plaintiff Shannon Millican is a citizen of the United States and domiciled in the State of Alabama. She is the widow of Johnathon M. Millican.

480.    Plaintiff Mitchell Millican is a citizen of the United States and domiciled in the State of Alabama. He is the father of Johnathon M. Millican.

481.    Plaintiff Shannon Millican brings an action individually and on behalf of the Estate of Johnathon M. Millican, as its legal representative.

482.    As a result of the attack, and the death of Johnathon M. Millican, Plaintiffs Shannon Millican and Mitchell Millican have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's society, companionship, comfort, advice and counsel.

**The Wallace Family**

483.    Plaintiff Billy Wallace is a citizen of the United States and domiciled in the State of North Carolina.

484.    Mr. Wallace was wounded while helping to defend the PJCC's main building.

485.    He sustained serious shrapnel injuries when a grenade exploded in the doorway of the room that he was defending.

486.    Mr. Wallace also suffered hearing loss and tinnitus.

487.    He suffers from PTSD for which he has received ongoing treatment.

488.    As a result of the attack, and the injuries he suffered, Billy Wallace has experienced severe physical and mental anguish and extreme emotional pain and suffering.

489.    Plaintiff Stefanie Wallace is a citizen of the United States and domiciled in the State of North Carolina. She is the wife of Billy Wallace.

490.    Plaintiff D.W., a minor represented by his legal guardians Billy Wallace and Stefanie Wallace, is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Billy Wallace.

491.    Plaintiff C.W., a minor represented by his legal guardians Billy Wallace and Stefanie Wallace, is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Billy Wallace.

492.    Plaintiff A.W., a minor represented by his legal guardians Billy Wallace and Stefanie Wallace, is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Billy Wallace.

493.    As a result of the attack, and the injuries Billy Wallace suffered, Plaintiffs Stefanie Wallace, D.W., C.W. and A.W. have experienced severe mental anguish and extreme emotional pain and suffering.

**The Kirby Family**

494.    Plaintiff Evan Kirby is a citizen of the United States and domiciled in the State of

Ohio.

495.   Mr. Kirby was wounded while helping to defend the PJCC's main building.

496.   As a result of an explosion that occurred during the attack, Mr. Kirby was thrown high into the air and sustained injuries to his back and spine.

497.   The aforementioned injuries have caused him great pain.

498.   As a result of the attack, and the injuries he suffered, Evan Kirby has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**The Washburn Family**

499.   Plaintiff Johnny Washburn is a citizen of the United States and domiciled in the State of Washington.

500.   Mr. Washburn was wounded while helping to defend the PJCC's main building.

501.   He was in the same room as Johnathon M. Millican when the grenade detonated that killed Mr. Millican.

502.   In addition to witnessing Mr. Millican's murder, Mr. Washburn also observed other soldiers being killed and injured.

503.   Mr. Washburn attempted to assist the aforementioned soldiers.

504.   His clothing was covered in blood, causing him great distress, as he was initially unable to determine if the blood was his own or belonged to one of the surrounding soldiers.

505.   These images and memories of what he witnessed throughout the attack have caused him great distress.

506.   He has experienced sleep-related problems and headaches following the attack.

507.   As a result of the attack, and the injuries he suffered, Johnny Washburn has experienced severe mental anguish and extreme emotional pain and suffering.

**The Thornsberry Family**

508.    Plaintiff Marvin Thornsberry is a citizen of the United States and domiciled in the State of Michigan.

509.    Mr. Thornsberry was in the PJCC's adjacent building when the attack occurred.

510.    He has experienced survivor's guilt following the attack.

511.    Mr. Thornsberry has been prescribed medication to address issues of depression and anxiety.

512.    As a result of the attack, and the injuries he suffered, Marvin Thornsberry has experienced severe mental anguish and extreme emotional pain and suffering.

513.    Plaintiff Cynthia Thornsberry is a citizen of the United States and domiciled in the State of Michigan. She is the wife of Marvin Thornsberry.

514.    Plaintiff A.B., a minor represented by his legal guardian Cynthia Thornsberry, is a citizen of the United States and domiciled in the State of Michigan. He is the son of Cynthia Thornsberry and the step-son of Marvin Thornsberry.

515.    Plaintiff M.T., a minor represented by her legal guardians Marvin Thornsberry and Cynthia Thornsberry, is a citizen of the United States and domiciled in the State of Michigan. She is the daughter of Marvin Thornsberry and Cynthia Thornsberry.

516.    Plaintiff N.T., a minor represented by his legal guardians, Marvin Thornsberry and Cynthia Thornsberry, is a citizen of the United States and domiciled in the State of Michigan. He is the son of Marvin Thornsberry and Cynthia Thornsberry.

517.    Plaintiff L.T., a minor represented by her legal guardians, Marvin Thornsberry and Cynthia Thornsberry, is a citizen of the United States and domiciled in the State of Michigan. She is the daughter of Marvin Thornsberry and Cynthia Thornsberry.

518.    As a result of the attack and the injuries Marvin Thornsberry suffered, Plaintiffs Cynthia Thornsberry, A.B., M.T., N.T., and L.T. have experienced severe mental anguish and extreme emotional pain and suffering.

## 33.    THE JANUARY 22, 2007 ATTACK – BAGHDAD

**The Stout Family**

519.    Brandon L. Stout was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

520.    On January 22, 2007, Brandon L. Stout, aged 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

521.    Brandon L. Stout was killed in the attack.

522.    The weapon used to kill Brandon L. Stout was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

523.    Plaintiff Tracy Anderson is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Brandon L. Stout.

524.    Plaintiff Jeffrey Anderson is a citizen of the United States and domiciled in the State of Michigan. He is the step-father of Brandon L. Stout.

525.    As a result of the attack, and the death of Brandon L. Stout, Plaintiffs Tracy Anderson and Jeffrey Anderson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

## 34.    THE JANUARY 25, 2007 ATTACK – BAGHDAD

**The Fuller Family**

526.    Alexander H. Fuller was a citizen of the United States and domiciled in the State

of Massachusetts when he was killed in Iraq.

527.    On January 25, 2007, Alexander H. Fuller, aged 21, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

528.    Alexander H. Fuller was killed in the attack.

529.    The weapon used to kill Alexander H. Fuller was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

530.    Plaintiff Anastasia Fuller is a citizen of the United States and domiciled in the State of Massachusetts. She is the widow of Alexander H. Fuller.

531.    Plaintiff Anastasia Fuller brings this action individually and on behalf of the Estate of Alexander H. Fuller, as its legal representative.

532.    Plaintiff A.F., a minor represented by her legal guardian Anastasia Fuller, is a citizen of the United States and domiciled in the State of Massachusetts. She is the daughter of Alexander H. Fuller.

533.    As a result of the attack, and the death of Alexander H. Fuller, Plaintiffs Anastasia Fuller and A.F. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 35.    THE MARCH 15, 2007 ATTACK – BAQUBAH

### The Harris Family

534.    Blake Harris was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

535.    On March 15, 2007, Blake Harris, aged 27, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

536.    Blake Harris was killed in the attack.

537.    The weapon used to kill Blake Harris was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

538.    Plaintiff Anne F. Harris is a citizen of the United States and domiciled in the State of Georgia. She is the step-mother of Blake Harris.

539.    Plaintiff Paul D. Harris is a citizen of the United States and domiciled in the State of Georgia. He is the father of Blake Harris.

540.    As a result of the attack, and the death of Blake Harris, Plaintiffs Anne F. Harris and Paul D. Harris have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

## 36.    <u>THE MARCH 20, 2007 ATTACK – BAGHDAD</u>

**The Glawson Family**

541.    Curtis E. Glawson was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

542.    On March 20, 2007, Curtis E. Glawson, aged 24, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

543.    Curtis E. Glawson was killed in the attack.

544.    The weapon used to kill Curtis E. Glawson was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

545.    Plaintiff Hyunjung Glawson is domiciled in the State of Florida. She is the widow of Curtis E. Glawson.

546.    Plaintiff Yolanda M. Brooks is a citizen of the United States and domiciled in the State of Alabama. She is the mother of Curtis E. Glawson.

547.    Plaintiff Curtis Glawson, Sr. is a citizen of the United States and domiciled in the

State of Georgia. He is the father of Curtis E. Glawson.

548.    Plaintiff Kierra Glawson is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Curtis E. Glawson.

549.    Plaintiff Cortez Glawson is a citizen of the United States and domiciled in the State of Georgia. He is the brother of Curtis E. Glawson.

550.    As a result of the attack, and the death of Curtis E. Glawson, Plaintiffs Hyunjung Glawson, Yolanda M. Brooks, Curtis Glawson, Sr., Kierra Glawson and Cortez Glawson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

## 37.    <u>THE MARCH 23, 2007 ATTACK – NASIRIYAH</u>

**<u>The Sabinish Family</u>**

551.    Plaintiff Ryan Sabinish is a citizen of the United States and domiciled in the State of Minnesota.

552.    On March 23, 2007, Ryan Sabinish, then 25, was serving in the U.S. military in Iraq.

553.    Mr. Sabinish, a gunner, was tasked with protecting his base from mortar and rocket attacks.

554.    While he was conducting his operations, his vehicle was struck by an EFP.

555.    The weapon used to injure Mr. Sabinish was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

556.    As a result of the attack, Mr. Sabinish experienced severe blood loss and sustained injuries to his back, hip, and lower extremities.

557.    In addition, shrapnel penetrated and scarred his right arm.

558.    Mr. Sabinish has been diagnosed with Traumatic Brain Injury ("TBI").

559.    He also suffers from PTSD.

560.    Mr. Sabinish has been hospitalized for his emotional injuries and has sought mental health treatment as an outpatient. He continues to seek treatment.

561.    He has been prescribed medication to address his emotional health issues, and he continues to take medication to treat his emotional injuries.

562.    As a result of the attack, and the injuries he suffered, Ryan Sabinish has experienced severe physical and mental anguish and extreme emotional pain and suffering.

563.    Plaintiff R.J.S., a minor represented by her legal guardian Ryan Sabinish, is a citizen of the United States and domiciled in the State of Minnesota. She is the daughter of Ryan Sabinish.

564.    Plaintiff S.J.S., a minor represented by her legal guardian Ryan Sabinish, is a citizen of the United States and domiciled in the State of Minnesota. She is the daughter of Ryan Sabinish.

565.    As a result of the attack, and the injuries suffered by Ryan Sabinish, Plaintiffs R.J.S. and S.J.S. have experienced severe mental anguish, and extreme emotional pain and suffering.

## 38.    **THE MARCH 31, 2007 ATTACK – DIWANIYAH**

**The Christopher Family**

566.    Kwesi Christopher was a citizen of the United States and domiciled in Brooklyn, in the State of New York, when he was killed in Iraq.

567.    On March 31, 2007, Kwesi Christopher, aged 25, a former soldier in the U.S. military, was serving as a civilian contractor in Iraq when an EFP detonated near him.

568.    Kwesi Christopher was killed in the attack.

569.    The weapon used to kill Kwesi Christopher was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

570.    Plaintiff Ann Christopher is a citizen of the United States and domiciled in the State of Florida. She is the mother of Kwesi Christopher.

571.    Plaintiff Ann Christopher brings an action individually and on behalf of the Estate of Kwesi Christopher, as its legal representative.

572.    As a result of the attack, and the death of Kwesi Christopher, Plaintiff Ann Christopher has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

## 39.    <u>THE APRIL 6, 2007 ATTACK – BAGHDAD</u>

**<u>The Fuentes Family</u>**

573.    Daniel A. Fuentes was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

574.    On April 6, 2007, Daniel A. Fuentes, aged 19, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

575.    Daniel A. Fuentes was killed in the attack.

576.    The weapon used to kill Daniel A. Fuentes was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

577.    Plaintiff Nancy Fuentes is a citizen of the United States and domiciled in the State of New York. She is the mother of Daniel A. Fuentes.

578.    Plaintiff Nancy Fuentes brings this action individually and on behalf of the Estate of Daniel A. Fuentes.

579. Plaintiff Armando Fuentes is a citizen of the United States and domiciled in the State of New York. He is the father of Daniel A. Fuentes.

580. Plaintiff Julio Fuentes is a citizen of the United States and domiciled in the State of New York. He is the brother of Daniel A. Fuentes.

581. Plaintiff T.F., a minor represented by her legal guardians Nancy Fuentes and Armando Fuentes, is a citizen of the United States and domiciled in the State of New York. She is the sister of Daniel A. Fuentes.

582. Emma McGarry is a citizen of the United States and domiciled in the State of New York. She was the fiancée of Daniel A. Fuentes and is the legal guardian of Plaintiff D.J.F.

583. Plaintiff D.J.F., a minor represented by his legal guardian, Emma McGarry, is a citizen of the United States and domiciled in the State of New York. He is the son of Daniel A. Fuentes.

584. As a result of the attack, and the death of Daniel A. Fuentes, Plaintiffs Nancy Fuentes, Armando Fuentes, Julio Fuentes, T.F. and D.J.F. have experienced the loss of their son's/brother's/father's society, companionship, comfort, advice and counsel.

## 40. **THE APRIL 15, 2007 ATTACK – BAGHDAD**

**The Lilley Family**

585. Plaintiff Scott Lilley is a citizen of the United States and domiciled in the State of Texas.

586. On April 15, 2007, Scott Lilley, then 28, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

587. The weapon used to injure Mr. Lilley was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

588.     As a result of the attack, shrapnel struck Mr. Lilley's head and entered his skull. He developed significant swelling of the brain.

589.     Surgeons removed a portion of Mr. Lilley's skull to alleviate the swelling.

590.     He remained in a coma for over 24 hours.

591.     Mr. Lilley also underwent procedures in an attempt to prevent brain aneurisms.

592.     The injury to his brain resulted in Mr. Lilly's inability to do simple and complex tasks that included walking, eating, and talking.

593.     His received physical and occupational therapy so he could relearn these and other skills.

594.     Mr. Lilly has developed short-term memory loss since the attack and has difficulty following up with tasks and recalling information.  He has been diagnosed with ADHD and has been prescribed medication to address this condition.

595.     As a result of the attack, and the injuries he suffered, Scott Lilly has experienced severe physical and mental anguish and extreme emotional pain and suffering.

596.     Plaintiff Frank Lilley is a citizen of the United States and domiciled in the State of New Mexico.  He is the father of Scott Lilley.

597.     Plaintiff Jolene Lilley is a citizen of the United States and domiciled in the State of New Mexico.  She is the mother of Scott Lilley.

598.     Plaintiff Matthew Lilley is a citizen of the United States and domiciled in the State of Texas.  He is the brother of Scott Lilley.

599.     As a result of the attack, and the injuries Scott Lilley suffered, Plaintiffs Frank Lilley, Jolene Lilly, and Matthew Lilly have experienced severe mental anguish and extreme emotional pain and suffering.

## 41.   **THE APRIL 16, 2007 ATTACK – BAGHDAD**

**The Starcevich Family**

600.    Lucas V. Starcevich was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

601.    On April 16, 2007, Lucas V. Starcevich, aged 25, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

602.    Lucas V. Starcevich was killed in the attack.

603.    The weapon used to kill Lucas V. Starcevich was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

604.    Plaintiff Ava Tomson is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Lucas V. Starcevich.

605.    Plaintiff Richard Tomson is a citizen of the United States and domiciled in the State of Illinois. He is the step-father of Lucas V. Starcevich.

606.    Plaintiff Bradley Starcevich is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Lucas V. Starcevich.

607.    Plaintiff Glenda Starcevich is a citizen of the United States and domiciled in the State of Pennsylvania. She is the step-mother of Lucas V. Starcevich.

608.    Plaintiff Ariana Reyes is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Lucas V. Starcevich.

609.    Plaintiff Trenton Starcevich is a citizen of the United States and domiciled in the State of Illinois. He is the brother of Lucas V. Starcevich.

610.    Plaintiff Samantha Tomson is a citizen of the United States and domiciled in the State of Illinois. She is the step-sister of Lucas V. Starcevich.

611.    Plaintiff Andrew Tomson is a citizen of the United States and domiciled in the State of Illinois. He is the step-brother of Lucas V. Starcevich

612.    Plaintiff Ava Tomson brings an action individually and on behalf of the Estate of Lucas V. Starcevich, as its legal representative.

613.    As a result of the attack, and the death of Lucas V. Starcevich, Plaintiffs Ava Tomson, Richard Tomson, Bradley Starcevich, Glenda Starcevich, Ariana Reyes, Trenton Starcevich, Samantha Tomson and Andrew Tomson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 42.   THE APRIL 29, 2007 ATTACK – BAGHDAD

**The Funcheon Family**

614.    Alexander J. Funcheon was a citizen of the United States and domiciled in the State of Kansas when he was killed in Iraq.

615.    On April 29, 2007, Alexander J. Funcheon, aged 21, was serving in the U.S. military in Iraq when an EFP detonated near his unit.

616.    Alexander J. Funcheon was killed in the attack.

617.    The weapon used to kill Alexander J. Funcheon was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

618.    Plaintiff Karen Funcheon is a citizen of the United States and domiciled in the State of Kansas. She is the mother of Alexander J. Funcheon.

619.    Plaintiff Robert Funcheon is a citizen of the United States and domiciled in the State of Kansas. He is the father of Alexander J. Funcheon.

620.    Plaintiff Karen Funcheon brings an action individually and on behalf of the Estate

of Alexander J. Funcheon, as its legal representative.

621.    As a result of the attack, and the death of Alexander J. Funcheon, Plaintiffs Karen Funcheon and Robert Funcheon have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

## 43.    THE MAY 3, 2007 ATTACK – BAGHDAD

**The Potter Family**

622.    Jerome Potter was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

623.    On May 3, 2007, Jerome Potter, aged 24, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

624.    Jerome Potter was killed in the attack.

625.    The weapon used to kill Jerome Potter was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

626.    Plaintiff Holly Burson-Gilpin is a citizen of the United States and domiciled in the State of Washington. She is the mother of Jerome Potter.

627.    Plaintiff Holly Burson-Gilpin brings an action individually and on behalf of the Estate of Jerome Potter, as its legal representative.

628.    As a result of the attack, and the death of Jerome Potter, Plaintiff Holly Burson-Gilpin has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

## 44.   THE MAY 3, 2007 ATTACK – MUSAYYIB

**The Umbrell Family**

629.    Colby J. Umbrell was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

630.    On May 3, 2007, Colby J. Umbrell aged 26, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

631.    Colby J. Umbrell was killed in the attack.

632.    The weapon used to kill Colby J. Umbrell was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

633.    Plaintiff Nancy Umbrell is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Colby J. Umbrell.

634.    Plaintiff Mark Umbrell is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Colby J. Umbrell.

635.    Plaintiffs Nancy Umbrell and Mark Umbrell bring an action individually on behalf of the Estate of Colby J. Umbrell, as its legal representatives.

636.    As a result of the attack, and the death of Colby J. Umbrell, Plaintiffs Nancy Umbrell and Mark Umbrell have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

## 45.   THE MAY 6, 2007 ATTACK – BAGHDAD

**The Dixon Family**

637.    Robert J. Dixon was a citizen of the United States and domiciled in the State of Minnesota when he was killed in Iraq.

638.    On May 6, 2007, Robert J. Dixon aged 27, was serving in the U.S. military in Iraq

when an EFP detonated near his vehicle.

639.    Robert J. Dixon was killed in the attack.

640.    The weapon used to kill Robert J. Dixon was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

641.    Plaintiff Ilene Dixon was a citizen of the United States at the time of the death of Robert J. Dixon. She was the mother of Robert J. Dixon. She died on November 18, 2014.

642.    Plaintiff Dan Dixon is a citizen of the United States and domiciled in the State of Michigan. He is the father of Robert J. Dixon.

643.    Plaintiff Dan Dixon brings this action individually and on behalf of the Estate of Ilene Dixon as its legal representative.

644.    Plaintiff Dan Dixon also brings this action on behalf of the Estate of Robert J. Dixon, as its legal representative.

645.    As a result of the attack, and the death of Robert J. Dixon, Plaintiff Dan Dixon has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

## 46.    THE MAY 6, 2007 ATTACK – BAGHDAD

### The Martinez Family

646.    Virgil C. Martinez was a citizen of the United States and domiciled in the State of Utah when he was killed in Iraq.

647.    On May 6, 2007, Virgil C. Martinez, aged 33, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

648.    Virgil C. Martinez was killed in the attack.

649.    The weapon used to kill Virgil C. Martinez was an Iranian-manufactured EFP

provided to Iranian-funded and -trained terror operatives in Iraq.

650. Plaintiff Rebecca J. Oliver is a citizen of the United States and domiciled in the State of Utah. She is the mother of Virgil C. Martinez.

651. Plaintiff Daniel C. Oliver is a citizen of the United States and domiciled in the State of Utah. He is the step-father of Virgil C. Martinez.

652. As a result of the attack, and the death of Virgil C. Martinez, Plaintiffs Rebecca J. Oliver and Daniel C. Oliver have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

## 47. THE MAY 8, 2007 ATTACK – SALMAN PAK

### The Little Family

653. Kyle A. Little was a citizen of the United States and domiciled in the State of Massachusetts when he was killed in Iraq.

654. On May 8, 2007, Kyle A. Little, aged 20, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

655. Kyle A. Little was killed in the attack.

656. The weapon used to kill Kyle A. Little was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

657. Plaintiff Shelley Ann Smith is a citizen of the United States and domiciled in the State of Massachusetts. She is the mother of Kyle A. Little.

658. As a result of the attack, and the death of Kyle A. Little, Plaintiff Shelley Ann Smith has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

## 48.  THE MAY 11, 2007 ATTACK – AL ISKANDARIYAH

**The Farrar Family**

659.  William A. Farrar was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

660.  On May 11, 2007, William A. Farrar, aged 20, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

661.  William A. Farrar was killed in the attack.

662.  The weapon used to kill William A. Farrar was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

663.  Plaintiff William Farrar, Sr. is a citizen of the United States and domiciled in the State of California. He is the father of William A. Farrar.

664.  Plaintiff William Farrar, Sr. brings an action individually and on behalf of the Estate of William A. Farrar, as its legal representative.

665.  As a result of the attack, and the death of William A. Farrar, Plaintiff William Farrar, Sr. has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

## 49.  THE JUNE 2, 2007 ATTACK – BAGHDAD

**The Dressler Family**

666.  Shawn E. Dressler was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

667.  On June 2, 2007, Shawn E. Dressler, aged 22, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

668.  Shawn E. Dressler was killed in the attack.

669.    The weapon used to kill Shawn E. Dressler was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

670.    Plaintiff Tonya K. Dressler is a citizen of the United States and domiciled in the State of Arizona. She is the mother of Shawn E. Dressler.

671.    Plaintiff Ardith Cecil Dressler is a citizen of the United States and domiciled in the State of Arizona. He is the father of Shawn E. Dressler.

672.    Plaintiff Melissa Dressler is a citizen of the United States and domiciled in the State of Arizona. She is the sister of Shawn E. Dressler.

673.    As a result of the attack, and the death of Shawn E. Dressler, Plaintiffs Tonya K. Dressler, Ardith Cecil Dressler and Melissa Dressler have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Brown Family**

674.    Joshua D. Brown was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

675.    On June 3, 2007, Joshua D. Brown, aged 26, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

676.    Joshua D. Brown was killed in the attack.

677.    The weapon used to kill Joshua D. Brown was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

678.    Plaintiff Elizabeth Brown is a citizen of the United States and domiciled in the State of Michigan. She is the widow of Joshua D. Brown.

679.    Plaintiff Elizabeth Brown brings an action individually and on behalf of the Estate

of Joshua D. Brown, as its legal representative.

680.    As a result of the attack, and the death of Joshua D. Brown, Plaintiff Elizabeth Brown has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's society, companionship, comfort, advice and counsel.

## 50.    THE JUNE 5, 2007 ATTACK – KIRKUK

**The Balmer Family**

681.    Ryan A. Balmer was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

682.    On June 5, 2007, Ryan A. Balmer, aged 33, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

683.    Ryan A. Balmer was killed in the attack.

684.    The weapon used to kill Ryan A. Balmer was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

685.    Plaintiff Danielle Sweet is a citizen of the United States and domiciled in the State of Florida. She is the widow of Ryan A. Balmer.

686.    Plaintiff A.B., a minor represented by his legal guardian Danielle Sweet, is a citizen of the United States and domiciled in the State of Florida. He is the son of Ryan A. Balmer.

687.    Plaintiff G.B., a minor represented by her legal guardian Danielle Sweet, is a citizen of the United States and domiciled in the State of Florida. She is the daughter of Ryan A. Balmer.

688.    Plaintiff Danielle Sweet brings an action individually and on behalf of the Estate of Ryan A. Balmer, as its legal representative.

689.    As a result of the attack, and the death of Ryan A. Balmer, Plaintiffs Danielle Sweet, A.B. and G.B. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

**The Kuglics Family**

690.    Matthew J. Kuglics was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

691.    On June 5, 2007, Matthew J. Kuglics, aged 25, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

692.    Matthew J. Kuglics was killed in the attack.

693.    The weapon used to kill Matthew J. Kuglics was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

694.    Plaintiff Donna Kuglics is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Matthew J. Kuglics.

695.    Plaintiff Les Kuglics is a citizen of the United States and domiciled in the State of Ohio. He is the father of Matthew J. Kuglics.

696.    Plaintiff Emily Adams is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Matthew J. Kuglics.

697.    Plaintiff Donna Kuglics brings an action individually and on behalf of the Estate of Matthew J. Kuglics, as its legal representative.

698.    As a result of the attack, and the death of Matthew J. Kuglics, Plaintiffs Donna Kuglics, Les Kuglics and Emily Adams have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort,

advice and counsel.

## 51.   THE JUNE 13, 2007 ATTACK - SCANIA

**The Parker Family**

699.   Richard Parker was a citizen of the United States and domiciled in the State of Maine when he was killed in Iraq.

700.   On June 13, 2007, Richard Parker, aged 26, was serving in the United States military in Iraq when an EFP detonated near his vehicle.

701.   Richard Parker died on June 14, 2007 as a result of injuries sustained in the attack.

702.   The weapon used to kill Richard Parker was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

703.   Plaintiff Scott Hood is a citizen of the United States and domiciled in the State of Maine. He is the father of Richard Parker.

704.   Plaintiff Flora Hood is a citizen of the United States and domiciled in the State of Maine. She is the step-mother of Richard Parker.

705.   Plaintiff Stephanie Howard is a citizen of the United States and domiciled in the State of Maine. She is the sister of Richard Parker.

706.   Plaintiff Dixie Flagg is a citizen of the United States and domiciled in the State of Maine. She is the mother of Richard Parker.

707.   Plaintiff C.F., a minor represented by her legal guardian Dixie Flagg, is a citizen of the United States and domiciled in the State of Maine. She is the sister of Richard Parker.

708.   Plaintiff William Parker is a citizen of the United States and domiciled in the State of Maine. He is the brother of Richard Parker.

709.    Plaintiff Meghan Parker-Crockett is a citizen of the United States and domiciled in the State of Maine. She is the sister of Richard Parker.

710.    As a result of the attack, and the death of Richard Parker, Plaintiffs Scott Hood, Flora Hood, Stephanie Howard, Dixie Flagg, C.F., William Parker, and Meghan Parker-Crockett have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's\brother's society, companionship, comfort, advice and counsel.

## 52.    THE JUNE 21, 2007 ATTACK – BAGHDAD

**The Spencer Family**

711.    Raymond N. Spencer was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

712.    On June 21, 2007, Raymond N. Spencer, aged 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

713.    Raymond N. Spencer was killed in the attack.

714.    The weapon used to kill Raymond N. Spencer was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

715.    Plaintiff Sylvia Johnson Spencer is a citizen of the United States and domiciled in the State of California. She is the step-mother of Raymond N. Spencer.

716.    Plaintiff Raymond Nigel Spencer, Sr. is a citizen of the United States and domiciled in the State of California. He is the father of Raymond N. Spencer.

717.    As a result of the attack, and the death of Raymond N. Spencer, Plaintiffs Sylvia Johnson Spencer and Raymond Nigel Spencer, Sr. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

## 53.   THE JUNE 29, 2007 ATTACK – BAGHDAD

**The Adair Family**

718.   James L. Adair was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

719.   One June 29, 2007, James L. Adair, aged 26, was serving in the U.S. military in Iraq when EFP detonated near his vehicle.

720.   James L. Adair was killed in the attack.

721.   The weapon used to kill James L. Adair was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

722.   Plaintiff Amanda B. Adair is a citizen of the United States and domiciled in the State of Texas. She is the sister of James L. Adair.

723.   As a result of the attack, and the death of James L. Adair, Plaintiff Amanda B. Adair has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his brother's society, companionship, comfort, advice and counsel.

## 54.   THE JULY 6, 2007 ATTACK – BAGHDAD

**The Lamie Family**

724.   Gene Lamie was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

725.   On July 6, 2007, Gene Lamie, aged 25, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

726.   Gene Lamie was killed in the attack.

727.   The weapon used to kill Gene Lamie was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

728.    Plaintiff John D. Lamie is a citizen of the United States and domiciled in the State of Georgia. He is the brother of Gene Lamie.

729.    As a result of the attack, and the death of Gene Lamie, Plaintiff John D. Lamie has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his brother's society, companionship, comfort, advice and counsel.

## 55.    THE JULY 6, 2007 ATTACK – BAGHDAD

**The Lewis Family**

730.    Jason Dale Lewis was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

731.    On July 6, 2007, Jason Dale Lewis, aged 30, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

732.    Jason Dale Lewis was killed in the attack.

733.    The weapon used to kill Jason Dale Lewis was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

734.    Plaintiff Donna Lewis is a citizen of the United States and domiciled in the State of Virginia. She is the widow of Jason Dale Lewis.

735.    Plaintiff J.L., a minor represented by his legal guardian Donna Lewis, is a citizen of the United States and domiciled in the State of Virginia. He is the son of Jason Dale Lewis.

736.    Plaintiff J.L., a minor represented by his legal guardian Donna Lewis, is a citizen of the United States and domiciled in the State of Virginia. He is the son of Jason Dale Lewis.

737.    Plaintiff G.L., a minor represented by her legal guardian Donna Lewis, is a citizen of the United States and domiciled in the State of Virginia. She is the daughter of Jason Dale Lewis.

738.    Plaintiff Jean Mariano is a citizen of the United States and domiciled in the State of Connecticut. She is the mother of Jason Dale Lewis.

739.    As a result of the attack, and the death of Jason Dale Lewis, Plaintiffs Donna Lewis, J.L., J.L., G.L. and Jean Mariano have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their spouse's/father's/son's society, companionship, comfort, advice and counsel.

**The McRill Family**

740.    Robert McRill was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

741.    On July 6, 2007, Robert McRill, aged 42, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

742.    Robert McRill was killed in the attack.

743.    The weapon used to kill Robert McRill was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

744.    Plaintiff Katherine McRill-Fellini is a citizen of the United States and domiciled in the State of Virginia. She is the widow of Robert McRill.

745.    Plaintiff Brett Coke is a citizen of the United States and domiciled in the State of Virginia. He is the step-brother of Robert McRill.

746.    Plaintiff Brian Coke is a citizen of the United States and domiciled in the State of Virginia. He is the step-brother of Robert McRill.

747.    As a result of the attack, and the death of Robert McRill, Plaintiffs Katherine McRill-Fellini, Brett Coke, and Brian Coke have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/brother's society, companionship,

comfort, advice and counsel.

## 56.   THE JULY 17, 2007 ATTACK – BAGHDAD

### The Bobb Family

748.    Brandon K. Bobb was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

749.    On July 17, 2007, Brandon K. Bobb, aged 20, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

750.    Brandon K. Bobb was killed in the attack.

751.    The weapon used to kill Brandon K. Bobb was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

752.    Plaintiff Paula C. Bobb-Miles is a citizen of the United States and domiciled in the State of Texas. She is the mother of Brandon K. Bobb.

753.    Plaintiff Johnny Javier Miles, Sr. is a citizen of the United States and domiciled in the State of Alabama. He is the step-father of Brandon K. Bobb.

754.    Plaintiff J.J.M., Jr., a minor represented by his legal guardian Paula C. Bobb-Miles, is a citizen of the United States and domiciled in the State of Texas. He is the brother of Brandon K. Bobb.

755.    Plaintiff Racquel Arnae Bobb Miles is a citizen of the United States and domiciled in the State of Texas. She is the sister of Brandon K. Bobb.

756.    Plaintiff Paula C. Bobb-Miles brings an action individually and on behalf of the Estate of Brandon K. Bobb, as its legal representative.

757.    As a result of the attack, and the death of Brandon K. Bobb, Plaintiffs Paula C. Bobb-Miles, Johnny Javier Miles, Sr., J.J.M. Jr. and Racquel Arnae Bobb Miles have

experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Joshua Family**

758.    Ron J. Joshua, Jr. was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

759.    On July 17, 2007, Ron J. Joshua, Jr., aged 19, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

760.    Ron J. Joshua, Jr. was killed in the attack.

761.    The weapon used to kill Ron J. Joshua, Jr. was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

762.    Plaintiff Ursula Ann Joshua is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Ron J. Joshua, Jr.

763.    As a result of the attack, and the death of Ron J. Joshua, Jr., Plaintiff Ursula Ann Joshua has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

## 57.    THE DECEMBER 1, 2007 ATTACK – BAGDAD

**The Reece Family**

764.    Matthew K. Reece was a citizen of the United States and domiciled in the State of Arkansas when he was killed in Iraq.

765.    On December 1, 2007, Matthew K. Reece, aged 24, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

766.    Matthew K. Reece was killed in the attack.

767.    The weapon used to kill Matthew K. Reece was an Iranian-manufactured EFP

provided to Iranian-funded and -trained terror operatives in Iraq.

768.     Plaintiff Tammy Vanderwaal is a citizen of the United States and domiciled in the State of Arkansas. She is the mother of Matthew K. Reece.

769.     Plaintiff A.L.R., a minor represented by her legal guardian Tammy Vanderwaal, is a citizen of the United States and domiciled in the State of Arkansas. She is the daughter of Matthew K. Reece.

770.     As a result of the attack, and the death of Matthew K. Reece, Plaintiffs Tammy Vanderwaal and A.L.R. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's\father's society, companionship, comfort, advice and counsel.

## 58.     THE JANUARY 6, 2008 ATTACK – BAGHDAD

### The Gudridge Family

771.     James D. Gudridge was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

772.     On January 6, 2008, James D. Gudridge, aged 20, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

773.     James D. Gudridge was killed in the attack.

774.     The weapon used to kill James D. Gudridge was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

775.     Plaintiff Ashley Gudridge Houppert is a citizen of the United States and domiciled in the State of New York. She is the sister of James D. Gudridge.

776.     As a result of the attack, and the death of James D. Gudridge, Plaintiff Ashley Gudridge Houppert has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her brother's society, companionship, comfort, advice and counsel.

## 59.    THE MARCH 17, 2008 ATTACK – BAGHDAD

**The Elledge Family**

777.    Michael D. Elledge was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

778.    On March 17, 2008, Michael D. Elledge, aged 41, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

779.    Michael D. Elledge was killed in the attack.

780.    The weapon used to kill Michael D. Elledge was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

781.    Plaintiff Marion Crimens is a citizen of the United States and domiciled in the State of Florida. She is the mother of Michael D. Elledge.

782.    Plaintiff Timothy W. Elledge is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Michael D. Elledge.

783.    As a result of the attack, and the death of Michael D. Elledge, Plaintiffs Marion Crimens and Timothy W. Elledge have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 60.    THE MARCH 17, 2008 ATTACK – BAGHDAD

**The Levi Family**

784.    Plaintiff Christopher Levi is a citizen of the United States and domiciled in the State of New York.

785.    On March 17, 2008, Christopher Levi, then 23, was serving in the U.S. military in Iraq.

786.    Mr. Levi was in a convoy when an EFP struck his vehicle.

787.    The weapon used to injure Mr. Levi was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

788.    As a result of the attack, Mr. Levi lost both of his legs.

789.    He also sustained a fracture of his right ulna and loss of the second metacarpal in his right hand.

790.    In addition to adjusting to life as a double amputee through the use of prosthetics and a wheelchair, Mr. Levi continues to experience numbness in his left arm.

791.    He also suffers from TBI.

792.    As a result of the attack, and the injuries he suffered, Christopher Levi has experienced severe physical and mental anguish and extreme emotional pain and suffering.

793.    Plaintiff Eric Levi is a citizen of the United States and domiciled in the State of New York. He is the father of Christopher Levi.

794.    Plaintiff Debra Levi is a citizen of the United States and domiciled in the State of New York. She is the mother of Christopher Levi.

795.    Plaintiff Emily Levi is a citizen of the United States and domiciled in the State of New York. She is the sister of Christopher Levi.

796.    Plaintiff Kimberly Vesey is a citizen of the United States and domiciled in the State of New York. She is the sister of Christopher Levi.

797.    As a result of the attack, and the injuries suffered by Christopher Levi, Plaintiffs Eric Levi, Debra Levi, Emily Levi and Kimberly Vesey have experienced severe mental anguish, and extreme emotional pain and suffering.

## 61.   **THE MARCH 23, 2008 ATTACK – BAGHDAD**

**The Habsieger Family**

798.    Andrew J. Habsieger was a citizen of the United States and domiciled in the State of Missouri when he was killed in Iraq.

799.    On March 23, 2008, Andrew J. Habsieger, aged 22, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

800.    Andrew J. Habsieger was killed in the attack.

801.    The weapon used to kill Andrew J. Habsieger was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

802.    Plaintiff Brenda Habsieger is a citizen of the United States and domiciled in the State of Missouri. She is the mother of Andrew J. Habsieger.

803.    Plaintiff Michael Habsieger is a citizen of the United States and domiciled in the State of Missouri. He is the father of Andrew J. Habsieger.

804.    Plaintiff Jacob Michael Habsieger is a citizen of the United States and domiciled in the State of Missouri. He is the brother of Andrew J. Habsieger.

805.    As a result of the attack, and the death of Andrew J. Habsieger, Plaintiffs Brenda Habsieger, Michael Habsieger and Jacob Michael Habsieger have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Hake Family**

806.    Christopher M. Hake was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

807.    On March 23, 2008, Christopher M. Hake, aged 26, was serving in the U.S.

military in Iraq when an EFP detonated near his vehicle.

808.    Christopher M. Hake was killed in the attack.

809.    The weapon used to kill Christopher M. Hake was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

810.    Plaintiff Kelli D. Hake is a citizen of the United States and domiciled in the State of Oklahoma. She is the widow of Christopher M. Hake.

811.    Plaintiff Denice York is a citizen of the United States and domiciled in the State of Oklahoma. She is the mother of Christopher M. Hake.

812.    Plaintiff Russel York is a citizen of the United States and domiciled in the State of Oklahoma. He is the step-father of Christopher M. Hake.

813.    Plaintiff Jill Hake is a citizen of the United States and domiciled in the State of Oklahoma. She is the step-mother of Christopher M. Hake.

814.    Plaintiff Peter Hake is a citizen of the United States and domiciled in the State of Oklahoma. He is the father of Christopher M. Hake.

815.    Plaintiff G.H., a minor represented by his legal guardian Kelli D. Hake, is a citizen of the United States and domiciled in the State of Oklahoma. He is the son of Christopher M. Hake.

816.    Plaintiff Zachary Hake is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Christopher M. Hake.

817.    Plaintiff Keri Hake is a citizen of the United States and domiciled in the State of Oklahoma. She is the sister of Christopher M. Hake.

818.    Plaintiff Skylar Hake is a citizen of the United States and domiciled in the State of Oklahoma. He is the brother of Christopher M. Hake.

819.    Plaintiff Kelli D. Hake brings an action individually and on behalf of the Estate of Christopher M. Hake, as its legal representative.

820.    As a result of the attack, and the death of Christopher M. Hake, Plaintiffs Kelli D. Hake, Denice York, Russel York, Jill Hake, Peter Hake, G.H., Zachary Hake, Keri Hake and Skylar Hake have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/father's/brother's society, companionship, comfort, advice and counsel.

**The Delgado Family**

821.    George Delgado was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

822.    On March 23, 2008, George Delgado, aged 21, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

823.    George Delgado was killed in the attack.

824.    The weapon used to kill George Delgado was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

825.    Plaintiff Maria E. Calle is a citizen of the United States and domiciled in the State of California. She is the mother of George Delgado.

826.    Plaintiff Cynthia Delgado is a citizen of the United States and domiciled in the State of California. She is the sister of George Delgado.

827.    Plaintiff Cynthia Delgado brings an action individually and on behalf of the Estate of George Delgado, as its legal representative.

828.    As a result of the attack, and the death of George Delgado, Plaintiffs Maria E. Calle and Cynthia Delgado have experienced severe mental anguish, extreme emotional pain and

suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 62.   THE MARCH 29, 2008 ATTACK – BAGHDAD

**The Miller Family**

829.    Patrick J. Miller was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

830.    On March 29, 2008, Patrick J. Miller aged 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

831.    Patrick J. Miller was killed in the attack.

832.    The weapon used to kill Patrick J. Miller was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

833.    Plaintiff Kim Miller is a citizen of the United States and domiciled in the State of Florida. She is the mother of Patrick J. Miller.

834.    Plaintiff Michael J. Miller is a citizen of the United States and domiciled in the State of Florida. He is the brother of Patrick J. Miller.

835.    As a result of the attack, and the death of Patrick J. Miller, Plaintiffs Kim Miller and Michael J. Miller have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 63.   THE MARCH 30, 2008 ATTACK – BAGHDAD

**The Bailey Family**

836.    Plaintiff Walter Bailey is a citizen of the United States and domiciled in the State of Florida.

837.    On March 30, 2008, Walter Bailey, then 19, was serving in the U.S. military in Iraq.

838.     Mr. Bailey was returning to base when his vehicle was struck by an EFP.

839.     The weapon used to injure Mr. Bailey was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

840.     As a result of the attack, Mr. Bailey sustained multiple pieces of shrapnel in his right arm and both legs. He was also struck by shrapnel in his face and arm.

841.     As a result of the attack, Walter Bailey lost consciousness.

842.     He has been diagnosed with both TBI and PTSD.

843.     Mr. Bailey has also experienced memory loss.

844.     He has sought and continues to avail himself of counseling for the emotional injuries caused by the attack.

845.     As a result of the attack, and the injuries he suffered, Walter Bailey has experienced severe physical and mental anguish and extreme emotional pain and suffering.

846.     Plaintiff Cassandra Bailey is a citizen of the United States and domiciled in the State of Florida. She is the wife of Walter Bailey.

847.     As a result of the injuries suffered by Walter Bailey, Cassandra Bailey has sought counseling and been prescribed medication.

848.     As a result of the attack, and the injuries Walter Bailey suffered, Plaintiff Cassandra Bailey has experienced severe mental anguish, and extreme emotional pain and suffering.

## 64.     THE MARCH 30, 2008 ATTACK – BAGHDAD

### The Gilmore Family

849.     Terrell W. Gilmore, Sr. was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

850.     On March 30, 2008, Terrell W. Gilmore, Sr., aged 38, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

851.     Terrell W. Gilmore, Sr. was killed in the attack.

852.     The weapon used to kill Terrell W. Gilmore, Sr. was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

853.     The terrorist group that planned and executed the attack, the Mahdi Army/Special Groups, was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

854.     Plaintiff Kacey Gilmore is a citizen of the United States and domiciled in the State of Louisiana. She is the daughter of Terrell W. Gilmore, Sr.

855.     Plaintiff Terrell Gilmore, Jr. is a citizen of the United States and domiciled in the State of Louisiana. He is the son of Terrell W. Gilmore, Sr.

856.     As a result of the attack, and the death of Terrell W. Gilmore, Sr., Plaintiffs Kacey Gilmore and Terrell Gilmore, Jr. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their father's society, companionship, comfort, advice and counsel.

## 65.     THE MARCH 31, 2008 ATTACK – BAGHDAD

**The Dhanoolal Family**

857.     Dayne D. Dhanoolal was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

858.     On March 31, 2008, Dayne D. Dhanoolal, aged 26, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

859.     Dayne D. Dhanoolal was killed in the attack.

860.     The weapon used to kill Dayne D. Dhanoolal was an Iranian-manufactured EFP

provided to Iranian-funded and -trained terror operatives in Iraq.

861.    Plaintiff Kynesha Dhanoolal is a citizen of the United States and domiciled in the State of Georgia. She is the widow of Dayne D. Dhanoolal.

862.    As a result of the attack, and the death of Dayne D. Dhanoolal, Plaintiff Kynesha Dhanoolal has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's society, companionship, comfort, advice and counsel.

## 66.    THE APRIL 6, 2008 ATTACK – BAGHDAD

### The Pickett Family

863.    Emanuel Pickett was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

864.    On April 6, 2008, Emanuel Pickett, aged 34, was serving in the U.S. military when he was involved in a mortar attack.

865.    Emanuel Pickett was killed in the attack.

866.    The terrorist group that planned and executed the mortar attack, the Mahdi Army, was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

867.    Plaintiff Merlese Pickett is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Emanuel Pickett.

868.    Plaintiff Harry Cromity is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Emanuel Pickett.

869.    As a result of the attack, and the death of Emanuel Pickett, Plaintiffs Merlese Pickett and Harry Cromity have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 67.  **THE APRIL 6, 2008 ATTACK – BAGHDAD**

**The Scott Family**

870.    Stephen K. Scott was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

871.    On April 6, 2008, Stephen K. Scott, aged 54, was serving in the U.S. military when he was involved in a mortar attack.

872.    Stephen K. Scott was killed in the attack.

873.    Jaysh al Mahdi, the terrorist group that planned and executed the mortar attack, was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

874.    Plaintiff Rachel M. Gillette is a citizen of the United States and domiciled in the State of Missouri. She is the daughter of Stephen K. Scott.

875.    Plaintiff Rebekah Scott is a citizen of the United States and domiciled in the State of Missouri. She is the daughter of Steven K. Scott.

876.    As a result of the attack, and the death of Stephen K. Scott, Plaintiffs Rachel M. Gillette and Rebekah Scott have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their father's society, companionship, comfort, advice and counsel.

**The Wolfer Family**

877.    Stuart Wolfer was a citizen of the United States and domiciled in the State of Idaho when he was killed in Iraq.

878.    On April 6, 2008, Stuart Wolfer, aged 36, was serving in the United States military in Iraq when Jaysh al Mahdi operatives attacked his unit.

879.    Stuart Wolfer was killed as a result of injuries sustained in the attack.

880.    Jaysh al Mahdi, the terrorist group that planned and executed the mortar attack,

was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

881.    Plaintiff Leonard Wolfer is a citizen of the United States and domiciled in the State of Florida. He is the father of Stuart Wolfer.

882.    Plaintiff Esther Wolfer is a citizen of the United States and domiciled in the State of Florida. She is the mother of Stuart Wolfer.

883.    As a result of the attack, and the death of Stuart Wolfer, Plaintiffs Leonard Wolfer and Esther Wolfer have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

## 68.    THE APRIL 7, 2008 ATTACK – BAGHDAD

### The Smith Family

884.    Timothy Smith was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

885.    On April 7, 2008, Timothy Smith, aged 25, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

886.    Timothy Smith was killed in the attack.

887.    The weapon used to kill Timothy Smith was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

888.    Plaintiff Patricia Smith is a citizen of the United States and domiciled in the State of California. She is the mother of Timothy Smith.

889.    Plaintiff Michael Smith is a citizen of the United States and domiciled in the State of Florida. He is the father of Timothy Smith.

890.    Plaintiff Jacqueline A. Smith is a citizen of the United States and domiciled in the State of California. She is the sister of Timothy Smith.

891.    As a result of the attack, and the death of Timothy Smith, Plaintiffs Patricia Smith, Michael Smith and Jacqueline A. Smith have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 69.    THE APRIL 8, 2008 ATTACK – KHARGULIAH

### The Hartley Family

892.    Jeffery Hartley was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

893.    On April 8, 2008, Jeffery Hartley, aged 25, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

894.    Jeffery Hartley was killed in the attack.

895.    The weapon used to kill Jeffery Hartley was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

896.    Plaintiff David Hartley is a citizen of the United States and domiciled in the State of Texas. He is the father of Jeffery Hartley.

897.    Plaintiff David Hartley brings an action individually and on behalf of the Estate of Jeffery Hartley, as its legal representative.

898.    As a result of the attack, and the death of Jeffery Hartley, Plaintiff David Hartley has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

### 70.  <u>**THE APRIL 12, 2008 ATTACK**</u>

<u>**The Swinton Family**</u>

899.    Plaintiff Allen Swinton is a citizen of the United States and domiciled in the State of Georgia.

900.    On April 12, 2008, Allen Swinton, then 33, was serving in the U.S. military in Iraq.

901.    Mr. Swinton's unit was providing escort duties when his vehicle was struck by an EFP.

902.    The weapon used to injure Mr. Swinton was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

903.    As a result of the explosion, Mr. Swinton's artery was severed; he lost a great amount of blood; multiple pieces of shrapnel entered his lower extremities; and his right hand was injured.

904.    Mr. Swinton underwent surgery to tie his artery; he also underwent multiple surgeries to remove shrapnel from his body.

905.    He has also undergone physical therapy to treat the injuries he sustained to his legs and hand.

906.    Mr. Swinton continues to experience pain in his lower extremities and will likely require additional treatment to address the remaining shrapnel in his body.

907.    As a result of the attack, and the injuries he suffered, Allen Swinton has experienced severe physical and mental anguish and extreme emotional pain and suffering.

908.    Plaintiff Temika Swinton is a citizen of the United States and domiciled in the State of Georgia. She is the wife of Allen Swinton.

909.     Plaintiff T.S., a minor represented by her legal guardian Temika Swinton, is a citizen of the United States and domiciled in the State of Georgia. She is the daughter of Allen Swinton and Temika Swinton.

910.     Plaintiff T.S., a minor represented by her legal guardian Temika Swinton, is a citizen of the United States and domiciled in the State of Georgia. She is the daughter of Allen Swinton and Temika Swinton.

911.     Plaintiff T.B., a minor represented by her legal guardian Temika Swinton, is a citizen of the United States and domiciled in the State of Georgia. She is the daughter of Temika Swinton and the step-daughter of Allen Swinton.

912.     Plaintiff Linda Pritchett is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Allen Swinton.

913.     As a result of the attack, and the injuries Allen Swinton suffered, Plaintiffs Temika Swinton, T.S., T.S., T.B. and Linda Pritchett have experienced severe mental anguish and extreme emotional pain and suffering.

## 71.     **THE APRIL 21, 2008 ATTACK – BASRA**

**The Vandegrift Family**

914.     Matthew R. Vandegrift was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

915.     On April 21, 2008, Matthew R. Vandegrift, aged 28, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

916.     Matthew R. Vandegrift was killed in the attack.

917.     The weapon used to kill Matthew R. Vandegrift was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

918.   Plaintiff Mary Jane Vandegrift is a citizen of the United States and domiciled in the State of Colorado. She is the mother of Matthew R. Vandegrift.

919.   Plaintiff John Vandegrift is a citizen of the United States and domiciled in the State of Colorado. He is the father of Matthew R. Vandegrift.

920.   Plaintiff John Vandegrift brings an action individually and on behalf of the Estate of Matthew R. Vandegrift, as its legal representative.

921.   As a result of the attack, and the death of Matthew R. Vandegrift, Plaintiffs Mary Jane Vandegrift and John Vandegrift have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

## 72.   <u>THE APRIL 28, 2008 ATTACK – BAGHDAD</u>

### <u>The Marion Family</u>

922.   Adam L. Marion was a citizen of the Unites States and domiciled in the State of North Carolina when he was killed in Iraq.

923.   On April 28, 2008, Adam L. Marion, aged 26, was serving in the U.S. military in Iraq when his unit was attacked with Improvised Rocket-Assisted Munitions IRAMs.

924.   Adam L. Marion was killed in the attack.

925.   The terrorist group that planned and executed the attack, the Mahdi Army/Special Groups, was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

926.   Plaintiff Pam Marion is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Adam L. Marion.

927.   Plaintiff Donnie Marion is a citizen of the United States and domiciled in the State of North Carolina. He is the father of Adam L. Marion.

928.     Plaintiff Adrian McCann is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of Adam L. Marion.

929.     As a result of the attack, and the death of Adam L. Marion, Plaintiffs Pam Marion, Donnie Marion and Adian McCann have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Stone Family**

930.     Mark Stone was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

931.     On April 28, 2008, Mark Stone, aged 22, was serving in the U.S. military in Iraq when his unit was attacked with IRAMs.

932.     Mark Stone was killed in the attack.

933.     Plaintiff Don Jason Stone is a citizen of the United States and domiciled in the State of Texas. He is the brother of Mark Stone.

934.     As a result of the attack, and the death of Mark Stone, Plaintiff Don Stone has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his brother's society, companionship, comfort, advice and counsel.

## 73.     THE AUGUST 4, 2008 ATTACK – BAGHDAD

**The Menke Family**

935.     Jonathan D. Menke was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

936.     On August 4, 2008, Jonathan D. Menke, aged 22, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

937. Jonathan D. Menke was killed in the attack.

938. The weapon used to kill Jonathan D. Menke was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

939. Plaintiff Paula Menke is a citizen of the United States and domiciled in the State of Indiana. She is the step-mother of Jonathan D. Menke.

940. Plaintiff Daniel Menke is a citizen of the United States and domiciled in the State of Indiana. He is the father of Jonathan D. Menke.

941. Plaintiff Matthew Menke is a citizen of the United States and domiciled in the State of Indiana. He is the step-brother of Jonathan D. Menke.

942. Plaintiff Nichole Lohring is a citizen of the United States and domiciled in the State of Indiana. She is the sister of Jonathan D. Menke.

943. As a result of the attack, and the death of Jonathan D. Menke, Plaintiffs Paula Menke, Daniel Menke, Matthew Menke and Nichole Lohring have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 74. <u>THE AUGUST 26, 2008 ATTACK – SADR CITY</u>

**<u>The Alfonso Family</u>**

944. Carlo E. Alfonso was domiciled in the State of Washington when he was killed in Iraq.

945. On August 26, 2008, Carlo E. Alfonso, aged 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

946. Carlo E. Alfonso was killed in the attack.

947. The weapon used to kill Carlo E. Alfonso was an Iranian-manufactured EFP

provided to Iranian-funded and -trained terror operatives in Iraq.

948.     Plaintiff Rosemarie Alfonso is a citizen of the United States and domiciled in the State of Washington. She is the widow of Carlo E. Alfonso.

949.     Plaintiff K.B., a minor represented by his legal guardian Rosemarie Alfonso, is a citizen of the United States and domiciled in the State of Washington. He is the son of Carlo E. Alfonso.

950.     As a result of the attack, and the death of Carlo E. Alfonso, Plaintiffs Rosemarie Alfonso and K.B. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 75.     THE SEPTEMBER 1, 2008 ATTACK – MOSUL

**The Shaffer Family**

951.     Plaintiff Charles James Shaffer is a citizen of the United States and domiciled in the State of Missouri.

952.     On September 1, 2006, Charles Shaffer, age 23 was serving in the U.S. military in Iraq.

953.     Mr. Shaffer was on a routine patrol in Mosul when his vehicle was struck by an EFP.

954.     The weapon used to injure Mr. Shaffer was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

955.     As a result of the attack, he sustained injuries that included second degree burns to his face and hands, significant loss of blood, and damage to his right leg.

956.     The injuries necessitated an above-the-knee amputation of Mr. Shaffer's right leg.

957.     He was placed in a medically-induced coma for four days.

958.     Mr. Shaffer was initially treated in Iraq and subsequently received treatment in Germany, primarily to prepare him for travel and treatment at Walter Reed Hospital in the United States.  He remained at Walter Reed Hospital through August, 2010.

959.     Initially, Mr. Shaffer underwent surgeries every few days, for weeks, to address infection, treat the amputation site, and attend to the remaining limb.  Multiple procedures were also performed to address and repair the stiches area.

960.     The second-degree burns required laser treatment to his face to address the discoloration that had resulted.

961.     Mr. Shaffer has also experienced "phantom limb" pain and sensations.

962.     Mr. Shaffer has been diagnosed with PTSD and TBI and experiences memory loss. He has been prescribed medication to address the symptoms of these conditions and emotional impact of the attack.

963.     Mr. Shaffer continues to experience pain and emotional distress each day, and he has received and continues to receive treatment for his injuries.

964.     As a result of the attack, and the injuries he suffered, Charles James Shaffer has experienced severe physical and mental anguish and extreme emotional pain and suffering.

965.     Plaintiff Charles L. Shaffer, Jr. is a citizen of the United States and domiciled in the State of Illinois. He is the father of Charles James Shaffer.

966.     As a result of the attack, and the injuries Charles James Shaffer suffered, Plaintiff Charles L. Shaffer, Jr. has experienced severe mental anguish and extreme emotional pain and suffering.

76.    **THE SEPTEMBER 4, 2008 ATTACK – BAGHDAD**

**The Mayne Family**

967.    Kennith W. Mayne was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

968.    On September 4, 2008, Kennith W. Mayne, aged 29, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

969.    Kennith W. Mayne was killed in the attack.

970.    The weapon used to kill Kennith W. Mayne was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

971.    Plaintiff Michelle Benavidez is a citizen of the United States and domiciled in the State of Colorado. She is the mother of Kennith W. Mayne.

972.    Plaintiff Daniel Benavidez, III is a citizen of the United States and domiciled in the State of Colorado. He is the step-father of Kennith W. Mayne.

973.    Plaintiff Christina Biederman is a citizen of the United States and domiciled in the State of Colorado. She is the sister of Kennith W. Mayne.

974.    Plaintiff Daniel Benavidez, Jr. is a citizen of the United States and domiciled in the State of Colorado. He is the brother of Kennith W. Mayne.

975.    Plaintiff Jennifer Morman is a citizen of the United States and domiciled in the State of Colorado. She is the sister of Kennith W. Mayne.

976.    Plaintiff Michelle Benavidez brings an action individually and on behalf of the Estate of Kennith W. Mayne, as its legal representative.

977.    As a result of the attack, and the death of Kennith W. Mayne, Plaintiffs Michelle Benavidez, Daniel Benavidez, III, Christina Biederman, Daniel Benavidez, Jr. and Jennifer

Morman have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**Christopher Miller**

978.    Plaintiff Christopher Miller is a citizen of the United States and domiciled in the State of Ohio.

979.    On September 4, 2008, Christopher Miller, then 19, was serving in the U.S. military in Iraq.

980.    Mr. Miller's vehicle was struck, and he was injured, by an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

981.    As a result of the attack, Mr. Miller lost part of his right leg, rendering him a below-the-leg amputee.

982.    He also lost part of his left leg.

983.    Mr. Miller developed gangrene in both his leg and foot, necessitating multiple medical procedures.

984.    During part of his treatment, he was placed in a medically-induced coma.

985.    Mr. Miller has received physical therapy.

986.    He has also received counseling for his emotional injuries.

987.    As a result of the attack, and the injuries he suffered, Christopher Miller has experienced severe physical and mental anguish and extreme emotional pain and suffering.

## 77.    THE OCTOBER 16, 2008 ATTACK – BAQUBAH

**The Eggleston Family**

988.    Cody J. Eggleston was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq.

989. On October 16, 2008, Cody J. Eggleston, aged 21, was serving in the U.S. military when he was involved in a mortar attack.

990. Cody J. Eggleston was killed in the attack.

991. The terrorist group that planned and executed the mortar attack, the Mahdi Army/Special Groups, was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

992. Plaintiff Angie Jackson is a citizen of the United States and domiciled in the State of Oregon. She is the mother of Cody J. Eggleston.

993. Plaintiff Kaytrina Jackson is a citizen of the United States and domiciled in the State of Oregon. She is the sister of Cody J. Eggleston.

994. Plaintiff S.J., a minor represented by her legal guardian Angie Jackson, is a citizen of the United States and domiciled in the State of Oregon. She is the sister of Cody J. Eggleston.

995. As a result of the attack, and the death of Cody J. Eggleston, Plaintiffs Angie Jackson, Kaytrina Jackson and S.J. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 78. **THE DECEMBER 28, 2008 ATTACK – SADR CITY**

**The Gonzales Family**

996. Tony J. Gonzales was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

997. On December 28, 2008, Tony J. Gonzales, aged 20, was serving in the United States military in Iraq an improvised explosive device detonated near his vehicle.

998.    Tony J. Gonzales was killed in the attack.

999.    The weapon used to kill Tony J. Gonzales was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1000.    Plaintiff Tony Gonzales is a citizen of the United States and domiciled in the State of Texas. He is the father of Tony J. Gonzales.

1001.    Plaintiff Marlynn Gonzales is a citizen of the United States and domiciled in the State of Texas. She is the mother of Tony J. Gonzales.

1002.    Plaintiff Tamara Runzel is a citizen of the United States and domiciled in the State of California. She is the sister of Tony J. Gonzales.

1003.    Plaintiff Megan People is a citizen of the United States and domiciled in the State of California. She is the sister of Tony J. Gonzales.

1004.    Plaintiff Shaula Shaffer is a citizen of the United States and domiciled in the State of Texas.  She is the sister of Tony J. Gonzales.

1005.    As a result of the attack, and the death of Tony J. Gonzales, Plaintiffs Tony Gonzales, Marlynn Gonzales, Tamara Runzel, Megan People, and Shaula Shaffer have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 79.    THE JANUARY 10, 2009 ATTACK – BAGHDAD

### The Bauer Family

1006.    Justin Bauer was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

1007.    On January 10, 2009, Justin Bauer, aged 24, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1008.   Justin Bauer was killed in the attack.

1009.   The weapon used to kill Justin Bauer was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1010.   Plaintiff Kari Carosella is a citizen of the United States and domiciled in the State of Colorado. She is the widow of Justin Bauer.

1011.   Plaintiff Gregory Bauer is a citizen of the United States and domiciled in the State of New Mexico. He is the father of Justin Bauer.

1012.   As a result of the attack, and the death of Justin Bauer, Plaintiffs Kari Carosella and Gregory Bauer has experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's society, companionship, comfort, advice and counsel.

## 80.   THE JANUARY 18, 2009 ATTACK – BAGHDAD

**The Andrade Family**

1013.   Roberto Andrade, Jr. was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

1014.   On January 18, 2009, Roberto Andrade, Jr., aged 26, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1015.   Roberto Andrade, Jr. was killed in the attack.

1016.   The weapon used to kill Roberto Andrade, Jr. was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1017.   Plaintiff Roberto Andrade, Sr. is a citizen of the United States and domiciled in the State of Arizona. He is the father of Roberto Andrade, Jr.

1018.   As a result of the attack, and the death of Roberto Andrade, Jr., Plaintiff Roberto Andrade, Sr. has experienced severe mental anguish, extreme emotional pain and suffering, and

loss of his son's society, companionship, comfort, advice and counsel.

## 81.   THE APRIL 22, 2009 ATTACK – BAGHDAD

**The Davis Family**

1019.   Brad A. Davis was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

1020.   On April 22, 2009, Brad A. Davis, aged 21, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1021.   Brad A. Davis was killed in the attack.

1022.   The weapon used to kill Brad A. Davis was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1023.   Plaintiff Theresa Davis is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Brad A. Davis.

1024.   As a result of the attack, and the death of Brad A. Davis, Plaintiff Theresa Davis has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

## 82.   THE MAY 16, 2009 ATTACK - BASRA

**The Schaefer Family**

1025.   David Schaefer was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

1026.   On May 16, 2009, David Schaefer, aged 27, was serving in the United States military in Iraq when an EFP detonated near his unit.

1027.   David Schaefer was killed in the attack.

1028.   The weapon used to kill David Schaefer was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1029.   Plaintiff Rhonda Kemper is a citizen of the United States and domiciled in the State of Illinois. She is the mother of David Schaefer.

1030.   As a result of the attack, and the death of David Schaefer, Plaintiff Rhonda Kemper has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

## 83.    THE MAY 17, 2009 ATTACK – BAGHDAD

### The Canine Family

1031.   Plaintiff Robert Canine is a citizen of the United States and domiciled in the State of Missouri.

1032.   On May 17, 2009, Robert Canine, age 29, was serving in the U.S. military in Iraq.

1033.   Mr. Canine was on a routine patrol in northwest Baghdad when his vehicle was struck by an EFP.

1034.   The weapon used to injure Mr. Canine was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1035.   As a result of the attack, he sustained significant injuries due to the impact of shrapnel and portions of the explosive device impacting his body.

1036.   Mr. Canine's injuries included significant damage to his right leg and foot and the essential removal of the toes of his left foot as well as the loss of a great deal of blood.

1037.   The injuries necessitated the amputation of his right leg and left foot.

1038.   Apart from the injuries to his legs and feet, he also sustained a large laceration that ran from his buttocks to the back of his knee. It was determined that muscle and tissue was removed in these areas due to the blast.

1039.   Mr. Canine has suffered infections that have required treatment and assessment.

1040.   Apart from medical treatment while in Iraq, Mr. Canine received treatment and rehabilitation at Walter Reed Hospital for approximately 18 months.

1041.   Mr. Canine has been diagnosed with PTSD and has received treatment and counseling. He has been prescribed medication to address both the pain and emotional impact of the attack.

1042.   Mr. Canine continues to experience pain and emotional distress each day, and he receives treatment for his injuries.

1043.   As a result of the attack, and the injuries he suffered, Robert Canine has experienced severe physical and mental anguish and extreme emotional pain and suffering.

1044.   Plaintiff Janet Jones is a citizen of the United States and domiciled in the State of Missouri. She is the mother of Robert Canine.

1045.   Plaintiff Calvin Canine is a citizen of the United States and domiciled in the State of Missouri. He is the father of Robert Canine.

1046.   Plaintiff James Canine is a citizen of the United States and domiciled in the State of Missouri. He is the brother of Robert Canine.

1047.   As a result of the attack, and the injuries Robert Canine suffered, Plaintiffs Janet Jones and Calvin Canine have experienced severe mental anguish and extreme emotional pain and suffering.

## 84.   **THE JUNE 28, 2009 ATTACK – BAGHDAD**

**The David Family**

1048.   Timothy A. David was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

1049.   On June 28, 2009, Timothy A. David, aged 28, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1050.   Timothy A. David was killed in the attack.

1051.   The weapon used to kill Timothy A. David was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1052.   Plaintiff Linda David is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Timothy A. David.

1053.   Plaintiff Michael David is a citizen of the United States and domiciled in the State of Michigan. He is the father of Timothy A. David.

1054.   Plaintiff Christopher David is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Timothy A. David.

1055.   Plaintiff Linda David brings an action individually and on behalf of the Estate of Timothy A. David, as its legal representative.

1056.   As a result of the attack, and the death of Timothy A. David, Plaintiffs Linda David, Michael David and Christopher David have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 85.   THE JULY 16, 2009 ATTACK – BASRA

**The Drevnick Family**

1057.   Daniel P. Drevnick was a citizen of the United States and domiciled in the State of Minnesota when he was killed in Iraq.

1058.   On July 16, 2009, Daniel P. Drevnick, aged 22, was serving in the U.S. military when he was involved in a mortar attack.

1059.   Daniel P. Drevnick was killed in the attack.

1060.   The terrorist group that planned and executed the mortar attack was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

1061.   Plaintiff Kenneth J. Drevnick is a citizen of the United States and domiciled in the State of Wisconsin. He is the father of Daniel P. Drevnick.

1062.   As a result of the attack, and the death of Daniel P. Drevnick, Plaintiff Kenneth J. Drevnick has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

### 86.   THE SEPTEMBER 8, 2009 ATTACK – TIKRIT

**The Myers Family**

1063.   Zachary T. Myers was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

1064.   On September 8, 2009, Zachary T. Myers, aged 21, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1065.   Zachary T. Myers was killed in the attack.

1066.   The weapon used to kill Zachary T. Myers was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1067.   Plaintiff Megan Marie Rice is a citizen of the United States and domiciled in the State of Ohio. She is the widow of Zachary T. Myers.

1068.   Plaintiff R.N.R., a minor represented by her legal guardian Megan Marie Rice, is a citizen of the United States and domiciled in the State of Ohio. She is the daughter of Zachary T. Myers.

1069.   Plaintiff Tonya Lotto is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Zachary T. Myers.

1070.   Plaintiff Jerry L. Myers is a citizen of the United States and domiciled in the State of Ohio. He is the father of Zachary T. Myers.

1071.   Plaintiff Jeffrey D. Price is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Zachary T. Myers.

1072.   Plaintiff Megan Marie Rice brings an action individually and on behalf of the Estate of Zachary T. Myers, as its legal representative

1073.   As a result of the attack, and the death of Zachary T. Myers, Plaintiffs Megan Marie Rice, R.N.R., Tonya Lotto, Jerry L. Myers and Jeffrey D. Price have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's/brother's society, companionship, comfort, advice and counsel.

**The Smith Family**

1074.   Shannon M. Smith was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

1075.   On September 8, 2009, Shannon M. Smith was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1076.   Shannon M. Smith was killed in the attack.

1077.   The weapon used to kill Shannon M. Smith was an Iranian-manufactured EFP provided to Iranian-funded and trained terror operatives in Iraq.

1078.   Plaintiff Cassie Collins is a citizen of the United States and domiciled in the State of Ohio. She is the widow of Shannon M. Smith.

1079.   Plaintiff Debbie Smith is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Shannon M. Smith.

1080.   Plaintiff James Smith is a citizen of the United States and domiciled in the State of Ohio. He is the father of Shannon M. Smith.

1081.   Plaintiff Cory Smith is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Shannon M. Smith.

1082.   Plaintiff Christina Smith is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Shannon M. Smith.

1083.   As a result of the attack, and the death of Shannon M. Smith, Plaintiffs Cassie Collins, Debbie Smith, James Smith, Cory Smith and Christina Smith have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's/sister's society, companionship, comfort, advice and counsel.

## 87.   THE APRIL 27, 2010 ATTACK - KHALIS

**Nicholas Baumhoer**

1084.   Plaintiff Nicholas Baumhoer is a citizen of the United States and domiciled in the State of Indiana.

1085.   On April 27, 2010, Nicholas Baumhoer, age 20, was serving in the U.S. military in Iraq.

1086.   Mr. Baumhoer was north of his base in Iraq when his vehicle was struck by an

EFP.

1087.   The weapon used to injure Mr. Baumhoer was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1088.   As a result of the attack, he sustained significant injuries due to the impact of shrapnel to his face and left arm. He also sustained a concussion.

1089.   Mr. Baumhoer underwent surgery to address internal bleeding and the removal of shrapnel.

1090.   As a result of the attack, and the injuries he suffered, Nicholas Baumhoer has experienced severe physical and mental anguish and extreme emotional pain and suffering.

## 88.   THE JUNE 29, 2011 ATTACK – WASIT PROVINCE

**The White Family**

1091.   Plaintiff George D. White is a citizen of the United States and domiciled in the State of Texas.

1092.   On June 29, 2011, George D. White, then 39, was serving in the U.S. military in Iraq when his unit was attacked with Improvised Rocket-Assisted Munitions deployed by Kata'ib Hezbollah.

1093.   The rocket fire and one of the many explosions caused George D. White to be thrown toward the bunker.

1094.   Immediately following the attack, George D. White suffered vision and hearing loss as well as ringing in his ears. The vision loss – encompassing his night vision – and the ringing in his ears continue to the present.

1095.   He has been diagnosed with TBI, and has experienced severe headaches, nightmares and difficulty sleeping – all conditions that he has received treatment for.

1096.   In addition, George D. White suffers from PTSD and depression.

1097.   As a result of the attack, and the injuries he suffered, George D. White has experienced severe physical and mental anguish and extreme emotional pain and suffering.

1098.   Plaintiff Natalia White is a citizen of the United States and domiciled in the State of Texas. She is the wife of George D. White.

1099.   Plaintiff K.W., a minor represented by her legal guardian George D. White, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of George D. White.

1100.   Plaintiff George J. White is a citizen of the United States and domiciled in the State of Florida. He is the father of George D. White.

1101.   Plaintiff Edna Luz Burgos is a citizen of the United States and domiciled in the State of Arizona. She is the mother of George D. White.

1102.   As a result of the attack, and the injuries George D. White suffered, Plaintiffs Natalia White, K.W., George J. White and Edna Luz Burgos have experienced severe mental anguish and extreme emotional pain and suffering.

**The McCulley Family**

1103.   Plaintiff John McCulley is a citizen of the United States and domiciled in the State of Georgia.

1104.   On June 29, 2011, John McCulley, then 32, was serving in the U.S. military in Iraq when his unit was attacked with Improvised Rocket-Assisted Munitions deployed by Kata'ib Hezbollah.

1105.   Two rockets landed near Mr. McCulley.

1106.   Mr. McCulley was struck by shrapnel.

1107.   His right arm was severed at the elbow, and his left leg was badly damaged.

1108.   Mr. McCulley was hospitalized on several occasions to treat his injuries, and he has had more than 20 surgeries.

1109.   Mr. McCulley has been diagnosed with TBI, PTSD, and has been treated for depression.

1110.   As a result of the attack, and the injuries he suffered, John McCulley has experienced severe physical and mental anguish and extreme emotional pain and suffering.

1111.   Plaintiff Stephanie McCulley is a citizen of the United States and domiciled in the State of Georgia. She is the wife of John McCulley.

1112.   Plaintiff T.M., a minor represented by his legal guardians John McCulley and Stephanie McCulley, is a citizen of the United States and domiciled in the State of Georgia. He is the son of John McCulley.

1113.   Plaintiff R.M., a minor represented by his legal guardians John McCulley and Stephanie McCulley, is a citizen of the United States and domiciled in the State of Georgia. He is the son of John McCulley.

1114.   Plaintiff B.D., a minor represented by his legal guardians John McCulley and Stephanie McCulley, is a citizen of the United States and domiciled in the State of Georgia. He is the son of John McCulley.

1115.   As a result of the attack, and the injuries John McCulley suffered, Plaintiffs Stephanie McCulley, T.M., R.M. and B.D. have experienced severe mental anguish and extreme emotional pain and suffering.

### 89.   **THE JULY 7, 2011 ATTACK BAGHDAD**

**The Newby Family**

1116.   Nicholas W. Newby was a citizen of the United States and domiciled in the State of Idaho when he was killed in Iraq.

1117.   On July 7, 2011, Nicholas W. Newby, aged 20, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1118.   Nicholas W. Newby was killed in the attack.

1119.   The weapon used to kill Nicholas W. Newby was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1120.   Plaintiff Theresa Hart is a citizen of the United States and domiciled in the State of Idaho. She is the mother of Nicholas W. Newby.

1121.   Plaintiff Wayne Newby is a citizen of the United States and domiciled in the State of Idaho. He is the father of Nicholas W. Newby.

1122.   Plaintiff Nathan Newby is a citizen of the United States and domiciled in the State of Idaho. He is the brother of Nicholas W. Newby.

1123.   As a result of the attack, and the death of Nicholas W. Newby, Plaintiffs Theresa Hart, Wayne Newby and Nathan Newby have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 90.   **THE NOVEMBER 14, 2011 ATTACK – BAGHDAD**

**The Hickman Family**

1124.   David Emanuel Hickman was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

1125.  On November 14, 2011, David Emanuel Hickman, aged 23, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

1126.  David Emanuel Hickman was killed in the attack.

1127.  The weapon used to kill David Emanuel Hickman was an Iranian-manufactured EFP provided to Iranian-funded and -trained terror operatives in Iraq.

1128.  Plaintiff Veronica Hickman is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of David Emanuel Hickman.

1129.  Plaintiff David Eugene Hickman is a citizen of the United States and domiciled in the State of North Carolina. He is the father of David Emanuel Hickman.

1130.  Plaintiff Devon Fletcher Hickman is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of David Emanuel Hickman.

1131.  As a result of the attack, and the death of David Emanuel Hickman, Plaintiffs Veronica Hickman, David Eugene Hickman and Devon Fletcher Hickman have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
**AGAINST DEFENDANT ON BEHALF OF EACH PLAINTIFF IDENTIFIED HEREIN WHO SURVIVED AN ACT OF INTERNATIONAL TERRORISM FOR DEFENDANT'S MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT RESULTED IN PERSONAL INJURY UNDER 28 U.S.C. § 1605A(c)**

1132.  Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

1133.  Plaintiffs identified in the foregoing paragraphs were grievously injured by

Defendant's provision of material support (within the meaning of § 1605A(h)(3)) to terror operatives in Iraq who engaged in extrajudicial killing, torture and hostage taking, and who injured the Plaintiffs.

1134.   As a direct and proximate result of the willful, wrongful, and intentional acts of the Defendant and its agents, Plaintiffs identified in the foregoing paragraphs were injured and endured severe physical injuries, extreme mental anguish, pain and suffering, loss of solatium, and economic losses.

1135.   Plaintiffs' compensatory damages, including, but not limited to, their severe physical injuries, extreme mental anguish, pain and suffering, loss of solatium, and any economic losses determined by the trier of fact.

1136.   The conduct of the Defendant was criminal, outrageous, extreme, wanton, willful, malicious, and a threat to the public warranting an award of punitive damages against Defendant pursuant to 28 U.S.C. § 1605A(c).

**SECOND CLAIM FOR RELIEF**
**AGAINST DEFENDANT ON BEHALF OF THE ESTATES OF PLAINTIFFS IDENTIFIED HEREIN FOR DEFENDANT'S MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT RESULTED IN WRONGFUL DEATH UNDER 28 U.S.C. § 1605A(c)**

1137.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

1138.   The Estates of Plaintiffs listed in the foregoing paragraphs assert claims on behalf of the decedents who were grievously injured by Defendant's provision of material support (within the meaning of § 1605A(h)(3)), to terror operatives in Iraq who engaged in the acts of extrajudicial killing, torture and/or hostage taking that caused the decedents' deaths.

1139.   As a direct and proximate result of the willful, wrongful, and intentional acts of

the Defendant and its agents, the decedents listed in the foregoing paragraphs endured physical injury, extreme mental anguish, and pain and suffering that ultimately lead to their deaths.

1140.  Defendant is therefore liable for the full amount of Plaintiffs' compensatory damages, including physical injuries, extreme mental anguish, pain and suffering and any pecuniary loss (or loss of income to the estates).

1141.  Defendant's conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public warranting an award of punitive damages against Defendant pursuant to 28 U.S.C. § 1605A(c).

## THIRD CLAIM FOR RELIEF
### AGAINST DEFENDANT ON BEHALF OF THE FAMILIES OF PLAINTIFFS IDENTIFIED HEREIN AS INJURED OR KILLED AS A RESULT OF DEFENDANT'S MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING FOR LOSS OF SOLATIUM AND INTENTIONAL INFLICTION OF SEVERE EMOTIONAL DISTRESS UNDER 28 U.S.C. § 1605A(c)

1142.  Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

1143.   Defendant's acts in providing material support for acts of extrajudicial killing, torture, and hostage-taking were intended to inflict severe emotional distress on the Plaintiffs.

1144.  As a result of Defendant's acts, the families of individuals identified in the foregoing paragraphs as injured or killed as a result of Defendant's acts in providing material support for acts of extrajudicial killing, torture, and hostage-taking have suffered severe emotional distress, extreme mental anguish, loss of sleep, loss of appetite, and other severe physical manifestations, as well as loss of solatium and other harms to be set forth to the trier of fact.

1145.  Defendant's conduct was criminal, outrageous, extreme, wanton, willful,

malicious, and constitutes a threat to the public warranting an award of punitive damages against Defendant pursuant to 28 U.S.C. § 1605A(c).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demand:

(a)     Judgment for all Plaintiffs against Defendant for compensatory damages, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, economic losses, and loss of solatium, in amounts to be determined at trial;

(b)     Judgment for Plaintiff Estates against Defendant for compensatory damages for wrongful death, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, economic losses, and any pecuniary loss (or loss of income to the estates) in amounts to be determined at trial;

(c)     Judgment for all Plaintiffs against Defendant for punitive damages in an amount to be determined at trial;

(d)     Plaintiffs' costs and expenses;

(e)     Plaintiffs' attorney's fees; and

(f)     Such other and further relief as the Court finds just and equitable.

Dated:  February 12, 2016

OSEN LLC

By     /s/ Aaron Schlanger
          Aaron Schlanger (DC Bar No. NJ007)
          Gary M. Osen (DC Bar No. NJ009)
          Ari Ungar (DC Bar No. NJ008)
          Naomi Weinberg (DC Bar No. NJ006)
          Peter Raven-Hansen, Of Counsel
          (DC Bar No. 215897)
          345 Seventh Avenue, 21st Floor
          New York, New York 10001
          (646) 380-0470

          **TURNER & ASSOCIATES, P.A.**
          C. Tab Turner
          4705 Somers Avenue, Suite 100
          North Little Rock, AR 72116
          (501) 791-2277

          Attorneys for Plaintiffs