UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------x
TIMOTHY KARCHER                             :
                                            :
Plaintiff,                                  :          **DECLARATION OF CLYDE**
                                            :          **TALBOT TURNER**
-against-                                   :
                                            :
ISLAMIC REPUBLIC OF IRAN,                   :
                                            :
Defendant.                                  :
-------------------------------------------------------------x

# DECLARATION OF CLYDE TALBOT TURNER

I, Clyde T. Turner, state the following under penalty of perjury:

1. I am familiar with and will comply with the standards of professional conduct required of members of this Court. I further acknowledge that if permitted to appear as counsel *pro hac vice*, I will be subject to the disciplinary jurisdiction of this Court with respect to any of my acts occurring in the course of such appearance.

2. I am familiar with and will comply with this Court's Local Rules.

3. I attest under penalty of perjury that the forgoing is true and accurate, and I respectfully request that I be admitted *pro hac vice* to the bar of this Court and be allowed to appear in this matter.

Dated: March 28, 2016                           Respectfully submitted,

                                                /s/ C. TAB TURNER
                                                Clyde T. Turner