OSEN LLC
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 201, HACKENSACK, NJ 07601         345 SEVENTH AVENUE, 21ST FLOOR, NEW YORK, NY 10001
T. 201.265.6400   F. 201.265.0303                            T. 646.380.0470   F. 646.380.0471

April 6, 2016

Office of the Clerk
Attn: Angela D. Caesar
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *Karcher v. The Islamic Republic or Iran,* **Civil Action No. 16-cv-232 (CKK)**
      **Request for Service of Process on Defendant, the Islamic Republic of Iran**

Dear Ms. Caesar:

We write in connection with the above captioned case to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service in this matter on the Defendant, the Islamic Republic of Iran.

Service on Iran under 28 U.S.C. § 1608(a)(4) is warranted here. Defendant Islamic Republic of Iran and the United States do not have any special arrangement for service of process pursuant to 28 U.S.C. § 1608(a)(1), nor is service permitted by any applicable international convention on service of documents pursuant to 28 U.S.C. § 1608(a)(2). Moreover, although 28 U.S.C. § 1608(a)(3) generally requires a party suing a foreign government under the Foreign Sovereign Immunities Act to attempt service through mail before requesting service through diplomatic channels, Iran has repeatedly refused to accept service through mail in cases asserting such claims. The Attorney Manual for Service of Process on a Foreign Defendant published by this Court specifically notes:

> The countries of Iran and Iraq have not objected to service by mail. However, many attempts at service by mail or courier are unsuccessful. Therefore, it is okay for an attorney to request service directly through diplomatic channels (28 U.S.C. § 1608(a)(4)) without attempting service under any other provisions first.

Attorney Manual for Service of Process on a Foreign Defendant § I(B)(11)(f) (2014). We have also conferred with Daniel Klimow of the U.S. Department of State's Office of Legal Affairs, Overseas Citizens Services, and he has electronically confirmed that service of process pursuant to 28 U.S.C. § 1608(a)(3) need not be attempted before requesting service of process pursuant to 28 U.S.C. § 1608(a)(4).

Office of the Clerk
April 6, 2016
Page 2 of 2

In accordance with 28 U.S.C. § 1608(a)(4), I have enclosed: 1) two copies of the Complaint with a translation into Farsi; 2) two copies of the summons with a translation into Farsi; 3) two copies of the Notice of Suit with a translation into Farsi; and 4) two copies of the Foreign Sovereign Immunities Act. Please take the necessary steps to dispatch these materials to effect service on Defendant The Islamic Republic of Iran pursuant to 28 U.S.C. § 1608(a)(4). The below address should be used to dispatch the above documents to the Director of Special Consular Services:

U.S. Department of State
ATTN: Daniel Klimow
CA/OCS/L, SA-17, 10th Floor
2200 C Street N.W.
Washington, DC 20522-1710

Once the Court has completed processing the documents, we request that the documents be sent to the above address via FEDEX. We have enclosed a pre-addressed FEDEX Waybill, a cover letter addressed to the State Department and a money order to cover the State Department fees.

If you have any questions or require anything further, please do not hesitate to contact me at (201) 265-6400. Thank you very much for your assistance in this matter.

Sincerely,

Aaron Schlanger

Encls.