

United States Department of State

Washington, D.C. 20520

July 19, 2016

Angela D. Caesar
Clerk of Court
United States District Court
For the District of Columbia

    **Re: Timothy Karcher, et al. v. The Islamic Republic of Iran, et al,
Case No. 16-CV-232 (CKK).**

Dear Ms. Caesar:

    I am writing regarding the Court's request for service of a summons, amended complaint and notice of suit pursuant to 28 U.S.C. 1608(a)(4) upon the Islamic Republic of Iran in the above mentioned lawsuit.

    Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note number 1050-IE dated and delivered on June 12, 2016. A certified copy of the diplomatic note is enclosed.

    Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 485-6224.

    Sincerely,

    Daniel Klimow
    Attorney Adviser
    Overseas Citizens Services
    Office of Legal Affairs

RECEIVED
Mail Room

JUL 21 2016

Angela D. Caesar
U.S. District Court, D.C.

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland           )
Bern, Canton of Bern                   ) SS:
Embassy of the United States of America )

I, Timothy P Buckley, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 25684 dated June 1, 2016, which was transmitted to the Swiss Ministry of Foreign Affairs on June 1, 2016 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

*Timothy P. Buckley*
(Signature of Consular Officer)

Timothy P BUCKLEY
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

June 24, 2016
(Date)


RECEIVED
Mail Room
JUL 21 2016
Angela D. Caesar, Clerk
U.S. District Court, District of Columbia



*Embassy of the United States of America*

June 1, 2016

CONS NO.  25684


Federal Department of Foreign
Affairs
Foreign Interests Service
Taubenstrasse 16, Office 209
3003 Bern


Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) - Timothy Karcher, et al. v. Islamic Republic of Iran, et al. 16-cv-232 (CKK)


REF:    ----


The Department of State has requested the delivery of the enclosed notice of suit, summons, and amended complaint to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter of Timothy Karcher, et al. v. Islamic Republic of Iran, et al. 16-cv-232 (CKK).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran.  There is one defendant to be served in this case: the Islamic Republic of Iran.  The American Interests Section should transmit the notice of suit, summons, and amended complaint to the Iranian Ministry of Foreign Affairs under cover of a diplomatic note utilizing the language provided in the enclosed instruction.

Transmittal should be done in a manner which enables the Embassy to confirm delivery.  The American Interests Section should execute certification of the diplomatic note, which will be forwarded by the Department of State to the requesting court in the United States.

SPECIFIC AUTHENTICATION CERTIFICATE
===

Confederation of Switzerland              )
Bern, Canton of Bern                      ) SS:
Embassy of the United States of America   )



I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
(Signature of Consular Officer)


Timothy P BUCKLEY
(Typed name of Consular Officer)


◆

Consul of the United States of America
(Title of Consular Officer)


June 24, 2016
(Date)



RECEIVED
Mail Room
JUL 21 2016
Angela␣␣␣␣␣
U.S. District Court District

Enclosed is an appropriate part of a message the Embassy received from the Department of State as well one set of documents for the Islamic Republic of Iran.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.



,weizerische Eidgenossenschaft
onfédération suisse
Confederazione Svizzera
Confederaziun svizra

24391

**Federal Department of Foreign Affairs FDFA**

K.252.22-USA/IRAN 02 – 4

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 25684 dated June 01, 2016 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance: Timothy Karcher, v. the Islamic Republic of Iran, et al. 16-cv-232 (CKK)

- Note No. 1050-IE addressed to the Islamic Republic of Iran,

dated June 12, 2016 and proof of service, dated June 12, 2016, as well as the certification by the Swiss Federal Chancellery dated June 21, 2016.

The section has received the above mentioned documents on June 08, 2016. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on June 12, 2016. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, June 21, 2016

<u>Enclosure mentioned</u>



To the
Embassy of the
United States of America

<u>Berne</u>

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland            )
Bern, Canton of Bern                    ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____Maya FONTAINE_____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)

◆

_____Timothy P BUCKLEY_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


June 24, 2016
(Date)

RECEIVED
Mail Room

JUL 2 1 2016

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

cizerische Eidgenossenschaft
ʃnfédération suisse
Confederazione Svizzera
Confederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No.1050-IE

      The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Timothy Karcher, et al. v. Islamic Republic of Iran 16-cv-232 (CKK), which is pending in the U.S. Federal District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits a summons and amended complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

      Under applicable U.S. law a defendant in a lawsuit must file an answer to the amended complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgement entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed amended complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

      In addition to the amended complaint, the Embassy is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

      The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

      The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Notice of Suit, Summons, and Amended Complaint
2. Translations



Tehran, June 12, 2016

Ministry of Foreign Affairs
Islamic Republic of Iran
Tehran

I, Martin Maier, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of the diplomatic note number 1050-IE dated June 12, 2016. The delivery of this note and its enclosures was attempted on June 12, 2016, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Martin Maier
Head of Foreign Interests Section

Tehran, June 12, 2016

# APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document 

2. has been signed by     Martin Maier

3. acting in the capacity of officer

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne                6.    the 21 June 2016

7. by Maya Fontaine
   functionary of the Swiss federal Chancellery

8. No .......013191



9. Seal/stamp:                    10. Signature:

Swiss federal Chancellery

<u>ترجمه غیر رسمی</u>

سفارت سوئیس
قسمت حافظ منافع خارجی

شماره IE- ۱۰۵۰

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوا ی حقوقی تحت عنوان تیموتی کارچر، و سایرین، بر علیه جمهوری اسلامی ایران تحت پرونده شماره(CKK) 16-cv-232، که در دادگاه ناحیه ای ایالات متحده آمریکا مربوط به ناحیه کلمبیا مفتوح میباشد جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه ناحیه ای ایالات متحده یک فقره احضاریه و شکایت اصلاح شده را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت اصلاح شده، در این مورد تاریخ یادداشت، پاسخی به شکوائیه یا دیگر پاسخی دفاعی در پرونده بگذارد. درغیر اینصورت، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفاعیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت اصلاح شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور انجام شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر شکایت اصلاح شده، دادخواست قضائی تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری از جمله عنوان نمودن مصونیت دولت ها باید در مقابل دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ بیست و سوم خرداد ماه ۱۳۹۵ (۱۲ ژوئن ۲۰۱۶)

پیوست: ۱- دادخواست قضائی، احضاریه، و شکایت اصلاح شده
۲- ترجمه ها



وزارت امور خارجه
جمهوری اسلامی ایران
تهران