CO 538
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

TIMOTHY KARCHER, ET AL.
  Plaintiff(s)

vs.                                                              Civil Action No. 1:16-cv-00232-CKK

ISLAMIC REPUBLIC OF IRAN
  Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 15th day of AUGUST, 2016, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Islamic Republic of Iran was [were] (select one):

☑ personally served with process on June 12, 2016 via Diplomatic means.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☑ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: 28 U.S. Code § 1608(a)(4), The Foreign Sovereign Immunities Act.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
  ☑ no extension has been given and the time for filing has expired
  ☐ although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ Aaron Schlanger
Attorney for Plaintiff(s) [signature]

Aaron Schlanger
OSEN LLC
2 University Plaza, Suite 201
Hackensack, N.J. 07601
201-265-6400

NJ007
Bar Id. Number                                                   Name, Address and Telephone Number