AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| TIMOTHY KARCHER, et al._*Plaintiff*_ v. ISLAMIC REPUBLIC OF IRAN_*Defendant*_ | ) ) ) Case No. 16-cv-000232 (CKK) ) ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs   .

Date:   10/13/2016

/s/ Naomi B. Weinberg
*Attorney's signature*

Naomi B. Weinberg   Bar#  NJ006
*Printed name and bar number*

OSEN LLC
2 University Plaza, Suite 402
Hackensack, NJ  07601
*Address*

nweinberg@osenlaw.com
*E-mail address*

(201) 265-6400
*Telephone number*

(201) 265-0303
*FAX number*