# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TIMOTHY KARCHER, et al.,
    Plaintiffs

v.

ISLAMIC REPUBLIC OF IRAN,
    Defendant

Civil Action No. 16-232 (CKK)

## ORDER
(November 15, 2016)

    The Court is in receipt of Plaintiffs' [19] "Motion for Judgment by Default" by which they request guidance from the Court as to how they should proceed in pursuing default judgment in this action. At this time, the Court hereby **DENIES WITHOUT PREJUDICE** Plaintiffs' [19] Motion for Judgment by Default to allow for further briefing, as set forth below, concerning the adequacy of service on Defendant, which matter the Court must assess before default can be entered in this action. Accordingly, in order to continue to administer this civil action in a manner fair to the litigants and to ensure the expeditious and efficient resolution of this action, it is hereby

    **ORDERED** that Plaintiffs shall file on or before **December 15, 2016**, a motion seeking from the Court a determination of whether they have accomplished service on Defendant in this matter. Plaintiffs shall specifically set out in their motion the factual and legal basis for their belief that they have successfully accomplished service on Defendant under 28 U.S.C. § 1608(a). In particular, Plaintiffs are to address the adequacy of service in light of the statement by the Federal Department of Foreign Affairs of Switzerland regarding its efforts to transmit documents related to this matter that "[t]he reception of the mentioned documents was refused . . . by the Iranian Ministry of Foreign Affairs." Plaintiffs' [16] Submissions Filed as "Return of Service/Affidavit," 6.

    It is **FURTHER ORDERED** that Plaintiffs shall make diligent efforts to serve Defendant with the above-described motion and shall include with their motion a copy of this Order; and it is

    **FURTHER ORDERED** that if Defendant chooses to file an opposition to Plaintiffs' motion, Defendant shall file said opposition on or before **January 3, 2017**; and it is

    **FURTHER ORDERED** that Plaintiffs shall file their reply, if any, in support of their motion on or before **January 13, 2017**.

Once the Court has considered the further submissions called for by this Order, the Court shall issue an Order establishing the procedures that shall govern further proceedings in this matter.

**SO ORDERED.**

                                                            /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge