Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

TIMOTHY KARCHER, et al

Plaintiff(s)

v.

ISLAMIC REPUBLIC OF IRAN

Defendant(s)

Civil Action: 16-cv-00232-CKK

**RE:** ISLAMIC REPUBLIC OF IRAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on December 18, 2016, and an affidavit on behalf of the plaintiff having been filed, it is this 27th day of February, 2017 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
Deputy Clerk