UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------x
TIMOTHY KARCHER, et al.,                 :
                                         :         **Case No. 16-cv-00232 (CKK)**
                          Plaintiffs,    :
                                         :
              -against-                  :
                                         :
ISLAMIC REPUBLIC OF IRAN,                :
                                         :
                          Defendant.     :
---------------------------------------------------------x

### NOTICE OF REQUEST FOR GUIDANCE REGARDING THE COURT'S DECEMBER 11, 2017 ORDER

As Plaintiffs prepare the submissions delineated in the Court's December 11, 2017 Scheduling Order, they respectfully alert the Court to the status of several highly similar cases pending before other judges of this Court:

1. The above-captioned case, *Karcher, et al. v. Islamic Republic of Iran* (1:16-cv-00232-CKK), was filed on February 12, 2016 and assigned to Your Honor (ECF No. 1).

2. *Stearns, et al. v. Islamic Republic of Iran* (1:17-cv-00131-RCL) was filed as a related case to *Karcher* on January 19, 2017 and initially assigned to Your Honor. It was re-assigned to Judge Royce C. Lamberth on April 28, 2017. The legal and factual allegations in the *Stearns* and *Karcher* complaints are nearly identical; only the names of the plaintiffs and the circumstances surrounding the individual attacks differ.

3. *Hake, et al. v. Bank Markazi Jomhouri Islami Iran, et al.* (1:17-cv-00114-TJK) was filed as a related case to *Karcher* on January 17, 2017 and initially assigned to Your Honor. It was re-assigned to Judge Ellen S. Huvelle on April 28, 2017 and further re-

1

assigned to Judge Timothy J. Kelly on September 14, 2017. Most of the *Hake* plaintiffs are also plaintiffs in *Karcher* and *Stearns*.

4. *Brooks, et al.* v. *Bank Markazi Jomhouri Islami Iran, et al.* (1:17-cv-00737-TJK) was initially assigned to Judge Reggie B. Walton. It was then re-assigned to Judge Huvelle on June 28, 2017 and further re-assigned to Judge Kelly on September 14, 2017.

5. *Field, et al. v. Bank Markazi Jomhouri Islami Iran, et al.* (1:17-cv-02126-TJK) was filed as a related case to *Hake* on October 13, 2017 and assigned to Judge Kelly. Most of the plaintiffs in *Field* are also in *Karcher* and *Stearns*.

The legal and factual allegations in each of these cases are nearly identical—each alleges that Iran, through certain of its instrumentalities and agents, provided material support and resources for the commission of terrorist attacks that injured plaintiffs while serving in Iraq. The only material difference between these cases is that the *Karcher* and *Stearns* complaints name the government of Iran as the sole defendant and the *Hake*, *Brooks* and *Field* complaints name three Iranian instrumentalities as defendants for their alleged role in facilitating that Iranian support. The *Hake* case is in a similar procedural posture to the *Karcher* case inasmuch as plaintiffs have briefed the initial jurisdictional issues and provided the Court with potential dates for an evidentiary hearing.

The Court will, of course, decide what is most efficient and appropriate in these circumstances, but Plaintiffs seek to alert the Court to the possibility of duplication of judicial effort given the substantially parallel proceedings before Judge Kelly, which involve many of the same plaintiffs, factual allegations and legal theories as the *Karcher* and *Stearns* cases.[1] Plaintiffs

---

[1] By way of example, the only material difference between the contents of the anticipated pretrial submissions in *Hake* and *Karcher* would be one additional expert witness and several additional trial exhibits pertaining to the alleged conduct of the *Hake* defendants.

are preparing to file the submissions referenced above on the ordered deadlines, but, should Your Honor determine that some or all of these proceedings be consolidated or coordinated in any form, Plaintiffs seek further guidance on how best to proceed.

Dated: December 12, 2017

                                      Respectfully submitted,

                                      OSEN LLC

By   /s/ Gary M. Osen
       Gary M. Osen (DC Bar No. NJ009)
       Ari Ungar (DC Bar No. NJ008)
       Michael J. Radine (DC Bar No. NJ015)
       William A. Friedman (DC Bar No. NJ012)
       2 University Plaza, Suite 402
       Hackensack, NJ 07601
       Tel. (201) 265-6400

       TURNER & ASSOCIATES, P.A.
       C. Tab Turner
       4705 Somers Avenue, Suite 100
       North Little Rock, AR 72116
       Tel. (501) 791-2277

       Attorneys for Plaintiffs

cc: Honorable Timothy J. Kelly, USDJ