# EXHIBIT B

**CIDNE**

~~SECRET//REL TO USA, AUS, CAN, GBR~~

# IED Report

| | | | |
|---|---|---|---|
| **CLASSIFICATION:** | ~~SECRET~~ | **RELEASABILITY:** | ~~REL TO USA, AUS, CAN, GBR~~ |
| **TRACKING NUMBER:** | IED-20080509172338SMB5010090000 | **DATE DISCOVERED:** | 2008-May-09 17:23 |
| **CALL SIGN:** | Shockwave 22 | **REPORTING UNIT:** | JTF TROY MND BAGHDAD 761 EOD CO |
| **PRIMARY SAFE AREA(MGRS):** | 38SMB5002489933 | **SECONDARY SAFE AREA(MGRS):** | Not Reported |
| **MGRS:** | 38SMB5 10090000 | **EVENT TYPE:** | Explosion |

| COALITION: | | CIVILIAN: | | HOST NATION: | |
|---|---|---|---|---|---|
| KIA: | WIA: | KIA: | WIA: | KIA: | WIA: |
| 0 | 3 | 0 | 0 | 0 | 0 |

## Equipment Used

## Team Data

| | |
|---|---|
| **SERVICE AFFILIATION:** | USA |
| **EOD NOTIFICATION:** | 2008-May-09 17:55 |

11-May-08                    Page 1 of 4

~~SECRET//REL TO USA, AUS, CAN, GBR~~

Approved For Release

# CIDNE

SECRET//REL TO USA, AUS, CAN, GBR

| | | | |
|---|---|---|---|
| **EOD FOB DEPARTURE:** | 2008-May-09 17:55 | **EOD SCENE ARRIVAL:** | 2008-May-09 18:10 |
| **EOD SCENE DEPARTURE:** | 2008-May-09 18:15 | **EOD MISSION COMPLETE:** | 2008-May-09 18:59 |

## Site Data

| | |
|---|---|
| **SITE MARKED:** | Yes |
| **MARKING DETAILS:** | Device was placed at the end of an alley on the north side of R E Buzz. |
| **CIVILIAN ACTIVITY:** | Normal Activity |
| **REFERENCE POINT:** | Yes |
| **AIMING POINT DETAILS:** | Device was placed at the end of an alley on the north side of RTE. Buzz. |
| **FIRING POINT DETAILS:** | None Selected |
| **FIRING POINT MGRS:** | Not Reported |
| **LIGHT CONDITIONS:** | Daytime |
| **WEATHER:** | Clear |
| **ROUTE PATROL:** | Unknown |
| **LAST TIME ROUTE CLEARED:** | Unknown |
| **ANALYSIS:** | Team maneuvered to Post Blast at 38S MB 50088 89949. C/2-30 IN reported that the second vehicle in a four vehicle convoy had been struck by an IED while travelling West on RTE BUZZ. One CF KIA, two CF WIA and one M1151 damaged. EOD Team determined that the IED was a command wire initiated single copper lined EFP. Command wire was recovered which led to the north down an alley. Damage to a water main caused the blast seat to fill with water, preventing measurements. All evidence turned over to WIT 3 for exploitation. No explosive hazards identified. Time Line: 9-Line Rec: 091756CMAY08, EOD Ready: 1756, Link-up: 1756, SP: 1756, OS: 1810, MC: 091830CMAY08. |

## Devices

Approved For Release

**CIDNE**

~~SECRET//REL TO USA, AUS, CAN, GBR~~

*Approved For Release*

### Device 1

| | |
|---|---|
| **DEVICE DESCRIPTION:** | Team determined damage was consistent with a single copper lined EFP. One hundred meters of command wire was recovered from the blast seat which led north down an alley. No blast seat measurements taken du to water main damage in the blast seat. |
| **MGRS:** | 38SMB5008889949 |
| **PLACEMENT:** | Concealed - Partially Buried |
| **LOCATION:** | Road - Right Side |
| **CONTAINER:** | Pipe/Tube |
| **CONTAINER SUB-TYPE:** | Not Reported |
| **HOW DEVICE WAS FOUND:** | Detonation |
| **WHO FOUND DEVICE:** | Not Applicable |
| **ACTION TAKEN:** | Post Blast |
| **EXPLOSIVE EFFECT:** | Blast Fragmentation |
| **MAIN CHARGE CONFIGURATION:** | EFP |
| **CASUALTIES:** Yes | **SUICIDE DEVICE:** No | **FIRST RESPONDER TARGETED:** No |
| **POST BLAST:** Yes | **PARTIAL BUILD:** No | |

### Targets

| | |
|---|---|
| **TARGET PRECEDENCE:** | Primary |
| **AFFILIATION:** | Coalition |
| **COUNTRY:** | USA - UNITED STATES |
| **TARGET TYPE:** | Military |
| **DETAILS:** | Convoy |
| **INTENDED EFFECT:** | Anti-Armor |
| **DESCRIPTION:** | 2/C/2-30 IN reported an IED struck the 2nd vehicle of 4 vehicle convoy on the northwest side of road while traveling west on Route Buzz. Three CF were WIA and one M1151 was damaged. Vehicle sustained major damage to the TCs side above the door. |

### Initiators

| | |
|---|---|
| **TYPE:** | Command |
| **INITIATION SUB-TYPE:** | Command Wire |

**CIDNE**

SECRET//REL TO USA, AUS, CAN, GBR

| | | | |
|---|---|---|---|
| **INITIATION DETAIL:** | Unknown | **INITIATOR:** | Electric: Blasting Cap |
| **ARMING:** | None Selected | **DTMF:** | No |
| **MAKE:** | None Selected | **MODEL:** | None Selected |
| **RECEIVER REMOTED:** | No | **RECEIVER REMOTED DISTANCE(M):** | 0 |

**Munitions**

Not Reported

Approved For Release