```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------x
TIMOTHY KARCHER, et al.,              :
                                      :         Case No. 16-cv-00232 (CKK)
                          Plaintiffs, :
                                      :
         -against-                    :
                                      :
ISLAMIC REPUBLIC OF IRAN,             :
                                      :
                          Defendant.  :
-------------------------------------------------------x
```

## NOTICE OF REQUEST FOR A TELEPHONIC OR IN-PERSON CONFERENCE TO CLARIFY THE COURT'S JUNE 18, 2018 ORDER

Plaintiffs respectfully request clarification regarding the possible presentation of expert testimony as to Plaintiffs' damages during the scheduled evidentiary hearing. Specifically, the Court's June 18, 2018 order states that "[i]n the event that Plaintiffs establish liability, the Court may address bellwether damages during the trial or may defer damages in entirety to one or more special masters."

Plaintiffs understand that establishing liability is a prerequisite to the Court's consideration of their damages claims. However, because: (1) the damages phase of the proceeding (if any) will greatly impact the schedule of witnesses for the liability phase, and (2) Plaintiffs anticipate presenting bellwether damages largely through the testimony of several medical experts and need to reserve their time and coordinate their travel arrangements, Plaintiffs' counsel would benefit from additional guidance from the Court.

Clarifying this and other logistical issues now will greatly aid Plaintiffs' efforts to prepare for the evidentiary hearing, minimize unnecessary costs and streamline the process in a manner most convenient to the Court.

Therefore, Plaintiffs respectfully request a brief telephonic or in-person conference with the Court to clarify these issues.

Dated: June 18, 2018

        Respectfully submitted,

        OSEN LLC

By   /s/ Gary M. Osen
      Gary M. Osen (DC Bar No. NJ009)
      Ari Ungar (DC Bar No. NJ008)
      Michael J. Radine (DC Bar No. NJ015)
      William A. Friedman (DC Bar No. NJ012)
      2 University Plaza, Suite 402
      Hackensack, NJ 07601
      Tel. (201) 265-6400

      TURNER & ASSOCIATES, P.A.
      C. Tab Turner
      4705 Somers Avenue, Suite 100
      North Little Rock, AR 72116
      Tel. (501) 791-2277

      Attorneys for Plaintiffs