UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------x
TIMOTHY KARCHER, et al.,                :
                                        :         **Case No. 16-cv-232 (CKK)**
                      Plaintiffs,       :
                                        :
         -against-                      :
                                        :
ISLAMIC REPUBLIC OF IRAN,               :
                                        :
                      Defendant.        :
------------------------------------------------------x

### PLAINTIFFS' REPORT TO THE COURT IN RESPONSE TO THE JULY 17, 2018 MINUTE ORDER

In response to the Court's Minute Order dated July 17, 2018, Plaintiffs respectfully submit this report for the planned Phase I proceedings in the above-captioned matter, scheduled for December 3-5, 2018. This report addresses (1) the number of bellwether attacks Plaintiffs will present; (2) the identities of Plaintiffs and other fact witnesses who are expected to testify regarding those attacks; (3) the number and characteristics of Plaintiffs affected by those attacks; (4) the identities of expert witnesses whom Plaintiffs plan to call to testify and the anticipated scope of such expert testimony; and (5) the substance of Plaintiffs' anticipated pretrial motions.

**I.     Brief Overview of Anticipated Trial Presentation**

Plaintiffs will present a maximum of 18 hours of live testimony, which will be divided between subject matter experts and fact witnesses (two eyewitnesses and up to six Plaintiffs who survived the bellwether attacks). Plaintiffs have four core evidentiary objectives:

1. To establish Iran's legal responsibility for the terror campaign directed by Shi'a armed terror groups in Iraq between 2004 – 2011;

2. To establish Iran's legal responsibility for the deployment of explosively formed penetrator ("EFP") warheads in Iraq;

3. To establish Iran's legal responsibility for the specific bellwether attacks at issue; and

4. To demonstrate the unique physical impact of EFP blast waves and the injuries these weapons inflict on survivors.

As exemplified by the two expert reports attached to this submission, Plaintiffs plan to efficiently present a significant amount of forensic evidence connecting Iran to the EFPs used on American armored vehicles (primarily High Mobility Multipurpose Wheeled Vehicles ("HMMWVs")) in Iraq. As the expert reports indicate, the mechanical properties of EFPs, the degree of precision of their manufacture, and the magnitude of the force they generate leave their mark both on the vehicles they strike and on the physiology of their human targets.

Thus, much of the liability testimony will inform the medical testimony concerning the categories of injuries Plaintiffs sustained in this action, and much of the medical and eyewitness testimony will also inform the Court's understanding of the weapons' provenance and Iran's legal responsibility for specific EFP attacks.

## II. Anticipated Bellwether Attacks, Identities of Testifying Plaintiffs and Other Fact Witnesses, and the Number and Characteristics of Affected Plaintiffs.

The Bellwether Attacks consist of six EFP attacks and one complex hostage-taking attack, each of which illuminates an aspect of the design, tactics and "tradecraft" of Hezbollah and the Islamic Revolutionary Guard Corps ("IRGC"). Five of the six EFP attacks involved strikes against an up-armored HMMWV; the sixth EFP attack involved a strike on an M2 Bradley Fighting Vehicle. These six EFP attacks will provide representative illustrations of hallmarks of these Iranian-supplied weapons, along with the different initiation/triggering methods used, and the substantial range of injuries they caused.

**A. The May 3, 2005 EFP attack on a HMMWV** from 1st Platoon, 64th Armor Regiment on a patrol in Baghdad, Iraq, in which Plaintiff Robert Bartlett was injured (Amended Complaint ("AC"), ECF No. 8, ¶¶ 134-148).

     i. **Fact Witnesses:** Plaintiff Robert Bartlett and Col. (Ret.) Kevin Farrell (Mr. Bartlett's Battalion Commander at the time).

     ii. **Affected Plaintiffs:** Robert Bartlett; his father, Terrel Charles Bartlett; his mother, Linda Jones; and his brother, Shawn Bartlett.

Evidence and testimony concerning this attack will provide the Court with a prime example of (1) a relatively early deployment of an EFP by Iranian-backed groups against an up-armored HMMWV, and (2) certain categories of severe injury described by Plaintiffs' medical experts, Dr. Phelps and Dr. Gore (*see infra*).

B. **The October 22, 2006 EFP attack on a HMMWV** from 2d Platoon, 6th Infantry Regiment that was part of a personal security detachment in Baghdad, Iraq, in which Plaintiff David Haines was injured (*id.*, ¶¶ 359-371).

     i. **Fact Witnesses:** Plaintiff David Haines.

     ii. **Affected Plaintiffs:** David Haines; his wife, Dawn Haines; their minor child, C.H.; and Mr. Haines's sister, Mackenzie Haines.

Evidence and testimony concerning this attack will provide the Court with a prime example of (1) a sophisticated attack on a HMMWV that defeated the vehicle's (then) state-of-the-art counter-IED (improvised explosive device) systems, and (2) certain categories of injury described by Plaintiffs' medical experts, Dr. Andersen, Dr. Gore and Dr. Marmar, involving multiple shrapnel injuries, orthopedic and musculoskeletal injuries, and Post-Traumatic Stress Disorder ("PTSD") (*see infra*).

C. **The March 17, 2008 EFP attack on a HMMWV** from 2d Platoon, 30th Infantry Division that was part of a convoy in Baghdad, Iraq, in which Plaintiff Christopher Levi was injured (*id.*, ¶¶ 798-811).

     i. **Fact Witness:** Plaintiff Christopher Levi.

     ii. **Affected Plaintiffs:** Christopher Levi; his father, Eric Levi; his mother, Debra Levi; and his sisters Emily Levi and Kimberley Vesey.

Evidence and testimony concerning this attack will provide the Court with a prime example of (1) a multiple EFP array with a PIR (passive infrared) trigger, and (2) certain categories of injury described by Plaintiffs' medical experts, Dr. Andersen, Dr. Gore and Dr. Marmar, involving battlefield amputations and complications, acute and chronic pain syndromes, shrapnel injuries, orthopedic and musculoskeletal injuries and complications, Traumatic Brain Injury ("TBI"), and PTSD.

D. **The March 23, 2008 EFP attack on an M2 Bradley Fighting Vehicle** from 4th Platoon, 64th Armor Regiment that was on patrol in Baghdad, Iraq, in which Plaintiffs Christopher Hake, Andrew Habsieger and George Delgado were killed (*id.*, ¶¶ 812-842).

      i. **Fact Witness:** Russell Mason (eyewitness); and Christopher Hake's widow, Plaintiff Kelli Hake, as to her and her family's emotional injuries.

      ii. **Affected Plaintiffs:**

          a. Kelli Hake; their minor child, G.H.; Christopher's mother, Denice York; his stepfather, Russel York; his father, Peter Hake; his stepmother, Jill Hake; his brothers, Zachary Hake and Skylar Hake; his sister, Keri Hake; and his Estate, represented by Kelli Hake;

          b. Andrew Habsieger's parents, Brenda Habsieger and Michael Habsieger; and his brother, Jacob Michael Habsieger; and

          c. George Delgado's mother, Maria E. Calle; his sister, Cynthia Delgado; and his Estate, represented by Cynthia Delgado.

Evidence and testimony concerning this attack will provide the Court with a prime example of (1) a successful EFP strike on an M2 Bradley Fighting Vehicle with command wire initiation, and (2) certain categories of injury described by Plaintiffs' medical expert Dr. Posey evaluating cause and timing of death.

E. **The May 9, 2008 EFP attack on a HMMWV** from 2d Platoon, 30th Infantry Division that was part of a convoy in Baghdad, Iraq, in which Plaintiff Wesley Williamson was injured (*id.*, ¶¶ 949-963).

      i. **Fact Witness:** Plaintiff Wesley Williamson.

      ii. **Affected Plaintiff:** Wesley Williamson.

Evidence and testimony concerning this attack will provide the Court with a prime example of a (1) command wire initiated (single) EFP, and (2) certain categories of injury described by Plaintiffs' medical experts, Dr. Andersen, Dr. Gore and Dr. Marmar, involving complex orthopedic injuries and resultant complications and PTSD.

F. **The May 17, 2009 EFP attack on a HMMWV** from 1st Platoon, 18th Infantry Division, that was part of a convoy in Kadamiyah, Iraq, in which Plaintiff Robert Canine was injured (*id.*, ¶¶ 1060-1076).

      i. **Fact Witness:** Plaintiff Robert Canine.

      ii. **Affected Plaintiffs:** Robert Canine; his mother, Janet Jones; his father, Calvin Canine; and his brother, James Canine.

Evidence and testimony concerning this attack will provide the Court with a prime example of (1) a multiple EFP array with a PIR trigger, and (2) certain categories of injury described by Plaintiffs' medical experts, Dr. Andersen, Dr. Gore, and Dr. Marmar, involving battlefield amputations and resulting complications, acute and

chronic pain syndromes, shrapnel injuries, orthopedic and musculoskeletal injuries and resulting complications, TBI, and PTSD.

The final bellwether attack is the complex hostage-taking attack in Karbala, Iraq.

**G. The January 20, 2007 attack on the PJCC in Karbala, Iraq**, in which Plaintiffs Brian Freeman and Johnathon Millican were killed and Plaintiffs Johnny Washburn, Billy Wallace, Marvin Thornsberry and Evan Kirby were injured (*id.*, ¶¶ 443-475).

During the hostage-taking attack, terrorists stormed the Provincial Joint Coordination Center ("PJCC") in Karbala, Iraq, killing a U.S. soldier and injuring several others, then kidnapped and subsequently murdered four additional U.S. soldiers. This attack, the subject of a recent court decision in *Fritz v. Islamic Republic of Iran*, No. 15-cv-456 (RDM), 2018 WL 3687959 (D.D.C. Aug. 2, 2018), marked a turning point, deepening the U.S. Military's recognition of the nature and scope of Iran's provision of lethal support for terrorist attacks in Iraq (as a result of intelligence gained from the capture and interrogations of key members of the terror cell responsible).

    i. **Fact Witnesses**: Plaintiffs Johnny Washburn or Billy Wallace.[1]

    ii. **Affected Plaintiffs:**

        a. Brian Freeman's widow, Charlotte Freeman; their minor children, G.F. and I.F.; his parents, Kathleen Snyder and Randolph Freeman; and his Estate, represented by Charlotte Freeman;

        b. Johnathon Millican's widow, Shannon Millican; his father, Mitchell Millican; and his Estate, represented by Shannon Millican;

        c. Billy Wallace; his wife, Stefanie Wallace; and their three minor children, D.W., C.W., and A.W;[2]

        d. Marvin Thornsberry; his wife, Cynthia Thornsberry; his minor stepchild A.B.; and their three minor children, M.T., N.T., and L.T.;

        e. Johnny Washburn; and

        f. Evan Kirby.

Evidence and testimony concerning this attack will provide the Court with a prime example of (1) Hezbollah and the IRGC's central role in the supply, training, financing and direction of terrorist attacks in Iraq and (2) certain categories of injury described by Plaintiffs' medical experts, Dr. Phelps, Dr. Marmar and Dr. Posey, involving TBI, acoustic trauma

---

[1] Only one fact witness will testify, depending on availability.

[2] Two of the minor children have since reached the age of majority.

and tinnitus, shrapnel injuries, orthopedic and musculoskeletal injuries, PTSD, and in two cases, the cause and timing of the service member's death.

## III.     Plaintiffs' Liability Experts

Plaintiffs anticipate calling seven expert witnesses to testify at trial regarding Iran's responsibility for the attacks identified in the Amended Complaint. While there may be *some* minimal overlap, the experts will generally testify on discrete, non-duplicative issues.

**Captain (Ret.) Wade Barker: Components of EFPs, Their Effectiveness Against Armor, and the Methods Used to Initiate Them.** Mr. Barker served in the U.S. Army from 1995 to 2009 and was the Officer in Charge in the 101st Airborne Division Asymmetric Warfare unit, charged with developing and implementing new counter-IED and counterinsurgency strategies for use in military engagements. He will provide expert testimony explaining the components of EFPs, the physics and engineering that explains their effectiveness against armored vehicles, and the methods used to initiate them.[3] Estimated time: 30 minutes.

**Colonel (Ret.) Leo Bradley: Overview of U.S. Counter-IED Efforts in Iraq and Evolving Recognition of and Countermeasures Deployed Against the Iranian EFP Threat.** Mr. Bradley commanded the Explosive Ordinance Detachment ("EOD") battalion supporting most of Iraq from June 2006 to June 2008 and commanded the 71st Ordnance Group in Iraq from 2010 to 2012. He will offer expert testimony regarding Multi-National Force-Iraq's[4] development and deployment of EOD units in Iraq between 2003 and 2011 and the development of EOD capacities for investigating and understanding IED attacks, including EFP attacks. Estimated time: 1 hour.

**Matthew Levitt, Ph.D.: Overview of Iranian Support for Terrorism in Iraq from 2004 through 2011.** Dr. Levitt, the Director of the Reinhard Program on Counterterrorism and Intelligence at the Washington Institute for Near East Policy, will provide testimony regarding Iran's material support for terrorism, including its use of Hezbollah and the IRGC to finance, train, supply, and arm terrorist groups in Iraq. Estimated time: 1-1.5 hours.

**Colonel (Ret.) Kevin Lutz: Iran's Design and Manufacture of EFPs Deployed in Iraq and Iran's Specific Responsibility for the Bellwether EFP Attacks.** Mr. Lutz served as Brigade

---

[3]     A copy of Mr. Barker's expert report is attached hereto as <u>Exhibit A</u> and filed under seal, subject to Your Honor's subsequent ruling on Plaintiffs' motion to seal certain additional records which Plaintiffs have been ordered to file by October 15, 2018 (*See*, Minute Order dated June 18, 2018). The report provides the Court with an overview of the evidence Plaintiffs intend to present to establish that each of the six bellwether attacks were in fact EFP strikes, and it highlights the importance of physical (forensic) evidence relating to the effects of EFPs on the U.S. Military's armored vehicles in Iraq, particularly HMMWVs.

[4]     Multi-National Force-Iraq (or "MNF-I"), often referred to as "Coalition Forces," was the international military command during the 2003 invasion of Iraq and the subsequent United Nations-mandated peacekeeping operations in that country. On January 1, 2010, MNF-I was reorganized into its successor command, United States Forces-Iraq.

Commander of Combined Joint Task Force Troy ("CJTF Troy"), leading all EOD and counter-IED efforts in Iraq from 2005 to 2006. Mr. Lutz will testify concerning Iran's central role in introducing certain weapons into Iraq, including EFPs, and Iran's provision of material support to various Shi'a armed groups. Mr. Lutz will also offer his opinions as to whether Iran was responsible for each of the six bellwether EFP attacks. Estimated time: 1.5 hours.

**Russell L. McIntyre: The Role of the IRGC and Hezbollah in Supporting Terrorist Attacks in Iraq.** Mr. McIntyre is a former member of the Senior Executive Service and a retired United States Army Ranger and Special Forces Officer who served from April 2008 through March 2014 as the Chief of the Office for Forensic Intelligence, Directory for Science and Technology, at the Defense Intelligence Agency. He will provide expert testimony regarding the IRGC's and Hezbollah's roles in supporting terrorist attacks in Iraq between 2004 and 2011, including targeted attacks on U.S. service members. Estimated time: 1.5 hours.

**General (Ret.) Michael Oates: Overview of U.S. Participation in Iraq and Evolving Recognition of the Iranian Threat.** Mr. Oates commanded the 10th Mountain Division in southern Iraq between 2008 and 2009 and later served as head of the Joint Improvised Explosive Device Defeat Organization, the U.S. Military's main division for studying and defeating IEDs. He will testify concerning the evolution of the U.S. Military's threat assessments in Iraq and the evolution of the military's understanding of the central role played by the IRGC and Hezbollah in creating and sustaining key Iraqi terrorist groups, including by financing, supplying, training and arming them with Iranian rockets, mortars, EFPs and improvised rocket assisted munitions. Estimated time: 1-1.5 hours.

**Michael Pregent: Iran's Responsibility for the January 20, 2007 Attack on the PJCC in Karbala, Iraq.** Mr. Pregent is a retired U.S. intelligence officer who served as an embedded advisor with Kurdish forces in Mosul, Iraq, in 2005 and 2006, and as a civilian political and military subject matter expert for the Defense Intelligence Agency in Iraq from 2007 through 2011. He will provide an assessment of Iran's direct role, by and through the use of its IRGC and Hezbollah, in the January 20, 2007 attack on the PJCC. In addition to his personal knowledge related to the investigation of the attack, Mr. Pregent will also rely upon the SIGACT and the U.S. Army Regulation 15-6 Investigation Report (and subsequent collateral reports) relating to that attack. Estimated time: 1 hour.

### IV.     Plaintiffs' Medical Experts

With the exception of Dr. Posey, who will opine on the cause and timing of the deaths of five specific service members, the other four medical experts will testify *in general terms* about injuries common to victims of EFP strikes (rather than any specific Plaintiff's injuries), thereby providing on overview of the range of injuries common to the majority of the service members injured in the attacks identified in the Amended Complaint.

**Dr. Romney C. Andersen: Orthopaedic Injuries.** Dr. Andersen is currently Chief of Orthopaedics at the Riverside Health System in Newport News, Virginia and Professor of Surgery at the Uniformed Service University of the Health Sciences, Bethesda, Maryland. Previously, Dr. Andersen served as an orthopedic surgeon at the 10th Combat Support Hospital in Baghdad, Iraq from November 2008 to June 2009 and Chief of the Department of Orthopaedics at Walter Reed National Military Medical Center from 2009-2014. He will testify regarding the specific medical complications and challenges to successful treatment caused by battlefield blast injuries, and the particular long-term effects of blast injuries caused by EFPs. Estimated time: 1 hour.

**Dr. Russell Gore: Traumatic Brain Injuries.** Dr. Gore is a licensed neurologist and is presently the director of both Vestibular Neurology and the Complex Concussion Clinic at the Shepherd Center in Georgia, where he cares for patients suffering from spinal cord or brain injury. In addition, he treats patients in the Shepherd Center's SHARE Military Initiative, a comprehensive rehabilitation program that focuses on assessment and treatment of service members who sustained TBI and PTSD from combat in post-9/11 conflicts. He will testify regarding the specific medical complications unique to combat-induced TBI and PTSD. Estimated time: 1 hour.

**Dr. Charles Marmar: Psychiatric Disorders.** Dr. Marmar is the Lucius N. Littauer Professor of Psychiatry, Chair of the Department of Psychiatry, and Director of Post-Traumatic Stress Disorder ("PTSD") Research Program at the New York University-Langone Medical Health Center. He will testify regarding PTSD, major depressive disorder ("MDD"), the specific medical complications unique to combat PTSD, short and long-term complications in the treatment of combat-induced PTSD, and other psychiatric disorders. Estimated time: 1 hour.

**Dr. Shean Phelps: Combat Trauma.** Dr. Phelps is a retired Senior Flight Surgeon, former U.S. Army Special Operations Command Surgeon for the 1st Battalion, 10th Special Forces Group (Airborne) and former Director of the Warfighter Protection Division and the Chief of the Injury Biomechanics Branch at the United States Army Aeromedical Research Laboratory at Fort Rucker, Alabama. He will testify regarding the specific medical complications unique to battlefield combat trauma, the challenges to successful treatment of battlefield blast injuries, and the particular long-term effects of blast injuries caused by EFPs.[5] Estimated time: 1 hour.

**Dr. David M. Posey: Forensic Pathology.** Dr. Posey is a retired United States Army Colonel, a licensed forensics examiner and the owner and director of Glenoaks Pathology Medical Group located in La Cañada, California. He will testify regarding the forensic pathology relating to the deaths of Plaintiffs' decedents Brian Freeman, Johnathon Millican, Christopher Hake, Andrew Habsieger and George Delgado. Estimated time: 1 hour.

---

[5] A copy of Dr. Phelps's expert report is attached hereto as <u>Exhibit B</u> and filed under seal, subject to Your Honor's subsequent ruling on Plaintiffs' motion to seal certain additional records which Plaintiffs have been ordered to file by October 15, 2018 (*See*, Minute Order dated June 18, 2018). The report is intended to provide the Court with an overview of the evidence Plaintiffs intend to present to establish that EFP strikes present unique blast-wave injuries and acute medical challenges not previously evaluated by Courts in previous cases brought under 28 U.S.C. §1605(A) or its predecessor statute.

## V. Plaintiffs' Anticipated Pretrial Motions

Plaintiffs anticipate moving for leave to use four demonstrative exhibits, including:

(1)  filing a brief clarifying the merits of their August 18, 2018 motion for leave to use an exemplar occupant compartment of a HMMVW. *See* ECF No. 46. *See also* Minute Order (Aug. 24, 2018) (denying leave to use the HMMVW exhibit "until further pretrial proceedings make the merits clearer").

The three other proposed demonstrative exhibits are:

(2)  a full-sized, inert (in that it contains no explosives) single-warhead EFP;

(3)  a full-sized, inert five-warhead EFP array with a functional remote-arming module and passive infrared sensor trigger; and

(4)  a 2-minute computer-generated simulation of an EFP attack viewable on a virtual reality headset that would be used during Dr. Marmar's testimony (similar virtual reality simulations are used as part of PTSD treatment for combat veterans).

Plaintiffs also anticipate moving for preadmission of certain documentary exhibits to allow the courtroom testimony to proceed more expeditiously and requesting that the Court take judicial notice of certain findings set forth in *Fritz v. Islamic Republic of Iran*.

Dated: August 30, 2018
Hackensack, NJ

Respectfully submitted,

OSEN LLC

By:   /s/ Gary M. Osen
      Gary M. Osen (DC Bar No. NJ009)
      Ari Ungar (DC Bar No. NJ008)
      Aaron Schlanger (DC Bar No. NJ007)
      Michael J. Radine (DC Bar No. NJ015)
      William A. Friedman (DC Bar No. NJ012)
      2 University Plaza, Suite 402
      Hackensack, NJ 07601
      Tel. (201) 265-6400

TURNER & ASSOCIATES, P.A.
C. Tab Turner
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Tel. (501) 791-2277

Attorneys for Plaintiffs