Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-1 | **U.S. State Department Designation of Iran as State Sponsor of Terrorism**, current: State Department list of four designated State Sponsors of Terrorism, including Iran, as of January 19, 1984. | 12/3/2018 | Preadmitted 11/27/2018 | Levitt Oates | |
| PX-2 | **Executive Order 12947**, dated January 25, 1995: Includes an Annex designating Hezbollah as a Specially Designated Terrorist ("SDT"). | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |
| PX-3 | **U.S. State Department Notification**, current: State Department list of Foreign Terrorist Organizations ("FTOs"), including Hezbollah as of October 8, 1997. | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |
| PX-4 | **U.S. Treasury Department Press Notification**, dated November 2, 2001: Notification of designation of Hezbollah as a Specially Designated Global Terrorist ("SDGT"). | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |
| PX-5 | **U.S. Treasury Department Press Notification**, dated October 25, 2007: Notification of designation by the State Department of the Islamic Revolutionary Guard Corps ("IRGC") and the Iranian Ministry of Defense and Armed Forces Logistics; and the designation by the Treasury Department of the IRGC-Qods Force ("IRGC-QF"), Iran's state-owned Banks Melli, Mellat, and Saderat, and three individuals affiliated with Iran's Aerospace Industries Organization. | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| **EXHIBIT NUMBER** | **DESCRIPTION OF EXHIBITS** | **MARKED FOR I.D.** | **RECEIVED IN EVIDENCE** | **WITNESS** | **EXHIBITS SENT INTO JURY (date & time)** |
|---|---|---|---|---|---|
| PX-6 | **U.S. Treasury Department Press Notification**, dated October 13, 2017: Notification of designation of the IRGC for providing support to the IRGC-QF. | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |
| PX-7 | **Executive Order 13438**, dated July 19, 2007: Executive Order authorizing designation of persons or entities that committed, or provided support for, acts of violence in Iraq. | | Preadmitted 11/27/2018 | | |
| PX-8 | **U.S. Treasury Department Press Notification**, dated January 9, 2008: Notification of the designation by the Treasury Department of certain individuals associated with Iran-sponsored terrorist networks whose aims are to attack Coalition forces in Iraq. | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |
| PX-9 | **U.S. Treasury Department Press Notification**, dated September 16, 2008: Press notification of the designation by the Treasury Department of certain individuals, some of whom are based in Iran or Iraq, who planned or provided support for attacks against Coalition forces in Iraq. | 12/3/2018 | Preadmitted 11/27/2018 | Oates McIntyre | |
| PX-10 | **U.S. State Department Notification**, dated June 26, 2009: Notification that on June 24, 2009, the State Department designated Kata'ib Hezbollah as an FTO and SDGT. | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-11 | **U.S. Treasury Department Press Notification**, dated July 2, 2009: Notification of the designation by the Treasury Department of an advisor to Qasem Soleimani, commander of the IRGC-QF, which is responsible for providing lethal support to Kata'ib Hezbollah and other Iraqi Shi'a militia groups that target and kill Coalition forces. | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |
| PX-12 | **U.S. Treasury Department Press Notification**, dated August 3, 2010: Notification of Executive Order 13224 designations targeting four IRGC-QF senior officers and other Iranian actors for providing support to Hezbollah. | | Preadmitted 11/27/2018 | | |
| PX-13 | **U.S. Treasury Department Press Notification**, dated November 8, 2012: Press notification of Executive Order 13224 designations targeting Kata'ib Hezbollah supporters as SDGTs; and Executive Order 13382 designations targeting the IRGC's support network. | | Preadmitted 11/27/2018 | | |
| PX-14 | **Government of Iraq - Intelligence Report**, dated July 2001: Translation of document describing influx of Iranian weapons. | | | | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-15 | **Government of Iraq - Intelligence Report**, date of translation, April 7, 2005: Translation of document describing activities of IRGC-QF. | | | | |
| PX-16 | **Director of National Intelligence Threat Assessment**, dated February 2, 2006: Report on Iran's provision of weapons and training to Iraqi Shi'a militant groups to enable anti-Coalition attacks, including Explosively Formed Penetrator ("EFP") attacks. | | Preadmitted 11/27/2018 | | |
| PX-17 | **Defense Intelligence Agency Report**, dated February 28, 2006: Report noting Iran's provision of lethal aid to Iraqi Shi'a insurgents to combat Coalition goals. | | Preadmitted 11/27/2018 | | |
| PX-18 | **State Department - Country Reports on Terrorism for the years 2006 through 2012**: Reports describing Iran's responsibility for attacks on Coalition forces; also describes Hezbollah's provision of training to Iraqi Shi'a militants on the use of EFPs and the resulting increase in EFP attacks throughout the time period. | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |
| PX-19 | **Report of the Office of the Director of National Intelligence**, dated January 2007: Report noting that "Iranian lethal support for select groups of Iraqi Shi'a militants clearly intensifies the conflict in Iraq." | | Preadmitted 11/27/2018 | | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-20 | **Report by U.S. Director of National Intelligence**, dated August 2007:<br>Report noting Iran's provision of funding, weaponry, and training to Iraqi Shi'a militants resulting in increase in EFPs attacks. | | Preadmitted 11/27/2018 | | |
| PX-21 | **Benchmark Assessment Report to Congress**, dated September 14, 2007:<br>Benchmark assessment noting Iran's continued supply to Shi'a extremist groups of training, funding, and weapons, including rockets, mortars, and EFPs, and which had been on an upward trajectory and accounted for an increasing percentage of U.S. combat deaths. | | Preadmitted 11/27/2018 | | |
| PX-22 | **U.S. Treasury Department Press Notification**, dated June 16, 2010:<br>Notification of the designation of Ali Jafari under Executive Order 13382. | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |
| PX-23 | **U.S. Treasury Department Press Notification**, dated October 11, 2011:<br>Notification of the designation of Qasem Soleimani and Abdul Reza Shahlai as SDGTs. | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |
| PX-24 | **Federal Register, Vol. 60, No. 16 at 5084-5086**, dated January 25, 1995:<br>Office of Foreign Assets Control notice of blocking pursuant to E.O. 12947, designating Hassan Nasrallah and Imad Mughniyeh as SDTs. | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-25 | **U.S. Treasury Department Press Notification**, dated May 16, 2018:<br>Notification of the designation of Hassan Nasrallah as an SDGT. | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |
| PX-26 | **U.S. Treasury Department Designation List**, dated October 12, 2001:<br>Notification of the designation of Imad Mughniyeh as an SDGT. | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |
| PX-27 | **U.S. Treasury Department Press Notification**, dated September 13, 2012:<br>Notification of the designation of Mustafa Badreddine as an SDGT. | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |
| PX-28 | **Joint Publication 3-15.1, Counter-Improvised Explosive Device Operations**, dated January 9, 2012:<br>Published guidance regarding counter-IED operations prepared under direction of the Chairman of the Joint Chiefs of Staff for use by combatant commanders and joint force commanders. | | Preadmitted 11/27/2018 **SEALED** | | |
| PX-29 | **Video of Hezbollah Secretary-General Hassan Nasrallah**, taken on February 23, 2006. | 12/3/2018 | Demo Only 12/3/2018 | Levitt | |
| PX-30 | **Information Paper – Subject: Summary of Seven IRGC-QF Detainees**, undated. | | Preadmitted 11/27/2018 | | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-31 | **Operation Iraqi Freedom Significant Activity ("SIGACT") Reports Rollup**, dated June 1, 2004 - September 16, 2005:<br>Data on attacks in Iraq, including by region, casualties, and injuries. | | | | |
| PX-32 | **U.S. Secretary of Defense Memo**, dated November 7, 2006:<br>Memo from Secretary of Defense to Chairman of the Joint Chiefs of Staff regarding Iran's involvement in Iraq. | 12/3/2018 | Preadmitted 11/27/2018 | Oates | |
| PX-33 | **U.S. Army Criminal Investigations Command – 10th Military Police Battalion Memorandum (unredacted, filed under seal)**, dated July 6, 2009. | | Preadmitted 11/27/2018 **SEALED** | | |
| PX-34 | **U.S. Army Report Pursuant to AR 15-6 (partially unredacted, filed under seal)**, dated February 14, 2007:<br>Army investigative report for January 20, 2007 Karbala attack. | | Preadmitted 11/27/2018 **SEALED** | | |
| PX-35 | **U.S. Department of Defense Report on Iraq**, dated March 2007:<br>Report regarding situation in Iraq and Iran's role in supplying Shi'a extremist groups with EFPs for use in attacks against Coalition forces. | | Preadmitted 11/27/2018 | | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-36 | **U.S. Department of Defense Report on Iraq**, dated September 2007:<br>Report regarding situation in Iraq and the intensifying provision of weapons, funding, and training by the IRGC-QF to Shi'a militants, leading to a dramatic rise in EFP attacks. | | Preadmitted 11/27/2018 | | |
| PX-37 | **U.S. Department of Defense Report on Iraq**, dated December 2008:<br>Report regarding situation in Iraq and Iran's role in harboring leaders of Shi'a militant groups planning to return to Iraq to resume attacks on Coalition forces. | | Preadmitted 11/27/2018 | | |
| PX-38 | **U.S. Department of Defense Report on Iraq**, dated December 2009:<br>Report regarding situation in Iraq and Iran's role in providing funding and lethal aid to Shi'a groups. | | Preadmitted 11/27/2018 | | |
| PX-39 | **U.S. Department of Defense Briefing**, dated April 2010:<br>Briefing on Iran's provision of weapons, including EFPs, and training to Iraqi Shi'a militant groups. | | Preadmitted 11/27/2018 | | |
| PX-40 | **U.S. Department of Defense Analysis**, dated March 2012:<br>Analysis of theater experience in Operation Iraqi Freedom and Operation New Dawn; includes analyses performed on IEDs and EFPs. | | Preadmitted 11/27/2018 | | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-41 | **U.S. Central Command Report**: Chart of Operation Iraqi Freedom EFP detonations and casualties between July 2005 – December 2011 produced on December 13, 2012 in response to an Osen LLC Freedom of Information Act ("FOIA") request. | 12/6/2018 | Preadmitted 11/27/2018 | Lutz | |
| PX-42 | **U.S. Central Command Reports**: Summaries of weapons caches discovered in Iraq and Explosive Ordnance Disposal assessments between September 19, 2007 – December 31, 2007; includes seizure of EFPs. | | Preadmitted 11/27/2018 | | |
| PX-43 | **U.S. Central Command Reports**: Storyboards of weapons caches discovered in Iraq between October 2, 2007 – September 9, 2008; documents seizure of various Iranian munitions in Iraq, such as EFPs. | | Preadmitted 11/27/2018 | | |
| PX-44 | **Department of Defense Video Imagery Distribution System Images**, dated February 26, 2007 – January 5, 2009: Images of weapons cache discovered in Iraq, including EFPs. | | | | |
| PX-45 | **Department of Defense Video Imagery Distribution System Images**, dated July 11, 2011: Video of Improvised Rocket-Assisted Munitions (IRAMs) discovered in Iraq. | | | | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-46 | **Combined Joint Task Force Troy ("CJTF Troy") Handbook**, dated September 6, 2007: Handbook on IEDs; includes descriptions of EFPs. | 12/6/2018 | Preadmitted 11/27/2018 | Lutz | |
| PX-47 | **49th Armored Division Officer Personnel Development report, "Force Protection Operations,"** dated March 2004. | | | | |
| PX-48 | **CJTF Troy Report**, dated November 21, 2009: Report on countering IEDs in Iraq. | 12/6/2018 | Preadmitted 11/27/2018 **SEALED** | Lutz | |
| PX-49 | **Joint Improvised Explosive Device Defeat Organization ("JIEDDO") Report**, dated 2008: Briefing on threat presented by IEDs and EFPs. | | Preadmitted 11/27/2018 | | |
| PX-50 | **JIEDDO Report**, dated July 2009: Briefing on global threat presented by IEDs; includes EFPs as an area on which to focus. | | Preadmitted 11/27/2018 **SEALED** | | |
| PX-51 | **JIEDDO Report**, dated August 22, 2010: Briefing on threat presented in Iraq and Afghanistan by IEDs; notes they are utilized by Shi'a militia with Iranian support. | | Preadmitted 11/27/2018 **SEALED** | | |
| PX-52 | **JIEDDO Report**, undated: Report on counter-IED operations. | | Preadmitted 11/27/2018 **SEALED** | | |
| PX-53 | **U.N. Mine Action Service of the Department of Peacekeeping Operations, Improvised Explosive Device Lexicon**, dated July 1, 2016: UN lexicon for IEDs. | | | | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-54 | **Deputy Chief of Staff for Intelligence (DCSINT) Handbook on Improvised Explosive Devices**, dated July 2006:<br>Handbook on IEDs; includes description of EFPs. | 12/4/2018 | Preadmitted 11/27/2018 **SEALED** | Barker | |
| PX-55 | **Declassified Detainee Document re Laith Khazali**, dated May 3, 2007. | | Preadmitted 11/27/2018 | | |
| PX-56 | **Declassified Detainee Document re Qais Khazali**, dated May 31, 2007. | | Preadmitted 11/27/2018 | | |
| PX-57 | **Declassified Detainee Document re Qais Khazali**, dated August 13, 2007. | | Preadmitted 11/27/2018 | | |
| PX-58 | **Video of Test Fire of EFP**, published online on August 24, 2015. | | Admitted 12/4/2018 | Barker Phelps | |
| PX-59 | **Video by Special Group**, dated September 22, 2007:<br>Shows EFP attack on a U.S. military vehicle. | | | | |
| PX-60 | **Video instruction manual by Hezbollah**, seized by Israeli forces in May 2003:<br>Shows instructions for assembling EFPs. | | Admitted 12/6/2018 | Lutz | |
| PX-61 | **Excerpt of Hezbollah Training Video for Kidnapping Operations**, undated. | | Admitted 12/11/2018 | McIntyre | |
| PX-62 | **U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives Law Enforcement Guide to Explosives Incident Reporting**:<br>Description of military explosives. | | | | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-63 | **U.S. Central Command SIGACT Reports**, dated between 2004-2009:<br>Compendium of approximately thirty initial investigatory findings of U.S. military forces serving in Iraq. | | Admitted 12/11/2018 | | |
| PX-64 | **Birth Certificate of Johnny Washburn**. | | | | |
| PX-65 | **Multi-National Force – Iraq ("MNF-I") Report on EFPs**, dated February 11, 2007:<br>Briefing on how Iran supplies Iraqi extremist groups with EFPs, TNT, 81mm mortar rounds, Misagh-1 Man Portable Air Defense System, and Rocket Propelled Grenades to enable attacks against Coalition forces. | | Admitted 12/6/2018 | Oates<br>Lutz | |
| PX-66 | **MNF-I Redacted Intelligence Report on Detainees**, date range Spring 2007-early 2008:<br>Debriefing of detainee under Coalition forces control regarding training in Iran. | | Preadmitted 11/27/2018 | | |
| PX-67 | **MNF-I Redacted Intelligence Report on Detainees**, date range Spring 2007-early 2008:<br>Debriefing of detainee under Coalition forces control regarding training in Iran. | | Preadmitted 11/27/2018 | | |
| PX-68 | **MNF-I Redacted Intelligence Report on Detainees**, date range Spring 2007-early 2008:<br>Debriefing of detainee under Coalition forces control regarding training in Iran. | | Preadmitted 11/27/2018 | | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-69 | **MNF-I Redacted Intelligence Report on Detainees**, date range Spring 2007-early 2008: Debriefing of detainee under Coalition forces control regarding training in Iran. | | Preadmitted 11/27/2018 | | |
| PX-70 | **MNF-I Redacted Intelligence Report on Detainees**, date range Spring 2007-early 2008: Debriefing of detainee under Coalition forces control regarding training in Iran. | | Preadmitted 11/27/2018 | | |
| PX-71 | **MNF-I Report on Captured Special Groups in Iraq**, dated July 2, 2007: Briefing on Iranian-supported Special Groups operatives targeting Coalition forces, including senior Hezbollah operative Ali Mussa Daqduq. | | Preadmitted 11/27/2018 | Pregent | |
| PX-72 | **MNF-I Commander's Report to Congress**, dated September 11, 2007: Briefing regarding Iran's use of its IRGC-QF to turn the Special Groups into a Hezbollah-like force to fight a proxy war against the Iraqi state and Coalition forces in Iraq. | | Preadmitted 11/27/2018 | | |
| PX-73 | **MNF-I Commander's Report to Congress**, dated April 8-9, 2008: Briefing regarding Iran's lethal aid to Iraqi Special Groups fueling violence in Iraq. | | Preadmitted 11/27/2018 | | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-74 | **Statement by Zalmay Khalilzad, U.S. Permanent Representative, on the MNF-I Commander's Report**, dated April 28, 2008:<br>Reporting on the IRGC-QF's training, funding, and arming Iraqi Special Groups with Iranian weapons, including mortars, rockets and EFPs. | | Preadmitted 11/27/2018 | | |
| PX-75 | **Weekly Updates from the MNF-I Commander on Iraq to the Secretary of Defense**, dated February 24, 2007 – December 30, 2007. | | Preadmitted 11/27/2018 **SEALED** | | |
| PX-76 | **U.S. Treasury Department Press Notification**, dated August 22, 2013:<br>Notification of Executive Order 13224 designations targeting four members of Hezbollah's senior leadership. | | Preadmitted 11/27/2018 | McIntyre | |
| PX-77 | **MNF-I Report titled "Kidnapping Threat Rep by JAM IVO Baghdad (Zone 15) (Route Unknown): 0 INJ/DAM,"** dated December 22, 2006. | | Preadmitted 11/27/2018 | | |
| PX-78 | **Weekly Updates from the MNF-I Commander on Iraq to the Secretary of Defense**, dated December 31, 2007 – December 21, 2008. | | Preadmitted 11/27/2018 **SEALED** | Oates | |
| PX-79 | **Weekly Updates from the MNF-I Commander on Iraq to the Secretary of Defense**, dated January 12, 2009 – December 27, 2009. | | Preadmitted 11/27/2018 **SEALED** | | |
| PX-80 | **Weekly Updates from the MNF-I Commander on Iraq to the Secretary of Defense**, dated February 1, 2010 – April 11, 2010. | | Preadmitted 11/27/2018 **SEALED** | | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-81 | **Tactical Interrogation Reports** declassified by the Department of Defense on April 6, 2018. | | Preadmitted 11/27/2018 | McIntyre Pregent | |
| PX-82 | **Video titled "Leauge [sic] of the Righteous (Asai'b Ahl Alhaq) – footage of generals [sic] confessions from 'Generals Downfall' part 2,"** dated May 11, 2011. | 12/3/2018 | | Oates | |
| PX-82A | **Excerpt from Video titled "Leauge [sic] of the Righteous (Asai'b Ahl Alhaq) – footage of generals [sic] confessions from 'Generals Downfall' part 2,"** dated May 11, 2011 (3:54 – 4:18). | | Admitted 12/06/2018 | Pregent | |
| PX-83 | **MNF-I CIOC Information Paper**, dated April 8, 2007 containing summaries of debriefings of Qais Khazali and his associates. | | Preadmitted 11/27/2018 | | |
| PX-84 | **MNF-I CIOC Information Paper** dated August 5, 2007 regarding the flow of funding for Jaysh al-Mahdi and the Office of the Martyr Sadr. | 12/3/2018 | Preadmitted 11/27/2018 | Oates | |
| PX-85 | **Shi'a SDE Tactical Interrogation Reports** declassified by the Department of Defense on February 23, 2018. | | Preadmitted 11/27/2018 | | |
| PX-86 | **Center for Army Lessons Learned, Tactical Site Exploitation and Cache Search Operations Handbook**, dated May 2007. Manual describing site exploitation procedures. | | Preadmitted 11/27/2018 **SEALED** | | |
| PX-87 | **Satellite Image and Video Animation of January 20, 2007 attack**. | | Admitted 12/6/2018 | Pregent | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-88 | **MNF-I Commander's Testimony to the U.S. Senate Armed Services Committee** given on May 22, 2008. Testimony of General David Petraeus describing IED events in Iraq. | | Preadmitted 11/27/2018 | | |
| PX-89 | **Superseding Indictment**, *U.S. v. Larijani et al.*, No. 10-cr-174 (D.D.C. September 15, 2010). Indictment describing conspiracy to smuggle into Iran electrical components later found in IEDs in Iraq. | | | | |
| PX-90 | **Explosive Ordnance Disposal Operations, ATP 4-32**, dated September 30, 2013.<br>Explosive Ordnance Disposal operations manual published by the Department of the Army. | 12/3/2018 | Preadmitted 11/27/2018 | Bradley | |
| PX-91 | **Department of Defense, Directive No. 2000.19E**, dated February 14, 2006.<br>Directive establishing JIEDDO. | | Preadmitted 11/27/2018 | | |
| PX-92 | **"The Joint Improvised Explosive Device Defeat Organization: DOD's Fight Against IEDs Today and Tomorrow,"** dated November 2008. Report describing JIEDDO operations. | | Preadmitted 11/27/2018 | | |
| PX-93 | **U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives Press Notification**, dated February 27, 2007. Notification describing ATF collaboration with the U.S. Military. | | | | |
| PX-94 | **U.S. Army Report Pursuant to AR 15-6**, dated July 2, 2014:<br>Army investigative report for March 23, 2008 attack. | 12/4/2018 | Preadmitted 11/27/2018 **SEALED** | Barker | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-95 | **Video of EFP Attack on March 23, 2008**, dated March 23, 2008. | | | | |
| PX-96 | **U.S. Army Report Pursuant to AR 15-6**, dated February 14, 2007:<br>Army investigative report for January 20, 2007 Karbala attack. | 12/6/2018 | Preadmitted 11/27/2018 **SEALED** | Pregent | |
| PX-97 | **SIGACT Report**, dated January 20, 2007:<br>Report for January 20, 2007 Karbala attack. | | Preadmitted 11/27/2018 | | |
| PX-98 | **Collateral Investigation Report**, revised February 27, 2007, for Johnathon Millican. | | | | |
| PX-99 | **U.S. Army Presentation re Provision of the AR 15-6 Investigation Results to the Family of Brian Freeman**, undated. | | | | |
| PX-100 | **Post-attack photographs taken by Billy Wallace**, dated January 20-21, 2007:<br>Photographs of aftermath of January 20, 2007 Karbala attack, taken by Billy Wallace. | | | | |
| PX-101 | **Sworn statement of Johnny Washburn**, dated February 7, 2007:<br>Post-Karbala attack sworn statement provided to the Army by Johnny Washburn. | | | | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-102 | **U.S. Treasury Department Press Notification**, dated November 19, 2012: Notification of Executive Order 13224 designation of senior Hezbollah operative Ali Mussa Daqduq, who liaised with Iraqi Special Groups and was responsible for the January 20, 2007 attack in Karbala. | 12/3/2018 | Preadmitted 11/27/2018 | Levitt | |
| PX-103 | **Journal entries of Ali Mussa Daqduq**, dated January 2007: 22 pages of translated journal entries authored by Ali Mussa Daqduq and seized during the capture of Qais Khazali and Laith Khazali, founders and leaders of AAH. | | Admitted 12/6/2018 | Pregent | |
| PX-104 | **Weekly Update from the MNF-I Commander on Iraq to the Secretary of Defense**, dated March 17, 2007 – March 23, 2007. | | Preadmitted 11/27/2018 | | |
| PX-105 | **52nd Ordnance Group Presentation**, undated. | 12/3/2018 | Preadmitted 11/27/2018 **SEALED** | Bradley | |
| PX-106 | **Presentation Slides titled "Ali Musa Daqduq (AMD) aka. Hamid 'The Mute'"** (undated). | | Preadmitted 11/27/2018 | | |
| PX-107 | **Declassified Detainee Documents re Layth Khazali and Ali Musa Daqduq**, dated October 5, 2008 and May 22, 2009. | 12/6/2018 | Preadmitted 11/27/2018 | McIntyre | |
| PX-108 | **U.S. Army Site Exploitation Manual, ATP 3-90.15**, dated July 28, 2015. | | Preadmitted 11/27/2018 | | |

| | | | |
|---|---|---|---|
| Government | ☐ | TIMOTHY KARCHER, et al., | |
| Plaintiff | ■ | VS. | Civil No. 16-cv-00232 (CKK) |
| Defendant | ☐ | ISLAMIC REPUBLIC OF IRAN | |
| Joint | ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-109 | **Brian Freeman – Casualty report**, dated February 8, 2007. | | | | |
| PX-110 | **Weapons Technical Intelligence Handbook**, Version 2.0, March 2014. | | Preadmitted 11/27/2018 **SEALED** | | |
| PX-111 | **Video report broadcast on al-Ahed TV of the Asa'ib Ahl al-Haq Conference**, dated October 31, 2011. | | | | |
| PX-112 | **Video titled "Largest EFP Cache for MND-C,"** dated April 7, 2008. | | | | |
| PX-113 | **Video compilation of IED and EFP attacks on Coalition forces' armored vehicles posted to the Internet by Kata'ib Hezbollah**, undated. | 12/6/2018 | | Lutz | |
| PX-114 | **Brian Freeman – Death certificate**, dated January 26, 2007. | | | | |
| PX-115 | **Video – "Earth's Story to the Skies"** – Nouri al-Maliki visits Lebanon in December 2014 and visits with Hezbollah leaders. | 12/6/2018 | | Oates | |
| PX-116 | **Asa'ib Ahl al-Haq ("AAH") a/k/a "League of Righteous People" Website Capture**, dated August 19, 2010:<br>AAH webpage listing its leaders, including Hezbollah leader Hassan Nasrallah. | | | | |
| PX-117 | **AAH Website Capture**, dated August 19, 2010:<br>AAH list of videos of attacks on MNF-I forces. | | | | |

| | | | |
|---|---|---|---|
| Government | ☐ | TIMOTHY KARCHER, et al., | |
| Plaintiff | ■ | VS. | Civil No. 16-cv-00232 (CKK) |
| Defendant | ☐ | ISLAMIC REPUBLIC OF IRAN | |
| Joint | ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-118 | **AAH Website Capture**, dated November 10, 2010: AAH homage to Azhar al-Dulaimi explicitly confirming his involvement in the January 20, 2007 attack in Karbala, Iraq. | | Admitted 12/6/2018 | Pregent | |
| PX-119 | **Video of Qais Khazali conferring with Hezbollah Operatives**, dated December 3, 2017: Video of Qais Khazali, the founder and leader of AAH, on the Lebanon-Israel border. | | | | |
| PX-120 | **Photograph of Qais Khazali and IRGC-QF commander Qasem Soleimani**, published November 18, 2014: Photograph of Qais Khazali and Qasem Soleimani, an Iranian senior military officer in the IRGC and a commander of the IRGC-QF. | | | | |
| PX-121 | **Satellite Imaging of site of May 3, 2005 attack**. | 12/3/2018 | | Bartlett | |
| PX-122 | **Video of interview given to an Iranian Afak TV channel by Iraqi Special Groups leader Abu Mahdi al-Muhandis**, dated April 4, 2017: Includes video of Iraqi Special Groups leader Abu Mahdi al-Muhandis meeting with Qasem Soleimani. | | Admitted 12/11/2018 | McIntyre | |
| PX-123 | **SIGACT Report of May 3, 2005 attack**. | 12/4/2018 | Preadmitted 11/27/2018 **SEALED** | Barker | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-124 | **Robert Bartlett – Casualty Report**, dated May 3, 2005. | 12/4/2018 | | Barker | |
| PX-125 | **Declaration of Col. (Ret.) Kevin Farrell re May 3, 2005 attack**, dated August 14, 2018. | 12/4/2018 | | Barker | |
| PX-126 | **Post-attack photographs provided by Robert Bartlett**:<br>Photographs of Humvee after May 3, 2005 attack. | | Admitted 12/3/2018 | Bartlett | |
| PX-127 | **Satellite Imaging of site of March 23, 2008 attack**. | | | | |
| PX-128 | **Satellite Imaging of site of January 20, 2007 attack**. | | | | |
| PX-129 | **U.S. Military Investigative Reports**:<br>U.S. Central Command response to FOIA request regarding the March 23, 2008 attack in which Andrew Habsieger, Christopher Hake, and George Delgado were killed. | 12/4/2018 | Preadmitted 11/27/2018 **SEALED** | Barker | |
| PX-130 | **U.S. Military Investigative Reports**:<br>U.S. Central Command response to FOIA request regarding the May 9, 2008 attack in which Wesley Williamson was injured. | 12/4/2018 | Preadmitted 11/27/2018 **SEALED** | Barker | |
| PX-131 | **U.S. Military Investigative Reports**:<br>U.S. Central Command response to FOIA request regarding the March 17, 2008 attack in which Christopher Levi was injured. | 12/4/2018 | Preadmitted 11/27/2018 **SEALED** | Barker | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-132 | **U.S. Military Investigative Reports**: U.S. Central Command response to FOIA request regarding the October 22, 2006 attack in which David Haines was injured. | 12/4/2018 | Preadmitted 11/27/2018 **SEALED** | Barker | |
| PX-133 | **U.S. Military Investigative Reports**: U.S. Central Command response to FOIA request regarding the May 17, 2009 attack in which Robert Canine was injured. | 12/4/2018 | Preadmitted 11/27/2018 **SEALED** | Barker | |
| PX-134 | **Post-attack photographs and report provided by Robert Canine**, dated May 17, 2009: Photographs of Humvee after May 17, 2009 attack. | 12/4/2018 | Admitted 12/4/2018 | Barker Canine | |
| PX-135 | **Post-attack photographs provided by David Haines**, dated October 23, 2006: Photographs of Humvee after October 22, 2006 attack. | 12/4/2018 | Admitted 12/4/2018 | Barker Haines | |
| PX-136 | **Post-attack photographs**, dated March 23, 2008: Photographs of Bradley Fighting Vehicle after March 23, 2008 attack. | | | | |
| PX-137 | **Robert Canine – Birth Certificate**. | | | | |
| PX-138 | **Wesley Williamson – Birth Certificate**. | | | | |
| PX-139 | **David Haines – Birth Certificate**. | | | | |
| PX-140 | **George Delgado – Casualty report**, dated April 8, 2008. | | | | |
| PX-141 | **George Delgado – Death certificate**, dated March 31, 2008. | | | | |
| PX-142 | **George Delgado – Birth Certificate**. | | | | |
| PX-143 | **Christopher Levi – Birth Certificate**. | | | | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-144 | **Andrew Habsieger – Birth Certificate**. | | | | |
| PX-145 | **Andrew Habsieger – Casualty report**, dated April 8, 2008. | | | | |
| PX-146 | **Andrew Habsieger – Death certificate**, dated March 31, 2008. | | | | |
| PX-147 | **Johnathon Millican – Birth Certificate**. | | | | |
| PX-148 | **Evan Kirby – Birth Certificate**. | | | | |
| PX-149 | **Marvin Thornsberry – Birth Certificate**. | | | | |
| PX-150 | **Brian Freeman – Birth Certificate**. | | | | |
| PX-151 | **Christopher Hake – Death certificate**, dated March 31, 2008. | | | | |
| PX-152 | **Christopher Hake – Birth Certificate**. | | | | |
| PX-153 | **Expert Report of Lt. Gen. (Ret.) Michael Oates**: Liability expert report regarding the role of the IRGC and Hezbollah in creating and sustaining Iraqi Special Groups, including by financing, supplying, training, and arming them. | | Admitted 12/3/2018 **SEALED** | Oates | |
| PX-154 | **Expert Report of Dr. Matthew Levitt**: Liability expert report regarding Iran's material support to terrorism, including its use of the IRGC and Hezbollah as instruments of its terrorist activities in Iraq between 2003 and 2011. | | Admitted 12/3/2018 | Levitt | |

| | | | |
|---|---|---|---|
| Government | ☐ | TIMOTHY KARCHER, et al., | |
| Plaintiff | ■ | VS. | Civil No. 16-cv-00232 (CKK) |
| Defendant | ☐ | ISLAMIC REPUBLIC OF IRAN | |
| Joint | ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-155 | **Expert Report of Michael Pregent**: Liability expert report regarding overview of the IRGC and Hezbollah's role in supporting terrorist attacks in Iraq between 2003 and 2011, and an assessment of Iran's responsibility for the January 20, 2007 attack in Karbala, Iraq. | | Admitted 12/6/2018 **SEALED** | Pregent | |
| PX-156 | **Expert Report of Col. (Ret.) Leo Bradley**: Liability expert report regarding development of MNF-I's Explosive Ordnance Disposal capabilities, its tools to investigate IED/EFP seizures and attacks, and findings that EFPs were linked to Iran. | | Admitted 12/3/2018 **SEALED** | Bradley | |
| PX-157 | **Expert Report of Russell McIntyre**: Liability expert report regarding development of MNF-I intelligence on Iran's and Hezbollah's development of Special Groups in Iraq and orchestrating attacks on MNF-I forces, including through the use of EFPs. | | Admitted 12/6/2018 **SEALED** | McIntyre | |
| PX-158 | **Expert Report of Capt. (Ret.) D. Wade Barker**: Liability expert report regarding forensic analysis of specific bellwether EFP attacks in Iraq and the technical aspects of designing, manufacturing, and detonating EFPs. | | Admitted 12/4/2018 **SEALED** | Barker | |

| | | | |
|---|---|---|---|
| Government | ☐ | TIMOTHY KARCHER, et al., | |
| Plaintiff | ■ | VS. | Civil No. 16-cv-00232 (CKK) |
| Defendant | ☐ | ISLAMIC REPUBLIC OF IRAN | |
| Joint | ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-159 | **Expert Report of Col. (Ret.) Kevin Lutz**: Liability expert report regarding forensic analysis of specific bellwether EFP attacks and the attribution of such attacks to Iraqi Special Groups trained and supplied by Hezbollah and IRGC-QF. | | Admitted 12/6/2018 **SEALED** | Lutz | |
| PX-160 | **Expert Report of Dr. Shean Phelps**: Combat polytrauma. | | Admitted 12/6/2018 **SEALED** | Phelps | |
| PX-161 | **Expert Report of Dr. Russell Gore**: Traumatic brain injuries. | | Admitted 12/4/2018 | Gore | |
| PX-162 | **Expert Report of Dr. Romney Andersen**: Orthopedic injuries. | | Admitted 12/3/2018 | Andersen | |
| PX-163 | **Expert Report of Dr. Charles Marmar**: Emotional injuries including post-traumatic stress disorder and depressive disorders. | | Admitted 12/4/2018 | Marmar | |
| PX-164 | **Johnathon Millican – Award announcement, Silver Star**, dated June 28, 2007. | | | | |
| PX-165 | **Johnathon Millican – Casualty report**, dated January 26, 2007. | | | | |
| PX-166 | **Billy Wallace – Birth Certificate**. | | | | |
| PX-167 | **NATO Report, "Allied Joint Doctrine for Countering-Improvised Explosive Devices," AJP-3.15 (B)**, dated May 31, 2012. | | Preadmitted 11/27/2018 **SEALED** | | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-168 | **NATO Report, "Technical Exploitation," AIntP-10**, dated September 17, 2015 | | Preadmitted 11/27/2018 **SEALED** | | |
| PX-169 | **U.S. Army Report, "Operations Research Support to the Counter-IED Fight in Combined Joint Task Force (CJTF) Paladin,"** last modified September 15, 2015. | | Preadmitted 11/27/2018 **SEALED** | | |
| PX-170 | **71st Explosive Ordnance Disposal Group Report titled "CJTF PALADIN R-CAAT JUL 11-JUN 12"**. | 12/3/2018 | Preadmitted 11/27/18 **SEALED** | Bradley | |
| PX-171 | **ORSA Handbook for the Senior Commander**, dated March 2008. | | Preadmitted 11/27/2018 | | |
| PX-172 | **Robert Bartlett – Birth Certificate**. | | | | |
| PX-173 | **U.S. Treasury Department Press Notification**, dated November 13, 2018: Notification of Executive Order 13224 (SDGT) designations targeting four Hezbollah operatives who lead and coordinate the group's operational, intelligence and financial activities in Iraq. | | Preadmitted 11/27/2018 | | |
| PX-174 | **Declaration of Col. (Ret.) William Rabena re January 20, 2007 attack**: Sworn statement provided by the Investigating Officer who authored the Army investigative report for the January 20, 2007 Karbala attack. | | | | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-175 | **Video: Tissue model designed to show trauma**. | Demo Only 12/4/2018 | | Gore | |
| PX-176 | **Video: Self-reflected artwork of brain**. | Demo Only 12/4/2018 | | Gore | |
| PX-177 | **Video: Shock waves**. | Demo Only 12/4/2018 | | Gore | |
| PX-178 | **Letter from Christopher Hake to son Gage**. | Demo Only 12/4/2018 | | Hake | |
| PX-179 | **Photos of Rusty Mason's Unit dated March 08, 2008**. | Demo Only 12/4/2018 | | Mason | |
| PX-180 | **Large pieces of shrapnel removed from David Haines**. | Demo Only 12/4/2018 | | Haines | |
| PX-181 | **Video: OIF 2016 "Route Pluto" Multi-array EFP Strike**. | Demo Only 12/6/2018 | | Phelps | |
| PX-182 | **Photos of Qais Khazali and Laith Khazali**. | | Admitted 12/6/2018 | Pregent | |
| PX-183 | **Chart of Hezbollah leaders**. | Demo Only 12/6/2018 | | Pregent | |
| PX-184 | **Dr. Matthew Levitt PowerPoint Demonstrative**. | Demo Only 12/3/2018 | | Levitt | |
| PX-185 | **Lt. Gen. (Ret.) Michael Oates PowerPoint Demonstrative**. | Demo Only 12/3/2018 | | Oates | |
| PX-186 | **Col. (Ret.) Leo Bradley PowerPoint Demonstrative**. | Demo Only 12/3/2018 | | Bradley | |
| PX-187 | **Plaintiff Robert Bartlett PowerPoint Demonstrative**. | Demo Only 12/3/2018 | | Bartlett | |

Government ☐
Plaintiff ■
Defendant ☐
Joint ☐

TIMOTHY KARCHER, et al.,
VS.
ISLAMIC REPUBLIC OF IRAN

Civil No. 16-cv-00232 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-188 | **Dr. Romney Andersen PowerPoint Demonstrative**. | Demo Only 12/3/2018 | | Andersen | |
| PX-189 | **Capt. (Ret.) D. Wade Barker PowerPoint Demonstrative**. | Demo Only 12/4/2018 | | Barker | |
| PX-190 | **Dr. Charles Marmar PowerPoint Demonstrative**. | Demo Only 12/4/2018 | | Marmar | |
| PX-191 | **Dr. Russell Gore PowerPoint Demonstrative**. | Demo Only 12/4/2018 | | Gore | |
| PX-192 | **Plaintiff Robert Canine PowerPoint Demonstrative**. | Demo Only 12/4/2018 | | Canine | |
| PX-193 | **Plaintiff Wesley Williamson PowerPoint Demonstrative**. | Demo Only 12/4/2018 | | Williamson | |
| PX-194 | **Plaintiff David Haines PowerPoint Demonstrative**. | Demo Only 12/4/2018 | | Haines | |
| PX-195 | **Col. (Ret.) Kevin Lutz PowerPoint Demonstrative**. | Demo Only 12/6/2018 | | Lutz | |
| PX-196 | **Russell McIntyre PowerPoint Demonstrative**. | Demo Only 12/6/2018 | | McIntyre | |
| PX-197 | **Dr. Shean Phelps PowerPoint Demonstrative**. | Demo Only 12/6/2018 | | Phelps | |
| PX-198 | **Michael Pregent PowerPoint Demonstrative**. | Demo Only 12/6/2018 | | Pregent | |