```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2

 3    * * * * * * * * * * * * * * *     )
      TIMOTHY KARCHER, et al.,          )    Civil Action
 4                                      )    No. 16-232
                   Plaintiffs,          )
 5                                      )
        vs.                             )
 6                                      )
      ISLAMIC REPUBLIC OF IRAN,         )    Washington, DC
 7                                      )    December 3, 2018
         Defendant.                     )    9:06 a.m.
 8                                      )    (MORNING SESSION)
      * * * * * * * * * * * * * * *     )
 9

10

11                    TRANSCRIPT OF BENCH TRIAL
            BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY,
12                  UNITED STATES DISTRICT JUDGE

13    APPEARANCES:

14    FOR THE PLAINTIFFS:     GARY M. OSEN, ESQ.
                              ARI UNGAR, ESQ.
15                            MICHAEL J. RADINE, ESQ.
                              PETER RAVEN-HANSEN, ESQ.
16                            OSEN LLC
                              2 University Plaza
17                            Suite 402
                              Hackensack, New Jersey 07601
18
                              CLYDE T. TURNER, ESQ.
19                            TURNER AND ASSOCIATES, P.A.
                              4705 Somers Avenue
20                            Suite 100
                              North Little Rock, Arkansas 72116
21

22    REPORTED BY:            LISA EDWARDS, RDR, CRR
                              Official Court Reporter
23                            United States District Court for the
                                District of Columbia
24                            333 Constitution Avenue, NW
                              Room 6706
25                            Washington, DC 20001
                              (202) 354-3269
```

1

2

3

I N D E X

Direct    Cross    Redirect

4

WITNESSES FOR THE PLAINTIFFS:

5

Matthew Levitt, Ph.D.              13

6

7

General Michael Oates              79

8

9

EXHIBITS RECEIVED IN EVIDENCE                        PAGE

10

Plaintiffs' Exhibit No. 154                          15

11

Plaintiffs' Exhibit No. 153                          80

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:  Good morning, everyone.

2          MR. OSEN:  Good morning.

3          THE COURT:  It is large.

4          Let's proceed.

5          THE COURTROOM DEPUTY:  Civil Case 16-232, Timothy

6     Karcher, et al., versus Islamic Republic of Iran.

7          Counsel, would you please identify yourself for

8     the record.

9          MR. OSEN:  Good morning, your Honor.  Gary Osen,

10    Osen, LLC, on behalf of the Plaintiffs.

11         THE COURT:  Good morning.

12         Just a couple of things before we begin:  As you

13    know, the Federal Government is closed Wednesday, all the

14    agencies, in respect of the late President Bush.

15         We have not been told about the courthouse.  So as

16    soon as we get a message, I'll let you know.  I sent a

17    message to the Chief Judge yesterday, and they're conferring

18    with the Chief Justice and the Administrative Office of the

19    Court.

20         We don't close often because it throws -- there's

21    defendants and all sorts of other things going on.  But they

22    may very well not wish to be the only ones open.  But as

23    soon as I know, I'll let you know.

24         And then I don't know what you want to do, whether

25    you want to then do things on Thursday or whether we can get

```
1    everything done before that.  As soon as I know, I'll let
2    you know.
3              MR. OSEN:  Thank you, your Honor.
4              As soon as we know the schedule -- I take it from
5    your Honor's comment that your trial for Thursday is no
6    longer --
7              THE COURT:  It's gone.  Yes.  He pled last week.
8    So that's finished.
9              MR. OSEN:  Okay.
10             THE COURT:  The only thing that I have -- I do
11   have tomorrow off between 9:00 and 9:30 for a sentencing.
12   It's a Rule 11(c)(1)(C).  They've agreed to sentence, so
13   it'll be very quick.  It's time served and there was a
14   problem of leaving him longer at the time.
15             The rest of it is pretty much open.  So we'll go
16   until close, to 5:00 or -- 5:00.
17             And I understand, you are doing, in terms of the
18   court reporters, realtime and also getting daily copies.  So
19   for lunch, you could do however you want to do it.  I take a
20   morning break and an afternoon break and then one at lunch.
21             I'll probably be a longer morning in order --
22   they're preparing it, so a shorter afternoon is probably
23   better.  But work around your witnesses.
24             MR. OSEN:  Thank you.
25             THE COURT:  One other question.
```

```
 1                  MR. OSEN:  Sure.
 2                  THE COURT:  I noticed that some of the reports
 3       have been under seal.  Is there any testimony that's going
 4       to be under seal or where we need to do something with
 5       closing the courtroom --
 6                  MR. OSEN:  I don't believe --
 7                  THE COURT:  -- or getting around that?
 8                  MR. OSEN:  Right.
 9                  I think for the courtroom purposes, we've
10       structured the testimony to avoid most of the issues that
11       present.  There may be a little bit of the transcript that
12       we may seek to seal after the fact.  But we'll identify
13       that --
14                  THE COURT:  Sure.
15                  MR. OSEN:  -- after the transcripts are in and
16       identify the language.
17                  THE COURT:  That's not a problem.  My question
18       really was more in terms of structuring, if we needed to ask
19       people to leave.
20                  MR. OSEN:  Right.  I don't think that'll be
21       necessary.
22                  THE COURT:  All right.  Is this a different one
23       than I got, different than the one we had before?  You just
24       handed me one, the exhibit list.  Is this the same as I
25       already have?
```

1           THE COURTROOM DEPUTY:  It's the same one, I think.

2    I just printed the last one.

3           THE COURT:  Oh, you've got a couple of extra

4    exhibits.

5           We're ready to proceed, then, if you want to do a

6    short opening you had talked about, and then we can proceed.

7           MR. OSEN:  Okay.  Before I do that, your Honor,

8    just a couple of very brief housekeeping items.

9           THE COURT:  Sure.

10          MR. OSEN:  First of all, just so the Court knows,

11   there are a couple of exhibits.  They have exhibit numbers,

12   but they're demonstratives that are still being worked on.

13   So those are 87, 127, and 128.  They'll be hopefully ready

14   by the time they're ready to be presented, but they're not

15   in the boxes.

16         THE COURT:  Okay.

17         MR. OSEN:  The second housekeeping item is the

18   PowerPoint slides.  I believe your Honor said you wanted a

19   copy of them, a hard copy of those.  And I just wanted to

20   know if you wanted exhibit numbers attached to those as

21   well.

22         THE COURT:  It would probably -- if you'd add them

23   to the end, in order to refer at some later point to them in

24   any opinion that I do.  When I refer to them, it's just

25   easier to have exhibit numbers attached to them.

1             MR. OSEN:  All right.

2             THE COURT:  You can do that at a later point.

3             MR. OSEN:  Fine.

4             THE COURT:  You need to speak up, too.

5             MR. OSEN:  Sure.

6             THE COURT:  You can move the microphone over.

7    Pull it straight up.  You shouldn't have to lean over.

8             MR. OSEN:  Very good.

9             THE COURT:  There you go.

10            MR. OSEN:  That's much better.

11            The last point concerns the expert reports.  We

12   obviously have your Honor's November 28th order.

13            THE COURT:  Right.

14            MR. OSEN:  Assuming that the witnesses, the

15   experts, adopt the facts and conclusions in the reports,

16   would you ask us to request admission at that time or do you

17   want to take --

18            THE COURT:  Ask admission at that time.

19            MR. OSEN:  Okay.

20            THE COURT:  I'd assume that at the beginning of

21   their testimony, you'd show them the report and they would

22   adopt the findings and conclusions of law.  You would ask to

23   admit it.  It gets admitted.  That's it.

24            MR. OSEN:  Very good.  Thank you, your Honor.

25            I'd like to begin just by very briefly thanking my

1      colleagues who have worked on this presentation today.  It

2      obviously took quite a bit of effort to get everything put

3      together.  Particularly, my colleague Tab Turner and Peter

4      Raven-Hansen, as well as Ari Ungar and the rest of the team

5      who worked very hard to get us here today.

6              In this rather abridged trial, we intend to prove

7      a number of things that I'll just briefly highlight for the

8      Court without much more elaboration, just to sort of check

9      the boxes as we go through the testimony this week.

10             First of all, we intend to prove that Iran, acting

11     through the Islamic Revolutionary Guard Corps, the IRGC,

12     which is an instrumentality of Iran, and its longtime proxy,

13     Hezbollah, Lebanese Hezbollah, in fact waged a terror

14     campaign against the United States and Iraq.

15             During the course of that campaign, they

16     established a number of agents and proxies, including groups

17     such as Jaysh al-Mahdi, so the-called Mahdi's Army, or JAM,

18     and a variety of offshoot groups, often referred to as JAM

19     Special Groups in the testimony this week, as well as a

20     longtime proxy of the Revolutionary Guard Corps known as the

21     Badr Corps as well.

22             We intend to prove that, acting through these

23     proxies, Iran funded, trained, supplied, provided weapons to

24     all of these terror cells and moreover directed them to

25     attack, kill and maim American soldiers and other Coalition

1  partners in Iraq.

2          We also intend to prove that certain weapons the

3  IRGC and Lebanese Hezbollah provided to Iraqi terror cells,

4  including the Hezbollah-designed and IRGC-manufactured

5  explosively formed penetrators, were provided exclusively to

6  the direct agents and proxies of the IRGC.

7          We intend to prove that Iran is legally

8  responsible for each of the attacks that are presented as

9  bellwether attacks here this week; and we'll set forth the

10  evidence for each attack in some detail.

11          In addition to the EFP attacks that will be

12  presented today, we also intend to prove that Iran is

13  legally responsible for the January 20th, 2007, attack in

14  Karbala that claimed the lives of five Americans and injured

15  several others.  That is the case -- or the attack, rather,

16  that was the subject of the *Fritz v. Iran* decision.  But we

17  intend to present independent direct evidence of that as

18  well.

19          Lastly, as your Honor knows, we'll be presenting

20  medical testimony and testimony from individual bellwether

21  Plaintiffs as well on those attacks.

22          That testimony is intended to provide a broad

23  overview of the unique physical impact that EFP blast waves

24  cause and the injuries these weapons inflict on their

25  survivors.

1          Together with the testimony of the Plaintiffs who

2     survived several of these attacks, it's intended to provide

3     a broad overview to support our eventual motion seeking

4     certain upward departures in damages for certain Plaintiffs.

5          And we intend to lay the foundation for that this

6     week based on the uniquely destructive force of these

7     weapons and the physical damage they cause the human

8     anatomy.

9          Finally, just as a sort of overarching point, we

10    do not intend to present much in the way of graphic imagery,

11    although there is a great deal of it in this case, and we

12    think you'll find that, by and large, the Plaintiffs are not

13    likely to volunteer graphic descriptions of their suffering

14    or their medical conditions.  By and large, they are

15    soldiers; they were soldiers; and in most material respects

16    remain such.

17         And so although we know that they are seeking

18    compensatory damages and that's the nature of the claims

19    being brought here, we hope to find the right balance

20    between presenting what occurred, explaining to the Court

21    what the nature of their injuries are, but also treating

22    them appropriately as the soldiers and warriors they are.

23         And so the rest of that can be presented in due

24    course through medical records and testimony that we

25    submitted to the Special Master.  But you won't see a great

 1    deal of that in the course of the next few days.

 2              Lastly, I just wanted to introduce my colleague,

 3    Ari Ungar, who will be handling the examination of the first

 4    witness, Dr. Matthew Levitt.

 5              Thank you.

 6              THE COURT:  All right.  Let's proceed, then.

 7              MR. UNGAR:  Good morning, your Honor.

 8              THE COURT:  Good morning.

 9              MR. UNGAR:  Your Honor, I've presented a binder

10    for your Honor that contains the PowerPoint presentation and

11    exhibits for Dr. Matthew Levitt.  May I hand that up for

12    your Honor?

13              THE COURT:  Yes, please.

14              Thank you for doing it by witness.  I was trying

15    to figure out how I was going to manage this.  Thank you.  I

16    appreciate your management of a lot of exhibits.

17              MR. UNGAR:  Your Honor, may Plaintiffs please call

18    their first witness?

19              THE COURT:  Yes.  Go ahead.

20              You can move that microphone.  It moves around.

21    And then just go straight up.  Otherwise, you're going to

22    wind up with back trouble leaning over all the time.

23              MR. UNGAR:  I'll try my best, your Honor.

24              Plaintiffs call Dr. Matthew Levitt.

25              THE COURT:  He's in the courtroom.

1           If you'd step up over here.  Remain standing so we

2      can swear you in.

3           MATTHEW LEVITT, Ph.D., PLAINTIFFS' WITNESS, SWORN.

4           THE COURT:  There is some water there if you need

5      it.

6           THE WITNESS:  Thank you, your Honor.

7           THE COURT:  The one thing I would ask in terms of

8      the record is that you let counsel finish their questions

9      before you start to answer, even if you know what they're

10     going to ask you, so we have a record of what the question

11     is and what the answer is.  And they obviously should wait

12     until you've finished your answer before moving on.

13          Do we have witnesses here or are they -- have they

14     been in the witness room?  Or do you just have the first

15     witness here?

16          MR. UNGAR:  The next witness is not in the

17     courtroom right now.

18          THE COURT:  Generally, we don't -- I don't have

19     the witnesses in unless there's a particular reason that

20     they need to listen to the testimony.  Otherwise, I'd ask

21     that they wait in the witness room.

22          Once they are finished with their testimony, they

23     can come back.  There's not an issue.  I do impose the rule

24     on witnesses.

25          MR. UNGAR:  Absolutely.  Thank you, your Honor.

1    DIRECT EXAMINATION

2    BY MR. UNGAR:

3    Q.  Please state your name for the record.

4    A.  Dr. Matthew Levitt.

5    Q.  Where are you employed and in what capacities?

6    A.  I'm the director of the counterterrorism and

7    intelligence program and a senior fellow at the Washington

8    Institute For Near East Policy and an adjunct professor at

9    Georgetown University's School of Foreign Service.

10   Q.  Were you asked by Plaintiffs' counsel to provide expert

11   testimony in this case?

12   A.  I was.

13   Q.  Did the subject of your expert testimony include Iran's

14   role as a state sponsor of terrorism?

15   A.  Yes.

16   Q.  The Islamic Revolutionary Guard Corps, or IRGC?

17   A.  Yes.

18   Q.  Iran's -- the Islamic Revolutionary Guard Corps'

19   external wing, known as the Islamic Revolutionary Guard

20   Corps Qods Force?

21   A.  Yes.

22   Q.  The designated terrorist organization Hezbollah?

23   A.  Yes.

24   Q.  And the Shi'a militias in Iraq referred to as the

25   Special Groups?

```
 1    A.  Correct.

 2    Q.  Did you prepare an expert report on these topics that

 3    you provided to the Court?

 4    A.  I did.

 5    Q.  Does the expert report contain your expert opinions on

 6    those topics?

 7    A.  It does.

 8    Q.  Dr. Levitt, I want to direct your attention to your

 9    expert report, which has been premarked as PX 154, and ask

10    you to please confirm that it is indeed the expert report

11    that you submitted in this case.

12    A.  Yes, it is.

13    Q.  And can you please turn to your CV, which is attached at

14    the back of your expert report as Exhibit A and confirm that

15    it is your CV.

16    A.  Yes, it is.

17    Q.  Does it fairly and accurately represent your educational

18    background and professional experience?

19    A.  Yes.

20    Q.  Dr. Levitt, do you adopt the facts and conclusions in

21    your expert report?

22    A.  I do.

23              MR. UNGAR:  Your Honor, Plaintiffs offer PX 154

24    into evidence.

25              THE COURT:  I'll admit it.
```

1           (Whereupon, Plaintiffs' Exhibit No. 154 was

2      entered into evidence.)

3           MR. UNGAR:   Thank you, your Honor.

4      BY MR. UNGAR:

5      Q.  Dr. Levitt, please describe your educational background

6      to the Court.

7      A.  I have a bachelor's degree in political science from

8      Yeshiva University in New York City, a master's of law and

9      diplomacy and a Ph.D. in international relations, both from

10      the Fletcher School of Law and Diplomacy at Tufts

11      University.

12      Q.  Please describe your educational background to the

13      Court -- or your professional experience to the Court,

14      rather.

15      A.  I first started as a graduate research fellow at the

16      program on negotiation at Harvard Law School, where I did my

17      fieldwork and wrote most of my dissertation.

18           Then I got a job working in counterterrorism at

19      the FBI as a counterterrorism intelligence analyst in 1998

20      through 2001, which included stints on a variety of crises,

21      including the millennial plot, and I led the analytical team

22      for Flight 175 in PENTTBOM, the investigation into 9/11.

23           After that, I went to the Washington Institute For

24      Near East Policy, where I became a senior fellow.  I had

25      been there actually for about ten weeks briefly before the

1    FBI for a one-year fellowship, which ended early because my

2    clearances came in faster than anticipated.

3         I stayed at the Washington Institute For Near East

4    Policy as a senior fellow and the director of their new

5    terrorism program until I was recruited to the Treasury

6    Department to be the deputy assistant secretary for

7    intelligence and analysis at the Department of the Treasury.

8         After that, I returned to the Washington

9    Institute, where I am now again the director of the

10   counterterrorism program and senior fellow.  I teach at

11   Georgetown University.

12        I did a stint as a temporary government employee

13   in counterterrorism at the State Department and am now at

14   Georgetown and the Washington Institute.

15   Q.  Did your work at the FBI include analyzing information

16   to determine Iranian state sponsorship of terrorism?

17   A.  My work at the FBI included Middle Eastern terrorist

18   groups and their activities in the United States and abroad,

19   which did include groups sponsored by Iran.  And therefore,

20   yes, it did include analyzing Iranian state sponsorship of

21   terrorism.

22   Q.  Can you briefly tell us about the Washington Institute.

23   A.  The Washington Institute is a nonpartisan, nonprofit,

24   501(c)(3) educational think tank here in Washington, DC,

25   focused specifically on US policy towards the Middle East.

1       The way we like to put it is we don't really care

2   who's in the White House.  We just want to be able to

3   present bipartisan, nonpartisan, research-based ideas for

4   strong US policy to deal with the broader region from North

5   Africa through Iran and to include Turkey.

6       In that think tank, I interact with everybody on a

7   whole host of issues, but I direct our counterterrorism

8   intelligence program.

9   Q.  What is the primary focus of your research and analysis

10  at the Washington Institute?

11  A.  In the counterterrorism program, we focus on terrorism

12  emanating from and occurring in the Middle East.  That

13  includes both sides of the Islamist extremist coin; that is

14  to say, Sunni extremism and Shi'a extremism.  As

15  appropriate, we also study things like Jewish extremism.

16      And we spend a lot of time focused on state

17  sponsorship of terrorism as well in particular as part of

18  our focus on the funding of transnational threats.

19  Q.  Has that work included studying Iranian's relationship

20  with Hezbollah?

21  A.  Yes.

22  Q.  Can you please talk briefly about your responsibilities

23  when you worked at the Treasury Department.

24  A.  Unlike my time at the FBI, where I was an analyst,

25  ending up as a senior analyst, when I was at the Treasury

1    Department, I was a senior manager.  It was a dual-hatted

2    position.

3              I was in the senior executive service within the

4    Department of the Treasury as the deputy assistant

5    secretary, working with and reporting to the assistant

6    secretary, the undersecretary and the deputy secretary and

7    the secretary himself.

8              But the office of intelligence and analysis at

9    Treasury was and remains part of the US intelligence

10   community, then under the new office of the director of

11   national intelligence.

12             So through myself and my boss, the assistant

13   secretary, we also had a chain of command through the

14   intelligence community.

15             So as the deputy assistant secretary, I was both

16   the deputy chief of one of our smaller intelligence services

17   and a senior executive service manager within the Department

18   of the Treasury.

19             THE COURT:  What years were you at Treasury?

20             THE WITNESS:  2005 to early 2007, your Honor.

21             THE COURT:  Okay.  Go ahead.

22   BY MR. UNGAR:

23   Q.  Were you involved in the designation process when you

24   worked at the Treasury Department?

25   A.  I was.

1    Q.  Can you briefly tell us about that process.

2    A.   In short, one of the many tools the US government has to

3    deal with terrorism, whether it's people who are carrying

4    out acts of terrorism or those who are financing or

5    facilitating them, is to designate them as terrorists, or

6    there are other types of designations as well for narcotics,

7    state sponsorship, et cetera.

8         Many, many more targets are teed up for potential

9    designation than those that get designated because this

10   might not be the best or the only tool available, but also

11   because there's lots of debate and consensus.

12        So you first need to have intelligence consensus

13   that we all agree on the information and the timeliness and

14   relevance.  You need to have a policy relevance discussion.

15   It may be that this is someone who could be targeted for

16   designation, but that person's cousin is involved in a peace

17   process we don't want to undermine.  So there are diplomatic

18   equities; there are intelligence equities.

19        There is legal review, both within the Treasury

20   Department itself for sufficiency to make sure that the

21   evidence you've compiled in your evidentiary is sufficient

22   to hit the thresholds of the executive orders under which

23   you're carrying out these actions, and there's also

24   Department of Justice legal review for litigation risk to

25   make sure that in the event that we are sued for this, we as

1    the US government stand a very good chance of being able to

2    defend our action.

3         At the end of the day, many more entities are not

4    designated than those that are.  And so those designations

5    that go through carry significant weight.

6         What you'll end up seeing at the end of the day in

7    the public domain is just a press release, one or two pages,

8    with some unclassified and some declassified, sanitized,

9    declassified information to give the public sense of what's

10   going on and to give, frankly, the financial community some

11   identifiers so that if, for example, Matthew Levitt is

12   designated, you know which Matthew Levitt, and you don't

13   deny banking to every Matthew Levitt in the country.

14   Q.  Did your work at the Treasury Department relate to the

15   Iranian state sponsorship of terrorism?

16   A.  That was one of the many issues we covered.  Yes.

17   Q.  Did your work at the FBI and the Treasury Department

18   require you to vet information for its reliability and

19   accuracy?

20   A.  Sure; both my work in government and my work out of

21   government.

22   Q.  Can you talk about how you went about doing that?

23   A.  Well, it's different in and out of government.  In

24   government, you have resources, especially in the

25   intelligence community, that you don't have as an outside

1    academic or think tanker, like I am now.

2            But in either case, what you are doing is trying

3    to bounce the information you've gathered against other

4    information, try to collect more information to be able to

5    verify information you've already collected.  If you can't

6    verify a specific piece of information, maybe you can at

7    least verify that it fits within the universe of facts you

8    know to be true.

9            You can do that in government with intelligence

10   tools and others.

11           And now, as an academic, I spend a lot of time

12   traveling the world and speaking to people and coming

13   through reports, government reports, academic reports.  And

14   you do much of the same:  You vet that information against

15   other information out there.

16           And now as an academic, I spend a lot of time

17   bouncing ideas off other academics.  I'm not the only one

18   working in this space.  And maybe they've heard of something

19   or collected a document or interviewed someone that could

20   either confirm information I found or prove it to be not

21   reliable.

22   Q.  And the work you did on this case relied solely on

23   unclassified information.  Is that true?

24   A.  Correct.  I've terminated all my clearances.

25   Q.  Can unclassified information be as useful as classified

1    information?

2    A.   Absolutely.

3         When I was an intelligence chief, I told my

4    analysts that they needed to make sure that they were

5    looking at the unclassified as well.

6         Classified information just means it's collected

7    through sometimes sensitive sources and methods.  It's how

8    you get it.

9         I've had cases as an academic where I've gone out

10   and collected information and written a report and then gone

11   to brief people in the intelligence community, and their

12   eyes bug out of their head:  "How do you know that?"  And I

13   explained to them how I collected it on my own as an

14   academic.  Clearly, they knew it from something else.

15        But just because it's classified doesn't

16   necessarily mean that it's better; but you also sometimes

17   can get through classified means information that you

18   wouldn't be able to get otherwise.

19   Q.   Is some of the unclassified information that you base

20   your opinions upon in this case -- does that include

21   government designations and government press releases and

22   other government reports?

23   A.   Yes.

24   Q.   Do you also base your conclusions on the Harmony

25   documents?

1    A.  I have used the Harmony documents to support my

2    conclusions in my expert report.  Yes.

3    Q.  What are they?

4    A.  Harmony documents is a database of documents seized by

5    the US military in Iraq first made available to scholars and

6    academics at the Combatting Terrorism Center at West Point,

7    the US military academy.

8            They wrote a series of papers using this

9    information; and, to their credit, they put the vast

10   majority of primary-source documents seized, documents from

11   the Harmony database, available online so that other

12   academics could take a look at them and, as we discussed

13   about the vetting process -- and they put the statement on

14   their website -- to see if you agree or if we've caught

15   something wrong, et cetera.

16           And these are widely respected documents in my

17   field.

18   Q.  Have any courts remarked upon your methodology?

19   A.  Yes.

20   Q.  And what has, for instance, the Sixth Circuit Court of

21   Appeals said about your methodology?

22   A.  The Sixth Circuit referred to my methodology as -- the

23   vetting and research that we discussed as, quote, "the gold

24   standard."

25   Q.  Have you written a book about Hezbollah?

1    A.  I have.

2    Q.  What's it called?

3    A.  It's called *Hezbollah:  The Global Footprint of*

4    *Lebanon's Party of God*.

5    Q.  Can you briefly tell the Court about the book?

6    A.  It's published by Georgetown University Press.  And for

7    better or for worse -- for better now; for worse at the

8    time, because it's painful -- it went through peer review,

9    academic peer review.

10        And it took about over the course of nine years of

11   research, collecting documents, traveling the world and

12   interviewing people in the Middle East and Europe and Asia,

13   Africa, South America, of course here in the United States

14   and Canada as well.

15        It's a book about Hezbollah's terrorist and

16   criminal activities around the world.  And it's not

17   primarily focused on Lebanon except in the instructory

18   chapters to describe the genesis of Hezbollah.  That's not

19   because Hezbollah's not important in Lebanon; it absolutely

20   is.

21        But there was already tremendous documentation and

22   reporting about Hezbollah's kind of more overt activities in

23   Lebanon, where it is a political party and it is a social

24   welfare provider and it is a standing militia larger than

25   the Lebanese Armed Forces itself.  All those things are more

1    or less overt, and you can read about them publicly.

2            But what you couldn't read about was Hezbollah's

3    illicit criminal, financial, logistical activities and, of

4    course, their terrorist operations.  And that's what I spent

5    about nine years researching and then writing.

6    Q.  Have you testified in any federal criminal trials

7    related to terrorism?

8    A.  I have.  Quite a few.

9    Q.  Does approximately 15 sound right?

10   A.  It sounds right.

11   Q.  Have you testified in any federal civil trials related

12   to terrorism?

13   A.  Yes.

14   Q.  Does approximately ten sound right to you?

15   A.  At least.

16   Q.  Did any of your testimony at any of those federal cases

17   relate to the testimony that you'll be providing today?

18   A.  Yes.

19   Q.  And were you qualified as an expert in all of those

20   trials?

21   A.  Every one.

22   Q.  Have you testified in any terrorism-related legal

23   proceedings outside the United States?

24   A.  I have.

25   Q.  Were you qualified as an expert witness in all of those

1   cases?

2   A.  Yes.

3   Q.  Have you testified before Congress about the subjects

4   you'll be discussing today?

5   A.  Yes.

6           MR. UNGAR:  At this time, your Honor, Plaintiffs

7   ask that the Court recognize Dr. Levitt as an expert witness

8   regarding Iran's role as a state sponsor of terrorism;

9   Iran's Islamic Revolutionary Guard Corps, or IRGC; the

10  Islamic Revolutionary Guard Corps Qods Force, or IRGC-QF;

11  Hezbollah; and those entities' support and training of the

12  Special Groups in Iraq.

13          THE COURT:  I will recognize him as an expert in

14  all of those areas.

15          MR. UNGAR:  Thank you, your Honor.

16  BY MR. UNGAR:

17  Q.  Dr. Levitt, are you prepared to discuss your findings

18  with the Court today?

19  A.  I am.

20  Q.  Was a PowerPoint presentation prepared to assist in that

21  presentation of your findings?

22  A.  Yes.

23  Q.  And does that PowerPoint presentation distill certain

24  aspects of your expert findings?

25  A.  Yes.

1          MR. UNGAR:  Mr. Miller, let's look at Slide 1,

2     please.

3     BY MR. UNGAR:

4     Q.  Dr. Levitt, we're going to be talking over the next few

5     days about the Islamic Republic of Iran and its

6     responsibility for certain attacks in Iraq.

7          For contextualization purposes, can you please

8     describe the Iranian Revolution.

9     A.  In 1979, there was a revolution in Iran which deposed

10    the Shah, Reza Pahlavi, and was led by Ayatollah Ruholla

11    Khomeini, the gentleman on the bottom-left picture of your

12    screen, who came to power in 1979 and ruled for a decade.

13         He was succeeded by the gentleman on the bottom

14    right, Ayatollah Ali Khamenei, who is currently still the

15    Supreme Leader in Iran.

16         The US government has designated Iran as a state

17    sponsor of terrorism since we started that list in 1984.

18    And the primary tools that Iran uses to engage in terrorism

19    abroad and to protect the revolution are the Islamic

20    Revolutionary Guard Corps and its subsidiary for its

21    operations abroad, the Qods Force.

22         And together, they use key proxies, first among

23    equals.  Among those proxies is Lebanese Hezbollah, which is

24    also a US-designated terrorist group.  There's many reasons

25    for this, including their shared commitment to a specific

1    variant of Islamic Shi'a theology.  They're of the Shi'a

2    Islamic faith as opposed to the Sunni.

3          And what's important to understand about the IRGC

4    is that it is something that runs parallel to the actual

5    Armed Forces of Iran.  They have an army and a navy and an

6    air force.  The IRGC also has the same, because one is

7    intended to protect the borders of Iran and the other, the

8    IRGC and the Qods Force, is there to protect the revolution.

9    Q.  And what has the Islamic Republic of Iran's relationship

10   to terrorism been since the 1979 revolution?

11   A.  Iran sees terrorism as no more or less legitimate a tool

12   to accomplish its foreign or domestic policy objectives than

13   anything else.  And so while it may not necessarily feel the

14   need to engage in violence or terrorism anytime it can,

15   certainly it has no problem in doing so if that's the more

16   efficient way or the more effective way to achieve their

17   foreign policy goals.

18          And so Iran has sponsored terrorism around the

19   world, most famously perhaps targeting Israel, because it

20   believes in destroying Israel and wiping it off the face of

21   the earth, but also the United States, the West in general.

22   It's targeted many European countries and it has supported

23   terrorist groups throughout the region:  in Lebanon;

24   recently in Yemen; in Bahrain; of course, we'll talk about

25   Iraq; and elsewhere.

1    Q.  I want to direct your attention to what's been

2    preadmitted as PX 1, and ask you to please take a look at

3    that.

4    A.  Yes.

5    Q.  Have you seen that before?

6    A.  I have.

7    Q.  Do you recognize that to be a State Department list of

8    state sponsors of terrorism?

9    A.  That's right.

10   Q.  Is Iran listed as a state sponsor of terrorism?

11   A.  It is.

12   Q.  When was it first designated?

13   A.  The designation date is listed as January 19th, 1984.

14   Q.  Has it been designated since that time?

15   A.  Yes.

16          MR. UNGAR:  Let's look at Slide 2, please.

17   BY MR. UNGAR:

18   Q.  Dr. Levitt, we've begun to talk a bit about the Islamic

19   Revolutionary Guard Corps.

20          Can you finish the discussion to detail what it is

21   and its central role in Iranian terrorism.

22   A.  The IRGC is there to protect the Iran Revolution.  To

23   that effect, it also is responsible for helping to export

24   the revolution.

25          So domestically, it is there to protect the

1      revolution against opponents, including domestic.  And so

2      the IRGC maintains a domestic militia called the Basij,

3      B-A-S-I-J, which is sometimes used very, very brutally to

4      suppress dissent within the country.  And it also engages

5      primarily through the Qods Force in activities abroad to

6      export the revolution.

7             The IRGC is headed by Major General Mohammed Ali

8      Jaafari, who is pictured here, and it has been designated as

9      a specially designated global terrorist entity since 2017.

10     Q.  And does the IRGC work in close concert with Hezbollah?

11     A.  Yes.  Not only; but again, Hezbollah is first among

12     equals.  That relationship is especially close because the

13     IRGC played such a critical role in the founding of

14     Hezbollah and the molding of Hezbollah and, from its

15     inception through today, supplies material support, money,

16     weapons, training and intelligence to Hezbollah.  And

17     Hezbollah carries out many operations on Iran's behalf in

18     part so that Iran can have those done with reasonable

19     deniability.

20     Q.  I want to direct your attention to what's been

21     preadmitted as Plaintiffs' Exhibit 22, and ask you to please

22     review it and let me know if you've seen it before.

23     A.  I have.

24     Q.  Is that a Treasury Department press release dated June

25     16th, 2010?

1    A.  That's right.

2    Q.  And directing your attention to the middle of Page 2,

3    can you please read the sentence beginning "Treasury is also

4    designating" and the first bullet point after it.

5    A.  Yes.  If you'll excuse me as I get my bifocals adjusted

6    to this fine print.

7            "Treasury is also designating today the following

8    individuals for their roles in the IRGC:  Mohammed Ali

9    Jaafari has been the commander in chief of the IRGC since

10   September 2007."

11   Q.  Can you please read the second paragraph on Page 1,

12   beginning with the word "pursuant," which explains what

13   Jaafari is being designated pursuant to.

14   A.  "Pursuant to Executive Order EO 13382, which is aimed at

15   freezing the assets of proliferators of weapons of mass

16   destruction (WMD) and their supporters, thereby isolating

17   them from the US financial system -- US financial and

18   commercial systems."

19   Q.  If you could please take a look at what's been

20   preadmitted as Plaintiffs' Exhibit 6.

21   A.  Yes.

22   Q.  Please review it and let me know if you've seen that

23   before.

24   A.  I have.

25   Q.  Is it a Treasury Department press release dated October

1    13th, 2017?

2    A.  Yes.

3    Q.  Can you please read the first sentence of the document.

4    A.  "Today, the US Department of the Treasury's Office of

5    Foreign Assets Control, OFAC, designated Iran's Islamic

6    Revolutionary Guard Corps, IRGC, pursuant to the global

7    terrorism executive order EO 13224 and consistent with the

8    Countering America's Adversaries Through Sanctions Act."

9    Q.  What is the IRGC being designated as here?

10   A.  As a specially designated global terrorist entity.

11   Q.  Can you please read the first paragraph under the

12   heading "IRGC."

13   A.  "The IRGC was designated today for the activities it

14   undertakes to assist in, sponsor or provide financial,

15   material or technological support for, or financial or other

16   services to or in support of the IRGC-QF.

17            "The IRGC, which is the parent organization of the

18   IRGC-QF, was previously designated pursuant to EO 13382 on

19   October 25th, 2007, in connection with its support of Iran's

20   ballistic missile and nuclear programs and pursuant to

21   EO 13553 on June 9th, 2011, and EO 13606 on April 23rd,

22   2012, in connection with Iran's human right abuses."

23   Q.  Is that consistent with your own research and findings

24   about the IRGC?

25   A.  It is.

1    Q.  Has the IRGC retained that designation since the time it

2    was first designated?

3    A.  Yes.

4              MR. UNGAR:  Let's look at the next slide, please.

5    BY MR. UNGAR:

6    Q.  Dr. Levitt, we've begun to talk a bit about the IRGC

7    Qods Force.  Can you continue the discussion about what it

8    is, its significance and its relationship to Iranian

9    terrorism.

10   A.  So the Qods Force is the sharp end of the spear for

11   Iran's extraterritorial activities, almost like its version

12   of a special operations unit for the IRGC engaged in

13   activities abroad.

14             And it has different branches or corps for

15   operations and activities in different countries around in

16   the region.  It's been designated as a terrorist group.

17   It's led by Major General Qasem Soleimani, who is pictured

18   here, and has himself been designated as a specially

19   designated global terrorist.  Actually, he's been designated

20   under three different authorities.

21             Again, the Qods Force operates exceptionally

22   closely with Lebanese Hezbollah, sometimes so much so that

23   they will work with Hezbollah to build up and train other

24   proxy groups in an effort to build them in the image of

25   Lebanese Hezbollah.

1    Q.  I believe you mentioned that Mr. Soleimani was

2    designated several times or three times.  What significance

3    is there, if any, that he was designated multiple times?

4    A.  I think the point to make here, the reason the

5    government did this, is to demonstrate that the Qods Force

6    through Qasem Soleimani and others is engaged in a wide

7    array of illicit activities, from Iran's human rights abuses

8    at home and abroad to its ballistics missile activities in

9    violation of U.N. Security Council resolutions, which remain

10   even today, and through and including its sponsorship of and

11   direct engagement in acts of terrorism.

12          In fact, when General Soleimani was designated

13   under the terrorism authority, it was for the Qods Force's

14   direct role in a terrorist plot here in the United States.

15   Q.  I want to direct your attention to what's been

16   preadmitted as Plaintiffs' Exhibit 5.  And I'll ask you to

17   briefly review it and let me know if you've seen that

18   before.

19   A.  I have.

20   Q.  Is it a Treasury Department press release dated October

21   25th, 2007?

22   A.  That's right.

23   Q.  Can you please read the third paragraph on Page 1.

24   A.  "The Treasury Department also designated the IRGC Qods

25   Force, IRGC-QF, under EO 13224 for providing material

1  support to the Taliban and other terrorist organizations and

2  Iran's state-owned Bank Saderat as a terrorist financier."

3  Q.  And you testified earlier that designation under

4  Executive Order 13224 results in a specially designated

5  global terrorist designation.  Is that true?

6  A.  That's right.

7  Q.  Has the IRGC-QF retained that designation since it was

8  first designated as such?

9  A.  Yes.

10  Q.  I want to direct your attention to the paragraph on Page

11  3, beginning "IRGC Qods Force," and ask you to please read

12  that paragraph.

13  A.  "IRGC Qods Force, IRGC-QF:  The Qods Force, a branch of

14  the Islamic Revolutionary Guard Corps, IRGC, a/k/a Iranian

15  Revolutionary Guard Corps, provides material support to the

16  Taliban, Lebanese Hezbollah, Hamas, Palestinian Islamic

17  Jihad and the Popular Front For the Liberation of Palestine

18  General Command, PFLP-GC."

19  Q.  Can you skip the next paragraph and read the following

20  two paragraphs, beginning with "The Qods Force has had a

21  long history."

22  A.  "The Qods Force has had a long history of supporting

23  Hezbollah's military, paramilitary and terrorist activities,

24  providing it with guidance, funding, weapons, intelligence

25  and logistical support.

1          "The Qods Force operates training camps for

2     Hezbollah in Lebanon's Bekaa Valley and has reportedly

3     trained more than 3,000 Hezbollah fighters at IRGC training

4     facilities in Iran.

5          "The Qods Force provides roughly $100 million to

6     $200 million in funding a year to Hezbollah and has assisted

7     Hezbollah in rearming, in violation of U.N. Security Council

8     Resolution 1701.

9          "In addition, the Qods Force provides lethal

10    support in the form of weapons, training, funding and

11    guidance to select groups of Iraqi Shi'a militants who

12    target and kill Coalition and Iraqi forces and innocent

13    Iraqi civilians."

14    Q.  Dr. Levitt, is that consistent with your own research

15    and findings about the IRGC-QF?

16    A.  It is.

17    Q.  So this press release was issued in 2007.

18         Did the IRGC-QF provide this type of support

19    before 2007?

20    A.  Yes, of course.  This is -- these actions are taken

21    based on activities that have preceded the designation to

22    date.

23         So first of all, factually, yes.  Second of all,

24    that's how these are structured.

25    Q.  Did it continue to provide that support after 2007?

1    A.  Yes.

2    Q.  I want to direct your attention to what's been

3    preadmitted as Plaintiffs' Exhibit 23, and ask you to

4    briefly review that and let me know if you've seen that

5    before.

6    A.  I have.

7    Q.  Is that a Treasury Department press release dated

8    October 11, 2011?

9    A.  That's right.

10   Q.  Can you please read the first sentence of the second

11   paragraph on Page 1 through the word Soleimani.

12   A.  "Designated today, pursuant to Executive Order EO 13224,

13   for acting for or on behalf of the IRGC-QF, were:  Mansoor

14   Arbabsiar," M-A-N-S-O-O-R A-R-B-A-B-S-I-A-R, "a naturalized

15   US citizen holding both Iranian and US passports who acted

16   on behalf of the IRGC-QF to pursue the failed plot to

17   assassinate the Saudi ambassador; IRGC-QF Commander Qasem

18   Soleimani," Q-A-S-E-M S-O-L-E-I-M-A-N-I.

19   Q.  And can you please read the paragraph under the heading

20   Qasem Soleimani.

21   A.  "As IRGC-QF commander, Qasem Soleimani oversees the

22   IRGC-QF officers who are involved in this plot.

23        "Soleimani was previously designated by the

24   Treasury Department under EO 13382, based on his

25   relationship to the IRGC.

 1              "He was also designated in May 2011 pursuant to EO

 2      13572, which targets human rights abuses in Syria, for his

 3      role as the commander of the IRGC-QF, the primary conduit

 4      for Iran's support to the Syrian general intelligence

 5      directorate, GID."

 6      Q.   Is that consistent with your own research and findings

 7      about Qasem Soleimani?

 8      A.   Yes.

 9              MR. UNGAR:   Let's look at the next slide, please.

10      BY MR. UNGAR:

11      Q.   Dr. Levitt, what is Hezbollah?

12      A.   Hezbollah is many things.  Hezbollah is a Lebanese

13      militant organization, US-designated terrorist organization,

14      that is part and parcel of the fabric of Lebanese society.

15      It is a major political player, political party in Lebanon.

16      It provides social benefits, primarily to its constituents

17      and supporters, not only in the Shi'a, but in Christian

18      communities as well, but not only.  The majority, but not

19      only.

20              It has the largest standing militia in Lebanon

21      that is larger, better trained and better armed than the

22      Lebanese Armed Forces and has one of the largest collections

23      of rockets of any group or country in the world, well

24      upwards of 100,000 rockets and projectiles, as a substate

25      actor.

1          It has executed attacks targeting Israel, the

2     United States, and many other countries, European and

3     others.

4          It is designated both as a specially designated

5     global terrorist entity and as a foreign terrorist

6     organization, and has been designated by many other

7     countries and organizations as well, some of whom have

8     designated all of Hezbollah, as we have; the Dutch have; the

9     Israelis have.

10          And others, like the Canadians and Australians and

11     New Zealanders and the European Union, and Great Britain,

12     for example, have designated parts of Hezbollah, the

13     military and terrorist wings.

14          Most recently, it has also been designated in full

15     as a terrorist organization by fellow Arab states, the GCC,

16     the Gulf Cooperation Council, the Arab League, et cetera.

17          THE COURT:  Can you slow down a little bit?

18     You're definitely challenging my wonderful court reporter.

19          THE COURT REPORTER:  Thank you, Judge.

20          THE WITNESS:  Yes.  If I need reminding, please

21     let me know.

22          MR. UNGAR:  I want him to go fast, your Honor.

23     You want him to slow down.  I think he should listen to your

24     Honor for that.  We'll get through it.

25     BY MR. UNGAR:

1    Q.  Can you briefly tell us when Hezbollah emerged as an

2    entity?

3    A.  Hezbollah emerged in the early 1980s.  It officially

4    declared its existence in 1985 with an open letter.  But it

5    existed several years before then and had already carried

6    out spectacular terrorist attacks in Lebanon, targeting

7    western interests and in particular targeting American

8    interests, including blowing up our embassy twice and

9    blowing up the Marine barracks.

10            By the time that it had -- did the world the favor

11   of acknowledging that it formally existed, the US government

12   and many other governments already knew of its existence and

13   was writing about it in government reports, both about it,

14   Hezbollah, which in Arabic means the Party of God, and

15   several of its militant components, including its Islamic

16   Jihad Organization, its terrorist wing.

17   Q.  Let's briefly look at the designations that you

18   referenced that are on the slide.

19            I want to direct you to what's been preadmitted as

20   Plaintiffs' Exhibit 2, and ask you to please review it and

21   let me know if you've seen that before.

22   A.  I have.

23   Q.  Is that Executive Order 12947, dated January 25th, 1995,

24   on the first page and January 23rd, 1995, on the second

25   page?

1    A.  It is.  The executive order is dated January 23rd, 1995,

2    as listed on the second page.  What you have on the first

3    page is the date that it was published in the Federal

4    Register.  And that was two days later.

5    Q.  And directing your attention to the annex, the last

6    page, is Hezbollah listed?

7    A.  It is.

8    Q.  And what is it designated as?

9    A.  As a specially designated terrorist.

10   Q.  Hezbollah been designated as a specially designated

11   terrorist since that time?

12   A.  Yes.  Once the lists were expanded to specially

13   designated global terrorists, that was added as well.

14   Q.  And I want to direct your attention to the next exhibit,

15   what's been preadmitted as PX 3, and ask you to please look

16   at that and tell me if you've ever seen that before.

17   A.  I have.

18   Q.  Is that a State Department list of foreign terrorist

19   organizations?

20   A.  It is.

21   Q.  And directing your attention to the middle of Page 1, is

22   Hezbollah listed?

23   A.  It is.

24   Q.  And what is it designated as?

25   A.  It is designated as a foreign terrorist organization, or

1    an FTO.  This is a separate list maintained by the State

2    Department, separate from the list maintained by Treasury

3    and State of the specially designated terrorists and

4    specially designated global terrorist entities.

5    Q.  And when was it first designated?

6    A.  10-8-1997.

7    Q.  And has Hezbollah retained that designation as an FTO,

8    or foreign terrorist organization, since that time?

9    A.  Yes.  This is one that needs to be reviewed -- renewed

10   periodically.  And it's been renewed every time.

11   Q.  Let me direct your attention to what's been preadmitted

12   as Plaintiffs' Exhibit 4, and ask you to please look at that

13   and tell me if you've seen that before.

14   A.  I have.

15   Q.  Can you please identify that.

16   A.  This is a list of at the time recent OFAC -- Office of

17   Foreign Assets Control of the Treasury Department --

18   actions, dated November 2nd, 2001.

19   Q.  And directing your attention to the bottom of Page 4, is

20   Hezbollah listed?

21   A.  It is, along with a long list of a/k/a's.

22   Q.  So is this designation list designating Hezbollah as a

23   specially designated global terrorist?

24   A.  Yes.

25   Q.  And has Hezbollah retained that designation as an SDGT,

1    or a specially designated global terrorist, since that time?

2    A.  Yes.

3              MR. UNGAR:  Let's look at the next slide, please.

4    BY MR. UNGAR:

5    Q.  Dr. Levitt, what are the core components of Hezbollah's

6    ideology?

7    A.  So Hezbollah wants to do several different things; and

8    sometimes those things can be in competition.

9              In order for me to be here this morning, I had to

10   get up and leave the house earlier than unusual.  It's not

11   that I don't like my children; I just prioritized this.  We

12   understand that with human beings; we need to understand

13   that with groups, too.

14             It's not that Hezbollah doesn't care about its

15   position in Lebanon when it goes and fights alongside Iran

16   in Syria, even though doing so undermines its position in

17   Lebanon.  It's just that at that time it has prioritized its

18   activities in Syria.

19             So Hezbollah cares about its position and its

20   constituents' position in Lebanon.  Hezbollah cares

21   especially about being the defender of the Shi'a community

22   in Lebanon.  It cares about being the defender of Shi'a more

23   broadly in the region, in the world.  And it also cares

24   about doing things in concert with Iran.

25             And the reason is because, ultimately, Hezbollah

1    has three pillars that are driving its ideology and actions.

2    The first is, it is a Lebanese entity.  And it cares about

3    its position in Lebanon and cares about other things there

4    that may be less -- have less to do with Lebanon, such as

5    not pushing Israel out of Lebanese territory, but destroying

6    Israel.

7          The second is this pan-Shi'ism, believing that it

8    is there to help Iran protect Shi'a, which perceives

9    themselves as being the traditionally downtrodden in the

10   region, wherever they may be.

11         And the third is its commitment to Iran, which in

12   Farsi is *wilayat al-faqih*, or the rule of the jurisprudent.

13   Not all Shi'a subscribe to this idea.  But it is one of

14   these innovations that were part of the Islamic Revolution

15   in Iran in 1979, and it is this idea that the Supreme Leader

16   of Iran is as if the voice of God on earth, and what he says

17   is what will happen.

18         And so when the *wilayat al-faqih* says this is what

19   you should do, this is what you should do.

20         And if he tells you to go fight in Syria, even

21   though that might undermine your ability to project

22   political power in Lebanon and might distract you from your

23   efforts to destroy Israel, then that's what'll happen, at

24   least for now, until the Supreme Leader says otherwise.

25         Hezbollah's also deeply driven on its own and

1    together with Iran by a very deep-seated hatred not only of

2    Israel and its very existence, but of the United States

3    particularly, and the West in general.

4         That may help explain why Iran and Hezbollah

5    sometimes on their own and very often in concert carry out

6    attacks targeting the West and why you will find Hezbollah

7    involved in operations well beyond the borders of Lebanon,

8    not out of any interest of Lebanon the country or the

9    people, but here acting out of their commitment to this idea

10   of Iran and the *wilayat al-faqih*, the rule of the

11   jurisprudent.

12   Q.  And when we talk later about the influence and movement

13   into Iraq, is that an example of Hezbollah acting at Iran's

14   behest because of Iran's own interests?

15   A.  Yes.

16        MR. UNGAR:  Let's look at the next slide, please.

17   BY MR. UNGAR:

18   Q.  Dr. Levitt, we've set forth on this slide -- you've

19   helped set forth a number of major terrorist attacks that

20   Hezbollah has perpetrated.

21        Can you discuss briefly with the Court some of the

22   ones you find more important and explain their significance.

23   A.  So let's be clear:  We don't have enough time in the day

24   and the Court doesn't have the time or interest in going

25   through all of Hezbollah's terrorist attacks.  There are

1    many.

2              But I think it's very important to take a quick

3    look at some of the earliest spectacular attacks targeting

4    the West to understand that when Hezbollah first started

5    attacking Western interests, it was primarily out of Iran's

6    interest.

7              The first attacks in Lebanon targeted the United

8    States embassy, the Marine barracks, the French military

9    compound, the US embassy annex in the early 1980s.

10             We now know from testimony that was given in this

11   courthouse and made public that the US government had

12   intercepted communications from Iran's ministry of

13   intelligence and security -- they're the equivalent of the

14   CIA -- to their ambassador in Syria instructing him to have

15   the people who were then forming Hezbollah carry out a

16   spectacular action targeting the US Marines.

17             When Hezbollah first started carrying out attacks

18   against the West, it wasn't because of their sense of

19   protecting Lebanon.  It was because this is what Iran

20   wanted.

21             You then had attacks, coordinated bombings in

22   Kuwait and the attempted assassination of the emir of

23   Kuwait.  Again, Hezbollah partnering with Lebanese Shi'a

24   militants, partnering with Iraqi Shi'a militants and some

25   Iranians to carry out attacks in the context of the

1    Iran-Iraq war, the reflagging of tankers by Kuwait.  And it

2    was in Iran's interest that these attacks happened, having

3    nothing to do with Lebanon, nothing to do with Israel, in

4    Kuwait.

5         Eventually, you have Iran and Hezbollah both

6    finding themselves in a position to have an interest to

7    carry out attacks targeting both Israelis and just Jews

8    around the world.  And in particular, in 1992 and about a

9    year and a half later, in 1994, they carry out two

10   devastating truck bombings in Buenos Aires, in Argentina,

11   blowing up the Israeli embassy in March 1992 and a Jewish

12   community center in July 1994.

13        And then a couple years later, Lebanese Hezbollah

14   partners with Shi'a militants in Saudi Arabia, Saudi

15   Hezbollah, together with some Iranian operatives.  But the

16   constant here is always some part play by Lebanese

17   Hezbollah, to blow up the Air Force barracks at Khobar

18   Towers in the eastern province of Saudi Arabia; ironically,

19   US servicemen and -women who were there to enforce a no-fly

20   zone over southern Iraq protecting the Shi'a, blown up by

21   Shi'a militants at the behest of Iran.

22   Q.  Let's look at the next slide, please.

23   A.  If we skip far head, there's plenty in between.  I think

24   it's important to understand that Hezbollah continues to

25   carry out in -- these types of plots, some successful, some

1    not.

2              In May 2008, one of several attempted and failed

3    attacks on the Israeli embassy and some other targets and

4    other attacks in Azerbaijan.

5              There were attacks in Singapore -- attempted

6    attacks in Singapore, in Turkey, in Cyprus; and one that was

7    successful killed six people in Bulgaria, all in 2012.

8              There were two attempted attacks in Thailand, one

9    in 2014.  There was a second plot that was thwarted in

10   Cyprus.

11             So this is a group that remains active and

12   committed to carrying out terrorist attacks in all different

13   corners of the globe.

14             MR. UNGAR:  Let's look at the next slide, please.

15   BY MR. UNGAR:

16   Q.  Dr. Levitt, what is the nature of Hezbollah's

17   relationship with Iran?

18   A.  So Iran sent about 1500 Qods Force officers to Lebanon

19   in the early 1980s.  So this is in the first years right

20   after the revolution, when Iran literally had government

21   departments and agencies dedicated to the idea of exporting

22   this revolution.  And the most ripe place, it seemed to

23   them, was Lebanon.

24             And these Qods Force officers took a motley crew

25   of Shi'a militant organizations that were fighting different

1    battles and sometimes each other and brought them all

2    together under the umbrella of this new entity, the Party of

3    God, Hezbollah.

4           And since that time, these groups have been both

5    ideologically and operationally connected at the hip with

6    weapons and funds and intelligence and training as a

7    constant between them.

8           The idealogical affinity, this shared subscription

9    to the idea of *wilayat al-faqih*, the rule of the

10   jurisprudent, explains how this is something that is much

11   more than just transactional.  And they both get something

12   out of this.  Hezbollah obviously gets all of this

13   tremendous support without which it wouldn't be a fraction

14   of what it has become.  And Iran gets an incredibly capable

15   proxy that is deeply committed to it and is willing to do

16   things on its behalf abroad in ways that it, Iran, can claim

17   reasonable deniability and that it can call upon to go to

18   other places to help train and build up new militants that

19   will be shaped in the image of Hezbollah in different

20   places.

21   Q.  Are you able to estimate in broad terms the degree of

22   financial support that Iran provides Hezbollah?

23   A.  So over time this number has shifted, in part as

24   classified numbers became declassified.  For many years, the

25   number that was used was 100 to 200 million dollars a year.

1    I think we read that earlier in one of these designations.

2              In fact, now, the US government publicly estimates

3    that the amount of money in support Iran gives to Hezbollah

4    is more to the tune of $700 million a year or more.

5    Q.  Who is Hassan Nasrallah and what's his significance to

6    Hezbollah?

7    A.  Hassan Nasrallah, who is pictured here, is Hezbollah's

8    secretary general and the leader of Hezbollah.  Hezbollah

9    has multiple committees.  Its highest leadership committee

10   is called the shura, S-H-U-R-A, council, or consultative

11   council, which Nasrallah leads.

12             Below that are councils for a wider array of

13   different activities.  For the purposes of today, what's

14   most important is the jihad council, which oversees military

15   intelligence and security operations, and also reports up to

16   the shura council and to the Secretary General Hassan

17   Nasrallah himself.

18   Q.  Directing your attention to what's been preadmitted as

19   Plaintiffs' Exhibit 24, can you please look at that and let

20   me know if you've seen that before.

21   A.  Yes, I have.

22   Q.  Is it a Treasury Department designation list dated

23   January 25th, 1995, on the top of Page 1 and January 24th,

24   1995, under effective date in the top half of the first

25   column on Page 2?

 1    A.  Correct.  Again, the action was actually January 24,

 2    1995.  It was put in the Federal Register the next day,

 3    January 25th, 1995.

 4    Q.  And directing your attention to the middle column of the

 5    last page of the document, is Hassan Nasrallah listed?

 6    A.  He is.

 7    Q.  And directing your attention to the top of the middle

 8    column on Page 1, what is he designated as?

 9    A.  A specially designated terrorist or SDT.

10    Q.  And directing your attention to what's been preadmitted

11    as PX 25, please review it and let me know if you've seen

12    that before.

13    A.  I have.

14    Q.  Is it a Treasury Department press release dated May

15    16th, 2018?

16    A.  Correct.

17    Q.  Can you please read the first full sentence on Page 2

18    that starts "Specifically."

19    A.  "Specifically, OFAC, together with Gulf partners,

20    designated Hassan Nasrallah, the secretary general of

21    Hezbollah."

22    Q.  What is Nasrallah being designated as here?

23    A.  A specially designated global terrorist.

24    Q.  And directing your attention to Page 3, under this

25    section titled Hassan Nasrallah, can you please read the

1    first two sentences in the first paragraph.

2    A.   "Hassan Nasrallah (Nasrallah) was designated for acting

3    for or on behalf of Hezbollah, which he has led since 1992,

4    as the secretary general and head of the shura council.

5    Nasrallah is Hezbollah's highest-ranking official and

6    exercises direct command over Hezbollah's military and

7    security apparatus as its supreme commander, including its

8    involvement in the war on Syria."

9    Q.   Is that consistent with your own research and findings

10   about Hassan Nasrallah?

11   A.   It is.

12   Q.   Has Nasrallah openly manifested his animosity towards

13   America?

14   A.   Many times.

15           MR. UNGAR:   Your Honor, may I show a short video

16   clip on that point?

17           THE COURT:   Certainly.

18           MR. UNGAR:   Thank you.

19           THE COURT REPORTER:   For the record, could I

20   please have the exhibit number?

21           MR. UNGAR:   This is PX 29.

22           (Whereupon, Plaintiffs' Exhibit No. 29 was

23   published in open court.)

24   BY MR. UNGAR:

25   Q.   Dr. Levitt, who is the speaker in that video clip?

1    A.   That's the voice of Hassan Nasrallah.

2    Q.   What's the significance, in your professional opinion,

3    about that clip?

4    A.   He does not like America.

5             This is in the context, I believe, of the 2006 war

6    between Hezbollah and Israel, which started when Hezbollah

7    kidnapped Israeli soldiers from within Israel, something for

8    which Nasrallah later issued a public *mea culpa*, not that he

9    was sorry about the war, but he was sorry for the

10   devastation it caused Lebanon and that he had started it.

11            But it's telling that when he has a crowd of that

12   size, his message is not only and here wasn't at all death

13   to Israel -- he does that plenty as well -- but death to

14   America.

15            As I said earlier, his animus is not limited

16   towards Israel.  It has a larger target of the United States

17   in particular and the West in general.

18   Q.   Just for my own confirmation, because this distills your

19   testimony from your report, the IRGC had a large role

20   founding Hezbollah and continues to have a large role

21   helping and training and equipping Hezbollah.  Is that -- is

22   that a fair statement?

23   A.   Absolutely.  Since they sent these 1500 or so Qods Force

24   officers to build Hezbollah and train Hezbollah, the

25   training was both idealogical and militant.  That has

1    continued over time.

2         As we've read in some of these Treasury documents

3    already, some of that training is in Lebanon.  Some of that

4    training is in Iran.  And sometimes they will deploy

5    together to engage in militant activities abroad.  This is a

6    very intense and close relationship.

7         MR. UNGAR:  Let's look at the next slide, please.

8    BY MR. UNGAR:

9    Q.  Dr. Levitt, what is the Islamic Jihad Organization and

10   what is its significance in Hezbollah-perpetrated terrorism?

11   A.  So there are many constituent parts to an organization

12   as large as Hezbollah, including one that engages in

13   terrorist activities abroad.  They call that their Islamic

14   Jihad Organization, or IJO.  Some others in the

15   international community in Europe in particular refer to it

16   as the external security organization, ESO.  It's the same

17   thing.

18        You have here on the top right a picture of Imad

19   Mughniyeh, who was the founder of the Islamic Jihad

20   Organization and its leader until he was killed in Damascus,

21   Syria, in 2008.

22        And on the bottom right you have his successor,

23   his brother-in-law and cousin, Mustafa Badr al-Din, who was

24   his close partner throughout the years in the Islamic Jihad

25   Organization.  Both, for example, are believed to have

1    played direct roles in the bombing of the US Marine barrack

2    in the early 1980s.  And he was killed about a year and a

3    half, two years ago, fighting in Syria.

4            Other key people have been captured around the

5    world over time, but perhaps no one as senior, no one as

6    highly trained as Ali Musa Daqduq al-Musawi, who was

7    captured by Coalition forces, British Special Forces,

8    actually, in southern Iraq, in the context of the Coalition

9    war there.

10   Q.  And we'll talk more about Mr. Daqduq a little bit later.

11           But first, directing your attention to -- back to

12   PX 24, which we saw contained Hassan Nasrallah's status as a

13   specially designated terrorist, if you look at the middle

14   column of Page 3, do you see Imad Mughniyeh's name?

15   A.  I do.

16   Q.  Does that reflect his being designated as a specially

17   designated terrorist?

18   A.  Exactly.

19   Q.  I want to direct your attention to what's been

20   preadmitted as Plaintiffs' Exhibit 26, and ask you if you've

21   seen that before.

22   A.  I have.

23   Q.  Is that a Treasury Department designation list dated

24   October 12, 2001?

25   A.  That's right.

1    Q.  And if you look at the last name on the list on Page 3,

2    is Imad Mughniyeh listed?

3    A.  It is.

4    Q.  What is he designated as?

5    A.  A specially designated global terrorist.

6    Q.  I want to direct you to what's been preadmitted as

7    Plaintiffs' Exhibit 27, and ask you to please review it and

8    let me know if you've seen that before.

9    A.  I have.

10   Q.  Is that a Treasury Department press release dated

11   September 13, 2012?

12   A.  That's right.

13   Q.  Can you please read the paragraph titled Mustafa Badr

14   al-Din on the bottom of Page 1?

15   A.  "Mustafa Badr al-Din," B-A-D-R A-L D-I-N, "is a senior

16   Hezbollah official who is believed to have replaced his

17   cousin, Imad Mughniyeh," I-M-A-D M-U-G-H-N-I-Y-E-H, "as

18   Hezbollah's top militant commander after Mughniyeh's 2008

19   death.

20           "In June 2011, the prosecutor of the special

21   tribunal for Lebanon charged Mustafa Badr al-Din with the

22   attack on February 14, 2005, that killed former Lebanese

23   Prime Minister Rafiq Hariri," R-A-F-I-Q H-A-R-I-R-I, "and 21

24   others."

25   Q.  Can you please read the second sentence in the second

1   paragraph on Page 1, beginning Mustafa Badr al-Din.

2   A.  "Mustafa Badr al-Din and Talal Hamiyah," T-A-L-A-L

3   H-A-M-I-Y-A-H, "two senior terrorist leaders of Hezbollah,

4   are being designated today pursuant to EO 13224 for

5   providing support to Hezbollah's terrorist activities in the

6   Middle East and around the world."

7   Q.  Is that consistent with your own research and findings

8   about Mustafa Badr al-Din?

9   A.  Yes.

10  Q.  And what is Mustafa Badr al-Din being designated as

11  here?

12  A.  A specially designated global terrorist.

13          MR. UNGAR:  Let's look at the next slide, please.

14  BY MR. UNGAR:

15  Q.  Dr. Levitt, can you please describe Unit 3800 and its

16  role in terrorist activity in Iraq.

17  A.  So Hezbollah's militant and terrorist branch, if you

18  will, has multiple dedicated units under it, some for

19  carrying out attacks against Israel, some for supporting

20  Palestinian groups targeting Israel, and others will have

21  other dedicated purposes.

22          In the context of the war in Iraq, Iran tasked

23  Hezbollah with creating a specialized unit which ultimately

24  became known as Unit 3800 to engage in activities in Iraq to

25  do two main things:  The first is to train -- ideologically

1    and militarily train Iraq Shi'a militants to be able to

2    carry out attacks against Coalition and Iraqi forces and

3    sometimes Iraqi civilians.  So it was a very robust training

4    mission that involved some training in Iraq, other

5    training -- as it got more sophisticated, people were

6    smuggled next door into Iran and for the most sophisticated

7    kind of Special Forces commando training, some of those

8    people were actually flown from Iran to Lebanon to be

9    trained there.

10           The other goal was to actually engage in and not

11   only support, but engage in some attacks targeting Coalition

12   Forces.

13           Unit 3800 was created by the Secretary General

14   Hassan Nasrallah himself.  Only he could do such a thing at

15   Iran's behest.

16           And Hezbollah started from early days supporting

17   Shi'a militant groups in Iraq such as Muqtada al-Sadr and

18   his Jaysh al-Mahdi militia.

19           Perhaps the most important, most significant and

20   impactful training that Hezbollah provided to these and

21   other militants, including the special groups who later

22   broke away from Jaysh al-Mahdi, was in the construction of

23   and deployment of very specialized improvised explosive

24   devices, IEDs, and in particular explosively formed

25   projectiles, EFPs.

1          Hezbollah perfected, if you'll allow me, the art

2     of building and deploying, often camouflaged as rocks or

3     other things that just fit into the roadside, these

4     exceptionally powerful shaped charges, EFPs, which proved to

5     be able, through this kind of molten, hot projectile of a

6     bullet, to penetrate even armored vehicles and proved to be

7     the single most devastating weapon deployed against

8     Coalition -- American and other Coalition, including Iraqi,

9     forces in Iraq, leading to the majority of deaths and

10    injuries.

11    Q.  Did Hezbollah have experience with these EFPs in Lebanon

12    as early as the 1990s and in the 2006 war in Israel?

13    A.  Absolutely.  That's where it developed this expertise.

14          And keep in mind kind of the overlap between these

15    timelines, right?  Hezbollah has this experience since the

16    1990s, but when you are fighting an actual war, you have the

17    opportunity to deploy more of these.  You figure out what

18    works, what doesn't, how to place them, where to aim them.

19          And so in the context of the 2006 war, which

20    occurs in the middle of the war in Iraq, Hezbollah suddenly

21    has its opportunity to truly perfect this EFP weapon system

22    and its deployment and is then in a unique position right

23    after the war to be able to transfer this technology, this

24    know-how, to Iraqi Shi'a militants and Iraq, targeting

25    multiple national forces.

1    Q.  You mentioned Muqtada al-Sadr.  I think we'll talk about

2    him a few slides from now in a few moments.

3            I want to first direct your attention to what's

4    been preadmitted as Plaintiffs' Exhibit 18.  Please review

5    it and let me know if you've seen it before.

6            MR. UNGAR:  Your Honor, I've just taken the pages

7    that are relevant to Dr. Levitt for -- to hand you and

8    Dr. Levitt.  I will be going through it right now.  That's

9    what you'll see in the binder.

10           THE WITNESS:  Yes.  I'm familiar with it.

11           THE COURT:  That will or will not be in the

12   binder?

13           MR. UNGAR:  Sorry?

14           THE COURT:  It will be in the binder or it's not

15   in the binder?

16           MR. UNGAR:  In the binder you just have the few

17   pages.  It's about 300, each one.  There are six or seven.

18   BY MR. UNGAR:

19   Q.  In order to provide the Court with just an illustration

20   of the contents that are relevant for us, I've just

21   excerpted a few pages for you from the 2006 and 2007 country

22   reports.  If you could please turn to what will be the next

23   page in the binder, Page 147 of the 2006 report, and read

24   the third paragraph.

25   A.  "Iran continued to play a destabilizing role in Iraq,

1    which appeared to be inconsistent with its stated objectives

2    regarding stability in Iraq.

3         "Iran provided guidance and training to select

4    Iraqi Shi'a political groups and weapons and training to

5    Shi'a militant groups to enable anti-Coalition attacks.

6         "Iranian government forces have been responsible

7    for at least some of the increasing lethality of

8    anti-Coalition attacks by providing Shi'a militants with the

9    capability to build IEDs with explosively formed

10   projectiles, similar to those developed by Iran and Lebanese

11   Hezbollah.

12        "The Iranian Revolutionary Guard was linked to

13   armor-piercing explosives that resulted in the deaths of

14   Coalition forces.

15        "The Revolutionary Guard, along with Lebanese

16   Hezbollah, implemented training programs for Iraqi militants

17   in the construction and use of sophisticated IED technology.

18   These individuals then passed on this training to additional

19   militants in Iraq."

20   Q.  If you can please turn to Page 251 and read the sentence

21   a few sentences into the section labeled Activities that

22   begins with the words "Since at least 2004."

23   A.  "Since at least 2004, Hezbollah has provided training

24   and logistics to select Iraqi Shi'a militants, including for

25   the construction and use of shaped-charge IEDs, which

1   Hezbollah developed against Israeli forces in Southern

2   Lebanon during the late 1990s and which can penetrate

3   heavily armored vehicles."

4   Q.  Directing your attention to Page 9 of the 2007 report,

5   if you can please read the sentence in the section labeled

6   State Sponsors of Terrorism that begins "Hezbollah, a

7   designated foreign terrorist organization," through the

8   sentence that ends "American casualties in Iraq."

9   A.  "Hezbollah, a designated foreign terrorist organization,

10   is key to Iran's terrorism strategy.  Iran also continued to

11   threaten its neighbors and destabilize Iraq by providing

12   weapons, training and funding to select Iraqi Shi'a

13   militants.  These proxy groups perpetrate violence and cause

14   American casualties in Iraq."

15   Q.  If you could please turn to Page 172.  At the bottom of

16   the page, read from the word "Despite" through the end of

17   that paragraph on the next page ending with the words "in

18   2007."

19   A.  "Despite its pledge to support the destabilization of

20   Iraq, Iranian authorities continue to provide lethal support

21   including weapons, training, funding and guidance to some

22   Iraqi militant groups that target Coalition and Iraqi

23   security forces and Iraqi civilians.  In this way, Iranian

24   government forces have been responsible for attacks on

25   Coalition Forces.

1          "The Islamic Revolutionary Guard Corps, IRGC, Qods

2     Force, continue to provide Iraqi militants with

3     Iranian-produced advanced rockets, sniper rifles, automatic

4     weapons, mortars that have killed thousands of Coalition and

5     Iraqi forces, and explosively formed projectiles, EFPs, that

6     have a higher lethality rate than other types of improvised

7     explosive devices, IEDs, and are specially designed to

8     defeat armored vehicles used by Coalition Forces.

9          "The Qods Force in concert with Lebanese Hezbollah

10    provided training outside Iraq for Iraqi militants and the

11    construction and use of sophisticated IED technology and

12    other advanced weaponry.  These individuals then passed on

13    this training to additional militants inside Iraqi, a,

14    quote, 'train the trainer' program.

15         "In addition, the Qods Force and Hezbollah have

16    also provided training inside Iraqi.  In fact, Coalition

17    Forces captured a Lebanese Hezbollah operative in Iraq in

18    2007."

19    Q.  Who is that operative?

20    A.  That's Ali Musa Daqduq al-Musawi.

21    Q.  Is all of the language that you just read in the 2006

22    and 2007 country reports consistent with your own research

23    and findings?

24    A.  It is.

25    Q.  And is the analogous language in the other country

1    reports that were admitted as PX 18 also consistent with

2    your own research and findings?

3    A.  Yes.

4              MR. UNGAR:  Let's look at the next slide, please.

5    BY MR. UNGAR:

6    Q.  Dr. Levitt, what was the Badr Corps?

7    A.  The Badr Corps was the military wing of the Supreme

8    Council for Islamic Revolution in Iraq, or SCIRI, both of

9    which were forged in the early 1980s in the context of the

10   Iran-Iraq war.

11             These are Iraqi Shi'a entities, partnering not

12   with Iraq, but with Iran, against the regime of Saddam

13   Hussein in the context of the Iran-Iraq war.  Most Iraqi

14   Shi'a fought for Iraq against Iran.  These Iraqi Shi'a

15   fought against their fellow Iraqis, including fellow Iraqi

16   Shi'a.

17             Until 2003, Badr was Iran's most important

18   surrogate inside Iraq.  And it, too, was very intimate with

19   the IRGC Qods Force.  In fact, it functioned not just

20   effectively, but it was an arm of the Qods Force.  Its

21   leader, Abu Mahdi, al-Muhandis, A-B-U M-A-H-D-I

22   A-L-M-U-H-A-N-D-I-S, served as an official senior advisor to

23   Qods Force leader General Qasem Soleimani.  He was later --

24   Muhandis, that is -- was later succeeded as leader of Badr

25   by Abu Mustafa Al-Sheibani, A-L S-H-E-I-B-A-N-I.

1          After the overthrow of Saddam Hussein and Iran's

2     ability to build Iraqi -- partner with Iraqi Shi'a militant

3     and political groups in Iraq who were no longer illegal, the

4     Badr Corps renamed itself the Badr Organization as now not

5     an anti-Iraqi entity, but an Iraqi entity that became very

6     active, both in political and military activity in Iraq,

7     often in close concert with the now Shi'a-led government in

8     Iraq.

9     Q.  Notwithstanding the name change from Badr Corps to Badr

10    Organization, was the organization still substantively the

11    same organization?

12    A.  Absolutely.

13    Q.  I want to direct your attention to what's been

14    preadmitted as PX 8.  Please review it and let me know if

15    you've seen that before.

16    A.  I have.

17    Q.  Is it a Treasury Department press release dated January

18    9th, 2008?

19    A.  That's right.

20    Q.  And directing your attention to the bottom of Page 1, is

21    al-Sheibani listed?

22    A.  He is.

23    Q.  Can you please read the first sentence on Page 1.

24    A.  "The US Department of the Treasury today designated four

25    individuals and one entity under Executive Order 13438 for

1    threatening the peace and stability of Iraq and the

2    government of Iraq."

3    Q.  And directing your attention back to the bottom of Page

4    1, can you please read the first two narrative paragraphs

5    under Abu Mustafa al-Sheibani.

6    A.  "Iran-based Abu Mustafa al-Sheibani leads a network of

7    Shi'a extremists that commit and provide logistical and

8    material support for acts of violence that threaten the

9    peace and stability of Iraq and the government of Iraq.

10         "Al-Sheibani's Iran-sponsored network was created

11    to affect the Iraqi political process in Iran's favor.  The

12    network's first objective is to fight US forces, attacking

13    convoys and killing soldiers.  Its second objective is to

14    eliminate Iraqi politicians opposed to Iran's influence.

15         "Elements of the IRGC were also sending funds and

16    weapons to al-Sheibani's network.

17         "Al-Sheibani's network, consisting of several

18    hundred members, conducted IED attacks against Americans in

19    the Baghdad region.

20         "As of March 2007, al-Sheibani, known to transport

21    Katyusha rockets to be used for attacks against Coalition

22    Forces, launched rockets against Americans and made videos

23    of the attacks to get money from Iran.

24         "As of April 2007, a member of al-Sheibani's

25    network supervised the transport of money and explosives

1    from Iran for eventual arrival in Baghdad.

2            "In early May 2007, al-Sheibani's network assisted

3    members of a Shi'a militia group by transporting them to

4    Iran for training and providing them with weapons for their

5    activities in Iraq."

6    Q.  Dr. Levitt, is that consistent with your own research

7    and findings about Abu Mustafa al-Sheibani?

8    A.  Yes.

9            MR. UNGAR:  Let's look at the next slide, please.

10   BY MR. UNGAR:

11   Q.  Dr. Levitt, what were some of the -- what were some of

12   Iran's chief goals post-US invasion of Iraq in March 2003?

13   A.  Well, we just read some of them in the context of

14   al-Sheibani's activities.  One of them was to bloody

15   Coalition Forces.

16           The idea more generally, Iran wanted to push the

17   United States and the West out of the region, where it is

18   the regional heavyweight; and maybe, the theory went, if

19   they were able to force the Coalition and the United States

20   to leave under embarrassing circumstances, they would feel

21   the need to withdraw more broadly from the region.

22           They also wanted to affect the outcome of the

23   developing political climate in Iraq.  There was no question

24   that Shi'a were going to dominate the government.  They are

25   the dominant population.  But not all Shi'a were pro-Iran.

1    Not all Shi'a politicians were pro-Iran.

2          And so Iran had groups like Sheibani's network

3    specifically carry out assassinations of Iraqi politicians,

4    including Iraqi Shi'a politicians who stood in their way.

5          Iran wanted a decentralized, not-terribly-stable

6    Iraq that would need its -- the support from its next-door

7    neighbor, Iran.

8          But the biggest thing, frankly, was that they

9    wanted an Iraq that could never threaten Iran again.

10   Remember, they went through this brutal, brutal Iran-Iraq

11   war in the 1980s.  The removal of Saddam Hussein removed the

12   greatest threat, the greatest maybe check and balance

13   against Iran in the region.  And Iran wanted to be sure that

14   Iraq would never pose a threat like that again.

15         But more than that, it wanted to make sure that

16   Iraq wasn't a threat to it; it was an asset.  And it wanted

17   to have a compliant neighbor next door.

18   Q.  Can you briefly describe the Ramazan Corps and its role

19   in Iranian terrorist-related activities in Iraq?

20   A.  So, as we mentioned, there are particular multiple corps

21   within the Qods Force's structure.  One of them, the Ramazan

22   Corps, is the one responsible for activities in Iraq.  And

23   there are others responsible for Lebanon and Syria, the

24   Levant, Afghanistan, Pakistan, et cetera, the Gulf.

25         And so the Ramazan Corps was the Qods Force entity

1    most responsible for coordinating attacks by Shi'a militants

2    against Coalition Forces and against the Iraqi government

3    based on the Iranian side of the border in Iran, training

4    people, smuggling operatives back into Iraq, smuggling

5    weapons systems of all kinds from the IEDs and the EFPs to

6    small arms, et cetera, into Iraq to be able to carry out

7    attacks.  And they functioned as a, frankly, very effective

8    command structure for these groups and operations happening

9    across the border in Iraq from the safety of their

10   headquarters in Iran.

11        MR. UNGAR:  Let's look at the next slide, please.

12   BY MR. UNGAR:

13   Q.  Dr. Levitt, we very briefly mentioned Jaysh al-Mahdi and

14   Muqtada al-Sadr.

15        Can you give some more information to the Court

16   about al-Sadr and the organization Jaysh al-Mahdi?

17   A.  The al-Sadr family is a renowned family of Shi'a clerics

18   in Iraq.  The name carries a tremendous amount of street

19   credibility.  Saddam Hussein had killed many of the

20   al-Sadrs.

21        Muqtada al-Sadr emerges as the head of this

22   organization and this militia Jaysh al-Mahdi, the army of

23   the Mahdi, established in 2003.  And by 2004, they're

24   carrying out attacks against US-led forces in Iraq.  And

25   they did so over the course of several years.

1         At a period in time, Muqtada al-Sadr decided that

2    Jaysh al-Mahdi should become a little bit more political and

3    a little bit less militant.  They had also been a little bit

4    more scattershot in their militancy and they were -- they

5    would engage in attacks not only targeting Coalition Forces

6    and Iraq forces, but also Iraq civilians.

7         Because of that, splinter groups broke off of

8    Jaysh al-Mahdi.  The US military referred to them as Special

9    Groups or JAM Special Groups, Jaysh al-Mahdi Special Groups.

10   These were both much more hardline, much more disciplined in

11   their attacks targeting Coalition Forces almost solely.

12   They were much more capable and proved to be a huge source

13   of deaths and injuries among Coalition Forces, also

14   supported by Iran.

15        It's important to understand here that Iran

16   supported at the same time a wide array of different types

17   of groups, some of which were solely political, doing social

18   welfare, some of which were solely the worst of the worst

19   militant terrorists, and everything and every type of

20   combination in between, some of whom were enemies of one

21   another, so that whoever ended up winning in the political

22   contest that was Iraq, Iran would have allies in those

23   circles.

24        MR. UNGAR:  Let's turn to the next slide.

25   BY MR. UNGAR:

1    Q.  Let's look at the first of those special groups, Kata'ib

2    Hezbollah.  Can you please describe it briefly and its

3    relationship to Iranian terrorism in Iraq.

4    A.  Kata'ib Hezbollah was led by Abu Mahdi al-Muhandis, who

5    we've already discussed and is pictured here on the bottom

6    right.

7            It was ultimately designated a terrorist group by

8    the United States in 2009.

9            Kata'ib Hezbollah, which is different from

10   Lebanese Hezbollah, was very, very closely aligned, the two

11   Parties of God, the one in Iraq and the one in Lebanon.

12           By this point, Hezbollah -- Lebanese Hezbollah's

13   Unit 3800 is already working in Iraq engaged in that

14   training mission in support of the Special Groups, and so

15   this relationship is very close.

16           Kata'ib Hezbollah, in large part because it's led

17   by people like Muhandis, who had been a senior advisor to

18   Qods Force's General Qasem Soleimani, is intimately close

19   and operating closely with both Iran's Qods Force and its

20   primary proxy, Lebanese Hezbollah.

21   Q.  And Kata'ib Hezbollah, according to your expert reports,

22   just to confirm, it actually received funding from the

23   IRGC-QF and Hezbollah.  Is that --

24   A.  Absolutely.

25           And at one point, General Odierno, who was one of

1    the senior generals in Iraq, made this statement absolutely

2    clearly:  "There's no question that Kata'ib Hezbollah is

3    that close to Iran."

4    Q.  Directing your attention to what's been preadmitted as

5    Plaintiffs' Exhibit 10, please review it and let me know if

6    you've seen that before.

7    A.  I have.

8    Q.  Is it a State Department designation of Kata'ib

9    Hezbollah dated June 26th, 2009?

10   A.  It is.

11   Q.  Can you please read the first two sentences of the

12   document.

13   A.  "On June 24, 2009, the Deputy Secretary of State

14   designated Kata'ib Hezbollah, KH, as a foreign terrorist

15   organization, FTO, under Section 219 of the Immigration and

16   Nationality Act as amended, INA.

17          "The Deputy Secretary also designated KH under

18   Section 1B of Executive Order 13224 as amended.  KH is an

19   Iraqi terrorist organization responsible for numerous

20   terrorist acts against Iraqi, US and other targets in Iraq

21   since 2007."

22   Q.  So two questions:  First, does this reflect Kata'ib

23   Hezbollah's designation as both a foreign terrorist

24   organization and a specially designated global terrorist?

25   A.  That's right.

1   Q.  And is the language explaining why -- that Kata'ib

2   Hezbollah was responsible for those terrorist attacks, is

3   that consistent with your own research and findings about

4   Kata'ib Hezbollah?

5   A.  Yes.

6   Q.  I want to direct your attention to what's been

7   preadmitted as Plaintiffs' Exhibit 11 and ask you to please

8   review it and let me know if you've seen that before.

9   A.  I have.

10   Q.  Is that a Treasury Department press release dated July

11   2nd, 2009?

12   A.  Correct.

13   Q.  Is Abu Mahdi al-Muhandis listed?

14   A.  He is.

15   Q.  Can you please read the second sentence of the first

16   paragraph.

17   A.  "Al-Muhandis and Kata'ib Hezbollah have committed,

18   directed, supported or posed a significant risk of

19   committing acts of violence against Coalition and Iraqi

20   security forces and as a result are designated today under

21   Executive Order EO 13438, which targets insurgent and

22   militia groups and their supporters."

23   Q.  And can you please read the first sentence of the third

24   paragraph.

25   A.  "Abu Mahdi al-Muhandis is an advisor to Qasem Soleimani,

1    the commander of Iran's Qods Force, the arm of the Islamic

2    Revolutionary Guard Corps, IRGC, responsible for providing

3    material support to Lebanon-based Hezbollah, Hamas,

4    Palestinian Islamic Jihad, and the Popular Front For the

5    Liberation of Palestine General Command."

6    Q.  Is that language consistent with your own research and

7    findings about Abu Mahdi al-Muhandis?

8    A.  It is.

9         MR. UNGAR:  Let's turn to the next slide, please.

10   BY MR. UNGAR:

11   Q.  Dr. Levitt, let's look at another of these Special

12   Groups.  Can you briefly describe Asa'ib Ahl al-Haq and its

13   relationship to Iranian terrorism in Iraq?

14   A.  Asa'ib Ahl al-Haq is another of the most deadly Special

15   Groups that carried out attacks targeting Coalition Forces.

16        It, too, was funded by, trained by and operated

17   intimately closely with both the Qods Force and Lebanese

18   Hezbollah.

19        For example, Lebanese Hezbollah and Asa'ib Ahl

20   al-Haq jointly with Iranian support carried out the January

21   20th, 2007, Karbala attack against the provincial

22   coordinating center.

23        Asa'ib Ahl al-Haq was founded by Qais al-Khazali,

24   who is pictured here, and his brother, Laith, L-A-I-T-H.

25   They were both captured at one point by Coalition Forces.

1    And they are responsible for a great many of the more

2    spectacular attacks targeting Coalition Forces.

3         MR. UNGAR:  Let's turn to the next slide.

4    BY MR. UNGAR:

5    Q.  Dr. Levitt, we discussed Ali Musa Daqduq, I think, at

6    least twice, once in the context of Hezbollah's Islamic

7    Jihad Organization and then we -- I think we spoke about him

8    subsequently.

9         Can you talk briefly about him further and his

10   relationship to Iranian terrorism in Iraq.

11   A.  As I mentioned, Ali Musa Daqduq was captured by British

12   Special Forces in southern Iraq, one of the most senior

13   Hezbollah commanders to have been captured.  Highly trained

14   US military made a press conference about this.  They went

15   through his very long accomplished résumé within Hezbollah

16   and within Hezbollah's Islamic Jihad Organization in

17   particular.

18        The fact that someone of his caliber, the person

19   who was sent to oversee and run this training mission to

20   oversee operations like that against the Karbala provincial

21   coordinating center, to engage in after-action planning to

22   improve their tactical skills for future attacks, is telling

23   that someone like him is put forward to do that.

24        As of 2006 -- I think the first idea to send him

25   was around 2005.  But eventually he went in 2006 to work

1    with the Qods Force and with the Special Groups, in

2    particular groups like Kata'ib Hezbollah and Asa'ib Ahl

3    al-Haq.

4              And we know that he personally masterminded this

5    2007 Karbala attack because when he was captured two months

6    later, among the things that were seized was a 20-page

7    memorandum that he had written analyzing the attack after

8    the fact, planning it beforehand.  This is someone with

9    tremendous skills and training.

10             You know, in the movies sometimes you might see

11   this.  But in real life, it's actually very hard.  But he

12   was captured, and he for a significant period of time said

13   nothing and reacted to nothing.  He played deaf and mute.

14   They thought his name was Hamid, and they referred to him as

15   Hamid the Mute.

16             It takes tremendous discipline and skill.  I don't

17   know of any other case like this in all of my time watching

18   terrorism in or out of government, someone who has done that

19   for that long.  He was ultimately designated as a specially

20   designated global terrorist.  And he's a very, very

21   significant individual involved in Iranian and

22   Iranian-sponsored militant and terrorist activity in Iraq.

23   Q.  Let's look at the last exhibit, Dr. Levitt, what's been

24   preadmitted as Plaintiffs' Exhibit 102.

25             Can you please review it and let me know if you

1    have seen that before.

2    A.  I have.

3    Q.  Is that a Treasury Department press release dated

4    November 19th, 2012?

5    A.  It is.

6    Q.  Is Ali Musa Daqduq listed?

7    A.  He is.

8    Q.  Can you please read the first paragraph on the page.

9    A.  "The US Department of the Treasury today designated Ali

10   Musa Daqduq al-Musawi (Daqduq) pursuant to Executive Order

11   EO 13224 for acting on behalf of Hezbollah.

12        "Daqduq is a senior Hezbollah commander

13   responsible for numerous attacks against Coalition Forces in

14   Iraq, including planning an attack on the Karbala joint

15   provincial coordination center, JPCC, on January 20, 2007,

16   which resulted in the deaths of five US soldiers."

17   Q.  Can you please read the fourth paragraph on the page.

18   A.  "Today's action further highlights the fact that

19   Hezbollah's terrorist activities stretch beyond the borders

20   of Lebanon.  These terrorist acts are in some cases funded,

21   coordinated and carried out in concert with the Iranian

22   Revolutionary Guard Corps-Qods Force, IRGC-QF.

23        "Hezbollah along with its Iranian allies trained

24   and advised Iraqi militants to carry out numerous terrorist

25   attacks against Coalition and Iraq forces."

1    Q.  And is all of that language about Ali Musa Daqduq and

2    Hezbollah consistent with your own research and findings?

3    A.  It is.

4              MR. UNGAR:  Let's look at the last slide, please.

5    BY MR. UNGAR:

6    Q.  Dr. Levitt, we've set forth your conclusions from your

7    expert report.  Can you please describe your conclusions for

8    the Court.

9    A.  I'll break it down into three main points, three main

10   bullets:

11             Iran oversaw and facilitated and materially, very

12   materially, supported scores of attacks on Coalition Forces,

13   including US troops, in Iraq over the course of the years

14   2004 to 2011, including the Karbala attack and a whole bunch

15   of EFP, explosively formed penetrator, attacks.

16             Second:  Iran used its IRGC and IRGC-QF forces and

17   Lebanese Hezbollah to provide active guidance, training,

18   intelligence, support and financial and other material

19   support to Jaysh al-Mahdi, JAM, and the Special Groups to

20   commit those very types of attacks.

21             And finally, as a result, over the course of 2004

22   to 2011, Iran was directly responsible for at least 200 US

23   military deaths and more than 1,000 US military injuries.

24             MR. UNGAR:  Thank you very much, Dr. Levitt.

25             I have no further questions, your Honor.

1          THE COURT:  I don't have any questions, either, at

2     this point.

3               (Witness excused.)

4          THE COURT:  Why don't we take a break, and then

5     we'll return.

6          MR. UNGAR:  It will be Mr. Osen that will be

7     examining.

8          THE COURT:  Right.  We'll take a 15-minute break.

9          MR. UNGAR:  Thank you, your Honor.

10         THE COURT:  And we'll return at that point.  Thank

11    you.

12         MR. UNGAR:  Thank you.

13              (Thereupon a recess was taken, after which the

14    following proceedings were had:)

15         MR. OSEN:  Good morning, your Honor.  We'd like to

16    call our next witness, Michael Oates.

17         THE COURT:  If you could stand.  We need to swear

18    you in.

19        MICHAL LEE OATES, PLAINTIFFS' WITNESS, SWORN.

20                    DIRECT EXAMINATION

21    BY MR. OSEN:

22    Q.  Good morning, Mr. Oates.

23    A.  Good morning, sir.

24         MR. OSEN:  Your Honor, there should be another

25    white binder in front of you.

```
 1                    THE COURT:  Right.  I have it.
 2                    MR. OSEN:  Okay.  Thank you.
 3                    THE COURT:  Thank you.
 4      BY MR. OSEN:
 5      Q.  Mr. Oates, could you please state your full name for the
 6      record.
 7      A.  My name is Michael Lee Oates.  The last name is spelled
 8      O-A-T-E-S.
 9      Q.  Where do you presently reside?
10      A.  In Kerrville, Texas.
11      Q.  And, Mr. Oates, did you have occasion to prepare an
12      expert report in this case?
13      A.  I did, sir.
14      Q.  Could you please briefly turn to Tab No. 1 in your
15      binder.  This has been previously marked as Exhibit 153.
16                    Do you recognize this as your expert report?
17      A.  Yes, sir, I do.
18      Q.  And do you adopt the facts and conclusions set forth in
19      your report as part of your testimony this morning?
20      A.  Yes, sir.
21                    MR. OSEN:  Your Honor, I'd like to ask that
22      Exhibit 153 be admitted.
23                    THE COURT:  I'll admit it.
24                    (Whereupon, Plaintiffs' Exhibit No. 153 was
25      entered into evidence.)
```

1    BY MR. OSEN:

2    Q.  Did you have occasion to serve in the United States

3    military?

4    A.  I served in the United States military for 32 years,

5    ending as a lieutenant general, retiring from active service

6    in 2011.

7    Q.  And you said your rank at retirement was lieutenant

8    general.  Is that correct?

9    A.  Yes, sir.

10   Q.  For purposes of today, if it's okay with you, I'll refer

11   to you as General Oates.  Is that --

12   A.  Yes, sir.

13   Q.  -- okay?

14           THE COURT:  Make sure that you let him finish his

15   question before you start to answer, and vice versa, so we

16   make sure we have a record.

17           THE WITNESS:  Yes, your Honor.

18           MR. OSEN:  Thank you, your Honor.

19   BY MR. OSEN:

20   Q.  In preparation for your testimony today, did you prepare

21   a PowerPoint presentation with counsel?

22   A.  Yes, sir.

23           MR. OSEN:  If we could bring up the first slide.

24   BY MR. OSEN:

25   Q.  I'd like to talk to you a little bit about your

1    experience, relevant experience in Iraq, which is ultimately

2    the subject of your testimony today.

3              Can you tell us what you mean here by Coalition

4    Provisional Authority, or CPA, in Iraq?

5    A.  Yes, sir.

6              The Coalition Provisional Authority, or CPA, was

7    the legal entity administering/governing Iraq from the point

8    of the invasion in 2003 until mid-2004.

9    Q.  And what was your role in the CPA?

10   A.  From November of 2003 until March of 2004, I was the

11   chief of staff to the chief operating officer, deputy

12   administrator for CPA.

13   Q.  What were your responsibilities in that role?

14   A.  Our responsibilities were to oversee the rebuilding of

15   electricity, oil, security forces, specifically the Iraqi

16   Army and the Iraqi Police, among a number of other areas.

17   Q.  And when did you leave that position?

18   A.  Late March 2004.

19   Q.  And then the next item on your slide there says 101st

20   Airborne Division, 2005 to 2006, MND North.

21             Can you tell us first what MND North is?

22   A.  Multi-National Division North is the descriptor for all

23   the Coalition Forces that operated north of Baghdad to the

24   Turkish border, west of the Syrian border and east of the

25   Iranian border [sic].

1          And at that time you're illustrating there, I was

2      a one-star brigadier general deputy commanding general of

3      the 101st, overseeing all operations.

4      Q.  And in the course of that service at MND North, did you

5      have occasion to encounter Iraqi insurgent activity?

6      A.  Yes, sir.

7      Q.  Did that insurgent activity include former regime

8      elements?

9      A.  Yes, sir.

10     Q.  Did it at any time include Al-Qaeda in Iraq elements?

11     A.  Yes, sir.

12     Q.  In your area of operation in MND North, did you ever

13     have occasion to encounter any Shi'a militia activity?

14     A.  Yes, sir.  Although it was minimal then, it was in the

15     far eastern part of our operational area in Diyala Province,

16     because that was the northernmost reaches of Baghdad.  And

17     some of the Shi'a militia would progress all the way up into

18     Diyalla Province.

19     Q.  You returned to Iraq in 2008.  Is that correct?

20     A.  Yes, sir.

21     Q.  The next bullet point, if you will, says 10th Mountain

22     Division, 2008-2009, MND-Center South.

23          What area was encompassed by MND Center South?

24     A.  Multi-National Division Center-South included the

25     southern belts of Baghdad south all the way to and assuming

1    [sic] Basra eventually to the borders of Saudi Arabia and

2    Kuwait, east to the border of Iran and west to the border of

3    Anbar Province.  So essentially, all of southern provinces

4    of Iraq.

5    Q.  And were you the officer in command of that area during

6    the time you served in the 10th Mountain Division?

7    A.  Yes, sir.

8    Q.  And during that period of time, did you have occasion to

9    encounter Shi'a militia?

10   A.  Yes, sir.

11   Q.  Did that include what has been described this morning as

12   Special Groups?

13   A.  Yes, sir.

14   Q.  Was that the principal threat to US and Multi-National

15   forces in your area of operation at that time?

16   A.  Yes, sir.

17   Q.  And in the course of your experience, both with the

18   101st Airborne and the 10th Mountain Division, did you

19   encounter a significant IED threat in Iraq?

20   A.  A significant threat.  For example, in MND North, we

21   were experiencing 1,000 IEDs a month.  So significant.

22             And in the south, while not the same volume, much

23   more lethal munitions were used against our forces.

24   Q.  Were you ever in a vehicle that was struck by an IED?

25   A.  Yes, sir.

1           MR. OSEN:  We have a small demonstrative over here

2     in the courtroom.

3     BY MR. OSEN:

4     Q.  Are you familiar with the Humvee vehicle and have you

5     actually been in one in Iraq?

6     A.  Yes, sir.  Many times.

7     Q.  Did you ever have concern that even an up-armored Humvee

8     vehicle was vulnerable to IEDs?

9     A.  Absolutely.  Two particular types specifically:  a deep

10    under-buried explosion under the vehicle or an explosively

11    formed projectile or penetrator.

12    Q.  After you served in the 10th Mountain Division in Iraq,

13    the last item on the slide refers to the Joint Improvised

14    Explosive Device Defeat Organization.  For everybody's sake,

15    I'm going to refer to it as JIEDDO henceforth.

16          Can you tell the Court what that organization is

17    and what role you served there?

18    A.  The JIEDDO organization was created by the Department of

19    Defense once we realized there was a significant IED threat

20    to our soldiers, the principal killer of our soldiers in

21    Iraq, to coordinate all of the defense activities to

22    understand this explosive, how we might mitigate the effects

23    from a material solution or from training and furthermore to

24    understand the intelligence components associated with the

25    networks that are being used against Coalition Forces with

1    these devices.  And it was the entire range of improvised

2    explosive devices.

3    Q.  And did that also include explosively formed

4    penetrators?

5    A.  Yes, sir.

6    Q.  And what was your role in JIEDDO?

7    A.  I was the three-star lieutenant general director of the

8    organization.

9            THE COURT:  I hate to be a pest, but can you keep

10   your voice up a little bit or move the microphone a little

11   closer?

12           MR. OSEN:  Absolutely, your Honor.  That's better.

13   Thank you.

14           THE COURT:  Go ahead.

15           MR. OSEN:  At this time, your Honor, I'd like to

16   ask the Court to qualify General Oates as an expert on the

17   tactical and strategic threats faced by US and Coalition

18   Forces in Iraq 2003 to 2008 and including the specific

19   threat to US military forces from IEDs and other ordnance,

20   including EFPs.

21           THE COURT:  I'll go ahead and qualify him in those

22   subjects.

23           MR. OSEN:  Thank you, your Honor.

24           If we could turn to the next slide, please.

25

1    BY MR. OSEN:

2    Q.   General Oates, could you briefly outline the division of

3    responsibility amongst Coalition Forces in Iraq during the

4    2005-2006 period.

5    A.   Yes, sir.

6            The dark green in the north -- Multi-National

7    Division North, that division had operations -- operational

8    responsibility for all combat operations.  You can see it to

9    the Iranian border in the east, Turkey in the north and

10   Syria in the West.

11           As you come further south, Baghdad had its own

12   command.  It's a large city of 6 million people.

13           In the Western area, it's largely run by the

14   Marines, a very low population in Anbar Province.

15           And then from the start of the war until the

16   very -- near the end, the southern portion of Iraq was under

17   the command and control of our Coalition partners,

18   specifically the Poles, the Polish forces in Center-South,

19   and the British in Southeast.

20           MR. OSEN:  Let's turn for a moment to the next

21   slide.

22   BY MR. OSEN:

23   Q.   And I'll ask you what the significance of the ethnic or

24   sectarian makeup of Iraq had on the threats faced by United

25   States and Multi-National forces in Iraq.

1    A.   There's a little symmetry between what we just saw in

2    the operational command structure and the way the ethnic

3    Iraqis are currently aligned in the north, principally Sunni

4    Kurds.

5              As you come further south, there's a mixture, but

6    still predominantly Sunni Arabs.

7              To the west, in Anbar, it's almost exclusively

8    Sunni Arab.

9              You go into Baghdad:  a very mixed population of

10   Sunni, Shi'a, Jewish and some Christian.

11             And to the south:  almost exclusively Shi'a Arab.

12             And the reason the Najaf is circled is because

13   Najaf is recognized as the holy site for the Shi'a in Iraq.

14             MR. OSEN:  Let's turn to the next slide, please.

15   BY MR. OSEN:

16   Q.  This is a map of the actual provinces within Iraq.  And

17   I want you to just point out for us those provinces that

18   were under the control or I should say the jurisdiction of

19   British forces during this period.

20             THE WITNESS:  Your Honor, I'll try this and see if

21   this works here.

22             The line I've drawn there illustrates where the

23   British responsibility was ostensibly in the southeast:

24   Maysan Province, Dhi-Qar, Muthanna and Basra.

25

1    BY MR. OSEN:

2    Q.   And were these predominantly Shi'a areas?

3    A.   Yes, they were.

4    Q.   And during this period of time, in your assessment, did

5    the British forces effectively control that territory?

6    A.   They did not.

7    Q.   And why was that?

8    A.   They were largely located to the extreme south in Basra

9    in an encampment and did not patrol very much in the other

10   provinces.

11   Q.   Who in your opinion actually had effective control of

12   the border between Iraq and Iran in, for example, Maysan or

13   Basra Province?

14   A.   So ostensibly, there was an Iraqi security force, both

15   Iraqi Army and Iraqi Police, that were responsible for

16   security in those areas.

17          The facts are that the Shi'a militias operated

18   with tremendous freedom of action in that area, sometimes

19   complicit with the Iraqi security force.

20   Q.   Were any parts of the border restricted from Iranian

21   smuggling or weapons transport?

22   A.   No, sir.  Not in reality.

23          MR. OSEN:  Let's turn to the next slide.

24   BY MR. OSEN:

25   Q.   Can you please tell the Court what de-Ba'athification

1    is?

2    A.   Saddam Hussein, who ran Iraq up until 2003, was the

3    leader of the Ba'ath Party.  The United States national

4    policy after the invasion was to remove the people who were

5    affiliated with the Ba'ath Party, thus de-Ba'athification.

6         In reality, that would require all of the senior

7    civil servants, all the way down to teachers, policemen, to

8    be removed from their current government employment.

9    Q.   What effect did that have on -- well, let me withdraw

10   that question.

11        What was the ethnic composition of the Ba'ath

12   Party in terms of the majority of the people who were

13   employed by or members of the Ba'ath Party?

14   A.   Almost exclusively Sunni.  Although there were some

15   Shi'a, it was very insignificant.

16   Q.   What was the effect of de-Ba'athification in terms of

17   the employment and political power of the Sunni minority in

18   Iraq?

19   A.   Practically speaking, almost overnight, all the

20   government officials lost their jobs.  So all the way down

21   to your trash not being picked up, there were no police

22   officers on the job, no army, and no government officials.

23        And so all of those people who had been employed

24   as a result of their association with the Ba'ath Party and

25   who actually made government work in Iraq left and their pay

1    stopped.  So they lost a significant personal status in the

2    country as well as their economic well-being.

3    Q.  And did this set of circumstances help fuel the rising

4    Sunni insurgency by former regime elements?

5    A.   Absolutely.

6    Q.  Did it have any other consequences within the Sunni part

7    of the country and the Sunni community?

8    A.  They began a rejectionist campaign against the Coalition

9    and certainly against any formation of any new Iraqi

10   government that was constituted primarily from Shi'a, the

11   majority of the population.

12          MR. OSEN:  Can we turn to Slide 8, please.

13   BY MR. OSEN:

14   Q.  General, could you briefly explain -- we'll have an EOD

15   expert later on.  But can you give us a short explanation of

16   what an explosively formed penetrator is?

17          THE WITNESS:  Your Honor, the explosively formed

18   penetrator is usually a steel casing packed with explosives,

19   TNT or C4, something that can explode quickly, and a

20   concave, copper lining.

21          And when the explosive is set off, this copper

22   lining inverts and becomes a projectile that moves at a high

23   velocity and demonstrated ability to penetrate a significant

24   level of armor.  It makes it a particularly lethal device.

25          MR. OSEN:  If we could play the video in Slide 9.

1    This has been previously marked as PX 82.

2              (Whereupon, Plaintiffs' Exhibit No. 82 was

3    published in open court.)

4              MR. OSEN:  For the record, we didn't add the

5    musical accompaniment.

6    BY MR. OSEN:

7    Q.  Can you explain to the Court what this video is?

8    A.  That video was taken by an enemy force to be used later

9    in propaganda, but it shows an explosive device being used

10   against a Humvee that was armored.  And you can see that

11   there are casualties being taken from that site.

12             MR. OSEN:  Let's turn to Slide 10, please.

13   BY MR. OSEN:

14   Q.  Can you explain briefly to the Court what TTP stands

15   for.

16   A.  It's a US Army acronym for techniques, tactics and

17   procedures.  And we use this to describe the manner in which

18   enemy formations or our own conduct operations.

19             THE COURT:  Does it have a number?

20             MR. OSEN:  The slide?

21             THE COURT:  Yes.

22             MR. OSEN:  Yes.  It's Slide No. 10.

23             THE COURT:  Okay.

24   BY MR. OSEN:

25   Q.  Broadly speaking, we mentioned a few minutes ago your

1    experience in NMD North.  Did you or US intelligence detect

2    a difference in the TTP used by, for example, former regime

3    elements as opposed to Al-Qaeda in Iraq?

4    A.  Yes, sir.

5          THE WITNESS:  Normal -- I hate to use that term,

6    your Honor, but former regime elements are largely people

7    that had been part of the Iraqi Army or security force and

8    would use existing munitions against us.  Some of them would

9    cause casualties, but many of them destroyed equipment,

10   caused us to move away from where we were at.

11         Al-Qaeda and some of the more sophisticated Shi'a

12   militia used their assets specifically to obtain casualties

13   from US soldiers.

14         So there would be a great example of one here.

15   This is a deep-buried explosive.  It's designed against the

16   weakness of the Humvee, which is the underbelly.  And when

17   these are detonated, it is a near certainty that there will

18   be at least one killed, if not more.  And I've been in the

19   presence of two of these in particular close enough to see

20   the effects of them.

21   BY MR. OSEN:

22   Q.  In your professional experience, did Al-Qaeda in Iraq,

23   or AQI, have a different TTP than the Shi'a militants and

24   Special Groups?

25   A.  They did have a slightly different approach.  Al-Qaeda

1   and Iraq would target, certainly, Coalition force.  But they

2   would also target Iraqi Shi'a using suicide vehicles,

3   individual suicide bombers.

4           The Shi'a militia were much more selective about

5   the use of their specialty munitions against the Coalition

6   force particularly.

7           MR. OSEN:  Let's turn to Slide 11, please.

8   BY MR. OSEN:

9   Q.  We spoke a few minutes ago about JIEDDO.  I'm going to

10  ask you in a moment about Task Force Troy.

11          But before I do, I wanted to ask you whether in

12  your assessment after the US-led invasion in 2003, did the

13  United States military have sufficient assets in Iraq from

14  an explosive ordnance disposal, EOD standpoint, to deal with

15  the growing IED threat?

16  A.  Absolutely not.

17  Q.  Why was that the case?

18  A.  We, the US military, really did not anticipate the use

19  of the improvised explosive device.  When it was initially

20  employed against us, we suffered a significant number of

21  casualties.  And we were playing catchup from that point

22  forward, literally late 2004 forward.

23  Q.  Can you tell us what Task Force Troy was and how that

24  plays into this attempt to deal with the threat.

25          THE WITNESS:  This acronym organization, your

1    Honor, JIEDDO, was in Washington, DC, organizing all of the

2    Department of Defense activities.

3              Task Force Troy was the operational force that we

4    put in Iraq.  And they were a unique group to fuse

5    intelligence, explosive ordnance expertise and engineering

6    expertise.  We had to have all three of those together to

7    really understand what weapons were being used against us,

8    how to mitigate them and what networks were involved in

9    using these.

10   BY MR. OSEN:

11   Q.  In the course of time between 2005 and 2011, when this

12   task force was set up, did Task Force Troy and/or JIEDDO

13   ever reach any conclusion about the source of the EFPs being

14   used in Iraq?

15   A.  Yes, sir.

16   Q.  And what was that conclusion?

17   A.  The principal source of the materials and the completed

18   munition, the EFP, was being provided from Iran.

19   Q.  Were there occasions on which the United States military

20   and Task Force Troy were able to trace the actual metal used

21   in these EFPs back to Iran?

22   A.  Yes, sir.

23   Q.  And what about the milling or the actual manufacture of

24   the weapons?

25   A.  Yes, sir.

1   Q.  When an EFP is detonated, that involves in addition to

2   the hardware, if you will, in addition to the liner and the

3   container and the explosive, it has to be triggered by

4   something.  Correct?

5   A.  Yes, sir.

6   Q.  And did Task Force Troy or JIEDDO ever come to any

7   conclusion about where some of the more sophisticated

8   electronic components for these weapons came from?

9   A.  Yes, sir.  The devices, some that were actually exploded

10  and some that we captured in caches, we were able to use a

11  significant amount of forensic examination to determine that

12  the components, the detonating devices themselves, came from

13  Iran.

14          And as Mr. Osen stated, the exact milling

15  requirements on the copper have to be precise or it doesn't

16  work.  That machine tooling was tied back to Iran.

17          MR. OSEN:  Let's turn to Slide 12.  This is Tab 2

18  in the binder.

19          This is not an exhibit for admission.

20          THE COURT:  Okay.

21          MR. OSEN:  It's just being used for demonstrative

22  purposes.

23  BY MR. OSEN:

24  Q.  This is a British Broadcasting Company article from

25  October 10th, 2005.  And it refers to an armor-piercing

1    version of the bomb blamed for the death of eight British

2    soldiers.

3              Do you see that in the highlighted portion?

4    A.  Yes, sir, I do.

5    Q.  In your assessment, is the armor-piercing bomb being

6    referenced here in the BBC article referring to an EFP?

7    A.  Yes, sir.

8    Q.  And the article goes on to accuse -- it says that the

9    U.K., the United Kingdom, government has accused Iran of

10   supplying new weapons to militants in southern Iraq.

11             Is that consistent with your knowledge of the

12   British government's assessment at that time?

13   A.  Yes, sir.

14   Q.  And it says here the accusation was that the weapon was

15   being supplied via the Lebanese Hezbollah militia group,

16   although Tehran denies it.

17             My question is:  In October of 2005, did British

18   intelligence assess that these weapons, these EFPs, were the

19   product of Lebanese Hezbollah?

20   A.  Yes, sir.

21             MR. OSEN:  Let's turn to Slide 13 for a moment.

22   BY MR. OSEN:

23   Q.  Can you tell us what the turtle on the fence post

24   signifies for you?

25   A.  This is maybe an unartful way of explaining how I used

1     to express what was happening in Iraq at the time.

2              The turtle has its own capabilities, certainly

3     protective and can move about, but cannot arrive on top of a

4     fence post without some external assistance.

5              And as we watched the rapid capability development

6     of the Shi'a militia in Iraq from a weapons training and

7     tactics procedure, the speed with which they achieved this

8     capability and their ability to adapt led me to believe that

9     there was external assistance provided.  Hence, the turtle

10    on the fence post.

11             MR. OSEN:  If we can turn to Slide 14, please.

12    BY MR. OSEN:

13    Q.  General Oates, we heard from Dr. Levitt earlier this

14    morning a little bit about Muqtada al-Sadr.  He was kind

15    enough to spell it, so I won't do it again.

16             Before we talk about him, can you briefly discuss

17    the individual beneath his picture, Al-Sayeed Mohammed Sadiq

18    al-Sadr?

19    A.  The gentleman was Muqtada al-Sadr's father, a revered

20    Shi'a cleric in Iraq.  He was murdered by Saddam Hussein's

21    forces along with two of his sons in 1999.

22    Q.  And you said he was revered.  Did he in fact have a

23    following or a movement of his own?

24    A.  He did, sir.  And it extended beyond Iraq into Iran and

25    Lebanon.

1    Q.  And who were the principal adherents or enthusiasts of

2    the Sadr movement?

3    A.  Shia.

4    Q.  Did they come principally from the upper echelons of

5    society or was it more of a grassroots organization?

6    A.  It was the downtrodden, the people who had been abused

7    by Saddam for many years and had the lowest stations in life

8    that were the principal adherents.

9    Q.  Now, under Saddam's regime, did the Sadr movement have a

10   military apparatus?

11   A.  No, sir.

12   Q.  Were they trained at any point during the Hussein regime

13   as either militants or terror cells?

14   A.  No, sir.

15   Q.  When the US-led invasion occurred in 2003 in the spring,

16   did Muqtada al-Sadr emerge as a leader of the Shi'a in Iraq?

17   A.  He did.  He was young and ambitious and sought to use

18   his family's name to galvanize the Shi'a resistance in

19   southern Iraq.  And that started almost immediately in 2003.

20   Q.  Did he have any military experience?

21   A.  No, sir; and very little clerical experience as well.

22   Q.  The slide references a June 2003 meeting between

23   Mr. Sadr and the Supreme Leader of Iran.  Can you tell us

24   what that was about?

25   A.  The Iranian leadership knew his father.  They knew Sadr.

1    At this point, they regarded him as a young firebrand, but

2    not much more capable, potentially a useful tool in the

3    resistance.

4         So he was invited to Iran to meet with the senior

5    leadership and was given assistance in the formation of what

6    became Jaysh al-Mahdi.

7    Q.  During the course of his meetings in Iran, did he have

8    occasion to meet at that time with the gentleman featured

9    over there, Major General Qasem Soleimani?

10   A.  He did.  As previously testified, he's the head of the

11   Qods Force.

12   Q.  At that time, did the Qods Force promise or offer any

13   assistance to Sadr and his movement?

14   A.  They did.

15   Q.  And what kind of assistance did they offer?

16   A.  Financial, training and organization assistance through

17   Lebanese Hezbollah.

18   Q.  And did that assistance come initially in the form of

19   training or organizational advice from Imad Mughniyeh?

20   A.  Yes, sir.

21   Q.  Dr. Levitt previously identified Mr. Mughniyeh as the

22   then-head of the Islamic Jihad Organization of Hezbollah.

23        Do you concur with that?

24   A.  Yes, sir, I do.

25   Q.  And it's your assessment that Imad Mughniyeh was

1    dispatched to Iraq in 2003 to assist in the creation of

2    Jaysh al-Mahdi?

3    A.  Yes, sir.

4    Q.  And was that at the direction of the IRGC Qods Force?

5    A.  Yes, sir, it was.

6          MR. OSEN:  Let's turn to the next slide, please.

7    BY MR. OSEN:

8    Q.  Tab 3, General, has previously been admitted as

9    Exhibit 18.  And it was discussed with Dr. Levitt, so I

10   won't go into it in detail.

11         I just want to ask whether you concur with the

12   State Department assessment in a couple of respects.  First

13   of all, it references here that since at least 2004,

14   Hezbollah has provided training and logistics to Iraqi Shi'a

15   militants, including the construction of and use of shaped

16   charge IEDs.

17         Let me stop there and ask whether in your

18   assessment the reference to shaped charge IEDs is, in fact,

19   a reference to EFPs or to some other device.

20   A.  No.  That's the EFPs, what they're referencing.

21   Q.  And it goes on to say that Hezbollah developed these

22   against Israeli forces in southern Lebanon.  Is that your

23   assessment as well?

24   A.  Yes, sir, it is.

25   Q.  And most critically, were these weapons provided by

1    Lebanese Hezbollah as early as 2004 to the Shi'a groups?

2    A.  Yes, sir, they were.

3              MR. OSEN:  Let's turn to the next slide, please.

4    BY MR. OSEN:

5    Q.  General, can you tell us what you mean by "trouble with

6    JAM"?

7    A.  In the spring of 2003, Muqtada al-Sadr, trying to

8    galvanize this Shi'a resistance, brought together a very

9    popular uprising and confronted the Coalition force in the

10   holy city of Najaf in Karbala as well as some parts of

11   Baghdad.

12             And from this, the Coalition -- he exacted some

13   concessions from us, particularly that we would not enter

14   with military force into the holy cities.  And so he

15   demonstrated both to his people and to the Coalition force

16   that he had the ability to bring together a large formation

17   of people, not a significant armed force, if you will, in

18   that regard, but a lot of people to get these concessions.

19             MR. OSEN:  Let's turn to Slide 17, please.

20   BY MR. OSEN:

21   Q.  After receiving these concessions following the April of

22   2004 confrontation, what happened in Najaf in August of

23   2004?

24   A.  Just prior to this, the Coalition Provisional Authority

25   directed his primary media outlet, his propaganda outlet, if

1    you will, to be closed down and arrested a senior cleric

2    that was one of his lieutenants.

3          So Sadr did exactly as he did earlier:  called a

4    large riot again to confront the Coalition force.  But this

5    time, a significant number of these young men were armed

6    with individual weapons.  The Coalition, the US forces in

7    particular, were dispatched immediately to confront this

8    riot and conducted several days of combat with the army of

9    al-Sadr, Jaysh al-Mahdi.

10   Q.  Did JAM or Jaysh al-Mahdi sustain significant casualties

11   in this encounter?

12   A.  Yes, sir, they did.

13   Q.  Approximately how many American soldiers or Marines were

14   killed in this?

15   A.  Dozens wounded and killed.  But the kill on the enemy

16   side was closer to 1,000.

17   Q.  Did this large casualty count on the part of Jaysh

18   al-Mahdi reduce Sadr's prestige within his own organization

19   or movement?

20   A.  It had two effects, in my opinion:  It demonstrated to

21   the Coalition force that he could bring together an armed

22   force, eventually as incapable as they might have been as an

23   are organized force.

24         But within his organization, many people were --

25   some of his subordinate leaders were unhappy with the

1    outcome, and in particular some discussion that he might

2    enter into cease-fires with the Coalition force.  They were

3    unhappy with that.

4    Q.  Did the unhappiness that you described lead to the

5    creation of Special Groups after August of 2004?

6    A.  Yes, sir.

7    Q.  And were those Special Groups different in any way from

8    the Mahdi's Army up to that point?

9    A.  They were different in every way.  The Mahdi Army was a

10   large, popular group.  Think of men not really organized

11   carrying individual weapons, Special Groups, smaller groups,

12   several hundred, maybe, very specifically selected to be in

13   these groups for their loyalty and ability, and then armed

14   with better weapons and trained how to use them and how to

15   move tactically.  So very different from what we saw in the

16   larger army.

17   Q.  Now, when the Special Groups were created in 2004, did

18   Lebanese Hezbollah or the IRGC Qods Force take on a greater

19   oversight role over these particular cells?

20   A.  They did, certainly from the training perspective; and

21   then their level of direction to these teams grew over time

22   to where it became almost exclusively directed by Lebanese

23   Hezbollah and the IRGC.

24   Q.  At this point in time -- and I'll frame it as the 2004

25   to 2006 period -- did Muqtada al-Sadr retain any control or

1    oversight over these Special Groups?

2    A.  He retained some control in that the funding from Iran

3    and internal to his organization was still provided to the

4    Special Groups.  But his control over and his direction of

5    the Special Groups became less over time.  But he was still

6    in the chain of command, if you will.

7            MR. OSEN:  Let's turn to Tab 4.  And this has been

8    previously admitted and marked as Exhibit 84.

9    BY MR. OSEN:

10   Q.  Do you recognize this document, General?

11   A.  Yes, sir, I do.

12   Q.  And can you tell us briefly what kind of document it is.

13   A.  It's a fairly standard intelligence report within the

14   Multi-National Force-Iraq.  That's the senior Coalition

15   headquarters in Iraq.

16   Q.  And what's the date on the document?

17   A.  5 August 2007.

18   Q.  Could you read into the record the highlighted portion

19   on Page 1.

20   A.  Yes, sir.

21            "Using estimates of various sources of funding,

22   DIA assessed that current Sadr's income from domestic

23   sources is at least approximately $17 million per year,

24   compared to $8 million to $12 million per year from Iran."

25   Q.  Does this document suggest that MNF-I, Multi-National

1    Force-Iraq's, assessment was that the Sadr movement received

2    somewhere in the neighborhood of a third of its funding or

3    more from Iran?

4    A.  Yes, sir.

5            MR. OSEN:  If we could turn to the fourth page of

6    the document.  It should have a tab on it.

7    BY MR. OSEN:

8    Q.  There's an assessment here about JAM fighters.

9            Do you see that?

10   A.  Yes, sir, I do.

11   Q.  Could you read that into the record for us.

12   A.  "At the fighter level, JAM members are assessed to join

13   for financial purposes, especially in provinces with high

14   unemployment, such as 65 percent unemployment in Muthanna,

15   in Dhi-Qar.

16           "JAM is reported to draw its membership from

17   young, unemployed men who intimate -- who intimidate

18   shopkeepers, and some have been assessed to kidnap for

19   profit."

20   Q.  Is it fair to say that JAM had a variety of typically

21   organized crime-like sources of revenue?

22   A.  They did.  And it extended from kidnapping to basic

23   shakedown of shopkeepers.  And also, they benefited from

24   corruption within the contracting systems in Iraq as well.

25   I don't recall their percentage, but it was significant.

1    Q.  They in fact got some of their revenue from their

2    control of, for example, the health ministry or other

3    ministries within the Iraqi government at that time?

4    A.  That's correct.

5    Q.  Okay.  The last question on this:  Did the Special

6    Groups in 2004 to 2006 receive their funding from the IRGC

7    directly or did they receive it through Sadr's offices?

8    A.  They received it through Sadr's offices.

9    Q.  And did there come a point in time in 2006 or thereafter

10   where these Special Groups began to receive direct funding

11   from the Qods Force?

12   A.  They did, as long as -- as well as direct materiel

13   support.

14            MR. OSEN:  Let's jump ahead to Slide 21.  This is

15   Tab No. 5.

16   BY MR. OSEN:

17   Q.  Have you seen this document before?

18   A.  Yes, sir, I have.

19   Q.  Can you tell us very briefly what the context of this

20   report is.

21   A.  This is a report requested by Congress on the security

22   status in Iraq.

23   Q.  I'd like to ask you to turn to the tab on Page 3 of the

24   document.  It's hopefully been highlighted for you.

25   A.  Yes, sir.

1    Q.  This again reiterates the theme that Lebanese Hezbollah

2    is providing insurgents with training, tactics and

3    technology.

4           Do you see that language?

5    A.  I do, sir.

6    Q.  It refers to small-unit tactical operations and

7    sophisticated IEDs.

8           Do you see that?

9    A.  I do.

10   Q.  Is that principally referring to EFPs?

11   A.  Yes.

12   Q.  I want you to read the last sentence in that highlighted

13   portion, beginning with the words "The flow."

14   A.  "The flow of new IED technologies and highly creative

15   emplacement and employment methods underscore the enemy's

16   ability to adapt and react quickly and efficiently to CF,"

17   which is Coalition force, "countermeasures."

18   Q.  Okay.  Based on your assessment of the Jaysh al-Mahdi

19   movement in 2003 and 2004, was that a force that on its own

20   could deploy and react quickly and efficiently to

21   countermeasures?

22   A.  No, sir.  And as the Coalition force experienced

23   attacks, we changed our methods of operation and we changed

24   the protective status of the Humvees and went through

25   multiple iterations.  And yet the enemy adapted to that very

1     quickly, which told us more about how they're receiving

2     information about our own vulnerabilities.

3     Q.  I want to switch gears and turn to Slide 22 for a

4     moment.

5              Let's talk a little bit about the political

6     situation that's going on simultaneously with the events

7     we've been discussing.

8              We spoke already about the Sadrist trend or the

9     Office of the Martyr Sadr.

10             Can you tell the Court what the SCIRI was?

11    A.  The Supreme Council for the Islamic Revolution in Iraq,

12    or SCIRI, was formed during the Iran-Iraq war in the early

13    '80s, I think '82.  It was formed in Iran.  It was supported

14    financially, spiritually, if you will, through the Shi'a

15    mullahs in Iran, largely affiliated with the Hakim family in

16    Iraq.

17    Q.  And was the SCIRI funded by the IRGC?

18    A.  Yes, sir, it was.

19    Q.  Would it be safe to say that the SCIRI was effectively a

20    proxy of the IRGC?

21    A.  Yes, sir.

22    Q.  Did the SCIRI have a military arm?

23    A.  It did.

24    Q.  And what --

25    A.  A moderate -- I'm sorry.

1    Q.   Go ahead.

2    A.   The Badr Corps was the armed part of SCIRI.

3    Q.   And did that Badr Corps armed faction of SCIRI launch

4    attacks on US and Coalition Forces in Iraq?

5    A.   They did; as early as 2003.

6    Q.   Were they launching those attacks at the direction of

7    the IRGC Qods Force?

8    A.   Yes, sir, they were.

9    Q.   Let's jump down to the bottom to the Da'wa Party.  What

10   can you tell us about that?

11   A.   The Da'wa Party is another Shi'a political party.  Like

12   SCIRI, it focused on the Shi'a elite, not the

13   disenfranchised.  It was formed in the 1950s.

14          It was really more focused on the political elite

15   of the Shi'a community.  And they had no armed force.

16          MR. OSEN:  If we could turn to Slide 23, please.

17   BY MR. OSEN:

18   Q.   You've already identified Mr. Sadr.  Can you tell us

19   about the other three major candidates and parties in the

20   December 2005 elections.

21          THE WITNESS:  Your Honor, Allawi on the far left

22   was the Coalition-preferred candidate; he was the acting

23   prime minister from the time we established a governing

24   council.

25          Mr. Adil Abdul-Mahdi was the candidate of the

1    SCIRI party; clearly, a surrogate of the Iranian IRGC.

2            Mr. Jaafari was the candidate of the

3    aforementioned -- I'm drawing a blank here.

4    BY MR. OSEN:

5    Q.  The Da'wa Party?

6    A.  The Da'wa Party.

7    Q.  After the election was over, who emerged as the prime

8    minister of the nascent Iraqi government?

9    A.  Mr. Jaafari.

10   Q.  And did the Sunni parties participate in this election?

11   A.  They did not.

12   Q.  As a result of their nonparticipation or for any other

13   reason did they lack influence in the emerging Iraqi

14   government?

15   A.  They were encouraged by their own leadership not to

16   participate; and it worked out to their disadvantage.  The

17   Coalition Provisional Authority was trying to establish a

18   democratic government, and it meant the majority would rule.

19   The majority voted and the majority took over.  So the Shi'a

20   were disproportionately in power in Iraq.

21   Q.  And did they form a government with the regular

22   complement of ministries?

23   A.  They did.  They immediately took over all the organs of

24   Iraqi government.

25   Q.  And who became the minister of the interior?

1    A.  A gentleman named Mr. Bayan Jabr.

2    Q.  And what was -- what party or organization was he

3    affiliated with?

4    A.  He'd been a former Badr Corps officer aligned with

5    SCIRI.

6            When he took over the ministry of interior -- the

7    ministry of interior is responsible for all domestic

8    security in Iraq -- he removed virtually all the Sunni

9    police officers and brought in former colleagues of his from

10   the Badr Corps to assume all those responsibilities.

11   Q.  Let's turn to Slide 24 and talk about the 2006

12   elections.

13           Can you tell us, who is in that photograph?

14   A.  This is a picture of Nouri al-Maliki.

15   Q.  And what role did he play in the 2006 election?

16   A.  He was ultimately selected as the prime minister; a

17   consensus candidate, if you will, because Muqtada al-Sadr

18   decided to encourage his followers in the Sadrist trend to

19   support him as opposed to Jaafari, who was the existing

20   prime minister.

21   Q.  For the next couple of years, did Mr. Maliki serve as

22   the Iraqi prime minister?

23   A.  Yes, sir.

24   Q.  Was he our primary point of contact with the Iraqi

25   government, the ultimate decision-maker that we worked with?

1    A.   Yes, sir.

2    Q.   And was it the goal of US policy during this period of

3    time to support Mr. Maliki and try and stabilize Iraq on

4    behalf of his government?

5    A.   Yes, sir.

6    Q.   Did Mr. Maliki take any steps to reduce the sectarian

7    divide between Sunni and Shi'a?

8    A.   He did not.

9            MR. OSEN:  Let's turn to Slide 25, please.

10   BY MR. OSEN:

11   Q.   During this time period, both in Mr. Jaafari and

12   Mr. Maliki's administration, can you briefly describe why

13   you would describe that as a civil war.

14   A.   The Sunni population, as I mentioned before, had been

15   disenfranchised.  They had skill because they had occupied

16   the security forces and they had access to weapons.

17   Politically, they had no support out of the new Iraqi

18   government, which was controlled by the Shi'a.

19            And now the internal security operations of the

20   government were attacking them rather than upholding the

21   rule of law.

22            And so it incited a revolt by the Sunnis against

23   the Shi'a and against the Coalition force.  Thus, the civil

24   war.

25            MR. OSEN:  Let's turn to Slide 26, please.

1   BY MR. OSEN:

2   Q.  General, what's the significance of the Samarra mosque

3   bombing in February of 2006?

4   A.  It starts with its location in Salah ad-Din Province, a

5   largely Sunni province, home of Saddam Hussein.  This is a

6   Shi'a mosque, a very holy Shi'a mosque, inside a

7   predominantly Sunni province.

8           When it was bombed by Al-Qaeda, it added a

9   tremendous amount of fuel to the sectarian violence between

10  the Shi'a and Sunni.

11  Q.  During this time period, just to sort of reorient on the

12  map, US forces were responsible for the areas north and west

13  of Baghdad.  Is that correct?

14  A.  Yes, sir.

15  Q.  And the areas in the south, which were predominantly

16  Shi'a, were still within the British and to some extent

17  Polish areas of responsibility.  Correct?

18  A.  Yes, sir.

19  Q.  So how would you describe the United States military's

20  focus in terms of what it saw?  I'm talking now in the

21  period 2005 and 2006.  What did it see as its principal

22  threat, both to the US and Coalition Forces on the one hand

23  and the stability of Iraq and its government on the other?

24  A.  Our focus non-kinetically was to get the Sunnis to

25  support the new government and participate.

1           Kinetically, we were focused on those of the Sunni

2      former regime element that were still trying to kill us

3      daily and Al-Qaeda in Iraq, which at this point had reached

4      a significant capability.

5           I was in Samarra the day before this mosque was

6      bombed.  That was my area of operations in Salah ad-Din.

7      Q.  Did there come a point in time in 2006 or thereafter

8      where the United States military began to reassess the

9      prioritization of confronting Sunni rejectionist groups or,

10     put a different way, did the United States come to see the

11     threat from Shi'a Special Groups as more significant than it

12     had in the past?

13     A.  Yes, sir.  When casualties started appearing with the

14     increased sophisticated attacks in the south, that drew our

15     attention to the south.

16     Q.  And were those attacks principally the result of EFP

17     strikes?

18     A.  Yes, sir, they were.

19          MR. OSEN:  I'd like to turn to Tab 6 in Exhibit

20     32, which was previously admitted.  This is Slide 27.

21     BY MR. OSEN:

22     Q.  Do you recognize this document?

23     A.  Yes, sir.

24     Q.  Can you tell us what it is?

25     A.  These were affectionately known in the Pentagon as

1    snowflakes.  The Secretary of Defense, Mr. Rumsfeld, would

2    send one or any number of these out on a daily basis with

3    very specific questions or directives.

4    Q.  This particular directive says that, quote, "If we know

5    so much about what Iran is doing in Iraq, why don't we do

6    something about it?"

7         Do you see that?

8    A.  Yes, sir.

9    Q.  At this point in time in November of 2006, did the

10   United States military in Iraq have a comprehensive plan for

11   dealing with malevolent Iranian activity in Iraq?

12   A.  No, sir.

13        MR. OSEN:  I want to turn to Slide 28, please.

14   BY MR. OSEN:

15   Q.  General, what can you tell us about the arrest or

16   capture of General Mohsen Chirazi in December of 2006?

17   A.  In northern Iraq, in short order, we apprehended General

18   Chirazi and a Deputy Colonel Davari.  Both were Qods Force

19   members in the Shi'a political SCIRI compound associated

20   with Mr. Hakim.  Found with him were a significant amount of

21   documentation and materiel that clearly identified their

22   direct involvement with militia in Iraq.

23        The same with the Erbil 5.  This was ostensibly an

24   Iranian consulate and consular officials who, upon

25   apprehension, we determined were in fact members of the IRGC

1     and were -- had in their possession documentation and

2     materiel which clearly aligned them with support, malign

3     support to the Shi'a militia.

4               MR. OSEN:  If we can turn to Tab 7 and Slide 29,

5     please.

6     BY MR. OSEN:

7     Q.  Can you identify for the Court what --

8               MR. OSEN:  I'm sorry.  It's been previously marked

9     as Exhibit 65, but not preadmitted.

10    BY MR. OSEN:

11    Q.  Could you tell us what this particular document is?

12    A.  This is a briefing from Multi-National Force-Iraq.

13    Q.  What is the date on the briefing?

14    A.  The date is 11 February 2007.

15    Q.  Can I direct your attention to the first tab, which is

16    titled January 2007, Erbil raid.

17    A.  Yes, sir.

18    Q.  Do you see that?

19    A.  Yes, sir.

20    Q.  Is this the documentation you referred to connected to

21    the Erbil 5 reference a moment ago?

22    A.  Yes, sir.

23    Q.  And as a result of that raid and the arrest of General

24    Chirazi previously, did the United States military gain a

25    greater understanding of the IRGC Qods Force's role in Iraq?

```
1    A.  Yes, sir.

2    Q.  Could you turn to the -- I believe it's the last page in

3    the presentation.  It's titled Highlights From Detainee

4    Interviews.

5    A.  Yes, sir.

6    Q.  Does this slide more or less accurately reflect the

7    state of the US military's assessment of the Qods Force

8    activity in supplying weapons and materiel to Iraqi Special

9    Groups?

10   A.  Yes, sir.

11   Q.  At this point in time --

12            THE COURT:  Excuse me.  Where is this one?  Where

13   is this in the exhibits?

14            MR. OSEN:  It is Exhibit 65.  Sorry, your Honor.

15            THE COURT:  Okay.  What tab?

16            MR. OSEN:  I'm sorry.  Tab 7.

17   BY MR. OSEN:

18   Q.  The United States arrested General Chirazi in December.

19   It arrested the Erbil 5 in January.  Did the IRGC Qods Force

20   take any steps or did it respond in any way to this series

21   of arrests?

22   A.  Yes, sir, they did.  They planned and executed a number

23   of direct attacks against Coalition Forces.

24   Q.  Was the January 20th attack in Karbala one of those --

25   A.  Yes, sir.
```

```
 1     Q.  -- attacks executed?

 2     A.  Yes, sir.

 3     Q.  Okay.

 4            MR. OSEN:  If we could turn to Slide 33, please.

 5     BY MR. OSEN:

 6     Q.  Dr. Levitt briefly touched upon the special group known

 7     as Asa'ib Ahl al-Haq.

 8            Are you familiar with them?

 9     A.  Yes, sir.

10     Q.  Are you able to identify the individual in this

11     photograph?

12     A.  Yes.  The individual is Qais Khazali.

13     Q.  Was he a Special Groups commander?

14     A.  Yes, sir.

15     Q.  Was he under Muqtada al-Sadr's direction during the

16     period from 2003 to 2006?

17     A.  Yes, sir, he was.

18     Q.  And was Asa'ib Ahl al-Haq an original special group or

19     was it formed later on?

20     A.  It was formed later on.

21     Q.  And at the time it was formed, did it become independent

22     of Mr. Sadr or was it under his supervision and control?

23     A.  Eventually, it came out from under his direct control.

24     Q.  Who funded Asa'ib Ahl al-Haq?

25     A.  The IRGC funded Asa'ib Ahl al-Haq and supported them
```

1    with trainers from Lebanese Hezbollah.

2    Q.  And who provided them with their weapons?

3    A.  It came from the Qods Force.

4    Q.  And did they receive Iranian-manufactured EFPs?

5    A.  Yes, sir.

6           THE COURT:  At what point did they become more

7    independent?  What time period are we talking about?  You

8    said "later on."  What time period are you talking?

9           THE WITNESS:  In the late 2005-early 2006, Qais

10   Khazali was ostensibly subordinate to Mr. Sadr.  But he was

11   much more interested in conducting direct attacks against

12   the Americans; and he was supported and encouraged by the

13   Qods Force to do so, and they took more direct control of

14   him at that point.

15          So if I had to pick a date, it would be early

16   2006.

17          THE COURT:  Okay.

18   BY MR. OSEN:

19   Q.  In your professional assessment, was Asa'ib Ahl al-Haq

20   an independent organization or merely an extension of or an

21   agent of the IRGC Qods Force?

22   A.  It was a proxy of the Qods Force.

23   Q.  What I'm trying to get at for the benefit of the Court

24   is, there's a continuum, if you will, of control and support

25   that Iran and other countries give to various terrorist

1    organizations -- some of that might involve funding; some of

2    that might involve the supply of weapons, but not

3    necessarily -- that indicates actual direction or control of

4    the groups.

5              In the case of Asa'ib Ahl al-Haq, how would you

6    describe the role or the degree of control by the IRGC Qods

7    Force?

8    A.  By 2006, they had much more direct control of this

9    organization than Sadr did.

10   Q.  Let's talk briefly in Slide 34 about the capture of the

11   Khazali brothers and Ali Musa Daqduq.

12             Dr. Levitt discussed their capture in southern

13   Iraq.  I believe it was in Basra.  Is that correct?

14   A.  Yes, sir.

15   Q.  What did US intelligence learn from interrogations of

16   these detainees that it didn't know already about the role

17   of Hezbollah in Iraq?

18   A.  We learned that the degree of involvement of Lebanese

19   Hezbollah from 2003 forward was much more significant than

20   we had previously assessed.

21             Further, regarding this particular attack, that

22   they had been directly involved in selecting the target and

23   providing direction on this attack.

24             THE COURT:  And that attack is?

25             THE WITNESS:  The Karbala attack, ma'am.

1           MR. OSEN:  I'd like to turn to Slide 35.  It's

2     also Tab 8 in your binder.  It's been previously admitted as

3     PX 9.

4     BY MR. OSEN:

5     Q.  General, do you recognize this Treasury Department press

6     release?

7     A.  Yes, sir.

8     Q.  The area of the document I want you to focus on is also

9     on the screen.  If you could read the highlighted portion.

10    A.  "Iran-based Abdul Reza Shahlai, a deputy commander in

11    the IRGC Qods Force, threatens the peace and stability of

12    Iraq by planning Jaysh al-Mahdi Special Groups attacks

13    against the Coalition Forces in Iraq.

14          "Shahlai has also provided material and logistical

15    support to Shi'a extremist groups, to include JAM Special

16    Groups that conduct attacks against US and Coalition Forces.

17          "In one instance, Shahlai planned the January 20,

18    2007, attack by JAM Special Groups against US soldiers

19    stationed at the provincial joint coordination center in

20    Karbala, Iraq.  Five US soldiers were killed and three were

21    wounded during the attack."

22    Q.  Although it's not on the slide, you can see on the board

23    over there an attempt to mark out the command and control

24    responsibility for the Karbala attack.

25          What role did General Shahlai have in the Qods

 1    Force as it related to operations by Special Groups in Iraq?

 2    A.  General Shahlai had -- as the deputy commander of the

 3    Qods Force had Iraq as his portfolio, if you will, Qods

 4    Force having a more global mission.  And he managed and

 5    directed most of the activities in Iraq.

 6    Q.  In 2003, when Muqtada al-Sadr traveled in June to meet

 7    with the Supreme Leader, who was the individual who was the

 8    official sort of host for that visit?

 9    A.  The official host was General Soleimani.

10    Q.  And who was the person who maintained primary contact

11    with Mr. Sadr and his deputies?

12    A.  Mr. Khatrani, who had the Iraq portfolio for Lebanese

13    Hezbollah.

14    Q.  And did he work with General Shahlai in coordinating the

15    Shi'a Special Groups in Iraq?

16    A.  Yes, sir.

17            MR. OSEN:  Let's turn to Slide 38, please.

18    BY MR. OSEN:

19    Q.  We talked about Qais Khazali and about Asa'ib Ahl

20    al-Haq.  And we also spoke about the Badr Organization or

21    the Badr Corps.

22            Can you tell us a little bit about Kata'ib

23    Hezbollah and when it first came on the scene?

24    A.  Kata'ib Hezbollah was founded, we believe, in early

25    2007.  It was a whole-cloth creation of the IRGC.  Mr. Abu

1    Mahdi al-Muhandis was placed in charge.  He was a very

2    senior advisor to Qasem Soleimani, a former Badr Corps

3    member as well.  And he began operations exclusively against

4    Coalition force.

5    Q.  Did Kata'ib Hezbollah use EFP weapons?

6    A.  Yes, sir.

7    Q.  Were they supplied by the IRGC Qods Force?

8    A.  Yes, sir.

9    Q.  Were they known for any other signature weapons provided

10   by the IRGC?

11   A.  Yes, sir.

12          There were some sophisticated mortar rounds that

13   were rocket assisted, IRAM, an improvised system that was

14   only found in Iraq, provided by Iran, which was another

15   signature weapon.

16   Q.  Again, from a standpoint of control, how would you

17   assess the degree to which the Qods Force actually directed

18   the activities and operations of Kata'ib Hezbollah?

19   A.  They were again the exclusive director of their

20   operations.  They were, in fact, their proxy organization

21   operating in Iraq.

22   Q.  And just to finish it off on this slide, as far as the

23   Badr Corps is concerned and their attacks on US and

24   Coalition Forces, was Badr Corps in any way independent of

25   the Qods Force?

1     A.   No.   It was formed by them early, probably the first of

2     the Special Groups, because they had such a longstanding

3     relationship with the Iranians.

4               MR. OSEN:   I'd like to turn briefly to Slide 42.

5     This is Tab 13 in the binder.   It's been previously admitted

6     as PX 78.

7     BY MR. OSEN:

8     Q.   Can you tell us what a SecDef weekly update is?

9     A.   These were recurring reports from the Commanding General

10    Multi-National Force-Iraq, compiling reports from his

11    subordinate division commanders and sent to the Secretary of

12    Defense weekly.

13    Q.   I want to very briefly focus on just one portion of this

14    particular week's report, which discusses the discovery of a

15    weapons cache involving Iranian munitions.

16               Do you see that?

17    A.   Yes, sir, I do.

18    Q.   During this period of time in July of 2008, were you the

19    division commander of 10th Mountain Division in southern

20    Iraq?

21    A.   Yes, sir.

22    Q.   And was it common for your troops or troops under your

23    command to discover weapons caches that could be traced

24    directly to the Iranians?

25    A.   Yes, sir.

1    Q.  And it notes here, I believe, that these were

2    manufactured in early 2008.

3              What is the significance of the date of

4    manufacture?

5    A.  It indicates very clearly that the munitions were fairly

6    new and in good condition and had been moved into Iraq that

7    year.

8              MR. OSEN:  I'd like to turn to Slide 44, which was

9    previously marked as PX 115.  And it's a video.

10   BY MR. OSEN:

11   Q.  Because it's in Arabic, General, you can feel free to

12   talk over it.  It has subtitles, so you can explain the

13   context, if you would.

14             (Whereupon, Plaintiffs' Exhibit No. 115 was

15   published in open court.)

16             THE WITNESS:  This video was taken in 2014, so

17   several years after the Coalition left Iraq.  It's a capture

18   of now-Vice President Maliki of Iraq visiting Lebanon.

19             The gentleman in the center there is Prime

20   Minister Maliki, now vice president.

21             To his immediate left is Mr. Raad, who is the

22   parliamentarian from Lebanon for Hezbollah.

23             Probably more importantly, the gentleman in the

24   white turban that you saw and will see at the end,

25   Mr. Kawtharani, was the interlocutor for Lebanese Hezbollah

1    from the very beginning of the war in 2003.

2          What former Prime Minister Maliki is doing is

3    expressing appreciation to Lebanese Hezbollah for their

4    support all these years in Iraq.

5          And it's the clearest tie, I think, we have to his

6    public recognition of the Iranian -- the Lebanese Hezbollah

7    support of his activities in Iraq.

8    BY MR. OSEN:

9    Q.  My question to you, General, is:  Correct me if I'm

10   wrong, but wasn't Prime Minister Maliki the Allied part of

11   the Shi'a constituency in Iraq?  In other words, wasn't he

12   the --

13          THE COURT:  Can you keep your voice up?

14          MR. OSEN:  I'm sorry, your Honor.  I'll go back to

15   the microphone.

16          THE COURT:  Thank you.

17   BY MR. OSEN:

18   Q.  My question is:  Wasn't Prime Minister Maliki the person

19   we were working with and trying to support in the years

20   2006, 2007, 2008?

21   A.  Yes.  Pursuant to Iraq becoming a sovereign country

22   again in June of 2004, Mr. Maliki was our partner in

23   returning Iraq to sovereignty and the establishment of a

24   democratic country.  During this time, he was directly

25   involved with people that were killing our soldiers,

1    essentially.

2              MR. OSEN:  Let's turn to the last slide, No. 45.

3    BY MR. OSEN:

4    Q.  Is it your assessment that the United States

5    underestimated the threat posed by the Shi'a militias and

6    specifically the Special Groups in Iraq during the early

7    parts of the war?

8    A.  Yes, sir.

9    Q.  Why do you think the US was slow to recognize the

10   Iranian threat or the role of Iran in supporting these

11   groups?

12   A.  Our focus principally was against the Sunni terrorists

13   and Sunni former regime elements that were attacking our

14   soldiers directly.

15             And from a pure housekeeping standpoint, the

16   majority of the American force was located in Baghdad and

17   the north, while a great deal of this activity early on was

18   occurring in southern Iraq.

19             And we just did not have great, effective

20   reporting from our Coalition partners.  They largely stayed

21   within the confines of their base.  And so a great deal of

22   things went on in their area of operations that we just

23   didn't have a really good appreciation for.

24   Q.  Did the United States ever develop in the context of the

25   conflict in Iraq a successful countermeasure to the EFP

1    threat deployed by Special Groups?

2    A.  No.

3    Q.  Did Iran itself or the Revolutionary Guard Corps or its

4    Qods Force ever suffer any meaningful consequences for the

5    targeting and killing of US troops in Iraq?

6    A.  No.

7              MR. OSEN:  Thank you, General.

8              No further questions.

9              THE COURT:  The only housekeeping matter is,

10   Exhibit 65 is not preadmitted.  Did you want --

11             MR. OSEN:  I intend to offer it with another

12   witness for authentication.

13             THE COURT:  Okay.  I don't have any questions.

14   You're excused.

15             (Witness excused.)

16             THE COURT:  And I assume at this point we'd be

17   breaking for lunch and starting the witnesses in the

18   afternoon?

19             MR. OSEN:  Correct, your Honor.

20             THE COURT:  All right.  Thank you.

21             (Thereupon, a luncheon recess was taken, after

22   which the following proceedings were had:)

23             (Morning proceedings concluded.)

24

25

1

<u>**CERTIFICATE**</u>

2

3               I, LISA EDWARDS, RDR, CRR, do hereby

4    certify that the foregoing constitutes a true and accurate

5    transcript of my stenographic notes, and is a full, true,

6    and complete transcript of the proceedings produced to the

7    best of my ability.

8

9

10              Dated this 3rd day of December, 2018.

11

12              <u>/s/ Lisa Edwards, RDR, CRR</u>
                Official Court Reporter
13              United States District Court for the
                  District of Columbia
14              333 Constitution Avenue, NW, Room 6706
                Washington, DC 20001
15              (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$100** [1] - 36:5
**$12** [1] - 105:24
**$17** [1] - 105:23
**$200** [1] - 36:6
**$700** [1] - 50:4

## '

**'80s** [1] - 109:13
**'82** [1] - 109:13
**'train** [1] - 63:14

## /

**/s** [1] - 130:12

## 0

**07601** [1] - 1:17

## 1

**1** [15] - 27:1, 29:2, 31:11, 34:23, 37:11, 41:21, 50:23, 51:8, 56:14, 57:1, 65:20, 65:23, 66:4, 80:14, 105:19
**1,000** [3] - 78:23, 84:21, 103:16
**10** [3] - 72:5, 92:12, 92:22
**10-8-1997** [1] - 42:6
**100** [2] - 1:20, 49:25
**100,000** [1] - 38:24
**101st** [3] - 82:19, 83:3, 84:18
**102** [1] - 76:24
**10th** [6] - 83:21, 84:6, 84:18, 85:12, 96:25, 125:19
**11** [4] - 37:8, 73:7, 94:7, 117:14
**11(c)(1)(C)** [1] - 4:12
**115** [2] - 126:9, 126:14
**12** [2] - 55:24, 96:17
**127** [1] - 6:13
**128** [1] - 6:13
**12947** [1] - 40:23
**13** [4] - 2:5, 56:11, 97:21, 125:5
**13224** [7] - 32:7, 34:25, 35:4, 37:12,

57:4, 72:18, 77:11
**13382** [3] - 31:14, 32:18, 37:24
**13438** [2] - 65:25, 73:21
**13553** [1] - 32:21
**13572** [1] - 38:2
**13606** [1] - 32:21
**13th** [1] - 32:1
**14** [2] - 56:22, 98:11
**147** [1] - 60:23
**15** [2] - 2:10, 25:9
**15-minute** [1] - 79:8
**1500** [2] - 48:18, 53:23
**153** [4] - 2:11, 80:15, 80:22, 80:24
**154** [4] - 2:10, 14:9, 14:23, 15:1
**16-232** [2] - 1:4, 3:5
**16th** [2] - 30:25, 51:15
**17** [1] - 102:19
**1701** [1] - 36:8
**172** [1] - 62:15
**175** [1] - 15:22
**18** [3] - 60:4, 64:1, 101:9
**1950s** [1] - 110:13
**1979** [4] - 27:9, 27:12, 28:10, 44:15
**1980s** [6] - 40:3, 46:9, 48:19, 55:2, 64:9, 68:11
**1984** [2] - 27:17, 29:13
**1985** [1] - 40:4
**1990s** [3] - 59:12, 59:16, 62:2
**1992** [3] - 47:8, 47:11, 52:3
**1994** [2] - 47:9, 47:12
**1995** [7] - 40:23, 40:24, 41:1, 50:23, 50:24, 51:2, 51:3
**1998** [1] - 15:19
**1999** [1] - 98:21
**19th** [2] - 29:13, 77:4
**1B** [1] - 72:18

## 2

**2** [7] - 1:16, 29:16, 31:2, 40:20, 50:25, 51:17, 96:17
**20** [2] - 77:15, 122:17
**20-page** [1] - 76:6
**200** [2] - 49:25, 78:22
**20001** [2] - 1:25,

130:14
**2001** [3] - 15:20, 42:18, 55:24
**2003** [19] - 64:17, 67:12, 69:23, 82:8, 82:10, 86:18, 90:2, 94:12, 99:15, 99:19, 99:22, 101:1, 102:7, 108:19, 110:5, 119:16, 121:19, 123:6, 127:1
**2004** [18] - 61:22, 61:23, 69:23, 78:14, 78:21, 82:10, 82:18, 94:22, 101:13, 102:1, 102:22, 102:23, 104:5, 104:17, 104:24, 107:6, 108:19, 127:22
**2005** [9] - 18:20, 56:22, 75:25, 82:20, 95:11, 96:25, 97:17, 110:20, 114:21
**2005-2006** [1] - 87:4
**2005-early** [1] - 120:9
**2006** [24] - 53:5, 59:12, 59:19, 60:21, 60:23, 63:21, 75:24, 75:25, 82:20, 104:25, 107:6, 107:9, 112:11, 112:15, 114:3, 114:21, 115:7, 116:9, 116:16, 119:16, 120:9, 120:16, 121:8, 127:20
**2007** [26] - 9:13, 18:20, 31:10, 32:19, 34:21, 36:17, 36:19, 36:25, 60:21, 62:4, 62:18, 63:18, 63:22, 66:20, 66:24, 67:2, 72:21, 74:21, 76:5, 77:15, 105:17, 117:14, 117:16, 122:18, 123:25, 127:20
**2008** [9] - 48:2, 54:21, 56:18, 65:18, 83:19, 86:18, 125:18, 126:2, 127:20
**2008-2009** [1] - 83:22
**2009** [4] - 71:8, 72:9, 72:13, 73:11
**2010** [1] - 30:25
**2011** [8] - 32:21, 37:8, 38:1, 56:20, 78:14, 78:22, 81:6, 95:11
**2012** [4] - 32:22,

48:7, 56:11, 77:4
**2014** [2] - 48:9, 126:16
**2017** [2] - 30:9, 32:1
**2018** [3] - 1:7, 51:15, 130:10
**202** [2] - 1:25, 130:15
**20th** [3] - 9:13, 74:21, 118:24
**21** [2] - 56:23, 107:14
**219** [1] - 72:15
**22** [2] - 30:21, 109:3
**23** [2] - 37:3, 110:16
**23rd** [3] - 32:21, 40:24, 41:1
**24** [5] - 50:19, 51:1, 55:12, 72:13, 112:11
**24th** [1] - 50:23
**25** [2] - 51:11, 113:9
**251** [1] - 61:20
**25th** [5] - 32:19, 34:21, 40:23, 50:23, 51:3
**26** [2] - 55:20, 113:25
**26th** [1] - 72:9
**27** [2] - 56:7, 115:20
**28** [1] - 116:13
**28th** [1] - 7:12
**29** [3] - 52:21, 52:22, 117:4
**2nd** [2] - 42:18, 73:11

## 3

**3** [8] - 1:7, 35:11, 41:15, 51:24, 55:14, 56:1, 101:8, 107:23
**3,000** [1] - 36:3
**300** [1] - 60:17
**32** [2] - 81:4, 115:20
**33** [1] - 119:4
**333** [2] - 1:24, 130:14
**34** [1] - 121:10
**35** [1] - 122:1
**354-3269** [2] - 1:25, 130:15
**38** [1] - 123:17
**3800** [4] - 57:15, 57:24, 58:13, 71:13
**3rd** [1] - 130:10

## 4

**4** [3] - 42:12, 42:19, 105:7
**402** [1] - 1:17
**42** [1] - 125:4

**44** [1] - 126:8
**45** [1] - 128:2
**4705** [1] - 1:19

## 5

**5** [6] - 34:16, 105:17, 107:15, 116:23, 117:21, 118:19
**501(c)(3** [1] - 16:24
**5:00** [2] - 4:16

## 6

**6** [3] - 31:20, 87:12, 115:19
**65** [4] - 106:14, 117:9, 118:14, 129:10
**6706** [2] - 1:24, 130:14

## 7

**7** [2] - 117:4, 118:16
**72116** [1] - 1:20
**78** [1] - 125:6
**79** [1] - 2:7

## 8

**8** [4] - 65:14, 91:12, 105:24, 122:2
**80** [1] - 2:11
**82** [2] - 92:1, 92:2
**84** [1] - 105:8
**87** [1] - 6:13

## 9

**9** [3] - 62:4, 91:25, 122:3
**9/11** [1] - 15:22
**9:00** [1] - 4:11
**9:06** [1] - 1:7
**9:30** [1] - 4:11
**9th** [2] - 32:21, 65:18

## A

**a.m** [1] - 1:7
**a/k/a** [1] - 35:14
**a/k/a's** [1] - 42:21
**Abdul** [2] - 110:25, 122:10
**Abdul-Mahdi** [1] - 110:25

**ability** [8] - 44:21, 65:2, 91:23, 98:8, 102:16, 104:13, 108:16, 130:7

**able** [13] - 17:2, 20:1, 21:4, 22:18, 49:21, 58:1, 59:5, 59:23, 67:19, 69:6, 95:20, 96:10, 119:10

**abridged** [1] - 8:6

**abroad** [9] - 16:18, 27:19, 27:21, 30:5, 33:13, 34:8, 49:16, 54:5, 54:13

**absolutely** [12] - 12:25, 22:2, 24:19, 53:23, 59:13, 65:12, 71:24, 72:1, 85:9, 86:12, 91:5, 94:16

**Abu** [10] - 64:21, 64:25, 66:5, 66:6, 67:7, 71:4, 73:13, 73:25, 74:7, 123:25

**ABU** [1] - 64:21

**abused** [1] - 99:6

**abuses** [3] - 32:22, 34:7, 38:2

**academic** [7] - 21:1, 21:11, 21:13, 21:16, 22:9, 22:14, 24:9

**academics** [3] - 21:17, 23:6, 23:12

**academy** [1] - 23:7

**access** [1] - 113:16

**accompaniment** [1] - 92:5

**accomplish** [1] - 28:12

**accomplished** [1] - 75:15

**according** [1] - 71:21

**accuracy** [1] - 20:19

**accurate** [1] - 130:4

**accurately** [2] - 14:17, 118:6

**accusation** [1] - 97:14

**accuse** [1] - 97:8

**accused** [1] - 97:9

**achieve** [1] - 28:16

**achieved** [1] - 98:7

**acknowledging** [1] - 40:11

**acronym** [2] - 92:16, 94:25

**Act** [2] - 32:8, 72:16

**acted** [1] - 37:15

**acting** [8] - 8:10, 8:22, 37:13, 45:9, 45:13, 52:2, 77:11, 110:22

**action** [6] - 20:2, 46:16, 51:1, 75:21, 77:18, 89:18

**Action** [1] - 1:3

**actions** [4] - 19:23, 36:20, 42:18, 44:1

**active** [4] - 48:11, 65:6, 78:17, 81:5

**activities** [29] - 16:18, 24:16, 24:22, 25:3, 30:5, 32:13, 33:11, 33:13, 33:15, 34:7, 34:8, 35:23, 36:21, 43:18, 50:13, 54:5, 54:13, 57:5, 57:24, 67:5, 67:14, 68:19, 68:22, 77:19, 85:21, 95:2, 123:5, 124:18, 127:7

**Activities** [1] - 61:21

**activity** [9] - 57:16, 65:6, 76:22, 83:5, 83:7, 83:13, 116:11, 118:8, 128:17

**actor** [1] - 38:25

**acts** [6] - 19:4, 34:11, 66:8, 72:20, 73:19, 77:20

**actual** [6] - 28:4, 59:16, 88:16, 95:20, 95:23, 121:3

**ad** [2] - 114:4, 115:6

**ad-Din** [2] - 114:4, 115:6

**adapt** [2] - 98:8, 108:16

**adapted** [1] - 108:25

**add** [2] - 6:22, 92:4

**added** [2] - 41:13, 114:8

**addition** [5] - 9:11, 36:9, 63:15, 96:1, 96:2

**additional** [2] - 61:18, 63:13

**adherents** [2] - 99:1, 99:8

**Adil** [1] - 110:25

**adjunct** [1] - 13:8

**adjusted** [1] - 31:5

**administering/ governing** [1] - 82:7

**administration** [1] - 113:12

**Administrative** [1] - 3:18

**administrator** [1] - 82:12

**admission** [3] - 7:16, 7:18, 96:19

**admit** [3] - 7:23, 14:25, 80:23

**admitted** [8] - 7:23, 64:1, 80:22, 101:8, 105:8, 115:20, 122:2, 125:5

**adopt** [4] - 7:15, 7:22, 14:20, 80:18

**advanced** [2] - 63:3, 63:12

**Adversaries** [1] - 32:8

**advice** [1] - 100:19

**advised** [1] - 77:24

**advisor** [4] - 64:22, 71:17, 73:25, 124:2

**affect** [2] - 66:11, 67:22

**affectionately** [1] - 115:25

**affiliated** [3] - 90:5, 109:15, 112:3

**affinity** [1] - 49:8

**Afghanistan** [1] - 68:24

**aforementioned** [1] - 111:3

**Africa** [1] - 17:5, 24:13

**after-action** [1] - 75:21

**afternoon** [3] - 4:20, 4:22, 129:18

**agencies** [3] - 3:14, 48:21

**agent** [1] - 120:21

**agents** [2] - 8:16, 9:6

**ago** [4] - 55:3, 92:25, 94:9, 117:21

**agree** [2] - 19:13, 23:14

**agreed** [4] - 4:12

**ahead** [6] - 11:19, 18:21, 86:14, 86:21, 107:14, 110:1

**Ahl** [12] - 74:12, 74:14, 74:19, 74:23, 76:2, 119:7, 119:18, 119:24, 119:25, 120:19, 121:5, 123:19

**aim** [1] - 59:18

**aimed** [1] - 31:14

**Air** [1] - 47:17

**air** [1] - 28:6

**Airborne** [2] - 82:20, 84:18

**Aires** [1] - 47:10

**al** [2] - 1:3, 3:6, 8:17, 44:12, 44:18,

45:10, 49:9, 54:23, 55:6, 56:14, 56:15, 56:21, 57:1, 57:2, 57:8, 57:10, 58:17, 58:18, 58:22, 60:1, 63:20, 64:21, 65:21, 66:5, 66:6, 66:10, 66:16, 66:20, 66:24, 67:2, 67:7, 67:14, 69:13, 69:14, 69:16, 69:17, 69:20, 69:21, 69:22, 70:1, 70:2, 70:8, 70:9, 71:4, 73:13, 73:25, 74:7, 74:12, 74:14, 74:20, 74:23, 76:3, 77:10, 78:19, 98:14, 98:18, 98:19, 99:16, 100:6, 101:2, 102:7, 103:9, 103:10, 103:18, 104:25, 108:18, 112:14, 112:17, 119:7, 119:15, 119:18, 119:24, 119:25, 120:19, 121:5, 122:12, 123:6, 123:20, 124:1

**Al** [11] - 64:25, 66:17, 73:17, 83:10, 93:3, 93:11, 93:22, 93:25, 98:17, 114:8, 115:3

**AL** [2] - 56:15, 64:25

**al-Din** [8] - 54:23, 56:14, 56:15, 56:21, 57:1, 57:2, 57:8, 57:10

**al-faqih** [4] - 44:12, 44:18, 45:10, 49:9

**al-Haq** [12] - 74:12, 74:14, 74:20, 74:23, 76:3, 119:7, 119:18, 119:24, 119:25, 120:19, 121:5, 123:20

**al-Khazali** [1] - 74:23

**al-Mahdi** [17] - 8:17, 58:18, 58:22, 69:13, 69:16, 69:22, 70:2, 70:8, 70:9, 78:19, 100:6, 101:2, 103:9, 103:10, 103:18, 108:18, 122:12

**al-Maliki** [1] - 112:14

**Al-Muhandis** [1] - 73:17

**al-Muhandis** [6] - 64:21, 71:4, 73:13, 73:25, 74:7, 124:1

**al-Musawi** [3] - 55:6, 63:20, 77:10

**Al-Qaeda** [7] - 83:10,

93:3, 93:11, 93:22, 93:25, 114:8, 115:3

**al-Sadr** [15] - 58:17, 60:1, 69:14, 69:16, 69:17, 69:21, 70:1, 98:14, 98:18, 99:16, 102:7, 103:9, 104:25, 112:17, 123:6

**al-Sadr's** [2] - 98:19, 119:15

**al-Sadrs** [1] - 69:20

**Al-Sayeed** [1] - 98:17

**Al-Sheibani** [1] - 64:25

**al-Sheibani** [5] - 65:21, 66:5, 66:6, 66:20, 67:7

**al-Sheibani's** [5] - 66:10, 66:16, 66:24, 67:2, 67:14

**Al-Sheibani's** [1] - 66:17

**Ali** [11] - 27:14, 30:7, 31:8, 55:6, 63:20, 75:5, 75:11, 77:6, 77:9, 78:1, 121:11

**aligned** [4] - 71:10, 88:3, 112:4, 117:2

**Allawi** [1] - 110:21

**Allied** [1] - 127:10

**allies** [2] - 70:22, 77:23

**allow** [1] - 59:1

**almost** [8] - 33:11, 70:11, 88:7, 88:11, 90:14, 90:19, 99:19, 104:22

**ALMUHANDIS** [1] - 64:22

**alongside** [1] - 43:15

**ambassador** [2] - 37:17, 46:14

**ambitious** [1] - 99:17

**amended** [2] - 72:16, 72:18

**America** [4] - 24:13, 52:13, 53:4, 53:14

**America's** [1] - 32:8

**American** [7] - 8:25, 40:7, 59:8, 62:8, 62:14, 103:13, 128:16

**Americans** [4] - 9:14, 66:18, 66:22, 120:12

**amount** [5] - 50:3, 69:18, 96:11, 114:9, 116:20

**analogous** [1] - 63:25

**analysis** [3] - 16:7, 17:9, 18:8

analyst [3] - 15:19, 17:24, 17:25
analysts [1] - 22:4
analytical [1] - 15:21
analyzing [3] - 16:15, 16:20, 76:7
anatomy [1] - 10:8
Anbar [3] - 84:3, 87:14, 88:7
AND [1] - 1:19
animosity [1] - 52:12
animus [1] - 53:15
annex [2] - 41:5, 46:9
answer [4] - 12:9, 12:11, 12:12, 81:15
anti [3] - 61:5, 61:8, 65:5
anti-Coalition [2] - 61:5, 61:8
anti-Iraqi [1] - 65:5
anticipate [1] - 94:18
anticipated [1] - 16:2
anytime [1] - 28:14
apparatus [2] - 52:7, 99:10
Appeals [1] - 23:21
aPPEARANCES [1] - 1:13
appeared [1] - 61:1
appearing [1] - 115:13
appreciate [1] - 11:16
appreciation [2] - 127:3, 128:23
apprehended [1] - 116:17
apprehension [1] - 116:25
approach [1] - 93:25
appropriate [1] - 17:15
appropriately [1] - 10:22
April [3] - 32:21, 66:24, 102:21
AQI [1] - 93:23
Arab [4] - 39:15, 39:16, 88:8, 88:11
Arabia [3] - 47:14, 47:18, 84:1
Arabic [2] - 40:14, 126:11
Arabs [1] - 88:6
Arbabsiar [1] - 37:14
ARBABSIAR [1] - 37:14
area [10] - 83:12, 83:15, 83:23, 84:5,

84:15, 87:13, 89:18, 115:6, 122:8, 128:22
areas [7] - 26:14, 82:16, 89:2, 89:16, 114:12, 114:15, 114:17
Argentina [1] - 47:10
Ari [2] - 8:4, 11:3
ARI [1] - 1:14
Arkansas [1] - 1:20
arm [3] - 64:20, 74:1, 109:22
Armed [3] - 24:25, 28:5, 38:22
armed [8] - 38:21, 102:17, 103:5, 103:21, 104:13, 110:2, 110:3, 110:15
armor [4] - 61:13, 91:24, 96:25, 97:5
armor-piercing [3] - 61:13, 96:25, 97:5
armored [5] - 59:6, 62:3, 63:8, 85:7, 92:10
arms [1] - 69:6
army [5] - 28:5, 69:22, 90:22, 103:8, 104:16
Army [7] - 8:17, 82:16, 89:15, 92:16, 93:7, 104:8, 104:9
array [3] - 34:7, 50:12, 70:16
arrest [2] - 116:15, 117:23
arrested [3] - 103:1, 118:18, 118:19
arrests [1] - 118:21
arrival [1] - 67:1
arrive [1] - 98:3
art [1] - 59:1
article [3] - 96:24, 97:6, 97:8
Asa'ib [12] - 74:12, 74:14, 74:19, 74:23, 76:2, 119:7, 119:18, 119:24, 119:25, 120:19, 121:5, 123:19
Asia [1] - 24:12
aspects [1] - 26:24
assassinate [1] - 37:17
assassination [1] - 46:22
assassinations [1] - 68:3
assess [2] - 97:18, 124:17
assessed [4] -

105:22, 106:12, 106:18, 121:20
assessment [14] - 89:4, 94:12, 97:5, 97:12, 100:25, 101:12, 101:18, 101:23, 106:1, 106:8, 108:18, 118:7, 120:19, 128:4
asset [1] - 68:16
assets [3] - 31:15, 93:12, 94:13
Assets [2] - 32:5, 42:17
assist [3] - 26:20, 32:14, 101:1
assistance [7] - 98:4, 98:9, 100:5, 100:13, 100:15, 100:16, 100:18
assistant [5] - 16:6, 18:4, 18:5, 18:12, 18:15
assisted [3] - 36:6, 67:2, 124:13
associated [2] - 85:24, 116:19
ASSOCIATES [1] - 1:19
association [1] - 90:24
assume [3] - 7:20, 112:10, 129:16
assuming [2] - 7:14, 83:25
attached [3] - 6:20, 6:25, 14:13
attack [8] - 8:25, 9:10, 9:13, 9:15, 56:22, 74:21, 76:5, 76:7, 77:14, 78:14, 118:24, 121:21, 121:23, 121:24, 121:25, 122:18, 122:21, 122:24
attacking [4] - 46:5, 66:12, 113:20, 128:13
attacks [58] - 9:8, 9:9, 9:11, 9:21, 10:2, 27:6, 39:1, 40:6, 45:6, 45:19, 45:25, 46:3, 46:7, 46:17, 46:21, 46:25, 47:2, 47:7, 48:3, 48:4, 48:5, 48:6, 48:8, 48:12, 57:19, 58:2, 58:11, 61:5, 61:8, 62:24, 66:18, 66:21, 66:23, 69:1, 69:7, 69:24, 70:5, 70:11, 73:2, 74:15,

75:2, 75:22, 77:13, 77:25, 78:12, 78:15, 78:20, 108:23, 110:4, 110:6, 115:14, 115:16, 118:23, 119:1, 120:11, 122:12, 122:16, 124:23
attempt [2] - 94:24, 122:23
attempted [4] - 46:22, 48:2, 48:5, 48:8
attention [28] - 14:8, 29:1, 30:20, 31:2, 34:15, 35:10, 37:2, 41:5, 41:14, 41:21, 42:11, 42:19, 50:18, 51:4, 51:7, 51:10, 51:24, 55:11, 55:19, 60:3, 62:4, 65:13, 65:20, 66:3, 72:4, 73:6, 115:15, 117:15
August [3] - 102:22, 104:5, 105:17
Australians [1] - 39:10
authentication [1] - 129:12
authorities [2] - 33:20, 62:20
authority [1] - 34:13
Authority [4] - 82:4, 82:6, 102:24, 111:17
automatic [1] - 63:3
available [3] - 19:10, 23:5, 23:11
Avenue [3] - 1:19, 1:24, 130:14
avoid [1] - 5:10
Ayatollah [2] - 27:10, 27:14
Azerbaijan [1] - 48:4

## B

Ba'ath [5] - 90:3, 90:5, 90:11, 90:13, 90:24
Ba'athification [3] - 89:25, 90:5, 90:16
bachelor's [1] - 15:7
background [3] - 14:18, 15:5, 15:12
Badr [26] - 8:21, 54:23, 56:13, 56:15, 56:21, 57:1, 57:2, 57:8, 57:10, 64:6, 64:7, 64:17, 64:24,

65:4, 65:9, 110:2, 110:3, 112:4, 112:10, 123:20, 123:21, 124:2, 124:23, 124:24
BADR [1] - 56:15
Baghdad [10] - 66:19, 67:1, 82:23, 83:16, 83:25, 87:11, 88:9, 102:11, 114:13, 128:16
Bahrain [1] - 28:24
balance [2] - 10:19, 68:12
ballistic [1] - 32:20
ballistics [1] - 34:8
Bank [1] - 35:2
banking [1] - 20:13
barrack [1] - 55:1
barracks [3] - 40:9, 46:8, 47:17
base [3] - 22:19, 22:24, 128:21
based [9] - 10:6, 17:3, 36:21, 37:24, 66:6, 69:3, 74:3, 108:18, 122:10
basic [1] - 106:22
Basij [1] - 30:2
BASIJ [1] - 30:3
basis [1] - 116:2
Basra [5] - 84:1, 88:24, 89:8, 89:13, 121:13
battles [1] - 49:1
bayan [1] - 112:1
BBC [1] - 97:6
became [8] - 15:24, 49:24, 57:24, 65:5, 100:6, 104:22, 105:5, 111:25
become [4] - 49:14, 70:2, 119:21, 120:6
becomes [1] - 91:22
becoming [1] - 127:21
BEFORE [1] - 1:11
beforehand [1] - 76:8
began [4] - 91:8, 107:10, 115:8, 124:3
begin [2] - 3:12, 7:25
beginning [8] - 7:20, 31:3, 31:12, 35:11, 35:20, 57:1, 108:13, 127:1
begins [2] - 61:22, 62:6
begun [2] - 29:18, 33:6
behalf [8] - 3:10,

30:17, 37:13, 37:16, 49:16, 52:3, 77:11, 113:4
**behest** [3] - 45:14, 47:21, 58:15
**beings** [1] - 43:12
**Bekaa** [1] - 36:2
**believes** [1] - 28:20
**bellwether** [2] - 9:9, 9:20
**below** [1] - 50:12
**belts** [1] - 83:25
**BENCH** [1] - 1:10
**beneath** [1] - 98:17
**benefit** [1] - 120:23
**benefited** [1] - 106:23
**benefits** [1] - 38:16
**best** [3] - 11:23, 19:10, 130:7
**better** [9] - 4:23, 7:10, 22:16, 24:7, 38:21, 86:12, 104:14
**between** [13] - 4:11, 10:20, 47:23, 49:7, 53:6, 59:14, 70:20, 88:1, 89:12, 95:11, 99:22, 113:7, 114:9
**beyond** [3] - 45:7, 77:19, 98:24
**bifocals** [1] - 31:5
**biggest** [1] - 68:8
**binder** [12] - 11:9, 60:9, 60:12, 60:14, 60:15, 60:16, 60:23, 79:25, 80:15, 96:18, 122:2, 125:5
**bipartisan** [1] - 17:3
**bit** [14] - 5:11, 8:2, 29:18, 33:6, 39:17, 55:10, 70:2, 70:3, 81:25, 86:10, 98:14, 109:5, 123:22
**blamed** [1] - 97:1
**blank** [1] - 111:3
**blast** [1] - 9:23
**bloody** [1] - 67:14
**blow** [1] - 47:17
**blowing** [3] - 40:8, 40:9, 47:11
**blown** [1] - 47:20
**board** [1] - 122:22
**bomb** [2] - 97:1, 97:5
**bombed** [2] - 114:8, 115:6
**bombers** [1] - 94:3
**bombing** [2] - 55:1, 114:3
**bombings** [2] - 46:21, 47:10

**book** [3] - 23:25, 24:5, 24:15
**border** [10] - 69:3, 69:9, 82:24, 82:25, 84:2, 87:9, 89:12, 89:20
**borders** [4] - 28:7, 45:7, 77:19, 84:1
**boss** [1] - 18:12
**bottom** [10] - 27:11, 27:13, 42:19, 54:22, 56:14, 62:15, 65:20, 66:3, 71:5, 110:9
**bottom-left** [1] - 27:11
**bounce** [1] - 21:3
**bouncing** [1] - 21:17
**boxes** [1] - 6:15, 8:9
**branch** [2] - 35:13, 57:17
**branches** [1] - 33:14
**break** [5] - 4:20, 78:9, 79:4, 79:8
**breaking** [1] - 129:17
**brief** [2] - 6:8, 22:11
**briefing** [2] - 117:12, 117:13
**briefly** [29] - 7:25, 8:7, 15:25, 16:22, 17:22, 19:1, 24:5, 34:17, 37:4, 40:1, 40:17, 45:21, 68:18, 69:13, 71:2, 74:12, 75:9, 80:14, 87:2, 91:14, 92:14, 98:16, 105:12, 107:19, 113:12, 119:6, 121:10, 125:4, 125:13
**brigadier** [1] - 83:2
**bring** [3] - 81:23, 102:16, 103:21
**Britain** [1] - 39:11
**British** [11] - 55:7, 75:11, 87:19, 88:19, 88:23, 89:5, 96:24, 97:1, 97:12, 97:17, 114:16
**broad** [3] - 9:22, 10:3, 49:21
**Broadcasting** [1] - 96:24
**broader** [1] - 17:4
**broadly** [3] - 43:23, 67:21, 92:25
**broke** [2] - 58:22, 70:7
**brother** [2] - 54:23, 74:24
**brother-in-law** [1] - 54:23

**brothers** [1] - 121:11
**brought** [4] - 10:19, 49:1, 102:8, 112:9
**brutal** [2] - 68:10
**brutally** [1] - 30:3
**Buenos** [1] - 47:10
**bug** [1] - 22:12
**build** [6] - 33:23, 33:24, 49:18, 53:24, 61:9, 65:2
**building** [1] - 59:2
**Bulgaria** [1] - 48:7
**bullet** [3] - 31:4, 59:6, 83:21
**bullets** [1] - 78:10
**bunch** [1] - 78:14
**buried** [2] - 85:10, 93:15
**Bush** [1] - 3:14
**BY** [69] - 1:22, 13:2, 15:4, 18:22, 26:16, 27:3, 29:17, 33:5, 38:10, 39:25, 43:4, 45:17, 48:15, 52:24, 54:8, 57:14, 60:18, 64:5, 67:10, 69:12, 70:25, 74:10, 75:4, 78:5, 79:21, 80:4, 81:1, 81:19, 81:24, 85:3, 87:1, 87:22, 88:15, 89:1, 89:24, 91:13, 92:6, 92:13, 92:24, 93:21, 94:8, 95:10, 96:23, 97:22, 98:12, 101:7, 102:4, 102:20, 105:9, 106:7, 107:16, 110:17, 111:4, 113:10, 114:1, 115:21, 116:14, 117:6, 117:10, 118:17, 119:5, 120:18, 122:4, 123:18, 125:7, 126:10, 127:8, 127:17, 128:3

**C**

**C4** [1] - 91:19
**cache** [1] - 125:15
**caches** [2] - 96:10, 125:23
**caliber** [1] - 75:18
**camouflaged** [1] - 59:2
**campaign** [3] - 8:14, 8:15, 91:8
**camps** [1] - 36:1
**Canada** [1] - 24:14

**Canadians** [1] - 39:10
**candidate** [4] - 110:22, 110:25, 111:2, 112:17
**candidates** [1] - 110:19
**cannot** [1] - 98:3
**capabilities** [1] - 98:2
**capability** [4] - 61:9, 98:5, 98:8, 115:4
**capable** [3] - 49:14, 70:12, 100:2
**capacities** [1] - 13:5
**capture** [4] - 116:16, 121:10, 121:12, 126:17
**captured** [9] - 55:4, 55:7, 63:17, 74:25, 75:11, 75:13, 76:5, 76:12, 96:10
**care** [2] - 17:1, 43:14
**cares** [6] - 43:19, 43:20, 43:22, 43:23, 44:2, 44:3
**carried** [4] - 40:5, 74:15, 74:20, 77:21
**carries** [2] - 30:17, 69:18
**carry** [11] - 20:5, 45:5, 46:15, 46:25, 47:7, 47:9, 47:25, 58:2, 68:3, 69:6, 77:24
**carrying** [7] - 19:3, 19:23, 46:17, 48:12, 57:19, 69:24, 104:11
**case** [11] - 9:15, 10:11, 13:11, 14:11, 21:2, 21:22, 22:20, 76:17, 80:12, 94:17, 121:5
**Case** [1] - 3:5
**cases** [4] - 22:9, 25:16, 26:1, 77:20
**casing** [1] - 91:18
**casualties** [8] - 62:8, 62:14, 92:11, 93:9, 93:12, 94:21, 103:10, 115:13
**casualty** [1] - 103:17
**catchup** [1] - 94:21
**caught** [2] - 23:14
**caused** [2] - 53:10, 93:10
**cease** [1] - 104:2
**cease-fires** [1] - 104:2
**cells** [4] - 8:24, 9:3,

99:13, 104:19
**center** [6] - 47:12, 74:22, 75:21, 77:15, 122:19, 126:19
**Center** [5] - 23:6, 83:22, 83:23, 83:24, 87:18
**Center-South** [1] - 83:24, 87:18
**central** [1] - 29:21
**certain** [5] - 9:2, 10:4, 26:23, 27:6
**certainly** [4] - 28:15, 52:17, 91:9, 94:1, 98:2, 104:20
**certainty** [1] - 93:17
**CERTIFICATE** [1] - 130:1
**certify** [1] - 130:4
**cetera** [5] - 19:7, 23:15, 39:16, 68:24, 69:6
**CF** [1] - 108:16
**chain** [2] - 18:13, 105:6
**challenging** [1] - 39:18
**chance** [1] - 20:1
**change** [1] - 65:9
**changed** [2] - 108:23
**chapters** [1] - 24:18
**charge** [4] - 61:25, 101:16, 101:18, 124:1
**charged** [1] - 56:21
**charges** [1] - 59:4
**check** [2] - 8:8, 68:12
**Chief** [2] - 3:17, 3:18
**chief** [6] - 18:16, 22:3, 31:9, 67:12, 82:11
**children** [1] - 43:11
**Chirazi** [4] - 116:16, 116:18, 117:24, 118:18
**Christian** [2] - 38:17, 88:10
**CIA** [1] - 46:14
**circled** [1] - 88:12
**circles** [1] - 70:23
**Circuit** [2] - 23:20, 23:22
**circumstances** [2] - 67:20, 91:3
**cities** [1] - 102:14
**citizen** [1] - 37:15
**city** [2] - 87:12, 102:10
**City** [1] - 15:8
**Civil** [1] - 1:3
**civil** [5] - 3:5, 25:11,

90:7, 113:13, 113:23
**civilians** [4] - 36:13, 58:3, 62:23, 70:6
**claim** [1] - 49:16
**claimed** [1] - 9:14
**claims** [1] - 10:18
**classified** [5] - 21:25, 22:6, 22:15, 22:17, 49:24
**clear** [1] - 45:23
**clearances** [2] - 16:2, 21:24
**clearest** [1] - 127:5
**clearly** [6] - 22:14, 72:2, 111:1, 116:21, 117:2, 126:5
**cleric** [2] - 98:20, 103:1
**clerical** [1] - 99:21
**clerics** [1] - 69:17
**climate** [1] - 67:23
**clip** [3] - 52:16, 52:25, 53:3
**close** [11] - 3:20, 4:16, 30:10, 30:12, 54:6, 54:24, 65:7, 71:15, 71:18, 72:3, 93:19
**closed** [2] - 3:13, 103:1
**closely** [4] - 33:22, 71:10, 71:19, 74:17
**closer** [2] - 86:11, 103:16
**closing** [1] - 5:5
**cloth** [1] - 123:25
**CLYDE** [1] - 1:18
**Coalition** [63] - 8:25, 36:12, 55:7, 55:8, 58:2, 58:11, 59:8, 61:5, 61:8, 61:14, 62:22, 62:25, 63:4, 63:8, 63:16, 66:21, 67:15, 67:19, 69:2, 70:5, 70:11, 70:13, 73:19, 74:15, 74:25, 75:2, 77:13, 77:25, 78:12, 82:3, 82:6, 82:23, 85:25, 86:17, 87:3, 87:17, 91:8, 94:1, 94:5, 102:9, 102:12, 102:15, 102:24, 103:4, 103:6, 103:21, 104:2, 105:14, 108:17, 108:22, 110:4, 110:22, 111:17, 113:23, 114:22, 118:23, 122:13, 122:16, 124:4,

124:24, 126:17, 128:20
**Coalition-preferred** [1] - 110:22
**coin** [1] - 17:13
**colleague** [2] - 8:3, 11:2
**colleagues** [2] - 8:1, 112:9
**collect** [1] - 21:4
**collected** [5] - 21:5, 21:19, 22:6, 22:10, 22:13
**collecting** [1] - 24:11
**collections** [1] - 38:22
**COLLEEN** [1] - 1:11
**Colonel** [1] - 116:18
**Columbia** [2] - 1:23, 130:13
**COLUMBIA** [1] - 1:1
**column** [4] - 50:25, 51:4, 51:8, 55:14
**combat** [2] - 87:8, 103:8
**Combatting** [1] - 23:6
**combination** [1] - 70:20
**coming** [1] - 21:12
**command** [10] - 18:13, 52:6, 69:8, 84:5, 87:12, 87:17, 88:2, 105:6, 122:23, 125:23
**Command** [2] - 35:18, 74:5
**commander** [1] - 31:9, 37:21, 38:3, 52:7, 56:18, 74:1, 77:12, 119:13, 122:10, 123:2, 125:19
**Commander** [1] - 37:17
**commanders** [2] - 75:13, 125:11
**commanding** [1] - 83:2
**Commanding** [1] - 125:9
**commando** [1] - 58:7
**comment** [1] - 4:5
**commercial** [1] - 31:18
**commit** [2] - 66:7, 78:20
**commitment** [3] - 27:25, 44:11, 45:9
**committed** [3] - 48:12, 49:15, 73:17

**committee** [1] - 50:9
**committees** [1] - 50:9
**committing** [1] - 73:19
**common** [1] - 125:22
**communications** [1] - 46:12
**communities** [1] - 38:18
**community** [10] - 18:10, 18:14, 20:10, 20:25, 22:11, 43:21, 47:12, 54:15, 91:7, 110:15
**Company** [1] - 96:24
**compared** [1] - 105:24
**compensatory** [1] - 10:18
**competition** [1] - 43:8
**compiled** [1] - 19:21
**compiling** [1] - 125:10
**complement** [1] - 111:22
**complete** [1] - 130:6
**completed** [1] - 95:17
**compliant** [1] - 68:17
**complicit** [1] - 89:19
**components** [5] - 40:15, 43:5, 85:24, 96:8, 96:12
**composition** [1] - 90:11
**compound** [2] - 46:9, 116:19
**comprehensive** [1] - 116:10
**concave** [1] - 91:20
**concern** [1] - 85:7
**concerned** [1] - 124:23
**concerns** [1] - 7:11
**concert** [6] - 30:10, 43:24, 45:5, 63:9, 65:7, 77:21
**concessions** [3] - 102:13, 102:18, 102:21
**concluded** [1] - 129:23
**conclusion** [3] - 95:13, 95:16, 96:7
**conclusions** [8] - 7:15, 7:22, 14:20, 22:24, 23:2, 78:6, 78:7, 80:18

**concur** [2] - 100:23, 101:11
**condition** [1] - 126:6
**conditions** [1] - 10:14
**conduct** [2] - 92:18, 122:16
**conducted** [2] - 66:18, 103:8
**conducting** [1] - 120:11
**conduit** [1] - 38:3
**conference** [1] - 75:14
**conferring** [1] - 3:17
**confines** [1] - 128:21
**confirm** [4] - 14:10, 14:14, 21:20, 71:22
**confirmation** [1] - 53:18
**conflict** [1] - 128:25
**confront** [2] - 103:4, 103:7
**confrontation** [1] - 102:22
**confronted** [1] - 102:9
**confronting** [1] - 115:9
**Congress** [2] - 26:3, 107:21
**connected** [2] - 49:5, 117:20
**connection** [2] - 32:19, 32:22
**consensus** [3] - 19:11, 19:12, 112:17
**consequences** [2] - 91:6, 129:4
**consistent** [13] - 32:7, 32:23, 36:14, 38:6, 52:9, 57:7, 63:22, 64:1, 67:6, 73:3, 74:6, 78:2, 97:11
**consisting** [1] - 66:17
**constant** [2] - 47:16, 49:7
**constituency** [1] - 127:11
**constituent** [1] - 54:11
**constituents** [1] - 38:16
**constituents'** [1] - 43:20
**constituted** [1] - 91:10
**constitutes** [1] -

130:4
**Constitution** [2] - 1:24, 130:14
**construction** [5] - 58:22, 61:17, 61:25, 63:11, 101:15
**consular** [1] - 116:24
**consulate** [1] - 116:24
**consultative** [1] - 50:10
**contact** [2] - 112:24, 123:10
**contain** [1] - 14:5
**contained** [1] - 55:12
**container** [1] - 96:3
**contains** [1] - 11:10
**contents** [1] - 60:20
**contest** [1] - 70:22
**context** [12] - 46:25, 53:5, 55:8, 57:22, 59:19, 64:9, 64:13, 67:13, 75:6, 107:19, 126:13, 128:24
**contextualization** [1] - 27:7
**continue** [4] - 33:7, 36:25, 62:20, 63:2
**continued** [2] - 54:1, 60:25, 62:10
**continues** [2] - 47:24, 53:20
**continuum** [1] - 120:24
**contracting** [1] - 106:24
**control** [17] - 87:17, 88:18, 89:5, 89:11, 104:25, 105:2, 105:4, 107:2, 119:22, 119:23, 120:13, 120:24, 121:3, 121:6, 121:8, 122:23, 124:16
**Control** [2] - 32:5, 42:17
**controlled** [1] - 113:18
**convoys** [1] - 66:13
**Cooperation** [1] - 39:16
**coordinate** [1] - 85:21
**coordinated** [2] - 46:21, 77:21
**coordinating** [4] - 69:1, 74:22, 75:21, 123:14
**coordination** [2] - 77:15, 122:19
**copies** [1] - 4:18

**copper** [3] - 91:20, 91:21, 96:15
**copy** [2] - 6:19
**core** [1] - 43:5
**corners** [1] - 48:13
**Corps** [31] - 8:11, 8:20, 8:21, 13:16, 13:20, 26:9, 26:10, 27:20, 29:19, 32:6, 35:14, 35:15, 63:1, 64:6, 64:7, 65:4, 65:9, 68:18, 68:22, 68:25, 74:2, 77:22, 110:2, 110:3, 112:4, 112:10, 123:21, 124:2, 124:23, 124:24, 129:3
**corps** [2] - 33:14, 68:20
**Corps'** [1] - 13:18
**Corps-Qods** [1] - 77:22
**correct** [14] - 14:1, 21:24, 51:1, 51:16, 73:12, 81:8, 83:19, 96:4, 107:4, 114:13, 114:17, 121:13, 127:9, 129:19
**corruption** [1] - 106:24
**Council** [5] - 34:9, 36:7, 39:16, 64:8, 109:11
**council** [6] - 50:10, 50:11, 50:14, 50:16, 52:4, 110:24
**councils** [1] - 50:12
**counsel** [4] - 3:7, 12:8, 13:10, 81:21
**count** [1] - 103:17
**Countering** [1] - 32:8
**countermeasure** [1] - 128:25
**countermeasures** [2] - 108:17, 108:21
**counterterrorism** [7] - 13:6, 15:18, 15:19, 16:10, 16:13, 17:7, 17:11
**countries** [5] - 28:22, 33:15, 39:2, 39:7, 120:25
**country** [11] - 20:13, 30:4, 38:23, 45:8, 60:21, 63:22, 63:25, 91:2, 91:7, 127:21, 127:24
**couple** [7] - 3:12, 6:3, 6:8, 6:11, 47:13, 101:12, 112:21
**course** [15] - 8:15,

10:24, 11:1, 24:10, 24:13, 25:4, 28:24, 36:20, 69:25, 78:13, 78:21, 83:4, 84:17, 95:11, 100:7
**Court** [29] - 1:22, 1:23, 3:19, 6:10, 8:8, 10:20, 14:3, 15:6, 15:13, 23:20, 24:5, 26:7, 26:18, 45:21, 45:24, 60:19, 69:15, 78:8, 85:16, 86:16, 89:25, 92:7, 92:14, 109:10, 117:7, 120:23, 130:12, 130:13
**court** [5] - 4:18, 39:18, 52:23, 92:3, 126:15
**COURT** [68] - 1:1, 3:1, 3:3, 3:11, 4:7, 4:10, 4:25, 5:2, 5:7, 5:14, 5:17, 5:22, 6:3, 6:9, 6:16, 6:22, 7:2, 7:4, 7:6, 7:9, 7:13, 7:18, 7:20, 11:6, 11:8, 11:13, 11:19, 11:25, 12:4, 12:7, 12:18, 14:25, 18:19, 18:21, 26:13, 39:17, 39:19, 52:17, 52:19, 60:11, 60:14, 79:1, 79:4, 79:8, 79:10, 79:17, 80:1, 80:3, 80:23, 81:14, 86:9, 86:14, 86:21, 92:19, 92:21, 92:23, 96:20, 118:12, 118:15, 120:6, 120:17, 121:24, 127:13, 127:16, 129:9, 129:13, 129:16, 129:20
**courthouse** [2] - 3:15, 46:11
**COURTROOM** [2] - 3:5, 6:1
**courtroom** [5] - 5:5, 5:9, 11:25, 12:17, 85:2
**courts** [1] - 23:18
**cousin** [3] - 19:16, 54:23, 56:17
**covered** [1] - 20:16
**CPA** [4] - 82:4, 82:6, 82:9, 82:12
**created** [4] - 58:13, 66:10, 85:18, 104:17
**creating** [1] - 57:23
**creation** [3] - 101:1, 104:5, 123:25

**creative** [1] - 108:14
**credibility** [1] - 69:19
**credit** [1] - 23:9
**crew** [1] - 48:24
**crime** [1] - 106:21
**crime-like** [1] - 106:21
**criminal** [3] - 24:16, 25:3, 25:6
**crises** [1] - 15:20
**critical** [1] - 30:13
**critically** [1] - 101:25
**Cross** [1] - 2:3
**crowd** [1] - 53:11
**CRR** [3] - 1:22, 130:3, 130:12
**culpa** [1] - 53:8
**current** [2] - 90:8, 105:22
**CV** [2] - 14:13, 14:15
**Cyprus** [2] - 48:6, 48:10

# D

**Da'wa** [4] - 110:9, 110:11, 111:5, 111:6
**daily** [3] - 4:18, 115:3, 116:2
**damage** [1] - 10:7
**damages** [2] - 10:4, 10:18
**Damascus** [1] - 54:20
**Daqduq** [11] - 55:6, 55:10, 63:20, 75:5, 75:11, 77:6, 77:10, 77:12, 78:1, 121:11
**dark** [1] - 87:6
**database** [2] - 23:4, 23:11
**date** [9] - 29:13, 36:22, 41:3, 50:24, 105:16, 117:13, 117:14, 120:15, 126:3
**Dated** [1] - 130:10
**dated** [15] - 30:24, 31:25, 34:20, 37:7, 40:23, 41:1, 42:18, 50:22, 51:14, 55:23, 56:10, 65:17, 72:9, 73:10, 77:3
**Davari** [1] - 116:18
**days** [5] - 11:1, 27:5, 41:4, 58:16, 103:8
**DC** [5] - 1:6, 1:25, 16:24, 95:1, 130:14
**de** [3] - 89:25, 90:5, 90:16

**de-Ba'athification** [3] - 89:25, 90:5, 90:16
**deadly** [1] - 74:14
**deaf** [1] - 76:13
**deal** [8] - 10:11, 11:1, 17:4, 19:3, 94:14, 94:24, 128:17, 128:21
**dealing** [1] - 116:11
**death** [4] - 53:12, 53:13, 56:19, 97:1
**deaths** [5] - 59:9, 61:13, 70:13, 77:16, 78:23
**debate** [1] - 19:11
**decade** [1] - 27:12
**December** [5] - 1:7, 110:20, 116:16, 118:18, 130:10
**decentralized** [1] - 68:5
**decided** [2] - 70:1, 112:18
**decision** [2] - 9:16, 112:25
**decision-maker** [1] - 112:25
**declared** [1] - 40:4
**declassified** [2] - 20:8, 20:9, 49:24
**dedicated** [3] - 48:21, 57:18, 57:21
**deep** [3] - 45:1, 85:9, 93:15
**deep-buried** [1] - 93:15
**deep-seated** [1] - 45:1
**deeply** [2] - 44:25, 49:15
**Defeat** [1] - 85:14
**defeat** [1] - 63:8
**defend** [1] - 20:2
**Defendant** [1] - 1:7
**defendants** [1] - 3:21
**defender** [2] - 43:21, 43:22
**Defense** [4] - 85:19, 95:2, 116:1, 125:12
**defense** [1] - 85:21
**definitely** [1] - 39:18
**degree** [5] - 15:7, 49:21, 121:6, 121:18, 124:17
**democratic** [2] - 111:18, 127:24
**demonstrate** [1] - 34:5
**demonstrated** [3] - 91:23, 102:15, 103:20
**demonstrative** [2] -

85:1, 96:21
**demonstratives** [1] - 6:12
**deniability** [2] - 30:19, 49:17
**denies** [1] - 97:16
**deny** [1] - 20:13
**Department** [37] - 16:6, 16:7, 16:13, 17:23, 18:1, 18:4, 18:17, 18:24, 19:20, 19:24, 20:14, 20:17, 29:7, 30:24, 31:25, 32:4, 34:20, 34:24, 37:7, 37:24, 41:18, 42:2, 42:17, 50:22, 51:14, 55:23, 56:10, 65:17, 65:24, 72:8, 73:10, 77:3, 77:9, 85:18, 95:2, 101:12, 122:5
**departments** [1] - 48:21
**departures** [1] - 10:4
**deploy** [3] - 54:4, 59:17, 108:20
**deployed** [2] - 59:7, 129:1
**deploying** [1] - 59:2
**deployment** [2] - 58:23, 59:22
**deposed** [1] - 27:9
**deputies** [1] - 123:11
**Deputy** [3] - 72:13, 72:17, 116:18
**DEPUTY** [2] - 3:5, 6:1
**deputy** [9] - 16:6, 18:4, 18:6, 18:15, 18:16, 82:11, 83:2, 122:10, 123:2
**describe** [14] - 15:5, 15:12, 24:18, 27:8, 57:15, 68:18, 71:2, 74:12, 78:7, 92:17, 113:12, 113:13, 114:19, 121:6
**described** [2] - 84:11, 104:4
**descriptions** [1] - 10:13
**descriptor** [1] - 82:22
**designate** [1] - 19:5
**designated** [74] - 13:22, 19:9, 20:4, 20:12, 27:16, 27:24, 29:12, 29:14, 30:8, 30:9, 31:13, 32:5, 32:9, 32:10, 32:13,

32:18, 33:2, 33:16,
33:18, 33:19, 34:2,
34:3, 34:12, 34:24,
35:4, 35:8, 37:12,
37:23, 38:1, 38:13,
39:4, 39:6, 39:8,
39:12, 39:14, 41:8,
41:9, 41:10, 41:13,
41:24, 41:25, 42:3,
42:4, 42:5, 42:23,
43:1, 51:8, 51:9,
51:20, 51:22, 51:23,
52:2, 55:13, 55:16,
55:17, 56:4, 56:5,
57:4, 57:10, 57:12,
62:7, 62:9, 65:24,
71:7, 72:14, 72:17,
72:24, 73:20, 76:19,
76:20, 77:9
  **designating** [3] -
31:4, 31:7, 42:22
  **designation** [16] -
18:23, 19:9, 19:16,
29:13, 33:1, 35:3,
35:5, 35:7, 36:21,
42:7, 42:22, 42:25,
50:22, 55:23, 72:8,
72:23
  **designations** [5] -
19:6, 20:4, 22:21,
40:17, 50:1
  **designed** [3] - 9:4,
63:7, 93:15
  **despite** [2] - 62:16,
62:19
  **destabilization** [1] -
62:19
  **destabilize** [1] -
62:11
  **destabilizing** [1] -
60:25
  **destroy** [1] - 44:23
  **destroyed** [1] - 93:9
  **destroying** [2] -
28:20, 44:5
  **destruction** [1] -
31:16
  **destructive** [1] - 10:6
  **detail** [3] - 9:10,
29:20, 101:10
  **Detainee** [1] - 118:3
  **detainees** [1] -
121:16
  **detect** [1] - 93:1
  **determine** [2] -
16:16, 96:11
  **determined** [1] -
116:25
  **detonated** [2] -
93:17, 96:1

  **detonating** [1] -
96:12
  **devastating** [2] -
47:10, 59:7
  **devastation** [1] -
53:10
  **develop** [1] - 128:24
  **developed** [4] -
59:13, 61:10, 62:1,
101:21
  **developing** [1] -
67:23
  **development** [1] -
98:5
  **device** [4] - 91:24,
92:9, 94:19, 101:19
  **Device** [1] - 85:14
  **devices** [6] - 58:24,
63:7, 86:1, 86:2, 96:9,
96:12
  **Dhi** [2] - 88:24,
106:15
  **Dhi-Qar** [2] - 88:24,
106:15
  **DIA** [1] - 105:22
  **difference** [1] - 93:2
  **different** [19] - 5:22,
5:23, 20:23, 33:14,
33:15, 33:20, 43:7,
48:12, 48:25, 49:19,
50:13, 70:16, 71:9,
93:23, 93:25, 104:7,
104:9, 104:15, 115:10
  **DIN** [1] - 56:15
  **Din** [10] - 54:23,
56:14, 56:15, 56:21,
57:1, 57:2, 57:8,
57:10, 114:4, 115:6
  **diplomacy** [1] - 15:9
  **Diplomacy** [1] -
15:10
  **diplomatic** [1] -
15:17
  **DIRECT** [2] - 13:1,
79:20
  **direct** [30] - 9:6,
9:17, 14:8, 17:7, 29:1,
30:20, 34:11, 34:14,
34:15, 35:10, 37:2,
40:19, 41:14, 42:11,
52:6, 55:1, 55:19,
56:6, 60:3, 65:13,
73:6, 107:10, 107:12,
116:22, 117:15,
118:23, 119:23,
120:11, 120:13, 121:8
  **Direct** [1] - 2:3
  **directed** [6] - 8:24,
73:18, 102:25,
104:22, 123:5, 124:17

  **directing** [14] - 31:2,
41:5, 41:21, 42:19,
50:18, 51:4, 51:7,
51:10, 51:24, 55:11,
62:4, 65:20, 66:3,
72:4
  **direction** [7] - 101:4,
104:21, 105:4, 110:6,
119:15, 121:3, 121:23
  **directive** [1] - 116:4
  **directives** [1] - 116:3
  **directly** [6] - 78:22,
107:7, 121:22,
125:24, 127:24,
128:14
  **director** [6] - 13:6,
16:4, 16:9, 18:10,
86:7, 124:19
  **directorate** [1] - 38:5
  **disadvantage** [1] -
111:16
  **discipline** [1] - 76:16
  **disciplined** [1] -
70:10
  **discover** [1] - 125:23
  **discovery** [1] -
125:14
  **discuss** [3] - 26:17,
45:21, 98:16
  **discussed** [6] -
23:12, 23:23, 71:5,
75:5, 101:9, 121:12
  **discusses** [1] -
125:14
  **discussing** [2] -
26:4, 109:7
  **discussion** [4] -
19:14, 29:20, 33:7,
104:1
  **disenfranchised** [2]
- 110:13, 113:15
  **dispatched** [2] -
101:1, 103:7
  **disposal** [1] - 94:14
  **disproportionately**
[1] - 111:20
  **dissent** [1] - 30:4
  **dissertation** [1] -
15:17
  **distill** [1] - 26:23
  **distills** [1] - 53:18
  **distract** [1] - 44:22
  **district** [1] - 130:13
  **DISTRICT** [3] - 1:1,
1:1, 1:11
  **District** [3] - 1:23,
1:23, 130:13
  **divide** [1] - 113:7
  **Division** [9] - 82:20,
82:22, 83:22, 83:24,

84:6, 84:18, 85:12,
87:7, 125:19
  **division** [4] - 87:2,
87:7, 125:11, 125:19
  **Diyala** [1] - 83:15
  **Diyalla** [1] - 83:18
  **document** [14] -
21:19, 32:3, 51:5,
72:12, 105:10,
105:12, 105:16,
105:25, 106:6,
107:17, 107:24,
115:22, 117:11, 122:8
  **documentation** [4] -
24:21, 116:21, 117:1,
117:20
  **documents** [9] -
22:25, 23:1, 23:4,
23:10, 23:16, 24:11,
54:2
  **dollars** [1] - 49:25
  **domain** [1] - 20:7
  **domestic** [5] - 28:12,
30:1, 30:2, 105:22,
112:7
  **domestically** [1] -
29:25
  **dominant** [1] - 67:25
  **dominate** [1] - 67:24
  **done** [3] - 4:1, 30:18,
76:18
  **door** [3] - 58:6, 68:6,
68:17
  **down** [7] - 39:17,
39:23, 78:9, 90:7,
90:20, 103:1, 110:9
  **downtrodden** [2] -
44:9, 99:6
  **dozens** [1] - 103:15
  **Dr** [36] - 11:4, 11:11,
11:24, 13:4, 14:8,
14:20, 15:5, 26:7,
26:17, 27:4, 29:18,
33:6, 36:14, 38:11,
43:5, 45:18, 48:16,
52:25, 54:9, 57:15,
60:7, 60:8, 64:6, 67:6,
67:11, 69:13, 74:11,
75:5, 76:23, 78:6,
78:24, 98:13, 100:21,
101:9, 119:6, 121:12
  **draw** [1] - 106:16
  **drawing** [1] - 111:3
  **drawn** [1] - 88:22
  **drew** [1] - 115:14
  **driven** [1] - 44:25
  **driving** [1] - 44:1
  **dual** [1] - 18:1
  **dual-hatted** [1] -
18:1

  **due** [1] - 10:23
  **during** [18] - 8:15,
62:2, 84:5, 84:8, 87:3,
88:19, 89:4, 99:12,
100:7, 109:12, 113:2,
113:11, 114:11,
119:15, 122:21,
125:18, 127:24, 128:6
  **Dutch** [1] - 39:8

## E

  **earliest** [1] - 46:3
  **early** [19] - 16:1,
18:20, 40:3, 46:9,
48:19, 55:2, 58:16,
59:12, 64:9, 67:2,
102:1, 109:12, 110:5,
120:15, 123:24,
125:1, 126:2, 128:6,
128:17
  **earth** [2] - 28:21,
44:16
  **easier** [1] - 6:25
  **East** [7] - 13:8,
15:24, 16:3, 16:25,
17:22, 24:12, 57:6
  **east** [3] - 82:24, 84:2,
87:9
  **Eastern** [1] - 16:17
  **eastern** [2] - 47:18,
83:15
  **echelons** [1] - 99:4
  **economic** [1] - 91:2
  **educational** [4] -
14:17, 15:5, 15:12,
16:24
  **Edwards** [1] - 130:12
  **EDWARDS** [2] -
1:22, 130:3
  **effect** [3] - 29:23,
90:9, 90:16
  **effective** [5] - 28:16,
50:24, 69:7, 89:11,
128:19
  **effectively** [3] -
64:20, 89:5, 109:19
  **effects** [3] - 85:22,
93:20, 103:20
  **efficient** [1] - 28:16
  **efficiently** [2] -
108:16, 108:20
  **effort** [2] - 8:2, 33:24
  **efforts** [1] - 44:23
  **EFP** [10] - 9:11, 9:23,
59:21, 78:15, 95:18,
96:1, 97:6, 115:16,
124:5, 128:25
  **EFPs** [13] - 58:25,

59:4, 59:11, 63:5,
69:5, 86:20, 95:13,
95:21, 97:18, 101:19,
101:20, 108:10, 120:4
**eight** [1] - 97:1
**either** [4] - 21:2,
21:20, 79:1, 99:13
**elaboration** [1] - 8:8
**election** [3] - 111:7,
111:10, 112:15
**elections** [2] -
110:20, 112:12
**electricity** [1] - 82:15
**electronic** [1] - 96:8
**element** [1] - 115:2
**elements** [7] - 66:15,
83:8, 83:10, 91:4,
93:3, 93:6, 128:13
**eliminate** [1] - 66:14
**elite** [2] - 110:12,
110:14
**elsewhere** [1] -
28:25
**emanating** [1] -
17:12
**embarrassing** [1] -
67:20
**embassy** [5] - 40:8,
46:8, 46:9, 47:11,
48:3
**emerge** [1] - 99:16
**emerged** [3] - 40:1,
40:3, 111:7
**emerges** [1] - 69:21
**emerging** [1] -
111:13
**emir** [1] - 46:22
**emplacement** [1] -
108:15
**employed** [4] - 13:5,
90:13, 90:23, 94:20
**employee** [1] - 16:12
**employment** [3] -
90:8, 90:17, 108:15
**enable** [1] - 61:5
**encampment** [1] -
89:9
**encompassed** [1] -
83:23
**encounter** [5] - 83:5,
83:13, 84:9, 84:19,
103:11
**encourage** [1] -
112:18
**encouraged** [2] -
111:15, 120:12
**end** [8] - 6:23, 20:3,
20:6, 33:10, 62:16,
87:16, 126:24
**ended** [2] - 16:1,

70:21
**ending** [3] - 17:25,
62:17, 81:5
**ends** [1] - 62:8
**enemies** [1] - 70:20
**enemy** [4] - 92:8,
92:18, 103:15, 108:25
**enemy's** [1] - 108:15
**enforce** [1] - 47:19
**engage** [8] - 27:18,
28:14, 54:5, 57:24,
58:10, 58:11, 70:5,
75:21
**engaged** [3] - 33:12,
34:6, 71:13
**engagement** [1] -
34:11
**engages** [1] - 30:4,
54:12
**engineering** [1] -
95:5
**enter** [2] - 102:13,
104:2
**entered** [2] - 15:2,
80:25
**enthusiasts** [1] -
99:1
**entire** [1] - 86:1
**entities** [3] - 20:3,
42:4, 64:11
**entities'** [1] - 26:11
**entity** [11] - 30:9,
32:10, 39:5, 40:2,
44:2, 49:2, 65:5,
65:25, 68:25, 82:7
**EO** [12] - 31:14, 32:7,
32:18, 32:21, 34:25,
37:12, 37:24, 38:1,
57:4, 73:21, 77:11
**EOD** [2] - 91:14,
94:14
**equals** [2] - 27:23,
30:12
**equipment** [1] - 93:9
**equipping** [1] - 53:21
**equities** [2] - 19:18
**equivalent** [1] -
46:13
**Erbil** [4] - 116:23,
117:16, 117:21,
118:19
**ESO** [1] - 54:16
**especially** [4] -
20:24, 30:12, 43:21,
106:13
**ESQ** [5] - 1:14, 1:14,
1:15, 1:15, 1:18
**essentially** [2] -
84:3, 128:1
**establish** [1] -

111:17
**established** [3] -
8:16, 69:23, 110:23
**establishment** [1] -
127:23
**estimate** [1] - 49:21
**estimates** [2] - 50:2,
105:21
**et** [7] - 1:3, 3:6, 19:7,
23:15, 39:16, 68:24,
69:6
**ethnic** [3] - 87:23,
88:2, 90:11
**Europe** [2] - 24:12,
54:15
**European** [3] -
28:22, 39:2, 39:11
**event** [1] - 19:25
**events** [1] - 109:6
**eventual** [2] - 10:3,
67:1
**eventually** [5] - 47:5,
75:25, 84:1, 103:22,
119:23
**EVIDENCE** [1] - 2:9
**evidence** [6] - 9:10,
9:17, 14:24, 15:2,
19:21, 80:25
**evidentiary** [1] -
19:21
**exact** [1] - 96:14
**exacted** [1] - 102:12
**exactly** [2] - 55:18,
103:3
**EXAMINATION** [2] -
13:1, 79:20
**examination** [2] -
11:3, 96:11
**examining** [1] - 79:7
**example** [10] - 20:11,
39:12, 45:13, 54:25,
74:19, 84:20, 89:12,
93:2, 93:14, 107:2
**except** [1] - 24:17
**exceptionally** [2] -
33:21, 59:4
**excerpted** [1] - 60:21
**exclusive** [1] -
124:19
**exclusively** [6] - 9:5,
88:7, 88:11, 90:14,
104:22, 124:3
**excuse** [2] - 31:5,
118:12
**excused** [3] - 79:3,
129:14, 129:15
**executed** [3] - 39:1,
118:22, 119:1
**executive** [5] - 18:3,
18:17, 19:22, 32:7,

41:1
**Executive** [8] -
31:14, 35:4, 37:12,
40:23, 65:25, 72:18,
73:21, 77:10
**exercises** [1] - 52:6
**Exhibit** [29] - 2:10,
2:11, 14:14, 15:1,
30:21, 31:20, 34:16,
37:3, 40:20, 42:12,
50:19, 52:22, 55:20,
56:7, 60:4, 72:5, 73:7,
76:24, 80:15, 80:22,
80:24, 92:2, 101:9,
105:8, 115:19, 117:9,
118:14, 126:14,
129:10
**exhibit** [8] - 5:24,
6:11, 6:20, 6:25,
41:14, 52:20, 76:23,
96:19
**EXHIBITS** [1] - 2:9
**exhibits** [5] - 6:4,
6:11, 11:11, 11:16,
118:13
**existed** [2] - 40:5,
40:11
**existence** [3] - 40:4,
40:12, 45:2
**existing** [2] - 93:8,
112:19
**expanded** [1] - 41:12
**experience** [11] -
14:18, 15:13, 59:11,
59:15, 82:1, 84:17,
93:1, 93:22, 99:20,
99:21
**experienced** [1] -
108:22
**experiencing** [1] -
84:21
**expert** [22] - 7:11,
13:10, 13:13, 14:2,
14:5, 14:9, 14:10,
14:14, 14:21, 23:2,
25:19, 25:25, 26:7,
26:13, 26:24, 71:21,
78:7, 80:12, 80:16,
86:16, 91:15
**expertise** [3] - 59:13,
95:5, 95:6
**experts** [1] - 7:15
**explain** [6] - 45:4,
45:22, 91:14, 92:7,
92:14, 126:12
**explained** [1] - 22:13
**explaining** [3] -
10:20, 73:1, 97:25
**explains** [2] - 31:12,
49:10

**explanation** [1] -
91:15
**explode** [1] - 91:19
**exploded** [1] - 96:9
**explosion** [1] - 85:10
**explosive** [11] -
58:23, 63:7, 85:22,
86:2, 91:21, 92:9,
93:15, 94:14, 94:19,
95:5, 96:3
**Explosive** [1] - 85:14
**explosively** [9] - 9:5,
58:24, 61:9, 63:5,
78:15, 85:10, 86:3,
91:16, 91:17
**explosives** [3] -
61:13, 66:25, 91:18
**export** [2] - 29:23,
30:6
**exporting** [1] - 48:21
**express** [1] - 98:1
**expressing** [1] -
127:3
**extended** [2] - 98:24,
106:22
**extension** [1] -
120:20
**extent** [1] - 114:16
**external** [4] - 13:19,
54:16, 98:4, 98:9
**extra** [1] - 6:3
**extraterritorial** [1] -
33:11
**extreme** [1] - 89:8
**extremism** [3] -
17:14, 17:15
**extremist** [2] - 17:13,
122:15
**extremists** [1] - 66:7
**eyes** [1] - 22:12

---

**F**

**fabric** [1] - 38:14
**face** [1] - 28:20
**faced** [2] - 86:17,
87:24
**facilitated** [1] - 78:11
**facilitating** [1] - 19:5
**facilities** [1] - 36:4
**fact** [14] - 5:12, 8:13,
34:12, 50:2, 63:16,
64:19, 75:18, 76:8,
77:18, 98:22, 101:18,
107:1, 116:25, 124:20
**faction** [1] - 110:3
**facts** [5] - 7:15,
14:20, 21:7, 80:18,
89:17

**factually** [1] - 36:23
**failed** [2] - 37:16, 48:2
**fair** [2] - 53:22, 106:20
**fairly** [3] - 14:17, 105:13, 126:5
**faith** [1] - 28:2
**familiar** [3] - 60:10, 85:4, 119:8
**family** [3] - 69:17, 109:15
**family's** [1] - 99:18
**famously** [1] - 28:19
**faqih** [4] - 44:12, 44:18, 45:10, 49:9
**far** [4] - 47:23, 83:15, 110:21, 124:22
**Farsi** [1] - 44:12
**fast** [1] - 39:22
**faster** [1] - 16:2
**father** [2] - 98:19, 99:25
**favor** [2] - 40:10, 66:11
**FBI** [6] - 15:19, 16:1, 16:15, 16:17, 17:24, 20:17
**featured** [1] - 100:8
**February** [3] - 56:22, 114:3, 117:14
**federal** [3] - 25:6, 25:11, 25:16
**Federal** [3] - 3:13, 41:3, 51:2
**fellow** [8] - 13:7, 15:15, 15:24, 16:4, 16:10, 39:15, 64:15
**fellowship** [1] - 16:1
**fence** [3] - 97:23, 98:4, 98:10
**few** [10] - 11:1, 25:8, 27:4, 60:2, 60:16, 60:21, 61:21, 92:25, 94:9
**field** [1] - 23:17
**fieldwork** [1] - 15:17
**fight** [2] - 44:20, 66:12
**fighter** [1] - 106:12
**fighters** [2] - 36:3, 106:8
**fighting** [3] - 48:25, 55:3, 59:16
**fights** [1] - 43:15
**figure** [2] - 11:15, 59:17
**finally** [2] - 10:9, 78:21
**financial** [10] - 20:10,

25:3, 31:17, 32:14, 32:15, 49:22, 78:18, 100:16, 106:13
**financially** [1] - 109:14
**financier** [1] - 35:2
**financing** [1] - 19:4
**findings** [15] - 7:22, 26:17, 26:21, 26:24, 32:23, 36:15, 38:6, 52:9, 57:7, 63:23, 64:2, 67:7, 73:3, 74:7, 78:2
**fine** [2] - 7:3, 31:6
**finish** [4] - 12:8, 29:20, 81:14, 124:22
**finished** [3] - 4:8, 12:12, 12:22
**firebrand** [1] - 100:1
**fires** [1] - 104:2
**first** [49] - 6:10, 8:10, 11:3, 11:18, 12:14, 15:15, 19:12, 23:5, 27:22, 29:12, 30:11, 31:4, 32:3, 32:11, 33:2, 35:8, 36:23, 37:10, 40:24, 41:2, 42:5, 44:2, 46:4, 46:7, 46:17, 48:19, 50:24, 51:17, 52:1, 55:11, 57:25, 60:3, 65:23, 66:4, 66:12, 71:1, 72:11, 72:22, 73:15, 73:23, 75:24, 77:8, 81:23, 82:21, 101:12, 117:15, 123:23, 125:1
**fit** [1] - 59:3
**fits** [1] - 21:7
**five** [3] - 9:14, 77:16, 122:20
**Fletcher** [1] - 15:10
**Flight** [1] - 15:22
**flow** [2] - 108:13, 108:14
**flown** [1] - 58:8
**fly** [1] - 47:19
**focus** [8] - 17:9, 17:11, 17:18, 114:20, 114:24, 122:8, 125:13, 128:12
**focused** [6] - 16:25, 17:16, 24:17, 110:12, 110:14, 115:1
**followers** [1] - 112:18
**following** [6] - 31:7, 35:19, 79:14, 98:23, 102:21, 129:22
**Footprint** [1] - 24:3
**FOR** [3] - 1:1, 1:14,

2:4
**force** [27] - 10:6, 28:6, 67:19, 89:14, 89:19, 92:8, 93:7, 94:1, 94:6, 95:3, 95:12, 102:9, 102:14, 102:15, 102:17, 103:4, 103:21, 103:22, 103:23, 104:2, 108:17, 108:19, 108:22, 110:15, 113:23, 124:4, 128:16
**Force** [66] - 13:20, 26:10, 27:21, 28:8, 30:5, 33:7, 33:10, 33:21, 34:5, 34:25, 35:11, 35:13, 35:20, 35:22, 36:1, 36:5, 36:9, 47:17, 48:18, 48:24, 53:23, 63:2, 63:9, 63:15, 64:19, 64:20, 64:23, 68:25, 71:19, 74:1, 74:17, 76:1, 77:22, 94:10, 94:23, 95:3, 95:12, 95:20, 96:6, 100:11, 100:12, 101:4, 104:18, 105:14, 106:1, 107:11, 110:7, 116:18, 117:12, 118:7, 118:19, 120:3, 120:13, 120:21, 120:22, 121:7, 122:11, 123:1, 123:3, 123:4, 124:7, 124:17, 124:25, 125:10, 129:4
**Force's** [4] - 34:13, 68:21, 71:18, 117:25
**Force-Iraq** [3] - 105:14, 117:12, 125:10
**Force-Iraq's** [1] - 106:1
**Forces** [31] - 24:25, 28:5, 38:22, 55:7, 58:7, 58:12, 62:25, 63:8, 63:17, 66:22, 67:15, 69:2, 70:5, 70:11, 70:13, 74:15, 74:25, 75:2, 75:12, 77:13, 78:12, 82:23, 85:25, 86:18, 87:3, 110:4, 114:22, 118:23, 122:13, 122:16, 124:24
**forces** [30] - 36:12, 55:7, 58:2, 59:9, 59:25, 61:6, 61:14, 62:1, 62:23, 62:24,

63:5, 66:12, 69:24, 70:6, 73:20, 77:25, 78:16, 82:15, 84:15, 84:23, 86:19, 87:18, 87:25, 88:19, 89:5, 98:21, 101:22, 103:6, 113:16, 114:12
**foregoing** [1] - 130:4
**foreign** [10] - 28:12, 28:17, 39:5, 41:18, 41:25, 42:8, 62:7, 62:9, 72:14, 72:23
**Foreign** [3] - 13:9, 32:5, 42:17
**forensic** [1] - 96:11
**forged** [1] - 64:9
**form** [3] - 36:10, 100:18, 111:21
**formally** [1] - 40:11
**formation** [3] - 91:9, 100:5, 102:16
**formations** [1] - 92:18
**formed** [16] - 9:5, 58:24, 61:9, 63:5, 78:15, 85:11, 86:3, 91:16, 91:17, 109:12, 109:13, 110:13, 119:19, 119:20, 119:21, 125:1
**former** [11] - 56:22, 83:7, 91:4, 93:2, 93:6, 112:4, 112:9, 115:2, 124:2, 127:2, 128:13
**forming** [1] - 46:15
**forth** [5] - 9:9, 45:18, 45:19, 78:6, 80:18
**forward** [4] - 75:23, 94:22, 121:19
**fought** [2] - 64:14, 64:15
**foundation** [1] - 10:5
**founded** [2] - 74:23, 123:24
**founder** [1] - 54:19
**founding** [2] - 30:13, 53:20
**four** [1] - 65:24
**fourth** [2] - 77:17, 106:5
**fraction** [1] - 49:13
**frame** [1] - 104:24
**frankly** [3] - 20:10, 68:8, 69:7
**free** [1] - 126:11
**freedom** [1] - 89:18
**freezing** [1] - 31:15
**French** [1] - 46:8
**Fritz** [1] - 9:16
**front** [1] - 79:25

**Front** [2] - 35:17, 74:4
**FTO** [3] - 42:1, 42:7, 72:15
**fuel** [2] - 91:3, 114:9
**full** [4] - 39:14, 51:17, 80:5, 130:5
**functioned** [2] - 64:19, 69:7
**funded** [6] - 8:23, 74:16, 77:20, 109:17, 119:24, 119:25
**funding** [13] - 17:18, 35:24, 36:6, 36:10, 62:12, 62:21, 71:22, 105:2, 105:21, 106:2, 107:6, 107:10, 121:1
**funds** [2] - 49:6, 66:15
**furthermore** [1] - 85:23
**fuse** [1] - 95:4
**future** [1] - 75:22

## G

**gain** [1] - 117:24
**galvanize** [2] - 99:18, 102:8
**GARY** [1] - 1:14
**Gary** [1] - 3:9
**gathered** [1] - 21:3
**GC** [1] - 35:18
**GCC** [1] - 39:15
**gears** [1] - 109:3
**General** [29] - 2:7, 30:7, 33:17, 34:12, 35:18, 50:16, 58:13, 64:23, 71:18, 71:25, 74:5, 81:11, 86:16, 98:13, 100:9, 101:8, 105:10, 116:16, 116:17, 117:23, 118:18, 122:25, 123:2, 123:9, 123:14, 125:9, 126:11, 127:9, 129:7
**general** [18] - 28:21, 38:4, 45:3, 50:8, 51:20, 52:4, 53:17, 81:5, 81:8, 83:2, 86:7, 87:2, 91:14, 102:5, 114:2, 116:15, 122:5
**generally** [2] - 12:18, 67:16
**generals** [1] - 72:1
**genesis** [1] - 24:18
**gentleman** [7] - 27:11, 27:13, 98:19,

100:8, 112:1, 126:19, 126:23

**Georgetown** [4] - 13:9, 16:11, 16:14, 24:6

**GID** [1] - 38:5

**given** [2] - 46:10, 100:5

**Global** [1] - 24:3

**global** [16] - 30:9, 32:6, 32:10, 33:19, 35:5, 39:5, 41:13, 42:4, 42:23, 43:1, 51:23, 56:5, 57:12, 72:24, 76:20, 123:4

**globe** [1] - 48:13

**goal** [2] - 58:10, 113:2

**goals** [2] - 28:17, 67:12

**God** [5] - 24:4, 40:14, 44:16, 49:3, 71:11

**gold** [1] - 23:23

**governing** [1] - 110:23

**government** [45] - 16:12, 19:2, 20:1, 20:20, 20:21, 20:23, 20:24, 21:9, 21:13, 22:21, 22:22, 27:16, 34:5, 40:11, 40:13, 46:11, 48:20, 50:2, 61:6, 62:24, 65:7, 66:2, 66:9, 67:24, 69:2, 76:18, 90:8, 90:20, 90:22, 90:25, 91:10, 97:9, 107:3, 111:8, 111:14, 111:18, 111:21, 111:24, 112:25, 113:4, 113:18, 113:20, 114:23, 114:25

**Government** [1] - 3:13

**government's** [1] - 97:12

**governments** [1] - 40:12

**graduate** [1] - 15:15

**graphic** [2] - 10:10, 10:13

**grassroots** [1] - 99:5

**Great** [1] - 39:11

**great** [7] - 10:11, 10:25, 75:1, 93:14, 128:17, 128:19, 128:21

**greater** [2] - 104:18, 117:25

**greatest** [2] - 68:12

**green** [1] - 87:6

**grew** [1] - 104:21

**group** [11] - 27:24, 33:16, 38:23, 48:11, 67:3, 71:7, 95:4, 97:15, 104:10, 119:6, 119:18

**groups** [31] - 8:16, 8:18, 16:18, 16:19, 28:23, 33:24, 36:11, 43:13, 49:4, 57:20, 58:17, 58:21, 61:4, 61:5, 62:13, 62:22, 65:3, 68:2, 69:8, 70:7, 70:17, 71:1, 73:22, 76:2, 102:1, 104:11, 104:13, 115:9, 121:4, 122:15, 128:11

**Groups** [33] - 8:19, 13:25, 26:12, 70:9, 71:14, 74:12, 74:15, 76:1, 78:19, 84:12, 93:24, 104:5, 104:7, 104:11, 104:17, 105:1, 105:4, 105:5, 107:6, 107:10, 115:11, 118:9, 119:13, 122:12, 122:16, 122:18, 123:1, 123:15, 125:2, 128:6, 129:1

**growing** [1] - 94:15

**Guard** [18] - 8:11, 8:20, 13:16, 13:18, 13:19, 26:9, 26:10, 27:20, 29:19, 32:6, 35:14, 35:15, 61:12, 61:15, 63:1, 74:2, 77:22, 129:3

**guidance** [5] - 35:24, 36:11, 61:3, 62:21, 78:17

**Gulf** [3] - 39:16, 51:19, 68:24

## H

**Hackensack** [1] - 1:17

**Hakim** [3] - 109:15, 116:20

**half** [3] - 47:9, 50:24, 55:3

**Hamas** [2] - 35:16, 74:3

**Hamid** [2] - 76:14, 76:15

**Hamiyah** [1] - 57:2

**HAMIYAH** [1] - 57:3

**hand** [3] - 11:11, 60:7, 114:22

**handed** [1] - 5:24

**handling** [1] - 11:3

**Hansen** [1] - 8:4

**HANSEN** [1] - 1:15

**Haq** [12] - 74:12, 74:14, 74:20, 74:23, 76:3, 119:7, 119:18, 119:24, 119:25, 120:19, 121:5, 123:20

**hard** [3] - 6:19, 8:5, 76:11

**hardline** [1] - 70:10

**hardware** [1] - 96:2

**Hariri** [1] - 56:23

**HARIRI** [1] - 56:23

**Harmony** [4] - 22:24, 23:1, 23:4, 23:11

**Harvard** [1] - 15:16

**Hassan** [1] - 50:5, 50:7, 50:16, 51:5, 51:20, 51:25, 52:2, 52:10, 53:1, 55:12, 58:14

**hate** [2] - 86:9, 93:5

**hatred** [1] - 45:1

**hatted** [1] - 18:1

**head** [6] - 22:12, 47:23, 52:4, 69:21, 100:10, 100:22

**headed** [1] - 30:7

**heading** [2] - 32:12, 37:19

**headquarters** [2] - 69:10, 105:15

**health** [1] - 107:2

**heard** [2] - 21:18, 98:13

**heavily** [1] - 62:3

**heavyweight** [1] - 67:18

**help** [4] - 44:8, 45:4, 49:18, 91:3

**helped** [1] - 45:19

**helping** [2] - 29:23, 53:21

**hence** [1] - 98:9

**henceforth** [1] - 85:15

**hereby** [1] - 130:3

**Hezbollah** [142] - 8:13, 9:3, 9:4, 13:22, 17:20, 23:25, 24:3, 24:18, 26:11, 27:23, 30:10, 30:11, 30:14, 30:16, 30:17, 33:22, 33:23, 33:25, 35:16, 36:2, 36:3, 36:6, 36:7,

38:11, 38:12, 39:8, 39:12, 40:1, 40:3, 40:14, 41:6, 41:10, 41:22, 42:7, 42:20, 42:22, 42:25, 43:7, 43:14, 43:19, 43:20, 43:25, 45:4, 45:6, 45:13, 45:20, 46:4, 46:15, 46:17, 46:23, 47:5, 47:13, 47:15, 47:17, 47:24, 49:3, 49:12, 49:19, 49:22, 50:3, 50:6, 50:8, 51:21, 52:3, 53:6, 53:20, 53:21, 53:24, 54:10, 54:12, 56:16, 57:3, 57:23, 58:16, 58:20, 59:1, 59:11, 59:15, 59:20, 61:11, 61:16, 61:23, 62:1, 62:6, 62:9, 63:9, 63:15, 63:17, 71:2, 71:4, 71:9, 71:10, 71:12, 71:16, 71:20, 71:21, 71:23, 72:2, 72:9, 72:14, 73:2, 73:4, 73:17, 74:3, 74:18, 74:19, 75:13, 75:15, 76:2, 77:11, 77:12, 77:23, 78:2, 78:17, 97:15, 97:19, 100:17, 100:22, 101:14, 101:21, 102:1, 104:18, 104:23, 108:1, 120:1, 121:17, 121:19, 123:13, 123:23, 123:24, 124:5, 124:18, 126:22, 126:25, 127:3, 127:6

**Hezbollah's** [20] - 24:15, 24:19, 24:22, 25:2, 35:23, 43:5, 44:25, 45:25, 48:16, 50:7, 52:5, 52:6, 56:18, 57:5, 57:17, 71:12, 72:23, 75:6, 75:16, 77:19

**Hezbollah-designed** [1] - 9:4

**Hezbollah-perpetrated** [1] - 54:10

**high** [2] - 91:22, 106:13

**higher** [1] - 63:6

**highest** [2] - 50:9, 52:5

**highest-ranking** [1] - 52:5

**highlight** [1] - 8:7

**highlighted** [5] - 97:3, 105:18, 107:24, 108:12, 122:9

**highlights** [1] - 77:18

**Highlights** [1] - 118:3

**highly** [3] - 55:6, 75:13, 108:14

**himself** [4] - 18:7, 33:18, 50:17, 58:14

**hip** [1] - 49:5

**history** [2] - 35:21, 35:22

**hit** [1] - 19:22

**holding** [1] - 37:15

**holy** [4] - 88:13, 102:10, 102:14, 114:6

**home** [2] - 34:8, 114:5

**Honor** [41] - 3:9, 4:3, 6:7, 6:18, 7:24, 9:19, 11:7, 11:9, 11:10, 11:12, 11:17, 11:23, 12:6, 12:25, 14:23, 15:3, 18:20, 26:6, 26:15, 39:22, 39:24, 52:15, 60:6, 78:25, 79:9, 79:15, 79:24, 80:21, 81:17, 81:18, 86:12, 86:15, 86:23, 88:20, 91:17, 93:6, 95:1, 110:21, 118:14, 127:14, 129:19

**Honor's** [2] - 4:5, 7:12

**HONORABLE** [1] - 1:11

**hope** [1] - 10:19

**hopefully** [2] - 6:13, 107:24

**host** [3] - 17:7, 123:8, 123:9

**hot** [1] - 59:5

**House** [1] - 17:2

**house** [1] - 43:10

**housekeeping** [4] - 6:8, 6:17, 128:15, 129:9

**huge** [1] - 70:12

**human** [5] - 10:7, 32:22, 34:7, 38:2, 43:12

**Humvee** [4] - 85:4, 85:7, 92:10, 93:16

**Humvees** [1] - 108:24

**hundred** [2] - 66:18, 104:12

**Hussein** [7] - 64:13,

65:1, 68:11, 69:19, 90:2, 99:12, 114:5
**Hussein's** [1] - 98:20

## I

**idea** [7] - 44:13, 44:15, 45:9, 48:21, 49:9, 67:16, 75:24
**ideological** [2] - 49:8, 53:25
**ideas** [2] - 17:3, 21:17
**identified** [3] - 100:21, 110:18, 116:21
**identifiers** [1] - 20:11
**identify** [6] - 3:7, 5:12, 5:16, 42:15, 117:7, 119:10
**ideologically** [2] - 49:5, 57:25
**ideology** [2] - 43:6, 44:1
**IED** [8] - 61:17, 63:11, 66:18, 84:19, 84:24, 85:19, 94:15, 108:14
**IEDs** [11] - 58:24, 61:9, 61:25, 63:7, 69:5, 84:21, 85:8, 86:19, 101:16, 101:18, 108:7
**IJO** [1] - 54:14
**illegal** [1] - 65:3
**illicit** [2] - 25:3, 34:7
**illustrates** [1] - 88:22
**illustrating** [1] - 83:1
**illustration** [1] - 60:19
**IMAD** [1] - 56:17
**Imad** [6] - 54:18, 55:14, 56:2, 56:17, 100:19, 100:25
**image** [2] - 33:24, 49:19
**imagery** [1] - 10:10
**immediate** [1] - 126:21
**immediately** [3] - 99:19, 103:7, 111:23
**Immigration** [1] - 72:15
**impact** [1] - 9:23
**impactful** [1] - 58:20
**implemented** [1] - 61:16
**important** [9] - 24:19, 28:3, 45:22,

46:2, 47:24, 50:14, 58:19, 64:17, 70:15
**importantly** [1] - 126:23
**impose** [1] - 12:23
**improve** [1] - 75:22
**improvised** [5] - 58:23, 63:6, 86:1, 94:19, 124:13
**Improvised** [1] - 85:13
**IN** [1] - 2:9
**INA** [1] - 72:16
**incapable** [1] - 103:22
**inception** [1] - 30:15
**incited** [1] - 113:22
**incite** [1] - 13:13, 16:15, 16:19, 16:20, 17:5, 22:20, 83:7, 83:10, 84:11, 86:3, 122:15
**included** [4] - 15:20, 16:17, 17:19, 83:24
**includes** [1] - 17:13
**including** [22] - 8:16, 9:4, 15:21, 27:25, 30:1, 34:10, 40:8, 40:15, 52:7, 54:12, 58:21, 59:8, 61:24, 62:21, 64:15, 68:4, 77:14, 78:13, 78:14, 86:18, 86:20, 101:15
**income** [1] - 105:22
**inconsistent** [1] - 61:1
**increased** [1] - 115:14
**increasing** [1] - 61:7
**incredibly** [1] - 49:14
**indeed** [1] - 14:10
**independent** [5] - 9:17, 119:21, 120:7, 120:20, 124:24
**indicates** [2] - 121:3, 126:5
**individual** [9] - 9:20, 76:21, 94:3, 98:17, 103:6, 104:11, 119:10, 119:12, 123:7
**individuals** [4] - 31:8, 61:18, 63:12, 65:25
**inflict** [1] - 9:24
**influence** [3] - 45:12, 66:14, 111:13
**information** [22] - 16:15, 19:13, 20:9, 20:18, 21:3, 21:4, 21:5, 21:6, 21:14,

21:15, 21:20, 21:23, 21:25, 22:1, 22:6, 22:10, 22:17, 22:19, 23:9, 69:15, 109:2
**injured** [1] - 9:14
**injuries** [5] - 9:24, 10:21, 59:10, 70:13, 78:23
**innocent** [1] - 36:12
**innovations** [1] - 44:14
**inside** [4] - 63:13, 63:16, 64:18, 114:6
**insignificant** [1] - 90:15
**instance** [2] - 23:20, 122:17
**Institute** [8] - 13:8, 15:23, 16:3, 16:9, 16:14, 16:22, 16:23, 17:10
**instructing** [1] - 46:14
**instructory** [1] - 24:17
**instrumentality** [1] - 8:12
**insurgency** [1] - 91:4
**insurgent** [3] - 73:21, 83:5, 83:7
**insurgents** [1] - 108:2
**intelligence** [28] - 13:7, 15:19, 16:7, 17:8, 18:8, 18:9, 18:11, 18:14, 18:16, 19:12, 19:18, 20:25, 21:9, 22:3, 22:11, 30:16, 35:24, 38:4, 46:13, 49:6, 50:15, 78:18, 85:24, 93:1, 95:5, 97:18, 105:13, 121:15
**intend** [10] - 8:6, 8:10, 8:22, 9:2, 9:7, 9:12, 9:17, 10:5, 10:10, 129:11
**intended** [3] - 9:22, 10:2, 28:7
**intense** [1] - 54:6
**interact** [1] - 17:6
**intercepted** [1] - 46:12
**interest** [5] - 45:8, 45:24, 46:6, 47:2, 47:6
**interested** [1] - 120:11
**interests** [4] - 40:7, 40:8, 45:14, 46:5

**interior** [3] - 111:25, 112:6, 112:7
**interlocutor** [1] - 126:25
**internal** [2] - 105:3, 113:19
**international** [2] - 15:9, 54:15
**interrogations** [1] - 121:15
**interviewed** [1] - 21:19
**interviewing** [1] - 24:12
**Interviews** [1] - 118:4
**intimate** [2] - 64:18, 106:17
**intimately** [2] - 71:18, 74:17
**intimidate** [1] - 106:17
**introduce** [1] - 11:2
**invasion** [5] - 67:12, 82:8, 90:4, 94:12, 99:15
**inverts** [1] - 91:22
**investigation** [1] - 15:22
**invited** [1] - 100:4
**involve** [2] - 121:1, 121:2
**involved** [9] - 18:23, 19:16, 37:22, 45:7, 58:4, 76:21, 95:8, 121:22, 127:25
**involvement** [3] - 52:8, 116:22, 121:18
**involves** [1] - 96:1
**involving** [1] - 125:15
**IRAM** [1] - 124:13
**IRAN** [1] - 1:6
**Iran** [101] - 3:6, 8:10, 8:12, 8:23, 9:7, 9:12, 9:16, 16:19, 17:5, 27:5, 27:9, 27:15, 27:16, 27:18, 28:5, 28:7, 28:11, 28:18, 29:10, 29:22, 30:18, 36:4, 43:15, 43:24, 44:8, 44:11, 44:15, 44:16, 45:1, 45:4, 45:10, 46:19, 47:1, 47:5, 47:21, 48:17, 48:18, 48:20, 49:14, 49:16, 49:22, 50:3, 54:4, 57:22, 58:6, 58:8, 60:25, 61:3, 61:10, 62:10, 64:10,

64:12, 64:13, 64:14, 66:6, 66:10, 66:23, 67:1, 67:4, 67:16, 67:25, 68:1, 68:2, 68:5, 68:7, 68:9, 68:10, 68:13, 69:3, 69:10, 70:14, 70:15, 70:22, 72:3, 78:11, 78:16, 78:22, 84:2, 89:12, 95:18, 95:21, 96:13, 96:16, 97:9, 98:24, 99:23, 100:4, 100:7, 105:2, 105:24, 106:3, 109:12, 109:13, 109:15, 116:5, 120:25, 122:10, 124:14, 128:10, 129:3
**Iran's** [27] - 13:13, 13:18, 26:8, 26:9, 28:9, 30:17, 32:5, 32:19, 32:22, 33:11, 34:7, 35:2, 38:4, 45:13, 45:14, 46:5, 46:12, 47:2, 58:15, 62:10, 64:17, 65:1, 66:11, 66:14, 67:12, 71:19, 74:1
**Iran-based** [2] - 66:6, 122:10
**Iran-Iraq** [5] - 47:1, 64:10, 64:13, 68:10, 109:12
**Iran-sponsored** [1] - 66:10
**Iranian** [35] - 16:16, 16:20, 20:15, 27:8, 29:21, 33:8, 35:14, 37:15, 47:15, 61:6, 61:12, 62:20, 62:23, 63:3, 68:19, 69:3, 71:3, 74:13, 74:20, 75:10, 76:21, 76:22, 77:21, 77:23, 82:25, 87:9, 89:20, 99:25, 111:1, 116:11, 116:24, 120:4, 125:15, 127:6, 128:10
**Iranian's** [1] - 17:19
**Iranian-manufactured** [1] - 120:4
**Iranian-produced** [1] - 63:3
**Iranian-sponsored** [1] - 76:22
**Iranians** [3] - 46:25, 125:3, 125:24
**Iraq** [153] - 8:14, 9:1, 13:24, 23:5, 26:12,

27:6, 28:25, 45:13,
47:1, 47:20, 55:8,
57:16, 57:22, 57:24,
58:1, 58:4, 58:17,
59:9, 59:20, 59:24,
60:25, 61:2, 61:19,
62:8, 62:11, 62:14,
62:20, 63:10, 63:17,
64:8, 64:10, 64:12,
64:13, 64:14, 64:18,
65:3, 65:6, 65:8, 66:1,
66:2, 66:9, 67:5,
67:12, 67:23, 68:6,
68:9, 68:10, 68:14,
68:16, 68:19, 68:22,
69:4, 69:6, 69:9,
69:18, 69:24, 70:6,
70:22, 71:3, 71:11,
71:13, 72:1, 72:20,
74:13, 75:10, 75:12,
76:22, 77:14, 77:25,
78:13, 82:1, 82:4,
82:7, 83:10, 83:19,
84:4, 84:19, 85:5,
85:12, 85:21, 86:18,
87:3, 87:16, 87:24,
87:25, 88:13, 88:16,
89:12, 90:2, 90:18,
90:25, 93:3, 93:22,
94:1, 94:13, 95:4,
95:14, 97:10, 98:1,
98:6, 98:20, 98:24,
99:16, 99:19, 101:1,
105:14, 105:15,
106:24, 107:22,
109:11, 109:12,
109:16, 110:4,
111:20, 112:8, 113:3,
114:23, 115:3, 116:5,
116:10, 116:11,
116:17, 116:22,
117:12, 117:25,
121:13, 121:17,
122:12, 122:13,
122:20, 123:1, 123:3,
123:5, 123:12,
123:15, 124:14,
124:21, 125:10,
125:20, 126:6,
126:17, 126:18,
127:4, 127:7, 127:11,
127:21, 127:23,
128:6, 128:18,
128:25, 129:5
**Iraq's** [1] - 106:1
**Iraqi** [57] - 9:3, 36:11,
36:12, 36:13, 46:24,
58:2, 58:3, 59:8,
59:24, 61:4, 61:16,
61:24, 62:12, 62:22,
62:23, 63:2, 63:5,

63:10, 63:13, 63:16,
64:11, 64:13, 64:14,
64:15, 65:2, 65:5,
66:11, 66:14, 68:3,
68:4, 69:2, 72:19,
72:20, 73:19, 77:24,
82:15, 82:16, 83:5,
89:14, 89:15, 89:19,
91:9, 93:7, 94:2,
101:14, 107:3, 111:8,
111:13, 111:24,
112:22, 112:24,
113:17, 118:8
**Iraqis** [2] - 64:15,
88:3
**IRGC** [72] - 8:11, 9:3,
9:4, 9:6, 13:16, 26:9,
26:10, 28:3, 28:6,
28:8, 29:22, 30:2,
30:7, 30:10, 30:13,
31:8, 31:9, 32:6, 32:9,
32:12, 32:13, 32:16,
32:17, 32:18, 32:24,
33:1, 33:6, 33:12,
34:24, 34:25, 35:7,
35:11, 35:13, 35:14,
36:3, 36:15, 36:18,
37:13, 37:16, 37:17,
37:21, 37:22, 37:25,
38:3, 53:19, 63:1,
64:19, 66:15, 71:23,
74:2, 77:22, 78:16,
101:4, 104:18,
104:23, 107:6,
109:17, 109:20,
110:7, 111:1, 116:25,
117:25, 118:19,
119:25, 120:21,
121:6, 122:11,
123:25, 124:7, 124:10
**IRGC-manufactured** [1] -
9:4
**IRGC-QF** [17] -
26:10, 32:16, 32:18,
34:25, 35:7, 35:13,
36:15, 36:18, 37:13,
37:16, 37:17, 37:21,
37:22, 38:3, 71:23,
77:22, 78:16
**ironically** [1] - 47:18
**Islamic** [30] - 3:6,
8:11, 13:16, 13:18,
13:19, 26:9, 26:10,
27:5, 27:19, 28:1,
28:2, 28:9, 29:18,
32:5, 35:14, 35:16,
40:15, 44:14, 54:9,
54:13, 54:19, 54:24,
63:1, 64:8, 74:1, 74:4,

75:6, 75:16, 100:22,
109:11
**ISLAMIC** [1] - 1:6
**Islamist** [1] - 17:13
isolating [1] - 31:16
**Israel** [15] - 28:19,
28:20, 39:1, 44:5,
44:6, 44:23, 45:2,
47:3, 53:6, 53:7,
53:13, 53:16, 57:19,
57:20, 59:12
**Israeli** [5] - 47:11,
48:3, 53:7, 62:1,
101:22
**Israelis** [2] - 39:9,
47:7
issue [1] - 12:23
issued [2] - 36:17,
53:8
issues [3] - 5:10,
17:7, 20:16
it'll [1] - 4:13
item [3] - 6:17,
82:19, 85:13
items [1] - 6:8
iterations [1] -
108:25
itself [4] - 19:20,
24:25, 65:4, 129:3

### J

**Jaafari** [7] - 30:8,
31:9, 31:13, 111:2,
111:9, 112:19, 113:11
**Jabr** [1] - 112:1
**JAM** [12] - 8:17, 8:18,
70:9, 78:19, 102:6,
103:10, 106:8,
106:12, 106:16,
106:20, 122:15,
122:18
**January** [16] - 9:13,
29:13, 40:23, 40:24,
41:1, 50:23, 51:1,
51:3, 65:17, 74:20,
77:15, 117:16,
118:19, 118:24,
122:17
**Jaysh** [17] - 8:17,
58:18, 58:22, 69:13,
69:16, 69:22, 70:2,
70:8, 70:9, 78:19,
100:6, 101:2, 103:9,
103:10, 103:17,
108:18, 122:12
**Jersey** [1] - 1:17
**Jewish** [3] - 17:15,
47:11, 88:10

**Jews** [1] - 47:7
**JIEDDO** [7] - 85:15,
85:18, 86:6, 94:9,
95:1, 95:12, 96:6
**jihad** [1] - 50:14
**Jihad** [10] - 35:17,
40:16, 54:9, 54:14,
54:19, 54:24, 74:4,
75:7, 75:16, 100:22
job [2] - 15:18, 90:22
jobs [1] - 90:20
join [1] - 106:12
joint [2] - 77:14,
122:19
**Joint** [1] - 85:13
jointly [1] - 74:20
**JPCC** [1] - 77:15
**Judge** [2] - 3:17,
39:19
**JUDGE** [1] - 1:11
**July** [3] - 47:12,
73:10, 125:18
jump [2] - 107:14,
110:9
**June** [8] - 30:24,
32:21, 56:20, 72:9,
72:13, 99:22, 123:6,
127:22
jurisdiction [1] -
88:18
jurisprudent [3] -
44:12, 45:11, 49:10
**Justice** [2] - 3:18,
19:24

### K

**Karbala** [11] - 9:14,
74:21, 75:20, 76:5,
77:14, 78:14, 102:10,
118:24, 121:25,
122:20, 122:24
**Karcher** [1] - 3:6
**KARCHER** [1] - 1:3
**Kata'ib** [17] - 71:1,
71:4, 71:9, 71:16,
71:21, 72:2, 72:8,
72:14, 72:22, 73:1,
73:4, 73:17, 76:2,
123:22, 123:24,
124:5, 124:18
**Katyusha** [1] - 66:21
**Kawtharani** [1] -
126:25
keep [3] - 59:14,
86:9, 127:13
**Kerrville** [1] - 80:10
key [3] - 27:22, 55:4,
62:10

**KH** [3] - 72:14, 72:17,
72:18
**Khamenei** [1] - 27:14
**Khatrani** [1] - 123:12
**Khazali** [5] - 74:23,
119:12, 120:10,
121:11, 123:19
**Khobar** [1] - 47:17
**Khomeini** [1] - 27:11
kidnap [1] - 106:18
kidnapped [1] - 53:7
kidnapping [1] -
106:22
kill [4] - 8:25, 36:12,
103:15, 115:2
killed [10] - 48:7,
54:20, 55:2, 56:22,
63:4, 69:19, 93:18,
103:14, 103:15,
122:20
killer [1] - 85:20
killing [3] - 66:13,
127:25, 129:5
kind [7] - 24:22,
58:7, 59:5, 59:14,
98:14, 100:15, 105:12
kinds [1] - 69:5
kinetically [2] -
114:24, 115:1
**Kingdom** [1] - 97:9
know-how [1] -
59:24
knowledge [1] -
97:11
known [7] - 8:20,
13:19, 57:24, 66:20,
115:25, 119:6, 124:9
knows [2] - 6:10,
9:19
**KOLLAR** [1] - 1:11
**KOLLAR-KOTELLY**
[1] - 1:11
**KOTELLY** [1] - 1:11
**Kurds** [1] - 88:4
**Kuwait** [5] - 46:22,
46:23, 47:1, 47:4,
84:2

### L

**L-A-I-T-H** [1] - 74:24
labeled [2] - 61:21,
62:5
lack [1] - 111:13
**Laith** [1] - 74:24
language [7] - 5:16,
63:21, 63:25, 73:1,
74:6, 78:1, 108:4
large [12] - 3:3,

10:12, 10:14, 53:19, 53:20, 54:12, 71:16, 87:12, 102:16, 103:4, 103:17, 104:10
**largely** [6] - 87:13, 89:8, 93:6, 109:15, 114:5, 128:20
**larger** [4] - 24:24, 38:21, 53:16, 104:16
**largest** [2] - 38:20, 38:22
**last** [14] - 4:7, 6:2, 7:11, 41:5, 51:5, 56:1, 76:23, 78:4, 80:7, 85:13, 107:5, 108:12, 118:2, 128:2
**lastly** [2] - 9:19, 11:2
**late** [5] - 3:14, 62:2, 82:18, 94:22, 120:9
**launch** [1] - 110:3
**launched** [1] - 66:22
**launching** [1] - 110:6
**Law** [2] - 15:10, 15:16
**law** [4] - 7:22, 15:8, 54:23, 113:21
**lay** [1] - 10:5
**lead** [1] - 104:4
**Leader** [5] - 27:15, 44:15, 44:24, 99:23, 123:7
**leader** [7] - 50:8, 54:20, 64:21, 64:23, 64:24, 90:3, 99:16
**leaders** [2] - 57:3, 103:25
**leadership** [4] - 50:9, 99:25, 100:5, 111:15
**leading** [1] - 59:9
**leads** [2] - 50:11, 66:6
**League** [1] - 39:16
**lean** [1] - 7:7
**leaning** [1] - 11:22
**learn** [1] - 121:15
**learned** [1] - 121:18
**least** [11] - 21:7, 25:15, 44:24, 61:7, 61:22, 61:23, 75:6, 78:22, 93:18, 101:13, 105:23
**leave** [4] - 5:19, 43:10, 67:20, 82:17
**leaving** [1] - 4:14
**Lebanese** [39] - 8:13, 9:3, 24:25, 27:23, 33:22, 33:25, 35:16, 38:12, 38:14, 38:22, 44:2, 44:5, 46:23, 47:13, 47:16, 56:22,

61:10, 61:15, 63:9, 63:17, 71:10, 71:12, 71:20, 74:17, 74:19, 78:17, 97:15, 97:19, 100:17, 102:1, 104:18, 104:22, 108:1, 120:1, 121:18, 123:12, 126:25, 127:3, 127:6
**Lebanon** [35] - 24:17, 24:19, 24:23, 28:23, 38:15, 38:20, 40:6, 43:15, 43:17, 43:20, 43:22, 44:3, 44:4, 44:22, 45:7, 45:8, 46:7, 46:19, 47:3, 48:18, 48:23, 53:10, 54:3, 56:21, 58:8, 59:11, 62:2, 68:23, 71:11, 74:3, 77:20, 98:25, 101:22, 126:18, 126:22
**Lebanon's** [2] - 24:4, 36:2
**Lebanon-based** [1] - 74:3
**led** [11] - 15:21, 27:10, 33:17, 52:3, 65:7, 69:24, 71:4, 71:16, 94:12, 98:8, 99:15
**LEE** [1] - 79:19
**Lee** [1] - 80:7
**left** [5] - 27:11, 90:25, 110:21, 126:17, 126:21
**legal** [4] - 19:19, 19:24, 25:22, 82:7
**legally** [2] - 9:7, 9:13
**legitimate** [1] - 28:11
**less** [7] - 25:1, 28:11, 44:4, 70:3, 105:5, 118:6
**lethal** [4] - 36:9, 62:20, 84:23, 91:24
**lethality** [2] - 61:7, 63:6
**letter** [1] - 40:4
**Levant** [1] - 68:24
**level** [3] - 91:24, 104:21, 106:12
**Levitt** [38] - 2:5, 11:4, 11:11, 11:24, 13:4, 14:8, 14:20, 15:5, 20:11, 20:12, 20:13, 26:7, 26:17, 27:4, 29:18, 33:6, 36:14, 38:11, 43:5, 45:18, 48:16, 52:25, 54:9, 57:15, 60:7, 60:8,

64:6, 67:6, 67:11, 69:13, 74:11, 75:5, 78:6, 98:13, 100:21, 101:9, 119:6, 121:12
**LEVITT** [1] - 12:3
**levitt** [2] - 76:23, 78:24
**Liberation** [2] - 35:17, 74:5
**lieutenant** [3] - 81:5, 81:7, 86:7
**lieutenants** [1] - 103:2
**life** [2] - 76:11, 99:7
**likely** [1] - 10:13
**limited** [1] - 53:15
**line** [1] - 88:22
**liner** [1] - 96:2
**lining** [1] - 91:20, 91:22
**linked** [1] - 61:12
**LISA** [2] - 1:22, 130:3
**Lisa** [1] - 130:12
**list** [12] - 5:24, 27:17, 29:7, 41:18, 42:1, 42:2, 42:16, 42:21, 42:22, 50:22, 55:23, 56:1
**listed** [11] - 29:10, 29:13, 41:2, 41:6, 41:22, 42:20, 51:5, 56:2, 65:21, 73:13, 77:6
**listen** [2] - 12:20, 39:23
**lists** [1] - 41:12
**literally** [2] - 48:20, 94:22
**litigation** [1] - 19:24
**lives** [1] - 9:14
**LLC** [2] - 1:16, 3:10
**located** [2] - 89:8, 128:16
**location** [1] - 114:4
**logistical** [4] - 25:3, 35:25, 66:7, 122:14
**logistics** [2] - 61:24, 101:14
**longstanding** [1] - 125:2
**longtime** [2] - 8:12, 8:20
**look** [27] - 23:12, 27:1, 29:2, 29:16, 31:19, 33:4, 38:9, 40:17, 41:15, 42:12, 43:3, 45:16, 46:3, 47:22, 48:14, 50:19, 54:7, 55:13, 56:1, 57:13, 64:4, 67:9,

69:11, 71:1, 74:11, 76:23, 78:4
**looking** [1] - 22:5
**lost** [2] - 90:20, 91:1
**low** [1] - 87:14
**lowest** [1] - 99:7
**loyalty** [1] - 104:13
**lunch** [1] - 4:19, 4:20, 129:17
**luncheon** [1] - 129:21

## M

**ma'am** [1] - 121:25
**machine** [1] - 96:16
**Mahdi** [26] - 8:17, 58:18, 58:22, 64:21, 69:13, 69:16, 69:22, 69:23, 70:2, 70:8, 70:9, 71:4, 73:13, 73:25, 74:7, 78:19, 100:6, 101:2, 103:9, 103:10, 103:18, 104:9, 108:18, 110:25, 122:12, 124:1
**MAHDI** [1] - 64:21
**Mahdi's** [2] - 8:17, 104:8
**maim** [1] - 8:25
**main** [3] - 57:25, 78:9
**maintained** [3] - 42:1, 42:2, 123:10
**maintains** [1] - 30:2
**Major** [3] - 30:7, 33:17, 100:9
**major** [3] - 38:15, 45:19, 110:19
**majority** [9] - 23:10, 38:18, 59:9, 90:12, 91:11, 111:18, 111:19, 128:16
**maker** [1] - 112:25
**makeup** [1] - 87:24
**malevolent** [1] - 116:11
**malign** [1] - 117:2
**Maliki** [10] - 112:14, 112:21, 113:3, 113:6, 126:18, 126:20, 127:2, 127:10, 127:18, 127:22
**Maliki's** [1] - 113:12
**manage** [1] - 11:15
**managed** [1] - 123:4
**management** [1] - 11:16
**manager** [2] - 18:1,

18:17
**manifested** [1] - 52:12
**manner** [1] - 92:17
**Mansoor** [1] - 37:13
**MANSOOR** [1] - 37:14
**manufacture** [2] - 95:23, 126:4
**manufactured** [3] - 9:4, 120:4, 126:2
**map** [2] - 88:16, 114:12
**March** [5] - 47:11, 66:20, 67:12, 82:10, 82:18
**Marine** [3] - 40:9, 46:8, 55:1
**Marines** [2] - 46:16, 87:14, 103:13
**mark** [1] - 122:23
**marked** [5] - 80:15, 92:1, 105:8, 117:8, 126:9
**Martyr** [1] - 109:9
**mass** [1] - 31:15
**Master** [1] - 10:25
**master's** [1] - 15:8
**masterminded** [1] - 76:4
**material** [10] - 10:15, 30:15, 32:15, 34:25, 35:15, 66:8, 74:3, 78:18, 85:23, 122:14
**materially** [2] - 78:11, 78:12
**materials** [1] - 95:17
**materiel** [4] - 107:12, 116:21, 117:2, 118:8
**matter** [1] - 129:9
**MATTHEW** [1] - 12:3
**Matthew** [8] - 2:5, 11:4, 11:11, 11:24, 13:4, 20:11, 20:12, 20:13
**Maysan** [2] - 88:24, 89:12
**mea** [1] - 53:8
**mean** [3] - 22:16, 82:3, 102:5
**meaningful** [1] - 129:4
**means** [2] - 22:6, 22:17, 40:14
**meant** [1] - 111:18
**media** [1] - 102:25
**medical** [3] - 9:20, 10:14, 10:24
**meet** [3] - 100:4, 100:8, 123:6

**meeting** [1] - 99:22
**meetings** [1] - 100:7
**member** [2] - 66:24, 124:3
**members** [6] - 66:18, 67:3, 90:13, 106:12, 116:19, 116:25
**membership** [1] - 106:16
**memorandum** [1] - 76:7
**men** [3] - 103:5, 104:10, 106:17
**mentioned** [7] - 34:1, 60:1, 68:20, 69:13, 75:11, 92:25, 113:14
**merely** [1] - 120:20
**message** [3] - 3:16, 3:17, 53:12
**metal** [1] - 95:20
**methodology** [2] - 23:18, 23:21, 23:22
**methods** [2] - 22:7, 108:15, 108:23
**MICHAEL** [1] - 1:15
**Michael** [3] - 2:7, 79:16, 80:7
**MICHAL** [1] - 79:19
**microphone** [4] - 7:6, 11:20, 86:10, 127:15
**mid-2004** [1] - 82:8
**Middle** [5] - 16:17, 16:25, 17:12, 24:12, 57:6
**middle** [6] - 31:2, 41:21, 51:4, 51:7, 55:13, 59:20
**might** [9] - 19:10, 44:21, 44:22, 76:10, 85:22, 103:22, 104:1, 121:1, 121:2
**militancy** [1] - 70:4
**militant** [14] - 38:13, 40:15, 48:25, 53:25, 54:5, 56:18, 57:17, 58:17, 61:5, 62:22, 65:2, 70:3, 70:19, 76:22
**militants** [23] - 36:11, 46:24, 47:14, 47:21, 49:18, 58:1, 58:21, 59:24, 61:8, 61:16, 61:19, 61:24, 62:13, 63:2, 63:10, 63:13, 69:1, 77:24, 93:23, 97:10, 99:13, 101:15
**militarily** [1] - 58:1
**military** [26] - 23:5,

23:7, 35:23, 39:13, 46:8, 50:14, 52:6, 64:7, 65:6, 70:8, 75:14, 78:23, 81:3, 81:4, 86:19, 94:13, 94:18, 95:19, 99:10, 99:20, 102:14, 109:22, 115:8, 116:10, 117:24
**military's** [2] - 114:19, 118:7
**militia** [16] - 24:24, 30:2, 38:20, 58:18, 67:3, 69:22, 73:22, 83:13, 83:17, 84:9, 93:12, 94:4, 97:15, 98:6, 116:22, 117:3
**militias** [3] - 13:24, 89:17, 128:5
**millennial** [1] - 15:21
**Miller** [1] - 27:1
**milling** [2] - 95:23, 96:14
**million** [8] - 36:5, 36:6, 49:25, 50:4, 87:12, 105:23, 105:24
**mind** [1] - 59:14
**minimal** [1] - 83:14
**minister** [6] - 110:23, 111:8, 111:25, 112:16, 112:20, 112:22
**Minister** [5] - 56:23, 126:20, 127:2, 127:10, 127:18
**ministries** [2] - 107:3, 111:22
**ministry** [4] - 46:12, 107:2, 112:6, 112:7
**minority** [1] - 90:17
**minutes** [2] - 92:25, 94:9
**missile** [2] - 32:20, 34:8
**mission** [4] - 58:4, 71:14, 75:19, 123:4
**mitigate** [2] - 85:22, 95:8
**mixed** [1] - 88:9
**mixture** [1] - 88:5
**MND** [7] - 82:20, 82:21, 83:4, 83:12, 83:22, 83:23, 84:20
**MND-Center** [1] - 83:22
**MNF** [1] - 105:25
**MNF-I** [1] - 105:25
**moderate** [1] - 109:25
**Mohammed** [3] -

30:7, 31:8, 98:17
**Mohsen** [1] - 116:16
**molding** [1] - 30:14
**molten** [1] - 59:5
**moment** [5] - 87:20, 94:10, 97:21, 109:4, 117:21
**moments** [1] - 60:2
**money** [4] - 30:15, 50:3, 66:23, 66:25
**month** [1] - 84:21
**months** [1] - 76:5
**moreover** [1] - 8:24
**morning** [15] - 3:1, 3:2, 3:9, 3:11, 4:20, 4:21, 11:7, 11:8, 43:9, 79:15, 79:22, 79:23, 80:19, 84:11, 98:14
**MORNING** [1] - 1:8
**Morning** [1] - 129:23
**mortar** [1] - 124:12
**mortars** [1] - 63:4
**mosque** [4] - 114:2, 114:6, 115:5
**most** [18] - 5:10, 10:15, 15:17, 28:19, 39:14, 48:22, 50:14, 58:6, 58:19, 59:7, 64:13, 64:17, 69:1, 74:14, 75:12, 101:25, 123:5
**motion** [1] - 10:3
**motley** [1] - 48:24
**Mountain** [5] - 83:21, 84:6, 84:18, 85:12, 125:19
**move** [6] - 7:6, 11:20, 86:10, 93:10, 98:3, 104:15
**moved** [1] - 126:6
**movement** [8] - 45:12, 98:23, 99:2, 99:9, 100:13, 103:19, 106:1, 108:19
**moves** [2] - 11:20, 91:22
**movies** [1] - 76:10
**moving** [1] - 12:12
**MR** [175] - 3:2, 3:9, 4:3, 4:9, 4:24, 5:1, 5:6, 5:8, 5:15, 5:20, 6:7, 6:10, 6:17, 7:1, 7:3, 7:5, 7:8, 7:10, 7:14, 7:19, 7:24, 11:7, 11:9, 11:17, 11:23, 12:16, 12:25, 13:2, 14:23, 15:3, 15:4, 18:22, 26:6, 26:15, 26:16, 27:1, 27:3, 29:16, 29:17, 33:4,

33:5, 38:9, 38:10, 39:22, 39:25, 43:3, 43:4, 45:16, 45:17, 48:14, 48:15, 52:15, 52:18, 52:21, 52:24, 54:7, 54:8, 57:13, 57:14, 60:6, 60:13, 60:16, 60:18, 64:4, 64:5, 67:9, 67:10, 69:11, 69:12, 70:24, 70:25, 74:9, 74:10, 75:3, 75:4, 78:4, 78:5, 78:24, 79:6, 79:9, 79:12, 79:15, 79:21, 79:24, 80:2, 80:4, 80:21, 81:1, 81:18, 81:19, 81:23, 81:24, 85:1, 85:3, 86:12, 86:15, 86:23, 87:1, 87:20, 87:22, 88:14, 88:15, 89:1, 89:23, 89:24, 91:12, 91:13, 91:25, 92:4, 92:6, 92:12, 92:13, 92:20, 92:22, 92:24, 93:21, 94:7, 94:8, 95:10, 96:17, 96:21, 96:23, 97:21, 97:22, 98:11, 98:12, 101:6, 101:7, 102:3, 102:4, 102:19, 102:20, 105:7, 105:9, 106:5, 106:7, 107:14, 107:16, 110:16, 110:17, 111:4, 113:9, 113:10, 113:25, 114:1, 115:19, 115:21, 116:13, 116:14, 117:4, 117:6, 117:8, 117:10, 118:14, 118:16, 118:17, 119:4, 119:5, 120:18, 122:1, 122:4, 123:17, 123:18, 125:4, 125:7, 126:8, 126:10, 127:8, 127:14, 127:17, 128:2, 128:3, 129:7, 129:11, 129:19
**Mughniyeh** [6] - 54:19, 56:2, 56:17, 100:19, 100:21, 100:25
**MUGHNIYEH** [1] - 56:17
**Mughniyeh's** [2] - 55:14, 56:18
**Muhandis** [9] - 64:21, 64:24, 71:4, 71:17, 73:13, 73:17, 73:25, 74:7, 124:1

**mullahs** [1] - 109:15
**Multi** [9] - 82:22, 83:24, 84:14, 87:6, 87:25, 105:14, 105:25, 117:12, 125:10
**Multi-National** [9] - 82:22, 83:24, 84:14, 87:6, 87:25, 105:14, 105:25, 117:12, 125:10
**multiple** [6] - 34:3, 50:9, 57:18, 59:25, 68:20, 108:25
**munition** [1] - 95:18
**munitions** [5] - 84:23, 93:8, 94:5, 125:15, 126:5
**Muqtada** [13] - 58:17, 60:1, 69:14, 69:21, 70:1, 98:14, 98:19, 99:16, 102:7, 104:25, 112:17, 119:15, 123:6
**murdered** [1] - 98:20
**Musa** [8] - 55:6, 63:20, 75:5, 75:11, 77:6, 77:10, 78:1, 121:11
**Musawi** [3] - 55:6, 63:20, 77:10
**musical** [1] - 92:5
**Mustafa** [12] - 54:23, 56:13, 56:15, 56:21, 57:1, 57:2, 57:8, 57:10, 64:25, 66:5, 66:6, 67:7
**mute** [1] - 76:13
**Mute** [1] - 76:15
**Muthanna** [2] - 88:24, 106:14

## N

**Najaf** [4] - 88:12, 88:13, 102:10, 102:22
**name** [10] - 13:3, 55:14, 56:1, 65:9, 69:18, 76:14, 80:5, 80:7, 99:18
**named** [1] - 112:1
**narcotics** [1] - 19:6
**narrative** [1] - 66:4
**nascent** [1] - 111:8
**Nasrallah** [16] - 50:5, 50:7, 50:11, 50:17, 51:5, 51:20, 51:22, 51:25, 52:2, 52:5, 52:10, 52:12, 53:1, 53:8, 58:14

**Nasrallah's** [1] - 55:12

**National** [9] - 82:22, 83:24, 84:14, 87:6, 87:25, 105:14, 105:25, 117:12, 125:10

**national** [3] - 18:11, 59:25, 90:3

**Nationality** [1] - 72:16

**naturalized** [1] - 37:14

**nature** [3] - 10:18, 10:21, 48:16

**navy** [1] - 28:5

**Near** [3] - 13:8, 15:24, 16:3

**near** [2] - 87:16, 93:17

**necessarily** [3] - 22:16, 28:13, 121:3

**necessary** [1] - 5:21

**need** [12] - 5:4, 7:4, 12:4, 12:20, 19:12, 19:14, 28:14, 39:20, 43:12, 67:21, 68:6, 79:17

**needed** [2] - 5:18, 22:4

**needs** [1] - 42:9

**negotiation** [1] - 15:16

**neighbor** [2] - 68:7, 68:17

**neighborhood** [1] - 106:2

**neighbors** [1] - 62:11

**network** [7] - 66:6, 66:10, 66:16, 66:17, 66:25, 67:2, 68:2

**network's** [1] - 66:12

**networks** [2] - 85:25, 95:8

**never** [2] - 68:9, 68:14

**New** [3] - 1:17, 15:8, 39:11

**new** [10] - 16:4, 18:10, 49:2, 49:18, 91:9, 97:10, 108:14, 113:17, 114:25, 126:6

**next** [35] - 11:1, 12:16, 27:4, 33:4, 35:19, 38:9, 41:14, 43:3, 45:16, 47:22, 48:14, 51:2, 54:7, 57:13, 58:6, 60:22, 62:17, 64:4, 67:9,

68:6, 68:17, 69:11, 70:24, 74:9, 75:3, 79:16, 82:19, 83:21, 86:24, 87:20, 88:14, 89:23, 101:6, 102:3, 112:21

**next-door** [1] - 68:6

**nine** [2] - 24:10, 25:5

**NMD** [1] - 93:1

**no-fly** [1] - 47:19

**non** [1] - 114:24

**non-kinetically** [1] - 114:24

**nonparticipation** [1] - 111:12

**nonpartisan** [2] - 16:23, 17:3

**nonprofit** [1] - 16:23

**normal** [1] - 93:5

**North** [10] - 1:20, 17:4, 82:20, 82:21, 82:22, 83:4, 83:12, 84:20, 87:7, 93:1

**north** [6] - 82:23, 87:6, 87:9, 88:3, 114:12, 128:17

**northern** [1] - 116:17

**northernmost** [1] - 83:16

**not-terribly-stable** [1] - 68:5

**notes** [2] - 126:1, 130:5

**nothing** [4] - 47:3, 76:13

**noticed** [1] - 5:2

**notwithstanding** [1] - 65:9

**Nouri** [1] - 112:14

**November** [5] - 7:12, 42:18, 77:4, 82:10, 116:9

**now-Vice** [1] - 126:18

**nuclear** [1] - 32:20

**number** [12] - 8:7, 8:16, 45:19, 49:23, 49:25, 52:20, 82:16, 92:19, 94:20, 103:5, 116:2, 118:22

**numbers** [4] - 6:11, 6:20, 6:25, 49:24

**numerous** [3] - 72:19, 77:13, 77:24

**NW** [2] - 1:24, 130:14

---

**O**

---

**O-A-T-E-S** [1] - 80:8

**Oates** [10] - 2:7, 79:16, 79:22, 80:5, 80:7, 80:11, 81:11, 86:16, 87:2, 98:13

**OATES** [1] - 79:19

**objective** [2] - 66:12, 66:13

**objectives** [2] - 28:12, 61:1

**obtain** [1] - 93:12

**obviously** [4] - 7:12, 8:2, 12:11, 49:12

**occasion** [6] - 80:11, 81:2, 83:5, 83:13, 84:8, 100:8

**occasions** [1] - 95:19

**occupied** [1] - 113:15

**occurred** [2] - 10:20, 99:15

**occurring** [2] - 17:12, 128:18

**occurs** [1] - 59:20

**October** [7] - 31:25, 32:19, 34:20, 37:8, 55:24, 96:25, 97:17

**Odierno** [1] - 71:25

**OF** [3] - 1:1, 1:6, 1:10

**OFAC** [3] - 32:5, 42:16, 51:19

**offer** [4] - 14:23, 100:12, 100:15, 129:11

**Office** [4] - 3:18, 32:4, 42:16, 109:9

**office** [2] - 18:8, 18:10

**officer** [3] - 82:11, 84:5, 112:4

**officers** [6] - 37:22, 48:18, 48:24, 53:24, 90:22, 112:9

**offices** [2] - 107:7, 107:8

**official** [6] - 52:5, 56:16, 64:22, 123:8, 123:9, 130:12

**Official** [1] - 1:22

**officially** [1] - 40:3

**officials** [3] - 90:20, 90:22, 116:24

**offshoot** [1] - 8:18

**often** [5] - 3:20, 8:18, 45:5, 59:2, 65:7

**oil** [1] - 82:15

**once** [4] - 12:22, 41:12, 75:6, 85:19

**one** [49] - 4:20, 4:25, 5:22, 5:23, 5:24, 6:1,

6:2, 12:7, 16:1, 18:16, 19:2, 20:7, 20:16, 21:17, 25:21, 28:6, 38:22, 42:9, 44:13, 48:2, 48:6, 48:8, 50:1, 54:12, 55:5, 60:17, 65:25, 67:14, 68:21, 68:22, 70:20, 71:11, 71:25, 74:25, 75:12, 83:2, 85:5, 93:14, 93:18, 103:2, 114:22, 116:2, 118:12, 118:24, 122:17, 125:13

**one-star** [1] - 83:2

**one-year** [1] - 16:1

**ones** [3] - 3:22, 45:22

**online** [1] - 23:11

**open** [6] - 3:22, 4:15, 40:4, 52:23, 92:3, 126:15

**opening** [1] - 6:6

**openly** [1] - 52:12

**operated** [3] - 74:16, 82:23, 89:17

**operates** [2] - 33:21, 36:1

**operating** [3] - 71:19, 82:11, 124:21

**operation** [3] - 83:12, 84:15, 108:23

**operational** [4] - 83:15, 87:7, 88:2, 95:3

**operationally** [1] - 49:5

**operations** [21] - 25:4, 27:21, 30:17, 33:12, 33:15, 45:7, 50:15, 69:8, 75:20, 83:3, 87:7, 87:8, 92:18, 108:6, 113:19, 115:6, 123:1, 124:3, 124:18, 124:20, 128:22

**operative** [2] - 63:17, 63:19

**operatives** [2] - 47:15, 69:4

**opinion** [4] - 6:24, 53:2, 89:11, 103:20

**opinions** [2] - 14:5, 22:20

**opponents** [1] - 30:1

**opportunity** [2] - 59:17, 59:21

**opposed** [4] - 28:2, 66:14, 93:3, 112:19

**order** [8] - 4:21, 6:23,

7:12, 32:7, 41:1, 43:9, 60:19, 116:17

**Order** [8] - 31:14, 35:4, 37:12, 40:23, 65:25, 72:18, 73:21, 77:10

**orders** [1] - 19:22

**ordnance** [3] - 86:19, 94:14, 95:5

**Organization** [12] - 40:16, 54:9, 54:14, 54:20, 54:25, 65:4, 65:10, 75:7, 75:16, 85:14, 100:22, 123:20

**organization** [32] - 13:22, 32:17, 38:13, 39:6, 39:15, 41:25, 42:8, 54:11, 54:16, 62:7, 62:9, 65:10, 65:11, 69:16, 69:22, 72:15, 72:19, 72:24, 85:16, 85:18, 86:8, 94:25, 99:5, 100:16, 103:18, 103:24, 105:3, 112:2, 120:20, 121:9, 124:20

**organizational** [1] - 100:19

**organizations** [5] - 35:1, 39:7, 41:19, 48:25, 121:1

**organized** [3] - 103:23, 104:10, 106:21

**organizing** [1] - 95:1

**organs** [1] - 111:23

**original** [1] - 119:18

**oSEN** [1] - 79:21

**OSEN** [116] - 1:14, 1:16, 3:2, 3:9, 4:3, 4:9, 4:24, 5:1, 5:6, 5:8, 5:15, 5:20, 6:7, 6:10, 6:17, 7:1, 7:3, 7:5, 7:8, 7:10, 7:14, 7:19, 7:24, 79:15, 79:24, 80:2, 80:4, 80:21, 81:1, 81:18, 81:19, 81:23, 81:24, 85:1, 85:3, 86:12, 86:15, 86:23, 87:1, 87:20, 87:22, 88:14, 88:15, 89:1, 89:23, 89:24, 91:12, 91:13, 91:25, 92:4, 92:6, 92:12, 92:13, 92:20, 92:22, 92:24, 93:21, 94:7, 94:8, 95:10, 96:17, 96:21, 96:23, 97:21, 97:22, 98:11, 98:12, 101:6, 101:7,

102:3, 102:4, 102:19,
102:20, 105:7, 105:9,
106:5, 106:7, 107:14,
107:16, 110:16,
110:17, 111:4, 113:9,
113:10, 113:25,
114:1, 115:19,
115:21, 116:13,
116:14, 117:4, 117:6,
117:8, 117:10,
118:14, 118:16,
118:17, 119:4, 119:5,
120:18, 122:1, 122:4,
123:17, 123:18,
125:4, 125:7, 126:8,
126:10, 127:8,
127:14, 127:17,
128:2, 128:3, 129:7,
129:11, 129:19
    **Osen** [4] - 3:9, 3:10,
79:6, 96:14
    **ostensibly** [4] -
88:23, 89:14, 116:23,
120:10
    **otherwise** [4] -
11:21, 12:20, 22:18,
44:24
    **outcome** [2] - 67:22,
104:1
    **outlet** [2] - 102:25
    **outline** [1] - 87:2
    **outside** [3] - 20:25,
25:23, 63:10
    **overarching** [1] -
10:9
    **overlap** [1] - 59:14
    **overnight** [1] - 90:19
    **oversaw** [1] - 78:11
    **oversee** [3] - 75:19,
75:20, 82:14
    **overseeing** [1] - 83:3
    **oversees** [2] - 37:21,
50:14
    **oversight** [2] -
104:19, 105:1
    **overt** [2] - 24:22,
25:1
    **overthrow** [1] - 65:1
    **overview** [2] - 9:23,
10:3
    **own** [24] - 22:13,
32:23, 36:14, 38:6,
44:25, 45:5, 45:14,
52:9, 53:18, 57:7,
63:22, 64:2, 67:6,
73:3, 74:6, 78:2,
87:11, 92:18, 98:2,
98:23, 103:18,
108:19, 109:2, 111:15
    **owned** [1] - 35:2

## P

    **P.A** [1] - 1:19
    **packed** [1] - 91:18
    **Page** [25] - 31:2,
31:11, 34:23, 35:10,
37:11, 41:21, 42:19,
50:23, 50:25, 51:8,
51:17, 51:24, 55:14,
56:1, 56:14, 57:1,
60:23, 61:20, 62:4,
65:15, 65:20, 65:23,
66:3, 105:19, 107:23
    **page** [13] - 40:24,
40:25, 41:2, 41:3,
41:6, 51:5, 60:23,
62:16, 62:17, 77:8,
77:17, 106:5, 118:2
    **PAGE** [1] - 2:9
    **pages** [4] - 20:7,
60:6, 60:17, 60:21
    **Pahlavi** [1] - 27:10
    **painful** [1] - 24:8
    **Pakistan** [1] - 68:24
    **Palestine** [2] - 35:17,
74:5
    **Palestinian** [3] -
35:16, 57:20, 74:4
    **pan** [1] - 44:7
    **pan-Shi'ism** [1] -
44:7
    **papers** [1] - 23:8
    **paragraph** [17] -
31:11, 32:11, 34:23,
35:10, 35:12, 35:19,
37:11, 37:19, 52:1,
56:13, 57:1, 60:24,
62:17, 73:16, 73:24,
77:8, 77:17
    **paragraphs** [2] -
35:20, 66:4
    **parallel** [1] - 28:4
    **paramilitary** [1] -
35:23
    **parcel** [1] - 38:14
    **parent** [1] - 32:17
    **parliamentarian** [1] -
126:22
    **part** [15] - 17:17,
18:9, 30:18, 38:14,
44:14, 47:16, 49:23,
71:16, 80:19, 83:15,
91:6, 93:7, 103:17,
110:2, 127:10
    **participate** [3] -
111:10, 111:16,
114:25
    **particular** [19] -
12:19, 17:17, 40:7,

47:8, 53:17, 54:15,
58:24, 68:20, 75:17,
76:2, 85:9, 93:19,
103:7, 104:1, 104:19,
116:4, 117:11,
121:21, 125:14
    **particularly** [5] - 8:3,
45:3, 91:24, 94:6,
102:13
    **Parties** [1] - 71:11
    **parties** [2] - 110:19,
111:10
    **partner** [3] - 54:24,
65:2, 127:22
    **partnering** [3] -
46:23, 46:24, 64:11
    **partners** [5] - 9:1,
47:14, 51:19, 87:17,
128:20
    **parts** [5] - 39:12,
54:11, 89:20, 102:10,
128:7
    **Party** [12] - 24:4,
40:14, 49:2, 90:3,
90:5, 90:12, 90:13,
90:24, 110:9, 110:11,
111:5, 111:6
    **party** [5] - 24:23,
38:15, 110:11, 111:1,
112:2
    **passed** [2] - 61:18,
63:12
    **passports** [1] - 37:15
    **past** [1] - 115:12
    **patrol** [1] - 89:9
    **pay** [1] - 90:25
    **peace** [4] - 19:16,
66:1, 66:9, 122:11
    **peer** [2] - 24:8, 24:9
    **penetrate** [1] - 59:6,
62:2, 91:23
    **penetrator** [4] -
78:15, 85:11, 91:16,
91:18
    **penetrators** [2] - 9:5,
86:4
    **Pentagon** [1] -
115:25
    **PENTTBOM** [1] -
15:22
    **people** [24] - 5:19,
19:3, 21:12, 22:11,
24:12, 45:9, 46:15,
48:7, 55:4, 58:5, 58:8,
69:4, 71:17, 87:12,
90:4, 90:12, 90:23,
93:6, 99:6, 102:15,
102:17, 102:18,
103:24, 127:25
    **per** [2] - 105:23,

105:24
    **perceives** [1] - 44:8
    **percent** [1] - 106:14
    **percentage** [1] -
106:25
    **perfect** [1] - 59:21
    **perfected** [1] - 59:1
    **perhaps** [3] - 28:19,
55:5, 58:19
    **period** [15] - 70:1,
76:12, 84:8, 87:4,
88:19, 89:4, 104:25,
113:2, 113:11,
114:11, 114:21,
119:16, 120:7, 120:8,
125:18
    **periodically** [1] -
42:10
    **perpetrate** [1] -
62:13
    **perpetrated** [2] -
45:20, 54:10
    **person** [3] - 75:18,
123:10, 127:18
    **person's** [1] - 19:16
    **personal** [1] - 91:1
    **personally** [1] - 76:4
    **perspective** [1] -
104:20
    **pest** [1] - 86:9
    **Peter** [1] - 8:3
    **PETER** [1] - 1:15
    **PFLP** [1] - 35:18
    **PFLP-GC** [1] - 35:18
    **Ph.D** [3] - 2:5, 12:3,
15:9
    **photograph** [2] -
112:13, 119:11
    **physical** [2] - 9:23,
10:7
    **pick** [1] - 120:15
    **picked** [1] - 90:21
    **picture** [4] - 27:11,
54:18, 98:17, 112:14
    **pictured** [5] - 30:8,
33:17, 50:7, 71:5,
74:24
    **piece** [1] - 21:6
    **piercing** [3] - 61:13,
96:25, 97:5
    **pillars** [1] - 44:1
    **place** [2] - 48:22,
59:18
    **placed** [1] - 124:1
    **places** [2] - 49:18,
49:20
    **plaintiffs** [1] - 11:24
    **Plaintiffs** [19] - 1:4,
3:10, 9:21, 10:1, 10:4,
10:12, 11:17, 14:23,

26:6
    **PLAINTIFFS** [2] -
1:14, 2:4
    **PLAINTIFFS'** [2] -
12:3, 79:19
    **Plaintiffs'** [21] - 2:10,
2:11, 13:10, 15:1,
30:21, 31:20, 34:16,
37:3, 40:20, 42:12,
50:19, 52:22, 55:20,
56:7, 60:4, 72:5, 73:7,
76:24, 80:24, 92:2,
126:14
    **plan** [1] - 116:10
    **planned** [2] - 118:22,
122:17
    **planning** [4] - 75:21,
76:8, 77:14, 122:12
    **play** [4] - 47:16,
60:25, 91:25, 112:15
    **played** [3] - 30:13,
55:1, 76:13
    **player** [1] - 38:15
    **playing** [1] - 94:21
    **plays** [1] - 94:24
    **Plaza** [1] - 1:16
    **pled** [1] - 4:7
    **pledge** [1] - 62:19
    **plenty** [2] - 47:23,
53:13
    **plot** [5] - 15:21,
34:14, 37:16, 37:22,
48:9
    **plots** [1] - 47:25
    **point** [29] - 6:23, 7:2,
7:11, 10:9, 31:4, 34:4,
52:16, 71:12, 71:25,
74:25, 79:2, 79:10,
82:7, 83:21, 88:17,
94:21, 99:12, 100:1,
104:8, 104:24, 107:9,
112:24, 115:3, 115:7,
116:9, 118:11, 120:6,
120:14, 129:16
    **Point** [1] - 23:6
    **points** [1] - 78:9
    **Poles** [1] - 87:18
    **police** [2] - 90:21,
112:9
    **Police** [2] - 82:16,
89:15
    **policemen** [1] - 90:7
    **policy** [7] - 16:25,
17:4, 19:14, 28:12,
28:17, 90:4, 113:2
    **Policy** [2] - 13:8,
15:24, 16:4
    **Polish** [2] - 87:18,
114:17
    **political** [18] - 15:7,

24:23, 38:15, 44:22, 61:4, 65:3, 65:6, 66:11, 67:23, 70:2, 70:17, 70:21, 90:17, 109:5, 110:11, 110:14, 116:19
**politically** [1] - 113:17
**politicians** [4] - 66:14, 68:1, 68:3, 68:4
**Popular** [2] - 35:17, 74:4
**popular** [2] - 102:9, 104:10
**population** [5] - 67:25, 87:14, 88:9, 91:11, 113:14
**portfolio** [2] - 123:3, 123:12
**portion** [6] - 87:16, 97:3, 105:18, 108:13, 122:9, 125:13
**pose** [1] - 68:14
**posed** [2] - 73:18, 128:5
**position** [9] - 18:2, 43:15, 43:16, 43:19, 43:20, 44:3, 47:6, 59:22, 82:17
**possession** [1] - 117:1
**post** [4] - 67:12, 97:23, 98:4, 98:10
**post-US** [1] - 67:12
**potential** [1] - 19:8
**potentially** [1] - 100:2
**power** [4] - 27:12, 44:22, 90:17, 111:20
**powerful** [1] - 59:4
**PowerPoint** [5] - 6:18, 11:10, 26:20, 26:23, 81:21
**practically** [1] - 90:19
**preadmitted** [19] - 29:2, 30:21, 31:20, 34:16, 37:3, 40:19, 41:15, 42:11, 50:18, 51:10, 55:20, 56:6, 60:4, 65:14, 72:4, 73:7, 76:24, 117:9, 129:10
**preceded** [1] - 36:21
**precise** [1] - 96:15
**predominantly** [4] - 88:6, 89:2, 114:7, 114:15
**preferred** [1] -

110:22
**premarked** [1] - 14:9
**preparation** [1] - 81:20
**prepare** [3] - 14:2, 80:11, 81:20
**prepared** [2] - 26:17, 26:20
**preparing** [1] - 4:22
**presence** [1] - 93:19
**present** [4] - 5:11, 9:17, 10:10, 17:3
**presentation** [7] - 8:1, 11:10, 26:20, 26:21, 26:23, 81:21, 118:3
**presented** [5] - 6:14, 9:8, 9:12, 10:23, 11:9
**presenting** [2] - 9:19, 10:20
**presently** [1] - 80:9
**President** [2] - 3:14, 126:18
**president** [1] - 126:20
**Press** [1] - 24:6
**press** [14] - 20:7, 22:21, 30:24, 31:25, 34:20, 36:17, 37:7, 51:14, 56:10, 65:17, 73:10, 75:14, 77:3, 122:5
**prestige** [1] - 103:18
**pretty** [1] - 4:15
**previously** [15] - 32:18, 37:23, 80:15, 92:1, 100:10, 100:21, 101:8, 105:8, 115:20, 117:8, 117:24, 121:20, 122:2, 125:5, 126:9
**primarily** [5] - 24:17, 30:5, 38:16, 46:5, 91:10
**primary** [8] - 17:9, 23:10, 27:18, 38:3, 71:20, 102:25, 112:24, 123:10
**primary-source** [1] - 23:10
**prime** [5] - 110:23, 111:7, 112:16, 112:20, 112:22
**Prime** [5] - 56:23, 126:19, 127:2, 127:10, 127:18
**principal** [6] - 84:14, 85:20, 95:17, 99:1, 99:8, 114:21
**principally** [5] - 88:3,

99:4, 108:10, 115:16, 128:12
**print** [1] - 31:6
**printed** [1] - 6:2
**prioritization** [1] - 115:9
**prioritized** [2] - 43:11, 43:17
**pro** [1] - 67:25, 68:1
**pro-Iran** [1] - 67:25, 68:1
**problem** [3] - 4:14, 5:17, 28:15
**procedure** [1] - 98:7
**procedures** [1] - 92:17
**proceed** [4] - 3:4, 6:5, 6:6, 11:6
**proceedings** [5] - 25:23, 79:14, 129:22, 129:23, 130:6
**process** [5] - 18:23, 19:1, 19:17, 23:13, 66:11
**produced** [2] - 63:3, 130:6
**product** [1] - 97:19
**professional** [5] - 14:18, 15:13, 53:2, 93:22, 120:19
**professor** [1] - 13:8
**profit** [1] - 106:19
**program** [7] - 13:7, 15:16, 16:5, 16:10, 17:8, 17:11, 63:14
**programs** [2] - 32:20, 61:16
**progress** [1] - 83:17
**project** [1] - 44:21
**projectile** [3] - 59:5, 85:11, 91:22
**projectiles** [4] - 38:24, 58:25, 61:10, 63:5
**proliferators** [1] - 31:15
**promise** [1] - 100:12
**propaganda** [2] - 92:9, 102:25
**prosecutor** [1] - 56:20
**protect** [6] - 27:19, 28:7, 28:8, 29:22, 29:25, 44:8
**protecting** [2] - 46:19, 47:20
**protective** [2] - 98:3, 108:24
**prove** [7] - 8:6, 8:10, 8:22, 9:2, 9:7, 9:12,

21:20
**proved** [3] - 59:4, 59:6, 70:12
**provide** [11] - 9:22, 10:2, 13:10, 32:14, 36:18, 36:25, 60:19, 62:20, 63:2, 66:7, 78:17
**provided** [18] - 8:23, 9:3, 9:5, 14:3, 58:20, 61:3, 61:23, 63:10, 63:16, 95:18, 98:9, 101:14, 101:25, 105:3, 120:2, 122:14, 124:9, 124:14
**provider** [1] - 24:24
**provides** [5] - 35:15, 36:5, 36:9, 38:16, 49:22
**providing** [10] - 25:17, 34:25, 35:24, 57:5, 61:8, 62:11, 67:4, 74:2, 108:2, 121:23
**province** [3] - 47:18, 114:5, 114:7
**Province** [7] - 83:15, 83:18, 84:3, 87:14, 88:24, 89:13, 114:4
**provinces** [5] - 84:3, 88:16, 88:17, 89:10, 106:13
**provincial** [4] - 74:21, 75:20, 77:15, 122:19
**Provisional** [4] - 82:4, 82:6, 102:24, 111:17
**proxies** [5] - 8:16, 8:23, 9:6, 27:22, 27:23
**proxy** [9] - 8:12, 8:20, 33:24, 49:15, 62:13, 71:20, 109:20, 120:22, 124:20
**public** [5] - 20:7, 20:9, 46:11, 53:8, 127:6
**publicly** [2] - 25:1, 50:2
**published** [5] - 24:6, 41:3, 52:23, 92:3, 126:15
**pull** [1] - 7:7
**pure** [1] - 128:15
**purposes** [7] - 5:9, 27:7, 50:13, 57:21, 81:10, 96:22, 106:13
**pursuant** [11] - 31:12, 31:13, 31:14,

32:6, 32:18, 32:20, 37:12, 38:1, 57:4, 77:10, 127:21
**pursue** [1] - 37:16
**push** [1] - 67:16
**pushing** [1] - 44:5
**put** [8] - 8:2, 17:1, 23:9, 23:13, 51:2, 75:23, 95:4, 115:10
**PX** [13] - 14:9, 14:23, 29:2, 41:15, 51:11, 52:21, 55:12, 64:1, 65:14, 92:1, 122:3, 125:6, 126:9

## Q

**Qaeda** [7] - 83:10, 93:3, 93:11, 93:22, 93:25, 114:8, 115:3
**Qais** [4] - 74:23, 119:12, 120:9, 123:19
**Qar** [2] - 88:24, 106:15
**QASEM** [1] - 37:18
**Qasem** [11] - 33:17, 34:6, 37:17, 37:20, 37:21, 38:7, 64:23, 71:18, 73:25, 100:9, 124:2
**QF** [17] - 26:10, 32:16, 32:18, 34:25, 35:7, 35:13, 36:15, 36:18, 37:13, 37:16, 37:17, 37:21, 37:22, 38:3, 71:23, 77:22, 78:16
**Qods** [59] - 13:20, 26:10, 27:21, 28:8, 30:5, 33:7, 33:10, 33:21, 34:5, 34:13, 34:24, 35:11, 35:13, 35:20, 35:22, 36:1, 36:5, 36:9, 48:18, 48:24, 53:23, 63:1, 63:9, 63:15, 64:19, 64:20, 64:23, 68:21, 68:25, 71:18, 71:19, 74:1, 74:17, 76:1, 77:22, 100:11, 100:12, 101:4, 104:18, 107:11, 110:7, 116:18, 117:25, 118:7, 118:19, 120:3, 120:13, 120:21, 120:22, 121:6, 122:11, 122:25, 123:3, 124:7, 124:17, 124:25, 129:4

**qualified** [2] - 25:19, 25:25
**qualify** [1] - 86:16, 86:21
**questions** [7] - 12:8, 72:22, 78:25, 79:1, 116:3, 129:8, 129:13
**quick** [2] - 4:13, 46:2
**quickly** [4] - 91:19, 108:16, 108:20, 109:1
**quite** [2] - 8:2, 25:8
**quote** [3] - 23:23, 63:14, 116:4

## R

**Raad** [1] - 126:21
**RADINE** [1] - 1:15
**Rafiq** [1] - 56:23
**RAFIQ** [1] - 56:23
**raid** [2] - 117:16, 117:23
**Ramazan** [3] - 68:18, 68:21, 68:25
**ran** [1] - 90:2
**range** [1] - 86:1
**rank** [1] - 81:7
**ranking** [1] - 52:5
**rapid** [1] - 98:5
**rate** [1] - 63:6
**rather** [4] - 8:6, 9:15, 15:14, 113:20
**RAVEN** [1] - 1:15
**Raven** [1] - 8:4
**RAVEN-HANSEN** [1] - 1:15
**Raven-Hansen** [1] - 8:4
**RDR** [3] - 1:22, 130:3, 130:12
**reach** [1] - 95:13
**reached** [1] - 115:3
**reaches** [1] - 83:16
**react** [2] - 108:16, 108:20
**reacted** [1] - 76:13
**read** [34] - 25:1, 25:2, 31:3, 31:11, 32:3, 32:11, 34:23, 35:11, 35:19, 37:10, 37:19, 50:1, 51:17, 51:25, 54:2, 56:13, 56:25, 60:23, 61:20, 62:5, 62:16, 63:21, 65:23, 66:4, 67:13, 72:11, 73:15, 73:23, 77:8, 77:17, 105:18, 106:11, 108:12, 122:9
**ready** [3] - 6:5, 6:13,

6:14
**real** [1] - 76:11
**reality** [2] - 89:22, 90:6
**realized** [1] - 85:19
**really** [7] - 5:18, 17:1, 94:18, 95:7, 104:10, 110:14, 128:23
**realtime** [1] - 4:18
**rearming** [1] - 36:7
**reason** [5] - 12:19, 34:4, 43:25, 88:12, 111:13
**reasonable** [2] - 30:18, 49:17
**reasons** [1] - 27:24
**reassess** [1] - 115:8
**rebuilding** [1] - 82:14
**receive** [4] - 107:6, 107:7, 107:10, 120:4
**received** [3] - 71:22, 106:1, 107:8
**RECEIVED** [1] - 2:9
**receiving** [2] - 102:21, 109:1
**recent** [1] - 42:16
**recently** [2] - 28:24, 39:14
**recess** [2] - 79:13, 129:21
**recognition** [1] - 127:6
**recognize** [8] - 26:7, 26:13, 29:7, 80:16, 105:10, 115:22, 122:5, 128:9
**recognized** [1] - 88:13
**record** [10] - 3:8, 12:8, 12:10, 13:3, 52:19, 80:6, 81:16, 92:4, 105:18, 106:11
**records** [1] - 10:24
**recruited** [1] - 16:5
**recurring** [1] - 125:9
**Redirect** [1] - 2:3
**reduce** [2] - 103:18, 113:6
**refer** [5] - 6:23, 6:24, 54:15, 81:10, 85:15
**reference** [3] - 101:18, 101:19, 117:21
**referenced** [2] - 40:18, 97:6
**references** [2] - 99:22, 101:13
**referencing** [1] -

101:20
**referred** [6] - 8:18, 13:24, 23:22, 70:8, 76:14, 117:20
**referring** [2] - 97:6, 108:10
**refers** [3] - 85:13, 96:25, 108:6
**reflagging** [1] - 47:1
**reflect** [3] - 55:16, 72:22, 118:6
**regard** [1] - 102:18
**regarded** [1] - 100:1
**regarding** [3] - 26:8, 61:2, 121:21
**regime** [9] - 64:12, 83:7, 91:4, 93:2, 93:6, 99:9, 99:12, 115:2, 128:13
**region** [9] - 17:4, 23:23, 33:16, 43:23, 44:10, 66:19, 67:17, 67:21, 68:13
**regional** [1] - 67:18
**Register** [2] - 41:4, 51:2
**regular** [1] - 111:21
**reiterates** [1] - 108:1
**rejectionist** [2] - 91:8, 115:9
**relate** [2] - 20:14, 25:17
**related** [5] - 25:7, 25:11, 25:22, 68:19, 123:1
**relations** [1] - 15:9
**relationship** [12] - 17:19, 28:9, 30:12, 33:8, 37:25, 48:17, 54:6, 71:3, 71:15, 74:13, 75:10, 125:3
**release** [12] - 20:7, 30:24, 31:25, 34:20, 36:17, 37:7, 51:14, 56:10, 65:17, 73:10, 77:3, 122:6
**releases** [1] - 22:21
**relevance** [2] - 19:14
**relevant** [3] - 60:7, 60:20, 82:1
**reliability** [1] - 20:18
**reliable** [1] - 21:21
**relied** [1] - 21:22
**remain** [3] - 10:16, 12:1, 34:9
**remains** [2] - 18:9, 48:11
**remarked** [1] - 23:18
**remember** [1] - 68:10
**reminding** [1] -

39:20
**removal** [1] - 68:11
**remove** [1] - 90:4
**removed** [3] - 68:11, 90:8, 112:8
**renamed** [1] - 65:4
**renewed** [2] - 42:9, 42:10
**renowned** [1] - 69:17
**reorient** [1] - 114:11
**replaced** [1] - 56:16
**report** [20] - 7:21, 14:2, 14:5, 14:9, 14:10, 14:14, 14:21, 22:10, 23:2, 53:19, 60:23, 62:4, 78:7, 80:12, 80:16, 80:19, 105:13, 107:20, 107:21, 125:14
**reported** [1] - 106:16
**REPORTED** [1] - 1:22
**reportedly** [1] - 36:2
**reporter** [2] - 39:18
**Reporter** [2] - 1:22, 130:12
**REPORTER** [2] - 39:19, 52:19
**reporters** [1] - 4:18
**reporting** [3] - 18:5, 24:22, 128:20
**reports** [15] - 5:2, 7:11, 7:15, 21:13, 22:22, 40:13, 50:15, 60:22, 63:22, 64:1, 71:21, 125:9, 125:10
**represent** [1] - 14:17
**Republic** [3] - 3:6, 27:5, 28:9
**REPUBLIC** [1] - 1:6
**request** [1] - 7:16
**requested** [1] - 107:21
**require** [2] - 20:18, 90:6
**requirements** [1] - 96:15
**research** [16] - 15:15, 17:3, 17:9, 23:23, 24:11, 32:23, 36:14, 38:6, 52:9, 57:7, 63:22, 64:2, 67:6, 73:3, 74:6, 78:2
**research-based** [1] - 17:3
**researching** [1] - 25:5
**reside** [1] - 80:9
**resistance** [3] - 99:18, 100:3, 102:8

**Resolution** [1] - 36:8
**resolutions** [1] - 34:9
**resources** [1] - 20:24
**respect** [1] - 3:14
**respected** [1] - 23:16
**respects** [2] - 10:15, 101:12
**respond** [1] - 118:20
**responsibilities** [4] - 17:22, 82:13, 82:14, 112:10
**responsibility** [6] - 27:6, 87:3, 87:8, 88:23, 114:17, 122:24
**responsible** [17] - 9:8, 9:13, 29:23, 61:6, 62:24, 68:22, 68:23, 69:1, 72:19, 73:2, 74:2, 75:1, 77:13, 78:22, 89:15, 112:7, 114:12
**rest** [4] - 4:15, 8:4, 10:23
**restricted** [1] - 89:20
**result** [6] - 73:20, 78:21, 90:24, 111:12, 115:16, 117:23
**resulted** [2] - 61:13, 77:16
**results** [1] - 35:4
**retain** [1] - 104:25
**retained** [5] - 33:1, 35:7, 42:7, 42:25, 105:2
**retirement** [1] - 81:7
**retiring** [1] - 81:5
**return** [2] - 79:5, 79:10
**returned** [2] - 16:8, 83:19
**returning** [1] - 127:23
**revenue** [2] - 106:21, 107:1
**revered** [2] - 98:19, 98:22
**review** [16] - 19:19, 19:24, 24:8, 24:9, 30:22, 31:22, 34:17, 37:4, 40:20, 51:11, 56:7, 60:4, 65:14, 72:5, 73:8, 76:25
**reviewed** [1] - 42:9
**revolt** [1] - 113:22
**Revolution** [5] - 27:8, 29:22, 44:14, 64:8, 109:11
**revolution** [9] - 27:9, 27:19, 28:8, 28:10,

29:24, 30:1, 30:6,
48:20, 48:22
**Revolutionary** [18] -
8:11, 8:20, 13:16,
13:18, 13:19, 26:9,
26:10, 27:20, 29:19,
32:6, 35:14, 35:15,
61:12, 61:15, 63:1,
74:2, 77:22, 129:3
**Reza** [2] - 27:10,
122:10
**rifles** [1] - 63:3
**rights** [2] - 34:7, 38:2
**riot** [2] - 103:4, 103:8
**ripe** [1] - 48:22
**rising** [1] - 91:3
**risk** [2] - 19:24,
73:18
**roadside** [1] - 59:3
**robust** [1] - 58:3
**Rock** [1] - 1:20
**rocket** [1] - 124:13
**rockets** [5] - 38:23,
38:24, 63:3, 66:21,
66:22
**rocks** [1] - 59:2
**role** [22] - 13:14,
26:8, 29:21, 30:13,
34:14, 38:3, 53:19,
53:20, 57:16, 60:25,
68:18, 82:9, 82:13,
85:17, 86:6, 104:19,
112:15, 117:25,
121:6, 121:16,
122:25, 128:10
**roles** [2] - 31:8, 55:1
**room** [2] - 12:14,
12:21
**Room** [2] - 1:24,
130:14
**roughly** [1] - 36:5
**rounds** [1] - 124:12
**Ruholla** [1] - 27:10
**Rule** [1] - 4:12
**rule** [6] - 12:23,
44:12, 45:10, 49:9,
111:18, 113:21
**ruled** [1] - 27:12
**Rumsfeld** [1] - 116:1
**run** [2] - 75:19, 87:13
**runs** [1] - 28:4
**résumé** [1] - 75:15

## S

**S-H-E-I-B-A-N-I** [1] -
64:25
**S-O-L-E-I-M-A-N-I** [1]
- 37:18

**Saddam** [8] - 64:12,
65:1, 68:11, 69:19,
90:2, 98:20, 99:7,
114:5
**Saddam's** [1] - 99:9
**Saderat** [1] - 35:2
**Sadiq** [1] - 98:17
**Sadr** [28] - 58:17,
60:1, 69:14, 69:16,
69:17, 69:21, 70:1,
98:14, 98:18, 99:2,
99:9, 99:16, 99:23,
99:25, 100:13, 102:7,
103:3, 103:9, 104:25,
106:1, 109:9, 110:18,
112:17, 119:22,
120:10, 121:9, 123:6,
123:18
**Sadr's** [6] - 98:19,
103:18, 105:22,
107:7, 107:8, 119:15
**Sadrist** [2] - 109:8,
112:18
**Sadrs** [1] - 69:20
**safe** [1] - 109:19
**safety** [1] - 69:9
**sake** [1] - 85:14
**Salah** [2] - 114:4,
115:6
**Samarra** [2] - 114:2,
115:5
**Sanctions** [1] - 32:8
**sanitized** [1] - 20:8
**Saudi** [5] - 37:17,
47:14, 47:18, 84:1
**saw** [5] - 55:12, 88:1,
104:15, 114:20,
126:24
**Sayeed** [1] - 98:17
**scattershot** [1] -
70:4
**scene** [1] - 123:23
**schedule** [1] - 4:4
**scholars** [1] - 23:5
**School** [3] - 13:9,
15:10, 15:16
**science** [1] - 15:7
**SCIRI** [12] - 64:8,
69:10, 109:12,
109:17, 109:19,
109:22, 110:2, 110:3,
110:12, 111:1, 112:5,
116:19
**scores** [1] - 78:12
**screen** [2] - 27:12,
122:9
**SDGT** [1] - 42:25
**SDT** [1] - 51:9
**seal** [5] - 5:3, 5:4,
5:12

**seated** [1] - 45:1
**SecDef** [1] - 125:8
**second** [13] - 6:17,
31:11, 36:23, 37:10,
40:24, 41:2, 44:7,
48:9, 56:25, 66:13,
73:15, 78:16
**Secretary** [6] - 50:16,
58:13, 72:13, 72:17,
116:1, 125:11
**secretary** [10] - 16:6,
18:5, 18:6, 18:7,
18:13, 18:15, 50:8,
51:20, 52:4
**sectarian** [3] - 87:24,
113:6, 114:9
**Section** [2] - 72:15,
72:18
**section** [3] - 51:25,
61:21, 62:5
**security** [15] - 46:13,
50:15, 52:7, 54:16,
62:23, 73:20, 82:15,
89:14, 89:16, 89:19,
93:7, 107:21, 112:8,
113:16, 113:19
**Security** [1] - 34:9,
36:7
**see** [20] - 10:25,
23:14, 55:14, 60:9,
76:10, 87:8, 88:20,
92:10, 93:19, 97:3,
106:9, 108:4, 108:8,
114:21, 115:10,
116:7, 117:18,
122:22, 125:16,
126:24
**seeing** [1] - 20:6
**seek** [1] - 5:12
**seeking** [2] - 10:3,
10:17
**sees** [1] - 28:11
**seized** [3] - 23:4,
23:10, 76:6
**select** [4] - 36:11,
61:3, 61:24, 62:12
**selected** [2] -
104:12, 112:16
**selecting** [1] -
121:22
**selective** [1] - 94:4
**send** [2] - 75:24,
116:2
**sending** [1] - 66:15
**senior** [21] - 13:7,
15:24, 16:4, 16:10,
17:25, 18:1, 18:3,
18:17, 55:5, 56:15,
57:3, 64:22, 71:17,
72:1, 75:12, 77:12,

90:6, 100:4, 103:1,
105:14, 124:2
**sense** [2] - 20:9,
46:18
**sensitive** [1] - 22:7
**sent** [5] - 3:16,
48:18, 53:23, 75:19,
125:11
**sentence** [13] - 4:12,
31:3, 32:3, 37:10,
51:17, 56:25, 61:20,
62:5, 62:8, 65:23,
73:15, 73:23, 108:12
**sentences** [3] - 52:1,
61:21, 72:11
**sentencing** [1] - 4:11
**separate** [2] - 42:1,
42:2
**September** [2] -
31:10, 56:11
**series** [2] - 23:8,
118:20
**servants** [1] - 90:7
**serve** [2] - 81:2,
112:21
**served** [6] - 4:13,
64:22, 81:4, 84:6,
85:12, 85:17
**service** [4] - 18:3,
18:17, 81:5, 83:4
**Service** [1] - 13:9
**servicemen** [1] -
47:19
**services** [2] - 18:16,
32:16
**SESSION** [1] - 1:8
**set** [8] - 9:9, 45:18,
45:19, 78:6, 80:18,
91:3, 91:21, 95:12
**seven** [1] - 60:17
**several** [12] - 9:15,
10:2, 34:2, 40:5,
40:15, 43:7, 48:2,
66:17, 69:25, 103:8,
104:12, 126:17
**Shah** [1] - 27:10
**Shahlai** [6] - 122:10,
122:14, 122:17,
122:25, 123:2, 123:14
**shakedown** [1] -
106:23
**shaped** [5] - 49:19,
59:4, 61:25, 101:15,
101:18
**shaped-charge** [1] -
61:25
**shared** [2] - 27:25,
49:8
**sharp** [1] - 33:10
**Sheibani** [6] - 64:25,

65:21, 66:5, 66:6,
66:20, 66:7
**Sheibani's** [7] -
66:10, 66:16, 66:17,
66:24, 67:2, 67:14,
68:2
**Shi'a** [78] - 13:24,
17:14, 28:1, 36:11,
38:17, 43:21, 43:22,
44:8, 44:13, 46:23,
46:24, 47:14, 47:20,
47:21, 48:25, 58:1,
58:17, 59:24, 61:4,
61:5, 61:8, 61:24,
62:12, 64:11, 64:14,
64:16, 65:2, 65:7,
66:7, 67:3, 67:24,
67:25, 68:1, 68:4,
69:1, 69:17, 83:13,
83:17, 84:9, 88:10,
88:11, 88:13, 89:2,
89:17, 90:15, 91:10,
93:11, 93:23, 94:2,
94:4, 98:6, 98:20,
99:16, 99:18, 101:14,
102:1, 102:8, 109:14,
110:11, 110:12,
110:15, 111:19,
113:7, 113:18,
113:23, 114:6,
114:10, 114:16,
115:11, 116:19,
117:3, 122:15,
123:15, 127:11, 128:5
**Shi'a-led** [1] - 65:7
**Shi'ism** [1] - 44:7
**Shia** [1] - 99:3
**shifted** [1] - 49:23
**shopkeepers** [2] -
106:18, 106:23
**short** [5] - 6:6, 19:2,
52:15, 91:15, 116:17
**shorter** [1] - 4:22
**show** [2] - 7:21,
52:15
**shows** [1] - 92:9
**shura** [3] - 50:10,
50:16, 52:4
**SHURA** [1] - 50:10
**sic** [1] - 84:1
**sic]** [1] - 82:25
**side** [2] - 69:3,
103:16
**sides** [1] - 17:13
**signature** [2] - 124:9,
124:15
**significance** [9] -
33:8, 34:2, 45:22,
50:5, 53:2, 54:10,
87:23, 114:2, 126:3

**significant** [21] - 20:5, 58:19, 73:18, 76:12, 76:21, 84:19, 84:20, 84:21, 85:19, 91:1, 91:23, 94:20, 96:11, 102:17, 103:5, 103:10, 106:25, 115:4, 115:11, 116:20, 121:19
**signifies** [1] - 97:24
**similar** [1] - 61:10
**simultaneously** [1] - 109:6
**Singapore** [2] - 48:5, 48:6
**single** [1] - 59:7
**site** [2] - 88:13, 92:11
**situation** [1] - 109:6
**six** [2] - 48:7, 60:17
**Sixth** [2] - 23:20, 23:22
**size** [1] - 53:12
**skill** [2] - 76:16, 113:15
**skills** [2] - 75:22, 76:9
**skip** [2] - 35:19, 47:23
**Slide** [26] - 27:1, 29:16, 91:12, 91:25, 92:12, 92:22, 94:7, 96:17, 97:21, 98:11, 102:19, 107:14, 109:3, 110:16, 112:11, 113:9, 113:25, 115:20, 116:13, 117:4, 119:4, 121:10, 122:1, 123:17, 125:4, 126:8
**slide** [32] - 33:4, 38:9, 40:18, 43:3, 45:16, 45:18, 47:22, 48:14, 54:7, 57:13, 64:4, 67:9, 69:11, 70:24, 74:9, 75:3, 78:4, 81:23, 82:19, 85:13, 86:24, 87:21, 88:14, 89:23, 92:20, 99:22, 101:6, 102:3, 118:6, 122:22, 124:22, 128:2
**slides** [2] - 6:18, 60:2
**slightly** [1] - 93:25
**slow** [2] - 39:17, 39:23, 128:9
**small** [3] - 69:6, 85:1, 108:6
**small-unit** [1] - 108:6
**smaller** [2] - 18:16, 104:11

**smuggled** [1] - 58:6
**smuggling** [3] - 69:4, 89:21
**sniper** [1] - 63:3
**snowflakes** [1] - 116:1
**social** [3] - 24:23, 38:16, 70:17
**society** [2] - 38:14, 99:5
**soldiers** [16] - 8:25, 10:15, 10:22, 53:7, 66:13, 77:16, 85:20, 93:13, 97:2, 103:13, 122:18, 122:20, 127:25, 128:14
**Soleimani** [16] - 33:17, 34:1, 34:6, 34:12, 37:11, 37:18, 37:20, 37:21, 37:23, 38:7, 64:23, 71:18, 73:25, 100:9, 123:9, 124:2
**solely** [4] - 21:22, 70:11, 70:17, 70:18
**solution** [1] - 85:23
**someone** [6] - 19:15, 21:19, 75:18, 75:23, 76:8, 76:18
**Somers** [1] - 1:19
**sometimes** [1] - 22:7, 22:16, 30:3, 33:22, 43:8, 45:5, 49:1, 54:4, 58:3, 76:10, 89:18
**somewhere** [1] - 106:2
**sons** [1] - 98:21
**soon** [4] - 3:16, 3:23, 4:1, 4:4
**sophisticated** [9] - 58:5, 58:6, 61:17, 63:11, 93:11, 96:7, 108:7, 115:14, 124:12
**sorry** [8] - 53:9, 60:13, 109:25, 117:8, 118:14, 118:16, 127:14
**sort** [4] - 8:8, 10:9, 114:11, 123:8
**sorts** [1] - 3:21
**sought** [1] - 99:17
**sound** [2] - 25:9, 25:14
**sounds** [1] - 25:10
**source** [4] - 23:10, 70:12, 95:13, 95:17
**sources** [4] - 22:7, 105:21, 105:23, 106:21

**south** [9] - 83:25, 84:22, 87:11, 88:5, 88:11, 89:8, 114:15, 115:14, 115:15
**South** [5] - 24:13, 83:22, 83:23, 83:24, 87:18
**Southeast** [1] - 87:19
**southeast** [1] - 88:23
**southern** [12] - 47:20, 55:8, 75:12, 83:25, 84:3, 87:16, 97:10, 99:19, 101:22, 121:12, 125:19, 128:18
**Southern** [1] - 62:1
**sovereign** [1] - 127:21
**sovereignty** [1] - 127:23
**space** [1] - 21:18
**speaker** [1] - 52:25
**speaking** [3] - 21:12, 90:19, 92:25
**spear** [1] - 33:10
**Special** [37] - 8:19, 10:25, 13:25, 26:12, 55:7, 58:7, 70:8, 70:9, 71:14, 74:11, 74:14, 75:12, 76:1, 78:19, 84:12, 93:24, 104:5, 104:7, 104:11, 104:17, 105:1, 105:4, 105:5, 107:5, 107:10, 115:11, 118:8, 119:13, 122:12, 122:15, 122:18, 123:1, 123:15, 125:2, 128:6, 129:1
**special** [6] - 33:12, 56:20, 58:21, 71:1, 119:6, 119:18
**specialized** [2] - 57:23, 58:23
**specially** [21] - 30:9, 32:10, 33:18, 35:4, 39:4, 41:9, 41:10, 41:12, 42:3, 42:4, 42:23, 43:1, 51:9, 51:23, 55:13, 55:16, 56:5, 57:12, 63:7, 72:24, 76:19
**specialty** [1] - 94:5
**specific** [4] - 21:6, 27:25, 86:18, 116:3
**specifically** [10] - 16:25, 51:18, 51:19, 68:3, 82:15, 85:9, 87:18, 93:12, 104:12,

128:6
**spectacular** [4] - 40:6, 46:3, 46:16, 75:2
**speed** [1] - 98:7
**spell** [1] - 98:15
**spelled** [1] - 80:7
**spend** [3] - 17:16, 21:11, 21:16
**spent** [1] - 25:4
**spiritually** [1] - 109:14
**splinter** [1] - 70:7
**sponsor** [5] - 13:14, 26:8, 27:17, 29:10, 32:14
**sponsored** [4] - 16:19, 28:18, 66:10, 76:22
**sponsors** [1] - 29:8
**Sponsors** [1] - 62:6
**sponsorship** [6] - 16:16, 16:20, 17:17, 19:7, 20:15, 34:10
**spring** [2] - 99:15, 102:7
**stability** [5] - 61:2, 66:1, 66:9, 114:23, 122:11
**stabilize** [1] - 113:3
**stable** [1] - 68:5
**staff** [1] - 82:11
**stand** [2] - 20:1, 79:17
**standard** [2] - 23:24, 105:13
**standing** [3] - 12:1, 24:24, 38:20
**standpoint** [3] - 94:14, 124:16, 128:15
**stands** [1] - 92:14
**star** [2] - 83:2, 86:7
**start** [3] - 12:9, 81:15, 87:15
**started** [9] - 15:15, 27:17, 46:4, 46:17, 53:6, 53:10, 58:16, 99:19, 115:13
**starting** [1] - 129:17
**starts** [2] - 51:18, 114:4
**State** [9] - 16:13, 29:7, 41:18, 42:1, 42:3, 62:6, 72:8, 72:13, 101:12
**state** [14] - 13:3, 13:14, 16:16, 16:20, 17:16, 19:7, 20:15, 26:8, 27:16, 29:8, 29:10, 35:2, 80:5,

118:7
**state-owned** [1] - 35:2
**statement** [3] - 23:13, 53:22, 72:1
**States** [29] - 1:23, 8:14, 16:18, 24:13, 25:23, 28:21, 34:14, 39:2, 45:2, 46:8, 53:16, 67:17, 67:19, 71:8, 81:2, 81:4, 87:25, 90:3, 94:13, 95:19, 114:19, 115:8, 115:10, 116:10, 117:24, 118:18, 128:4, 128:24, 130:13
**states** [1] - 39:15
**STATES** [2] - 1:1, 1:11
**stationed** [1] - 122:19
**stations** [1] - 99:7
**status** [5] - 51:12, 91:1, 107:22, 108:24
**stayed** [2] - 16:3, 128:20
**steel** [1] - 91:18
**stenographic** [1] - 130:5
**step** [1] - 12:1
**steps** [2] - 113:6, 118:20
**still** [8] - 6:12, 27:14, 65:10, 88:6, 105:3, 105:5, 114:16, 115:2
**stint** [1] - 16:12
**stints** [1] - 15:20
**stood** [1] - 68:4
**stop** [1] - 101:17
**stopped** [1] - 91:1
**straight** [2] - 7:7, 11:21
**strategic** [1] - 86:17
**strategy** [1] - 62:10
**street** [1] - 69:18
**stretch** [1] - 77:19
**strikes** [1] - 115:17
**strong** [1] - 17:4
**struck** [1] - 84:24
**structure** [3] - 68:21, 69:8, 88:2
**structured** [2] - 5:10, 36:24
**structuring** [1] - 5:18
**study** [1] - 17:15
**studying** [1] - 17:19
**subject** [3] - 9:16, 13:13, 82:2
**subjects** [2] - 26:3, 86:22

submitted [2] - 10:25, 14:11
subordinate [3] - 103:25, 120:10, 125:11
subscribe [1] - 44:13
subscription [1] - 49:8
subsequently [1] - 75:8
subsidiary [1] - 27:20
substantively [1] - 65:10
substate [1] - 38:24
subtitles [1] - 126:12
succeeded [2] - 27:13, 64:24
successful [3] - 47:25, 48:7, 128:25
successor [1] - 54:22
suddenly [1] - 59:20
sued [1] - 19:25
suffer [1] - 129:4
suffered [1] - 94:20
suffering [1] - 10:13
sufficiency [1] - 19:20
sufficient [2] - 19:21, 94:13
suggest [1] - 105:25
suicide [2] - 94:2, 94:3
Suite [2] - 1:17, 1:20
Sunni [22] - 17:14, 28:2, 88:3, 88:6, 88:8, 88:10, 90:14, 90:17, 91:4, 91:6, 91:7, 111:10, 112:8, 113:7, 113:14, 114:5, 114:7, 114:10, 115:1, 115:9, 128:12, 128:13
Sunnis [2] - 113:22, 114:24
supervised [1] - 66:25
supervision [1] - 119:22
supplied [3] - 8:23, 97:15, 124:7
supplies [1] - 30:15
supply [1] - 121:2
supplying [2] - 97:10, 118:8
support [40] - 10:3, 23:1, 26:11, 30:15, 32:15, 32:16, 32:19, 35:1, 35:15, 35:25, 36:10, 36:18, 36:25,

38:4, 49:13, 49:22, 50:3, 57:5, 58:11, 62:19, 62:20, 66:8, 68:6, 71:14, 74:3, 74:20, 78:18, 78:19, 107:13, 112:19, 113:3, 113:17, 114:25, 117:2, 117:3, 120:24, 122:15, 127:4, 127:7, 127:19
supported [8] - 28:22, 70:14, 70:16, 73:18, 78:12, 109:13, 119:25, 120:12
supporters [3] - 31:16, 38:17, 73:22
supporting [4] - 35:22, 57:19, 58:16, 128:10
suppress [1] - 30:4
supreme [1] - 52:7
Supreme [7] - 27:15, 44:15, 44:24, 64:7, 99:23, 109:11, 123:7
surrogate [2] - 64:18, 111:1
survived [1] - 10:2
survivors [1] - 9:25
sustain [1] - 103:10
swear [2] - 12:2, 79:17
switch [1] - 109:3
SWORN [2] - 12:3, 79:19
symmetry [1] - 88:1
Syria [10] - 38:2, 43:16, 43:18, 44:20, 46:14, 52:8, 54:21, 55:3, 68:23, 87:10
Syrian [2] - 38:4, 82:24
system [3] - 31:17, 59:21, 124:13
systems [3] - 31:18, 69:5, 106:24

---

## T

Tab [11] - 8:3, 80:14, 96:17, 101:8, 105:7, 107:15, 115:19, 117:4, 118:16, 122:2, 125:5
tab [4] - 106:6, 107:23, 117:15, 118:15
tactical [3] - 75:22, 86:17, 108:6
tactically [1] - 104:15

tactics [3] - 92:16, 98:7, 108:2
Talal [1] - 57:2
TALAL [1] - 57:2
Taliban [2] - 35:1, 35:16
tank [2] - 16:24, 17:6
tanker [1] - 21:1
tankers [1] - 47:1
target [6] - 36:12, 53:16, 62:22, 94:1, 94:2, 121:22
targeted [3] - 19:15, 28:22, 46:7
targeting [16] - 28:19, 39:1, 40:6, 40:7, 45:6, 46:3, 46:16, 47:7, 57:20, 58:11, 59:24, 70:5, 70:11, 74:15, 75:2, 129:5
targets [5] - 19:8, 38:2, 48:3, 72:20, 73:21
Task [6] - 94:10, 94:23, 95:3, 95:12, 95:20, 96:6
task [1] - 95:12
tasked [1] - 57:22
teach [1] - 16:10
teachers [1] - 90:7
team [2] - 8:4, 15:21
teams [1] - 104:21
techniques [1] - 92:16
technological [1] - 32:15
technologies [1] - 108:14
technology [4] - 59:23, 61:17, 63:11, 108:3
teed [1] - 19:8
Tehran [1] - 97:16
temporary [1] - 16:12
ten [2] - 15:25, 25:14
term [1] - 93:5
terminated [1] - 21:24
terms [7] - 4:17, 5:18, 12:7, 49:21, 90:12, 90:16, 114:20
terribly [1] - 68:5
territory [2] - 44:5, 89:5
terror [4] - 8:13, 8:24, 9:3, 99:13
terrorism [32] - 13:14, 16:5, 16:16,

16:21, 17:11, 17:17, 19:3, 19:4, 20:15, 25:7, 25:12, 25:22, 26:8, 27:17, 27:18, 28:10, 28:11, 28:14, 28:18, 29:8, 29:10, 29:21, 32:7, 33:9, 34:11, 34:13, 54:10, 62:10, 71:3, 74:13, 75:10, 76:18
Terrorism [2] - 23:6, 62:6
terrorism-related [1] - 25:22
terrorist [60] - 13:22, 16:17, 24:15, 25:4, 27:24, 28:23, 30:9, 32:10, 33:16, 33:19, 34:14, 35:1, 35:2, 35:5, 35:23, 38:13, 39:5, 39:13, 39:15, 40:6, 40:16, 41:9, 41:11, 41:18, 41:25, 42:4, 42:8, 42:23, 43:1, 45:19, 45:25, 48:12, 51:9, 51:23, 54:13, 55:13, 55:17, 56:5, 57:3, 57:5, 57:12, 57:16, 57:17, 62:7, 62:9, 68:19, 71:7, 72:14, 72:19, 72:20, 72:23, 72:24, 73:2, 76:20, 76:22, 77:19, 77:20, 77:24, 120:25
terrorist-related [1] - 68:19
terrorists [5] - 19:5, 41:13, 42:3, 70:19, 128:12
testified [6] - 25:6, 25:11, 25:22, 26:3, 35:3, 100:10
testimony [21] - 5:3, 5:10, 7:21, 8:9, 8:19, 9:20, 9:22, 10:1, 10:24, 12:20, 12:22, 13:11, 13:13, 25:16, 25:17, 46:10, 53:19, 80:19, 81:20, 82:2
Texas [1] - 80:10
Thailand [1] - 48:8
thanking [1] - 7:25
that'll [1] - 5:20
THE [86] - 1:1, 1:11, 1:14, 2:4, 3:1, 3:3, 3:5, 3:11, 4:7, 4:10, 4:25, 5:2, 5:7, 5:14, 5:17, 5:22, 6:1, 6:3, 6:9, 6:16, 6:22, 7:2,

7:4, 7:6, 7:9, 7:13, 7:18, 7:20, 11:6, 11:8, 11:13, 11:19, 11:25, 12:4, 12:6, 12:7, 12:18, 14:25, 18:19, 18:20, 18:21, 26:13, 39:17, 39:19, 39:20, 52:17, 52:19, 60:10, 60:11, 60:14, 79:1, 79:4, 79:8, 79:10, 79:17, 80:1, 80:3, 80:23, 81:14, 81:17, 86:9, 86:14, 86:21, 88:20, 91:17, 92:19, 92:21, 92:23, 93:5, 94:25, 96:20, 110:21, 118:12, 118:15, 120:6, 120:9, 120:17, 121:24, 121:25, 126:16, 127:13, 127:16, 129:9, 129:13, 129:16, 129:20
the-called [1] - 8:17
theme [1] - 108:1
themselves [3] - 44:9, 47:6, 96:12
then-head [1] - 100:22
theology [1] - 28:1
theory [1] - 67:18
thereafter [2] - 107:9, 115:7
thereby [1] - 31:16
therefore [1] - 16:19
Thereupon [2] - 79:13, 129:21
they've [2] - 4:12, 21:18
third [5] - 34:23, 44:11, 60:24, 73:23, 106:2
thousands [1] - 63:4
threat [15] - 68:12, 68:14, 68:16, 84:14, 84:19, 84:20, 85:19, 86:19, 94:15, 94:24, 114:22, 115:11, 128:5, 128:10, 129:1
threaten [3] - 62:11, 66:8, 68:9
threatening [1] - 66:1
threatens [1] - 122:11
threats [3] - 17:18, 86:17, 87:24
three [9] - 33:20, 34:2, 44:1, 78:9, 86:7, 95:6, 110:19, 122:20

**three-star** [1] - 86:7
**thresholds** [1] - 19:22
**throughout** [2] - 28:23, 54:24
**throws** [1] - 3:20
**Thursday** [2] - 3:25, 4:5
**thwarted** [1] - 48:9
**tie** [1] - 127:5
**tied** [1] - 96:16
**timelines** [1] - 59:15
**timeliness** [1] - 19:13
**TIMOTHY** [1] - 1:3
**Timothy** [1] - 3:5
**titled** [4] - 51:25, 56:13, 117:16, 118:3
**TNT** [1] - 91:19
**today** [20] - 8:1, 8:5, 9:12, 25:17, 26:4, 26:18, 30:15, 31:7, 32:4, 32:13, 34:10, 37:12, 50:13, 57:4, 65:24, 73:20, 77:9, 81:10, 81:20, 82:2
**today's** [1] - 77:18
**together** [12] - 8:3, 10:1, 27:22, 45:1, 47:15, 49:2, 51:19, 54:5, 95:6, 102:8, 102:16, 103:21
**tomorrow** [1] - 4:11
**took** [7] - 8:2, 24:10, 48:24, 111:19, 111:23, 112:6, 120:13
**tool** [3] - 19:10, 28:11, 100:2
**tooling** [1] - 96:16
**tools** [3] - 19:2, 21:10, 27:18
**top** [6] - 50:23, 50:24, 51:7, 54:18, 56:18, 98:3
**topics** [2] - 14:2, 14:6
**touched** [1] - 119:6
**towards** [3] - 16:25, 52:12, 53:16
**Towers** [1] - 47:18
**trace** [1] - 95:20
**traced** [1] - 125:23
**traditionally** [1] - 44:9
**train** [5] - 33:23, 49:18, 53:24, 57:25, 58:1
**trained** [10] - 8:23, 36:3, 38:21, 55:6, 58:9, 74:16, 75:13,

**trainer'** [1] - 63:14
**trainers** [1] - 120:1
**training** [38] - 26:11, 30:16, 36:1, 36:3, 36:10, 49:6, 53:21, 53:25, 54:3, 54:4, 58:3, 58:4, 58:5, 58:7, 58:20, 61:3, 61:4, 61:16, 61:18, 61:23, 62:12, 62:21, 63:10, 63:13, 63:16, 67:4, 69:3, 71:14, 75:19, 76:9, 78:17, 85:23, 98:6, 100:16, 100:19, 101:14, 104:20, 108:2
**transactional** [1] - 49:11
**transcript** [3] - 5:11, 130:5, 130:6
**TRANSCRIPT** [1] - 1:10
**transcripts** [1] - 5:15
**transfer** [1] - 59:23
**transnational** [1] - 17:18
**transport** [3] - 66:20, 66:25, 89:21
**transporting** [1] - 67:3
**trash** [1] - 90:21
**traveled** [1] - 123:6
**traveling** [2] - 21:12, 24:11
**Treasury** [33] - 16:5, 16:7, 17:23, 17:25, 18:4, 18:9, 18:18, 18:19, 18:24, 19:19, 20:14, 20:17, 30:24, 31:3, 31:7, 31:25, 34:20, 34:24, 37:7, 37:24, 42:2, 42:17, 50:22, 51:14, 54:2, 55:23, 56:10, 65:17, 65:24, 73:10, 77:3, 77:9, 122:5
**Treasury's** [1] - 32:4
**treating** [1] - 10:21
**tremendous** [7] - 24:21, 49:13, 69:18, 76:9, 76:16, 89:18, 114:9
**trend** [2] - 109:8, 112:18
**trial** [2] - 4:5, 8:6
**TRIAL** [1] - 1:10
**trials** [3] - 25:6, 25:11, 25:20
**tribunal** [1] - 56:21
**triggered** [1] - 96:3

**troops** [4] - 78:13, 125:22, 129:5
**trouble** [2] - 11:22, 102:5
**Troy** [6] - 94:10, 94:23, 95:3, 95:12, 95:20, 96:6
**truck** [1] - 47:10
**true** [5] - 21:8, 21:23, 35:5, 130:4, 130:5
**truly** [1] - 59:21
**try** [4] - 11:23, 21:4, 88:20, 113:3
**trying** [7] - 11:14, 21:2, 102:7, 111:17, 115:2, 120:23, 127:19
**TTP** [3] - 92:14, 93:2, 93:23
**Tufts** [1] - 15:10
**tune** [1] - 50:4
**turban** [1] - 126:24
**Turkey** [3] - 17:5, 48:6, 87:9
**Turkish** [1] - 82:24
**turn** [39] - 14:13, 60:22, 61:20, 62:15, 70:24, 74:9, 75:3, 80:14, 86:24, 87:20, 88:14, 89:23, 91:12, 92:12, 94:7, 96:17, 97:21, 98:11, 101:6, 102:3, 102:19, 105:7, 106:5, 107:23, 109:3, 110:16, 112:11, 113:9, 113:25, 115:19, 116:13, 117:4, 118:2, 119:4, 122:1, 123:17, 125:4, 126:8, 128:2
**TURNER** [2] - 1:18, 1:19
**Turner** [1] - 8:3
**turtle** [3] - 97:23, 98:2, 98:9
**twice** [2] - 40:8, 75:6
**two** [18] - 20:7, 35:20, 41:4, 47:9, 48:8, 52:1, 55:3, 57:3, 57:25, 66:4, 71:10, 72:11, 72:22, 76:5, 85:9, 93:19, 98:21, 103:20
**type** [2] - 36:18, 70:19
**types** [6] - 19:6, 47:25, 63:6, 70:16, 78:20, 85:9
**typically** [1] - 106:20

**U**

**U.K** [1] - 97:9
**U.N** [2] - 34:9, 36:7
**ultimate** [1] - 112:25
**ultimately** [6] - 43:25, 57:23, 71:7, 76:19, 82:1, 112:16
**umbrella** [1] - 49:2
**unartful** [1] - 97:25
**unclassified** [5] - 20:8, 21:23, 21:25, 22:5, 22:19
**under** [30] - 5:3, 5:4, 18:10, 19:22, 32:11, 33:20, 34:13, 34:25, 35:3, 37:19, 37:24, 49:2, 50:24, 51:24, 57:18, 65:25, 66:5, 67:20, 72:15, 72:17, 73:20, 85:10, 87:16, 88:18, 99:9, 119:15, 119:22, 119:23, 125:22
**under-buried** [1] - 85:10
**underbelly** [1] - 93:16
**underestimated** [1] - 128:5
**undermine** [2] - 19:17, 44:21
**undermines** [1] - 43:16
**underscore** [1] - 108:15
**undersecretary** [1] - 18:6
**undertakes** [1] - 32:14
**unemployed** [1] - 106:17
**unemployment** [2] - 106:14
**UNGAR** [61] - 1:14, 11:7, 11:9, 11:17, 11:23, 12:16, 12:25, 13:2, 14:23, 15:3, 15:4, 18:22, 26:6, 26:15, 26:16, 27:1, 27:3, 29:16, 29:17, 33:4, 33:5, 38:9, 38:10, 39:22, 39:25, 43:3, 43:4, 45:16, 45:17, 48:14, 48:15, 52:15, 52:18, 52:21, 52:24, 54:7, 54:8, 57:13, 57:14, 60:6, 60:13, 60:16, 60:18,

64:4, 64:5, 67:9, 67:10, 69:11, 69:12, 70:24, 70:25, 74:9, 74:10, 75:3, 75:4, 78:4, 78:5, 78:24, 79:6, 79:9, 79:12
**Ungar** [2] - 8:4, 11:3
**unhappiness** [1] - 104:4
**unhappy** [2] - 103:25, 104:3
**Union** [1] - 39:11
**unique** [3] - 9:23, 59:22, 95:4
**uniquely** [1] - 10:6
**Unit** [3] - 57:15, 57:24, 71:13
**unit** [4] - 33:12, 57:23, 58:13, 108:6
**United** [29] - 8:14, 16:18, 24:13, 25:23, 28:21, 34:14, 39:2, 45:2, 46:7, 53:16, 67:17, 67:19, 71:8, 81:2, 81:4, 87:24, 90:3, 94:13, 95:19, 97:9, 114:19, 115:8, 115:10, 116:10, 117:24, 118:18, 128:4, 128:24, 130:13
**UNITED** [2] - 1:1, 1:11
**united** [1] - 1:23
**units** [1] - 57:18
**universe** [1] - 21:7
**University** [5] - 1:16, 15:8, 15:11, 16:11, 24:6
**University's** [1] - 13:9
**unless** [1] - 12:19
**unlike** [1] - 17:24
**unusual** [1] - 43:10
**up** [28] - 7:4, 7:7, 11:11, 11:21, 11:22, 12:1, 17:25, 19:8, 20:6, 33:23, 40:8, 40:9, 43:10, 47:11, 47:17, 47:20, 49:18, 50:15, 70:21, 81:23, 83:17, 85:7, 86:10, 90:2, 90:21, 95:12, 104:8, 127:13
**up-armored** [1] - 85:7
**update** [1] - 125:8
**upholding** [1] - 113:20
**upper** [1] - 99:4
**uprising** [1] - 102:9

**upward** [1] - 10:4
**upwards** [1] - 38:24
**US** [56] - 16:25, 17:4, 18:9, 19:2, 20:1, 23:5, 23:7, 27:16, 27:24, 31:17, 32:4, 37:15, 38:13, 40:11, 46:9, 46:11, 46:16, 47:19, 50:2, 55:1, 65:24, 66:12, 67:12, 69:24, 70:8, 72:20, 75:14, 77:9, 77:16, 78:13, 78:22, 78:23, 84:14, 86:17, 86:19, 92:16, 93:1, 93:13, 94:12, 94:18, 99:15, 103:6, 110:4, 113:2, 114:12, 114:22, 118:7, 121:15, 122:16, 122:18, 122:20, 124:23, 128:9, 129:5
**US-designated** [2] - 27:24, 38:13
**US-led** [3] - 69:24, 94:12, 99:15
**useful** [2] - 21:25, 100:2
**uses** [1] - 27:18

## V

**Valley** [1] - 36:2
**variant** [1] - 28:1
**variety** [3] - 8:18, 15:20, 106:20
**various** [2] - 105:21, 120:25
**vast** [1] - 23:9
**vehicle** [4] - 84:24, 85:4, 85:8, 85:10
**vehicles** [4] - 59:6, 62:3, 63:8, 94:2
**velocity** [1] - 91:23
**verify** [3] - 21:5, 21:6, 21:7
**versa** [1] - 81:15
**version** [2] - 33:11, 97:1
**versus** [1] - 3:6
**vet** [2] - 20:18, 21:14
**vetting** [2] - 23:13, 23:23
**via** [1] - 97:15
**Vice** [1] - 126:18
**vice** [2] - 81:15, 126:20
**video** [7] - 52:15, 52:55, 91:25, 92:7, 92:8, 126:9, 126:16

**videos** [1] - 66:22
**violation** [2] - 34:9, 36:7
**violence** [5] - 28:14, 62:13, 66:8, 73:19, 114:9
**virtually** [1] - 112:8
**visit** [1] - 123:8
**visiting** [1] - 126:18
**voice** [4] - 44:16, 53:1, 86:10, 127:13
**volume** [1] - 84:22
**volunteer** [1] - 10:13
**voted** [1] - 111:19
**vs** [1] - 1:5
**vulnerabilities** [1] - 109:2
**vulnerable** [1] - 85:8

## W

**waged** [1] - 8:13
**wait** [2] - 12:11, 12:21
**wants** [1] - 43:7
**war** [20] - 47:1, 52:8, 53:5, 53:9, 55:9, 57:22, 59:12, 59:16, 59:19, 59:20, 59:23, 64:10, 64:13, 68:11, 87:15, 109:12, 113:13, 113:24, 127:1, 128:7
**warriors** [1] - 10:22
**Washington** [13] - 1:6, 1:25, 13:7, 15:23, 16:3, 16:8, 16:14, 16:22, 16:23, 16:24, 17:10, 95:1, 130:14
**watched** [1] - 98:5
**watching** [1] - 76:17
**water** [1] - 12:4
**waves** [1] - 9:23
**ways** [1] - 49:16
**weakness** [1] - 93:16
**weapon** [4] - 59:7, 59:21, 97:14, 124:15
**weaponry** [1] - 63:12
**weapons** [35] - 8:23, 9:2, 9:24, 10:7, 30:16, 31:15, 35:24, 36:10, 49:6, 61:4, 62:12, 62:21, 63:4, 66:16, 67:4, 69:5, 89:21, 95:7, 95:24, 96:8, 97:10, 97:18, 98:6, 101:25, 103:6, 104:11, 104:14, 113:16, 118:8, 120:2,

121:2, 124:5, 124:9, 125:15, 125:23
**website** [1] - 23:14
**Wednesday** [1] - 3:13
**week** [5] - 4:7, 8:9, 8:19, 9:9, 10:6
**week's** [1] - 125:14
**weekly** [2] - 125:8, 125:12
**weeks** [1] - 15:25
**weight** [1] - 20:5
**welfare** [2] - 24:24, 70:18
**well-being** [1] - 91:2
**west** [4] - 82:24, 84:2, 88:7, 114:12
**West** [9] - 23:6, 28:21, 45:3, 45:6, 46:4, 46:18, 53:17, 67:17, 87:10
**western** [1] - 40:7
**Western** [2] - 46:5, 87:13
**what'll** [1] - 44:23
**White** [1] - 17:2
**white** [2] - 79:25, 126:24
**whole** [3] - 17:7, 78:14, 123:25
**whole-cloth** [1] - 123:25
**wide** [2] - 34:6, 70:16
**widely** [1] - 23:16
**wider** [1] - 50:12
**wilayat** [4] - 44:12, 44:18, 45:10, 49:9
**willing** [1] - 49:15
**wind** [1] - 11:22
**wing** [3] - 13:19, 40:16, 64:7
**wings** [1] - 39:13
**winning** [1] - 70:21
**wiping** [1] - 28:20
**wish** [1] - 3:22
**withdraw** [2] - 67:21, 90:9
**Witness** [2] - 79:3, 129:15
**witness** [11] - 11:4, 11:14, 11:18, 12:14, 12:15, 12:16, 12:21, 25:25, 26:7, 79:16, 129:12
**WITNESS** [15] - 12:3, 12:6, 18:20, 39:20, 60:10, 79:19, 81:17, 88:20, 91:17, 93:5, 94:25, 110:21, 120:9, 121:25, 126:16

**witnesses** [6] - 4:23, 7:14, 12:13, 12:19, 12:24, 129:17
**WITNESSES** [1] - 2:4
**WMD** [1] - 31:16
**women** [1] - 47:19
**wonderful** [1] - 39:18
**word** [3] - 31:12, 37:11, 62:16
**words** [4] - 61:22, 62:17, 108:13, 127:11
**works** [2] - 59:18, 88:21
**world** [10] - 21:12, 24:11, 24:16, 28:19, 38:23, 40:10, 43:23, 47:8, 55:5, 57:6
**worse** [2] - 24:7
**worst** [2] - 70:18
**wounded** [2] - 103:15, 122:21
**writing** [2] - 25:5, 40:13
**written** [3] - 22:10, 23:25, 76:7
**wrote** [2] - 15:17, 23:8

## Y

**year** [9] - 16:1, 36:6, 47:9, 49:25, 50:4, 55:2, 105:23, 105:24, 126:7
**years** [17] - 18:19, 24:10, 25:5, 40:5, 47:13, 48:19, 49:24, 54:24, 55:3, 69:25, 78:13, 81:4, 99:7, 112:21, 126:17, 127:4, 127:19
**Yemen** [1] - 28:24
**Yeshiva** [1] - 15:8
**yesterday** [1] - 3:17
**York** [1] - 15:8
**young** [4] - 99:17, 100:1, 103:5, 106:17
**yourself** [1] - 3:7

## Z

**Zealanders** [1] - 39:11
**zone** [1] - 47:20