<pre>
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2

 3     * * * * * * * * * * * * * * *    )
       TIMOTHY KARCHER, et al.,         )     Civil Action
 4                                      )     No. 16-232
                    Plaintiffs,         )
 5                                      )
          vs.                           )
 6                                      )
       ISLAMIC REPUBLIC OF IRAN,        )     Washington, DC
 7                                      )     December 4, 2018
          Defendant.                    )     9:32 a.m.
 8                                      )     (MORNING SESSION)
       * * * * * * * * * * * * * * *    )
 9

10                    TRANSCRIPT OF BENCH TRIAL
             BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY,
11                  UNITED STATES DISTRICT JUDGE

12

       APPEARANCES:
13

14     FOR THE PLAINTIFFS:       GARY M. OSEN, ESQ.
                                  ARI UNGAR, ESQ.
                                  WILLIAM A. FRIEDMAN, ESQ.
15                                MICHAEL J. RADINE, ESQ.
                                  PETER RAVEN-HANSEN, ESQ.
16                                OSEN LLC
                                  2 University Plaza
17                                Suite 402
                                  Hackensack, New Jersey 07601
18
                                  CLYDE T. TURNER, ESQ.
19                                TURNER AND ASSOCIATES, P.A.
                                  4705 Somers Avenue
20                                Suite 100
                                  North Little Rock, Arkansas 72116
21

22     REPORTED BY:              LISA EDWARDS, RDR, CRR
                                 Official Court Reporter
23                               United States District Court for the
                                   District of Columbia
24                               333 Constitution Avenue, NW
                                 Room 6706
25                               Washington, DC 20001
                                 (202) 354-3269
</pre>

1

2                                I N D E X

3                                    Direct    Cross     Redirect

4
     WITNESSES FOR THE PLAINTIFFS:
5
     Donald Wade Barker                  4
6
     Charles Marmar, M.D.               68
7

8
     EXHIBITS RECEIVED IN EVIDENCE                           PAGE
9

10   Plaintiffs' Exhibit No. 158                               5

11   Plaintiffs' Exhibit No. 58                               24

12   Plaintiffs' Exhibit No. 163                              70

13

14

15

16

17

18

19

20

21

22

23

24

25

 1              THE COURT:  Good morning, everyone.

 2              MR. OSEN:  Good morning, your Honor.

 3              MR. TURNER:  Good morning, your Honor.

 4              THE COURT:  Let's call the case.

 5              THE COURTROOM DEPUTY:  Civil Case 16-232, Timothy

 6      Karcher, et al., versus Islamic Republic of Iran.

 7              Counsel, would you please identify yourself for

 8      the record.

 9              MR. FRIEDMAN:  Good morning, your Honor.  William

10      Friedman of Osen, LLC, for the Plaintiffs.

11              THE COURT:  Good morning.

12              MR. FRIEDMAN:  Your Honor, at this point, the

13      Plaintiffs would call Donald Wade Barker to the stand.

14              THE COURT:  I know I'm being a pest, but you need

15      to move the microphone over straight up.

16              MR. FRIEDMAN:  Is that better?

17              THE COURT:  Yes.  That's better.

18              If the witness would come forward.

19              THE WITNESS:  (Approaches the witness stand.)

20              THE COURT:  Please step up.  We need to swear you

21      in.

22          DONALD WADE BARKER, PLAINTIFFS' WITNESS, SWORN.

23              THE COURT:  There is water there.  You need to

24      speak into the microphone.  And make sure you let counsel

25      finish their question before you start to answer.

```
 1              And they should wait for you as well so we have a
 2      full record.
 3              THE WITNESS:  Yes, ma'am.
 4                       DIRECT EXAMINATION
 5      BY MR. FRIEDMAN:
 6      Q.  Good morning, Mr. Barker.
 7              Mr. Barker, could you please state your name, city
 8      and state of residence, please.
 9      A.  Donald Wade Barker, Hendersonville, Tennessee.
10              THE COURT:  You're already starting too fast.
11      Please slow down.  There's no rush.  It doesn't make it any
12      faster to do that.
13              THE COURT REPORTER:  Thank you, Judge.
14              MR. FRIEDMAN:  Thank you, your Honor.  We're going
15      to take our time today as best we can.
16      BY MR. FRIEDMAN:
17      Q.  Mr. Barker, if you would please open your binder.
18              Did you prepare a report in preparation for your
19      testimony here today?
20      A.  I did.
21      Q.  You are being proffered as an expert witness on
22      improvised explosive devices, explosively formed penetrators
23      and counter-IED technologies.  Is that correct?
24      A.  Yes.
25      Q.  And this report premarked as Plaintiffs' Exhibit 158 --
```

1    is this a copy of the report you submitted?

2    A.  It is.

3    Q.  And if you turn to Exhibit A of that report -- excuse

4    me -- Exhibit 1 of that report, is that a copy of your

5    current CV?

6    A.  It is.

7    Q.  On Page 56 of that report, is that a copy of your

8    digital signature?

9    A.  It is.

10   Q.  Mr. Barker, as you sit here today, do you adopt the

11   facts and conclusions set forth in this report?

12   A.  Yes.

13            MR. FRIEDMAN:  Your Honor, at this point,

14   Plaintiffs would offer Plaintiffs' Exhibit 158 into

15   evidence.

16            THE COURT:  I'll admit it.

17            (Whereupon, Plaintiffs' Exhibit No. 158 was

18   entered into evidence.)

19            MR. FRIEDMAN:  Thank you, your Honor.

20   BY MR. FRIEDMAN:

21   Q.  Mr. Barker, did you also prepare a PowerPoint

22   presentation with counsel in preparation for your testimony

23   today?

24   A.  I did.

25   Q.  And is a copy of that in the small binder on the desk

1    with you?

2    A.  Yes.

3    Q.  Thank you.

4           Mr. Barker, you were tasked with assessing six of

5    the seven bellwether attacks that will be presented at trial

6    today.  Is that correct?

7    A.  Correct.

8    Q.  And did you reach a conclusion regarding those six

9    attacks?

10   A.  Yes.

11   Q.  And we will discuss them in greater detail later.  But

12   could you please briefly tell the Court what your conclusion

13   was?

14   A.  Each of the attacks was an EFP, engineered and

15   specifically designed to penetrate armor.

16   Q.  Thank you, Mr. Barker.

17          MR. FRIEDMAN:  If we could have Slide 2, please.

18   BY MR. FRIEDMAN:

19   Q.  Mr. Barker, was there a time when you served in the

20   United States Army?

21   A.  Yes.

22   Q.  Could you briefly tell the Court your Army training and

23   experience?

24   A.  I enlisted in the Army in 1995.  I was a special

25   operations operator in the Ranger Regiment.  After that, I

1    was a deep-sea diver, attended Navy EOD school.

2    Q.  So as a deep-sea diver, you attended explosive ordnance

3    disposal training?

4    A.  I did.

5            I then attended Officer Candidate School, became a

6    second lieutenant in the Engineers.  The first duty station

7    as an officer was in Colorado, just before 9/11.

8    Q.  And did there come a time when you were deployed to

9    Iraq?

10   A.  Yes.  The 4th ID, which is the unit I was assigned to,

11   was deployed into Iraq in March of 2000.

12   Q.  That's the 4th Infantry Division?

13   A.  It is.

14   Q.  What were your roles and responsibilities with the 4th

15   ID?

16   A.  I was a platoon leader and assigned -- we first started

17   seeing IEDs -- to deal with harassment fire.

18   Q.  And during this first tour of duty, did you come into

19   contact with any IEDs?

20   A.  I came into contact with quite a few.

21            I was then in an event years later.  I was in a

22   blast in -- north of Baghdad and with an engineer patrol

23   that I was supporting.

24   Q.  And how many tours of duty did you serve in Iraq?

25   A.  In Iraq specifically, I did four tours in Iraq.

1    Q.  And how many tours in Afghanistan?

2    A.  In the military, I did one; and then three more as a

3    civilian.

4    Q.  And during that time in both Iraq and Afghanistan, was

5    your area of specialty IEDs?

6    A.  Yes.

7    Q.  Could you discuss that a little bit for us.

8    A.  So from late 2003-early 2004, with my experience in

9    Special Operations Command and my explosives training, I was

10   identified as an expert in that area and tasked with dealing

11   with the IED problem.

12           I continued my work even after my retirement into

13   my time as a research scientist at Georgia Tech Research

14   Institute.

15   Q.  When you were at the Georgia Technical Research

16   Institute as a research scientist, what did you do?

17   A.  I evaluated technologies that were coming from JIEDDO.

18   We developed new technologies to survive the blast, find the

19   IEDs, train soldiers, and even deployed equipment from

20   Georgia Tech into theater.

21   Q.  And how long were you at the Georgia Technical

22   Institute?

23   A.  Five years.

24   Q.  And once you left your role as a research scientist

25   there, what did you do?

1    A.  I started my own engineering firm in Tennessee.  Our

2    current work, the majority of it is for the DOD.  We work on

3    composite materials for armor, night vision, software to

4    predict placement and discovery of IEDs.

5    Q.  And, Mr. Barker, you mentioned at one point you were

6    actually involved in an IED attack.

7              When was that?

8    A.  That was early 2006 for the '05-'06 rotation.  Again,

9    with the engineer unit.

10             A couple of 155 shells were placed in an abutment

11   of a bridge.  A blast occurred between the lead vehicle and

12   my vehicle.  There was not a whole lot of damage because the

13   abutment of the bridge absorbed a good part of the blast.

14   It was ill placed by the enemy.

15   Q.  And did there come a time during your service in Iraq

16   when you witnessed an EFP explosion?

17   A.  Yes, there was.

18   Q.  Could you tell us about that.

19   A.  So late 2005, I was visiting a unit out of Baghdad.  In

20   a traffic circle, a device detonated on the lead vehicle.

21   It punched 18 holes in the passenger's side, killed all five

22   passengers, and 18 holes out the driver's side.

23   Q.  Was this an up-armored vehicle?

24   A.  It was.  An 1114.

25   Q.  Did that incident lead you to want to learn more about

1    EFPs?

2    A.  Absolutely.  I spent then and up until this very day am

3    still working on survivability and defeating EFPs.

4    Q.  And is it fair to say that since approximately 2003 the

5    focus of your military and your civilian career has been on

6    EFPs, IEDs and counter-IED technologies?

7    A.  Absolutely.

8          MR. FRIEDMAN:  Your Honor, at this point, I would

9    move to qualify Mr. Barker as an expert witness in IEDs,

10   EFPs and counter-IED technology.

11         THE COURT:  I'll qualify him as an expert in those

12   subjects.

13         MR. FRIEDMAN:  Thank you, your Honor.

14         If we could have Slide 3, please.

15   BY MR. FRIEDMAN:

16   Q.  Mr. Barker, we've discussed IEDs in this courtroom quite

17   a bit.  Could you briefly describe for the Court, what is an

18   IED?

19   A.  An IED:  The acronym is improvised explosive device.

20         So we take a device and we'll use a 155-millimeter

21   artillery shell, for example.  It's designed for a specific

22   purpose:  to be launched out of a Triple 7 tube, which is a

23   large artillery gun.  That is what it is designed to do.

24         You take that artillery shell, take it apart, take

25   the fuse all out of it, put some C4 in it, some HME, which

1    is homemade explosives, some detonation cord, place it in

2    the ground; a couple pieces of metal to make contact with

3    the battery in the blasting cap.  Somebody drives over it

4    and sets it off.

5            So I've taken something that had a designed

6    purpose and I've repurposed it to be used in another way.

7    Q.  Okay.

8            MR. FRIEDMAN:  Could I have Slide 4, please.

9    BY MR. FRIEDMAN:

10   Q.  And the slide we're looking at now, Mr. Barker, is

11   titled Poster IED.  And this comes from Plaintiffs'

12   preadmitted Exhibit 54.

13           Is this poster IED an example of something with a

14   military use being used not for its intended purpose?

15   A.  Correct.  That's an actually armor-piercing grenade.

16   They're actually designed to be dropped on top of tanks,

17   punch through the turret.

18           What they've done is they've laid it.  You just

19   take a couple pieces of wood between the metal contacts.  So

20   when you pull the poster away, contact is made.  The

21   blasting cap goes.  The grenade blows up in someone's face.

22   Q.  Would this be an example of a victim-operated trigger?

23   A.  Absolutely.  The victim, the person who gets their face

24   blown off, is the one who sets it off.

25   Q.  Okay.

1          MR. FRIEDMAN  could I have Slide 5, please.

2     BY MR. FRIEDMAN:

3     Q.  Mr. Barker, from this same report, this slide is titled

4     Paint Can IED.

5          Why would a paint can be a concern in Iraq?

6     A.  So after the fall of Saddam and his regime, all social

7     services were gone.  All of Iraq was a trash can.  So

8     everywhere you turned there were piles of trash, debris.

9     People would dig and look for things.  There were holes

10    everywhere.

11         And so you would take something as innocuous as a

12    paint can.  You could place, again, HME, which is homemade

13    explosives, or if you found C4, small artillery rounds,

14    place it inside the can or anything like it, camouflage it.

15    So when we drove by it or drove over it, it detonates on the

16    target.

17    Q.  So in essence almost anything could be made into an IED?

18    A.  Any kind of trash can hide that IED.  That's why you'll

19    see soldiers to this day:  They'll drive down the center of

20    the road.  They'll dodge a plastic bag pulling across the

21    road.  It'll cause you to swerve and move out of the way.

22    You never know what's in it.

23    Q.  Thank you.

24         MR. FRIEDMAN:  If I could have Slide 6, please.

25

1    BY MR. FRIEDMAN:

2    Q.   So I think now we've discussed IEDs, Mr. Barker.

3              Let's get a little more in detail on what we've

4    been calling EFPs, or explosively formed penetrators.   What

5    is an EFP?

6    A.   So EFP is a purpose-built weapon designed to penetrate

7    armor.   It has no other purpose.

8              And so you start with a steel pipe.   Depending on

9    the diameter -- this one here is about six inches, eight

10   inches.   There'll be anywhere from a quarter-inch to almost

11   half-inch-thick steel.

12             You'll then take pure copper.   You'll press it to

13   140 degrees.   You'll then mill it so when it's pressed into

14   the pipe, it fits very tightly.   You want a tight seal on

15   it.

16             You weld some tabs on it to hold it in place

17   during the blast.   You then pack that steel pipe with C4 or

18   high-energy explosive.   You then weld a plate on the back of

19   it, initiate it with a blasting cap at the very back.

20             And what happens is, C4 blasts at about 26,000

21   feet per second and about 2,000 degrees Fahrenheit.   Copper

22   melts at about 1,900 degrees Fahrenheit.

23             So during the blast, the copper -- at 140 degrees,

24   it inverts the copper, turns into a slug; and as it passes

25   through our fluid atmosphere, it turns into kind of a

1    teardrop shape, which is very aerodynamically sound, flies

2    upon the target, producing about 460 kilojoules of energy,

3    which is enough to penetrate half its diameter of rolled

4    homogenous armor.

5    Q.  Which we'll call RHA?

6    A.  RHA.

7    Q.  Mr. Barker, what is RHA, or rolled homogenous armor?

8    A.  So it's a proprietary steel.  It's the hardest steel

9    that we can make.  We use it in layers on the vehicles to

10   prevent penetration.  It's graded against armor-piercing

11   bullets, RPGs, large artillery shells, things like that.

12           It has no defense against EFPs.

13   Q.  And in Iraq, were most vehicles or up-armored

14   vehicles -- they were equipped with RHA?

15   A.  Yes.

16   Q.  Though this is a demonstrative model, was the Humvee

17   equipped with RHA?

18   A.  It was.

19   Q.  Approximately how much RHA would be on a Humvee?

20   A.  So the entire cab.  Even the firewall, everything, the

21   floor, everything was RHA.  The glass, what we call

22   transparent armor.  Civilians refer to it as bulletproof

23   armor, bulletproof glass.  As I said, it can stop just about

24   any kind of projectile.

25   Q.  But against an EFP, RHA is --

1    A.  Useless.

2    Q.  It does not work?

3    A.  Useless.  It looks like a plasma cutter going through

4    it.

5    Q.  And when you said cab, you were referring to the cabin

6    of the vehicle?

7    A.  Right; where the soldiers ride.

8    Q.  Thank you.

9         MR. FRIEDMAN:  If I could have Slide 7, please.

10   BY MR. FRIEDMAN:

11   Q.  So, Mr. Barker, this focused explosive effect, is this

12   sometimes referred to as the Misznay-Schardin effect?

13   A.  It is.

14   Q.  Can you explain what that is, please?

15   A.  So Misznay-Schardin is actually two guys from World War

16   II.  They worked for the Nazis.  They were trying to develop

17   a better anti-tank mine.  And they identified that if we

18   could contain a blast and direct it, I could get -- when

19   something explodes, it doesn't inherently explode in one

20   direction.  Physics says it goes in all directions all at

21   the same time.

22         So if I could contain that blast and I can direct

23   it in a certain -- at my target, I can do far more damage,

24   i.e. an antitank mine can punch through the bottom of a

25   tank, or in this case an EFP, in which I direct that copper

1    slug at the armor and it pierces the armor.

2    Q.  Okay.

3            MR. FRIEDMAN:  If I could have Slide 8, please.

4    BY MR. FRIEDMAN:

5    Q.  So, Mr. Barker, you had mentioned that EFPs contain as

6    components both high-energy explosives and copper liners.

7    Is that correct?

8    A.  Correct.

9    Q.  So let's start with high-energy explosives.  What is a

10   high-energy explosive and why is it important for use in

11   EFPs?

12   A.  So the easiest way to explain it, we have what we call

13   the RE scale, which is relative effectiveness.  And what

14   that uses, it uses dynamite as our benchmark.  So dynamite's

15   a 1.

16           Something like I've described before, homemade

17   explosives or HME, would be a .75 or a .8, so about 28

18   percent less effective than dynamite.

19           When you get into HE, high-energy explosives, they

20   go far past 1.  C4, Semtex, RDX:  These explosives can reach

21   a relative effectiveness of a 1.7, so 70 percent stronger

22   than TNT.

23           So I need this in the blast to form the copper

24   projectile.  Also, to reach the speeds and energy required

25   to penetrate the armor.

1  Q.  So the higher a relative effectiveness, the faster and

2  hotter the explosion?

3  A.  Absolutely.

4  Q.  And with regard to the copper liner on the EFP, what's

5  the importance of the copper?

6  A.  So you have to have something that is just malleable

7  enough that it will begin to shape properly, but not so

8  malleable that it'll fly apart.

9       So aluminum, for example:  During the blast, the

10  heat and the energy is so high that aluminum scatters.  It's

11  like a shotgun at that point.  No damage.

12       Something as hard as steel that doesn't begin to

13  melt until north of 2500 degrees Fahrenheit, as it blasts,

14  it turns into what we call platter charge, just a big chunk

15  of steel.  And as it as passes through our atmosphere, it's

16  not aerodynamically stable.  It destabilizes and then

17  strikes the vehicle, denting the vehicle as opposed to

18  penetrating the vehicle.

19  Q.  And with regard to the copper liner, what's the

20  importance of the milling of the angle to 140 degrees?

21  A.  So what we found through experimentation is that, deeper

22  than 140 degrees, the cone actually collapses on itself.  So

23  the slug again destabilized in flight, comes apart.  It's

24  too shallow.  The blast tears the copper apart, becomes

25  multiple slugs that are again destabilized in flight and

1    don't hit the target.

2    Q.  And, Mr. Barker, in preparation for this testimony, did

3    you build this demonstrative EFP model that is to my left?

4    A.  We did.

5    Q.  Approximately how long did it take you to prepare this

6    model?

7    A.  About two months.

8    Q.  And why did it take so long?

9    A.  Sourcing the materials, laying out the design.  Just

10   pressing the copper plates alone, we had to make a special

11   die.  It had to be made out of a very hardened material

12   called tooled steel.

13          And then getting it to the exact sizes takes a lot

14   of time.  I had to use a water jet to cut the plates in

15   diameter.  The electronics, all of it.

16          THE COURT:  I hope there's nothing in there,

17   though.

18          THE WITNESS:  No, ma'am.

19          THE COURT:  Okay.

20   BY MR. FRIEDMAN:

21   Q.  We'll discuss the electronics in greater detail in a

22   little bit.

23          But you mentioned earlier that with the breakdown

24   of civil services in Iraq, that there was an abundance of

25   materials that could be used for bomb-making available?

1    A.  Right.

2    Q.  So is this something that could be assembled by someone

3    with basic training in IED construction?

4    A.  Absolutely not.

5    Q.  And why is that?

6    A.  It's taken me years to even understand how to do it.  We

7    had two electrical engineers and two mechanical engineers

8    that were working together to build this.

9    Q.  And it still took two months?

10   A.  It still took two months.

11        MR. FRIEDMAN:  If I could have Slide 9, please.

12   BY MR. FRIEDMAN:

13   Q.  Mr. Barker, on this slide is an image or two images and

14   what will be a movie which we will show to the Court in a

15   moment.

16        Can you please describe for us, what is this image

17   we're looking at?

18   A.  So that's an armored door.  It's either -- it looks like

19   an 1151 because of the foam on the inside.

20   Q.  A Humvee door?

21   A.  A Humvee door.  Correct.

22   Q.  And has this door been struck by an EFP?

23   A.  It has.

24   Q.  How are you so certain?

25   A.  So the cylindrical shape of the penetration, the lack of

1    deformity.  And I know that you see the petaling, which is

2    bent steel here.

3         But the blast itself did not deform the door.  It

4    happened at such a high rate of speed and with such energy

5    that the steel could not do its job.  Its job is to absorb

6    the energy, to stretch slowly and eventually tear.  EFP

7    strikes it with such energy that it pierces the steel before

8    the steel can even react.

9    Q.  And in addition to the steel, what else does the EFP

10   penetrate when it comes through that door?

11   A.  So we use what we call a stack, which is RHA, ceramic

12   and Kevlar.  Kevlar is used to catch, kind of like a

13   catcher's mitt.  So when the ceramic explodes or the door

14   comes apart, it doesn't turn into additional shrapnel.

15        The EFP turns -- unfortunately, it's the steel and

16   ceramic.  The ceramic turns into -- you could probably put

17   three or four of them on your pinkie fingernail.  They're

18   sharp as a razor.  And they fly through the truck.  They

19   tear through the Kevlar, and everything that the EFP went

20   through becomes a weapon inside the truck as well.

21   Q.  Thank you.

22        With regard to this movie, which is titled "EFP

23   Humvee M1114 Door Test, Shot 11," which is Plaintiffs'

24   Exhibit 58, premarked, have you -- you've seen this movie.

25   We're going to show it in just a moment.

1    A.  Yes.

2    Q.  What is the -- I should say, what is this movie?

3    A.  This movie depicts an EFP striking a Humvee door.

4    Q.  Thank you.

5         Have you made movies like this in your experience?

6    A.  Yes.  A material that I invented that can defeat an EFP,

7    we tested it at Picatinny Arsenal, an indoor EFP range.

8         THE COURT REPORTER:  I'm sorry.  I didn't catch

9    that.  And could you please slow down?

10         THE WITNESS:  The Picatinny Arsenal indoor EFP

11    range.

12         MR. FRIEDMAN:  Do you need the spelling on that?

13         THE COURT REPORTER:  Thank you.

14         THE COURT:  If you could spell some of this.  We

15    did give the court reporter some of the initial materials,

16    but some of this we did not have.

17         MR. FRIEDMAN:  Sure.  I understand.

18         THE COURT:  So you're familiar with it, but we're

19    not.  And certainly not the court reporter.

20         THE WITNESS:  Yes, ma'am.

21         THE COURT:  If for some of those things you could

22    slow down a little bit or at least spell them, that would

23    help.  Thank you.

24         THE WITNESS:  Yes, ma'am.

25

1    BY MR. FRIEDMAN:

2    Q.  Could you just give the spelling on Picatinny?

3    A.  P-I-C-A-T-I-N-N-Y.  And then Arsenal.

4    Q.  What kind of technology is required to make a video like

5    the one we're about to see?

6    A.  So they use a camera that's called a Phantom camera.  It

7    can take frames -- up to 1 million frames a second.

8    There're only a few of them in existence.

9    Q.  And this had to be conducted inside of the indoor studio

10   firing range?

11   A.  Right.  It's a very specific indoor range.  The door

12   alone weighs 40 tons to protect the interior of the range.

13   Q.  And just to be clear, all of the images we're about to

14   see are of the same door being struck?

15   A.  Correct.

16   Q.  Okay.

17          MR. FRIEDMAN:  Mr. Miller, if we could show this

18   movie.

19          Maybe you could just tell us, Mr. Barker, what

20   we're seeing as it happens on the screen.

21          THE WITNESS:  Okay.

22          (Whereupon, Plaintiffs' Exhibit No. 58 was

23   published in open court.)

24          THE WITNESS:  So it's an armored door.  The little

25   thing in the center is the targeting marker.  You're about

1    to see a blast.

2         You're seeing what appears to be two, but it's one

3    blast.  It's sending the projectile into the door.

4         In a moment you're going to see the back side of

5    the door -- I'm sorry -- the front of the door as it comes

6    in contact.  You'll see those three small pieces, four small

7    pieces are pieces of copper, and then the main warhead,

8    about 55 millimeters in diameter.

9         What you're seeing -- the fire you're seeing you

10   actually can't see with the naked eye.  It happens so fast.

11   There's actually no fire the human eye can see.  That's

12   about 500,000 frames a second.

13        This is the interior of the door as it comes

14   through.  What you're seeing again is that petaling, as the

15   steel peels away.  And that -- what appears to be white

16   powder used to be the ceramic armor on the inside.  We

17   actually wear that as body armor.  It stops armor-piercing

18   bullets.

19        You just saw the EFP turn it into dust.

20   BY MR. FRIEDMAN:

21   Q.  And, Mr. Barker, in your experience, could a movie such

22   as this have been made outside of a military installation?

23   A.  Possibly, but it would take a lot of money, a lot of

24   experience, a lot of very experienced EOD techs and

25   engineers.

1          MR. FRIEDMAN:  Your Honor, I would move to admit

2     Plaintiffs' Exhibit 58 into evidence.

3          THE COURT:  I'll admit it.

4          (Whereupon, Plaintiffs' Exhibit No. 58 was entered

5     into evidence.)

6          MR. FRIEDMAN:  Thank you.

7          If we could have Slide 10, please.

8     BY MR. FRIEDMAN:

9     Q.  Now, Mr. Barker, this EFP model that's to my left, this

10    is not how an EFP would appear in the field, in the battle

11    space in Iraq.  Correct?

12    A.  No.

13    Q.  How is it different?

14    A.  So I've left it exposed so you could see the components.

15         And so in the field, they'll camouflage them, as

16    we talked about trash earlier.  This particular IED on the

17    screen, they have used spray foam.  It's insulation in a

18    can.

19         So they spray it and then they expose the PIR.

20    The PIR is passive infrared.  And it's nothing more than a

21    motion sensor, which -- your alarm in your home.  Everybody

22    has one.

23         And what they do is they wire in an RF device,

24    which -- cell phone, personal mobile radio, long-range

25    cordless telephone, anything that sends a radio frequency

1       signal.  You then from a distance -- it could be a few

2       hundred yards; it could be a few thousand miles -- someone

3       calls and says, "Hey, a US patrol is coming up."

4               The primary bomb maker calls this device.  He puts

5       in anywhere from a four-digit to a ten-digit PIN.  It then

6       activates through a dual-tone multifunction board, DTMF.  It

7       then collapses a circuit and tells the PIR to come on.  It

8       takes about 45 seconds, and it's a cone made of lots of

9       little cones of light.

10              And so when something with enough heat and

11      movement passes in front of it, it collapses another circuit

12      and sends one and a half volts to each one of the blasting

13      caps, which would be five in that array there, and sets them

14      all off at once, sending anywhere from 10 to 20 of those

15      warheads you just saw passing through the vehicle.

16      Q.  And, Mr. Barker, this remote arming and this PIR

17      trigger, is this referred to as a dual-phase initiation

18      system?

19      A.  It is.

20      Q.  And the camouflaging of these EFPs, were they a

21      significant obstacle in detecting them on the road?

22      A.  Absolutely.

23              So cell phones, as you know, there's no antenna on

24      the outside.  The antenna is actually wrapped around the

25      inside of the phone.  So there's no telltale signal.  The

1    only thing there is is a glass about half the diameter of a

2    dime.  And if you can see that from 100 yards away, you're

3    doing pretty well.  But that's all you can see.

4            So they'll place them in a pile of trash.  EFP

5    itself can punch through feet of concrete.  So you could

6    place it inside concrete.  You could put it in a trash

7    barrel.  As long as the PIR had a view to the approach of

8    the vehicle, it would set it off and punch through whatever

9    was in its way.

10   Q.  In addition to traveling through several feet of

11   concrete, it could then still pierce military-grade armor?

12   A.  Absolutely.

13   Q.  And, Mr. Barker, what happens to all of these -- all of

14   this electronic equipment when the EFP is detonated?

15   A.  So as we talked earlier, if you're using any -- and you

16   must -- use high-energy explosives, it reaches temperatures

17   above 2,000 degrees Fahrenheit.

18           So plastic -- anything rubber -- is consumed in

19   the heat.  The blast itself consumes the steel, the copper.

20   Occasionally, we'll find a little -- literally a little

21   piece of something.  We never know if it's attached or not.

22           So all of those -- all that equipment is consumed.

23   All that's left is the shrapnel, so to speak.  And that's

24   it.

25           MR. FRIEDMAN:  If I could have Slide 11, please.

1    BY MR. FRIEDMAN:

2    Q.  So, Mr. Barker, what was the military response to EFPs

3    on the battlefield?

4    A.  I think what you're referring to here is the RC side of

5    it.

6    Q.  Yes.  For the remote arming.

7    A.  So remotely controlled.

8           So early on in the war, IEDs were set off with

9    anything with frequency.  And I'll give examples:  the key

10   fob for your car, garage door opener, cell phones, anything

11   that transmitted an RF signal.

12          And so our response to that was what -- soldiers

13   referred to them as jammers.  What it is, it's a series of

14   algorithms.  As the receiving IED -- as a signal tries to

15   come in, we create noise.  So the packets of information

16   cannot reach the device.  So the device can't go off.  So

17   you're sitting there with your PMR, keying it up.

18          And the CREW device creates a bubble, which is a

19   specific distance that we've designed, and the device can't

20   go off.

21   Q.  And what is a CREW device?

22   A.  So it's counter-radio electronic warfare.

23   Q.  And that is what you referred to earlier as a jammer?

24   A.  Correct.

25          THE COURT:  Would you have that on all the time if

1   you were in the Humvee?

2           THE WITNESS:  Yes, ma'am.  Every vehicle had one.

3           THE COURT:  So it would be on when you were out on

4   the road, for instance?

5           THE WITNESS:  Yes, ma'am.  Before we -- before we

6   leave the FOB, as we head out on patrol, they're turned on

7   just as we leave.

8   BY MR. FRIEDMAN:

9   Q.  And were these jammers effective against EFPs?

10  A.  Against EFPs, no.

11  Q.  And why was that?

12  A.  So as I mentioned earlier, you could be 1,000 miles away

13  and turn on the RF device.  Once the RF device is activated,

14  it then sends power through the DTMF board to the PIR.  And

15  once the PIR is on, there's no turning it off.

16  Q.  So this is the power, I guess, of the victim-operated

17  trigger.  It doesn't require any other intervention to

18  trigger the device other than the victim passing in front of

19  the PIR?

20  A.  Correct.

21  Q.  Did the US military come up with any attempts to resolve

22  the PIR problem?

23  A.  We did.

24          MR. FRIEDMAN:  Could we have Slide 12, please.

25

1    BY MR. FRIEDMAN:

2    Q.  And this slide has a depiction of what's called a Rhino

3    anti-PIR device.

4           Can you explain to the Court, what is a Rhino?

5    A.  Yes, sir.

6           So an industrious young E4 had a really good idea.

7    So I spoke earlier that a PIR requires two things:

8    movement, but it also requires heat.  So if you were to

9    throw a book in front of a PIR, it won't go off.  No heat.

10          So he took an ammo can where we store .50-caliber

11   bullets in.  He drilled two holes in it, put two fittings in

12   it, and then ran the radiator fluid through the can, took an

13   antenna pole, bolted it to the front of the Humvee and stuck

14   this ammo can full of hot water in front of it.

15          So now, the Rhino reaches the PIR first.  The

16   detonation happens and tends to go through the engine or in

17   front of the vehicle as opposed to the cab, where all the

18   soldiers are.

19   Q.  And --

20          THE COURT:  So it still goes off?

21          THE WITNESS:  Yes, ma'am.  Again, there's no

22   turning it off.

23   BY MR. FRIEDMAN:

24   Q.  So the idea would be for it to go off into the Rhino

25   itself or into the front of the vehicle as opposed to going

1    into the engine cab -- or the crew compartment?

2    A.  Correct.  So destroy the vehicle, but it's a mobility

3    kill.

4    Q.  What's a mobility kill?

5    A.  It means we've stopped the vehicle without killing the

6    soldiers inside.

7    Q.  Okay.  And were the Rhinos effective?

8    A.  They were, for three or four months.

9    Q.  And what happened then?

10   A.  So our enemy is very adaptive.  A lot of training.  And

11   it's easy to see this very large device sticking out front.

12          So what they did is they started to offset the

13   PIR.  They also angled it.

14          So if my EFPs were oriented forward, I can turn my

15   PIR, say, 25 degrees to the right.  Now, when the Rhino

16   comes in front of it, by the time the Rhino sets off the

17   PIR, the warheads are aimed at the crew cabin and punch the

18   warheads through the vehicle.

19   Q.  And then after all of that, they would still spray foam

20   and camouflage the device?

21   A.  Absolutely.

22   Q.  The PIR window, did that have to be narrowed at all?

23   A.  It does.  So normally there are about 120 degrees.  So

24   like your alarm in your home.  So bad guys walk around your

25   house:  It sets it off.

1          You can take, like I did on them, just simple

2     cardboard and create a cone so that the cones of light are

3     directed in a much narrower beam, so about 60 degrees.

4          MR. FRIEDMAN:  So what I'm going to do, your

5     Honor, is ask Mr. Miller to -- we're going to simulate the

6     arming of the EFP.  It could be done by connecting two wires

7     or it could be done by cell phone.  We're just going to

8     connect these two wires.  The light is going to come on and

9     it's going to turn off.  That will indicate the EFP is now

10    armed.

11         And when you're done, turn to Slide 13.  Sorry.

12         THE COURT:  We need to move it or it's going to

13    blind me.

14         MR. FRIEDMAN:  Sorry.

15         THE COURT:  There you go.

16         MR. FRIEDMAN:  It's a little bright.

17    BY MR. FRIEDMAN:

18    Q.  So once -- I think we've discussed this.  But once an

19    EFP has been armed, there's no turning it off?

20    A.  Correct.  Once the PIR powers up, you can't stop it.

21    Q.  What we're looking at here on this slide, I think, is a

22    good example.

23         So before the Humvee comes anywhere near this

24    device, this could be turned on, and therefore the

25    electronic jamming wouldn't be effective.  Correct?

```
1    A.  Correct.

2    Q.  And now that we have this turned on, this PIR sensor is

3    now active?

4    A.  Yes.  If you walk in front of it, it'll light up again,

5    which would set the device off.  That's all it takes.

6    Q.  Just heat and motion?

7    A.  And everybody's dead.

8         THE COURT:  Mr. Miller, if I could have Slide 14,

9    please.

10   BY MR. FRIEDMAN:

11   Q.  If you could just describe what we're seeing here.

12   A.  So we've got two warheads, a detonator.  We have an

13   anti-Iraq force calling in to the device, which then turns

14   on the PIR, that white light you just saw.  The vehicle

15   pulls in front of it.  Then the detonation.

16   Q.  Thank you.

17        MR. FRIEDMAN:  If we could go one slide back.

18   BY MR. FRIEDMAN:

19   Q.  Mr. Barker, the person who called in to the device,

20   would they have to actually have line of sight to the

21   target?

22   A.  No.  Most often, they would not.  You use a spotter,

23   someone you can pay $50 or $100 that lives in the area, so

24   he doesn't look out of place.  And he will call the bomb

25   maker.  It could be in another country, Iran, which is a
```

1    great place they came from.  Sorry.  Sarcasm.

2              And he would then make the phone call to the

3    device and punch in his four- to ten-digit code.

4              They did that on purpose.  There were two reasons:

5    One was safety, because when the emplacers placed the

6    device, if it didn't have a safety system, it could go off.

7    So they would wire in the safety system with a PIN code.  So

8    then he calls, dials in the PIN code.  The PIR comes on.

9    And there's nobody there when the device goes off.

10   Q.  Thank you.

11             Mr. Barker, in your experience as a research

12   scientist and as an engineer, this kind of electrical

13   programming, what level of sophistication or education would

14   be required to put something like this together?

15   A.  You need to be a classically trained engineer to build

16   one of these.

17   Q.  So your average Iraqi bomb emplacer could not construct

18   a dual-phase initiation system?

19   A.  No.

20   Q.  Thank you.

21             MR. FRIEDMAN:  At this time, I think we're going

22   to start turning to the individual attacks.

23             THE COURT:  Okay.

24   BY MR. FRIEDMAN:

25   Q.  You were asked to evaluate these attacks, the first

1    being the May 3rd, 2005, EFP attack.  This is at Tab 3 in

2    your binder, sir.

3              THE COURT:  We're now in the larger one?

4              MR. FRIEDMAN:  In the larger binder, yes.

5              THE WITNESS:  Yes, ma'am.

6              THE COURT:  Okay.

7              MR. FRIEDMAN:  I apologize for the size.  It was

8    printed single-sided.

9    BY MR. FRIEDMAN:

10   Q.  Mr. Barker, at Tab 3 are three --

11             THE COURT:  If you could do one thing for me, too.

12   Besides the tab, if you'd give the exhibit number.

13             MR. FRIEDMAN:  I was just about to do that, your

14   Honor.  Yes.

15             THE COURT:  That makes it easier for us to keep

16   track of it later.

17             MR. FRIEDMAN:  Absolutely.  Will do.

18   BY MR. FRIEDMAN:

19   Q.  You will find Plaintiffs' Exhibit 123, a SIGACT report,

20   and 124, a casualty report for Robert Bartlett.  Those were

21   preadmitted.  You'll also find the declaration of Colonel

22   Kevin Farrell, who testified here yesterday.

23             Did you review these documents in preparation for

24   your testimony today?

25   A.  I did.

1    Q.  And at Tab 4 is Plaintiffs' Exhibit 126.  Those were the

2    photographs that Mr. Bartlett received from his comrades

3    which were moved into evidence yesterday.

4            Did you review those as well?

5    A.  I did.

6    Q.  And what conclusions did you draw from this attack?

7    A.  So this was a sophisticated EFP.  It used a

8    dual-initiation source, so it had an RF device that powered

9    on the PIR.  The PIR, which became the -- it is what made it

10   a victim-operated device.  The victim drove in front of it

11   and the device went off.

12           MR. FRIEDMAN:  Could I have Slide 20, please,

13   Mr. Miller.

14   BY MR. FRIEDMAN:

15   Q.  And approximately where did the EFP strike

16   Mr. Bartlett's vehicle?

17   A.  So it struck in the upper left-hand corner of the

18   driver's door.

19   Q.  And what happened then?

20   A.  So it penetrated the door.  The copper slug then

21   separated.  Part of it went through the roof, which is also

22   armored steel.

23           MR. FRIEDMAN:  Could I have Slide 21, please,

24   Mr. Miller.

25

1    BY MR. FRIEDMAN:

2    Q.  Are these photographs, Mr. Barker -- are these images of

3    where the EFP struck the front of the vehicle?

4    A.  Correct.

5    Q.  And that hole we're looking at, this is the EFP where it

6    entered the vehicle?

7    A.  Right.  So you've got here -- that's the EFP strike.

8    Q.  Uh-huh.

9    A.  It then separated and it went through the roof.  The

10   roof is actually peeled upward.  It's not the way it should

11   be.

12              MR. FRIEDMAN:  Mr. Miller, if I could have

13   Slide 22, please.

14   BY MR. FRIEDMAN:

15   Q.  Mr. Barker, are these images, images of the roof of

16   Mr. Bartlett's vehicle?

17   A.  Correct.  That's the gunner's turret in the roof.

18   Q.  And you said that this -- the roof of the vehicle was

19   also armored?

20   A.  Correct.

21   Q.  Approximately how much armor is on the roof of this

22   Humvee?

23   A.  About two inches of RHA.

24   Q.  And those holes in this were punched by the EFPs?

25   A.  By the EFP and the door itself when it became part of

1    the shrapnel.

2              MR. FRIEDMAN:  Mr. Miller, if I could have Slide

3    23, please.

4    BY MR. FRIEDMAN:

5    Q.  Mr. Barker, this is an image titled Damage to the

6    Vehicle Suspension.  Can you tell us what we're looking at

7    here?

8    A.  So when you're looking here and here and here, these are

9    cylindrical telltale signs of smaller pieces of copper

10   penetrating the steel.

11             If it had been anything else, like I talked about

12   a 155 earlier, that are large pieces of steel, they would

13   have broken off large chunks of it.  The EFP pierces the

14   steel.  You can even see little pieces of copper residue

15   left behind.

16   Q.  When you say it could be anything else, you mean if it

17   was some other form of IED?

18   A.  Absolutely.

19   Q.  It would have had larger pieces of steel?  It wouldn't

20   have made these small holes?

21   A.  No.

22   Q.  This vehicle suspension, what is this constructed of?

23   A.  Hardened steel.

24             MR. FRIEDMAN:  If I could have Slide 24, please.

25

1    BY MR. FRIEDMAN:

2    Q.  And, Mr. Barker, what are we looking at here?

3    A.  So this is the exit wound of the initial warhead that

4    pierced the door.  The warhead splintered, which they

5    commonly do as they pass through.  It passed through the

6    gunner and then passed through the transparent armor.

7    Q.  So this is where the EFP -- one of the EFP slugs

8    actually exited out the vehicle?

9    A.  Correct.  It did what we call through-and-through.

10   Q.  And approximately how thick is that ballistic glass or

11   bulletproof glass?

12   A.  It could be up to three inches thick.

13   Q.  And that's capable of stopping other types of ordnance?

14   A.  Oh, absolutely.  It could stop armor-piercing bullets,

15   shrapnel from large warheads like 155 shells, 60-millimeter

16   mortars.

17   Q.  And here, the EFP appears to simply have passed right

18   through?

19   A.  Yes; after it had already passed through the initial

20   steel as well.

21   Q.  Thank you.

22          MR. FRIEDMAN:  If I could have Slide 25, please,

23   Mr. Miller.

24   BY MR. FRIEDMAN:

25   Q.  And this slide is titled Copper Residue.  Why is the

1    discovery of copper residue important in assessing whether

2    this was an EFP attack?

3    A.  So the -- just a quick background:  Tantalum is the best

4    material that you can use.  It's like No. 73 on the periodic

5    table.  Anyway, copper being the next best thing.  It's pure

6    copper.  When it passes through, it leaves a tiny amount of

7    residue every time it goes through.  There's no copper in

8    the vehicle and no other weapons use copper.  It's not

9    useful in normal ordnance.

10   Q.  So there's nothing in the Humvee itself that could have

11   left this copper behind?

12   A.  No.

13   Q.  It would have had to have come from outside the vehicle?

14   A.  Yes.

15   Q.  And you're not aware of any other weaponry,

16   military-grade ordnance, that uses copper as a metal?

17   A.  No.

18            MR. FRIEDMAN:  If I could have Slide 26, please.

19   BY MR. FRIEDMAN:

20   Q.  So, Mr. Barker, if you could give us your final

21   conclusions on this attack.

22   A.  So this was believed to be a multi-warhead array.  The

23   vehicle was turning as the detonation went off.  So that's

24   why we have some damage to the front wheel and the engine,

25   and then we also have damage to the cab.

1          So we have multiple warheads, so we have slugs in

2     a very wide array.

3          It was RF powered and then PIR initiated, which

4     was the victim-operated device.

5          It was accurate.  So as he was turning, he made

6     contact with the PIR.  And the device went off and struck

7     the vehicle where it was designed to strike it.

8     Q.  And how do you come to the conclusion that this was a

9     remotely armed device and that it was PIR triggered?

10    A.  So they were on a bridge, number one.

11         Number two:  No enemy to be found anywhere.

12         Three:  There was no command wire.

13         Four:  It was extremely accurate.

14         And five:  As an EFP, 99 times out of 100, the EFP

15    is set off with a PIR.

16    Q.  And do you believe that high-energy explosives were used

17    in this attack?

18    A.  Absolutely.  That's the only way the damage was done to

19    the vehicle.

20    Q.  So anything other than a military-grade or high-energy

21    explosive would not have allowed the EFP to have punctured

22    through the vehicle the way it did?

23    A.  No.  If they'd used a homemade explosive, the HME, as I

24    described earlier, on the RE scale, it does not have the

25    brisance, is the term we use, which is the cutting or

1   shearing force of the explosives to penetrate the armor.

2   Q.  Thank you.

3          MR. FRIEDMAN:  I'm going to turn now to the

4   October 22nd, 2006, EFP attack.  That's Slide 27, please,

5   Mr. Miller.

6   BY MR. FRIEDMAN:

7   Q.  And we're going to rely upon Plaintiffs' Exhibits 132

8   and 135, which are located at Tab 5.

9          Mr. Barker, Plaintiffs' Exhibit 132, which was

10  preadmitted, are documents provided to us by CENTCOM in

11  response to a Freedom of Information Act, or FOIA request,

12  with regard to this attack.

13         Did you have an opportunity to review these

14  documents?

15  A.  I did.

16         THE COURT:  And what tab is that?

17         MR. FRIEDMAN:  That is Tab 5, your Honor.

18         THE COURT:  Okay.

19  BY MR. FRIEDMAN:

20  Q.  There's a small red tab there separating out Plaintiffs'

21  Exhibit 135.  These were photographs provided to us by

22  Plaintiff David Haines.

23         Did you review those as well?

24  A.  I did.

25  Q.  And what conclusions did you draw from this attack, sir?

 1   A.  This was an EFP as well.  A well-built, sophisticated

 2   EFP.

 3              THE COURT:  Who is David Haines?

 4              MR. FRIEDMAN:  David Haines is a Plaintiff in this

 5   case.  He'll be testifying, I believe, later today.

 6              THE COURT:  Okay.  So then you'll be tying all

 7   this back together?

 8              MR. FRIEDMAN:  Yes.  We'll be moving those photos

 9   in at that time, your Honor.

10              THE COURT:  Okay.

11              MR. FRIEDMAN:  Mr. Miller, if I could have Slide

12   29, please.

13   BY MR. FRIEDMAN:

14   Q.  Mr. Barker, what am I looking at here?  What physical

15   evidence was recovered from Mr. Haines's vehicle?

16   A.  These are copper slugs.

17   Q.  And how do you know that?

18   A.  Well, they were tested and found to be pure copper.

19   Q.  And were these slugs provided to the -- we've heard of

20   them before -- the CEXC laboratories?

21   A.  Yes.

22              MR. FRIEDMAN:  Mr. Miller, if I could have Slide

23   30, please.

24   BY MR. FRIEDMAN:

25   Q.  What was the CEXC laboratory's analysis?  What did that

1    conclude?

2    A.   That RDX and TNT were present, so RDX being the

3    high-energy explosive.

4    Q.   So they detected the presence of high-energy explosive

5    residue on the shrapnel itself?

6    A.   Correct.

7              MR. FRIEDMAN:   And if I could have Slide 31,

8    please.

9    BY MR. FRIEDMAN:

10   Q.   So did you review the CEXC report that was also provided

11   to us by CENTCOM?

12   A.   I did.

13   Q.   And did you agree with their conclusions that this was a

14   shaped charge and EFP array?

15   A.   So EFP, yes.  Shaped charge, no.

16   Q.   Why is that?

17   A.   Shaped charge is a completely different type of

18   explosive.  It's a -- it has -- requires a delivery method.

19   A very common delivery method would be -- the US Army tank

20   uses what's called a HEAT, H-E-A-T, which stands for

21   high-energy antitank weapon.  And it has a core of tungsten.

22   So when it's fired at a tank, it impacts the tank.  Then

23   there's a second explosion that forces the tungsten through

24   the tank.

25   Q.   And for an EFP, what is the delivery method?

1    A.   The delivery method is the high-energy explosive.  It

2    turns into its own warhead and then is delivered.

3    Q.   So in this case, how do you attribute the large copper

4    slug that was found?

5    A.   It's somewhere between an eight- and ten-inch warhead

6    with two to three smaller warheads stacked around them.

7    Q.   All EFP warheads?

8    A.   All EFP warheads.  Correct.

9    Q.   Thank you.

10           I'm just going to turn your attention to the

11   language from this report which I excerpted.  What is a

12   drop-and-pop array?

13   A.   So as we talked earlier, EFPs are extremely complicated

14   systems to build.  Our enemies in Iran would build them

15   complete, bring them in as a complete total system, ready to

16   go.  Much as I talked about earlier, the DTMF board, those

17   type of things, were set up so that the item could be

18   transported.

19           What would happen is, a team of two to three would

20   get in a local vehicle.  Every vehicle in Iraq breaks down.

21   So they'd pull over on the side of the road, raise the hood.

22   They had a false floor.  They pulled the floor out.  The

23   insurgent would crawl out, lay the device in the

24   predetermined position and drive away.  It would take 30 to

25   45 seconds.

1    Q.  This was something you saw or experienced when you were

2    in Iraq?

3    A.  We did.  We uncovered intel on how they were doing it

4    and then we observed it.

5    Q.  Did you agree with the CEXC conclusions that this was a

6    drop-and-pop style array?

7    A.  Yes.

8            MR. FRIEDMAN:  If I could have Slide 32, please.

9    BY MR. FRIEDMAN:

10   Q.  Mr. Barker, you also had cause to review Exhibit 135,

11   correct, Mr. Haines's pictures?

12   A.  Correct.

13   Q.  And what can you tell us about these images that are on

14   the screen?

15   A.  So you have four penetrations from the EFP.  The larger

16   hole was the larger warhead.  This was also very accurate.

17   The three smaller holes that penetrated the steel were from

18   the smaller warheads.

19           Normally, they'll do this when there's -- when

20   space is an issue.  And they had embedded this in concrete

21   in a curb, so they were limited on space.

22   Q.  Was this vehicle equipped -- can you tell? -- with any

23   counter-IED technology?

24   A.  Yes.  So it had its standard RHA, but it also had the

25   Rhino, which you can see in the left-hand picture.

1    There's -- right -- it's this piece here.  That's where the

2    Rhino mounts on the front of the vehicle.

3    Q.  So even with the Rhino, this device still managed to lay

4    at least three warheads right on the front door?

5    A.  Exactly.  So we talked about it earlier.  Once we built

6    the Rhino, the enemy said:  We need to make some

7    adjustments.  So they angled the PIR, the warheads, and then

8    the warheads struck the vehicle as designed.

9    Q.  Okay.

10          MR. FRIEDMAN:  If I could have Slide 33, please.

11   BY MR. FRIEDMAN:

12   Q.  Mr. Barker, what's the significance of these armor

13   penetrations on this door?

14   A.  The armor was completely overwhelmed.  We talked about

15   this earlier.  You can see the steel.  The steel is still

16   flat.  It's not deformed.  It just has a puncture in it.

17   It's so hard that you can't cut it with a cutting torch.

18   But yet something passed through it like a hot knife through

19   butter.  So we have the large warhead here and then three

20   smaller warheads here, each going completely through the

21   vehicle.

22   Q.  Mr. Barker, it does appear this door is pulled apart

23   somehow.  Was that from the EFP, do you think?

24   A.  There had been some overpressure that would cause part

25   of that.  But also, it's missing right here a D-ring that's

1    normally bolted on.  It probably was sheared off when they

2    pulled the door off.

3         So when the vehicle was hit, the frame itself will

4    twist due to the overpressure.  When that happens, the steel

5    doors are so hard you can't open them.  So we take chains,

6    hook the chains to the door and take another Humvee and

7    snatch the doors off so we can get the guys out.

8         MR. FRIEDMAN:  If I could have Slide 34, please.

9    BY MR. FRIEDMAN:

10   Q.  Mr. Barker, your final thoughts on this attack, please?

11   A.  This was a sophisticated EFP array.  They used a

12   dual-initiation system.  The accuracy of it is nothing but a

13   PIR with an RF setup.

14        CEXC did their part, found the high-energy

15   explosives.  Even without the RDX present, the damage to the

16   vehicle could be nothing but HE.

17   Q.  High-energy?

18   A.  Yes.  High-energy.

19   Q.  Thank you.

20        I'm going to turn now to the March 17th, 2008, EFP

21   attack.

22        MR. FRIEDMAN:  If I could have Slide 35, please,

23   Mr. Miller.

24        I'm going to rely, your Honor, on Plaintiffs'

25   Exhibit 131, which was preadmitted documents provided by

1      CENTCOM.

2                  THE COURT:  That's in tab what?

3                  MR. FRIEDMAN:  That is at Tab 6, your Honor.

4                  THE COURT:  6?

5                  MR. FRIEDMAN:  6.

6      BY MR. FRIEDMAN:

7      Q.  Mr. Barker, did you have an opportunity to review these

8      documents in preparation for your testimony today?

9      A.  I did.

10     Q.  And what conclusions did you draw from this attack?

11     A.  So another multiarray EFP.  It was again PIR.  The

12     vehicle had a Rhino that set off the device.  They had

13     angled a couple of the warheads towards the cabin.  So we

14     have devastation to the engine bay, but also the cabin

15     itself.

16                 MR. FRIEDMAN:  If I could have Slide 37, please,

17     Mr. Miller.

18     BY MR. FRIEDMAN:

19     Q.  Mr. Barker, the highlighted text here comes from, I

20     believe, the SIGACT report, noting that EOD and WIT

21     recovered pieces of a D-cell battery and a copper slug

22     embedded in one of the soldier's eye protection.

23                 What's WIT?

24     A.  That's a weapons intelligence team.

25     Q.  And what was their role?

1   A.  They were trained to go out and collect evidence.  As

2   you can imagine, it's difficult to be on an active

3   battlefield when people are shooting at you and calmly

4   collect evidence.  So we trained up teams that can both

5   defend themselves and collect data.

6   Q.  Their job was to collect all of the evidence that could

7   be possibly used to identify who caused the attack?

8   A.  Exactly.

9           THE COURT:  What time did they start doing that?

10          THE WITNESS:  At what time, ma'am?

11          THE COURT:  Yes.  What years?

12          THE WITNESS:  The concept came up in 2006.  The

13  first of the WIT teams were pulled from infantry units.  And

14  they were trained by the asymmetric warfare group.  And they

15  were -- we called them sensitive site exploitation, I

16  believe, at the time.  Then they eventually became the WIT

17  teams.

18  BY MR. FRIEDMAN:

19  Q.  Were you involved in the asymmetric warfare group?

20  A.  I was.  I was the asymmetric warfare officer for the

21  101st Airborne Division.

22  Q.  And, Mr. Barker, what are we looking at on the screen

23  here?

24  A.  So we have got a series of D-cell batteries in the lower

25  left.  The device on the table behind you has the same

1    battery -- has a similar battery pack.  It's used to power

2    the PIR as well as provide backup power to the cell phone if

3    it sits for too long.

4         Some of these devices sat for weeks before they

5    detonated them.  It got us into a sense of complacency

6    before they detonated on us.

7    Q.  And what about the protective eyewear?

8    A.  That is the glasses from the luckiest man alive.  That's

9    a piece of copper that embedded in the lenses.  Those lenses

10   can stop a .22-caliber bullet.  That's about it.  The copper

11   bounced around inside the cab of the vehicle for a minute

12   until it found his face.

13   Q.  And it appears to have fused itself to the eyewear.  Am

14   I correct?

15   A.  That it did.

16   Q.  And had it been moving a little bit faster or a little

17   bit hotter, would the protective eyewear still have stopped

18   it?

19   A.  No.  Gone right through his head.

20         MR. FRIEDMAN:  If I could have Slide 38, please.

21   BY MR. FRIEDMAN:

22   Q.  Mr. Barker, did the CEXC laboratories perform an

23   analysis of these recovered materials?

24   A.  They did.

25   Q.  And what did they detect?

1    A.  Again, we had RDX, which is our high-energy explosive.

2            MR. FRIEDMAN:  If I could have Slide 39, please.

3    BY MR. FRIEDMAN:

4    Q.  Mr. Barker, images were provided to us in this packet

5    from CENTCOM.  Did you have an opportunity to review them?

6    A.  I did.

7    Q.  And what does this analysis tell you?

8    A.  So again, this is a devastating EFP.  Again, it had the

9    Rhino in an effort to defeat the PIR.

10           The enemy had taken measures to aim the warheads

11   properly towards the armor.  So it took out both the engine

12   and the cab.

13           MR. FRIEDMAN:  If I could have Slide 40, please.

14   BY MR. FRIEDMAN:

15   Q.  Mr. Barker, was copper residue found on the vehicle?

16   A.  It was.

17   Q.  And once again, just so we have it straight, the

18   importance of finding copper in these attacks?

19   A.  EFPs always leave a little copper residue as they pass

20   through the steel.  A little.

21   Q.  So in your mind, is there any other weapon that could

22   have been used in this attack?

23   A.  No.

24           MR. FRIEDMAN:  If I could have Slide 41.

25

1    BY MR. FRIEDMAN:

2    Q.  Your final analysis on this attack, please, Mr. Barker?

3    A.  So precision-built and -manufactured, purposely built

4    EFP for penetrating armor.  Multiple warheads:  Anywhere

5    from three to five of these warheads did the damage it did.

6    The CEXC identified HE; but again, the overwhelming damage

7    to the vehicle even without the chemical analysis was

8    high-energy explosives.  It was a dual-trigger system.

9    Again, it had the Rhino, which set off the PIR.  The PIR was

10   turned on by the RF device.

11   Q.  Thank you, sir.

12         MR. FRIEDMAN:  If I could turn to Slide 42,

13   please, Mr. Miller.

14         I'm going to turn now to the March 23rd, 2008,

15   attack.  I'm going to rely on several pieces of evidence,

16   your Honor.  I'll take them in turn as we go through.

17         THE COURT:  Okay.

18   BY MR. FRIEDMAN:

19   Q.  The first will be Plaintiffs' Exhibit 94, which was

20   preadmitted.

21         Before I reach that, Mr. Barker, having reviewed

22   all the materials of this attack, could you just give us

23   your initial thoughts?

24   A.  So this was a sophisticated attack, EFP.  I believe in

25   this case an RF device was not used to power on the PIR.  In

1    large missions, the US military will turn off the cell phone

2    towers.

3            We also have a way we can eliminate RF signals

4    from being used in a certain area.  How we do that is

5    something we can't discuss here, but we can do it.

6    Q.  Because it's classified?

7    A.  Correct.

8            And so here, they used a command wire, which is a

9    backup system.  They hook wire to the back of the device,

10   pull it out several hundred meters.  And when they want to

11   turn the PIR on, they simply attach it to the battery and

12   walk away.

13           Now, again, back to victim-operated:  When the

14   vehicle passes in front of PIR, it detonates.

15           THE COURT:  So how long, if you connected the

16   battery -- I mean, how long would they have to wait

17   before --

18           THE WITNESS:  It takes --

19           THE COURT:  -- a Humvee would go by?

20           THE WITNESS:  Well, it depends on the situation.

21   In this situation, it was a planned mission.  There weren't

22   any civilians in the area.  All they need is about 45

23   seconds for the PIR to come on.  And once it's on, any

24   vehicle that drives in front of it is going to set it off.

25           THE COURT:  Okay.

 1              THE WITNESS:  So they see us coming from afar,

 2      watch us through scopes, binoculars, that kind of thing,

 3      clear the civilians from the area and wait for the US

 4      military to come in.

 5              THE COURT:  So when would the battery have been

 6      done?

 7              THE WITNESS:  They would have done that the moment

 8      we crossed what we call our line of advance, something that

 9      they had identified.  Maybe a tree, a stone.  There could be

10      a spotter that's out and says, "The US military has passed

11      this checkpoint," and they'd go and power it on then.

12              THE COURT:  Okay.

13      BY MR. FRIEDMAN:

14      Q.  And I'm going to turn now to Plaintiffs' Exhibit 94,

15      which is located at Tab 7.  This is an Army AR 15-6

16      investigation that was provided to us by the family of

17      Christopher Hake, who received it from the Army.

18              Mr. Barker, what is an AR 15-6 investigation?

19      A.  15-6 is an internal military investigation within a

20      unit.  An officer from outside that brigade is brought in.

21      It could be something stateside, where maybe two soldiers

22      got in a fight, something was stolen, or it could be

23      something as devastating as a major vehicle and several

24      soldiers being killed.

25              The officer -- we have a pool every month.

1    Officers are in a pool.  And you just kind of get, "Hey,

2    you.  You're going to do the 15-6."  You go in, ask

3    questions, gather information for the brigade commander so

4    he understands what's happened within his unit.

5    Q.  Mr. Barker, as an officer in the US Army, did you ever

6    conduct a 15-6 investigation?

7    A.  I've done a few.

8           MR. FRIEDMAN:  Mr. Miller, if I could have

9    Slide 44, please.

10   BY MR. FRIEDMAN:

11   Q.  Mr. Barker, did you review this 15-6 investigation?

12   A.  I did.

13   Q.  And did you have any issues with the method by which the

14   investigating officer conducted this investigation?

15   A.  He did a good job doing what he had to do.

16   Q.  And can you just briefly tell us, what steps did he

17   take?

18   A.  So he interviewed anybody that saw the event, any data

19   that he could collect, talked to EOD, talked to WIT, again,

20   gathered all the information from all the different parties

21   and presented it to the brigade commander.  It's a -- to

22   kill a Bradley is a significant event.

23   Q.  Let's step back.

24           What was the vehicle involved in this?

25   A.  Sorry.  It's a Bradley fighting vehicle.

1   Q.  What is a Bradley fighting vehicle?

2   A.  It has two purposes.  It carries infantry soldiers as

3   well as it has a 25-millimeter cannon capable of killing

4   enemy tanks.

5   Q.  And is this an armored vehicle?

6   A.  Heavily armored vehicle.

7   Q.  And we'll discuss the damage to the Bradley in just a

8   moment.

9        Did the investigating officer conduct a personal

10  examination of the Bradley?

11  A.  He did.

12  Q.  And at the small blue tab within Tab 7, you'll find the

13  investigating officer's findings and conclusions.

14        Do you agree with those?

15  A.  I do, except for the way the system was set off.  They

16  identified a command wire that they found.  His thought was

17  that -- it's what's called command detonated -- that a

18  soldier was -- the enemy soldier was sitting at the battery.

19  And as the Bradley drove by, he set it off.

20        That's not what happened.  It was too accurate.

21  So it's the middle of the night.  Our enemy has no night

22  vision.  The Bradley may be big, but it's a long way away.

23  It's a lot of things going on.

24        So what they did was they -- as I described

25  earlier, they hooked it to the battery, powered the PIR on;

1    and when the Bradley drove in front of it, it was a very

2    accurate shot.  It was just off center, just above the road

3    wheel through the armor.

4           MR. FRIEDMAN:  Could I have Slide 45, please.

5           THE COURT:  So they would have had to have known

6    that it was coming?

7           THE WITNESS:  Yes, ma'am.  You can hear a Bradley

8    coming from several miles away.  They're very loud.

9           THE COURT:  Okay.

10   BY MR. FRIEDMAN:

11   Q.  And, Mr. Barker, is this an image of the Bradley

12   fighting vehicle that was struck?

13   A.  It is.

14   Q.  And is that drawn-out box -- that is the penetration

15   point of the armor?

16   A.  Correct.

17          MR. FRIEDMAN:  Could I have Slide 46, please.

18   BY MR. FRIEDMAN:

19   Q.  Is that an image of where the EFP exited the vehicle?

20   A.  It is.

21   Q.  And did this EFP pass through the fuel tank of the

22   Bradley fighting vehicle?

23   A.  It did.

24   Q.  And as a result, the vehicle caught fire, did it not?

25   A.  It did.

1    Q.   Okay.

2            MR. FRIEDMAN:   Could I have Slide 47, please.

3    BY MR. FRIEDMAN:

4    Q.   Mr. Barker, could you please read the highlighted text

5    on this screen.

6    A.   "Team conducted post-blast of primary IED identifying

7    battle damage consistent with one dual-array copper EFP with

8    unknown initiation system."

9    Q.   Setting aside the initiation system, do you agree with

10   this assessment by the EOD team that conducted this

11   analysis?

12   A.   No.

13   Q.   Why is that?

14   A.   I believe it was one warhead.  The Bradley fighting

15   vehicle is very large.  It's almost 13 feet tall.  It's 25,

16   25 -- about 25 to 28 feet long.  If there had been more than

17   one warhead, they would have struck the vehicle.  It's just

18   too large of a target to miss.

19   Q.   The team that conducted this analysis, they were

20   conducting it at the site of the attack.  Is that correct?

21   A.   They do what they can at the site of the attack and then

22   conduct interviews back.  It was what's called a complex

23   attack.  So there was still enemy there, firing RPGs, DShK.

24            THE COURT:   Can you explain to me a little better

25   why you disagree with them, what they concluded and what

1    you're concluding?

2              THE WITNESS:  Yes, ma'am.

3              So they had to do what we call a hasty

4    examination.  I have the pleasure of air conditioning, no

5    bullets flying over my head, lots of time to look at it.

6              So they had to very quickly assess what happened

7    on the battlefield and try to take -- from the folks who

8    survived, try to take interviews after a massive blast and

9    fire.  And five of their friends died.

10             So their information was not intentionally

11   incorrect.  It was the best they could do in the huge

12   gunfight.

13             THE COURT:  But what did they conclude and you

14   concluded differently?

15             THE WITNESS:  So you see the warheads.  Those are

16   five warheads, the IED I built.  They think there were two

17   of them.  I say there was one of them.

18             The reason I say there was one, the PIR, when it

19   set it off, it sets them all off together.  The Bradley is

20   just so large that the warhead would not have missed.  It

21   moves so fast, moves at 26,000 feet per second.  It would

22   not have missed if there had been two.

23             THE COURT:  Okay.

24   BY MR. FRIEDMAN:

25   Q.  So there was only one strike point on the vehicle.  That

1    leads you to conclude that only one EFP warhead was present?

2    A.  Correct.

3         MR. FRIEDMAN:  If I could have Slide 49, please,

4    Mr. Miller.

5    BY MR. FRIEDMAN:

6    Q.  Did the EOD teams recover command wire?

7    A.  They did.

8    Q.  What is that?

9    A.  It's just what it sounds like.  So a command-detonated

10   IED means the enemy sits with the battery.  You have the

11   device, say, 500 meters away.  500 meters of command wire.

12   And you have a battery.  And when you see the United States

13   convoy go by, you attach the two ends to the battery and set

14   the device off.  Then you run away.

15   Q.  In this case, the command wire was used to arm the

16   device but not to trigger the explosion?

17   A.  Correct.

18   Q.  That was done by a PIR device?

19   A.  Correct.

20        MR. FRIEDMAN:  Mr. Miller, if I could have

21   Slide 50, please.

22   BY MR. FRIEDMAN:

23   Q.  Mr. Barker, your final conclusions on this attack,

24   please?

25   A.  So it was a precision-made, very effective EFP.  You

1   have to understand that a Bradley has far more armor than a

2   Humvee.  It has twice the armor.  It went in one side of the

3   vehicle, through the fuel tank and through the other side of

4   the armor.

5           It was -- it was powered on by the command wire

6   and then detonated in a victim-operated sense with the PIR.

7   Q.  And do you believe that this attack involved the use of

8   high explosives?

9   A.  Absolutely.

10          MR. FRIEDMAN:  If I could have Slide 51, please,

11  Mr. Miller.

12  BY MR. FRIEDMAN:

13  Q.  I'm going to turn to the May 9, 2008, EFP attack.

14          MR. FRIEDMAN:  This is Tab, your Honor -- it's

15  Plaintiffs' Exhibit 130, which was also preadmitted

16  documents provided by CENTCOM.

17  BY MR. FRIEDMAN:

18  Q.  Mr. Barker, what are your initial thoughts on this

19  attack?

20  A.  So again, this is an EFP, a precision-made EFP.  It

21  pierced a large hole through the upper right-hand side of

22  the passenger door, which we call the TC, truck commander.

23          MR. FRIEDMAN:  Mr. Miller, if I could have Slide

24  54, please.

25          THE COURT:  So it was something similar to what we

1     have in the courtroom, then?

2             THE WITNESS:  Yes, ma'am.  Exactly what we have in

3     the courtroom.

4     BY MR. FRIEDMAN:

5     Q.  Mr. Barker, is this an image of the EFP penetration of

6     the M1151?

7     A.  It is.

8     Q.  Can you just describe what you see on the screen,

9     please.

10    A.  So we've got two holes.  The upper hole is squared off.

11    It's something they may have tried to get the door open.

12    That's not from the EFP.

13            The lower hole, where you see the ATF ruler, it's

14    a very large bore hole.  An eight- to ten-inch warhead went

15    through that.

16    Q.  And was this system command wire initiated as well?

17    A.  Yes.  So they powered it on with a command wire and then

18    the PIR as the vehicle drove by set it off.

19            MR. FRIEDMAN:  If I could have Slide 55, please.

20    BY MR. FRIEDMAN:

21    Q.  Mr. Barker, your conclusions on this attack, please?

22    A.  So again, a sophisticated manufactured warhead designed

23    to penetrate armor.  They laid it slightly farther away than

24    they normally do.  I believe it to be probably a training

25    area, teaching other insurgents how to place the devices.

1   And then it struck the vehicle exactly the way it was

2   supposed to and penetrated the armor.

3   Q.  And do you believe this involved the use of copper

4   warheads and high-energy explosives?

5   A.  Absolutely.

6        MR. FRIEDMAN:  Mr. Miller, Slide 56, please.  I'm

7   going to turn to our sixth and final EFP attack, the May 17,

8   2009, attack.

9        This will be Tab 10, Plaintiffs' Exhibits 133 and

10  134.

11  BY MR. FRIEDMAN:

12  Q.  Mr. Barker, what are your initial thoughts on this

13  attack?

14  A.  So again, a sophisticated EFP, RF initiated, PIR

15  triggered.

16        MR. FRIEDMAN:  Mr. Miller, Slide 58, please.  58.

17  BY MR. FRIEDMAN:

18  Q.  And having reviewed the CENTCOM documentation,

19  Mr. Barker, do you agree with their conclusion that this

20  involved a multiple-array copper EFP?

21  A.  Yes.

22        MR. FRIEDMAN:  If I could have Slide 60, please,

23  Mr. Miller.

24  BY MR. FRIEDMAN:

25  Q.  And, Mr. Barker, does this slide demonstrate the

1     materials that were pulled from the vehicle and sent to the

2     CEXC laboratory for analysis?

3     A.   Sent from the vehicle and sent from the blast site.

4     Q.   And what was the CEXC's analysis of these materials?

5     A.   So we had high-energy explosives.  We had copper slugs.

6     And they also found a piece of black cloth believed to be

7     used as a -- it's a marker so that the insurgents know where

8     to place the device after it's been predetermined.

9     Q.   And what did CEXC discover on these materials?

10    A.   TNT and RDX.

11          MR. FRIEDMAN:  If I could have Slide 61, please.

12          THE COURT:  So someone had already put the -- this

13    black cloth out so he knew --

14          THE WITNESS:  Yes, ma'am.

15          What they'll do is they'll scout an area.  As hard

16    as we try, we set patterns eventually.  And so bomb makers

17    will hire locals to scout an area where -- for what we call

18    a choke point, maybe a hard turn or something that narrows,

19    where it's hard for us to defend ourselves.

20          And so what they'll do is they'll mark it with

21    something; in this case, a black cloth.  I've seen them

22    stack rocks in a funny way, put chalk on the back of a

23    lamppost, something so that the insurgent knows where to

24    place the device.

25

1   BY MR. FRIEDMAN:

2   Q.  Mr. Barker, this image on the screen comes from

3   Plaintiffs' Exhibit 134.  What are we looking at here?

4   A.  We're looking at the front of the 1151 where the warhead

5   went into the engine bay.  It also separated the armor from

6   the firewall, allowing penetration into the cab.

7   Q.  What's the firewall?

8   A.  It's the organic part of the vehicle that separates the

9   engine from the crew compartment.  It's just made of stamped

10  sheet metal, much like in your civilian vehicle.

11  Q.  And how did it separate the armor from the firewall?

12  A.  So in that section there, it has to be bolted on.  So

13  the extreme overpressure -- it's the blast, the movement of

14  the air as it passes through -- it shears the bolts and

15  pushes the armor out of the way, allowing steel and more

16  copper to pass through the very thin sheet metal and then

17  into the TC, which is the truck commander in the passenger's

18  seat.

19              MR. FRIEDMAN:  Slide 63, please, Mr. Miller.

20  BY MR. FRIEDMAN:

21  Q.  Is this an image of the damage to the inside of the

22  vehicle?

23  A.  It is.  The passenger side is completely decimated.

24  There is normally a computer there, a large dash, the

25  console to your left.

1              MR. FRIEDMAN:  And Slide 65, please, Mr. Miller.

2     BY MR. FRIEDMAN:

3     Q.  Mr. Barker, your final thoughts on this attack?

4     A.  So again, this is a manufactured, purpose-built EFP for

5     defeating armor, copper liners.  CEXC did a great job

6     identifying the HE; but again, with the devastation of the

7     vehicle, it had to be an EFP with HE.  And it was RF armed

8     and PIR initiated.

9     Q.  Thank you, Mr. Barker.

10             MR. FRIEDMAN:  Your Honor, I have no further

11    questions.

12             THE COURT:  I assume that some of these are

13    preadmitted.  Some are not.  At some point, you're going to

14    pull them all together?

15             MR. FRIEDMAN:  That's correct, your Honor.  The

16    photographs that came from our clients will be admitted by

17    our clients, or the foundation will be laid by them in

18    subsequent testimony.

19             THE COURT:  All right.  Why don't we take a break

20    at this point.  It's a quarter to 11:00.  Then we'll move on

21    to the next witnesses.

22             So 11:00.

23             MR. FRIEDMAN:  Thank you, your Honor.

24             THE COURT:  Thank you.

25             (Thereupon a recess was taken, after which the

```
 1    following proceedings were had:)

 2              THE COURT:  Good morning again.

 3              MR. UNGAR:  Good morning, your Honor.

 4              May the Plaintiffs call their next witness?

 5              THE COURT:  All right.  You're going to -- move

 6    the microphone a little closer.  I know you all have papers

 7    in front of you.  But you can move it to the side and then

 8    do it straight up.  Otherwise, you're going to wind up

 9    having to spend your time bent over.

10              THE COURTROOM DEPUTY:  Just take the whole thing

11    up.

12              THE COURT:  Yes.  You can angle it also to

13    different ways.  That'll work better for you.

14              MR. UNGAR:  Okay.

15              THE COURT:  Your next witness?

16              MR. UNGAR:  Sure.  Plaintiffs call Dr. Charles

17    Marmar.

18              THE COURT:  Sir, if you'd step up over here.

19              THE WITNESS:  (Approaches the witness stand.)

20              THE COURT:  You need to stand so we can swear you

21    in.

22         CHARLES MARMAR, M.D., PLAINTIFFS' WITNESS, SWORN.

23              THE COURT:  There's water there if you want.  I

24    need to have you speak in a loud, clear voice.  Please let

25    counsel finish their questions before you start to move on,
```

```
 1    even if you know what they're going to ask you, so we make

 2    sure we have a record.

 3                 THE WITNESS:  Thank you, your Honor.  I will.

 4                 MR. UNGAR:  Thank you, your Honor.

 5                          DIRECT EXAMINATION

 6    BY MR. UNGAR:

 7    Q.  Please state your name for the record.

 8    A.  Yes.  Charles Marmar, M-A-R-M-A-R.

 9                 THE COURT:  Go ahead and do the -- pour some water

10    before he asks his next question.

11                 THE WITNESS:  (Complies.)

12                 THE COURT:  He's ready.

13    BY MR. UNGAR:

14    Q.  And where are you employed and in what capacities?

15    A.  Yes.  I'm a professor and serve as chairman of the

16    Department of Psychiatry at New York University School of

17    Medicine in New York.

18    Q.  Were you asked by Plaintiffs' counsel to provide expert

19    testimony in this case?

20    A.  I was.

21    Q.  Did the subjects of your expert testimony include

22    post-traumatic stress disorder or PTSD?

23    A.  Yes.

24    Q.  Major depressive disorder or MDD?

25    A.  Yes.
```

1   Q.  Neurocognitive disorder following traumatic brain injury

2   or TBI?

3   A.  Yes.

4   Q.  Post-traumatic stress disorder in veterans surviving

5   explosively formed penetrator attacks?

6   A.  Yes.

7   Q.  And the impact of war zone service on military family

8   members?

9   A.  I was.  Yes.

10  Q.  Did you prepare an expert report that discussed those

11  topics and provide that to the Court?

12  A.  I did.

13  Q.  Does that expert report contain your expert opinions on

14  those topics?

15  A.  All of my opinions.

16  Q.  Let me please direct your attention to what's been

17  marked as PX 163.  And can you please confirm that that is

18  indeed your expert report that you submitted to the Court?

19  A.  I can confirm that that is my expert report.

20  Q.  And directing your attention to the back of your expert

21  report, Exhibit A, which is your CV, can you please confirm

22  that is, in fact, your CV?

23  A.  Yes.  That is my curriculum vitae as of August 2018.

24  Q.  Does that CV fairly and accurately depict your

25  educational background and professional experience?

```
 1    A.  It does.

 2    Q.  Doctor, do you adopt the facts and conclusions in your

 3    expert report?

 4    A.  I do adopt those facts and conclusions.

 5              MR. UNGAR:  Your Honor, Plaintiffs would offer

 6    what's been marked as PX 163 into evidence.

 7              THE COURT:  I'll admit it.

 8              (Whereupon, Plaintiffs' Exhibit No. 163 was

 9    entered into evidence.)

10              MR. UNGAR:  Thank you, your Honor.

11    BY MR. UNGAR:

12    Q.  Doctor, can you please describe your educational

13    background and professional experience to the Court.

14    A.  Yes.  Briefly, I was originally Canadian.  I had my

15    undergraduate education studying science at the University

16    of Manitoba in Winnipeg, Canada.  Following that, I attended

17    medical school at the University of Manitoba School of

18    Medicine in Winnipeg, Canada.

19              On graduation from medical school, I went to the

20    University of Toronto in Toronto, Canada, where I first had

21    a general internship in medicine, surgery and related topics

22    to prepare me for family practice.

23              I spent close to one year as a primary care doctor

24    following that in Toronto serving the Italian-Canadian

25    community in an urban setting in Toronto, Canada.
```

1          After completing that and a period of -- a short

2     period of travel, I entered my residency training at the

3     University of Toronto, where I trained for a period of four

4     years in psychiatry.

5          During the course of my training, I also completed

6     a fellowship in neuropharmacology funded by the Ontario

7     Mental Health Foundation.  Neuropharmacology is the study of

8     how medications operate at the molecular level to influence

9     neurological and psychiatric disorders.

10          I also served as chief resident in the Department

11     of Psychiatry at the University of Toronto.

12          Upon completion of my residency, training and

13     fellowship in neuropharmacology, after a short period of

14     several months in private practice in psychiatry in Toronto,

15     I accepted a fellowship funded by the University of Toronto

16     to go to San Francisco to the medical school in San

17     Francisco, the University of California-San Francisco.  And

18     that was in 1978.

19          At that time, my fellowship was in a field called

20     stress response syndrome.  And that was the study of

21     post-traumatic stress disorder before it was given a formal

22     name, which occurred in 1980.

23          Upon completion of my 18-month research fellowship

24     at the University of California in San Francisco, I assumed

25     a junior faculty position at the University of California in

1    San Francisco as an assistant professor.

2            I rose up in the ranks from assistant to associate

3    to full professor, and I was professor and vice-chairman of

4    the Department of Psychiatry in the medical school in San

5    Francisco before coming to New York.

6            I also was for 21 years -- had a joint appointment

7    at the San Francisco Veterans Hospital.

8            In 1989, I had the privilege of starting one of

9    America's first clinics for post-traumatic stress disorder

10   for veterans, which I opened at the San Francisco VA in

11   1989.  That program has been copied at many other sites

12   around the nation.

13           In 1996, I was promoted to become chief of the

14   service.  So I was the head of the mental health service at

15   the San Francisco Veterans Hospital and also associate chief

16   of staff for the hospital.  And I was the chief of

17   psychiatry then at the San Francisco VA for 13 years.

18           During that time, I also served for one year as

19   the acting chief of staff for the entire hospital

20   responsible for all medical and surgical care for veterans

21   in Northern California.

22           My responsibilities as chief of psychiatry at the

23   San Francisco VA were primarily to design and implement

24   mental health programs for all veterans who needed mental

25   health services, the many thousands in Northern California

1   served in the catchment area of the San Francisco VA, which

2   is an academic regional medical center.

3            Upon completion of my work -- and during that

4   time, I also conducted NIH, National Institute of Mental

5   Health, and Department of Defense-funded research on

6   understanding and treatment of PTSD and its related

7   disorders.

8            Then in 2009, December of 2009, roughly nine years

9   ago, I was recruited to become the chairman of the

10  Department of Psychiatry at New York University, where I

11  have been in that role since.

12           I have also established a major program in the

13  treatment of combat and civilian traumatic stress at NYU and

14  I've been very fortunate to receive generous philanthropic

15  efforts to create a clinic providing very high-quality *pro*

16  *bono*, entirely free, care for Iraq and Afghanistan veterans

17  and their family members at the university, at NYU, not at

18  one of our affiliated VAs.  We have two affiliated VAs at

19  NYU, primarily the Manhattan VA.

20           But I was fortunate to be able to create in a

21  public-private partnership between philanthropy and the

22  government and the university -- to create a clinic.  That

23  clinic has now screened 2,500 veterans and family members

24  since 2012 when I created it.  70 percent of them are from

25  the Iraq and Afghanistan wars.  We have provided care to

1    nearly 2,000 war fighters and their family members at NYU.

2    And that program also has been replicated, and there are now

3    11 similar programs around the country.

4              That's a brief overview of my work.  It does not

5    include the many different research projects I'm working on,

6    which to summarize briefly are to develop objective

7    biological tests for diagnosing PTSD, blood tests, voice

8    tests and others.

9              And also, I'm working on developing what's called

10   precision medicine; that is, trying to advance the

11   understanding of which treatment is most safe and most

12   effective for which person with PTSD or TBI.

13   Q.  And --

14             THE COURT:  You do need to slow down.

15             THE WITNESS:  I will slow down.

16   BY MR. UNGAR:

17   Q.  So just to --

18             THE WITNESS:  This is me being slow.  But I will

19   slow down.

20             THE COURT:  You've taken that New Yorker quality.

21   You may have come from Canada and San Francisco, but the

22   speed with which you're speaking is New York.

23             THE WITNESS:  I stand corrected.  That is an

24   accurate formulation.

25

1    BY MR. UNGAR:

2    Q.   Just to confirm briefly, Doctor, your work as -- is it

3    fair to say that your work as a full professor at NYU, the

4    chairman of the Department of Psychiatry and your work as

5    the head of the military family clinic -- is it fair to say

6    that that involves extensive work dealing with PTSD and some

7    of the other psychiatric disorders that we'll be talking

8    about today?

9    A.   Yes.  My responsibility is of two types.  As the

10   chairman of one of America's largest departments of

11   psychiatry, I'm responsible for all clinical, educational

12   and research programs in my department.  We provide over

13   300,000 outpatient mental health visits a year across our

14   multiple university and affiliated hospitals.  We have close

15   to 1,300 inpatient psychiatric beds in my department.

16             So we care for the most serious and persistent

17   serious mental illness that New Yorkers face, including

18   post-traumatic stress disorder, depression and TBI, but also

19   other disorders such as schizophrenia and bipolar disorder

20   and alcohol and drug abuse.

21             So that's my responsibility as the professor and

22   chair of the department of psychiatry.

23             My responsibility in the PTSD program, which I

24   created at NYU, is to provide care to military families and

25   to advance the understanding, diagnosis and treatment of

1   PTSD and TBI.

2   Q.  And did you have a role in developing the criteria for

3   PTSD?

4   A.  I did.  Yes.  I was working on the diagnostic criteria

5   during my fellowship prior to there being a diagnosis of

6   PTSD.  That was in the late '70s.

7        And then in 1980 and then through the current

8   revisions of the diagnosis, I have contributed to the

9   understanding of which symptoms and which functional

10  disturbances constitute a diagnosis of PTSD.  I was a member

11  of an American Psychiatric Association committee which

12  helped revise those criteria for the -- for one of the DSM

13  editions.

14       The DSM is the Diagnostic and Statistical Manual

15  of Mental Disorders of the American Psychiatric Association.

16  Simply stated, it is a code book for classifying how to make

17  a diagnosis of a mental disorder for the purpose of a

18  clinical visit for reimbursement and for treatment planning.

19  So PTSD committees were formed to develop and refine the

20  diagnostic criteria.

21  Q.  Is it fair to say you've authored approximately 300

22  articles primarily about PTSD, but also encompassing the

23  other psychiatric disorders we'll be discussing today?

24  A.  That is correct.

25  Q.  And did many of those publications talk about veterans?

1    A.  The majority are focused on post-traumatic stress in

2    veterans.  I've also had a great interest in my career in

3    traumatic stress in first responders, including police

4    officers.  It was my work with the NYPD over many years that

5    brought me to NYU for that -- in part for that reason, in

6    addition to the attractive offer they made.

7         So I had been working with the NYPD for I think 13

8    years prior to being offered the chairmanship at NYU.

9         So my work is focused mostly on veterans, police

10   officers; secondarily, on firefighters and other responders.

11   And I have done some work in civilian trauma, including

12   earthquake survivors and terrorism survivors.

13   Q.  And did some of the patients that you came across

14   professionally -- did some of them have injuries sustained

15   by IEDs and EFPs?

16   A.  They did.  Yes.

17         MR. UNGAR:  At this time, your Honor, Plaintiffs

18   ask that the Court recognize Dr. Marmar as an expert witness

19   regarding post-traumatic stress disorder, major depressive

20   disorder, neurocognitive disorder following traumatic brain

21   injury, PTSD in veterans surviving EFP attacks and the

22   impact of war zone service on military family members.

23         THE COURT:  I'll qualify him on those subjects.

24         MR. UNGAR:  Thank you very much, your Honor.

25

 1    BY MR. UNGAR:

 2    Q.  Dr. Marmar, are you prepared to discuss your findings

 3    today with the Court?

 4    A.  I am.

 5    Q.  And was a PowerPoint presentation prepared to help

 6    assist in your discussion of those topics?

 7    A.  Yes.  A PowerPoint has been prepared.

 8    Q.  And does that PowerPoint presentation distill certain

 9    aspects of your expert testimony?

10    A.  Yes.  It provides a high-level, clear summary of the

11    major findings in my report.

12              MR. UNGAR:  Let's look at Slide 1, please.

13    BY MR. UNGAR:

14    Q.  Doctor, can you please provide a general overview of

15    post-traumatic stress disorder.

16    A.  Yes.  Post-traumatic stress disorder is a mental

17    disorder which occurs in some people, a minority of

18    individuals exposed to catastrophic or other highly

19    stressful life events.

20              The kinds of events that qualify include direct

21    life threat or threat of severe injury to the individual or

22    to someone close to them or it may involve witnessing

23    horrific events as well.  That's the event.

24              Then if the person develops certain

25    characteristics symptoms following the event -- and there

1    are four broad classes of those symptoms:  reliving the

2    traumatic events in the form of thoughts, images and

3    memories; avoiding reminders because the reminders are very

4    painful and bring back memories of the events; changes in

5    how a person thinks and feels following the event in

6    characteristic ways, mostly towards negative views of self

7    and others and the world and negative emotions; and,

8    finally, what is perhaps best recognized in the general

9    public, chronic anxious arousal.  That is being in a state

10   of high alertness, vigilant, watching for danger, being

11   jumpy and easily startled and having related symptoms of

12   high anxiety and arousal.

13          If a person has a traumatic event and has a

14   specific combination of those symptoms and in addition those

15   symptoms interfere -- cause them significant clinical

16   distress, interfere with their ability to work and engage in

17   relationships and other meaningful activities and are not

18   better explained by another cause such as a medical illness

19   or a medication they're taking, and they last at least a

20   month, we diagnose PTSD.

21   Q.  So we're going to turn soon to the DSM-V, which you

22   referenced earlier, in terms of the criteria for PTSD.

23          But let's look at Slide 2 and talk briefly about

24   the history of PTSD.  I'd ask you to please describe the

25   history of PTSD as a phenomenon.

1    A.  Well, it's a fascinating history.  I did a very deep

2    dive to look at that history in writing it, a chapter to

3    introduce my recent textbook.  We've been fortunate to

4    publish in the past few months the definitive text in the

5    world on PTSD, which I've coedited, with Oxford University

6    Press.

7         And as part of that book, which has 41 chapters on

8    all aspects of PTSD, I wrote an introductory chapter with a

9    colleague, Dr. Shalev, on the history.

10        And the first question we asked was:  When was the

11   first clear written description in a medical journal or a

12   medical article on PTSD?

13        And to our surprise, we were able to locate an

14   article which described a case of combat PTSD which occurred

15   3,400 years ago in 1300 BC.  It's a single case study by --

16   written by a physician to the court of Assyria, not Syria,

17   but the ancient kingdom of Assyria.  Ironically, Assyria --

18   the kingdom lies -- lay between the Euphrates and Tigris

19   Rivers, which is the site of modern-day Iraq of which --

20   which we're speaking of today.

21        So the first case, ironically, was reported from

22   that region of the world.  And it was a combat veteran

23   troubled by deeply disturbing nightmares, flashbacks to

24   being on the battlefield and what we call dissociative

25   experiences in which he felt almost paralyzed and could not

1    scream out in terror on reexperiencing images from the

2    battlefield.

3         One of the most interesting aspects of that case

4    was the theory proposed by the physician about why this man,

5    this war fighter from 3,400 years ago, was so haunted by

6    images of battle.  And the explanation given was:  He had

7    vanquished others in battle and the spirits of the dead were

8    haunting him, which is an idea old in its form but

9    surprisingly modern in the sense of moral injury, of having

10   blood on one's hands and struggling to deal with the guilt

11   about that.

12   Q.  And just briefly, I see that that same phenomenon -- it

13   appears based on your slide to have continued under

14   different names up through the Vietnam War.  Is that fair?

15   A.  That is correct.  Stated simply, PTSD was discovered and

16   forgotten after every major battle in history, virtually,

17   including the Trojan wars, with descriptions in the *Iliad* by

18   Homer of returning traumatized Trojan war fighters; the

19   Civil War; each World War; the Korean War; and the Vietnam

20   War.

21        It wasn't until -- it was really a legacy of the

22   Vietnam War that led to the codification of PTSD in the

23   official classification system.  So that is really a gift

24   given to us as a result of the painful experiences of

25   Vietnam veterans.

1          MR. UNGAR:  Let's turn to Slide 3, please.

2     BY MR. UNGAR:

3     Q.  Dr. Marmar, can you briefly walk us through the

4     Criterion A of PTSD under DSM-V?

5     A.  Yes.

6          But if I may just point out that we're now

7     discussing the DSM-V, which means the fifth edition of the

8     manual.  And PTSD was introduced in DSM-III.  So it's

9     undergone revisions from III to IV to V.

10          What I'm going to be presenting briefly now are

11     the current diagnostic criteria in the current system of

12     DSM-V published several years ago.

13          So the first, of course, is the event.  And PTSD

14     is essentially the only major mental disorder that depends

15     on experiencing a specific kind of stressor for it -- for

16     its diagnosis.  So Criterion A refers to the event.  And

17     briefly, it's defined as exposure to actual or threatened

18     death, serious injury or violence, which could include

19     sexual violence in the form of sexual assault.  So those

20     events directly affecting oneself or someone close to the

21     survivor.

22          And in addition to the event, the criteria require

23     that it can be either directly experienced or witnessed or

24     even a person could learn about it indirectly from a third

25     party.

1        As an example, we see PTSD symptoms in police

2   officers who have the difficult duty of interviewing

3   children who have been raped.  They themselves were not in

4   danger, but the graphic details can be very disturbing for

5   the person taking the history.

6        And a person may also develop PTSD by repeated

7   exposure to disturbing details.  For example, collection of

8   human remains, even if the person were not in danger

9   themselves of dying or being injured in a situation; for

10  example, cleaning up after an aircraft disaster.

11  Q.  Doctor, do you have a case study you could describe for

12  the Court perhaps to encompass all the criteria of PTSD, but

13  beginning with Criterion A to sort of illustrate this in

14  real life?

15  A.  Yes, I do.

16  Q.  Can you please provide that.

17  A.  Briefly -- and in the interest of privacy, I'll try to

18  disguise the case a little bit.

19       But to give the essential features to illustrate

20  the case, the case was a gentleman, a patient, who I cared

21  for when I was chief of psychiatry at the Veterans Hospital

22  in San Francisco.  And he was a World War II veteran.

23       Interestingly, he came for psychiatric

24  consultation for the first time after he retired in his late

25  60s.  So he had been suffering at that point with certain

1    battlefield experiences and struggling with them privately

2    for nearly four decades.

3          And he presented -- and the narrative he presented

4    briefly was that he fought under MacArthur in the Pacific

5    theater.  He was involved in the runup to the planned

6    invasion of Japan.  And in one of the islands in the Pacific

7    theater, he -- because of the chaos of war and the

8    triple-canopy jungle environment, he separated and could not

9    find his combat unit and was wandering by himself in the

10   jungle when out of -- suddenly and without any warning, a

11   Japanese enemy combatant also separated from his unit

12   approached him.  And they saw each other at the last moment.

13   And in the immediate intensity, they lunged at each other

14   with their bayonets.  And my patient plunged his weapon

15   through the chest wall of the Japanese soldier and killed

16   him instantly.

17         What happened after that was, he of course was

18   terrified because he was a millimeter away from being killed

19   in that sudden confrontation.  He had a rush of adrenaline

20   and anxiety.  And after, he felt hungry and exhausted, maybe

21   from the adrenaline rush.  And he sat down next to the body

22   of the Japanese soldier he had killed and quietly ate his

23   rations.

24         And by that point, he was a pretty hardened war

25   fighter.  He had killed other enemy combatants.  And he

1    didn't -- he said at the moment that happened, his first

2    reaction was one of relief and not of any guilt for having

3    taken another life at close range.

4            But just ironically, as he was getting -- as he

5    stood up to leave to go back to look for his unit, he

6    noticed that the enemy soldier's uniform after he had killed

7    him had fallen open; and in the inside flap of the pocket

8    there was an edge of a photograph.  And out of curiosity, he

9    took out the photograph.

10           And what he found was a picture of the Japanese

11   soldier's family.  And it was his wife, a son and daughter.

12   And as fate would have it, my patient had a wife and a son

13   and daughter of approximately the same age back home in the

14   Midwest, where he was from.

15           And at that moment, he became flooded with the

16   terrible thought that he had created a widow and orphans and

17   that that could have been his family, abandoned.  And from

18   that moment, he developed terrible repeated thoughts, images

19   and memories of that event.

20           He told me that he had disturbing dreams of that

21   event two or three times a week on and off for four decades

22   before he came for care; and somehow, he managed to keep

23   that more or less to himself all the years that he was

24   working.

25           But when he retired and had a lot of time on his

1    hands, he fell back into reminiscence and the dreams got

2    worse; and also, he had more time.  And he thought he should

3    seek consultation at the hospital.

4           That's when he came to meet with me.

5           MR. UNGAR:  Let's look at the next slide, please.

6    BY MR. UNGAR:

7    Q.  Doctor, can you please briefly describe PTSD criteria,

8    Criterion B under DSM-V briefly.

9    A.  Yes.  Criterion B is the presence of at least one and up

10   to five of the following symptoms, which are called

11   intrusion; but in everyday language, these are simply

12   powerful reminiscences or reliving of the event in the form

13   of memories that come into the mind when you're not trying

14   to think about the event:  disturbing dreams; nightmares;

15   flashback reactions in which a person may suddenly feel as

16   though they're back in battle or back in a sexual assault

17   situation; intense or prolonged distress that triggers

18   reminders, which might be internal.

19          My patient, just to use that as an illustration,

20   fought in hand-to-hand combat in intense humid jungles,

21   heated triple-canopy jungles.  When on hot, humid days in

22   San Francisco, he would have more reminiscences because of

23   internal cues.

24          Also, he was very triggered by hearing the

25   Japanese language.  There's a section in San Francisco where

1  there's a lot of a concentration of Japanese culture and

2  restaurants.  He adamantly refused to go there.

3         If he heard Japanese people speaking on the bus in

4  Japanese, he would get off at the next stop.  He could not

5  tolerate being triggered by the reminders.

6         And the final symptom is marked physical or

7  physiological reaction to the triggers.  That might include

8  sweating or shaking, for example, in which he might begin to

9  reexperience the same heart racing that he felt when the

10  Japanese soldier was coming at him with a bayonet.

11         MR. UNGAR:  If we could look at the next slide,

12  please.

13  BY MR. UNGAR:

14  Q.  I'd ask you to please briefly describe Criterion C of

15  PTSD under DSM-V.

16  A.  Yes.  Criterion C refers to effortful avoidance of

17  reminders.

18         Basically, people who are traumatized by

19  experiences, whether battlefield or civilian, dread being

20  reminded of the experiences because it triggers up thoughts,

21  images, memories and physical reactions that carry them back

22  in their mind to the event itself.  So they will avoid

23  people, places, things, topics, conversation, situations

24  that trigger up reminders of the event.

25  Q.  So is it fair to say that No. 1 refers more to internal

1   events of the mind and No. 2 more to external events?

2   A.   Yes.   For example, a traumatized person or war fighter

3   in this example will avoid thinking about or reminiscing

4   about the event.

5          My patient used work as a compulsive way to avoid

6   thinking about the events.   So some war fighters and other

7   traumatized people will become what you might call

8   workaholics in order to not allow themselves time to dwell

9   on the traumatic events.

10         The other thing he did was avoid external cues,

11   such as Japanese language speakers.

12         MR. UNGAR:   Let's look at the next slide, please.

13   BY MR. UNGAR:

14   Q.   Doctor, can you please discuss briefly Criterion D of

15   PTSD under DSM-V.

16   A.   Yes.   Criterion D refers to negative changes in how one

17   thinks and feels following a traumatic event.

18         And to meet criteria, a person has to experience

19   at least two or up to seven of the symptoms included in this

20   category.

21         But fundamentally, the changes -- to summarize,

22   the changes in thinking are before a person is traumatized

23   they may view themselves, others in the world, as reasonably

24   safe, controllable and predictable; and after being

25   traumatized, they may see the world generally as dangerous,

1   uncontrollable and unpredictable.

2         Before the trauma, they may see themselves as good

3   people, on balance morally acceptable and contributing as

4   loving and kind members of their family or society.

5         And after being traumatized, they may become

6   deeply preoccupied with negative images of themselves as

7   bad, wrong.  In the case of my patient, in a way someone --

8   the reality was, he defended himself in combat, but in

9   himself subjectively, he felt he had killed the father of a

10  loved family.  So he was very guilty and ashamed of that.

11        And in general, people who are traumatized have a

12  shift in their life.  So they have heightening of negative

13  feelings, sadness, guilt, anger, fear, shame and other

14  negative feelings.  And they have a diminishment of positive

15  feelings, such as joy, love, pleasure, pride and engagement.

16        MR. UNGAR:  Let's look at the next slide, please.

17  BY MR. UNGAR:

18  Q.  Doctor, can you please briefly describe Criterion E

19  under PTSD -- of PTSD under DSM-V?

20  A.  Yes.  Criterion E is defined as a marked change in

21  arousal and reactivity following the event.

22        And to meet criteria, a person has to have at

23  least two or up to six of the following symptoms:  irritable

24  behavior, angry outbursts.

25        Let me give you an example from my patient:  Most

1    of the time, he was very emotionally guarded in his close

2    relations, kind of sealed off.  But sometimes, something

3    would upset him.  And on one occasion, one of his children

4    was not behaving respectfully at the dinner table and he

5    slammed his fist so hard he put it through the table.  This

6    was not normally a violent person.  So an explosive, angry

7    outburst.

8              Reckless or self-destructive behavior:  Some

9    people who are traumatized take great and unnecessary risks,

10   including driving quickly without a seatbelt on rainy --

11   rain-slick roads.

12             A hypervigilance, which refers to being watchful

13   and on guard, even in situations that are safe.  So my

14   patient, to use the illustration from this World War II

15   fighter, when he went into a restaurant, for example, would

16   try to choose the table that was in the far back corner so

17   he could sit with his back to the wall and so he could scan

18   the entire room.

19             If he were in this courtroom, he'd want to be

20   sitting where the Judge is or where I am so he could monitor

21   potential risks through the entire room.  And he would not

22   turn his back on the group out of fear that something

23   dangerous might happen.

24             So that's -- that refers to hypervigilance.

25             He was jumpy, being jumpy and easily startled.

1      And then general problems with attention and

2   concentration, sometimes memory problems, and difficulty

3   falling and staying asleep.

4   Q.  And is the symptomatology that you've been describing in

5   criteria for PTSD B, C, D, and E -- is this common among

6   many of the veterans that you have treated?

7   A.  Well, it's important -- based on my research, we've done

8   the most comprehensive study of the prevalence and the

9   course of PTSD in war fighters in a study that I led with

10  others in the nation called the National Vietnam Veterans

11  Study.

12      And in that study, we followed a representative

13  sample of every man and every woman who served in the

14  Vietnam War, and we followed them for 40 years.

15      And what we found out from that study is roughly a

16  quarter to a third of war fighters, at least in the Vietnam

17  War, are troubled with PTSD or related condition at some

18  time after their military service.

19      THE COURT:  You're talking about four or 40?

20      THE WITNESS:  We followed them for four-oh, forty,

21  years.  In other words, we followed them from -- on two

22  waves.  The first time we assessed them was roughly 15 years

23  after the war ended.  The war ended in 1973.  So we assessed

24  them the first time between '84 and '86.

25      And then we followed them again nearly 40 years

1     after the war ended in 2011 to 2013.

2               THE COURT:  Okay.

3               THE WITNESS:  So the purpose was to do a lifetime

4     study of the impact of war zone service.

5     BY MR. UNGAR:

6     Q.  And we'll talk a bit further about some of the

7     quantitative different in PTSD between civilians and

8     veterans.

9               But first, if we turn to the next slide, and just

10    to round out the criteria for PTSD under DSM-V, can you

11    briefly just take us through those last three criteria.

12    A.  Yes.

13              So just to summarize, before we jump into F, G and

14    H, if I might take just a second to summarize.

15    Q.  Please.

16    A.  To qualify for a diagnosis of PTSD, a person must first

17    experience a deeply disturbing event of the kind we

18    described.

19              Second, they must have a combination of the

20    symptoms we just summarized, at least one of the

21    reexperience and avoidance symptoms and at least two or more

22    of the changes in thinking, feeling and arousal.

23              But that by themselves, simply having those

24    symptoms, does not qualify for a diagnosis.  To have a

25    diagnosis, those symptoms have to persist at least a month

1    or longer; in the case of war fighters, often years to

2    decades.

3          They have to cause significant suffering to the

4    person in the form of emotional distress or -- and/or

5    usually they have to interfere with that person's ability to

6    function in work, love relationships and work relationships

7    and family relations.

8          And finally, their problems must not be

9    attributable to another cause such as a medical illness or a

10   medication or a street drug.

11   Q.  So to touch one last time upon your case study, your

12   patient would have -- would that patient have qualified for

13   a full diagnosis of PTSD under -- including these last

14   criteria of F, G and H?

15   A.  Yes.  In terms of F, the duration was essentially four

16   decades.

17         In terms of G, he was silently suffering a great

18   deal with disturbed sleep and nightmares frequently, angry

19   outbursts towards his family in an otherwise loving father.

20         And, H, there was no medical illness, street drug

21   or prescribed medication that could explain his nightmares,

22   flashbacks, startled reactions and angry outbursts.

23   Q.  And the chronic nature of the condition you're

24   describing in your case study:  Is that something that you

25   see recur generally among the veterans that you've studied

1    and treated?

2    A.  Well, that's a very important question.  It may be

3    surprising to note that the majority of people who serve in

4    war, up to 70 to 75 percent, despite having high -- moderate

5    to high combat exposure, and despite being clearly

6    distressed at times during the combat engagement itself, do

7    not go on to develop a chronic form of PTSD.

8            So it is a minority of war fighters that go on to

9    develop PTSD.

10            But if they develop it, and if the symptoms

11    persist more than 12 to 18 months after they're redeployed

12    back Stateside, they're likely to be suffering it for many

13    years afterwards.

14            As an example, in our Vietnam study, of Vietnam

15    veterans who developed PTSD at some point after the war,

16    half of them had it 15 years later.  And of those that had

17    it 15 years later, another half of those continued to have

18    symptoms 40 years later.

19    Q.  I think we'll discuss a little bit further later the

20    subject matter that a lot of this trial has been discussing

21    quite a great deal about EFPs.  So you might weigh in later

22    about the particular chronicity of PTSD for veterans who

23    have been injured by EFPs and other IEDs.

24            But for now, let's turn to the next slide.

25            And can you briefly describe the main interview

1    measure that is used to test the presence and severity of

2    PTSD?

3    A.  Yes.

4         I think it's important to note, though, before I

5    go into the details about this interview measure that, in

6    general, the field of psychiatry has not advanced as far as

7    the field of general medicine in which, in general medicine,

8    we do -- we take a history from patients.  We examine

9    patients.  But we generally verify our diagnosis with

10   laboratory tests, such as blood tests and imaging tests and

11   others.

12        In the field of psychiatry, those tests are under

13   development.  My group is working on developing a blood test

14   which would be more definitive for a diagnosis.  But the

15   state of the art at this time is a well-conducted structured

16   clinical interview by an experienced interviewer trained in

17   the interview called the clinician-administered PTSD scale

18   for DSM-V.  That's commonly referred to as the CAPS-5.  And

19   it's considered a golden standard for making the diagnosis.

20        And it consists of a series of questions that you

21   ask about all of the criteria that we just covered.  And it

22   allows, for example, for a given symptom to -- let's say

23   nightmares, to ask about how frequent they are, how

24   upsetting they are, how long it takes to get back to sleep

25   after you have a nightmare, how upset you are the following

1    day following having nightmares and so on.  So the interview

2    goes into great detail.

3            There are a total -- in addition to characterizing

4    the traumatic event itself, there are a total of 20 symptoms

5    that a person can have across all the different criteria, B,

6    C, D, and E that we just discussed.  So this interview

7    allows the clinician, the experienced clinician, to

8    characterize on a zero to four severity rating scale how

9    much each of these 20 symptoms have.

10           So let me take an illustration from my patient,

11   who had very disturbing nightmares:  The CAPS interview

12   would allow you to determine whether those -- the severity

13   of those symptoms were not present, mild, moderate, severe

14   or extreme based on how frequently they occurred and how

15   upsetting they were.

16           And for -- in the illustration of my patient, they

17   were in the severe range.  So that would score three out of

18   four for that one item.

19           The total score, because there are 20 symptoms,

20   and each one is rated on a scale from zero to four, the

21   total scores can vary from zero to 80.

22           In general, scores over 30 to 35 are consistent

23   with the diagnosis of PTSD.

24   Q.  Doctor, I want to ask you if in your professional

25   experience you've found that soldiers are frequently

1       reluctant to be fully forthcoming about the presence or

2       degree of psychiatric disorders that they are experiencing,

3       again, maybe in general, but particularly in veterans.

4       A.  Well, it's a very important consideration.  Veterans as

5       a group, police officers and firefighters as a group, and

6       for that matter civilians, sexual assault survivors, many

7       people are reluctant to fully disclose the emotional

8       suffering they're experiencing.

9               My patient that we're using for illustration, my

10      World War II fighter from the Pacific theater, rarely, if

11      ever, disclosed anything about the suffering he had to his

12      family and definitely not to -- in any detail to his family

13      doctor and never as far as I could tell to a mental health

14      clinician over four decades.

15              So even though he suffered chronically with the

16      key symptoms of PTSD, he was very reluctant not only to

17      acknowledge them to another person, but even to be honest to

18      himself.

19              So why is that?  Why are war fighters or police

20      officers and sometimes civilians very reluctant to discuss

21      in detail their inner emotional state?

22              I think the reason is, particularly if you take,

23      for example, the current United States military, those who

24      serve with the Department of Defense, we have an

25      all-volunteer military.  People serve because of their

1    patriotic beliefs and their wish to do what they believe to

2    be the right thing in defense of their country.  They're

3    often traumatized by that service.

4         But because they hold lifelong values of

5    independence, self-reliance and loyalty to the group,

6    they're often very reluctant to disclose that they're

7    suffering either because it would reveal personal weakness

8    or they'd be ashamed to let their team down and they want

9    to -- they prefer to be redeployed or they want to go back

10   to the battlefield to even the score for losses they've

11   experienced.

12        So in general, my veteran patients and my police

13   officers -- and I've studied several thousand in my studies

14   from the NYPD and from the San Francisco, Oakland and San

15   Jose Police Departments -- they're very proud, very

16   self-reliant, and many of them are reluctant to discuss

17   their problems.

18        And some of them never seek mental consultation

19   until they retire.

20   Q.  In short, would it be fair to say, based on your

21   testimony, that we can't always take veterans' own reports

22   about their sense of how they're doing at face value?  Is

23   that fair?

24   A.  We've done an enormous amount as a nation.  The DOD

25   leadership, which I've consulted on in this topic,

1    blue-ribbon panels to address this problem:  How can we help

2    war fighters and veterans to feel safe about disclosing

3    their medical problems?  A huge national effort has been

4    undertaken to encourage traumatized war fighters to seek

5    appropriate health.

6          The motto of the program is, "It takes the courage

7    of a war fighter to ask for mental health services."  But

8    not all that -- all that notwithstanding, war fighters and

9    first responders often underestimate and underreport their

10   degree of suffering.

11   Q.  Can you briefly explain so-called subthreshold PTSD?

12   A.  Yes.

13         Subthreshold PTSD refers to a condition in which a

14   person has experienced a traumatic event; they have some of

15   the symptoms, the reliving, avoidant, altered thoughts and

16   feelings and increased arousal symptoms that would

17   ordinarily be required to make a diagnosis.

18         But they don't quite satisfy the full criteria,

19   which -- and to satisfy it, remember, a person has to have

20   at least one symptom of B and C and at least two symptoms of

21   D and E, at least at the moderate level.

22         So not everyone has that.  People can be suffering

23   with nightmares and startled reactions and disturbing

24   thoughts about war, but not have the -- meet the full

25   criteria.

1        When they don't fully meet it, we call that

2     condition subclinical, subthreshold or subsyndromal.  Those

3     are synonyms.  But in practical terms, it means a person

4     suffering, but they don't rise quite to the level of meeting

5     the full diagnostic criteria.

6     Q.  Thank you.

7            MR. UNGAR:  Let's look at the next slide, please.

8     BY MR. UNGAR:

9     Q.  Doctor, in the psychiatric context, what is a trigger?

10    A.  A trigger refers to a stimulus that activates or

11    intensifies PTSD memories and symptoms.  Triggers are

12    generally of two types:  internal or external.  And maybe

13    it's easiest, if I may, to go back to my example.

14    Q.  Please.

15    A.  My World War II veteran would be triggered by --

16    internally when he felt hot and sweaty on hot, humid days,

17    because it reminded him of his jungle tour of duty.

18           He was triggered externally by watching news of

19    events in Japan, hearing the Japanese language, even being

20    together at a reunion of World War II soldiers.  Many

21    members of the military greatly value the opportunity for

22    reunions and the opportunity to reminisce.

23           He was very stressed by being together with people

24    who shared the experience, because it triggered up his

25    memories of his war zone traumas.

1    Q.  And on the slide you've listed some other examples of

2    triggers.  Is that true?

3    A.  Yes.

4    Q.  What happens when a trigger occurs?

5    A.  When that trigger occurs, a person generally recreates

6    or intensifies some of their trauma feelings.

7           Take another example of an Iraq or Afghanistan war

8    veteran who had served outside the wire on patrol, driving a

9    Humvee much like the one in our courtroom today and being in

10   very, very dangerous situations of being injured or killed

11   by roadside explosive devices.

12          He was fortunate to survive the war.  He was not

13   himself badly injured during the war, although teammates

14   were injured or killed in his unit.

15          But he carried with him the deep memories of those

16   convoys.  And on a pleasant Saturday afternoon, which he

17   described, in New York City driving down one of the main

18   streets in New York City on a pleasant sunny Saturday

19   afternoon, he reported to me that he was exhausted after

20   that trip.

21          And I said, "What was so tiring for you?"

22          And he said, "Well, Doctor, when I'm driving in

23   downtown New York, I have to be very careful that there are

24   no hidden explosive devices in any of the garbage

25   receptacles which are at each intersection on the main

1    avenues."

2            So he was triggered up by situations that reminded

3    him of the context of being on patrol in Iraq.

4    Q.  And just briefly, was there any occasion where you've in

5    your professional experience -- you've had a patient who

6    actually was transported back, had the type of flashback as

7    a result of a trigger?

8    A.  Yes.  If I may use a different example to illustrate

9    this, this was a civilian.  And he was -- in the interest of

10   patient privacy again, I'll just say he was a professional

11   that I treated in the Bay area when I was the chief of

12   psychiatry at San Francisco.  And he had been -- he had

13   served in the Vietnam War and was a very successful

14   professional.

15           And he was on his way to the office to a

16   high-stakes meeting in downtown San Francisco when a large

17   delivery truck backfired.  And that was a very -- for him, a

18   very powerful trigger.  And what happened is, for a moment,

19   he was confused and thought he was back in the war zone and

20   he felt himself to be in such danger that he immediately

21   dived onto the sidewalk to get underneath what he felt to be

22   incoming fire from -- in a battle situation in Vietnam.

23           And he hit the sidewalk so hard that he tore up

24   his suit and actually had -- his hands were cut and

25   bleeding, and they had to have attention.

1          So he actually came in for treatment after that

2     experience, realizing that a powerful trigger could

3     transport him back into a battlefield situation.

4          That is a true flashback.  People talk about

5     flashbacks all the time, but they usually mean vivid

6     memories.  In a true flashback, for a moment, at least, the

7     person believes they're back in the trauma.

8          MR. UNGAR:  Let's turn to the next slide.

9     BY MR. UNGAR:

10    Q.  Doctor, we have a lot of specific quantitative data from

11    your report.  But can you just briefly more -- summarize the

12    quantitative differences in PTSD between civilians and

13    veterans?

14    A.  Yes.  Let me just summarize it very briefly in practical

15    terms.

16         In -- for American civilians, 50 to 80 percent of

17    American men and women will encounter a highly stressful or

18    traumatic event at some time in their life.

19         Of those exposed, in the end, somewhere -- roughly

20    5 percent of men and 10 percent of women will experience

21    significant PTSD symptoms or the full disorder itself.

22         So in the civilian world, the rates are about

23    twice as high in women compared to men.  That's in part

24    because women in our society are disproportionately targeted

25    as victims of interpersonal violence, especially sexual

1    assault and domestic violence, which are more traumatic, so

2    to speak, compared to, let's say, motor vehicle accidents or

3    natural disasters.  So women for perhaps a combination of

4    genetic and the kinds of traumas they experience have

5    roughly double the rates of PTSD compared to men.  But the

6    rates are roughly 10 percent lifetime for women, 5 percent

7    for men, and about a third of that number are currently

8    suffering PTSD.

9         In the military context, the rates are three to

10   five times higher.  So the lifetime rate of PTSD in male war

11   fighters is closer to 25 to 30 percent compared to 5 percent

12   for men in the civilian context.

13        For women, the rates in the war zone look much

14   more similar to rates for men.  So their rates are roughly

15   three times higher than for women civilians.

16        MR. UNGAR:  Let's look at the next slide.

17   BY MR. UNGAR:

18   Q.  Doctor, can you please describe injuries commonly caused

19   by explosively formed penetrators or EFPs?

20   A.  Yes.

21        EFPs or explosively formed penetrators are

22   extremely dangerous, high-velocity, high-intensity weapons.

23   I call them weapons of mass destruction because of the

24   brutal nature of the wounds they inflict.

25        They are triggered by explosive devices which

1    project an originally relatively flat disc, but the force of

2    the explosion deforms that often copper disc into a sharp

3    cone or even a rod, which travels at such intense velocity

4    that it can pierce armor, even the protective armor of an

5    up-armored military transport vehicle, like a Humvee.

6            When such a device makes contact with a human, it

7    is often devastating.  Many people are immediately killed,

8    which is a great tragedy; and in addition, in part because

9    of advances in body armor and medical -- emergency medical

10   care in the war zone, humans -- our soldiers are able to

11   survive some of these attacks, but often at great cost.

12           They may experience multitrauma in the form of

13   loss of limbs, disfigurement, burns, damage to internal

14   organs.  These are extremely powerful disruptive devices.

15   And the person may survive but be left with very severe

16   lifelong injuries.  And we care for a number of such

17   soldiers.

18           And one thing to say which I think is kind of a

19   commonsense idea:  There are two broad classes of wounds of

20   war:  visible wounds and invisible wounds.

21           The visible wounds of war are amputations, burns

22   and disfigurement, as an example.  The invisible wounds of

23   war are PTSD, TBI, depression, alcohol and drug use.  And

24   attacks by EFPs tend to cause a combination of severe

25   visible wounds and invisible wounds.

1          And the other thing I would say about it, you had

2     asked me, Mr. Ungar, a few moments ago about triggers.  If a

3     person has been attacked, a war fighter is attacked by an

4     EFP, and it has damaged their face and hands, they literally

5     cannot escape the triggers because the trauma is imprinted

6     on their disfigured body.  So every morning when they shave

7     or every morning when they get up or every time they shake

8     hands with another person can be a triggering reminder of

9     their trauma, because the trauma is imprinted on the body.

10    Q.  Thank you.

11          MR. UNGAR:  Let's look at the next slide.

12    BY MR. UNGAR:

13    Q.  Dr. Marmar, you go into a bit more detail in your expert

14    report about PTSD treatment.

15          But I'd ask you now to very briefly just describe

16    in the broadest terms the current treatment for PTSD.

17    A.  Yes.

18          I'll introduce it by saying compared to other

19    mental disorders, the field of PTSD treatment compared to

20    the study of depression or psychosis or bipolar disorder or

21    panic disorder, other anxieties, is relatively newer and

22    less well developed.  So we have fewer treatments that have

23    been validated as safe and effective for PTSD.

24          Among the treatments that we have, they fall into

25    several broad classes.  The first are psychotherapies or

1    psychological treatments.  Most of the ones that are

2    effective are of a type of behavioral therapy called

3    cognitive behavioral therapy, which to put it in simplest

4    terms attempts to correct mistaken thinking and address

5    overwhelming negative emotion.

6         So cognitive therapy or CBT, there have been

7    multiple, well-conducted clinical trials to show that

8    they're reasonably safe, reasonably well tolerated and

9    effective at least in some trauma victims.

10        The second -- and there are multiple types of

11   those psychological treatments, which are enumerated on my

12   slide.

13        The second type of treatment is a modification of

14   that behavioral treatment called virtual reality treatment.

15   It uses a VR device which allows a survivor of a traumatic

16   event to enter an imaginary world reconstructed to simulate

17   combat.

18        Or another example is a program that was developed

19   by a colleague of mine to -- at Cornell University,

20   Dr. de Fede, to simulate the World Trade Center attacks, so

21   survivors could put the goggles on and they can go back into

22   that experience.

23        The idea is to revisit it multiple times in the

24   safe -- safety of the relationship with the therapist until

25   the person is no longer so overwhelmed by it.  That's called

1    VR therapy.

2              Medication treatment:  There are only two drugs

3    that have been approved, psychiatric medical medications

4    that have been approved by the FDA, the Food and Drug

5    Administration, for the treatment of PTSD.  Think about

6    that:  Two medications that have been approved by the FDA

7    for a disorder which affects 7 and a half percent of men and

8    women at some time in their lifetime in America and affects

9    up to 25 or 30 percent of war fighters, at least from the

10   Vietnam War, and probably at least 15 percent from the Iraq

11   and Afghanistan wars.  So it's very few drugs.

12             The two drugs are specifically Sertraline, which

13   is known by the trade name Zoloft, and Paroxetine, which is

14   known by the trade name Paxil.  And most people recognize

15   Zoloft and Paxil.  They're commonly used psychiatric

16   medications for many disorders, including PTSD, mostly for

17   anxiety and depressive disorders.

18             And Zoloft and Paxil are members of a class of

19   medications called selective serotonin reuptake inhibitors,

20   or SSRIs.  What they do simply is they increase the

21   availability of serotonin in the brain, and that helps

22   regulate anxiety and depression, including in PTSD.  So we

23   have those two drugs.

24             Now, there have been -- I had the privilege of

25   serving as one of the investigators to develop Sertraline

1    for the FDA indication.  And I should note that the FDA

2    approved Sertraline for PTSD, but the study that I co-led

3    with Dr. Matt Friedman from the National Center for PTSD was

4    a study, I think, in ten VA hospitals.  And I should say

5    that in the VA study, there was zero benefit of Sertraline

6    over a placebo, which speaks to the fact that our veterans

7    are often more difficult to treat with evidence-based

8    treatments compared to civilians.

9            So Sertraline was particularly effective for women

10   who had survived sexual assaults and much less effective for

11   war fighters with very chronic severe PTSD.

12           There are other drugs in development.  My group

13   and others are looking at new drugs, and we hope in the next

14   five years to have five or ten new FDA-approved drug

15   treatments for PTSD.  But right now, we're very limited.

16           And the final -- there's also alternative and

17   complementary treatments like acupuncture and meditation,

18   which are helpful either as standalone or adjunctive

19   treatments.

20           The one thing I would like to emphasize, however,

21   which is a great source of concern to me and my colleagues

22   who have been leading the effort to advance the treatment of

23   war fighter-related PTSD:  Both medications are somewhat

24   less effective with traumatized veterans.

25           And in a recent review that my group published in

1    the *Journal of the American Medical Association*, JAMA, one

2    of the top medical journals in the world, we looked at the

3    time we published this, a year or two ago -- we looked at 37

4    well-conducted controlled trials of behavior therapy for

5    PTSD in veterans and found in general they're less effective

6    for veterans and war fighters.

7           And a very sobering statistic:  Following

8    completion of evidence-based behavior therapy for PTSD, 60

9    percent of veterans still have a diagnosis of PTSD at the

10   conclusion of the treatment.  They were somewhat better.

11   Their symptoms were somewhat less frequent and severe.  But

12   they still met criteria for having the disorder.

13          MR. UNGAR:  Let's look at the next slide.

14   BY MR. UNGAR:

15   Q.  Let's shift gears to major depressive order.  I'll ask

16   you if you can briefly tell us what major depressive

17   disorder is and what its hallmarks are.

18   A.  Yes.

19          Majority depressive disorder is a disorder of

20   mood.  And it's characterized fundamentally by persistent

21   feelings of depressed mood and persistent loss of interest

22   in normally enjoyable activities as well as a variety of

23   other symptoms that we can talk about in more detail.

24   Q.  And briefly, what's the difference between major

25   depressive disorder and normal sadness?

1    A.  Normal sadness is a state of mind.  People have a

2    disappointment.  They feel sad.  Things don't always go our

3    way in life and we have regrets.

4          But people who experience a disappointment or a

5    state of feeling sad or are discouraged about something

6    important to them generally are still able to enjoy other

7    meaningful activities.  They are generally able to

8    experience positive emotion and they are generally able to

9    bounce out of that negative state in a matter of hours or a

10   day or two.

11         Clinical depression is characterized by falling

12   into a deep, dark hole of depressed mood and not being able

13   to crawl out of it for days, weeks, months and sometimes

14   years.

15   Q.  What are some of the common physical side effects of

16   major depressive disorder?

17   A.  Often, agitation, sleeplessness, restlessness.

18   Sometimes, sluggishness, difficulty concentrating, symptoms

19   of that nature --

20   Q.  Is there a --

21   A.  -- loss of appetite.

22   Q.  I'm sorry.

23         Is there a risk of suicide associated with major

24   depressive disorder?

25   A.  Yes.  There is a clear heightened risk of suicide in

1    clinical depression made worse if a person has both

2    depression and PTSD.  But there is a risk.  And we see

3    suicidal risk in three forms in clinical depression:

4    preoccupation with thoughts about dying, suicidal thinking;

5    suicidal planning, which is thinking about more specifically

6    how a person would take their life; and unfortunately,

7    suicidal action and intent, in which people attempt to harm

8    themselves or actually kill themselves.

9    Q.  Is major depressive disorder a common feature in

10   veterans who sustain serious injuries?

11   A.  It is.  In our Vietnam study, which is the best lifetime

12   study conducted of the lifetime history of war zone mental

13   health problems, among Vietnam veterans who developed

14   chronic post-traumatic stress disorder, 50 percent of them

15   developed a major depressive disorder at some time and 30

16   percent of our Vietnam veterans who we followed into their

17   late- to mid-60s forty years after the war who had PTSD, one

18   in three Vietnam veterans in their mid- to late-60s with

19   PTSD currently has a full-blown major depression.

20   Q.  And would that be understood in the psychiatric lingo as

21   co-morbidity?

22   A.  Yes.

23        I'm not big on technical terms myself.  I think

24   they're meant to impress, not to communicate.  So as someone

25   who spent my life teaching about medical and psychiatric

1    illness, I prefer simpler terms.

2            Co-morbidity simply means two or more things

3    happening at the same time.  "Co," occurring.  So

4    psychiatric disorders co-occur in the same way that people

5    who have heart disease may have diabetes.

6            MR. UNGAR:  Let's look at the next slide.

7    BY MR. UNGAR:

8    Q.  So, Doctor, over the next few slides, we've set forth

9    actual DSM-V criteria for major depressive disorder, many of

10   which you've touched on.

11           So what I'd ask you to do is as we look through

12   Slides 15, 16 and 17, if you can in the interest of time

13   briefly emphasize the points that you think are worth

14   bringing to the Court's attention.

15   A.  Thank you, Mr. Ungar.  I'll do that.

16           The most important are Points 1 and 2 on this

17   slide.  Depressed mood most of the day, nearly every day,

18   and markedly diminished interest or pleasure in all or

19   almost all activities:  Those are the signature symptoms of

20   depression.

21           The others occur in various combination.  But what

22   we really focus on when we say someone has a clinical

23   depression is that they have sustained depressed mood and

24   sustained pervasive loss of interest.  And they can't be

25   easily cheered out of it or distracted from it.

1          Now, in addition to that, the person can -- and

2     including those two, the person to meet the diagnosis has to

3     have a total of five symptoms.  And that includes other

4     things like gaining or losing weight, difficulty sleeping or

5     sometimes sleeping too much, feeling restless and agitated

6     and pacing around; or the opposite, retardation, which means

7     a kind of leaden feeling of heaviness, of just feeling

8     exhausted and unable to move.

9          MR. UNGAR:  If we can go to the next slide,

10    please.

11    BY MR. UNGAR:

12    Q.  And we can continue.

13    A.  Yes.

14          People who are depressed commonly complain of loss

15    of energy or exhaustion, very commonly complain of a sense

16    of worthlessness or even inappropriate guilt, difficulty

17    thinking and concentrating.

18          One of the commonest symptoms of clinical

19    depression is not being able to make decisions.  People

20    become paralyzed about decision-making.

21          And finally, unfortunately, recurrent thoughts of

22    death, suicide is a major problem.  Suicide has become such

23    a major problem in our society, including in depression,

24    that suicidal thinking is more dangerous to your life now

25    than having a first heart attack.

1      MR. UNGAR:  Let's turn to the next slide.

2    BY MR. UNGAR:

3    Q.  This is for the remaining criteria.

4    A.  Yes.

5           In addition to having the symptoms -- and again, I

6    want to emphasize the most important symptoms are persistent

7    low mood and pervasive loss of interest, with some of the

8    others.  And then in addition, the symptoms have to cause

9    distress or interfere with a person's ability to work or

10   function in relations.

11          The symptoms of depression are not attributable to

12   the physical effects of alcohol, drugs or a medical problem.

13   For example, a person can have thyroid disease and become

14   depressed, and treating the thyroid disease will treat the

15   depression.  That's not major depressive disorder.

16          Criterion D:  The occurrence is not better

17   explained by another mental disorder such as bipolar

18   disorder or schizophrenia.

19          And Criterion E:  There has never been a manic

20   episode or hypomanic episode.

21          So this is the technical criteria.  What it's

22   meant to differentiate is two broad types of depression.

23   There's what we call unipolar depression, people who have

24   one -- often more than one depression in their life, but

25   never have highly elevated mood; or people who have bipolar

1    depression in which there are times when they're depressed

2    and times when they're hyper-energetic, euphoric, and

3    indiscreet because of euphoric mood.

4              MR. UNGAR:  Let's turn to Slide 20, please.

5    BY MR. UNGAR:

6    Q.  And the Court will be hearing extensive testimony,

7    expert testimony, about TBI.  But I think it'll be helpful

8    for the Court to hear a sort of DSM-V-centered beginning

9    testimony about TBI and just a general introduction to TBI.

10             So with that buildup, what is TBI?

11   A.  Well, there's a simple way to understand TBI and a

12   complicated way.  Let's just start with the simple way:

13             TBI is a blow -- an injury to the brain as a

14   result of a direct or indirect blow to the head.  So either

15   the head making direct contact with another object, for

16   example, a soldier blown around and his head knocked into

17   the side of a Humvee, or a majorly -- a major athlete,

18   National Football League player, experiencing repeated

19   concussive blows in football or hockey as an example.

20             So the first thing is the injury to the brain

21   housed inside the skull.  The second is some alteration in

22   the quality of consciousness as a result of that.  People

23   often think that you need to be knocked out to qualify for a

24   TBI; and certainly if a person becomes unconscious, it's a

25   signal of a more -- often a more serious head injury.

1      But you can have a TBI without losing

2  consciousness.  Very commonly, people in war or in sports or

3  motor vehicle accidents experience head injury and they feel

4  dazed or confused.  My patients say, "Doctor, I had my bell

5  rung.  I saw stars, but I didn't pass out."

6      And if that occurs, especially repeatedly, you can

7  have a very significant traumatic brain injury.

8      So that's disorientation, confusion, sometimes

9  memory problems, trouble remembering what happened just

10  before or after your head was injured.

11      And finally, in more serious head injury cases,

12  particularly those that result in an intracranial bleed, you

13  can have neurological symptoms such as seizures and

14  blindness.

15  Q.  Has -- in your professional opinion, are you aware of

16  TBI being called the signature injury of the Iraq and

17  Afghanistan wars?

18  A.  Yes.  It's very interesting.  We didn't find a lot of

19  TBI in the Vietnam War.  Maybe we didn't look carefully

20  enough.

21      Certainly there was a lot of TBI in World War I.

22  Probably the term "shell shock" referred as much to TBI as

23  it does to PTSD, because in World War I, people were -- and

24  World War II, soldiers were in very close proximity to

25  exploding shells when they were trapped in trench warfare.

1          But in the case of the Iraq and Afghanistan wars,

2     because of the proliferation of roadside improvised

3     explosive devices and higher-grade weapons devices, like

4     EFPs, there were a lot of concussive injuries in which our

5     war fighters experienced the blast of explosive waves even

6     if their head did not make direct contact with a hard

7     object.

8          So as a comparison, roughly 15 percent of men and

9     women who served in the Iraq and Afghanistan wars from the

10    best we can tell have suffered PTSD.  Roughly 15 percent.

11    But 20 percent have been diagnosed with TBI.

12    Q.  Is TBI commonly co-occurring or co-morbid with any of

13    the other conditions that we have been discussing today?

14    A.  Yes.  Most commonly with PTSD and clinical depression.

15          MR. UNGAR:  Let's turn to the next slide.

16    BY MR. UNGAR:

17    Q.  And what is neurocognitive disorder?

18    A.  It's a kind of complicated way to repackage what I just

19    said.  So neurocognitive disorder is a DSM-V condition

20    associated with traumatic brain injury in which the person

21    experiences changes in their thinking, feeling, and physical

22    reactions afterwards.

23          So changes in thinking include, briefly, a person

24    has a head injury and afterwards they have problems with

25    attention, concentration and memory function or the ability

1        to process information.  People after TBIs often say their

2        mind has slowed down.  They can't calculate as quickly.

3        They feel exhausted from the mental effort to solve

4        problems.

5               The emotions often have to do with irritability,

6        anger attacks and just trouble controlling feelings.  We

7        think that's because of injury during TBIs to emotion

8        control centers in the brain, which are mostly in the front

9        of the brain, and then variable other side effects of what

10       we call post-concussive syndrome.

11              So people have a closed-head injury or maybe

12       multiple ones in war or this may occur in contact sports or

13       following -- in boxing, motor vehicle accidents.

14              Of historical note, the very -- one of the very

15       first brain images ever done on traumatic brain imagery was

16       done at NYU Medical Center at Bellevue Hospital of Muhammad

17       Ali.  It was one of the very first clear, convincing

18       examples of a brain scan showing post-concussive brain

19       injury.

20              So -- but in general, the kinds of symptoms that

21       can occur if someone has sustained one or more closed-head

22       injuries and persists for days, weeks and sometimes months

23       to years in a minority of people, they include things like

24       headaches, blurred vision or double vision, nausea or

25       vomiting, trouble sleeping, balance problems, trouble with

1    word retrieval, trouble multi-tasking and related symptoms.

2              MR. UNGAR:  Let's turn to the next slide.

3    BY MR. UNGAR:

4    Q.  If you can briefly, briefly walk us through the DSM-V

5    criteria for neurocognitive disorder due to traumatic brain

6    injury.

7    A.  Yes.

8              There are three sets of criteria:  A, the person

9    has to satisfy the conditions I just described for having a

10   head injury followed by some neurological or cognitive

11   changes.

12             Second, the person has to have an evidence that

13   there was a change in their level of consciousness at the

14   time of the injury itself.  Either they were knocked out or

15   they couldn't remember things before or after the head

16   injury or they were confused and disoriented.

17             And sometimes more serious neurological signs, as

18   I mentioned, such as seizures, deafness, blindness.  One of

19   the interesting symptoms is loss of sense of smell.  People

20   have a head injury and then for a lifetime afterwards may

21   not be able to smell things.

22             And that's obviously very important if you're

23   taking care of young children.  You need to be able to

24   recognize different smells.

25             MR. UNGAR:  Let's turn to Slide 23.

1   BY MR. UNGAR:

2   Q.  Briefly talk about alcohol use disorder.  First, let me

3   just ask you, is alcohol use disorder a common disorder you

4   see among the veteran population?

5   A.  Well, it's very interesting.  Worldwide -- I talked

6   to -- a few moments ago about the evidence-based treatments

7   for PTSD:  behavior therapy, medications, alternative and

8   complementary treatments, virtual reality therapy.

9           Worldwide, the commonest treatment for PTSD is

10  self-medication with alcohol.  Most people who suffer PTSD

11  suffer with it more or less silently and use alcohol to try

12  to manage their painful reminiscences.

13  Q.  Can you, Doctor, take us through the next three slides,

14  just briefly highlighting for the Court the criteria for

15  alcohol use disorder?

16  A.  Yes.

17          The most important thing is alcohol taken in

18  larger amounts over a longer period of time than intended

19  and alcohol use that's hard to cut down and when a person

20  tries to cut down, they may experience withdrawal, strong

21  cravings -- the most important thing to remember about

22  addiction, a person has an addiction when the craving for an

23  alcohol or drug invades their mind and over-preoccupies them

24  and displaces other normally enjoyable activities.

25          What we say is that alcohol hijacks the rewards

1     system and people drink rather than do other enjoyable

2     activities.

3     Q.   Just --

4     A.   Often, it interferes with everyday functioning.

5     Q.   Dr. Marmar, I'm sorry.  I just wanted to ask you to

6     follow up on one of the points you made.

7               It sounds like there is a strong effort to

8     self-medicate.  Is that effective?

9     A.   In the short term, it may be partially effective.  In

10    the long term, repeated use of alcohol increases anxious

11    arousal, increases emotion control weaknesses and makes the

12    PTSD worse.

13              So what we found is that people who have PTSD and

14    who use alcohol excessively have more severe PTSD, more

15    chronic PTSD and are more difficult to treat with

16    evidence-based treatments.

17    Q.   So because we've had to divide the symptoms per slide,

18    is there anything else you wanted to add to Slide 23 or

19    should --

20    A.   No.

21              MR. UNGAR:  Let's look at Slide 24.

22              THE WITNESS:  Yes.  So continued use of alcohol,

23    despite knowing how harmful it is.

24              Disrupting important social or relationship

25    functionings, such as drinking rather than going to one's

1    daughter's soccer game.

2         Recurrent alcohol use in dangerous situations,

3    such as driving or taking care of young children or using

4    alcohol even though you know it's causing recurrent physical

5    or psychological problems.

6         MR. UNGAR:  If we could turn to the next slide,

7    please.

8         THE WITNESS:  Yes.

9         The final three conditions are related to

10   tolerance and withdrawal.  Simply stated, the more you

11   drink, the more you need to drink to get the same effect.

12   And you get into a down-bound train because of that.

13        Withdrawal is really a set of physical symptoms

14   such as sweating, shaking, sometimes DTs, seeing --

15   hallucinating.

16        When you abruptly discontinue alcohol use, it can

17   be very dangerous.  A recent patient with PTSD who was

18   drinking very heavily suddenly discontinued alcohol use and

19   ended up with a heart rate of 150 and ended up in the

20   emergency room with an immediate life-threatening condition.

21        And finally, alcohol is taken to relieve or avoid

22   withdrawal.  That is, people drink heavily and then they

23   start drinking in the morning to avoid a hangover.

24   BY MR. UNGAR:

25   Q.  Before we turn to the last slide, Doctor, I just wanted

1   to ask you about something that I think has come up at the

2   trial and might come up, you know, as the trial continues:

3   survivor's guilt.  Can you very briefly just touch upon that

4   and what that means and how that can play out in the veteran

5   community?

6   A.  Yes.

7           Survivor's guilt is a sense of guilt about the

8   fact that I am alive or I am alive and not injured when the

9   people that I deeply cared about on the battlefield died or

10  were badly injured.

11          You know, when I ask war fighters why they served,

12  particularly in a volunteer army, they often say to me:  I

13  went to war to serve my country.  But I fought in war to

14  bring my teammates back.  So my goal changed once I was in

15  battle.

16          And if they leave their teammates injured or dead

17  on the battlefield, they can often have searing guilt for

18  being the ones that walked away.  And survivor's guilt is

19  specifically a high risk for depression, suicide and alcohol

20  use.

21          MR. UNGAR:  Let's turn to the last slide, please.

22  BY MR. UNGAR:

23  Q.  Dr. Marmar, in the few remaining moments we have left,

24  can you please tell me about the effect of war zone service

25  on the families of military members.

1    A.  Yes.

2              The effect, to summarize briefly, is profound.

3    I've had the privilege of being the principal investigator

4    on two of the most important studies of the impact of war on

5    families.

6              My first study, which I published with my

7    colleagues from the National Vietnam Study, we published in

8    1992; and we showed very clearly that the spouses and

9    children of Vietnam veterans with PTSD were suffering in

10   many ways compared to the spouses and children of Vietnam

11   War fighters without PTSD.

12             And in those, the family members of those service

13   members who came back with chronic PTSD were having more

14   anxiety and depression themselves.  They were having more

15   marital conflict.  There was more domestic violence.  And

16   the children were having more problems in friendships and at

17   school.

18             So there is -- and to take an example from the

19   case we started with, my World War II veteran who would have

20   intermittent explosive outbursts when he would have rage

21   attacks in front of his children, this had a very major

22   negative impact on the children; and they were struggling,

23   he said, when they were growing up in school and in their

24   friendships.

25   Q.  The two bullet points reflected on this slide:  Can you

1    just briefly touch upon those.

2    A.  Yes.

3            The first is the Vietnam study, where we found

4    high levels of marital problems in families of Vietnam

5    veterans.

6            And the second, we have recently completed the

7    largest-ever conducted study of the effect of war zone

8    service on families.  This is from a study called the

9    millennium cohort study, which I was a collaborating

10   investigator for.  And we studied and recent published the

11   effect of war zone service on 10,000 military spouses of men

12   and women who served in Iraq and Afghanistan, and again

13   found that one in three of the military spouses were

14   reporting one or more psychiatric difficulties.

15   Q.  Lastly, a lot of the testimony I think will touch upon

16   the effect on the so-called family members of the WIAs, the

17   wounded in action.

18           Can you just close by just providing the Court

19   with a little summary of the effects sometimes of the

20   families of the KIAs, or the killed in action, what it's

21   like for them and the longstanding nature of that suffering?

22   A.  Yes.

23           Well, it's an enormous rupture and loss to a

24   family to lose a family member on the battlefield.  Our Gold

25   Star Families, even those families that are very strong and

1    were very high-functioning before the service member was

2    killed in action, struggle with grief, loss, confusion.

3    Young children often lose a parent.  That can never be fully

4    repaired over the course of a lifetime.

5            It's very difficult for the surviving spouse who

6    now has all of the responsibilities of both parents while

7    carrying their grief.  So it's a very profound loss.

8            MR. UNGAR:  Thank you very much, Doctor.

9            I have no further questions, your Honor.

10           THE COURT:  I don't have any questions either.

11           Thank you.

12           THE WITNESS:  Thank you, your Honor.

13           THE COURT:  I can tell you're a professor.  You're

14   very good at explaining things.

15           THE WITNESS:  Thank you.  I appreciate that.

16           (Witness excused.)

17           THE COURT:  Are we ready to move on to the next

18   witness?

19           MR. TURNER:  Do you want to take a lunch break?

20           THE COURT:  However you want to structure it.

21           MR. TURNER:  I think a lunch break is fine.

22           THE COURT:  So it's now 12:35.  1:35?

23           MR. TURNER:  That's fine.

24           (Thereupon, a luncheon recess was taken, after

25   which the following proceedings were had:)

1                    (Morning session concluded.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                           **<u>CERTIFICATE</u>**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4      certify that the foregoing constitutes a true and accurate

5      transcript of my stenographic notes, and is a full, true,

6      and complete transcript of the proceedings produced to the

7      best of my ability.

8

9

10                   Dated this 4th day of December, 2018.

11

12                   <u>/s/ Lisa Edwards, RDR, CRR</u>
                     Official Court Reporter
13                   United States District Court for the
                       District of Columbia
14                   333 Constitution Avenue, NW, Room 6706
                     Washington, DC 20001
15                   (202) 354-3269

16

17

18

19

20

21

22

23

24

25

**$**

**$100** [1] - 32:23
**$50** [1] - 32:23

**'**

**'05-'06** [1] - 9:8
**'70s** [1] - 76:6
**'84** [1] - 91:24
**'86** [1] - 91:24

**/**

**/s** [1] - 129:12

**0**

**07601** [1] - 1:17

**1**

**1** [7] - 5:4, 16:15, 16:20, 22:7, 78:12, 87:25, 113:16
**1,000** [1] - 28:12
**1,300** [1] - 75:15
**1,900** [1] - 13:22
**1.7** [1] - 16:21
**10** [5] - 24:7, 25:14, 63:9, 103:20, 104:6
**10,000** [1] - 126:11
**100** [3] - 1:20, 26:2, 40:14
**101st** [1] - 49:21
**11** [3] - 20:23, 26:25, 74:3
**1114** [1] - 9:24
**1151** [2] - 19:19, 65:4
**11:00** [2] - 66:20, 66:22
**12** [2] - 28:24, 94:11
**120** [1] - 30:23
**123** [1] - 34:19
**124** [1] - 34:20
**126** [1] - 35:1
**12:35** [1] - 127:22
**13** [4] - 31:11, 58:15, 72:17, 77:7
**130** [1] - 61:15
**1300** [1] - 80:15
**131** [1] - 47:25
**132** [2] - 41:7, 41:9
**133** [1] - 63:9
**134** [2] - 63:10, 65:3
**135** [3] - 41:8, 41:21,

45:10
**14** [1] - 32:8
**140** [4] - 13:13, 13:23, 17:20, 17:22
**15** [7] - 91:22, 94:16, 94:17, 108:10, 113:12, 118:8, 118:10
**15-6** [6] - 54:15, 54:18, 54:19, 55:2, 55:6, 55:11
**150** [1] - 123:19
**155** [3] - 9:10, 37:12, 38:15
**155-millimeter** [1] - 10:20
**158** [4] - 2:10, 4:25, 5:14, 5:17
**16** [1] - 113:12
**16-232** [2] - 1:4, 3:5
**163** [4] - 2:12, 69:17, 70:6, 70:8
**17** [2] - 63:7, 113:12
**17th** [1] - 47:20
**18** [3] - 9:21, 9:22, 94:11
**18-month** [1] - 71:23
**1973** [1] - 91:23
**1978** [1] - 71:18
**1980** [2] - 71:22, 76:7
**1989** [2] - 72:8, 72:11
**1992** [1] - 125:8
**1995** [1] - 6:24
**1996** [1] - 72:13
**1:35** [1] - 127:22

**2**

**2** [5] - 1:16, 6:17, 79:23, 88:1, 113:16
**2,000** [3] - 13:21, 26:17, 74:1
**2,500** [1] - 73:23
**20** [7] - 25:14, 35:12, 96:4, 96:9, 96:19, 116:4, 118:11
**2000** [1] - 7:11
**20001** [2] - 1:25, 129:14
**2003** [1] - 10:4
**2003-early** [1] - 8:8
**2004** [1] - 8:8
**2005** [2] - 9:19, 34:1
**2006** [3] - 9:8, 41:4, 49:12
**2008** [3] - 47:20, 52:14, 61:13
**2009** [3] - 63:8, 73:8
**2011** [1] - 92:1
**2012** [1] - 73:24

**2013** [1] - 92:1
**2018** [3] - 1:7, 69:23, 129:10
**202** [2] - 1:25, 129:15
**21** [2] - 35:23, 72:6
**22** [1] - 36:13
**22-caliber** [1] - 50:10
**22nd** [1] - 41:4
**23** [3] - 37:3, 120:25, 122:18
**23rd** [1] - 52:14
**24** [3] - 2:11, 37:24, 122:21
**25** [7] - 30:15, 38:22, 58:15, 58:16, 104:11, 108:9
**25-millimeter** [1] - 56:3
**2500** [1] - 17:13
**26** [1] - 39:18
**26,000** [2] - 13:20, 59:21
**27** [1] - 41:4
**28** [2] - 16:17, 58:16
**29** [1] - 42:12

**3**

**3** [4] - 10:14, 34:1, 34:10, 82:1
**3,400** [2] - 80:15, 81:5
**30** [6] - 42:23, 44:24, 96:22, 104:11, 108:9, 112:15
**300** [1] - 76:21
**300,000** [1] - 75:13
**31** [1] - 43:7
**32** [1] - 45:8
**33** [1] - 46:10
**333** [2] - 1:24, 129:14
**34** [1] - 47:8
**35** [2] - 47:22, 96:22
**354-3269** [2] - 1:25, 129:15
**37** [2] - 48:16, 110:3
**38** [1] - 50:20
**39** [1] - 51:2
**3rd** [1] - 34:1

**4**

**4** [4] - 1:7, 2:5, 11:8, 35:1
**40** [6] - 22:12, 51:13, 91:14, 91:19, 91:25, 94:18
**402** [1] - 1:17

**41** [2] - 51:24, 80:7
**42** [1] - 52:12
**44** [1] - 55:9
**45** [4] - 25:8, 44:25, 53:22, 57:4
**46** [1] - 57:17
**460** [1] - 14:2
**47** [1] - 58:2
**4705** [1] - 1:19
**49** [1] - 60:3
**4th** [4] - 7:10, 7:12, 7:14, 129:10

**5**

**5** [7] - 2:10, 12:1, 41:8, 41:17, 103:20, 104:6, 104:11
**50** [3] - 60:21, 103:16, 112:14
**50-caliber** [1] - 29:10
**500** [2] - 60:11
**500,000** [1] - 23:12
**51** [1] - 61:10
**54** [2] - 11:12, 61:24
**55** [2] - 23:8, 62:19
**56** [2] - 5:7, 63:6
**58** [7] - 2:11, 20:24, 22:22, 24:2, 24:4, 63:16

**6**

**6** [4] - 12:24, 48:3, 48:4, 48:5
**60** [3] - 31:3, 63:22, 110:8
**60-millimeter** [1] - 38:15
**60s** [1] - 83:25
**61** [1] - 64:11
**63** [1] - 65:19
**65** [1] - 66:1
**6706** [2] - 1:24, 129:14
**68** [1] - 2:6

**7**

**7** [5] - 10:22, 15:9, 54:15, 56:12, 108:7
**70** [4] - 2:12, 16:21, 73:24, 94:4
**72116** [1] - 1:20
**73** [1] - 39:4
**75** [2] - 16:17, 94:4

**8**

**8** [2] - 16:3, 16:17
**80** [2] - 96:21, 103:16

**9**

**9** [2] - 19:11, 61:13
**9/11** [1] - 7:7
**94** [2] - 52:19, 54:14
**99** [1] - 40:14
**9:32** [1] - 1:7

**A**

**a.m** [1] - 1:7
**abandoned** [1] - 85:17
**ability** [5] - 79:16, 93:5, 115:9, 118:25, 129:7
**able** [10] - 73:20, 80:13, 105:10, 111:6, 111:7, 111:8, 111:12, 114:19, 120:21, 120:23
**abruptly** [1] - 123:16
**absolutely** [14] - 10:2, 10:7, 11:23, 17:3, 19:4, 25:22, 26:12, 30:21, 34:17, 37:18, 38:14, 40:18, 61:9, 63:5
**absorb** [1] - 20:5
**absorbed** [1] - 9:13
**abundance** [1] - 18:24
**abuse** [1] - 75:20
**abutment** [2] - 9:10, 9:13
**academic** [1] - 73:2
**acceptable** [1] - 89:3
**accepted** [1] - 71:15
**accidents** [3] - 104:2, 117:3, 119:13
**accuracy** [1] - 47:12
**accurate** [7] - 40:5, 40:13, 45:16, 56:20, 57:2, 74:24, 129:4
**accurately** [1] - 69:24
**acknowledge** [1] - 97:17
**acronym** [1] - 10:19
**Act** [1] - 41:11
**acting** [1] - 72:19
**Action** [1] - 1:3
**action** [4] - 112:7,

126:17, 126:20, 127:2
**activated** [1] - 28:13
**activates** [2] - 25:6, 100:10
**active** [2] - 32:3, 49:2
**activities** [6] - 79:17, 110:22, 111:7, 113:19, 121:24, 122:2
**actual** [2] - 82:17, 113:9
**acupuncture** [1] - 109:17
**adamantly** [1] - 87:2
**adaptive** [1] - 30:10
**add** [1] - 122:18
**addiction** [2] - 121:22
**addition** [10] - 20:9, 26:10, 77:6, 79:14, 82:22, 96:3, 105:8, 114:1, 115:5, 115:8
**additional** [1] - 20:14
**address** [2] - 99:1, 107:4
**adjunctive** [1] - 109:18
**adjustments** [1] - 46:7
**administered** [1] - 95:17
**Administration** [1] - 108:5
**admit** [4] - 5:16, 24:1, 24:3, 70:7
**admitted** [1] - 66:16
**adopt** [3] - 5:10, 70:2, 70:4
**adrenaline** [2] - 84:19, 84:21
**advance** [4] - 54:8, 74:10, 75:25, 109:22
**advanced** [1] - 95:6
**advances** [1] - 105:9
**aerodynamically** [2] - 14:1, 17:16
**afar** [1] - 54:1
**affecting** [1] - 82:20
**affects** [2] - 108:7, 108:8
**affiliated** [3] - 73:18, 75:14
**Afghanistan** [10] - 8:1, 8:4, 73:16, 73:25, 101:7, 108:11, 117:17, 118:1, 118:9, 126:12
**afternoon** [2] - 101:16, 101:19
**afterwards** [4] - 94:13, 118:22,

118:24, 120:20
**age** [1] - 85:13
**agitated** [1] - 114:5
**agitation** [1] - 111:17
**ago** [7] - 73:9, 80:15, 81:5, 82:12, 106:2, 110:3, 121:6
**agree** [5] - 43:13, 45:5, 56:14, 58:9, 63:19
**ahead** [1] - 68:9
**aim** [1] - 51:10
**aimed** [1] - 30:17
**air** [2] - 59:4, 65:14
**Airborne** [1] - 49:21
**aircraft** [1] - 83:10
**al** [2] - 1:3, 3:6
**alarm** [2] - 24:21, 30:24
**alcohol** [21] - 75:20, 105:23, 115:12, 121:2, 121:3, 121:10, 121:11, 121:15, 121:17, 121:19, 121:23, 121:25, 122:10, 122:14, 122:22, 123:2, 123:4, 123:16, 123:18, 123:21, 124:19
**alertness** [1] - 79:10
**algorithms** [1] - 27:14
**Ali** [1] - 119:17
**alive** [3] - 50:8, 124:8
**all-volunteer** [1] - 97:25
**allow** [2] - 88:8, 96:12
**allowed** [1] - 40:21
**allowing** [2] - 65:6, 65:15
**allows** [3] - 95:22, 96:7, 107:15
**almost** [5] - 12:17, 13:10, 58:15, 80:25, 113:19
**alone** [2] - 18:10, 22:12
**alteration** [1] - 116:21
**altered** [1] - 99:15
**alternative** [2] - 109:16, 121:7
**aluminum** [2] - 17:9, 17:10
**America** [1] - 108:8
**America's** [2] - 72:9, 75:10
**American** [5] - 76:11, 76:15, 103:16,

103:17, 110:1
**ammo** [2] - 29:10, 29:14
**amount** [2] - 39:6, 98:24
**amounts** [1] - 121:18
**amputations** [1] - 105:21
**analysis** [9] - 42:25, 50:23, 51:7, 52:2, 52:7, 58:11, 58:19, 64:2, 64:4
**ancient** [1] - 80:17
**AND** [1] - 1:19
**anger** [2] - 89:13, 119:6
**angle** [1] - 17:20, 67:12
**angled** [3] - 30:13, 46:7, 48:13
**angry** [4] - 89:24, 90:6, 93:18, 93:22
**answer** [1] - 3:25
**antenna** [3] - 25:23, 25:24, 29:13
**anti** [3] - 15:17, 29:3, 32:13
**anti-Iraq** [1] - 32:13
**anti-PIR** [1] - 29:3
**anti-tank** [1] - 15:17
**antitank** [2] - 15:24, 43:21
**anxieties** [1] - 106:21
**anxiety** [5] - 79:12, 84:20, 108:17, 108:22, 125:14
**anxious** [2] - 79:9, 122:10
**anyway** [1] - 39:5
**apart** [6] - 10:24, 17:8, 17:23, 17:24, 20:14, 46:22
**apologize** [1] - 34:7
**appear** [2] - 24:10, 46:22
**aPPEARANCES** [1] - 1:12
**appetite** [1] - 111:21
**appointment** [1] - 72:6
**appreciate** [1] - 127:15
**approach** [1] - 26:7
**approached** [1] - 84:12
**approaches** [2] - 3:19, 67:19
**appropriate** [1] - 99:5

**approved** [5] - 108:3, 108:4, 108:6, 109:2, 109:14
**AR** [2] - 54:15, 54:18
**area** [11] - 8:5, 8:10, 32:23, 53:4, 53:22, 54:3, 62:25, 64:15, 64:17, 73:1, 102:11
**ARI** [1] - 1:14
**Arkansas** [1] - 1:20
**arm** [1] - 60:15
**armed** [4] - 31:10, 31:19, 40:9, 66:7
**arming** [3] - 25:16, 27:6, 31:6
**armor** [38] - 6:15, 9:3, 11:15, 13:7, 14:4, 14:7, 14:10, 14:22, 14:23, 16:1, 16:25, 23:16, 23:17, 26:11, 36:21, 38:6, 38:14, 41:1, 46:12, 46:14, 51:11, 52:4, 57:3, 57:15, 61:1, 61:2, 61:4, 62:23, 63:2, 65:5, 65:11, 65:15, 66:5, 105:4, 105:9
**armor-piercing** [4] - 11:15, 14:10, 23:17, 38:14
**armored** [9] - 9:23, 14:13, 19:18, 22:24, 35:22, 36:19, 56:5, 56:6, 105:5
**army** [1] - 124:12
**Army** [7] - 6:20, 6:22, 6:24, 43:19, 54:15, 54:17, 55:5
**arousal** [6] - 79:9, 79:12, 89:21, 92:22, 99:16, 122:11
**array** [9] - 25:13, 39:22, 40:2, 43:14, 44:12, 45:6, 47:11, 58:7, 63:20
**Arsenal** [3] - 21:7, 21:10, 22:3
**art** [1] - 95:15
**article** [2] - 80:12, 80:14
**articles** [1] - 76:22
**artillery** [5] - 10:21, 10:23, 10:24, 12:13, 14:11
**ashamed** [2] - 89:10, 98:8
**aside** [1] - 58:9
**asleep** [1] - 91:3
**aspects** [2] - 78:9, 80:8, 81:3

**approved** [5] - 108:3,
**assault** [4] - 82:19, 86:16, 97:6, 104:1
**assaults** [1] - 109:10
**assembled** [1] - 19:2
**assess** [1] - 59:6
**assessed** [2] - 91:22, 91:23
**assessing** [2] - 6:4, 39:1
**assessment** [1] - 58:10
**assigned** [2] - 7:10, 7:16
**assist** [1] - 78:6
**assistant** [2] - 72:1, 72:2
**associate** [2] - 72:2, 72:15
**associated** [2] - 111:23, 118:20
**ASSOCIATES** [1] - 1:19
**Association** [3] - 76:11, 76:15, 110:1
**assume** [1] - 66:12
**assumed** [1] - 71:24
**Assyria** [3] - 80:16, 80:17
**asymmetric** [3] - 49:14, 49:19, 49:20
**ate** [1] - 84:22
**ATF** [1] - 62:13
**athlete** [1] - 116:17
**atmosphere** [2] - 13:25, 17:15
**attach** [2] - 53:11, 60:13
**attached** [1] - 26:21
**attack** [31] - 9:6, 34:1, 35:6, 39:2, 39:21, 40:17, 41:4, 41:12, 41:25, 47:10, 47:21, 48:10, 49:7, 51:22, 52:2, 52:15, 52:22, 52:24, 58:20, 58:21, 58:23, 60:23, 61:7, 61:13, 61:19, 62:21, 63:7, 63:8, 63:13, 66:3, 114:25
**attacked** [2] - 106:3
**attacks** [13] - 6:5, 6:9, 6:14, 33:22, 33:25, 51:18, 69:5, 77:21, 105:11, 105:24, 107:20, 119:6, 125:21
**attempt** [1] - 112:7
**attempts** [2] - 28:21, 107:4
**attended** [4] - 7:1,

7:2, 7:5, 70:16
**attention** [7] - 44:10, 69:16, 69:20, 91:1, 102:25, 113:14, 118:25
**attractive** [1] - 77:6
**attributable** [2] - 93:9, 115:11
**attribute** [1] - 44:3
**August** [1] - 69:23
**authored** [1] - 76:21
**availability** [1] - 108:21
**available** [1] - 18:25
**Avenue** [3] - 1:19, 1:24, 129:14
**avenues** [1] - 102:1
**average** [1] - 33:17
**avoid** [6] - 87:22, 88:3, 88:5, 88:10, 123:21, 123:23
**avoidance** [2] - 87:16, 92:21
**avoidant** [1] - 99:15
**avoiding** [1] - 79:3
**aware** [2] - 39:15, 117:15

## B

**backfired** [1] - 102:17
**background** [3] - 39:3, 69:25, 70:13
**backup** [2] - 50:2, 53:9
**bad** [2] - 30:24, 89:7
**badly** [2] - 101:13, 124:10
**bag** [1] - 12:20
**Baghdad** [2] - 7:22, 9:19
**balance** [2] - 89:3, 119:25
**ballistic** [1] - 38:10
**BARKER** [1] - 3:22
**Barker** [64] - 2:5, 3:13, 4:6, 4:7, 4:9, 4:17, 5:10, 5:21, 6:4, 6:16, 6:19, 9:5, 10:9, 10:16, 11:10, 12:3, 13:2, 14:7, 15:11, 16:5, 18:2, 19:13, 22:19, 23:21, 24:9, 25:16, 26:13, 27:2, 32:19, 33:11, 34:10, 36:2, 36:15, 37:5, 38:2, 41:9, 42:14, 45:10, 46:12, 46:22,

47:10, 48:7, 48:19, 49:22, 50:22, 51:4, 51:15, 52:2, 52:21, 54:18, 55:5, 55:11, 57:11, 58:4, 60:23, 61:18, 62:5, 62:21, 63:12, 63:19, 63:25, 65:2, 66:3, 66:9
**barker** [1] - 39:20
**barrel** [1] - 26:7
**Bartlett** [2] - 34:20, 35:2
**Bartlett's** [2] - 35:16, 36:16
**based** [8] - 81:13, 91:7, 96:14, 98:20, 109:7, 110:8, 121:6, 122:16
**basic** [1] - 19:3
**batteries** [1] - 49:24
**battery** [12] - 11:3, 48:21, 50:1, 53:11, 53:16, 54:5, 56:18, 56:25, 60:10, 60:12, 60:13
**battle** [8] - 24:10, 58:7, 81:6, 81:7, 81:16, 86:16, 102:22, 124:15
**battlefield** [12] - 27:3, 49:3, 59:7, 80:24, 81:2, 84:1, 87:19, 98:10, 103:3, 124:9, 124:17, 126:24
**Bay** [1] - 102:11
**bay** [2] - 48:14, 65:5
**bayonet** [1] - 87:10
**bayonets** [1] - 84:14
**BC** [1] - 80:15
**beam** [1] - 31:3
**became** [5] - 7:5, 35:9, 36:25, 49:16, 85:15
**become** [7] - 72:13, 73:9, 88:7, 89:5, 114:20, 114:22, 115:13
**becomes** [3] - 17:24, 20:20, 116:24
**beds** [1] - 75:15
**BEFORE** [1] - 1:10
**begin** [3] - 17:7, 17:12, 87:8
**beginning** [2] - 83:13, 116:8
**behaving** [1] - 90:4
**behavior** [5] - 89:24, 90:8, 110:4, 110:8, 121:7
**behavioral** [3] -

107:2, 107:3, 107:14
**behind** [3] - 37:15, 39:11, 49:25
**beliefs** [1] - 98:1
**believes** [1] - 103:7
**bell** [1] - 117:4
**Bellevue** [1] - 119:16
**bellwether** [1] - 6:5
**BENCH** [1] - 1:10
**benchmark** [1] - 16:14
**benefit** [1] - 109:5
**bent** [2] - 20:2, 67:9
**best** [8] - 4:15, 39:3, 39:5, 59:11, 79:8, 112:11, 118:10, 129:7
**better** [8] - 3:16, 3:17, 15:17, 58:24, 67:13, 79:18, 110:10, 115:16
**between** [9] - 9:11, 11:19, 44:5, 73:21, 80:18, 91:24, 92:7, 103:12, 110:24
**big** [3] - 17:14, 56:22, 112:23
**binder** [4] - 4:17, 5:25, 34:2, 34:4
**binoculars** [1] - 54:2
**biological** [1] - 74:7
**bipolar** [4] - 75:19, 106:20, 115:17, 115:25
**bit** [10] - 8:7, 10:17, 18:22, 21:22, 50:16, 50:17, 83:18, 92:6, 94:19, 106:13
**black** [3] - 64:6, 64:13, 64:21
**blast** [20] - 7:22, 8:18, 9:11, 9:13, 13:17, 13:23, 15:18, 15:22, 16:23, 17:9, 17:24, 20:3, 23:1, 23:3, 26:19, 58:6, 59:8, 64:3, 65:13, 118:5
**blasting** [4] - 11:3, 11:21, 13:19, 25:12
**blasts** [2] - 13:20, 17:13
**bleed** [1] - 117:12
**bleeding** [1] - 102:25
**blind** [1] - 31:13
**blindness** [2] - 117:14, 120:18
**blood** [4] - 74:7, 81:10, 95:10, 95:13
**blow** [2] - 116:13, 116:14

**blown** [1] - 11:24, 112:19, 116:16
**blows** [2] - 11:21, 116:19
**blue** [2] - 56:12, 99:1
**blue-ribbon** [1] - 99:1
**blurred** [1] - 119:24
**board** [3] - 25:6, 28:14, 44:16
**body** [5] - 23:17, 84:21, 105:9, 106:6, 106:9
**bolted** [3] - 29:13, 47:1, 65:12
**bolts** [1] - 65:14
**bomb** [5] - 18:25, 25:4, 32:24, 33:17, 64:16
**bomb-making** [1] - 18:25
**bono** [1] - 73:16
**book** [3] - 29:9, 76:16, 80:7
**bore** [1] - 62:14
**bottom** [1] - 15:24
**bounce** [1] - 111:9
**bounced** [1] - 50:11
**bound** [1] - 123:12
**box** [1] - 57:14
**boxing** [1] - 119:13
**Bradley** [14] - 55:22, 55:25, 56:1, 56:7, 56:10, 56:19, 56:22, 57:1, 57:7, 57:11, 57:22, 58:14, 59:19, 61:1
**brain** [14] - 69:1, 77:20, 108:21, 116:13, 116:20, 117:7, 118:20, 119:8, 119:9, 119:15, 119:18, 120:5
**break** [3] - 66:19, 127:19, 127:21
**breakdown** [1] - 18:23
**breaks** [1] - 44:20
**bridge** [3] - 9:11, 9:13, 40:10
**brief** [1] - 74:4
**briefly** [37] - 6:12, 6:22, 10:17, 55:16, 70:14, 74:6, 75:2, 79:23, 81:12, 82:3, 82:10, 82:17, 83:17, 84:4, 86:7, 86:8, 87:14, 88:14, 89:18, 92:11, 94:25, 99:11, 102:4, 103:11,

103:14, 106:15, 110:16, 110:24, 113:13, 118:23, 120:4, 121:2, 121:14, 124:3, 125:2, 126:1
**brigade** [3] - 54:20, 55:3, 55:21
**bright** [1] - 31:16
**bring** [3] - 44:15, 79:4, 124:14
**bringing** [1] - 113:14
**brisance** [1] - 40:25
**broad** [4] - 79:1, 105:19, 106:25, 115:22
**broadest** [1] - 106:16
**broken** [1] - 37:13
**brought** [2] - 54:20, 77:5
**brutal** [1] - 104:24
**bubble** [1] - 27:18
**build** [5] - 18:3, 19:8, 33:15, 44:14
**buildup** [1] - 116:10
**built** [7] - 13:6, 42:1, 46:5, 52:3, 59:16, 66:4
**bullet** [2] - 50:10, 125:25
**bulletproof** [3] - 14:22, 14:23, 38:11
**bullets** [5] - 14:11, 23:18, 29:11, 38:14, 59:5
**burns** [2] - 105:13, 105:21
**bus** [1] - 87:3
**butter** [1] - 46:19
**BY** [94] - 1:22, 4:5, 4:16, 5:20, 6:18, 10:15, 11:9, 12:2, 13:1, 15:10, 16:4, 18:20, 19:12, 22:1, 23:20, 24:8, 27:1, 28:8, 29:1, 29:23, 31:17, 32:10, 32:18, 33:24, 34:9, 34:18, 35:14, 36:1, 36:14, 37:4, 38:1, 38:24, 39:19, 41:6, 41:19, 42:13, 42:24, 43:9, 45:9, 46:11, 47:9, 48:6, 48:18, 49:18, 50:21, 51:3, 51:14, 52:1, 52:18, 54:13, 55:10, 57:10, 57:18, 58:3, 59:24, 60:5, 60:22, 61:12, 61:17, 62:4, 62:20, 63:11, 63:17, 63:24, 65:1,

65:20, 66:2, 68:6,
68:13, 70:11, 74:16,
75:1, 78:1, 78:13,
82:2, 86:6, 87:13,
88:13, 89:17, 92:5,
100:8, 103:9, 104:17,
106:12, 110:14,
113:7, 114:11, 115:2,
116:5, 118:16, 120:3,
121:1, 123:24, 124:22

## C

**C4** [5] - 10:25, 12:13,
13:17, 13:20, 16:20
**cab** [8] - 14:20, 15:5,
29:17, 30:1, 39:25,
50:11, 51:12, 65:6
**cabin** [4] - 15:5,
30:17, 48:13, 48:14
**calculate** [1] - 119:2
**California** [5] -
71:17, 71:24, 71:25,
72:21, 72:25
**California-San** [1] -
71:17
**calmly** [1] - 49:3
**camera** [2] - 22:6
**camouflage** [3] -
12:14, 24:15, 30:20
**camouflaging** [1] -
25:20
**Canada** [5] - 70:16,
70:18, 70:20, 70:25,
74:21
**Canadian** [2] - 70:14,
70:24
**Candidate** [1] - 7:5
**cannon** [1] - 56:3
**cannot** [2] - 27:16,
106:5
**canopy** [2] - 84:8,
86:21
**cap** [3] - 11:3, 11:21,
13:19
**capable** [2] - 38:13,
56:3
**capacities** [1] -
68:14
**CAPS** [1] - 96:11
**caps** [1] - 25:13
**CAPS-5** [1] - 95:18
**car** [1] - 27:10
**cardboard** [1] - 31:2
**care** [11] - 70:23,
72:20, 73:16, 73:25,
75:16, 75:24, 85:22,
105:10, 105:16,
120:23, 123:3

**cared** [2] - 83:20,
124:9
**career** [2] - 10:5,
77:2
**careful** [1] - 101:23
**carefully** [1] - 117:19
**carried** [1] - 101:15
**carries** [1] - 56:2
**carry** [1] - 87:21
**carrying** [1] - 127:7
**case** [22] - 3:4,
15:25, 42:5, 44:3,
52:25, 60:15, 64:21,
68:19, 80:14, 80:15,
80:21, 81:3, 83:11,
83:18, 83:20, 89:7,
93:1, 93:11, 93:24,
118:1, 125:19
**Case** [1] - 3:5
**cases** [1] - 117:11
**casualty** [1] - 34:20
**catastrophic** [1] -
78:18
**catch** [2] - 20:12,
21:8
**catcher's** [1] - 20:13
**catchment** [1] - 73:1
**category** [1] - 88:20
**caught** [1] - 57:24
**caused** [2] - 49:7,
104:18
**causing** [1] - 123:4
**CBT** [1] - 107:6
**cell** [8] - 24:24,
25:23, 27:10, 31:7,
48:21, 49:24, 50:2,
53:1
**CENTCOM** [6] -
41:10, 43:11, 48:1,
51:5, 61:16, 63:18
**center** [4] - 12:19,
22:25, 57:2, 73:2
**Center** [3] - 107:20,
109:3, 119:16
**centered** [1] - 116:8
**centers** [1] - 119:8
**ceramic** [5] - 20:11,
20:13, 20:16, 23:16
**certain** [6] - 15:23,
19:24, 53:4, 78:8,
78:24, 83:25
**certainly** [3] - 21:19,
116:24, 117:21
**CERTIFICATE** [1] -
129:1
**certify** [1] - 129:4
**CEXC** [10] - 42:20,
42:25, 43:10, 45:5,
47:14, 50:22, 52:6,
64:2, 64:9, 66:5

**CEXC's** [1] - 64:4
**chains** [2] - 47:5,
47:6
**chair** [1] - 75:22
**chairman** [5] - 68:15,
72:3, 73:9, 75:4,
75:10
**chairmanship** [1] -
77:8
**chalk** [1] - 64:22
**change** [2] - 89:20,
120:13
**changed** [1] - 124:14
**changes** [8] - 79:4,
88:16, 88:21, 88:22,
92:22, 118:21,
118:23, 120:11
**chaos** [1] - 84:7
**chapter** [2] - 80:2,
80:8
**chapters** [1] - 80:7
**characteristic** [1] -
79:6
**characteristics** [1] -
78:25
**characterize** [1] -
96:8
**characterized** [2] -
110:20, 111:11
**characterizing** [1] -
96:3
**charge** [4] - 17:14,
43:14, 43:15, 43:17
**CHARLES** [1] - 67:22
**Charles** [3] - 2:6,
67:16, 68:8
**checkpoint** [1] -
54:11
**cheered** [1] - 113:25
**chemical** [1] - 52:7
**chest** [1] - 84:15
**chief** [8] - 71:10,
72:13, 72:15, 72:16,
72:19, 72:22, 83:21,
102:11
**children** [10] - 83:3,
90:3, 120:23, 123:3,
125:9, 125:10,
125:16, 125:21,
125:22, 127:3
**choke** [1] - 64:18
**choose** [1] - 90:16
**Christopher** [1] -
54:17
**chronic** [7] - 79:9,
93:23, 94:7, 109:11,
112:14, 122:15,
125:13
**chronically** [1] -
97:15

**chronicity** [1] - 94:22
**chunk** [1] - 17:14
**chunks** [2] - 37:13
**circle** [1] - 9:20
**circuit** [2] - 25:7,
25:11
**city** [1] - 4:7
**City** [2] - 101:17,
101:18
**Civil** [2] - 1:3, 81:19
**civil** [2] - 3:5, 18:24
**civilian** [9] - 8:3,
10:5, 65:10, 73:13,
77:11, 87:19, 102:9,
103:22, 104:12
**civilians** [10] - 14:22,
53:22, 54:3, 92:7,
97:6, 97:20, 103:12,
103:16, 104:15, 109:8
**class** [1] - 108:18
**classes** [3] - 79:1,
105:19, 106:25
**classically** [1] -
33:15
**classification** [1] -
81:23
**classified** [1] - 53:6
**classifying** [1] -
76:16
**cleaning** [1] - 83:10
**clear** [7] - 22:13,
54:3, 67:24, 78:10,
80:11, 111:25, 119:17
**clearly** [2] - 94:5,
125:8
**clients** [1] - 66:16,
66:17
**clinic** [4] - 73:15,
73:22, 73:23, 75:5
**clinical** [11] - 75:11,
76:18, 79:15, 95:16,
107:7, 111:11, 112:1,
112:3, 113:22,
114:18, 118:14
**clinician** [4] - 95:17,
96:7, 97:14
**clinician-
administered** [1] -
95:17
**clinics** [1] - 72:9
**close** [8] - 70:23,
75:14, 78:22, 82:20,
85:3, 90:1, 117:24,
126:18
**closed** [2] - 119:11,
119:21
**closed-head** [2] -
119:11, 119:21
**closer** [2] - 67:6,
104:11

**cloth** [3] - 64:6,
64:13, 64:21
**CLYDE** [1] - 1:18
**co** [7] - 109:2,
112:21, 113:2, 113:3,
113:4, 118:12
**co-led** [1] - 109:2
**co-morbid** [1] -
118:12
**co-morbidity** [2] -
112:21, 113:2
**co-occur** [1] - 113:4
**co-occurring** [1] -
118:12
**code** [4] - 33:3, 33:7,
33:8, 76:16
**codification** [1] -
81:22
**coedited** [1] - 80:5
**cognitive** [3] - 107:3,
107:6, 120:10
**cohort** [1] - 126:9
**collaborating** [1] -
126:9
**collapses** [3] -
17:22, 25:7, 25:11
**colleague** [2] - 80:9,
107:19
**colleagues** [2] -
109:21, 125:7
**collect** [5] - 49:1,
49:4, 49:5, 49:6,
55:19
**collection** [1] - 83:7
**COLLEEN** [1] - 1:10
**Colonel** [1] - 34:21
**Colorado** [1] - 7:7
**Columbia** [2] - 1:23,
129:13
**COLUMBIA** [1] - 1:1
**combat** [9] - 73:13,
80:14, 80:22, 84:9,
86:20, 89:8, 94:5,
94:6, 107:17
**combatant** [1] -
84:11
**combatants** [1] -
84:25
**combination** [5] -
79:14, 92:19, 104:3,
105:24, 113:21
**coming** [7] - 8:17,
25:3, 54:1, 57:6, 57:8,
72:5, 87:10
**command** [11] -
40:12, 53:8, 56:16,
56:17, 60:6, 60:9,
60:11, 60:15, 61:5,
62:16, 62:17
**Command** [1] - 8:9

command-
detonated [1] - 60:9
commander [4] -
55:3, 55:21, 61:22,
65:17
committee [1] -
76:11
committees [1] -
76:19
common [5] - 43:19,
91:5, 111:15, 112:9,
121:3
commonest [2] -
114:18, 121:9
commonly [9] - 38:5,
95:18, 104:18,
108:15, 114:14,
114:15, 117:2,
118:12, 118:14
commonsense [1] -
105:19
communicate [1] -
112:24
community [2] -
70:25, 124:5
compared [8] -
103:23, 104:2, 104:5,
104:11, 106:18,
106:19, 109:8, 125:10
comparison [1] -
118:8
compartment [2] -
30:1, 65:9
complacency [1] -
50:5
complain [2] -
114:14, 114:15
complementary [2] -
109:17, 121:8
complete [3] - 44:15,
129:6
completed [2] - 71:5,
126:6
completely [4] -
43:17, 46:14, 46:20,
65:23
completing [1] - 71:1
completion [4] -
71:12, 71:23, 73:3,
110:8
complex [1] - 58:22
complicated [3] -
44:13, 116:12, 118:18
complies [1] - 68:11
components [2] -
16:6, 24:14
composite [1] - 9:3
comprehensive [1] -
91:8
compulsive [1] -

88:5
computer [1] - 65:24
comrades [1] - 35:2
concentrating [2] -
111:18, 114:17
concentration [3] -
87:1, 91:2, 118:25
concept [1] - 49:12
concern [2] - 12:5,
109:21
conclude [3] - 43:1,
59:13, 60:1
concluded [3] -
58:25, 59:14, 128:1
concluding [1] - 59:1
conclusion [5] - 6:8,
6:12, 40:8, 63:19,
110:10
conclusions [12] -
5:11, 35:6, 39:21,
41:25, 43:13, 45:5,
48:10, 56:13, 60:23,
62:21, 70:2, 70:4
concrete [4] - 26:5,
26:6, 26:11, 45:20
concussive [4] -
116:19, 118:4,
119:10, 119:18
condition [6] - 91:17,
93:23, 99:13, 100:2,
118:19, 123:20
conditioning [1] -
59:4
conditions [3] -
118:13, 120:9, 123:9
conduct [3] - 55:6,
56:9, 58:22
conducted [11] -
22:9, 55:14, 58:6,
58:10, 58:19, 73:4,
95:15, 107:7, 110:4,
112:12, 126:7
conducting [1] -
58:20
cone [4] - 17:22,
25:8, 31:2, 105:3
cones [2] - 25:9,
31:2
confirm [4] - 69:17,
69:19, 69:21, 75:2
conflict [1] - 125:15
confrontation [1] -
84:19
confused [3] -
102:19, 117:4, 120:16
confusion [2] -
117:8, 127:2
connect [1] - 31:8
connected [1] -
53:15

connecting [1] - 31:6
consciousness [3] -
116:22, 117:2, 120:13
consideration [1] -
97:4
considered [1] -
95:19
consistent [2] - 58:7,
96:22
consists [1] - 95:20
console [1] - 65:25
constitute [1] - 76:10
constitutes [1] -
129:4
Constitution [2] -
1:24, 129:14
construct [1] - 33:17
constructed [1] -
37:22
construction [1] -
19:3
consultation [3] -
83:24, 86:3, 98:18
consulted [1] - 98:25
consumed [2] -
26:18, 26:22
consumes [1] -
26:19
contact [10] - 7:19,
7:20, 11:2, 11:20,
23:6, 40:6, 105:6,
116:15, 118:6, 119:12
contacts [1] - 11:19
contain [4] - 15:18,
15:22, 16:5, 69:13
context [4] - 100:9,
102:3, 104:9, 104:12
continue [1] - 114:12
continued [4] - 8:12,
81:13, 94:17, 122:22
continues [1] - 124:2
contributed [1] -
76:8
contributing [1] -
89:3
control [2] - 119:8,
122:11
controllable [1] -
88:24
controlled [2] - 27:7,
110:4
controlling [1] -
119:6
conversation [1] -
87:23
convincing [1] -
119:17
convoy [1] - 60:13
convoys [1] - 101:16
copied [1] - 72:11

Copper [1] - 38:25
copper [40] - 13:12,
13:21, 13:23, 13:24,
15:25, 16:6, 16:23,
17:4, 17:5, 17:19,
17:24, 18:10, 23:7,
26:19, 35:20, 37:9,
37:14, 39:1, 39:5,
39:6, 39:7, 39:8,
39:11, 39:16, 42:16,
42:18, 44:3, 48:21,
50:9, 50:10, 51:15,
51:18, 51:19, 58:7,
63:3, 63:20, 64:5,
65:16, 66:5, 105:2
copy [4] - 5:1, 5:4,
5:7, 5:25
cord [1] - 11:1
cordless [1] - 24:25
core [1] - 43:21
Cornell [1] - 107:19
corner [2] - 35:17,
90:16
correct [34] - 4:23,
6:6, 6:7, 11:15, 16:7,
16:8, 19:21, 22:15,
24:11, 27:24, 28:20,
30:2, 31:20, 31:25,
32:1, 36:4, 36:17,
36:20, 38:9, 43:6,
44:8, 45:11, 45:12,
50:14, 53:7, 57:16,
58:20, 60:2, 60:17,
60:19, 66:15, 76:24,
81:15, 107:4
corrected [1] - 74:23
cost [1] - 105:11
counsel [5] - 3:7,
3:24, 5:22, 67:25,
68:18
counter [5] - 4:23,
10:6, 10:10, 27:22,
45:23
counter-IED [4] -
4:23, 10:6, 10:10,
45:23
counter-radio [1] -
27:22
country [4] - 32:25,
74:3, 98:2, 124:13
couple [4] - 9:10,
11:2, 11:19, 48:13
courage [1] - 99:6
course [5] - 71:5,
82:13, 84:17, 91:9,
127:4
court [4] - 21:15,
21:19, 22:23, 80:16
Court [19] - 1:22,
1:23, 6:12, 6:22,

10:17, 19:14, 29:4,
69:11, 69:18, 70:13,
77:18, 78:3, 83:12,
116:6, 116:8, 121:14,
126:18, 129:12,
129:13
COURT [76] - 1:1,
3:1, 3:4, 3:11, 3:14,
3:17, 3:20, 3:23, 4:10,
4:13, 5:16, 10:11,
18:16, 18:19, 21:8,
21:13, 21:14, 21:18,
21:21, 24:3, 27:25,
28:3, 29:20, 31:12,
31:15, 32:8, 33:23,
34:3, 34:6, 34:11,
34:15, 41:16, 41:18,
42:3, 42:6, 42:10,
48:2, 48:4, 49:9,
49:11, 52:17, 53:15,
53:19, 53:25, 54:5,
54:12, 57:5, 57:9,
58:24, 59:13, 59:23,
61:25, 64:12, 66:12,
66:19, 66:24, 67:2,
67:5, 67:12, 67:15,
67:18, 67:20, 67:23,
68:9, 68:12, 70:7,
74:14, 74:20, 77:23,
91:19, 92:2, 127:10,
127:13, 127:17,
127:20, 127:22
Court's [1] - 113:14
courtroom [5] -
10:16, 62:1, 62:3,
90:19, 101:9
COURTROOM [2] -
3:5, 67:10
covered [1] - 95:21
craving [1] - 121:22
cravings [1] - 121:21
crawl [2] - 44:23,
111:13
create [5] - 27:15,
31:2, 73:15, 73:20,
73:22
created [3] - 73:24,
75:24, 85:16
creates [1] - 27:18
crew [3] - 30:1,
30:17, 65:9
CREW [2] - 27:18,
27:21
criteria [27] - 76:2,
76:4, 76:12, 76:20,
79:22, 82:11, 82:22,
83:12, 86:7, 88:18,
89:22, 91:5, 92:10,
92:11, 93:14, 95:21,
96:5, 99:18, 99:25,

100:5, 110:12, 113:9, 115:3, 115:21, 120:5, 120:8, 121:14
**Criterion** [12] - 82:4, 82:16, 83:13, 86:8, 86:9, 87:14, 87:16, 88:14, 88:16, 89:18, 89:20, 115:19
**criterion** [1] - 115:16
**Cross** [1] - 2:3
**crossed** [1] - 54:8
**CRR** [3] - 1:22, 129:3, 129:12
**cues** [2] - 86:23, 88:10
**culture** [1] - 87:1
**curb** [1] - 45:21
**curiosity** [1] - 85:8
**current** [7] - 5:5, 9:2, 76:7, 82:11, 97:23, 106:16
**curriculum** [1] - 69:23
**cut** [5] - 18:14, 46:17, 102:24, 121:19, 121:20
**cutter** [1] - 15:3
**cutting** [2] - 40:25, 46:17
**CV** [4] - 5:5, 69:21, 69:22, 69:24
**cylindrical** [2] - 19:25, 37:9

# D

**D-cell** [2] - 48:21, 49:24
**D-ring** [1] - 46:25
**Damage** [1] - 37:5
**damage** [13] - 9:12, 15:23, 17:11, 39:24, 39:25, 40:18, 47:15, 52:5, 52:6, 56:7, 58:7, 65:21, 105:13
**damaged** [1] - 106:4
**danger** [4] - 79:10, 83:4, 83:8, 102:20
**dangerous** [7] - 88:25, 90:23, 101:10, 104:22, 114:24, 123:2, 123:17
**dark** [1] - 111:12
**dash** [1] - 65:24
**data** [3] - 49:5, 55:18, 103:10
**Dated** [1] - 129:10
**daughter** [2] - 85:11, 85:13

**daughter's** [1] - 123:1
**David** [3] - 41:22, 42:3, 42:4
**days** [4] - 86:21, 100:16, 111:13, 119:22
**dazed** [1] - 117:4
**DC** [3] - 1:6, 1:25, 129:14
**de** [1] - 107:20
**dead** [3] - 32:7, 81:7, 124:16
**deafness** [1] - 120:18
**deal** [4] - 7:17, 81:10, 93:18, 94:21
**dealing** [2] - 8:10, 75:6
**death** [2] - 82:18, 114:22
**debris** [1] - 12:8
**decades** [5] - 84:2, 85:21, 93:2, 93:16, 97:14
**December** [3] - 1:7, 73:8, 129:10
**decimated** [1] - 65:23
**decision** [1] - 114:20
**decision-making** [1] - 114:20
**decisions** [1] - 114:19
**declaration** [1] - 34:21
**deep** [5] - 7:1, 7:2, 80:1, 101:15, 111:12
**deep-sea** [2] - 7:1, 7:2
**deeper** [1] - 17:21
**deeply** [4] - 80:23, 89:6, 92:17, 124:9
**defeat** [2] - 21:6, 51:9
**defeating** [1] - 10:3, 66:5
**defend** [2] - 49:5, 64:19
**Defendant** [1] - 1:7
**defended** [1] - 89:8
**Defense** [2] - 73:5, 97:24
**defense** [2] - 14:12, 98:2
**Defense-funded** [1] - 73:5
**defined** [2] - 82:17, 89:20
**definitely** [1] - 97:12

**definitive** [2] - 80:4, 95:14
**deform** [1] - 20:3
**deformed** [1] - 46:16
**deformity** [1] - 20:1
**deforms** [1] - 105:2
**degree** [2] - 97:2, 99:10
**degrees** [11] - 13:13, 13:21, 13:22, 13:23, 17:13, 17:20, 17:22, 26:17, 30:15, 30:23, 31:3
**delivered** [1] - 44:2
**delivery** [5] - 43:18, 43:19, 43:25, 44:1, 102:17
**demonstrate** [1] - 63:25
**demonstrative** [2] - 14:16, 18:3
**denting** [1] - 17:17
**department** [3] - 75:12, 75:15, 75:22
**Department** [7] - 68:16, 71:10, 72:4, 73:5, 73:10, 75:4, 97:24
**departments** [1] - 75:10
**Departments** [1] - 98:15
**depict** [1] - 69:24
**depiction** [1] - 29:2
**depicts** [1] - 21:3
**deployed** [3] - 7:8, 7:11, 8:19
**depressed** [7] - 110:21, 111:12, 113:17, 113:23, 114:14, 115:14, 116:1
**depression** [22] - 75:18, 105:23, 106:20, 108:22, 111:11, 112:1, 112:2, 112:3, 112:19, 113:20, 113:23, 114:19, 114:23, 115:11, 115:15, 115:22, 115:23, 115:24, 116:1, 118:14, 124:19, 125:14
**depressive** [13] - 68:24, 77:19, 108:17, 110:15, 110:16, 110:19, 110:25, 111:16, 111:24, 112:9, 112:15, 113:9, 115:15

**DEPUTY** [2] - 3:5, 67:10
**describe** [13] - 10:17, 19:16, 32:11, 62:8, 70:12, 79:24, 83:11, 86:7, 87:14, 89:18, 94:25, 104:18, 106:15
**described** [7] - 16:16, 40:24, 56:24, 80:14, 92:18, 101:17, 120:9
**describing** [2] - 91:4, 93:24
**description** [1] - 80:11
**descriptions** [1] - 81:17
**design** [2] - 18:9, 72:23
**designed** [10] - 6:15, 10:21, 10:23, 11:5, 11:16, 13:6, 27:19, 40:7, 46:8, 62:22
**desk** [1] - 5:25
**despite** [3] - 94:4, 94:5, 122:23
**destabilized** [2] - 17:23, 17:25
**destabilizes** [1] - 17:16
**destroy** [1] - 30:2
**destruction** [1] - 104:23
**destructive** [1] - 90:8
**detail** [8] - 6:11, 13:3, 18:21, 96:2, 97:12, 97:21, 106:13, 110:23
**details** [3] - 83:4, 83:7, 95:5
**detect** [1] - 50:25
**detected** [1] - 43:4
**detecting** [1] - 25:21
**determine** [1] - 96:12
**detonated** [7] - 9:20, 26:14, 50:5, 50:6, 56:17, 60:9, 61:6
**detonates** [2] - 12:15, 53:14
**detonation** [4] - 11:1, 29:16, 32:15, 39:23
**detonator** [1] - 32:12
**devastating** [3] - 51:8, 54:23, 105:7
**devastation** [2] - 48:14, 66:6
**develop** [8] - 15:16, 74:6, 76:19, 83:6, 94:7, 94:9, 94:10,

108:25
**developed** [7] - 8:18, 85:18, 94:15, 106:22, 107:18, 112:13, 112:15
**developing** [3] - 74:9, 76:2, 95:13
**development** [2] - 95:13, 109:12
**develops** [1] - 78:24
**device** [44] - 9:20, 10:19, 10:20, 24:23, 25:4, 27:16, 27:18, 27:19, 27:21, 28:13, 28:18, 29:3, 30:11, 30:20, 31:24, 32:5, 32:13, 32:19, 33:3, 33:6, 33:9, 35:8, 35:10, 35:11, 40:4, 40:6, 40:9, 44:23, 46:3, 48:12, 49:25, 52:10, 52:25, 53:9, 60:11, 60:14, 60:16, 60:18, 64:8, 64:24, 105:6, 107:15
**devices** [9] - 4:22, 50:4, 62:25, 101:11, 101:24, 104:25, 105:14, 118:3
**diabetes** [1] - 113:5
**diagnose** [1] - 79:20
**diagnosed** [1] - 118:11
**diagnosing** [1] - 74:7
**diagnosis** [17] - 75:25, 76:5, 76:8, 76:10, 76:17, 82:16, 92:16, 92:24, 92:25, 93:13, 95:9, 95:14, 95:19, 96:23, 99:17, 110:9, 114:2
**Diagnostic** [1] - 76:14
**diagnostic** [4] - 76:4, 76:20, 82:11, 100:5
**dials** [1] - 33:8
**diameter** [5] - 13:9, 14:3, 18:15, 23:8, 26:1
**die** [1] - 18:11
**died** [2] - 59:9, 124:9
**difference** [1] - 110:24
**differences** [1] - 103:12
**different** [10] - 24:13, 43:17, 55:20, 67:13, 74:5, 81:14, 92:7, 96:5, 102:8, 120:24
**differentiate** [1] -

115:22
**differently** [1] - 59:14
**difficult** [5] - 49:2, 83:2, 109:7, 122:15, 127:5
**difficulties** [1] - 126:14
**difficulty** [4] - 91:2, 111:18, 114:4, 114:16
**dig** [1] - 12:9
**digit** [3] - 25:5, 33:3
**digital** [1] - 5:8
**dime** [1] - 26:2
**diminished** [1] - 113:18
**diminishment** [1] - 89:14
**dinner** [1] - 90:4
**Direct** [1] - 2:3
**DIRECT** [2] - 4:4, 68:5
**direct** [8] - 15:18, 15:22, 15:25, 69:16, 78:20, 116:14, 116:15, 118:6
**directed** [1] - 31:3
**directing** [1] - 69:20
**direction** [1] - 15:20
**directions** [1] - 15:20
**directly** [2] - 82:20, 82:23
**disagree** [1] - 58:25
**disappointment** [2] - 111:2, 111:4
**disaster** [1] - 83:10
**disasters** [1] - 104:3
**disc** [2] - 105:1, 105:2
**disclose** [2] - 97:7, 98:6
**disclosed** [1] - 97:11
**disclosing** [1] - 99:2
**discontinue** [1] - 123:16
**discontinued** [1] - 123:18
**discouraged** [1] - 111:5
**discover** [1] - 64:9
**discovered** [1] - 81:15
**discovery** [2] - 9:4, 39:1
**discuss** [10] - 6:11, 8:7, 18:21, 53:5, 56:7, 78:2, 88:14, 94:19, 97:20, 98:16
**discussed** [5] - 10:16, 13:2, 31:18,

69:10, 96:6
**discussing** [4] - 76:23, 82:7, 94:20, 118:13
**discussion** [1] - 78:6
**disease** [3] - 113:5, 115:13, 115:14
**disfigured** [1] - 106:6
**disfigurement** [2] - 105:13, 105:22
**disguise** [1] - 83:18
**disorder** [41] - 68:22, 68:24, 69:1, 69:4, 71:21, 72:9, 75:18, 75:19, 76:17, 77:19, 77:20, 78:15, 78:16, 78:17, 82:14, 103:21, 106:20, 106:21, 108:7, 110:12, 110:17, 110:19, 110:25, 111:16, 111:24, 112:9, 112:14, 112:15, 113:9, 115:15, 115:17, 115:18, 118:17, 118:19, 120:5, 121:2, 121:3, 121:15
**disorders** [10] - 71:9, 73:7, 75:7, 75:19, 76:23, 97:2, 106:19, 108:16, 108:17, 113:4
**Disorders** [1] - 76:15
**disorientation** [1] - 117:8
**disoriented** [1] - 120:16
**displaces** [1] - 121:24
**disposal** [1] - 7:3
**disproportionately** [1] - 103:24
**disrupting** [1] - 122:24
**disruptive** [1] - 105:14
**dissociative** [1] - 80:24
**distance** [2] - 25:1, 27:19
**distill** [1] - 78:8
**distracted** [1] - 113:25
**distress** [4] - 79:16, 86:17, 93:4, 115:9
**distressed** [1] - 94:6
**District** [3] - 1:23, 1:23, 129:13
**district** [1] - 129:13

**DISTRICT** [3] - 1:1, 1:1, 1:11
**disturbances** [1] - 76:10
**disturbed** [1] - 93:18
**disturbing** [8] - 80:23, 83:4, 83:7, 85:20, 86:14, 92:17, 96:11, 99:23
**dive** [1] - 80:2
**dived** [1] - 102:21
**diver** [2] - 7:1, 7:2
**divide** [1] - 122:17
**Division** [2] - 7:12, 49:21
**Doctor** [7] - 75:2, 101:22, 113:8, 117:4, 121:13, 123:25, 127:8
**doctor** [13] - 70:2, 70:12, 70:23, 78:14, 83:11, 86:7, 88:14, 89:18, 96:24, 97:13, 100:9, 103:10, 104:18
**documentation** [1] - 63:18
**documents** [6] - 34:23, 41:10, 41:14, 47:25, 48:8, 61:16
**DOD** [2] - 9:2, 98:24
**dodge** [1] - 12:20
**domestic** [2] - 104:1, 125:15
**Donald** [3] - 2:5, 3:13, 4:9
**DONALD** [1] - 3:22
**done** [14] - 11:18, 31:6, 31:7, 31:11, 40:18, 54:6, 54:7, 55:7, 60:18, 77:11, 91:7, 98:24, 119:15, 119:16
**door** [27] - 19:18, 19:20, 19:21, 19:22, 20:3, 20:10, 20:13, 21:3, 22:11, 22:14, 22:24, 23:3, 23:5, 23:13, 27:10, 35:18, 35:20, 36:25, 38:4, 46:4, 46:13, 46:22, 47:2, 47:6, 61:22, 62:11
**Door** [1] - 20:23
**doors** [2] - 47:5, 47:7
**double** [2] - 104:5, 119:24
**down** [15] - 4:11, 12:19, 21:9, 21:22, 44:20, 74:14, 74:15, 74:19, 84:21, 98:8, 101:17, 119:2,

121:19, 121:20, 123:12
**down-bound** [1] - 123:12
**downtown** [2] - 101:23, 102:16
**Dr** [10] - 67:16, 77:18, 78:2, 80:9, 82:3, 106:13, 107:20, 109:3, 122:5, 124:23
**draw** [3] - 35:6, 41:25, 48:10
**drawn** [1] - 57:14
**drawn-out** [1] - 57:14
**dread** [1] - 87:19
**dreams** [3] - 85:20, 86:1, 86:14
**drilled** [1] - 29:11
**drink** [4] - 122:1, 123:11, 123:22
**drinking** [3] - 122:25, 123:18, 123:23
**drive** [2] - 12:19, 44:24
**driver's** [2] - 9:22, 35:18
**drives** [2] - 11:3, 53:24
**driving** [5] - 90:10, 101:8, 101:17, 101:22, 123:3
**drop** [2] - 44:12, 45:6
**drop-and-pop** [2] - 44:12, 45:6
**dropped** [1] - 11:16
**drove** [6] - 12:15, 35:10, 56:19, 57:1, 62:18
**drug** [6] - 75:20, 93:10, 93:20, 105:23, 109:14, 121:23
**Drug** [1] - 108:4
**drugs** [7] - 108:2, 108:11, 108:12, 108:23, 109:12, 109:13, 115:12
**DShK** [1] - 58:23
**DSM** [17] - 76:12, 76:14, 79:21, 82:4, 82:7, 82:8, 82:12, 86:8, 87:15, 88:15, 89:19, 92:10, 95:18, 113:9, 116:8, 118:19, 120:4
**DSM-III** [1] - 82:8
**DSM-V** [13] - 79:21, 82:4, 82:7, 82:12, 86:8, 87:15, 88:15, 89:19, 92:10, 95:18,

113:9, 118:19, 120:4
**DSM-V-centered** [1] - 116:8
**DTMF** [3] - 25:6, 28:14, 44:16
**DTs** [1] - 123:14
**dual** [7] - 25:6, 25:17, 33:18, 35:8, 47:12, 52:8, 58:7
**dual-array** [1] - 58:7
**dual-initiation** [2] - 35:8, 47:12
**dual-phase** [2] - 25:17, 33:18
**dual-tone** [1] - 25:6
**dual-trigger** [1] - 52:8
**due** [2] - 47:4, 120:5
**duration** [1] - 93:15
**during** [13] - 7:18, 8:4, 9:15, 13:17, 13:23, 17:9, 71:5, 72:18, 73:3, 76:5, 94:6, 101:13, 119:7
**dust** [1] - 23:19
**duty** [5] - 7:6, 7:18, 7:24, 83:2, 100:17
**dwell** [1] - 88:8
**dying** [2] - 83:9, 112:4
**dynamite** [2] - 16:14, 16:18
**dynamite's** [1] - 16:14

**E**

**E4** [1] - 29:6
**early** [2] - 9:8, 27:8
**earthquake** [1] - 77:12
**easier** [1] - 34:15
**easiest** [2] - 16:12, 100:13
**easily** [1] - 79:11, 90:25, 113:25
**easy** [1] - 30:11
**edge** [1] - 85:8
**edition** [1] - 82:7
**editions** [1] - 76:13
**education** [2] - 33:13, 70:15
**educational** [3] - 69:25, 70:12, 75:11
**EDWARDS** [2] - 1:22, 129:3
**Edwards** [1] - 129:12
**effect** [8] - 15:11, 15:12, 123:11,

124:24, 125:2, 126:7, 126:11, 126:16

**effective** [15] - 16:18, 28:9, 30:7, 31:25, 60:25, 74:12, 106:23, 107:2, 107:9, 109:9, 109:10, 109:24, 110:5, 122:8, 122:9

**effectiveness** [3] - 16:13, 16:21, 17:1

**effects** [4] - 111:15, 115:12, 119:9, 126:19

**effort** [5] - 51:9, 99:3, 109:22, 119:3, 122:7

**effortful** [1] - 87:16

**efforts** [1] - 73:15

**EFP** [74] - 6:14, 9:16, 13:5, 13:6, 14:25, 15:25, 17:4, 18:3, 19:22, 20:6, 20:9, 20:15, 20:19, 20:22, 21:3, 21:6, 21:7, 21:10, 23:19, 24:9, 24:10, 26:4, 26:14, 31:6, 31:9, 31:19, 34:1, 35:7, 35:15, 36:3, 36:5, 36:7, 36:25, 37:13, 38:7, 38:17, 39:2, 40:14, 40:21, 41:4, 42:1, 42:2, 43:14, 43:15, 43:25, 44:7, 44:8, 45:15, 46:23, 47:11, 47:20, 48:11, 51:8, 52:4, 52:24, 57:19, 57:21, 58:7, 60:1, 60:25, 61:13, 61:20, 62:5, 62:12, 63:7, 63:14, 63:20, 66:4, 66:7, 77:21, 106:4

**EFPs** [23] - 10:1, 10:3, 10:6, 10:10, 13:4, 14:12, 16:5, 16:11, 25:20, 27:2, 28:9, 28:10, 30:14, 36:24, 44:13, 51:19, 77:15, 94:21, 94:23, 104:19, 104:21, 105:24, 118:4

**eight** [3] - 13:9, 44:5, 62:14

**either** [7] - 19:18, 82:23, 98:7, 109:18, 116:14, 120:14, 127:10

**electrical** [2] - 19:7, 33:12

**electronic** [3] - 26:14, 27:22, 31:25

**electronics** [2] -

18:15, 18:21

**elevated** [1] - 115:25

**eliminate** [1] - 53:3

**embedded** [3] - 45:20, 48:22, 50:9

**emergency** [2] - 105:9, 123:20

**emotion** [4] - 107:5, 111:8, 119:7, 122:11

**emotional** [3] - 93:4, 97:7, 97:21

**emotionally** [1] - 90:1

**emotions** [2] - 79:7, 119:5

**emphasize** [3] - 109:20, 113:13, 115:6

**emplacer** [1] - 33:17

**emplacers** [1] - 33:5

**employed** [1] - 68:14

**encompass** [1] - 83:12

**encompassing** [1] - 76:22

**encounter** [1] - 103:17

**encourage** [1] - 99:4

**end** [1] - 103:19

**ended** [5] - 91:23, 92:1, 123:19

**ends** [1] - 60:13

**enemies** [1] - 44:14

**enemy** [13] - 9:14, 30:10, 40:11, 46:6, 51:10, 56:4, 56:18, 56:21, 58:23, 60:10, 84:11, 84:25, 85:6

**energetic** [1] - 116:2

**energy** [26] - 13:18, 14:2, 16:6, 16:9, 16:10, 16:19, 16:24, 17:10, 20:4, 20:6, 20:7, 26:16, 40:16, 40:20, 43:3, 43:4, 43:21, 44:1, 47:14, 47:17, 47:18, 51:1, 52:8, 63:4, 64:5, 114:15

**engage** [1] - 79:16

**engagement** [2] - 89:15, 94:6

**engine** [7] - 29:16, 30:1, 39:24, 48:14, 51:11, 65:5, 65:9

**engineer** [4] - 7:22, 9:9, 33:12, 33:15

**engineered** [1] - 6:14

**engineering** [1] - 9:1

**Engineers** [1] - 7:6

**engineers** [3] - 19:7,

23:25

**enjoy** [1] - 111:6

**enjoyable** [3] - 110:22, 121:24, 122:1

**enlisted** [1] - 6:24

**enormous** [2] - 98:24, 126:23

**enter** [1] - 107:16

**entered** [5] - 5:18, 24:4, 36:6, 70:9, 71:2

**entire** [4] - 14:20, 72:19, 90:18, 90:21

**entirely** [1] - 73:16

**enumerated** [1] - 107:11

**environment** [1] - 84:8

**EOD** [6] - 7:1, 23:24, 48:20, 55:19, 58:10, 60:6

**episode** [2] - 115:20

**equipment** [3] - 8:19, 26:14, 26:22

**equipped** [3] - 14:14, 14:17, 45:22

**escape** [1] - 106:5

**especially** [2] - 103:25, 117:6

**ESQ** [6] - 1:13, 1:14, 1:14, 1:15, 1:15, 1:18

**essence** [1] - 12:17

**essential** [1] - 83:19

**essentially** [2] - 82:14, 93:15

**established** [1] - 73:12

**et** [2] - 1:3, 3:6

**euphoric** [2] - 116:2, 116:3

**Euphrates** [1] - 80:18

**evaluate** [1] - 33:25

**evaluated** [1] - 8:17

**event** [24] - 7:21, 55:18, 55:22, 78:23, 78:25, 79:5, 79:13, 82:13, 82:16, 82:22, 85:19, 85:21, 86:12, 86:14, 87:22, 87:24, 88:4, 88:17, 89:21, 92:17, 96:4, 99:14, 103:18, 107:16

**events** [11] - 78:19, 78:20, 78:23, 79:2, 79:4, 82:20, 88:1, 88:6, 88:9, 100:19

**eventually** [1] - 20:6, 49:16, 64:16

**everyday** [2] - 86:11, 122:4

**everywhere** [2] - 12:8, 12:10

**evidence** [17] - 5:15, 5:18, 24:2, 24:5, 35:3, 42:15, 49:1, 49:4, 49:6, 52:15, 70:6, 70:9, 109:7, 110:8, 120:12, 121:6, 122:16

**EVIDENCE** [1] - 2:8

**evidence-based** [4] - 109:7, 110:8, 121:6, 122:16

**exact** [1] - 18:13

**exactly** [4] - 46:5, 49:8, 62:2, 63:1

**EXAMINATION** [2] - 4:4, 68:5

**examination** [2] - 56:10, 59:4

**examine** [1] - 95:8

**example** [25] - 10:21, 11:13, 11:22, 17:9, 31:22, 83:1, 83:7, 83:10, 87:8, 88:2, 88:3, 89:25, 90:15, 94:14, 95:22, 97:23, 100:13, 101:7, 102:8, 105:22, 107:18, 115:13, 116:16, 116:19, 125:18

**examples** [3] - 27:9, 101:1, 119:18

**except** [1] - 56:15

**excerpted** [1] - 44:11

**excessively** [1] - 122:14

**excuse** [1] - 5:3

**excused** [1] - 127:16

**exhausted** [4] - 84:20, 101:19, 114:8, 119:3

**exhaustion** [1] - 114:15

**exhibit** [1] - 34:12

**Exhibit** [25] - 2:10, 2:11, 2:12, 4:25, 5:3, 5:4, 5:14, 5:17, 11:12, 20:24, 22:22, 24:2, 24:4, 34:19, 35:1, 41:9, 41:21, 45:10, 47:25, 52:19, 54:14, 61:15, 65:3, 69:21, 70:8

**Exhibits** [2] - 41:7, 63:9

**EXHIBITS** [1] - 2:8

**existence** [1] - 22:8

**exit** [1] - 38:3

**exited** [2] - 38:8, 57:19

**experience** [22] - 6:23, 8:8, 21:5, 23:21, 23:24, 33:11, 69:25, 70:13, 88:18, 92:17, 96:25, 100:24, 102:5, 103:2, 103:20, 104:4, 105:12, 107:22, 111:4, 111:8, 117:3, 121:20

**experienced** [8] - 23:24, 45:1, 82:23, 95:16, 96:7, 98:11, 99:14, 118:5

**experiences** [6] - 80:25, 81:24, 84:1, 87:19, 87:20, 118:21

**experiencing** [4] - 82:15, 97:2, 97:8, 116:18

**experimentation** [1] - 17:21

**expert** [17] - 4:21, 8:10, 10:9, 10:11, 68:18, 68:21, 69:10, 69:13, 69:18, 69:19, 69:20, 70:3, 77:18, 78:9, 106:13, 116:7

**explain** [6] - 15:14, 16:12, 29:4, 58:24, 93:21, 99:11

**explained** [2] - 79:18, 115:17

**explaining** [1] - 127:14

**explanation** [1] - 81:6

**explode** [1] - 15:19

**explodes** [2] - 15:19, 20:13

**exploding** [1] - 117:25

**exploitation** [1] - 49:15

**explosion** [5] - 9:16, 17:2, 43:23, 60:16, 105:2

**explosive** [20] - 4:22, 7:2, 10:19, 13:18, 15:11, 16:10, 40:21, 40:23, 43:3, 43:4, 43:18, 44:1, 51:1, 90:6, 101:11, 101:24, 104:25, 118:3, 118:5, 125:20

**explosively** [5] - 4:22, 13:4, 69:5, 104:19, 104:21

**explosives** [16] - 8:9, 11:1, 12:13, 16:6, 16:9, 16:17, 16:19,

16:20, 26:16, 40:16, 41:1, 47:15, 52:8, 61:8, 63:4, 64:5
**expose** [1] - 24:19
**exposed** [3] - 24:14, 78:18, 103:19
**exposure** [3] - 82:17, 83:7, 94:5
**extensive** [2] - 75:6, 116:6
**external** [3] - 88:1, 88:10, 100:12
**externally** [1] - 100:18
**extreme** [2] - 65:13, 96:14
**extremely** [4] - 40:13, 44:13, 104:22, 105:14
**eye** [3] - 23:10, 23:11, 48:22
**eyewear** [3] - 50:7, 50:13, 50:17

## F

**face** [6] - 11:21, 11:23, 50:12, 75:17, 98:22, 106:4
**fact** [3] - 69:22, 109:6, 124:8
**facts** [3] - 5:11, 70:2, 70:4
**faculty** [1] - 71:25
**Fahrenheit** [4] - 13:21, 13:22, 17:13, 26:17
**fair** [8] - 10:4, 75:3, 75:5, 76:21, 81:14, 87:25, 98:20, 98:23
**fairly** [1] - 69:24
**fall** [2] - 12:6, 106:24
**fallen** [1] - 85:7
**falling** [2] - 91:3, 111:11
**false** [1] - 44:22
**familiar** [1] - 21:18
**Families** [1] - 126:25
**families** [7] - 75:24, 124:25, 125:5, 126:4, 126:8, 126:20, 126:25
**family** [20] - 54:16, 69:7, 70:22, 73:17, 73:23, 74:1, 75:5, 77:22, 85:11, 85:17, 89:4, 89:10, 93:7, 93:19, 97:12, 125:12, 126:16, 126:24
**far** [6] - 15:23, 16:20,

61:1, 90:16, 95:6, 97:13
**Farrell** [1] - 34:22
**fascinating** [1] - 80:1
**fast** [3] - 4:10, 23:10, 59:21
**faster** [3] - 4:12, 17:1, 50:16
**fate** [1] - 85:12
**father** [2] - 89:9, 93:19
**FDA** [5] - 108:4, 108:6, 109:1, 109:14
**FDA-approved** [1] - 109:14
**fear** [2] - 89:13, 90:22
**feature** [1] - 112:9
**features** [1] - 83:19
**Fede** [1] - 107:20
**feelings** [7] - 89:13, 89:14, 89:15, 99:16, 101:6, 110:21, 119:6
**feet** [6] - 13:21, 26:5, 26:10, 58:15, 58:16, 59:21
**fell** [1] - 86:1
**fellowship** [6] - 71:6, 71:13, 71:15, 71:19, 71:23, 76:5
**felt** [7] - 80:25, 84:20, 87:9, 89:9, 100:16, 102:20, 102:21
**few** [11] - 7:20, 22:8, 25:1, 25:2, 55:7, 80:4, 106:2, 108:11, 113:8, 121:6, 124:23
**fewer** [1] - 106:22
**field** [7] - 24:10, 24:15, 71:19, 95:6, 95:7, 95:12, 106:19
**fifth** [1] - 82:7
**fight** [1] - 54:22
**fighter** [8] - 81:5, 84:25, 88:2, 90:15, 97:10, 99:7, 106:3, 109:23
**fighter-related** [1] - 109:23
**fighters** [18] - 74:1, 81:18, 88:6, 91:9, 91:16, 93:1, 94:8, 97:19, 99:2, 99:4, 99:8, 104:11, 108:9, 109:11, 110:6, 118:5, 124:11, 125:11
**fighting** [5] - 55:25, 56:1, 57:12, 57:22, 58:14

**final** [9] - 39:20, 47:10, 52:2, 60:23, 63:7, 66:3, 87:6, 109:16, 123:9
**finally** [5] - 79:8, 93:8, 114:21, 117:11, 123:21
**findings** [2] - 56:13, 78:2, 78:11
**fine** [2] - 127:21, 127:23
**fingernail** [1] - 20:17
**finish** [2] - 3:25, 67:25
**fire** [6] - 7:17, 23:9, 23:11, 57:24, 59:9, 102:22
**fired** [1] - 43:22
**firefighters** [2] - 77:10, 97:5
**firewall** [4] - 14:20, 65:4, 65:7, 65:11
**firing** [2] - 22:10, 58:23
**firm** [1] - 9:1
**first** [29] - 7:6, 7:16, 7:18, 29:15, 33:25, 49:13, 52:19, 70:20, 72:9, 77:3, 80:10, 80:11, 80:21, 82:13, 83:24, 85:1, 91:22, 91:24, 92:9, 92:16, 99:9, 106:25, 114:25, 116:20, 119:15, 119:17, 121:2, 125:6, 126:3
**fist** [1] - 90:5
**fits** [1] - 13:14
**fittings** [1] - 29:11
**five** [12] - 8:23, 9:21, 25:13, 40:14, 52:5, 59:9, 59:16, 86:10, 104:10, 109:14, 114:3
**flap** [1] - 85:7
**flashback** [4] - 86:15, 102:6, 103:4, 103:6
**flashbacks** [3] - 80:23, 93:22, 103:5
**flat** [2] - 46:16, 105:1
**flies** [1] - 14:1
**flight** [2] - 17:23, 17:25
**flooded** [1] - 85:15
**floor** [3] - 14:21, 44:22
**fluid** [2] - 13:25, 29:12
**fly** [2] - 17:8, 20:18
**flying** [1] - 59:5

**foam** [3] - 19:19, 24:17, 30:19
**fob** [1] - 27:10
**FOB** [1] - 28:6
**focus** [2] - 10:5, 113:22
**focused** [3] - 15:11, 77:1, 77:9
**FOIA** [1] - 41:11
**folks** [1] - 59:7
**follow** [1] - 122:6
**followed** [7] - 91:12, 91:14, 91:20, 91:21, 91:25, 112:16, 120:10
**following** [16] - 67:1, 69:1, 70:16, 70:24, 77:20, 78:25, 79:5, 86:10, 88:17, 89:21, 89:23, 95:25, 96:1, 110:7, 119:13, 127:25
**Food** [1] - 108:4
**Football** [1] - 116:18
**football** [1] - 116:19
**FOR** [3] - 1:1, 1:13, 2:4
**force** [3] - 32:13, 41:1, 105:1
**forces** [1] - 43:23
**foregoing** [1] - 129:4
**forgotten** [1] - 81:16
**form** [9] - 16:23, 37:17, 79:2, 81:8, 82:19, 86:12, 93:4, 94:7, 105:12
**formal** [1] - 71:21
**formed** [6] - 4:22, 13:4, 69:5, 76:19, 104:19, 104:21
**forms** [1] - 112:3
**formulation** [1] - 74:24
**forth** [2] - 5:11, 113:8
**forthcoming** [1] - 97:1
**fortunate** [4] - 73:14, 73:20, 80:3, 101:12
**forty** [1] - 91:20, 112:17
**forward** [2] - 3:18, 30:14
**fought** [3] - 84:4, 86:20, 124:13
**foundation** [1] - 66:17
**Foundation** [1] - 71:7
**four** [19] - 7:25, 20:17, 23:6, 25:5, 30:8, 33:3, 40:13, 45:15, 71:3, 79:1,

84:2, 85:21, 91:19, 91:20, 93:15, 96:8, 96:18, 96:20, 97:14
**four-digit** [1] - 25:5
**four-oh** [1] - 91:20
**frame** [1] - 47:3
**frames** [3] - 22:7, 23:12
**Francisco** [19] - 71:16, 71:17, 71:24, 72:1, 72:5, 72:7, 72:10, 72:15, 72:17, 72:23, 73:1, 74:21, 83:22, 86:22, 86:25, 98:14, 102:12, 102:16
**free** [1] - 73:16
**Freedom** [1] - 41:11
**frequency** [2] - 24:25, 27:9
**frequent** [2] - 95:23, 110:11
**frequently** [3] - 93:18, 96:14, 96:25
**Friedman** [2] - 3:10, 109:3
**FRIEDMAN** [143] - 1:14, 3:9, 3:12, 3:16, 4:5, 4:14, 4:16, 5:13, 5:19, 5:20, 6:17, 6:18, 10:8, 10:13, 10:15, 11:8, 11:19, 12:1, 12:2, 12:24, 13:1, 15:9, 15:10, 16:3, 16:4, 18:20, 19:11, 19:12, 21:12, 21:17, 22:1, 22:17, 23:20, 24:1, 24:6, 24:8, 26:25, 27:1, 28:8, 28:24, 29:1, 29:23, 31:4, 31:14, 31:16, 31:17, 32:10, 32:17, 32:18, 33:21, 33:24, 34:4, 34:7, 34:9, 34:13, 34:17, 34:18, 35:12, 35:14, 35:23, 36:1, 36:12, 36:14, 37:2, 37:4, 37:24, 38:1, 38:22, 38:24, 39:18, 39:19, 41:3, 41:6, 41:17, 41:19, 42:4, 42:8, 42:11, 42:13, 42:22, 42:24, 43:7, 43:9, 45:8, 45:9, 46:10, 46:11, 47:8, 47:9, 47:22, 48:3, 48:5, 48:6, 48:16, 48:18, 49:18, 50:20, 50:21, 51:2, 51:3, 51:13, 51:14, 51:24, 52:1, 52:12, 52:18,

54:13, 55:8, 55:10,
57:4, 57:10, 57:17,
57:18, 58:2, 58:3,
59:24, 60:3, 60:5,
60:20, 60:22, 61:10,
61:12, 61:14, 61:17,
61:23, 62:4, 62:19,
62:20, 63:6, 63:11,
63:16, 63:17, 63:22,
63:24, 64:11, 65:1,
65:19, 65:20, 66:1,
66:2, 66:10, 66:15,
66:23
  **friends** [1] - 59:9
  **friendships** [2] -
125:16, 125:24
  **front** [24] - 23:5,
25:11, 28:18, 29:9,
29:13, 29:14, 29:17,
29:25, 30:11, 30:16,
32:4, 32:15, 35:10,
36:3, 39:24, 46:2,
46:4, 53:14, 53:24,
57:1, 65:4, 67:7,
119:8, 125:21
  **fuel** [2] - 57:21, 61:3
  **full** [11] - 4:2, 29:14,
72:3, 75:3, 93:13,
99:18, 99:24, 100:5,
103:21, 112:19, 129:5
  **full-blown** [1] -
112:19
  **fully** [4] - 97:1, 97:7,
100:1, 127:3
  **function** [3] - 93:6,
115:10, 118:25
  **functional** [1] - 76:9
  **functioning** [2] -
122:4, 127:1
  **functionings** [1] -
122:25
  **fundamentally** [2] -
88:21, 110:20
  **funded** [3] - 71:6,
71:15, 73:5
  **funny** [1] - 64:22
  **fuse** [1] - 10:25
  **fused** [1] - 50:13

### G

  **gaining** [1] - 114:4
  **game** [1] - 123:1
  **garage** [1] - 27:10
  **garbage** [1] - 101:24
  **GARY** [1] - 1:13
  **gather** [1] - 55:3
  **gathered** [1] - 55:20
  **gears** [1] - 110:15

  **general** [14] - 70:21,
78:14, 79:8, 89:11,
91:1, 95:6, 95:7,
96:22, 97:3, 98:12,
110:5, 116:9, 119:20
  **generally** [8] - 88:25,
93:25, 95:9, 100:12,
101:5, 111:6, 111:7,
111:8
  **generous** [1] - 73:14
  **genetic** [1] - 104:4
  **gentleman** [1] -
83:20
  **Georgia** [4] - 8:13,
8:15, 8:20, 8:21
  **gift** [1] - 81:23
  **given** [4] - 71:21,
81:6, 81:24, 95:22
  **glass** [5] - 14:21,
14:23, 26:1, 38:10,
38:11
  **glasses** [1] - 50:8
  **goal** [1] - 124:14
  **goggles** [1] - 107:21
  **Gold** [1] - 126:24
  **golden** [1] - 95:19
  **government** [1] -
73:22
  **grade** [4] - 26:11,
39:16, 40:20, 118:3
  **graded** [1] - 14:10
  **graduation** [1] -
70:19
  **graphic** [1] - 83:4
  **great** [10] - 33:1,
66:5, 77:2, 90:9,
93:17, 94:21, 96:2,
105:8, 105:11, 109:21
  **greater** [2] - 6:11,
18:21
  **greatly** [1] - 100:21
  **grenade** [2] - 11:15,
11:21
  **grief** [2] - 127:2,
127:7
  **ground** [1] - 11:2
  **group** [9] - 49:14,
49:19, 90:22, 95:13,
97:5, 98:5, 109:12,
109:25
  **growing** [1] - 125:23
  **guard** [1] - 90:13
  **guarded** [1] - 90:1
  **guess** [1] - 28:16
  **guilt** [9] - 81:10,
85:2, 89:13, 114:16,
124:3, 124:7, 124:17,
124:18
  **guilty** [1] - 89:10
  **gun** [1] - 10:23

  **gunfight** [1] - 59:12
  **gunner** [1] - 38:6
  **gunner's** [1] - 36:17
  **guys** [3] - 15:15,
30:24, 47:7

### H

  **Hackensack** [1] -
1:17
  **Haines** [3] - 41:22,
42:3, 42:4
  **Haines's** [2] - 42:15,
45:11
  **Hake** [1] - 54:17
  **half** [7] - 13:11, 14:3,
25:12, 26:1, 94:16,
94:17, 108:7
  **half-inch-thick** [1] -
13:11
  **hallmarks** [1] -
110:17
  **hallucinating** [1] -
123:15
  **hand** [5] - 35:17,
45:25, 61:21, 86:20
  **hand-to-hand** [1] -
86:20
  **hands** [5] - 81:10,
86:1, 102:24, 106:4,
106:8
  **hangover** [1] -
123:23
  **HANSEN** [1] - 1:15
  **harassment** [1] -
7:17
  **hard** [10] - 17:12,
46:17, 47:5, 64:15,
64:18, 64:19, 90:5,
102:23, 118:6, 121:19
  **hardened** [3] - 18:11,
37:23, 84:24
  **hardest** [1] - 14:8
  **harm** [1] - 112:7
  **harmful** [1] - 122:23
  **hasty** [1] - 59:3
  **haunted** [1] - 81:5
  **haunting** [1] - 81:8
  **HE** [5] - 16:19, 47:16,
52:6, 66:6, 66:7
  **head** [19] - 28:6,
50:19, 59:5, 72:14,
75:5, 116:14, 116:15,
116:16, 116:25,
117:3, 117:10,
117:11, 118:6,
118:24, 119:11,
119:21, 120:10,
120:15, 120:20

  **headaches** [1] -
119:24
  **health** [8] - 72:14,
72:24, 72:25, 75:13,
97:13, 99:5, 99:7,
112:13
  **Health** [2] - 71:7,
73:5
  **hear** [2] - 57:7, 116:8
  **heard** [2] - 42:19,
87:3
  **hearing** [3] - 86:24,
100:19, 116:6
  **heart** [4] - 87:9,
113:5, 114:25, 123:19
  **HEAT** [2] - 43:20
  **heat** [6] - 17:10,
25:10, 26:19, 29:8,
29:9, 32:6
  **heated** [1] - 86:21
  **heavily** [3] - 56:6,
123:18, 123:22
  **heaviness** [1] -
114:7
  **heightened** [1] -
111:25
  **heightening** [1] -
89:12
  **help** [3] - 21:23,
78:5, 99:1
  **helped** [1] - 76:12
  **helpful** [2] - 109:18,
116:7
  **helps** [1] - 108:21
  **Hendersonville** [1] -
4:9
  **hereby** [1] - 129:3
  **hidden** [1] - 101:24
  **hide** [1] - 12:18
  **high** [35] - 13:18,
16:6, 16:9, 16:10,
16:19, 17:10, 20:4,
26:16, 40:16, 40:20,
43:3, 43:4, 43:21,
44:1, 47:14, 47:17,
47:18, 51:1, 52:8,
61:8, 63:4, 64:5,
73:15, 78:10, 79:10,
79:12, 94:4, 94:5,
102:16, 103:23,
104:22, 124:19,
126:4, 127:1
  **high-energy** [19] -
13:18, 16:6, 16:9,
16:10, 16:19, 26:16,
40:16, 40:20, 43:3,
43:4, 43:21, 44:1,
47:14, 47:17, 47:18,
51:1, 52:8, 63:4, 64:5
  **high-functioning** [1]

  - 127:1
  **high-intensity** [1] -
104:22
  **high-level** [1] - 78:10
  **high-quality** [1] -
73:15
  **high-stakes** [1] -
102:16
  **high-velocity** [1] -
104:22
  **higher** [4] - 17:1,
104:10, 104:15, 118:3
  **higher-grade** [1] -
118:3
  **highlighted** [2] -
48:19, 58:4
  **highlighting** [1] -
121:14
  **highly** [3] - 78:18,
103:17, 115:25
  **hijacks** [1] - 121:25
  **himself** [7] - 84:9,
85:23, 89:8, 89:9,
97:18, 101:13, 102:20
  **hire** [1] - 64:17
  **historical** [1] -
119:14
  **history** [9] - 79:24,
79:25, 80:1, 80:2,
80:9, 81:16, 83:5,
95:8, 112:12
  **hit** [3] - 18:1, 47:3,
102:23
  **HME** [4] - 10:25,
12:12, 16:17, 40:23
  **hockey** [1] - 119:14
  **hold** [2] - 13:16, 98:4
  **hole** [7] - 36:5,
45:16, 61:21, 62:10,
62:13, 62:14, 111:12
  **holes** [8] - 9:21,
9:22, 12:9, 29:11,
36:24, 37:20, 45:17,
62:10
  **home** [3] - 24:21,
30:24, 85:13
  **homemade** [4] -
11:1, 12:12, 16:16,
40:23
  **Homer** [1] - 81:18
  **homogenous** [2] -
14:4, 14:7
  **honest** [1] - 97:17
  **Honor** [30] - 3:2, 3:3,
3:9, 3:12, 4:14, 5:13,
5:19, 10:8, 10:13,
24:1, 31:5, 34:14,
41:17, 42:9, 47:24,
48:3, 52:16, 61:14,
66:10, 66:15, 66:23,

67:3, 68:3, 68:4, 70:5, 70:10, 77:17, 77:24, 127:9, 127:12

**HONORABLE** [1] - 1:10

**hood** [1] - 44:21

**hook** [2] - 47:6, 53:9

**hooked** [1] - 56:25

**hope** [2] - 18:16, 109:13

**horrific** [1] - 78:23

**Hospital** [4] - 72:7, 72:15, 83:21, 119:16

**hospital** [3] - 72:16, 72:19, 86:3

**hospitals** [2] - 75:14, 109:4

**hot** [5] - 29:14, 46:18, 86:21, 100:16

**hotter** [2] - 17:2, 50:17

**hours** [1] - 111:9

**house** [1] - 30:25

**housed** [1] - 116:21

**huge** [2] - 59:11, 99:3

**human** [3] - 23:11, 83:8, 105:6

**humans** [1] - 105:10

**humid** [3] - 86:20, 86:21, 100:16

**Humvee** [17] - 14:16, 14:19, 19:20, 19:21, 20:23, 21:3, 28:1, 29:13, 31:23, 36:22, 39:10, 47:6, 53:19, 61:2, 101:9, 105:5, 116:17

**hundred** [2] - 25:2, 53:10

**hungry** [1] - 84:20

**hyper** [1] - 116:2

**hyper-energetic** [1] - 116:2

**hypervigilance** [2] - 90:12, 90:24

**hypomanic** [1] - 115:20

---

## I

**i.e** [1] - 15:24

**ID** [2] - 7:10, 7:15

**idea** [5] - 29:6, 29:24, 81:8, 105:19, 107:23

**identified** [5] - 8:10, 15:17, 52:6, 54:9, 56:16

**identify** [2] - 3:7,

49:7

**identifying** [2] - 58:6, 66:6

**IED** [20] - 4:23, 8:11, 9:6, 10:6, 10:10, 10:18, 10:19, 11:11, 11:13, 12:4, 12:17, 12:18, 19:3, 24:16, 27:14, 37:17, 45:23, 58:6, 59:16, 60:10

**IEDs** [12] - 7:17, 7:19, 8:5, 8:19, 9:4, 10:6, 10:9, 10:16, 13:2, 27:8, 77:15, 94:23

**II** [8] - 15:16, 83:22, 90:14, 97:10, 100:15, 100:20, 117:24, 125:19

**III** [2] - 82:8, 82:9

**Iliad** [1] - 81:17

**ill** [1] - 9:14

**illness** [5] - 75:17, 79:18, 93:9, 93:20, 113:1

**illustrate** [3] - 83:13, 83:19, 102:8

**illustration** [5] - 86:19, 90:14, 96:10, 96:16, 97:9

**image** [8] - 19:13, 19:16, 37:5, 57:11, 57:19, 62:5, 65:2, 65:21

**imagery** [1] - 119:15

**images** [14] - 19:13, 22:13, 36:2, 36:15, 45:13, 51:4, 79:2, 81:1, 81:6, 85:18, 87:21, 89:6, 119:15

**imaginary** [1] - 107:16

**imagine** [1] - 49:2

**imaging** [1] - 95:10

**immediate** [2] - 84:13, 123:20

**immediately** [2] - 102:20, 105:7

**impact** [5] - 69:7, 77:22, 92:4, 125:4, 125:22

**impacts** [1] - 43:22

**implement** [1] - 72:23

**importance** [3] - 17:5, 17:20, 51:18

**important** [14] - 16:10, 39:1, 91:7, 94:2, 95:4, 97:4, 111:6, 113:16, 115:6,

120:22, 121:17, 121:21, 122:24, 125:4

**impress** [1] - 112:24

**imprinted** [2] - 106:5, 106:9

**improvised** [3] - 4:22, 10:19, 118:2

**IN** [1] - 2:8

**inappropriate** [1] - 114:16

**inch** [4] - 13:10, 13:11, 44:5, 62:14

**inches** [4] - 13:9, 13:10, 36:23, 38:12

**incident** [1] - 9:25

**include** [7] - 68:21, 74:5, 78:20, 82:18, 87:7, 118:23, 119:23

**included** [1] - 88:19

**includes** [1] - 114:3

**including** [10] - 75:17, 77:3, 77:11, 81:17, 90:10, 93:13, 108:16, 108:22, 114:2, 114:23

**incoming** [1] - 102:22

**incorrect** [1] - 59:11

**increase** [1] - 108:20

**increased** [1] - 99:16

**increases** [2] - 122:10, 122:11

**indeed** [1] - 69:18

**independence** [1] - 98:5

**indicate** [1] - 31:9

**indication** [1] - 109:1

**indirect** [1] - 116:14

**indirectly** [1] - 82:24

**indiscreet** [1] - 116:3

**individual** [2] - 33:22, 78:21

**individuals** [1] - 78:18

**indoor** [4] - 21:7, 21:10, 22:9, 22:11

**industrious** [1] - 29:6

**infantry** [2] - 49:13, 56:2

**Infantry** [1] - 7:12

**inflict** [1] - 104:24

**influence** [1] - 71:8

**information** [5] - 27:15, 55:3, 55:20, 59:10, 119:1

**Information** [1] - 41:11

**infrared** [1] - 24:20

**inherently** [1] - 15:19

**inhibitors** [1] - 108:19

**initial** [6] - 21:15, 38:3, 38:19, 52:23, 61:18, 63:12

**initiate** [1] - 13:19

**initiated** [4] - 40:3, 62:16, 63:14, 66:8

**initiation** [6] - 25:17, 33:18, 35:8, 47:12, 58:8, 58:9

**injured** [9] - 83:9, 94:23, 101:10, 101:13, 101:14, 117:10, 124:8, 124:10, 124:16

**injuries** [6] - 77:14, 104:18, 105:16, 112:10, 118:4, 119:22

**injury** [22] - 69:1, 77:21, 78:21, 81:9, 82:18, 116:13, 116:20, 116:25, 117:3, 117:7, 117:11, 117:16, 118:20, 118:24, 119:7, 119:11, 119:19, 120:6, 120:10, 120:14, 120:16, 120:20

**inner** [1] - 97:21

**innocuous** [1] - 12:11

**inpatient** [1] - 75:15

**inside** [12] - 12:14, 19:19, 20:20, 22:9, 23:16, 25:25, 26:6, 30:6, 50:11, 65:21, 85:7, 116:21

**installation** [1] - 23:22

**instance** [1] - 28:4

**instantly** [1] - 84:16

**Institute** [4] - 8:14, 8:16, 8:22, 73:4

**insulation** [1] - 24:17

**insurgent** [2] - 44:23, 64:23

**insurgents** [2] - 62:25, 64:7

**intel** [1] - 45:3

**intelligence** [1] - 48:24

**intended** [2] - 11:14, 121:18

**intense** [3] - 86:17, 86:20, 105:3

**intensifies** [2] - 100:11, 101:6

**intensity** [1] - 84:13,

104:22

**intent** [1] - 112:7

**intentionally** [1] - 59:10

**interest** [8] - 77:2, 83:17, 102:9, 110:21, 113:12, 113:18, 113:24, 115:7

**interesting** [4] - 81:3, 117:18, 120:19, 121:5

**interestingly** [1] - 83:23

**interfere** [4] - 79:15, 79:16, 93:5, 115:9

**interferes** [1] - 122:4

**interior** [2] - 22:12, 23:13

**intermittent** [1] - 125:20

**internal** [6] - 54:19, 86:18, 86:23, 87:25, 100:12, 105:13

**internally** [1] - 100:16

**internship** [1] - 70:21

**interpersonal** [1] - 103:25

**intersection** [1] - 101:25

**intervention** [1] - 28:17

**interview** [7] - 94:25, 95:5, 95:16, 95:17, 96:1, 96:6, 96:11

**interviewed** [1] - 55:18

**interviewer** [1] - 95:16

**interviewing** [1] - 83:2

**interviews** [2] - 58:22, 59:8

**intracranial** [1] - 117:12

**introduce** [2] - 80:3, 106:18

**introduced** [1] - 82:8

**introduction** [1] - 116:9

**introductory** [1] - 80:8

**intrusion** [1] - 86:11

**invades** [1] - 121:23

**invasion** [1] - 84:6

**invented** [1] - 21:6

**inverts** [1] - 13:24

**investigating** [3] - 55:14, 56:9, 56:13

**investigation** [6] - 54:16, 54:18, 54:19, 55:6, 55:11, 55:14
**investigator** [2] - 125:3, 126:10
**investigators** [1] - 108:25
**invisible** [3] - 105:20, 105:22, 105:25
**involve** [1] - 78:22
**involved** [7] - 9:6, 49:19, 55:24, 61:7, 63:3, 63:20, 84:5
**involves** [1] - 75:6
**Iran** [3] - 3:6, 32:25, 44:14
**IRAN** [1] - 1:6
**Iraq** [25] - 7:9, 7:11, 7:24, 7:25, 8:4, 9:15, 12:5, 12:7, 14:13, 18:24, 24:11, 32:13, 44:20, 45:2, 73:16, 73:25, 80:19, 101:7, 102:3, 108:10, 117:16, 118:1, 118:9, 126:12
**Iraqi** [1] - 33:17
**ironically** [3] - 80:17, 80:21, 85:4
**irritability** [1] - 119:5
**irritable** [1] - 89:23
**ISLAMIC** [1] - 1:6
**Islamic** [1] - 3:6
**islands** [1] - 84:6
**issue** [1] - 45:20
**issues** [1] - 55:13
**it'll** [4] - 12:21, 17:8, 32:4, 116:7
**Italian** [1] - 70:24
**Italian-Canadian** [1] - 70:24
**item** [2] - 44:17, 96:18
**itself** [16] - 17:22, 20:3, 26:5, 26:19, 29:25, 36:25, 39:10, 43:5, 47:3, 48:15, 50:13, 87:22, 94:6, 96:4, 103:21, 120:14
**IV** [1] - 82:9

### J

**JAMA** [1] - 110:1
**jammer** [1] - 27:23
**jammers** [2] - 27:13, 28:9
**jamming** [1] - 31:25

**Japan** [2] - 84:6, 100:19
**Japanese** [11] - 84:11, 84:15, 84:22, 85:10, 86:25, 87:1, 87:3, 87:4, 87:10, 88:11, 100:19
**Jersey** [1] - 1:17
**jet** [1] - 18:14
**JIEDDO** [1] - 8:17
**job** [5] - 20:5, 49:6, 55:15, 66:5
**joint** [1] - 72:6
**Jose** [1] - 98:15
**Journal** [1] - 110:1
**journal** [1] - 80:11
**journals** [1] - 110:2
**joy** [1] - 89:15
**Judge** [2] - 4:13, 90:20
**JUDGE** [1] - 1:11
**jump** [1] - 92:13
**jumpy** [3] - 79:11, 90:25
**jungle** [3] - 84:8, 84:10, 100:17
**jungles** [2] - 86:20, 86:21
**junior** [1] - 71:25

### K

**KARCHER** [1] - 1:3
**Karcher** [1] - 3:6
**keep** [2] - 34:15, 85:22
**Kevin** [1] - 34:22
**Kevlar** [3] - 20:12, 20:19
**key** [2] - 27:9, 97:16
**keying** [1] - 27:17
**KIAs** [1] - 126:20
**kill** [4] - 30:3, 30:4, 55:22, 112:8
**killed** [13] - 9:21, 54:24, 84:15, 84:18, 84:22, 84:25, 85:6, 89:9, 101:10, 101:14, 105:7, 126:20, 127:2
**killing** [2] - 30:5, 56:3
**kilojoules** [1] - 14:2
**kind** [15] - 12:18, 13:25, 14:24, 20:12, 22:4, 33:12, 54:2, 55:1, 82:15, 89:4, 90:2, 92:17, 105:18, 114:7, 118:18
**kinds** [3] - 78:20,

104:4, 119:20
**kingdom** [2] - 80:17, 80:18
**knife** [1] - 46:18
**knocked** [3] - 116:16, 116:23, 120:14
**knowing** [1] - 122:23
**known** [3] - 57:5, 108:13, 108:14
**knows** [1] - 64:23
**KOLLAR** [1] - 1:10
**KOLLAR-KOTELLY** [1] - 1:10
**Korean** [1] - 81:19
**KOTELLY** [1] - 1:10

### L

**laboratories** [2] - 42:20, 50:22
**laboratory** [2] - 64:2, 95:10
**laboratory's** [1] - 42:25
**lack** [1] - 19:25
**laid** [3] - 11:18, 62:23, 66:17
**lamppost** [1] - 64:23
**language** [5] - 44:11, 86:11, 86:25, 88:11, 100:19
**large** [16] - 10:23, 14:11, 30:11, 37:12, 37:13, 38:15, 44:3, 46:19, 53:1, 58:15, 58:18, 59:20, 61:21, 62:14, 65:24, 102:16
**larger** [6] - 34:3, 34:4, 37:19, 45:15, 45:16, 121:18
**largest** [2] - 75:10, 126:7
**largest-ever** [1] - 126:7
**last** [7] - 79:19, 84:12, 92:11, 93:11, 93:13, 123:25, 124:21
**lastly** [1] - 126:15
**late** [5] - 8:8, 9:19, 76:6, 83:24, 112:17
**late-60s** [1] - 112:18
**launched** [1] - 10:22
**lay** [3] - 44:23, 46:3, 80:18
**layers** [1] - 14:9
**laying** [1] - 18:9
**lead** [3] - 9:11, 9:20, 9:25

**leaden** [1] - 114:7
**leader** [1] - 7:16
**leadership** [1] - 98:25
**leading** [1] - 109:22
**leads** [1] - 60:1
**League** [1] - 116:18
**learn** [2] - 9:25, 82:24
**least** [17] - 21:22, 46:4, 79:19, 86:9, 88:19, 89:23, 91:16, 92:20, 92:21, 92:25, 99:20, 99:21, 103:6, 107:9, 108:9, 108:10
**leave** [5] - 28:6, 28:7, 51:19, 85:5, 124:16
**leaves** [1] - 39:6
**led** [3] - 81:22, 91:9, 109:2
**left** [13] - 8:24, 18:3, 24:9, 24:14, 26:23, 35:17, 37:15, 39:11, 45:25, 49:25, 65:25, 105:15, 124:23
**left-hand** [2] - 35:17, 45:25
**legacy** [1] - 81:21
**lenses** [2] - 50:9
**less** [8] - 16:18, 85:23, 106:22, 109:10, 109:24, 110:5, 110:11, 121:11
**level** [6] - 33:13, 71:8, 78:10, 99:21, 100:4, 120:13
**levels** [1] - 126:4
**lies** [1] - 80:18
**lieutenant** [1] - 7:6
**life** [12] - 78:19, 78:21, 83:14, 85:3, 89:12, 103:18, 111:3, 112:6, 112:25, 114:24, 115:24, 123:20
**life-threatening** [1] - 123:20
**lifelong** [2] - 98:4, 105:16
**lifetime** [8] - 92:3, 104:6, 104:10, 108:8, 112:11, 112:12, 120:20, 127:4
**light** [5] - 25:9, 31:2, 31:8, 32:4, 32:14
**likely** [1] - 94:12
**limbs** [1] - 105:13
**limited** [2] - 45:21, 109:15
**line** [2] - 32:20, 54:8

**liner** [2] - 17:4, 17:19
**liners** [2] - 16:6, 66:5
**lingo** [1] - 112:20
**Lisa** [1] - 129:12
**LISA** [2] - 1:22, 129:3
**listed** [1] - 101:1
**literally** [2] - 26:20, 106:4
**lives** [1] - 32:23
**LLC** [2] - 1:16, 3:10
**local** [1] - 44:20
**locals** [2] - 64:17
**locate** [1] - 80:13
**located** [2] - 41:8, 54:15
**long-range** [1] - 24:24
**longstanding** [1] - 126:21
**look** [20] - 12:9, 32:24, 59:5, 78:12, 79:23, 80:2, 85:5, 86:5, 87:11, 88:12, 89:16, 100:7, 104:13, 104:16, 106:11, 110:13, 113:6, 113:11, 117:19, 122:21
**looked** [2] - 110:2, 110:3
**looking** [12] - 11:10, 19:17, 31:21, 36:5, 37:6, 37:8, 38:2, 42:14, 49:22, 65:3, 65:4, 109:13
**looks** [2] - 15:3, 19:18
**lose** [2] - 126:24, 127:3
**losing** [2] - 114:4, 117:1
**loss** [10] - 105:13, 110:21, 111:21, 113:24, 114:14, 115:7, 120:19, 126:23, 127:2, 127:7
**losses** [1] - 98:10
**loud** [2] - 57:8, 67:24
**love** [2] - 89:15, 93:6
**loved** [1] - 89:10
**loving** [2] - 89:4, 93:19
**low** [1] - 115:7
**lower** [2] - 49:24, 62:13
**loyalty** [1] - 98:5
**luckiest** [1] - 50:8
**lunch** [2] - 127:19, 127:21
**luncheon** [1] -

127:24
**lunged** [1] - 84:13

# M

**M-A-R-M-A-R** [1] - 68:8
**M.D** [2] - 2:6, 67:22
**M1114** [1] - 20:23
**M1151** [1] - 62:6
**ma'am** [13] - 4:3, 18:18, 21:20, 21:24, 28:2, 28:5, 29:21, 34:5, 49:10, 57:7, 59:2, 62:2, 64:14
**MacArthur** [1] - 84:4
**main** [4] - 23:7, 94:25, 101:17, 101:25
**major** [21] - 54:23, 68:24, 73:12, 77:19, 78:11, 81:16, 82:14, 110:15, 110:16, 110:24, 111:16, 111:23, 112:9, 112:15, 112:19, 113:9, 114:22, 114:23, 115:15, 116:17, 125:21
**majority** [4] - 9:2, 77:1, 94:3, 110:19
**majorly** [1] - 116:17
**maker** [2] - 25:4, 32:25
**makers** [1] - 64:16
**male** [1] - 104:10
**malleable** [2] - 17:6, 17:8
**man** [3] - 50:8, 81:4, 91:13
**manage** [1] - 121:12
**managed** [2] - 46:3, 85:22
**Manhattan** [1] - 73:19
**manic** [1] - 115:19
**Manitoba** [2] - 70:16, 70:17
**Manual** [1] - 76:14
**manual** [1] - 82:8
**manufactured** [3] - 52:3, 62:22, 66:4
**March** [3] - 7:11, 47:20, 52:14
**marital** [2] - 125:15, 126:4
**mark** [1] - 64:20
**marked** [4] - 69:17, 70:6, 87:6, 89:20
**markedly** [1] -

113:18
**marker** [2] - 22:25, 64:7
**Marmar** [8] - 2:6, 67:17, 68:8, 77:18, 82:3, 106:13, 122:5, 124:23
**MARMAR** [2] - 67:22
**marmar** [1] - 78:2
**mass** [1] - 104:23
**massive** [1] - 59:8
**material** [3] - 18:11, 21:6, 39:4
**materials** [9] - 9:3, 18:9, 18:25, 21:15, 50:23, 52:22, 64:1, 64:4, 64:9
**Matt** [1] - 109:3
**matter** [3] - 94:20, 97:6, 111:9
**MDD** [1] - 68:24
**mean** [3] - 37:16, 53:16, 103:5
**meaningful** [2] - 79:17, 111:7
**means** [7] - 30:5, 60:10, 82:7, 100:3, 113:2, 114:6, 124:4
**meant** [2] - 112:24, 115:22
**measure** [2] - 95:1, 95:5
**measures** [1] - 51:10
**mechanical** [1] - 19:7
**medical** [18] - 70:17, 70:19, 71:16, 72:4, 72:20, 73:2, 79:18, 80:11, 80:12, 93:9, 93:20, 99:3, 105:9, 108:3, 110:2, 112:25, 115:12
**Medical** [2] - 110:1, 119:16
**medicate** [1] - 122:8
**medication** [5] - 79:19, 93:10, 93:21, 108:2, 121:10
**medications** [7] - 71:8, 108:3, 108:6, 108:16, 108:19, 109:23, 121:7
**Medicine** [2] - 68:17, 70:18
**medicine** [4] - 70:21, 74:10, 95:7
**meditation** [1] - 109:17
**meet** [6] - 86:4, 88:18, 89:22, 99:24,

100:1, 114:2
**meeting** [1] - 100:4, 102:16
**melt** [1] - 17:13
**melts** [1] - 13:22
**member** [3] - 76:10, 126:24, 127:1
**members** [12] - 69:8, 73:17, 73:23, 74:1, 77:22, 89:4, 100:21, 108:18, 124:25, 125:12, 125:13, 126:16
**memories** [9] - 79:3, 79:4, 85:19, 86:13, 87:21, 100:11, 100:25, 101:15, 103:6
**memory** [3] - 91:2, 117:9, 118:25
**men** [10] - 103:17, 103:20, 103:23, 104:5, 104:7, 104:12, 104:14, 108:7, 118:8, 126:11
**Mental** [3] - 71:7, 73:4, 76:15
**mental** [15] - 72:14, 72:24, 75:13, 75:17, 76:17, 78:16, 82:14, 97:13, 98:18, 99:7, 106:19, 112:12, 115:17, 119:3
**mentioned** [5] - 9:5, 16:5, 18:23, 28:12, 120:18
**met** [1] - 110:12
**metal** [5] - 11:2, 11:19, 39:16, 65:10, 65:16
**meters** [3] - 53:10, 60:11
**method** [5] - 43:18, 43:19, 43:25, 44:1, 55:13
**MICHAEL** [1] - 1:15
**microphone** [3] - 3:15, 3:24, 67:6
**mid** [1] - 112:18
**mid-60s** [1] - 112:17
**middle** [1] - 56:21
**Midwest** [1] - 85:14
**might** [8] - 86:18, 87:7, 87:8, 88:7, 90:23, 92:14, 94:21, 124:2
**mild** [1] - 96:13
**miles** [3] - 25:2, 28:12, 57:8
**military** [26] - 8:2, 10:5, 11:14, 23:22,

26:11, 27:2, 28:21, 39:16, 40:20, 53:1, 54:4, 54:10, 54:19, 69:7, 75:5, 75:24, 77:22, 91:18, 97:23, 97:25, 100:21, 104:9, 105:5, 124:25, 126:11, 126:13
**military-grade** [3] - 26:11, 39:16, 40:20
**mill** [1] - 13:13
**millennium** [1] - 126:9
**Miller** [24] - 22:17, 31:5, 32:8, 35:13, 35:24, 36:12, 37:2, 38:23, 41:5, 42:11, 42:22, 47:23, 48:17, 52:13, 55:8, 60:4, 60:20, 61:11, 61:23, 63:6, 63:16, 63:23, 65:19, 66:1
**millimeter** [1] - 84:18
**millimeters** [1] - 23:8
**milling** [1] - 17:20
**million** [1] - 22:7
**mind** [7] - 51:21, 86:13, 87:22, 88:1, 111:1, 119:2, 121:23
**mine** [3] - 15:17, 15:24, 107:19
**minority** [3] - 78:17, 94:8, 119:23
**minute** [1] - 50:11
**miss** [1] - 58:18
**missed** [2] - 59:20, 59:22
**missing** [1] - 46:25
**mission** [1] - 53:21
**missions** [1] - 53:1
**mistaken** [1] - 107:4
**Misznay** [3] - 15:12, 15:15
**Misznay-Schardin** [2] - 15:12, 15:15
**mitt** [1] - 20:13
**mobile** [1] - 24:24
**mobility** [2] - 30:2, 30:4
**model** [4] - 14:16, 18:3, 18:6, 24:9
**moderate** [3] - 94:4, 96:13, 99:21
**modern** [2] - 80:19, 81:9
**modern-day** [1] - 80:19
**modification** [1] - 107:13
**molecular** [1] - 71:8

**moment** [11] - 19:15, 20:25, 23:4, 54:7, 56:8, 84:12, 85:1, 85:15, 85:18, 102:18, 103:6
**moments** [3] - 106:2, 121:6, 124:23
**money** [1] - 23:23
**monitor** [1] - 90:20
**month** [3] - 54:25, 79:20, 92:25
**months** [9] - 18:7, 19:9, 19:10, 30:8, 71:14, 80:4, 94:11, 111:13, 119:22
**mood** [2] - 110:20, 110:21, 111:12, 113:17, 113:23, 115:7, 115:25, 116:3
**moral** [1] - 81:9
**morally** [1] - 89:3
**morbid** [2] - 118:12
**morbidity** [2] - 112:21, 113:2
**Morning** [1] - 128:1
**morning** [11] - 3:1, 3:2, 3:3, 3:9, 3:11, 4:6, 67:2, 67:3, 106:6, 106:7, 123:23
**MORNING** [1] - 1:8
**mortars** [1] - 38:16
**most** [18] - 14:13, 32:22, 74:11, 75:16, 81:3, 89:25, 91:8, 107:1, 108:14, 113:16, 113:17, 115:6, 118:14, 121:10, 121:17, 121:21, 125:4
**mostly** [4] - 77:9, 79:6, 108:16, 119:8
**motion** [2] - 24:21, 32:6
**motor** [3] - 104:2, 117:3, 119:13
**motto** [1] - 99:6
**mounts** [1] - 46:2
**move** [11] - 3:15, 10:9, 12:21, 24:1, 31:12, 66:20, 67:5, 67:7, 67:25, 114:8, 127:17
**moved** [1] - 35:3
**movement** [3] - 25:11, 29:8, 65:13
**moves** [2] - 59:21
**movie** [7] - 19:14, 20:22, 20:24, 21:2, 21:3, 22:18, 23:21
**movies** [1] - 21:5

**moving** [2] - 42:8, 50:16
**MR** [204] - 3:2, 3:3, 3:9, 3:12, 3:16, 4:5, 4:14, 4:16, 5:13, 5:19, 5:20, 6:17, 6:18, 10:8, 10:13, 10:15, 11:8, 11:9, 12:1, 12:2, 12:24, 13:1, 15:9, 15:10, 16:3, 16:4, 18:20, 19:11, 19:12, 21:12, 21:17, 22:1, 22:17, 23:20, 24:1, 24:6, 24:8, 26:25, 27:1, 28:8, 28:24, 29:1, 29:23, 31:4, 31:14, 31:16, 31:17, 32:10, 32:17, 32:18, 33:21, 33:24, 34:4, 34:7, 34:9, 34:13, 34:17, 34:18, 35:12, 35:14, 35:23, 36:1, 36:12, 36:14, 37:2, 37:4, 37:24, 38:1, 38:22, 38:24, 39:18, 39:19, 41:3, 41:6, 41:17, 41:19, 42:4, 42:8, 42:11, 42:13, 42:22, 42:24, 43:7, 43:9, 45:8, 45:9, 46:10, 46:11, 47:8, 47:9, 47:22, 48:3, 48:5, 48:6, 48:16, 48:18, 49:18, 50:20, 50:21, 51:2, 51:3, 51:13, 51:14, 51:24, 52:1, 52:12, 52:18, 54:13, 55:8, 55:10, 57:4, 57:10, 57:17, 57:18, 58:2, 58:3, 59:24, 60:3, 60:5, 60:20, 60:22, 61:10, 61:12, 61:14, 61:17, 61:23, 62:4, 62:19, 62:20, 63:6, 63:11, 63:16, 63:17, 63:22, 63:24, 64:11, 65:1, 65:19, 65:20, 66:1, 66:2, 66:10, 66:15, 66:23, 67:3, 67:14, 67:16, 68:4, 68:6, 68:13, 70:5, 70:10, 70:11, 74:16, 75:1, 77:17, 77:24, 78:1, 78:12, 78:13, 82:1, 82:2, 86:5, 86:6, 87:11, 87:13, 88:12, 88:13, 89:16, 89:17, 92:5, 100:7, 100:8, 103:8, 103:9, 104:16, 104:17, 106:11,
106:12, 110:13, 110:14, 113:6, 113:7, 114:9, 114:11, 115:1, 115:2, 116:4, 116:5, 118:15, 118:16, 120:2, 120:3, 120:25, 121:1, 122:21, 123:6, 123:24, 124:21, 124:22, 127:8, 127:19, 127:21, 127:23
**Muhammad** [1] - 119:16
**multi** [2] - 39:22, 120:1
**multi-tasking** [1] - 120:1
**multi-warhead** [1] - 39:22
**multiarray** [1] - 48:11
**multifunction** [1] - 25:6
**multiple** [9] - 17:25, 40:1, 52:4, 63:20, 75:14, 107:7, 107:10, 107:23, 119:12
**multiple-array** [1] - 63:20
**multitrauma** [1] - 105:12
**must** [4] - 26:16, 92:16, 92:19, 93:8

# N

**naked** [1] - 23:10
**name** [5] - 4:7, 68:7, 71:22, 108:13, 108:14
**names** [1] - 81:14
**narrative** [1] - 84:3
**narrowed** [1] - 30:22
**narrower** [1] - 31:3
**narrows** [1] - 64:18
**nation** [3] - 72:12, 91:10, 98:24
**national** [1] - 99:3
**National** [5] - 73:4, 91:10, 109:3, 116:18, 125:7
**natural** [1] - 104:3
**nature** [4] - 93:23, 104:24, 111:19, 126:21
**nausea** [1] - 119:24
**Navy** [1] - 7:1
**Nazis** [1] - 15:16
**near** [1] - 31:23
**nearly** [4] - 74:1, 84:2, 91:25, 113:17
**need** [15] - 3:14, 3:20, 3:23, 16:23, 21:12, 31:12, 33:15, 46:6, 53:22, 67:20, 67:24, 74:14, 116:23, 120:23, 123:11
**needed** [1] - 72:24
**negative** [9] - 79:6, 79:7, 88:16, 89:6, 89:12, 89:14, 107:5, 111:9, 125:22
**neurocognitive** [5] - 69:1, 77:20, 118:17, 118:19, 120:5
**neurological** [4] - 71:9, 117:13, 120:10, 120:17
**neuropharmacology** [7] - 71:6, 71:7, 71:13
**never** [7] - 12:22, 26:21, 97:13, 98:18, 115:19, 115:25, 127:3
**New** [11] - 1:17, 68:16, 68:17, 72:5, 73:10, 74:20, 74:22, 75:17, 101:17, 101:18, 101:23
**new** [3] - 8:18, 109:13, 109:14
**newer** [1] - 106:21
**news** [1] - 100:18
**next** [28] - 39:5, 66:21, 67:4, 67:15, 68:10, 84:21, 86:5, 87:4, 87:11, 88:12, 89:16, 92:9, 94:24, 100:7, 103:8, 104:16, 106:11, 109:13, 110:13, 113:6, 113:8, 114:9, 115:1, 118:15, 120:2, 121:13, 123:6, 127:17
**night** [3] - 9:3, 56:21
**nightmare** [1] - 95:25
**nightmares** [8] - 80:23, 86:14, 93:18, 93:21, 95:23, 96:1, 96:11, 99:23
**NIH** [1] - 73:4
**nine** [1] - 73:8
**nobody** [1] - 33:9
**noise** [1] - 27:15
**normal** [3] - 39:9, 110:25, 111:1
**normally** [8] - 30:23, 45:19, 47:1, 62:24, 65:24, 90:6, 110:22, 121:24
**north** [2] - 7:22, 17:13
**North** [1] - 1:20
**Northern** [2] - 72:21, 72:25
**note** [4] - 94:3, 95:4, 109:1, 119:14
**notes** [1] - 129:5
**nothing** [5] - 18:16, 24:20, 39:10, 47:12, 47:16
**noticed** [1] - 85:6
**noting** [1] - 48:20
**notwithstanding** [1] - 99:8
**number** [5] - 34:12, 40:10, 40:11, 104:7, 105:16
**NW** [2] - 1:24, 129:14
**NYPD** [3] - 77:4, 77:7, 98:14
**NYU** [9] - 73:13, 73:17, 73:19, 74:1, 75:3, 75:24, 77:5, 77:8, 119:16

# O

**Oakland** [1] - 98:14
**object** [2] - 116:15, 118:7
**objective** [1] - 74:6
**observed** [1] - 45:4
**obstacle** [1] - 25:21
**obviously** [1] - 120:22
**occasion** [2] - 90:3, 102:4
**occasionally** [1] - 26:20
**occur** [4] - 113:4, 113:21, 119:12, 119:21
**occurred** [4] - 9:11, 71:22, 80:14, 96:14
**occurrence** [1] - 115:16
**occurring** [2] - 113:3, 118:12
**occurs** [4] - 78:17, 101:4, 101:5, 117:6
**October** [1] - 41:4
**OF** [3] - 1:1, 1:6, 1:10
**offer** [3] - 5:14, 70:5, 77:6
**offered** [1] - 77:8
**office** [1] - 102:15
**Officer** [1] - 7:5
**officer** [7] - 7:7,
49:20, 54:20, 54:25, 55:5, 55:14, 56:9
**officer's** [1] - 56:13
**officers** [7] - 55:1, 77:4, 77:10, 83:2, 97:5, 97:20, 98:13
**official** [2] - 81:23, 129:12
**Official** [1] - 1:22
**offset** [1] - 30:12
**often** [19] - 32:22, 93:1, 98:3, 98:6, 99:9, 105:2, 105:7, 105:11, 109:7, 111:17, 115:24, 116:23, 116:25, 119:1, 119:5, 122:4, 124:12, 124:17, 127:3
**old** [1] - 81:8
**once** [11] - 8:24, 25:14, 28:13, 28:15, 31:18, 31:20, 46:5, 51:17, 53:23, 124:14
**one** [62] - 8:2, 9:5, 11:24, 13:9, 15:19, 22:5, 23:2, 24:22, 25:12, 28:2, 32:17, 33:5, 33:16, 34:3, 34:11, 38:7, 40:10, 48:22, 58:7, 58:14, 58:17, 59:17, 59:18, 59:25, 60:1, 61:2, 70:23, 72:8, 72:18, 73:18, 75:10, 76:12, 81:3, 84:6, 85:2, 86:9, 88:16, 90:3, 92:20, 93:11, 96:18, 96:20, 99:20, 101:9, 101:17, 105:18, 108:25, 109:20, 110:1, 112:17, 114:18, 115:24, 119:14, 119:17, 119:21, 120:18, 122:6, 126:13, 126:14
**one's** [2] - 81:10, 122:25
**ones** [3] - 107:1, 119:12, 124:18
**oneself** [1] - 82:20
**Ontario** [1] - 71:6
**open** [5] - 4:17, 22:23, 47:5, 62:11, 85:7
**opened** [1] - 72:10
**opener** [1] - 27:10
**operate** [1] - 71:8
**operated** [6] - 11:22, 28:16, 35:10, 40:4, 53:13, 61:6

**Operations** [1] - 8:9
**operations** [1] - 6:25
**operator** [1] - 6:25
**opinion** [1] - 117:15
**opinions** [2] - 69:13, 69:15
**opportunity** [5] - 41:13, 48:7, 51:5, 100:21, 100:22
**opposed** [3] - 17:17, 29:17, 29:25
**opposite** [1] - 114:6
**order** [2] - 88:8, 110:15
**ordinarily** [1] - 99:17
**ordnance** [4] - 7:2, 38:13, 39:9, 39:16
**organic** [1] - 65:8
**organs** [1] - 105:14
**oriented** [1] - 30:14
**originally** [2] - 70:14, 105:1
**orphans** [1] - 85:16
**Osen** [1] - 3:10
**OSEN** [3] - 1:13, 1:16, 3:2
**otherwise** [2] - 67:8, 93:19
**ourselves** [1] - 64:19
**outburst** [1] - 90:7
**outbursts** [4] - 89:24, 93:19, 93:22, 125:20
**outpatient** [1] - 75:13
**outside** [5] - 23:22, 25:24, 39:13, 54:20, 101:8
**over-preoccupies** [1] - 121:23
**overpressure** [3] - 46:24, 47:4, 65:13
**overview** [2] - 74:4, 78:14
**overwhelmed** [2] - 46:14, 107:25
**overwhelming** [2] - 52:6, 107:5
**own** [3] - 9:1, 44:2, 98:21
**Oxford** [1] - 80:5

**P**

**P-I-C-A-T-I-N-N-Y** [1] - 22:3
**P.A** [1] - 1:19
**Pacific** [3] - 84:4, 84:6, 97:10

**pacing** [1] - 114:6
**pack** [2] - 13:17, 50:1
**packet** [1] - 51:4
**packets** [1] - 27:15
**Page** [1] - 5:7
**PAGE** [1] - 2:8
**painful** [3] - 79:4, 81:24, 121:12
**Paint** [1] - 12:4
**paint** [2] - 12:5, 12:12
**panels** [1] - 99:1
**panic** [1] - 106:21
**papers** [1] - 67:6
**paralyzed** [2] - 80:25, 114:20
**parent** [1] - 127:3
**parents** [1] - 127:6
**Paroxetine** [1] - 108:13
**part** [10] - 9:13, 35:21, 36:25, 46:24, 47:14, 65:8, 77:5, 80:7, 103:23, 105:8
**partially** [1] - 122:9
**particular** [2] - 24:16, 94:22
**particularly** [5] - 97:3, 97:22, 109:9, 117:12, 124:12
**parties** [1] - 55:20
**partnership** [1] - 73:21
**party** [1] - 82:25
**pass** [5] - 38:5, 51:19, 57:21, 65:16, 117:5
**passed** [6] - 38:5, 38:6, 38:17, 38:19, 46:18, 54:10
**passenger** [2] - 61:22, 65:23
**passenger's** [1] - 9:21, 65:17
**passengers** [1] - 9:22
**passes** [6] - 13:24, 17:15, 25:11, 39:6, 53:14, 65:14
**passing** [2] - 25:15, 28:18
**passive** [1] - 24:20
**past** [2] - 16:20, 80:4
**patient** [16] - 83:20, 84:14, 85:12, 86:19, 88:5, 89:7, 89:25, 90:14, 93:12, 96:10, 96:16, 97:9, 102:5, 102:10, 123:17
**patients** [5] - 77:13,

95:8, 95:9, 98:12, 117:4
**patriotic** [1] - 98:1
**patrol** [5] - 7:22, 25:3, 28:6, 101:8, 102:3
**patterns** [1] - 64:16
**Paxil** [3] - 108:14, 108:15, 108:18
**pay** [1] - 32:23
**peeled** [1] - 36:10
**peels** [1] - 23:15
**penetrate** [7] - 6:15, 13:6, 14:3, 16:25, 20:10, 41:1, 62:23
**penetrated** [3] - 35:20, 45:17, 63:2
**penetrating** [3] - 17:18, 37:10, 52:4
**penetration** [5] - 14:10, 19:25, 57:14, 62:5, 65:6
**penetrations** [2] - 45:15, 46:13
**penetrator** [1] - 69:5
**penetrators** [4] - 4:22, 13:4, 104:19, 104:21
**people** [38] - 12:9, 49:3, 78:17, 87:3, 87:18, 87:23, 88:7, 89:3, 89:11, 90:9, 94:3, 97:7, 97:25, 99:22, 100:23, 103:4, 105:7, 108:14, 111:1, 111:4, 112:7, 113:4, 114:14, 114:19, 115:23, 115:25, 116:22, 117:2, 117:23, 119:1, 119:11, 119:23, 120:19, 121:10, 122:1, 122:13, 123:22, 124:9
**per** [3] - 13:21, 59:21, 122:17
**percent** [20] - 16:18, 16:21, 73:24, 94:4, 103:16, 103:20, 104:6, 104:11, 108:7, 108:9, 108:10, 110:9, 112:14, 112:16, 118:8, 118:10, 118:11
**perform** [1] - 50:22
**perhaps** [3] - 79:8, 83:12, 104:3
**period** [5] - 71:1, 71:2, 71:3, 71:13, 121:18
**periodic** [1] - 39:4

**persist** [2] - 92:25, 94:11
**persistent** [4] - 75:16, 110:20, 110:21, 115:6
**persists** [1] - 119:22
**person** [41] - 11:23, 32:19, 74:12, 78:24, 79:5, 79:13, 82:24, 83:5, 83:6, 83:8, 86:15, 88:2, 88:18, 88:22, 89:22, 90:6, 92:16, 93:4, 96:5, 97:17, 99:14, 99:19, 100:3, 101:5, 103:7, 105:15, 106:3, 106:8, 107:25, 112:1, 112:6, 114:1, 114:2, 115:13, 116:24, 118:20, 118:23, 120:8, 120:12, 121:19, 121:22
**person's** [2] - 93:5, 115:9
**personal** [3] - 24:24, 56:9, 98:7
**pervasive** [2] - 113:24, 115:7
**pest** [1] - 3:14
**petaling** [2] - 20:1, 23:14
**PETER** [1] - 1:15
**Phantom** [1] - 22:6
**phase** [2] - 25:17, 33:18
**phenomenon** [2] - 79:25, 81:12
**philanthropic** [1] - 73:14
**philanthropy** [1] - 73:21
**phone** [6] - 24:24, 25:25, 31:7, 33:2, 50:2, 53:1
**phones** [2] - 25:23, 27:10
**photograph** [2] - 85:8, 85:9
**photographs** [4] - 35:2, 36:2, 41:21, 66:16
**photos** [1] - 42:8
**physical** [8] - 42:14, 87:6, 87:21, 111:15, 115:12, 118:21, 123:4, 123:13
**physician** [2] - 80:16, 81:4
**physics** [1] - 15:20
**physiological** [1] -

87:7
**Picatinny** [3] - 21:7, 21:10, 22:2
**picture** [2] - 45:25, 85:10
**pictures** [1] - 45:11
**piece** [4] - 26:21, 46:1, 50:9, 64:6
**pieces** [11] - 11:2, 11:19, 23:6, 23:7, 37:9, 37:12, 37:14, 37:19, 48:21, 52:15
**pierce** [2] - 26:11, 105:4
**pierced** [2] - 38:4, 61:21
**pierces** [3] - 16:1, 20:7, 37:13
**piercing** [4] - 11:15, 14:10, 23:17, 38:14
**pile** [1] - 26:4
**piles** [1] - 12:8
**PIN** [3] - 25:5, 33:7, 33:8
**pinkie** [1] - 20:17
**pipe** [3] - 13:8, 13:14, 13:17
**PIR** [45] - 24:19, 24:20, 25:7, 25:16, 26:7, 28:14, 28:15, 28:19, 28:22, 29:3, 29:7, 29:9, 29:15, 30:13, 30:15, 30:17, 30:22, 31:20, 32:2, 32:14, 33:8, 35:9, 40:3, 40:6, 40:9, 40:15, 46:7, 47:13, 48:11, 50:2, 51:9, 52:9, 52:25, 53:11, 53:14, 53:23, 56:25, 59:18, 60:18, 61:6, 62:18, 63:14, 66:8
**place** [16] - 11:1, 12:12, 12:14, 13:16, 26:4, 26:6, 32:24, 33:1, 62:25, 64:8, 64:24
**placebo** [1] - 109:6
**placed** [3] - 9:10, 9:14, 33:5
**placement** [1] - 9:4
**places** [1] - 87:23
**Plaintiff** [2] - 41:22, 42:4
**Plaintiffs** [8] - 1:4, 3:10, 3:13, 5:14, 67:4, 67:16, 70:5, 77:17
**PLAINTIFFS** [2] - 1:13, 2:4
**PLAINTIFFS'** [2] -

3:22, 67:22

**Plaintiffs'** [24] - 2:10, 2:11, 2:12, 4:25, 5:14, 5:17, 11:11, 20:23, 22:22, 24:2, 24:4, 34:19, 35:1, 41:7, 41:9, 41:20, 47:24, 52:19, 54:14, 61:15, 63:9, 65:3, 68:18, 70:8

**planned** [2] - 53:21, 84:5

**planning** [2] - 76:18, 112:5

**plasma** [1] - 15:3

**plastic** [2] - 12:20, 26:18

**plate** [1] - 13:18

**plates** [2] - 18:10, 18:14

**platoon** [1] - 7:16

**platter** [1] - 17:14

**play** [1] - 124:4

**player** [1] - 116:18

**Plaza** [1] - 1:16

**pleasant** [2] - 101:16, 101:18

**pleasure** [3] - 59:4, 89:15, 113:18

**plunged** [1] - 84:14

**PMR** [1] - 27:17

**pocket** [1] - 85:7

**point** [14] - 3:12, 5:13, 9:5, 10:8, 17:11, 57:15, 59:25, 64:18, 66:13, 66:20, 82:6, 83:25, 84:24, 94:15

**points** [3] - 113:13, 122:6, 125:25

**Points** [1] - 113:16

**pole** [1] - 29:13

**Police** [1] - 98:15

**police** [6] - 77:3, 77:9, 83:1, 97:5, 97:19, 98:12

**pool** [2] - 54:25, 55:1

**pop** [2] - 44:12, 45:6

**population** [1] - 121:4

**position** [2] - 44:24, 71:25

**positive** [2] - 89:14, 111:8

**possibly** [2] - 23:23, 49:7

**post** [13] - 58:6, 68:22, 69:4, 71:21, 72:9, 75:18, 77:1, 77:19, 78:15, 78:16, 112:14, 119:10,

119:18

**post-blast** [1] - 58:6

**post-concussive** [2] - 119:10, 119:18

**post-traumatic** [10] - 68:22, 69:4, 71:21, 72:9, 75:18, 77:1, 77:19, 78:15, 78:16, 112:14

**Poster** [1] - 11:11

**poster** [2] - 11:13, 11:20

**potential** [1] - 90:21

**pour** [1] - 68:9

**powder** [1] - 23:16

**power** [6] - 28:14, 28:16, 50:1, 50:2, 52:25, 54:11

**powered** [5] - 35:8, 40:3, 56:25, 61:5, 62:17

**powerful** [4] - 86:12, 102:18, 103:2, 105:14

**PowerPoint** [4] - 5:21, 78:5, 78:7, 78:8

**powers** [1] - 31:20

**practical** [2] - 100:3, 103:14

**practice** [2] - 70:22, 71:14

**preadmitted** [7] - 11:12, 34:21, 41:10, 47:25, 52:20, 61:15, 66:13

**precision** [4] - 52:3, 60:25, 61:20, 74:10

**precision-built** [1] - 52:3

**precision-made** [2] - 60:25, 61:20

**predetermined** [2] - 44:24, 64:8

**predict** [1] - 9:4

**predictable** [1] - 88:24

**prefer** [2] - 98:9, 113:1

**premarked** [2] - 4:25, 20:24

**preoccupation** [1] - 112:4

**preoccupied** [1] - 89:6

**preoccupies** [1] - 121:23

**preparation** [5] - 4:18, 5:22, 18:2, 34:23, 48:8

**prepare** [5] - 4:18, 5:21, 18:5, 69:10,

70:22

**prepared** [3] - 78:2, 78:5, 78:7

**prescribed** [1] - 93:21

**presence** [4] - 43:4, 86:9, 95:1, 97:1

**present** [4] - 43:2, 47:15, 60:1, 96:13

**presentation** [3] - 5:22, 78:5, 78:8

**presented** [4] - 6:5, 55:21, 84:3

**presenting** [1] - 82:10

**press** [1] - 13:12

**Press** [1] - 80:6

**pressed** [1] - 13:13

**pressing** [1] - 18:10

**pretty** [2] - 26:3, 84:24

**prevalence** [1] - 91:8

**prevent** [1] - 14:10

**pride** [1] - 89:15

**primarily** [3] - 72:23, 73:19, 76:22

**primary** [3] - 25:4, 58:6, 70:23

**principal** [1] - 125:3

**printed** [1] - 34:8

**privacy** [2] - 83:17, 102:10

**private** [2] - 71:14, 73:21

**privately** [1] - 84:1

**privilege** [3] - 72:8, 108:24, 125:3

**pro** [1] - 73:15

**problem** [6] - 8:11, 28:22, 99:1, 114:22, 114:23, 115:12

**problems** [13] - 91:1, 91:2, 93:8, 98:17, 99:3, 112:13, 117:9, 118:24, 119:4, 119:25, 123:5, 125:16, 126:4

**proceedings** [3] - 67:1, 127:25, 129:6

**process** [1] - 119:1

**produced** [1] - 129:6

**producing** [1] - 14:2

**professional** [7] - 69:25, 70:13, 96:24, 102:5, 102:10, 102:14, 117:15

**professionally** [1] - 77:14

**professor** [7] - 68:15, 72:1, 72:3,

75:3, 75:21, 127:13

**proffered** [1] - 4:21

**profound** [2] - 125:2, 127:7

**program** [6] - 72:11, 73:12, 74:2, 75:23, 99:6, 107:18

**programming** [1] - 33:13

**programs** [3] - 72:24, 74:3, 75:12

**project** [1] - 105:1

**projectile** [3] - 14:24, 16:24, 23:3

**projects** [1] - 74:5

**proliferation** [1] - 118:2

**prolonged** [1] - 86:17

**promoted** [1] - 72:13

**properly** [2] - 17:7, 51:11

**proposed** [1] - 81:4

**proprietary** [1] - 14:8

**protect** [1] - 22:12

**protection** [1] - 48:22

**protective** [3] - 50:7, 50:17, 105:4

**proud** [1] - 98:15

**provide** [7] - 50:2, 68:18, 69:11, 75:12, 75:24, 78:14, 83:16

**provided** [9] - 41:10, 41:21, 42:19, 43:10, 47:25, 51:4, 54:16, 61:16, 73:25

**provides** [1] - 78:10

**providing** [2] - 73:15, 126:18

**proximity** [1] - 117:24

**psychiatric** [13] - 71:9, 75:7, 75:15, 76:23, 83:23, 97:2, 100:9, 108:3, 108:15, 112:20, 112:25, 113:4, 126:14

**Psychiatric** [2] - 76:11, 76:15

**Psychiatry** [5] - 68:16, 71:11, 72:4, 73:10, 75:4

**psychiatry** [10] - 71:4, 71:14, 72:17, 72:22, 75:11, 75:22, 83:21, 95:6, 95:12, 102:12

**psychological** [3] - 107:1, 107:11, 123:5

**psychosis** [1] - 106:20

**psychotherapies** [1] - 106:25

**PTSD** [90] - 68:22, 73:6, 74:7, 74:12, 75:6, 75:23, 76:1, 76:3, 76:6, 76:10, 76:19, 76:22, 77:21, 79:20, 79:22, 79:24, 79:25, 80:5, 80:8, 80:12, 80:14, 81:15, 81:22, 82:4, 82:8, 82:13, 83:1, 83:6, 83:12, 86:7, 87:15, 88:15, 89:19, 91:5, 91:9, 91:17, 92:7, 92:10, 92:16, 93:13, 94:7, 94:9, 94:15, 94:22, 95:2, 95:17, 96:23, 97:16, 99:11, 99:13, 100:11, 103:12, 103:21, 104:5, 104:8, 104:10, 105:23, 106:14, 106:16, 106:19, 106:23, 108:5, 108:16, 108:22, 109:2, 109:3, 109:11, 109:15, 109:23, 110:5, 110:8, 110:9, 112:2, 112:17, 112:19, 117:23, 118:10, 118:14, 121:7, 121:9, 121:10, 122:12, 122:13, 122:14, 122:15, 123:17, 125:9, 125:11, 125:13

**public** [2] - 73:21, 79:9

**public-private** [1] - 73:21

**publications** [1] - 76:25

**publish** [1] - 80:4

**published** [7] - 22:23, 82:12, 109:25, 110:3, 125:6, 125:7, 126:10

**pull** [4] - 11:20, 44:21, 53:10, 66:14

**pulled** [5] - 44:22, 46:22, 47:2, 49:13, 64:1

**pulling** [1] - 12:20

**pulls** [1] - 32:15

**punch** [6] - 11:17, 15:24, 26:5, 26:8, 30:17, 33:3

punched [2] - 9:21, 36:24
puncture [1] - 46:16
punctured [1] - 40:21
pure [3] - 13:12, 39:5, 42:18
purpose [9] - 10:22, 11:6, 11:14, 13:6, 13:7, 33:4, 66:4, 76:17, 92:3
purpose-built [2] - 13:6, 66:4
purposely [1] - 52:3
purposes [1] - 56:2
pushes [1] - 65:15
put [10] - 10:25, 20:16, 26:6, 29:11, 33:14, 64:12, 64:22, 90:5, 107:3, 107:21
puts [1] - 25:4
PX [2] - 69:17, 70:6

Q

qualified [1] - 93:12
qualify [7] - 10:9, 10:11, 77:23, 78:20, 92:16, 92:24, 116:23
quality [3] - 73:15, 74:20, 116:22
quantitative [3] - 92:7, 103:10, 103:12
quarter [3] - 13:10, 66:20, 91:16
quarter-inch [1] - 13:10
questions [6] - 55:3, 66:11, 67:25, 95:20, 127:9, 127:10
quick [1] - 39:3
quickly [3] - 59:6, 90:10, 119:2
quietly [1] - 84:22
quite [5] - 7:20, 10:16, 94:21, 99:18, 100:4

R

racing [1] - 87:9
radiator [1] - 29:12
RADINE [1] - 1:15
radio [3] - 24:24, 24:25, 27:22
rage [1] - 125:20
rain [1] - 90:11
rain-slick [1] - 90:11

rainy [1] - 90:10
raise [1] - 44:21
ran [1] - 29:12
range [8] - 21:7, 21:11, 22:10, 22:11, 22:12, 24:24, 85:3, 96:17
Ranger [1] - 6:25
ranks [1] - 72:2
raped [1] - 83:3
rarely [1] - 97:10
rate [3] - 20:4, 104:10, 123:19
rated [1] - 96:20
rates [7] - 103:22, 104:5, 104:6, 104:9, 104:13, 104:14
rather [2] - 122:1, 122:25
rating [1] - 96:8
rations [1] - 84:23
RAVEN [1] - 1:15
RAVEN-HANSEN [1] - 1:15
razor [1] - 20:18
RC [1] - 27:4
RDR [3] - 1:22, 129:3, 129:12
RDX [6] - 16:20, 43:2, 47:15, 51:1, 64:10
RE [2] - 16:13, 40:24
reach [5] - 6:8, 16:20, 16:24, 27:16, 52:21
reaches [2] - 26:16, 29:15
react [1] - 20:8
reaction [2] - 85:2, 87:7
reactions [5] - 86:15, 87:21, 93:22, 99:23, 118:22
reactivity [1] - 89:21
read [1] - 58:4
ready [3] - 44:15, 68:12, 127:17
real [1] - 83:14
reality [3] - 89:8, 107:14, 121:8
realizing [1] - 103:2
really [5] - 29:6, 81:21, 81:23, 113:22, 123:13
reason [3] - 59:18, 77:5, 97:22
reasonably [3] - 88:23, 107:8
reasons [1] - 33:4
receive [1] - 73:14

received [2] - 35:2, 54:17
RECEIVED [1] - 2:8
receiving [1] - 27:14
recent [4] - 80:3, 109:25, 123:17, 126:10
recently [1] - 126:6
receptacles [1] - 101:25
recess [2] - 66:25, 127:24
reckless [1] - 90:8
recognize [2] - 77:18, 108:14, 120:24
recognized [1] - 79:8
reconstructed [1] - 107:16
record [4] - 3:8, 4:2, 68:2, 68:7
recover [1] - 60:6
recovered [3] - 42:15, 48:21, 50:23
recreates [1] - 101:5
recruited [1] - 73:9
recur [1] - 93:25
recurrent [3] - 114:21, 123:2, 123:4
red [1] - 41:20
redeployed [2] - 94:11, 98:9
Redirect [1] - 2:3
reexperience [2] - 87:9, 92:21
reexperiencing [1] - 81:1
refer [1] - 14:22
referenced [1] - 79:22
referred [6] - 15:12, 25:17, 27:13, 27:23, 95:18, 117:22
referring [2] - 15:5, 27:4
refers [8] - 82:16, 87:16, 87:25, 88:16, 90:12, 90:24, 99:13, 100:10
refine [1] - 76:19
reflected [1] - 125:25
refused [1] - 87:2
regard [4] - 17:4, 17:19, 20:22, 41:12
regarding [2] - 6:8, 77:19
regime [1] - 12:6
Regiment [1] - 6:25
region [1] - 80:22
regional [1] - 73:2
regrets [1] - 111:3

regulate [1] - 108:22
reimbursement [1] - 76:18
related [7] - 70:21, 73:6, 79:11, 91:17, 109:23, 120:1, 123:9
relations [3] - 90:2, 93:7, 115:10
relationship [2] - 107:24, 122:24
relationships [3] - 79:17, 93:6
relative [3] - 16:13, 16:21, 17:1
relatively [2] - 105:1, 106:21
reliance [1] - 98:5
reliant [1] - 98:16
relief [1] - 85:2
relieve [1] - 123:21
reliving [3] - 79:1, 86:12, 99:15
reluctant [6] - 97:1, 97:7, 97:16, 97:20, 98:6, 98:16
rely [3] - 41:7, 47:24, 52:15
remaining [2] - 115:3, 124:23
remains [1] - 83:8
remember [3] - 99:19, 120:15, 121:21
remembering [1] - 117:9
reminded [3] - 87:20, 100:17, 102:2
reminder [1] - 106:8
reminders [6] - 79:3, 86:18, 87:5, 87:17, 87:24
reminisce [1] - 100:22
reminiscence [1] - 86:1
reminiscences [3] - 86:12, 86:22, 121:12
reminiscing [1] - 88:3
remote [2] - 25:16, 27:6
remotely [2] - 27:7, 40:9
repackage [1] - 118:18
repaired [1] - 127:4
repeated [4] - 83:6, 85:18, 116:18, 122:10
repeatedly [1] - 117:6
replicated [1] - 74:2

report [22] - 4:18, 4:25, 5:1, 5:3, 5:4, 5:7, 5:11, 12:3, 34:19, 34:20, 43:10, 44:11, 48:20, 69:10, 69:13, 69:18, 69:19, 69:21, 70:3, 78:11, 103:11, 106:14
REPORTED [1] - 1:22
reported [2] - 80:21, 101:19
reporter [2] - 21:15, 21:19
REPORTER [3] - 4:13, 21:8, 21:13
Reporter [2] - 1:22, 129:12
reporting [1] - 126:14
reports [1] - 98:21
representative [1] - 91:12
Republic [1] - 3:6
REPUBLIC [1] - 1:6
repurposed [1] - 11:6
request [1] - 41:11
require [2] - 28:17, 82:22
required [4] - 16:24, 22:4, 33:14, 99:17
requires [3] - 29:7, 29:8, 43:18
research [9] - 8:13, 8:16, 8:24, 33:11, 71:23, 73:5, 74:5, 75:12, 91:7
Research [2] - 8:13, 8:15
residence [1] - 4:8
residency [2] - 71:2, 71:12
resident [1] - 71:10
Residue [1] - 38:25
residue [6] - 37:14, 39:1, 39:7, 43:5, 51:15, 51:19
resolve [1] - 28:21
respectfully [1] - 90:4
responders [3] - 77:3, 77:10, 99:9
response [4] - 27:2, 27:12, 41:11, 71:20
responsibilities [3] - 7:14, 72:22, 127:6
responsibility [3] - 75:9, 75:21, 75:23
responsible [2] -

72:20, 75:11
**restaurant** [1] - 90:15
**restaurants** [1] - 87:2
**restless** [1] - 114:5
**restlessness** [1] - 111:17
**result** [6] - 57:24, 81:24, 102:7, 116:14, 116:22, 117:12
**retardation** [1] - 114:6
**retire** [1] - 98:19
**retired** [2] - 83:24, 85:25
**retirement** [1] - 8:12
**retrieval** [1] - 120:1
**returning** [1] - 81:18
**reunion** [1] - 100:20
**reunions** [1] - 100:22
**reuptake** [1] - 108:19
**reveal** [1] - 98:7
**review** [10] - 34:23, 35:4, 41:13, 41:23, 43:10, 45:10, 48:7, 51:5, 55:11, 109:25
**reviewed** [2] - 52:21, 63:18
**revise** [1] - 76:12
**revisions** [2] - 76:8, 82:9
**revisit** [1] - 107:23
**rewards** [1] - 121:25
**RF** [12] - 24:23, 27:11, 28:13, 35:8, 40:3, 47:13, 52:10, 52:25, 53:3, 63:14, 66:7
**RHA** [11] - 14:5, 14:6, 14:7, 14:14, 14:17, 14:19, 14:21, 14:25, 20:11, 36:23, 45:24
**Rhino** [13] - 29:2, 29:4, 29:15, 29:24, 30:15, 30:16, 45:25, 46:2, 46:3, 46:6, 48:12, 51:9, 52:9
**Rhinos** [1] - 30:7
**ribbon** [1] - 99:1
**ride** [1] - 15:7
**right-hand** [1] - 61:21
**ring** [1] - 46:25
**rise** [1] - 100:4
**risk** [5] - 111:23, 111:25, 112:2, 112:3, 124:19
**risks** [2] - 90:9, 90:21

**Rivers** [1] - 80:19
**road** [6] - 12:20, 12:21, 25:21, 28:4, 44:21, 57:2
**roads** [1] - 90:11
**roadside** [2] - 101:11, 118:2
**Robert** [1] - 34:20
**Rock** [1] - 1:20
**rocks** [1] - 64:22
**rod** [1] - 105:3
**role** [4] - 8:24, 48:25, 73:11, 76:2
**roles** [1] - 7:14
**rolled** [2] - 14:3, 14:7
**roof** [7] - 35:21, 36:9, 36:10, 36:15, 36:17, 36:18, 36:21
**Room** [1] - 1:24, 129:14
**room** [3] - 90:18, 90:21, 123:20
**rose** [1] - 72:2
**rotation** [1] - 9:8
**roughly** [9] - 73:8, 91:15, 91:22, 103:19, 104:5, 104:6, 104:14, 118:8, 118:10
**round** [1] - 92:10
**rounds** [1] - 12:13
**RPGs** [2] - 14:11, 58:23
**rubber** [1] - 26:18
**ruler** [1] - 62:13
**run** [1] - 60:14
**rung** [1] - 117:5
**runup** [1] - 84:5
**rupture** [1] - 126:23
**rush** [3] - 4:11, 84:19, 84:21

## S

**sad** [2] - 111:2, 111:5
**Saddam** [1] - 12:6
**sadness** [3] - 89:13, 110:25, 111:1
**safe** [7] - 74:11, 88:24, 90:13, 99:2, 106:23, 107:8, 107:24
**safety** [4] - 33:5, 33:6, 33:7, 107:24
**sample** [1] - 91:13
**San** [20] - 71:16, 71:17, 71:24, 72:1, 72:4, 72:7, 72:10, 72:15, 72:17, 72:23, 73:1, 74:21, 83:22, 86:22, 86:25, 98:14,

102:12, 102:16
**sarcasm** [1] - 33:1
**sat** [2] - 50:4, 84:21
**satisfy** [3] - 99:18, 99:19, 120:9
**Saturday** [2] - 101:16, 101:18
**saw** [7] - 23:19, 25:15, 32:14, 45:1, 55:18, 84:12, 117:5
**scale** [5] - 16:13, 40:24, 95:17, 96:8, 96:20
**scan** [2] - 90:17, 119:18
**scatters** [1] - 17:10
**Schardin** [2] - 15:12, 15:15
**schizophrenia** [2] - 75:19, 115:18
**school** [7] - 7:1, 70:17, 70:19, 71:16, 72:4, 125:17, 125:23
**School** [3] - 7:5, 68:16, 70:17
**science** [1] - 70:15
**scientist** [4] - 8:13, 8:16, 8:24, 33:12
**scopes** [1] - 54:2
**score** [3] - 96:17, 96:19, 98:10
**scores** [2] - 96:21, 96:22
**scout** [2] - 64:15, 64:17
**scream** [1] - 81:1
**screen** [7] - 22:20, 24:17, 45:14, 49:22, 58:5, 62:8, 65:2
**screened** [1] - 73:23
**sea** [2] - 7:1, 7:2
**seal** [1] - 13:14
**sealed** [1] - 90:2
**searing** [1] - 124:17
**seat** [1] - 65:18
**seatbelt** [1] - 90:10
**second** [13] - 7:6, 13:21, 22:7, 23:12, 43:23, 59:21, 92:14, 92:19, 107:10, 107:13, 116:21, 120:12, 126:6
**secondarily** [1] - 77:10
**seconds** [3] - 25:8, 44:25, 53:23
**section** [2] - 65:12, 86:25
**see** [28] - 12:19, 20:1, 22:5, 22:14,

23:1, 23:4, 23:6, 23:10, 23:11, 24:14, 26:2, 26:3, 30:11, 37:14, 45:25, 46:15, 54:1, 59:15, 60:12, 62:8, 62:13, 81:12, 83:1, 88:25, 89:2, 93:25, 112:2, 121:4
**seeing** [8] - 7:17, 22:20, 23:2, 23:9, 23:14, 32:11, 123:14
**seek** [3] - 86:3, 98:18, 99:4
**seizures** [2] - 117:13, 120:18
**selective** [1] - 108:19
**self** [6] - 79:6, 90:8, 98:5, 98:16, 121:10, 122:8
**self-destructive** [1] - 90:8
**self-medicate** [1] - 122:8
**self-medication** [1] - 121:10
**self-reliance** [1] - 98:5
**self-reliant** [1] - 98:16
**Semtex** [1] - 16:20
**sending** [2] - 23:3, 25:14
**sends** [3] - 24:25, 25:12, 28:14
**sense** [7] - 50:5, 61:6, 81:9, 98:22, 114:15, 120:19, 124:7
**sensitive** [1] - 49:15
**sensor** [2] - 24:21, 32:2
**sent** [3] - 64:1, 64:3
**separate** [2] - 65:11
**separated** [5] - 35:21, 36:9, 65:5, 84:8, 84:11
**separates** [1] - 65:8
**separating** [1] - 41:20
**series** [3] - 27:13, 49:24, 95:20
**serious** [7] - 75:16, 75:17, 82:18, 112:10, 116:25, 117:11, 120:17
**serotonin** [2] - 108:19, 108:21
**Sertraline** [5] - 108:12, 108:25, 109:2, 109:5, 109:9
**serve** [6] - 7:24,

68:15, 94:3, 97:24, 97:25, 124:13
**served** [10] - 6:19, 71:10, 72:18, 73:1, 91:13, 101:8, 102:13, 118:9, 124:11, 126:12
**service** [13] - 9:15, 69:7, 72:14, 77:22, 91:18, 92:4, 98:3, 124:24, 125:12, 126:8, 126:11, 127:1
**services** [4] - 12:7, 18:24, 72:25, 99:7
**serving** [2] - 70:24, 108:25
**session** [1] - 128:1
**SESSION** [1] - 1:8
**set** [17] - 5:11, 26:8, 27:8, 32:5, 40:15, 44:17, 48:12, 52:9, 53:24, 56:15, 56:19, 59:19, 60:13, 62:18, 64:16, 113:8, 123:13
**sets** [7] - 11:4, 11:24, 25:13, 30:16, 30:25, 59:19, 120:8
**setting** [2] - 58:9, 70:25
**setup** [1] - 47:13
**seven** [2] - 6:5, 88:19
**several** [9] - 26:10, 52:15, 53:10, 54:23, 57:8, 71:14, 82:12, 98:13, 106:25
**severe** [8] - 78:21, 96:13, 96:17, 105:15, 105:24, 109:11, 110:11, 122:14
**severity** [3] - 95:1, 96:8, 96:12
**sexual** [6] - 82:19, 86:16, 97:6, 103:25, 109:10
**shake** [1] - 106:7
**shaking** [2] - 87:8, 123:14
**Shalev** [1] - 80:9
**shallow** [1] - 17:24
**shame** [1] - 89:13
**shape** [3] - 14:1, 17:7, 19:25
**shaped** [3] - 43:14, 43:15, 43:17
**shared** [1] - 100:24
**sharp** [2] - 20:18, 105:2
**shave** [1] - 106:6
**sheared** [1] - 41:1
**shearing** [1] - 41:1
**shears** [1] - 65:14

**sheet** [2] - 65:10, 65:16
**shell** [3] - 10:21, 10:24, 117:22
**shells** [4] - 9:10, 14:11, 38:15, 117:25
**shift** [2] - 89:12, 110:15
**shock** [1] - 117:22
**shooting** [1] - 49:3
**short** [4] - 71:1, 71:13, 98:20, 122:9
**shot** [1] - 57:2
**Shot** [1] - 20:23
**shotgun** [1] - 17:11
**show** [4] - 19:14, 20:25, 22:17, 107:7
**showed** [1] - 125:8
**showing** [1] - 119:18
**shrapnel** [5] - 20:14, 26:23, 37:1, 38:15, 43:5
**side** [13] - 9:21, 9:22, 23:4, 27:4, 44:21, 61:2, 61:3, 61:21, 65:23, 67:7, 111:15, 116:17, 119:9
**sided** [1] - 34:8
**sidewalk** [2] - 102:21, 102:23
**SIGACT** [2] - 34:19, 48:20
**sight** [1] - 32:20
**signal** [5] - 25:1, 25:25, 27:11, 27:14, 116:25
**signals** [1] - 53:3
**signature** [2] - 5:8, 113:19, 117:16
**significance** [1] - 46:12
**significant** [6] - 25:21, 55:22, 79:15, 93:3, 103:21, 117:7
**signs** [2] - 37:9, 120:17
**silently** [2] - 93:17, 121:11
**similar** [4] - 50:1, 61:25, 74:3, 104:14
**simple** [3] - 31:1, 116:11, 116:12
**simpler** [1] - 113:1
**simplest** [1] - 107:3
**simply** [9] - 38:17, 53:11, 76:16, 81:15, 86:11, 92:23, 108:20, 113:2, 123:10
**simulate** [3] - 31:5, 107:16, 107:20

**single** [2] - 34:8, 80:15
**single-sided** [1] - 34:8
**sit** [2] - 5:10, 90:17
**site** [5] - 49:15, 58:20, 58:21, 64:3, 80:19
**sites** [1] - 72:11
**sits** [2] - 50:3, 60:10
**sitting** [3] - 27:17, 56:18, 90:20
**situation** [6] - 53:20, 53:21, 83:9, 86:17, 102:22, 103:3
**situations** [5] - 87:23, 90:13, 101:10, 102:2, 123:2
**six** [4] - 6:4, 6:8, 13:9, 89:23
**sixth** [1] - 63:7
**size** [1] - 34:7
**sizes** [1] - 18:13
**skull** [1] - 116:21
**slammed** [1] - 90:5
**sleep** [2] - 93:18, 95:24
**sleeping** [3] - 114:4, 114:5, 119:25
**sleeplessness** [1] - 111:17
**slick** [1] - 90:11
**slide** [34] - 11:10, 12:3, 19:13, 29:2, 31:21, 32:17, 38:25, 63:25, 65:19, 81:13, 86:5, 87:11, 88:12, 89:16, 92:9, 94:24, 100:7, 101:1, 103:8, 104:16, 106:11, 107:12, 110:13, 113:6, 113:17, 114:9, 115:1, 118:15, 120:2, 122:17, 123:6, 123:25, 124:21, 125:25
**Slide** [55] - 6:17, 10:14, 11:8, 12:1, 12:24, 15:9, 16:3, 19:11, 24:7, 26:25, 28:24, 31:11, 32:8, 35:12, 35:23, 36:13, 37:2, 37:24, 38:22, 39:18, 41:4, 42:11, 42:22, 43:7, 45:8, 46:10, 47:8, 47:22, 48:16, 50:20, 51:2, 51:13, 51:24, 52:12, 55:9, 57:4, 57:17, 58:2, 60:3, 60:21,

61:10, 61:23, 62:19, 63:6, 63:16, 63:22, 64:11, 66:1, 78:12, 79:23, 82:1, 116:4, 120:25, 122:18, 122:21
**slides** [2] - 113:8, 121:13
**Slides** [1] - 113:12
**slightly** [1] - 62:23
**slow** [7] - 4:11, 21:9, 21:22, 74:14, 74:15, 74:18, 74:19
**slowed** [1] - 119:2
**slowly** [1] - 20:6
**slug** [6] - 13:24, 16:1, 17:23, 35:20, 44:4, 48:21
**sluggishness** [1] - 111:18
**slugs** [6] - 17:25, 38:7, 40:1, 42:16, 42:19, 64:5
**small** [7] - 5:25, 12:13, 23:6, 37:20, 41:20, 56:12
**smaller** [5] - 37:9, 44:6, 45:17, 45:18, 46:20
**smell** [2] - 120:19, 120:21
**smells** [1] - 120:24
**snatch** [1] - 47:7
**so-called** [2] - 99:11, 126:16
**sobering** [1] - 110:7
**soccer** [1] - 123:1
**social** [2] - 12:6, 122:24
**society** [3] - 89:4, 103:24, 114:23
**software** [1] - 9:3
**soldier** [6] - 56:18, 84:15, 84:22, 87:10, 116:16
**soldier's** [3] - 48:22, 85:6, 85:11
**soldiers** [14] - 8:19, 12:19, 15:7, 27:12, 29:18, 30:6, 54:21, 54:24, 56:2, 96:25, 100:20, 105:10, 105:17, 117:24
**solve** [1] - 119:3
**someone** [10] - 19:2, 25:2, 32:23, 64:12, 78:22, 82:20, 89:7, 112:24, 113:22, 119:21
**Somers** [1] - 1:19

**sometimes** [12] - 15:12, 90:2, 91:2, 97:20, 111:13, 111:18, 114:5, 117:8, 119:22, 120:17, 123:14, 126:19
**somewhat** [3] - 109:23, 110:10, 110:11
**somewhere** [2] - 44:5, 103:19
**son** [2] - 85:11, 85:12
**soon** [1] - 79:21
**sophisticated** [6] - 35:7, 42:1, 47:11, 52:24, 62:22, 63:14
**sophistication** [1] - 33:13
**sorry** [8] - 21:8, 23:5, 31:11, 31:14, 33:1, 55:25, 111:22, 122:5
**sort** [2] - 83:13, 116:8
**sound** [1] - 14:1
**sounds** [2] - 60:9, 122:7
**source** [2] - 35:8, 109:21
**sourcing** [1] - 18:9
**space** [3] - 24:11, 45:20, 45:21
**speakers** [1] - 88:11
**speaking** [3] - 74:22, 80:20, 87:3
**speaks** [1] - 109:6
**Special** [1] - 8:9
**special** [2] - 6:24, 18:10
**specialty** [1] - 8:5
**specific** [6] - 10:21, 22:11, 27:19, 79:14, 82:15, 103:10
**specifically** [5] - 6:15, 7:25, 108:12, 112:5, 124:19
**speed** [2] - 20:4, 74:22
**speeds** [1] - 16:24
**spell** [2] - 21:14, 21:22
**spelling** [2] - 21:12, 22:2
**spend** [1] - 67:9
**spent** [3] - 10:2, 70:23, 112:25
**spirits** [1] - 81:7
**splintered** [1] - 38:4
**sports** [2] - 117:2, 119:12

**spotter** [2] - 32:22, 54:10
**spouse** [1] - 127:5
**spouses** [4] - 125:8, 125:10, 126:11, 126:13
**spray** [3] - 24:17, 24:19, 30:19
**squared** [1] - 62:10
**SSRIs** [1] - 108:20
**stable** [1] - 17:16
**stack** [2] - 20:11, 64:22
**stacked** [1] - 44:6
**staff** [2] - 72:16, 72:19
**stakes** [1] - 102:16
**stamped** [1] - 65:9
**stand** [5] - 3:13, 3:19, 67:19, 67:20, 74:23
**standalone** [1] - 109:18
**standard** [2] - 45:24, 95:19
**stands** [1] - 43:20
**Star** [1] - 126:25
**stars** [1] - 117:5
**start** [8] - 3:25, 13:8, 16:9, 33:22, 49:9, 67:25, 116:12, 123:23
**started** [4] - 7:16, 9:1, 30:12, 125:19
**starting** [2] - 4:10, 72:8
**startled** [4] - 79:11, 90:25, 93:22, 99:23
**state** [9] - 4:7, 4:8, 68:7, 79:9, 95:15, 97:21, 111:1, 111:5, 111:9
**STATES** [2] - 1:1, 1:11
**States** [5] - 1:23, 6:20, 60:12, 97:23, 129:13
**stateside** [1] - 54:21
**Stateside** [1] - 94:12
**station** [1] - 7:6
**statistic** [1] - 110:7
**Statistical** [1] - 76:14
**staying** [1] - 91:3
**steel** [29] - 13:8, 13:11, 13:17, 14:8, 17:12, 17:15, 18:12, 20:2, 20:5, 20:7, 20:8, 20:9, 20:15, 23:15, 26:19, 35:22, 37:10, 37:12, 37:14, 37:19, 37:23, 38:20, 45:17,

46:15, 47:4, 51:20, 65:15
**stenographic** [1] - 129:5
**step** [3] - 3:20, 55:23, 67:18
**steps** [1] - 55:16
**sticking** [1] - 30:11
**still** [13] - 10:3, 19:9, 19:10, 26:11, 29:20, 30:19, 46:3, 46:15, 50:17, 58:23, 110:9, 110:12, 111:6
**stimulus** [1] - 100:10
**stolen** [1] - 54:22
**stone** [1] - 54:9
**stood** [1] - 85:5
**stop** [5] - 14:23, 31:20, 38:14, 50:10, 87:4
**stopped** [2] - 30:5, 50:17
**stopping** [1] - 38:13
**stops** [1] - 23:17
**store** [1] - 29:10
**straight** [3] - 3:15, 51:17, 67:8
**street** [2] - 93:10, 93:20
**streets** [1] - 101:18
**stress** [13] - 68:22, 69:4, 71:20, 71:21, 72:9, 73:13, 75:18, 77:1, 77:3, 77:19, 78:15, 78:16, 112:14
**stressed** [1] - 100:23
**stressful** [2] - 78:19, 103:17
**stressor** [1] - 82:15
**stretch** [1] - 20:6
**strike** [4] - 35:15, 36:7, 40:7, 59:25
**strikes** [2] - 17:17, 20:7
**striking** [1] - 21:3
**strong** [3] - 121:20, 122:7, 126:25
**stronger** [1] - 16:21
**struck** [9] - 19:22, 22:14, 35:17, 36:3, 40:6, 46:8, 57:12, 58:17, 63:1
**structure** [1] - 127:20
**structured** [1] - 95:15
**struggle** [1] - 127:2
**struggling** [3] - 81:10, 84:1, 125:22
**stuck** [1] - 29:13

**studied** [3] - 93:25, 98:13, 126:10
**studies** [2] - 98:13, 125:4
**studio** [1] - 22:9
**study** [23] - 71:7, 71:20, 80:15, 83:11, 91:8, 91:9, 91:12, 91:15, 92:4, 93:11, 93:24, 94:14, 106:20, 109:2, 109:4, 109:5, 112:11, 112:12, 125:6, 126:3, 126:7, 126:8, 126:9
**Study** [2] - 91:11, 125:7
**studying** [1] - 70:15
**style** [1] - 45:6
**subclinical** [1] - 100:2
**subject** [1] - 94:20
**subjectively** [1] - 89:9
**subjects** [3] - 10:12, 68:21, 77:23
**submitted** [2] - 5:1, 69:18
**subsequent** [1] - 66:18
**subsyndromal** [1] - 100:2
**subthreshold** [3] - 99:11, 99:13, 100:2
**successful** [1] - 102:13
**sudden** [1] - 84:19
**suddenly** [3] - 84:10, 86:15, 123:18
**suffer** [2] - 121:10, 121:11
**suffered** [2] - 97:15, 118:10
**suffering** [13] - 83:25, 93:3, 93:17, 94:12, 97:8, 97:11, 98:7, 99:10, 99:22, 100:4, 104:8, 125:9, 126:21
**suicidal** [5] - 112:3, 112:4, 112:5, 112:7, 114:24
**suicide** [5] - 111:23, 111:25, 114:22, 124:19
**suit** [1] - 102:24
**Suite** [2] - 1:17, 1:20
**summarize** [7] - 74:6, 88:21, 92:13, 92:14, 103:11, 103:14, 125:2

**summarized** [1] - 92:20
**summary** [2] - 78:10, 126:19
**sunny** [1] - 101:18
**supporting** [1] - 7:23
**supposed** [1] - 63:2
**surgery** [1] - 70:21
**surgical** [1] - 72:20
**surprise** [1] - 80:13
**surprising** [1] - 94:3
**surprisingly** [1] - 81:9
**survivability** [1] - 10:3
**survive** [4] - 8:18, 101:12, 105:11, 105:15
**survived** [2] - 59:8, 109:10
**surviving** [3] - 69:4, 77:21, 127:5
**survivor** [2] - 82:21, 107:15
**survivor's** [3] - 124:3, 124:7, 124:18
**survivors** [4] - 77:12, 97:6, 107:21
**Suspension** [1] - 37:6
**suspension** [1] - 37:22
**sustain** [1] - 112:10
**sustained** [4] - 77:14, 113:23, 113:24, 119:21
**swear** [2] - 3:20, 67:20
**sweating** [2] - 87:8, 123:14
**sweaty** [1] - 100:16
**swerve** [1] - 12:21
**SWORN** [2] - 3:22, 67:22
**symptom** [3] - 87:6, 95:22, 99:20
**symptomatology** [1] - 91:4
**symptoms** [42] - 76:9, 78:25, 79:1, 79:11, 79:14, 79:15, 83:1, 86:10, 88:19, 89:23, 92:20, 92:21, 92:24, 92:25, 94:10, 94:18, 96:4, 96:9, 96:13, 96:19, 97:16, 99:15, 99:16, 99:20, 100:11, 103:21, 110:11, 110:23, 111:18, 113:19,

114:3, 114:18, 115:5, 115:6, 115:8, 115:11, 117:13, 119:20, 120:1, 120:19, 122:17, 123:13
**syndrome** [2] - 71:20, 119:10
**synonyms** [1] - 100:3
**Syria** [1] - 80:16
**system** [15] - 25:18, 33:6, 33:7, 33:18, 44:15, 47:12, 52:8, 53:9, 56:15, 58:8, 58:9, 62:16, 81:23, 82:11, 122:1
**systems** [1] - 44:14

**T**

**Tab** [10] - 34:1, 34:10, 35:1, 41:8, 41:17, 48:3, 54:15, 56:12, 61:14, 63:9
**tab** [5] - 34:12, 41:16, 41:20, 48:2, 56:12
**table** [5] - 39:5, 49:25, 90:4, 90:5, 90:16
**tabs** [1] - 13:16
**tall** [1] - 58:15
**tank** [8] - 15:17, 15:25, 43:19, 43:22, 43:24, 57:21, 61:3
**tanks** [2] - 11:16, 56:4
**tantalum** [1] - 39:3
**target** [6] - 12:16, 14:2, 15:23, 18:1, 32:21, 58:18
**targeted** [1] - 103:24
**targeting** [1] - 22:25
**tasked** [2] - 6:4, 8:10
**tasking** [1] - 120:1
**TBI** [19] - 69:2, 74:12, 75:18, 76:1, 105:23, 116:7, 116:9, 116:10, 116:11, 116:13, 116:24, 117:1, 117:16, 117:19, 117:21, 117:22, 118:11, 118:12
**TBIs** [2] - 119:1, 119:7
**TC** [2] - 61:22, 65:17
**teaching** [2] - 62:25, 112:25
**team** [6] - 44:19,

48:24, 58:6, 58:10, 58:19, 98:8
**teammates** [3] - 101:13, 124:14, 124:16
**teams** [4] - 49:4, 49:13, 49:17, 60:6
**tear** [2] - 20:6, 20:19
**teardrop** [1] - 14:1
**tears** [1] - 17:24
**Tech** [2] - 8:13, 8:20
**technical** [2] - 112:23, 115:21
**Technical** [2] - 8:15, 8:21
**technologies** [4] - 4:23, 8:17, 8:18, 10:6
**technology** [3] - 10:10, 122:4, 45:23
**techs** [1] - 23:24
**telephone** [1] - 24:25
**telltale** [2] - 25:25, 37:9
**temperatures** [1] - 26:16
**ten** [6] - 25:5, 33:3, 44:5, 62:14, 109:4, 109:14
**ten-digit** [2] - 25:5, 33:3
**ten-inch** [2] - 44:5, 62:14
**tend** [1] - 105:24
**tends** [1] - 29:16
**Tennessee** [2] - 4:9, 9:1
**term** [4] - 40:25, 117:22, 122:9, 122:10
**terms** [9] - 79:22, 93:15, 93:17, 100:3, 103:15, 106:16, 107:4, 112:23, 113:1
**terrible** [2] - 85:16, 85:18
**terrified** [1] - 84:18
**terror** [1] - 81:1
**terrorism** [1] - 77:12
**Test** [1] - 20:23
**test** [2] - 95:1, 95:13
**tested** [2] - 21:7, 42:18
**testified** [1] - 34:22
**testifying** [1] - 42:5
**testimony** [14] - 4:19, 5:22, 18:2, 34:24, 48:8, 66:18, 68:19, 68:21, 78:9, 98:21, 116:6, 116:7, 116:9, 126:15
**tests** [7] - 74:7, 74:8,

95:10, 95:12

**text** [3] - 48:19, 58:4, 80:4

**textbook** [1] - 80:3

**that'll** [1] - 67:13

**THE** [116] - 1:1, 1:10, 1:13, 2:4, 3:1, 3:4, 3:5, 3:11, 3:14, 3:17, 3:19, 3:20, 3:23, 4:3, 4:10, 4:13, 5:16, 10:11, 18:16, 18:18, 18:19, 21:8, 21:10, 21:13, 21:14, 21:18, 21:20, 21:21, 21:24, 22:21, 22:24, 24:3, 27:25, 28:2, 28:3, 28:5, 29:20, 29:21, 31:12, 31:15, 32:8, 33:23, 34:3, 34:5, 34:6, 34:11, 34:15, 41:16, 41:18, 42:3, 42:6, 42:10, 48:2, 48:4, 49:9, 49:10, 49:11, 49:12, 52:17, 53:15, 53:18, 53:19, 53:20, 53:25, 54:1, 54:5, 54:7, 54:12, 57:5, 57:7, 57:9, 58:24, 59:2, 59:13, 59:15, 59:23, 61:25, 62:2, 64:12, 64:14, 66:12, 66:19, 66:24, 67:2, 67:5, 67:10, 67:12, 67:15, 67:18, 67:19, 67:20, 67:23, 68:3, 68:9, 68:11, 68:12, 70:7, 74:14, 74:15, 74:18, 74:20, 74:23, 77:23, 91:19, 91:20, 92:2, 92:3, 122:22, 123:8, 127:10, 127:12, 127:13, 127:15, 127:17, 127:20, 127:22

**theater** [4] - 8:20, 84:5, 84:7, 97:10

**themselves** [11] - 49:5, 83:3, 83:9, 88:8, 88:23, 89:2, 89:6, 92:23, 112:8, 125:14

**theory** [1] - 81:4

**therapist** [1] - 107:24

**therapy** [8] - 107:2, 107:3, 107:6, 108:1, 110:4, 110:8, 121:7, 121:8

**there'll** [1] - 13:10

**there're** [1] - 22:8

**therefore** [1] - 31:24

**Thereupon** [2] - 66:25, 127:24

**they've** [3] - 11:18, 98:10

**thick** [3] - 13:11, 38:10, 38:12

**thin** [1] - 65:16

**thinking** [11] - 88:3, 88:6, 88:22, 92:22, 107:4, 112:4, 112:5, 114:17, 114:24, 118:21, 118:23

**thinks** [2] - 79:5, 88:17

**third** [3] - 82:24, 91:16, 104:7

**thoughts** [12] - 47:10, 52:23, 61:18, 63:12, 66:3, 79:2, 85:18, 87:20, 99:15, 99:24, 112:4, 114:21

**thousand** [2] - 25:2, 98:13

**thousands** [1] - 72:25

**threat** [2] - 78:21

**threatened** [1] - 82:17

**threatening** [1] - 123:20

**three** [24] - 8:2, 20:17, 23:6, 30:8, 34:10, 38:12, 40:12, 44:6, 44:19, 45:17, 46:4, 46:19, 52:5, 85:21, 92:11, 96:17, 104:9, 104:15, 112:3, 112:18, 120:8, 121:13, 123:9, 126:13

**through-and-through** [1] - 38:9

**throw** [1] - 29:9

**thyroid** [2] - 115:13, 115:14

**tight** [1] - 13:14

**tightly** [1] - 13:14

**Tigris** [1] - 80:18

**Timothy** [1] - 3:5

**TIMOTHY** [1] - 1:3

**tiny** [1] - 39:6

**tiring** [1] - 101:21

**titled** [5] - 11:11, 12:3, 20:22, 37:5, 38:25

**TNT** [3] - 16:22, 43:2, 64:10

**today** [14] - 4:15, 4:19, 5:10, 5:23, 6:6, 34:24, 42:5, 48:8, 75:8, 76:23, 78:3,

80:20, 101:9, 118:13

**together** [7] - 19:8, 33:14, 42:7, 59:19, 66:14, 100:20, 100:23

**tolerance** [1] - 123:10

**tolerate** [1] - 87:5

**tolerated** [1] - 107:8

**tone** [1] - 25:6

**tons** [1] - 22:12

**took** [6] - 19:9, 19:10, 29:10, 29:12, 51:11, 85:9

**tooled** [1] - 18:12

**top** [2] - 11:16, 110:2

**topic** [1] - 98:25

**topics** [5] - 69:11, 69:14, 70:21, 78:6, 87:23

**torch** [1] - 46:17

**tore** [1] - 102:23

**Toronto** [8] - 70:20, 70:24, 70:25, 71:3, 71:11, 71:14, 71:15

**total** [6] - 44:15, 96:3, 96:4, 96:19, 96:21, 114:3

**touch** [4] - 93:11, 124:3, 126:1, 126:15

**touched** [1] - 113:10

**tour** [2] - 7:18, 100:17

**tours** [3] - 7:24, 7:25, 8:1

**towards** [4] - 48:13, 51:11, 79:6, 93:19

**towers** [1] - 53:2

**track** [1] - 34:16

**Trade** [1] - 107:20

**trade** [2] - 108:13, 108:14

**traffic** [1] - 9:20

**tragedy** [1] - 105:8

**train** [2] - 8:19, 123:12

**trained** [6] - 33:15, 49:1, 49:4, 49:14, 71:3, 95:16

**training** [9] - 6:22, 7:3, 8:9, 19:3, 30:10, 62:24, 71:2, 71:5, 71:12

**TRANSCRIPT** [1] - 1:10

**transcript** [2] - 129:5, 129:6

**transmitted** [1] - 27:11

**transparent** [2] - 14:22, 38:6

**transport** [2] - 103:3, 105:5

**transported** [2] - 44:18, 102:6

**trapped** [1] - 117:25

**trash** [5] - 12:7, 12:8, 12:18, 24:16, 26:4, 26:6

**trauma** [8] - 77:11, 89:2, 101:6, 103:7, 106:5, 106:9, 107:9

**traumas** [2] - 100:25, 104:4

**traumatic** [27] - 68:22, 69:1, 69:4, 71:21, 72:9, 73:13, 75:18, 77:1, 77:3, 77:19, 77:20, 78:15, 78:16, 79:2, 79:13, 88:9, 88:17, 96:4, 99:14, 103:18, 104:1, 107:15, 112:14, 117:7, 118:20, 119:15, 120:5

**traumatized** [12] - 81:18, 87:18, 88:2, 88:7, 88:22, 88:25, 89:5, 89:11, 90:9, 98:3, 99:4, 109:24

**travel** [1] - 71:2

**traveling** [1] - 26:10

**travels** [1] - 105:3

**treat** [3] - 109:7, 115:14, 122:15

**treated** [3] - 91:6, 94:1, 102:11

**treating** [1] - 115:14

**treatment** [17] - 73:6, 73:13, 74:11, 75:25, 76:18, 103:1, 106:14, 106:16, 106:19, 107:13, 107:14, 108:2, 108:5, 109:22, 110:10, 121:9

**treatments** [11] - 106:22, 106:24, 107:1, 107:11, 109:8, 109:15, 109:17, 109:19, 121:6, 121:8, 122:16

**tree** [1] - 54:9

**trench** [1] - 117:25

**trial** [4] - 6:5, 94:20, 124:2

**TRIAL** [1] - 1:10

**trials** [2] - 107:7, 110:4

**tried** [1] - 62:11

**tries** [2] - 27:14, 121:20

**trigger** [14] - 11:22, 25:17, 28:17, 28:18, 52:8, 60:16, 87:24, 100:9, 100:10, 101:4, 101:5, 102:7, 102:18, 103:2

**triggered** [9] - 40:9, 63:15, 86:24, 87:5, 100:15, 100:18, 100:24, 102:2, 104:25

**triggering** [1] - 106:8

**triggers** [7] - 86:17, 87:7, 87:20, 100:11, 101:2, 106:2, 106:5

**trip** [1] - 101:20

**Triple** [1] - 10:22

**triple** [2] - 84:8, 86:21

**triple-canopy** [2] - 84:8, 86:21

**Trojan** [2] - 81:17, 81:18

**trouble** [5] - 117:9, 119:6, 119:25, 120:1

**troubled** [2] - 80:23, 91:17

**truck** [5] - 20:18, 20:20, 61:22, 65:17, 102:17

**true** [5] - 101:2, 103:4, 103:6, 129:4, 129:5

**try** [6] - 59:7, 59:8, 64:16, 83:17, 90:16, 121:11

**trying** [3] - 15:16, 74:10, 86:13

**tube** [1] - 10:22

**tungsten** [2] - 43:21, 43:23

**turn** [33] - 5:3, 20:14, 23:19, 28:13, 30:14, 31:9, 31:11, 41:3, 44:10, 47:20, 52:12, 52:14, 52:16, 53:1, 53:11, 54:14, 61:13, 63:7, 64:18, 79:21, 82:1, 90:22, 92:9, 94:24, 103:8, 115:1, 116:4, 118:15, 120:2, 120:25, 123:6, 123:25, 124:21

**turned** [5] - 12:8, 28:6, 31:24, 32:2, 52:10

**TURNER** [6] - 1:18, 1:19, 3:3, 127:19, 127:21, 127:23

**turning** [6] - 28:15, 29:22, 31:19, 33:22,

39:23, 40:5
**turns** [7] - 13:24,
13:25, 17:14, 20:15,
20:16, 32:13, 44:2
**turret** [2] - 11:17,
36:17
**twice** [2] - 61:2,
103:23
**twist** [1] - 47:4
**two** [46] - 15:15,
18:7, 19:7, 19:9,
19:10, 19:13, 23:2,
29:7, 29:11, 31:6,
31:8, 32:12, 33:4,
36:23, 40:11, 44:6,
44:19, 54:21, 56:2,
59:16, 59:22, 60:13,
62:10, 73:18, 75:9,
85:21, 88:19, 89:23,
91:21, 92:21, 99:20,
100:12, 105:19,
108:2, 108:6, 108:12,
108:23, 110:3,
111:10, 113:2, 114:2,
115:22, 125:4, 125:25
**tying** [1] - 42:6
**type** [5] - 43:17,
44:17, 102:6, 107:2,
107:13
**types** [5] - 38:13,
75:9, 100:12, 107:10,
115:22

## U

**unable** [1] - 114:8
**unconscious** [1] -
116:24
**uncontrollable** [1] -
89:1
**uncovered** [1] - 45:3
**under** [11] - 81:13,
82:4, 84:4, 86:8,
87:15, 88:15, 89:19,
92:10, 93:13, 95:12
**underestimate** [1] -
99:9
**undergone** [1] - 82:9
**undergraduate** [1] -
70:15
**underneath** [1] -
102:21
**underreport** [1] -
99:9
**understood** [1] -
112:20
**undertaken** [1] -
99:4
**unfortunately** [3] -

20:15, 112:6, 114:21
**UNGAR** [58] - 1:14,
67:3, 67:14, 67:16,
68:4, 68:6, 68:13,
70:5, 70:10, 70:11,
74:16, 75:1, 77:17,
77:24, 78:1, 78:12,
78:13, 82:1, 82:2,
86:5, 86:6, 87:11,
87:13, 88:12, 88:13,
89:16, 89:17, 92:5,
100:7, 100:8, 103:8,
103:9, 104:16,
104:17, 106:11,
106:12, 110:13,
110:14, 113:6, 113:7,
114:9, 114:11, 115:1,
115:2, 116:4, 116:5,
118:15, 118:16,
120:2, 120:3, 120:25,
121:1, 122:21, 123:6,
123:24, 124:21,
124:22, 127:8
**Ungar** [2] - 106:2,
113:15
**uniform** [1] - 85:6
**unipolar** [1] - 115:23
**unit** [9] - 7:10, 9:9,
9:19, 54:20, 55:4,
84:9, 84:11, 85:5,
101:14
**united** [1] - 1:23
**UNITED** [2] - 1:1,
1:11
**United** [4] - 6:20,
60:12, 97:23, 129:13
**units** [1] - 49:13
**university** [3] -
73:17, 73:22, 75:14
**University** [14] -
1:16, 68:16, 70:15,
70:17, 70:20, 71:3,
71:11, 71:15, 71:17,
71:24, 71:25, 73:10,
80:5, 107:19
**unknown** [1] - 58:8
**unnecessary** [1] -
90:9
**unpredictable** [1] -
89:1
**up** [42] - 3:15, 3:20,
9:23, 10:2, 11:21,
14:13, 22:7, 25:3,
27:17, 28:21, 31:20,
32:4, 38:12, 44:17,
49:4, 49:12, 67:8,
67:11, 67:18, 72:2,
81:14, 83:10, 85:5,
86:9, 87:20, 87:24,
88:19, 89:23, 94:4,

100:24, 102:2,
102:23, 105:5, 106:7,
108:9, 122:6, 123:19,
124:1, 124:2, 125:23
**up-armored** [3] -
9:23, 14:13, 105:5
**upper** [3] - 35:17,
61:21, 62:10
**upset** [1] - 90:3,
95:25
**upsetting** [2] - 95:24,
96:15
**upward** [1] - 36:10
**urban** [1] - 70:25
**US** [7] - 25:3, 28:21,
43:19, 53:1, 54:3,
54:10, 55:5
**useful** [1] - 39:9
**useless** [2] - 15:1,
15:3
**uses** [5] - 16:14,
39:16, 43:20, 107:15

## V

**VA** [7] - 72:10, 72:17,
72:23, 73:1, 73:19,
109:4, 109:5
**validated** [1] -
106:23
**value** [2] - 98:22,
100:21
**values** [1] - 98:4
**vanquished** [1] -
81:7
**variable** [1] - 119:9
**variety** [1] - 110:22
**various** [1] - 113:21
**vary** [1] - 96:21
**VAs** [2] - 73:18
**Vehicle** [1] - 37:6
**vehicle** [71] - 9:11,
9:12, 9:20, 9:23, 15:6,
17:17, 17:18, 25:15,
26:8, 28:2, 29:17,
29:25, 30:2, 30:5,
30:18, 32:14, 35:16,
36:3, 36:6, 36:16,
36:18, 37:22, 38:8,
39:8, 39:13, 39:23,
40:7, 40:19, 40:22,
42:15, 44:20, 45:22,
46:2, 46:8, 46:21,
47:3, 47:16, 48:12,
50:11, 51:15, 52:7,
53:14, 53:24, 54:23,
55:24, 55:25, 56:1,
56:5, 56:6, 57:12,
57:19, 57:22, 57:24,

58:15, 58:17, 59:25,
61:3, 62:18, 63:1,
64:1, 64:3, 65:8,
65:10, 65:22, 66:7,
104:2, 105:5, 117:3,
119:13
**vehicles** [3] - 14:9,
14:13, 14:14
**velocity** [2] - 104:22,
105:3
**verify** [1] - 95:9
**versus** [1] - 3:6
**veteran** [8] - 80:22,
83:22, 98:12, 100:15,
101:8, 121:4, 124:4,
125:19
**Veterans** [4] - 72:7,
72:15, 83:21, 91:10
**veterans** [31] - 69:4,
72:10, 72:20, 72:24,
73:16, 73:23, 76:25,
77:2, 77:9, 77:21,
81:25, 91:6, 92:8,
93:25, 94:15, 94:22,
97:3, 97:4, 99:2,
103:13, 109:6,
109:24, 110:5, 110:6,
110:9, 112:10,
112:13, 112:16,
112:18, 125:9, 126:5
**veterans'** [1] - 98:21
**vice** [1] - 72:3
**vice-chairman** [1] -
72:3
**victim** [9] - 11:22,
11:23, 28:16, 28:18,
35:10, 40:4, 53:13,
61:6
**victim-operated** [6] -
11:22, 28:16, 35:10,
40:4, 53:13, 61:6
**victims** [2] - 103:25,
107:9
**video** [1] - 22:4
**Vietnam** [22] - 81:14,
81:19, 81:22, 81:25,
91:10, 91:14, 91:16,
94:14, 102:13,
102:22, 108:10,
112:11, 112:13,
112:16, 112:18,
117:19, 125:7, 125:9,
125:10, 126:3, 126:4
**view** [2] - 26:7, 88:23
**views** [1] - 79:6
**vigilant** [1] - 79:10
**violence** [5] - 82:18,
82:19, 103:25, 104:1,
125:15
**violent** [1] - 90:6

**virtual** [2] - 107:14,
121:8
**virtually** [1] - 81:16
**visible** [3] - 105:20,
105:21, 105:25
**vision** [4] - 9:3,
56:22, 119:24
**visit** [1] - 76:18
**visiting** [1] - 9:19
**visits** [1] - 75:13
**vitae** [1] - 69:23
**vivid** [1] - 103:5
**voice** [2] - 67:24,
74:7
**volts** [1] - 25:12
**volunteer** [2] - 97:25,
124:12
**vomiting** [1] - 119:25
**VR** [2] - 107:15,
108:1
**vs** [1] - 1:5

## W

**WADE** [1] - 3:22
**Wade** [3] - 2:5, 3:13,
4:9
**wait** [3] - 4:1, 53:16,
54:3
**walk** [5] - 30:24,
32:4, 53:12, 82:3,
120:4
**walked** [1] - 124:18
**wall** [2] - 84:15,
90:17
**wandering** [1] - 84:9
**war** [54] - 27:8, 69:7,
74:1, 77:22, 81:5,
81:18, 84:7, 84:24,
88:2, 88:6, 91:9,
91:16, 91:23, 92:1,
92:4, 93:1, 94:4, 94:8,
94:15, 97:19, 99:2,
99:4, 99:7, 99:8,
99:24, 100:25, 101:7,
101:12, 101:13,
102:19, 104:10,
104:13, 105:10,
105:20, 105:21,
105:23, 106:3, 108:9,
109:11, 109:23,
110:6, 112:12,
112:17, 117:2, 118:5,
119:12, 124:11,
124:13, 124:24,
125:4, 126:7, 126:11
**War** [22] - 15:15,
81:14, 81:19, 81:20,
81:22, 83:22, 90:14,

91:14, 91:17, 97:10, 100:15, 100:20, 102:13, 108:10, 117:19, 117:21, 117:23, 117:24, 125:11, 125:19

**warfare** [5] - 27:22, 49:14, 49:19, 49:20, 117:25

**warhead** [15] - 23:7, 38:3, 38:4, 39:22, 44:2, 44:5, 45:16, 46:19, 58:14, 58:17, 59:20, 60:1, 62:14, 62:22, 65:4

**warheads** [21] - 25:15, 30:17, 30:18, 32:12, 38:15, 40:1, 44:6, 44:7, 44:8, 45:18, 46:4, 46:7, 46:8, 46:20, 48:13, 51:10, 52:4, 52:5, 59:15, 59:16, 63:4

**warning** [1] - 84:10

**wars** [6] - 73:25, 81:17, 108:11, 117:17, 118:1, 118:9

**Washington** [3] - 1:6, 1:25, 129:14

**watch** [1] - 54:2

**watchful** [1] - 90:12

**watching** [2] - 79:10, 100:18

**water** [5] - 3:23, 18:14, 29:14, 67:23, 68:9

**waves** [2] - 91:22, 118:5

**ways** [3] - 67:13, 79:6, 125:10

**weakness** [1] - 98:7

**weaknesses** [1] - 122:11

**weapon** [5] - 13:6, 20:20, 43:21, 51:21, 84:14

**weaponry** [1] - 39:15

**weapons** [5] - 39:8, 48:24, 104:22, 104:23, 118:3

**wear** [1] - 23:17

**week** [1] - 85:21

**weeks** [3] - 50:4, 111:13, 119:22

**weigh** [1] - 94:21

**weighs** [1] - 22:12

**weight** [1] - 114:4

**weld** [2] - 13:16, 13:18

**well-built** [1] - 42:1

**well-conducted** [3] - 95:15, 107:7, 110:4

**wheel** [2] - 39:24, 57:3

**white** [2] - 23:15, 32:14

**whole** [2] - 9:12, 67:10

**WIAs** [1] - 126:16

**wide** [1] - 40:2

**widow** [1] - 85:16

**wife** [2] - 85:11, 85:12

**WILLIAM** [1] - 1:14

**William** [1] - 3:9

**wind** [1] - 67:8

**window** [1] - 30:22

**Winnipeg** [2] - 70:16, 70:18

**wire** [13] - 24:23, 33:7, 40:12, 53:8, 53:9, 56:16, 60:6, 60:11, 60:15, 61:5, 62:16, 62:17, 101:8

**wires** [2] - 31:6, 31:8

**wish** [1] - 98:1

**WIT** [5] - 48:20, 48:23, 49:13, 49:16, 55:19

**withdrawal** [4] - 121:20, 123:10, 123:13, 123:22

**Witness** [1] - 127:16

**witness** [9] - 3:18, 3:19, 4:21, 10:9, 67:4, 67:15, 67:19, 77:18, 127:18

**WITNESS** [37] - 3:19, 3:22, 4:3, 18:18, 21:10, 21:20, 21:24, 22:21, 22:24, 28:2, 28:5, 29:21, 34:5, 49:10, 49:12, 53:18, 53:20, 54:1, 54:7, 57:7, 59:2, 59:15, 62:2, 64:14, 67:19, 67:22, 68:3, 68:11, 74:15, 74:18, 74:23, 91:20, 92:3, 122:22, 123:8, 127:12, 127:15

**witnessed** [2] - 9:16, 82:23

**WITNESSES** [1] - 2:4

**witnesses** [1] - 66:21

**witnessing** [1] - 78:22

**woman** [1] - 91:13

**women** [12] - 103:17, 103:20, 103:23, 103:24, 104:3, 104:6,

104:13, 104:15, 108:8, 109:9, 118:9, 126:12

**wood** [1] - 11:19

**word** [1] - 120:1

**words** [1] - 91:21

**workaholics** [1] - 88:8

**world** [8] - 79:7, 80:5, 80:22, 88:23, 88:25, 103:22, 107:16, 110:2

**World** [12] - 15:15, 81:19, 83:22, 90:14, 97:10, 100:15, 100:20, 107:20, 117:21, 117:23, 117:24, 125:19

**worldwide** [2] - 121:5, 121:9

**worse** [3] - 86:2, 112:1, 122:12

**worth** [1] - 113:13

**worthlessness** [1] - 114:16

**wound** [1] - 38:3

**wounded** [1] - 126:17

**wounds** [8] - 104:24, 105:19, 105:20, 105:21, 105:22, 105:25

**wrapped** [1] - 25:24

**writing** [1] - 80:2

**written** [2] - 80:11, 80:16

**wrote** [1] - 80:8

### Y

**yards** [2] - 25:2, 26:2

**year** [4] - 70:23, 72:18, 75:13, 110:3

**years** [27] - 7:21, 8:23, 19:6, 49:11, 71:4, 72:6, 72:17, 73:8, 77:4, 77:8, 80:15, 81:5, 82:12, 85:23, 91:14, 91:21, 91:22, 91:25, 93:1, 94:13, 94:16, 94:17, 94:18, 109:14, 111:14, 112:17, 119:23

**yesterday** [2] - 34:22, 35:3

**York** [8] - 68:16, 68:17, 72:5, 73:10, 74:22, 101:17,

101:18, 101:23

**Yorker** [1] - 74:20

**Yorkers** [1] - 75:17

**young** [4] - 29:6, 120:23, 123:3, 127:3

**yourself** [1] - 3:7

### Z

**zero** [4] - 96:8, 96:20, 96:21, 109:5

**Zoloft** [3] - 108:13, 108:15, 108:18

**zone** [11] - 69:7, 77:22, 92:4, 100:25, 102:19, 104:13, 105:10, 112:12, 124:24, 126:7, 126:11