UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------x
TIMOTHY KARCHER, et al.,            :
                                    :   Case No. 16-cv-232 (CKK)
                        Plaintiffs, :
                                    :
            -against-               :
                                    :
ISLAMIC REPUBLIC OF IRAN,           :
                                    :
                        Defendant.  :
-------------------------------------------------------x
```

## PLAINTIFFS' RESPONSE TO THE COURT'S MARCH 5, 2019 MINUTE ORDER

In response to the Court's March 5, 2019 Minute Order, which directed Plaintiffs to propose a schedule to (1) address the issue of Plaintiffs whose claims appear to have been brought outside the limitations period set forth under the Foreign Sovereign Immunities Act, and (2) ensure that each factual assertion in the Proposed Findings of Fact and Conclusions of Law ("Proposed Findings") is followed by a record citation, Plaintiffs propose filing additional briefing addressing the limitations issue and submitting hard copy and hyperlinked versions of the revised or updated Proposed Findings by March 22, 2019.

If the Court's schedule permits a very brief telephone conference in the next few days, Plaintiffs would welcome the opportunity to obtain further guidance concerning the Court's preferences regarding record citations and corrections and possible incorporation of the supplemental briefing on the statute of limitations issue into the "updated" Proposed Findings.

Dated: March 8, 2019
Hackensack, New Jersey

                              Respectfully submitted,

                              **OSEN LLC**

By:   /s/ Gary M. Osen
       Gary M. Osen (DC Bar No. NJ009)
       Ari Ungar (DC Bar No. NJ008)
       Aaron Schlanger (DC Bar No. NJ007)
       Michael J. Radine (DC Bar No. NJ015)
       William A. Friedman (DC Bar No. NJ012)
       2 University Plaza, Suite 402
       Hackensack, NJ 07601
       (201) 265-6400

       TURNER & ASSOCIATES, P.A.
       C. Tab Turner
       4705 Somers Avenue, Suite 100
       North Little Rock, AR 72116
       (501) 791-2277

       Attorneys for Plaintiffs