UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------------x
TIMOTHY KARCHER, *et al.*,                :
                                          :
       Plaintiffs,                       :
                                          :    **Case No. 16-cv-00232 (CKK)**
-against-                                 :
                                          :
ISLAMIC REPUBLIC OF IRAN,                 :
                                          :
       Defendant.                        :
                                          :
------------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that William A. Friedman, formerly of OSEN LLC, withdraws his appearance on behalf of plaintiffs in the above-captioned matter and hereby requests that no further ECF notices be given or required of him in the action, and that no documents or other pleadings in the action he served upon him.

All other counsel from OSEN LLC who have appeared on behalf of plaintiffs will remain in this action.

Dated: July 5, 2019
       Hackensack, NJ

                                              /s/ William A. Friedman
                                              William A. Friedman (DC Bar No. NJ012)
                                              OSEN LLC
                                              2 University Plaza, Suite 402
                                              Hackensack, NJ 07601
                                              (201) 265-6400
                                              (201) 265-0303 Fax
                                              wfriedman@osenlaw.com

                                              Attorneys for Plaintiffs