UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIMOTHY KARCHER, *et al.*,
    Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,
    Defendant.

Civil Action No. 16-232 (CKK)

**ORDER**
(September 10, 2019)

For the reasons set forth in the accompanying Memorandum Opinion, the Court shall **GRANT** default judgment against Defendant Islamic Republic of Iran as to the claims of Plaintiffs Evan Kirby, Marvin Thornsberry, and Johnny Washburn.

**SO ORDERED.**

Dated: September 10, 2019

                                            /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge