# Exhibit A

# Consolidated Expert Report
# of
# Col. (Ret.) Kevin Lutz

Submitted on December 11, 2019

*Timothy Karcher, et al. v. Islamic Republic of Iran*
**Case No. 16-cv-00232 (CKK)**

*Kelli D. Hake, et al. v. Bank Markazi Jomhouri Islami Iran, et al.*
**Case No. 17-cv-00114 (TJK)**

# TABLE OF CONTENTS

Attacks are listed by their corresponding number in the Amended Complaint. A few locations have been updated based on evidence acquired after the Amended Complaint was filed.

| | | |
|---|---|---|
| 1. | June 28, 2009 Attack – Baghdad | 1 |
| 5. | July 3, 2005 Attack – Baghdad | 5 |
| 6. | July 27, 2005 Attack – Baghdad | 7 |
| 8. | September 28, 2005 Attack – Umm Qasr | 12 |
| 9. | October 6, 2005 Attack – Baghdad | 17 |
| 10. | February 18, 2006 Attack – Baghdad | 22 |
| 11. | February 26, 2006 Attack – Baghdad | 26 |
| 12. | March 13, 2006 Attack – Baghdad | 32 |
| 13. | April 1, 2006 Attack – Baghdad | 39 |
| 14. | April 12, 2006 Attack – Misiab | 43 |
| 15. | April 25, 2006 Attack – Baghdad | 51 |
| 16. | May 5, 2006 Attack – Mahawil | 56 |
| 17. | May 14, 2006 Attack – Baghdad | 66 |
| 18. | June 5, 2006 Attack – Misiab | 73 |
| 19. | June 8, 2006 Attack – Al Kut | 85 |
| 20. | June 9, 2006 Attack – Ad Diwaniyah | 87 |
| 21. | October 17, 2006 Attack – Baqubah | 94 |
| 22. | October 23, 2006 Attack – Baghdad | 100 |
| 23. | November 2, 2006 Attack – Baghdad | 105 |
| 25. | November 13, 2006 Attack – Baghdad | 112 |
| 26. | November 26, 2006 Attack – Baghdad | 118 |
| 27. | December 3, 2006 Attack – Baghdad | 126 |
| 28. | December 10, 2006 Attack – Baghdad | 131 |
| 29. | December 30, 2006 Attack – Baghdad | 137 |
| 30. | December 31, 2006 Attack – Baghdad | 144 |
| 31. | December 31, 2006 Attack – Baqubah | 153 |
| 32. | January 18, 2007 Attack – Kadamiyah | 158 |
| 34. | January 22, 2007 Attack – Baghdad | 162 |
| 35. | January 25, 2007 Attack – Baghdad | 170 |
| 37. | March 20, 2007 Attack – Baghdad | 176 |
| 38. | March 23, 2007 Attack – Nasiriyah | 183 |
| 39. | March 31, 2007 Attack – Diwaniyah | 188 |
| 40. | April 6, 2007 Attack – Baghdad | 192 |
| 41. | April 13, 2007 Attack – Al Imam | 198 |
| 42. | April 15, 2007 Attack – Baghdad | 206 |
| 43. | April 16, 2007 Attack – Baghdad | 210 |
| 44. | April 29, 2007 Attack – Baghdad | 217 |
| 45. | May 3, 2007 Attack – Baghdad | 223 |
| 46. | May 3, 2007 Attack – Musayyib | 227 |
| 47. | May 6, 2007 Attack – Baghdad | 234 |
| 48. | May 6, 2007 Attack – Baghdad | 245 |

49.    May 8, 2007 Attack – Salman Pak.........................................................................254
50.    May 11, 2007 Attack – Iskandariyah..................................................................265
51.    June 2, 2007 Attack – Baghdad ...........................................................................273
52.    June 5, 2007 Attack – Kirkuk ..............................................................................286
53.    June 14, 2007 Attack – Scania ............................................................................296
54.    June 21, 2007 Attack – Baghdad .........................................................................301
55.    June 29, 2007 Attack – Baghdad .........................................................................309
56.    July 6, 2007 Attack – Baghdad ............................................................................319
57.    July 6, 2007 Attack – Baghdad ............................................................................324
58.    July 17, 2007 Attack – Baghdad ..........................................................................326
59.    December 1, 2007 Attack – Baghdad ...................................................................335
60.    January 6, 2008 Attack – Baghdad ......................................................................344
61.    March 17, 2008 Attack – Baghdad ......................................................................353
64.    March 29, 2008 Attack – Baghdad ......................................................................363
65.    March 30, 2008 Attack – Adhamiyah ..................................................................367
67.    March 31, 2008 Attack – Baghdad ......................................................................371
70.    April 7, 2008 Attack – Baghdad ..........................................................................378
72.    April 12, 2008 Attack – Iskandariyah .................................................................386
73.    April 21, 2008 Attack – Basra .............................................................................394
76.    August 4, 2008 Attack – Baghdad .......................................................................398
77.    August 26, 2008 Attack – Sadr City ....................................................................406
79.    September 4, 2008 Attack – Baghdad ..................................................................411
81.    December 28, 2008 Attack – Sadr City ................................................................418
82.    January 10, 2009 Attack – Baghdad ....................................................................427
83.    January 18, 2009 Attack – Baghdad ....................................................................437
84.    April 22, 2009 Attack – Baghdad ........................................................................442
85.    May 16, 2009 Attack – Najaf...............................................................................455
87.    June 28, 2009 Attack – Baghdad .........................................................................462
89.    September 8, 2009 Attack – Bayji .......................................................................469
90.    April 27, 2010 Attack – Khalis ...........................................................................475
92.    July 7, 2011 Attack – Baghdad ...........................................................................487
93.    November 14, 2011 Attack – Baghdad.................................................................494

**June 28, 2009 Attack – Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the June 28, 2009, attack that wounded Lieutenant Colonel ("LTC") Timothy Karcher involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) PSD/CDR/2-5 CAV IVO (ROUTE GOLD): 3 CF WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  Event Storyboard titled "28 1128C JUN 09 EFP ATTACK ON CF IN ADHAMIYAH," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **d.**  CEXC Report No. 25880-09 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.  Summary of Attack**

        At approximately 11:28 a.m. on June 28, 2009, LTC Karcher's personal security detail ("PSD"), a convoy consisting of four vehicles, was traveling south on Route Miller when the second vehicle, LTC Karcher's MRAP, was struck by a multi-array EFP from the west side of the street.[1] The explosion sent slugs through the MRAP's engine block and the front passenger door, severely injuring both of LTC Karcher's legs.[2] LTC Karcher would eventually require above-the-knee amputations of both legs.

    **4.  Attribution**

        **a.  The SIGACT Report**

        The SIGACT report lists the "IED Type" as "EFP" and contains a description of the device as a "four array, copper lined EFP, approximately six to eight inches in diameter, contain[ing] a total of 70-80 lbs of U[nidentified] B[ulk] E[xplosive] and . . . command wire initiated."[3] The

---

[1]      IED Report at 4.

[2]      *Id.*; SIGACT Report at 7-8.

[3]      SIGACT Report at 3.

report also notes that LTC Karcher's MRAP caught fire following the EFP attack, and that the multi-array EFP sent slugs "through [the] passenger door and . . . through the engine block."[4]

The report also contains an EOD assessment that slugs from the multi-array EFP created "an entry point that went through the hood" of the MRAP, and that "three coper slugs and several copper [redacted]" were recovered from the vehicle.[5] The EOD unit noted that the "distance from the blast seat to the vehicle was 29 feet 6 inches and the distance from the road to the first entry point was 59 inches."[6]

The report further contains an assessment from the Battalion's intelligence officer ("S2"), which provides that this attack was "the largest number array in 2-5 CAV's O[perational] E[nvironment]. It is assessed that due to the magnitude of this EFP attack, a lower level cell is unlikely to be the culprit. Due to the area of penetration, it is likely [redacted,] who has proven his capabilities at conducting sophisticated EFP attacks. [Redacted] also has connection with B[aghdad] K[ata'ib] H[ezbollah]/AAH [Asa'ib Ahl al-Haq,] which has the finances to purchase these catastrophic weapons."[7]

### b. The IED Report

The IED Report records the "main charge configuration" of the device as "EFP," and contains the EOD's assessment that "the IED was at least a four array, copper lined EFP, approximately six to eight in[ches] in diameter apiece, with a total weight of approximately 7-80 UBE. EOD determined the device was contained in the trunk of a car and was CW initiated."[8] The report further notes that an Iraqi EOD team "was informed by a witness that a man, possibly two[,] carrying wire were seen running . . . down the road to the west, detonated the IED and got into a yellow cab after attempting to roll up the wire."[9]

According to the report, the Iraqi EOD team found the roll of command wire approximately 200 meters to the west of the attack site, but "would not release the collected roll," and instead "cut off a portion for [the] WIT as evidence." The report also notes that the WIT "photographed the scene and collected (1)x soil sample from the blast seat, (1)x control sample from 5 m[eters] away, (8)x pieces of copper fragments, and a 7ft piece of [command wire]."[10]

---

[4]   *Id.* at 5, 11.

[5]   *Id.* at 7.

[6]   *Id.*

[7]   *Id.* at 8.

[8]   IED Report at 5.

[9]   *Id.* at 3.

[10]   *Id.* at 5.

Based on the foregoing, I conclude that this was an unusual EFP attack, which involved the emplacement of the multi-array EFP in the trunk of a parked vehicle and a manual initiation of the device via command wire as LTC Karcher's MRAP passed by. This would account for the (relative) inaccuracy of the strike, recovery of command wire from the scene, and the eyewitness testimony regarding the flight of the attackers following the explosion.

### c. The Event Storyboard

The Event Storyboard contains aerial imagery of the attack as well as a map of the location. It also contains an assessment (likely from the S2), that this attack was "the 7th EFP attack within 5KM of the site within the last 30 days. This attack can be attributed to SEG. The continued targeting of C[oalition] F[orces] has likely been caused by the CF 30 June withdrawal. Insurgents are attempting to make the populace think that the G[overnment] O[f] I[raq] is incapable of providing proper security and that CF is withdrawing due to extremist attacks."



### d. The CEXC Report

The CEXC Report contains a biometrics supplement which indicates that the laboratory unsuccessfully attempted to obtain latent finger prints from the recovered command wire.[11] The

---

[11]     CEXC Report at 1.

3

<u>**3**</u>

report also contains the results of an analysis performed on the soil sample taken from the blast seat which detected the presence of HE explosives – specifically, PETN, RDX and TNT.[12]

Lastly, the report contains images of the recovered segment of the command wire and copper fragments.

 

### 5. Conclusion

After a review of the available information, I conclude that the attack that injured LTC Karcher was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP with at least four copper liners that was packed with HE explosives. The device was emplaced in the trunk of a parked vehicle and was command wire initiated as LTC Karcher's MRAP was passing the vehicle. The resulting explosion sent copper slugs through the MRAP's engine block and its front passenger door, severely injuring LTC Karcher.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the MRAP, injuring LTC Karcher;
2. The damage to the vehicle and the recovery of copper fragments from the attack site strongly indicate that the multi-array EFP was copper-lined and precision manufactured;
3. The chemical analysis performed by the CEXC laboratory and the damage to the vehicle strongly indicate the use of HE explosives in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP array.

Dated: July 26, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.07.26 15:24:42 -04'00'

Kevin D. Lutz

---

[12]     *Id.* at 3-7.

**July 3, 2005 Attack – Baghdad**

**1.  Summary of Opinion**

After reviewing the available evidence and information, I conclude that the July 3, 2005, attack that killed Specialist ("SPC") Ryan Montgomery was perpetrated utilizing an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.



Satellite Image of the Location of the Attack in Baghdad, West of Sadr City

**2.  Documents Reviewed**

a.  SIGACT Report titled "IED ATTK ON 623FA IN BAGHDAD (ZONE 53S): 1 CF KIA, 2 CF WIA/0 DAMAGE," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0198.

**3.  Summary of Attack**

On the morning of July 3, 2005, a Military Police convoy was traveling on Alternate Supply Route ("ASR") Vernon when one of the vehicles, an uparmored M1114 HMMWV, was struck by an EFP array. SPC Montgomery was killed instantly, and the other two soldiers in the vehicle were severely injured.

**4.  Attribution**

a.  **The SIGACT Report**

This is one of the earlier EFP attacks on record, so there is relatively little attribution-related information to consider. However, the SIGACT Report's Summary section provides that

**5**

EOD and WIT teams were dispatched to the attack site and contains an update from CEXC and the WIT "that two EFP IEDs struck the M1114. One was 7-8" in diameter and the second one was 3-4" in diameter." The teams further assessed "that both were R[emote] [C]ontrol detonated."

**5. Conclusion**

Based on my professional experience, my knowledge of explosives and the particular indicators of an EFP strike, and the assessments provided by the EOD, WIT and CEXC teams, I conclude that the weapon that killed SPC Montgomery was part of the EFP campaign orchestrated by the IRGC and Hezbollah, that was conducted by one of the IRGC's Special Group proxies. However, the limited information in the reports produced by CENTCOM makes it more difficult to provide a conclusive narrative of the events surrounding the July 3, 2005 attack. Although the armor level of the HMMWV is not mentioned in the SIGACT report, initially, the only units with uparmored HMMWVs in Iraq at that time were Military Police. Also, by this point in the conflict, commanding officers were uniformly resistant to sending their soldiers into Baghdad in unarmored vehicles. I therefore conclude that SPC Montgomery's HMMWV was likely uparmored, and that armor would not have been defeated by a conventional IED or an EFP of inferior quality and design.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack SPC's Montgomery's M1114 HMMWV causing his death;
2. The damage to the vehicle strongly indicates that the EFP was precision manufactured and likely copper-lined;
3. The damage described to the vehicle strongly indicates the use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated:   April 17, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.04.17 21:27:16 -04'00'

Kevin D. Lutz

**6**

**July 27, 2005 Attack – Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the July 27, 2005, attack that injured Sergeant ("SGT") Tony Wood was perpetrated utilizing an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.



Satellite Image of the Location of the Attack on SGT Wood's Convoy, Northwest of Sadr City, Baghdad

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "IED ATTK ON 411 MP IN BAGHDAD (ZONE 83E): 2 CF KIA, 1 CF WIA/M1114 DESTROYED," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  Sworn Declaration of Andrew Cobos, the Executive Officer of SGT Wood's company at the time of the attack; and

<u>**7**</u>

    **d.**  Photograph taken at the attack site provided by SGT Wood and Andrew Cobos.

### 3.  Summary of Attack

On the morning of July 27, 2005, SGT Wood was riding in the front passenger seat of the second vehicle in his Military Police convoy when his uparmored M1114 HMMWV was struck on the left side by an EFP. Two soldiers, the driver and the gunner, were killed instantly. SGT Wood was seriously injured by shrapnel, which punctured his body armor and damaged his internal organs. He required multiple surgeries to repair his liver, lung, intestines and stomach, and was in a coma for 45 days following the attack.

### 4.  Attribution

#### a.  The SIGACT Report

This is one of the earlier EFP attacks on record, and the SIGACT report does not contain any post-blast assessment information by EOD. The report does note that the uparmored HMMWV was destroyed, and its summary provides that the HMMWV caught fire from the explosion.

#### b.  The IED Report

The IED Report contains no significant information, since, at this time, CENTCOM and the U.S. Army were still in the process of developing a forensic collection and analysis system for EFP attacks.

#### c.  Mr. Cobos's Declaration

At the time of the attack, Mr. Cobos was the Executive Officer (second in command) of SGT Wood's Company. In his position, he was provided with daily briefings, which included briefings on the activities of local Shi'a Special Groups active in his Company's area of operations and the use of EFPs by those groups. Mr. Cobos testified that SGT Wood was riding in an uparmored M1114 HMMWV with door armor supplemented by a level 1 Fragmentary Armor kit. Mr. Cobos further testified that he personally observed the damage caused by the EFP, which sent a copper slug through the driver's door of the HMMWV and set the vehicle on fire.

Based upon Mr. Cobos's professional knowledge, education, training and combat experience, and his personal observation of the blast pattern and damage to the armor on SGT Wood's HMMWV, he concluded that the weapon that destroyed the vehicle and injured SGT Wood was an EFP.

#### d.  Photographs

The photographs provided to me by Mr. Cobos and SGT Wood provide visual evidence that the armor on the driver's side doors was entirely defeated.

**8**



Photo provided by SGT Wood showing damage caused by the EFP to the driver's door armor.

The photographs also provide visual proof of the slug that passed through the vehicle and exited the vehicle via the passenger rear door, which was blown off, likely as a result of the EFP's blast overpressure.



Photo provided by SGT Wood showing the exit point damage through the rear passenger door, as well as the damage caused to the interior steel and ballistic glass.

3

**9**

This was a large, well-built EFP, which caused catastrophic damage to the vehicle, and left behind a sizable blast seat.



Photo provided by SGT Wood of the blast seat.

The photograph provided to me by Mr. Cobos provides visual evidence of the catastrophic damage inflicted upon the vehicle and its operators.



Photo provided by Mr. Cobos displaying the whole vehicle after the fire was extinguished. Based on this image, it appears likely that a second slug penetrated the vehicle along its rear axle.

**10**

## 5.  Conclusion

After a review of the available information, I conclude that the attack that injured SGT Wood was a well-planned and coordinated attack that was part of the EFP campaign orchestrated by the IRGC and Hezbollah and conducted by one of the IRGC's Special Group proxies. The limited information in the reports produced by CENTCOM makes it more difficult to provide a conclusive narrative of the events surrounding the July 27, 2005 attack. However, based on my professional experience, my knowledge of explosives and the particular indicators of an EFP strike, as well as the photographs provided by SGT Wood and Andrew Cobos, along with the testimony of Mr. Cobos, I conclude that the weapon that injured SGT Wood was an EFP that produced at least one large slug approximately 8-10" in diameter that penetrated the uparmored driver's door, and created a fireball and blast overpressure strong enough to light the vehicle on fire.

In my professional opinion, the totality of the available record indicates that:

1. A large EFP was the weapon used in the attack against SGT Wood's uparmored M1114 HMMWV, severely damaging the vehicle and seriously injuring SGT Wood;
2. The damage to the vehicle strongly indicates that the EFP was precision manufactured and copper-lined;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated:  April 30, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.04.30 15:05:08 -04'00'

_____

Kevin D. Lutz

**September 28, 2005 Attack – Umm Qasr**

    **1.  Summary of Opinion**

After reviewing the available evidence and information, I conclude that the September 28, 2005, attack that killed Sergeant ("SGT") Steven Morin, Jr. involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.



Satellite image of the location of the Attack on SGT Morin's convoy, Umm Qasr, Iraq.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "IED EXPLOSION RPT (Directional IED) NOT PROVIDED IVO (ROUTE UNKNOWN): 2 CF KIA 1 CF WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  Casualty Report for SGT Morin produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0510; and

    **d.**  Ten photographs taken at the attack site provided by SGT Morin's family members.

## 3. Summary of Attack

On the late morning of September 28, 2005, SGT Morin's unit was providing route security for a supply run between Camp Navistar, in Kuwait near the Iraqi border, and Camp Bucca, located in Umm Qasr, Iraq. Convoy security consisted of five uparmored M1114 HMMWVs.[1] SGT Morin was driving the second vehicle in the convoy. As the convoy approached a road bridge, the second vehicle was struck on the right side by an EFP. After the EFP detonated, the HMMWV careened off of the roadway and rolled several times before coming to a rest.[2] SGT Morin and the truck commander, seated in the front passenger seat, were killed, and the gunner seriously wounded.

## 4. Attribution

### a. The SIGACT Report

This is one of the earlier EFP attacks on record, but it does indicate that this attack was flagged as an EFP attack (denoted by the use of the words "Directional IED" in the title and body of the report).[3] The report also contains a WIT initial assessment that the weapon employed was a "command armed, victim operated (PIR) EFP IED," and notes that the initial reconnaissance team dispatched to the area after the attack came under small arms fire.[4] Based upon my knowledge and experience of EOD and WIT tactics, techniques and procedures, I conclude that this initial assessment was based upon the fact that the first vehicle in the convoy passed by the device without activating the PIR trigger.[5]

### b. The IED Report

The IED Report contains no information relevant to attribution, since, at this time, CENTCOM and the U.S. Army were still in the process of developing a forensic collection and analysis system for EFP attacks.

### c. The Casualty Report

The Casualty Report notes that the first HMMWV "passed the IED location without detonation. The IED was then detonated on the second [HMMWV]."[6] Soldiers on the scene

---

[1]    Casualty Report at 2.

[2]    *Id.*

[3]    SIGACT Report at 1, 2.

[4]    *Id.* at 2-3.

[5]    At this point in time, the Rhino anti-PIR C-IED device was not in use by Coalition Forces.

[6]    Casualty Report at 2.

reported that the EFP was "located just as the bridge ended in a drainage ditch on the north bound side."[7]

### d. Photographs

The photographs provided to me by SGT Morin's family provide visual evidence that the armor on the passenger side door was entirely defeated.

 

Photos provided by SGT Morin's family showing damage caused by the EFP to both the front passenger door and its armor plating.

The photographs also provide visual proof that the vehicle left the road and rolled several times, before coming to a rest on its left side. What appears to be an exit penetration is also visible on the roof.

 

Photos provided by SGT Morin's family showing the M1114 lying on its left side and the damage caused by the EFP slug to the front passenger door.

---

[7]   *Id.*

The EFP slug traversed the crew compartment from right to left, embedding shrapnel and what appear to be fragments of the liner in the driver's window.



Photo provided by SGT Morin's family showing the damage to the front interior of the vehicle. Fragments of the EFP slug appear to be embedded in the driver's ballistic glass window.

### 5. Conclusion

After a review of the available information, I conclude that the weapon that killed SGT Morin was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The limited information in the reports produced by CENTCOM makes it more difficult to provide a conclusive narrative of the events surrounding the September 28, 2005 attack; however, based on my professional experience, my knowledge of explosives and the particular indicators of an EFP strike, as well as the photographs provided by SGT Morin's family, it appears that the EFP produced at least one large slug approximately 5-8" in diameter that penetrated the uparmored passenger door and traversed the length of the crew compartment, killing the truck commander seated in the front passenger seat, and SGT Morin, the driver.

In my professional opinion, the totality of the available record indicates that:

1. An EFP was the weapon used to attack the uparmored M1114 HMMWV and that killed SGT Morin;

2. The damage to the vehicle strongly indicates that the EFP was precision manufactured and copper-lined and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;

3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the EFP; and

4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated:  April 30, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.04.30 15:24:03 -04'00'

Kevin D. Lutz

5

**16**

**October 6, 2005 Attack – Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the October 6, 2005, attack that killed Private ("PV2") Jerome Robinson involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.



Satellite image of the location of the Attack on PV2 Robinson's convoy, Baghdad, Iraq.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "IED EXPLOSION ATTK ON 860 MP IVO (ZONE 28) (ROUTE VERNON): 3 CF WIA 1 CF KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0188;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0188;

        **c.**  WIT 7 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0188;

        **d.**  Casualty Report for PV2 Robinson produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0188; and

    **e.** Seventeen photographs taken at the attack site provided by PV2 Robinson's family members.

### 3. Summary of Attack

On the morning of October 6, 2005, PV2 Robinson was part of a routine convoy providing route security along Main Supply Route ("MSR") Vernon in western Baghdad. The convoy consisted of two uparmored M1114 HMMWV and one M1117 Armored Security Vehicle.[1] PV2 Robinson was the driver of the uparmored HMMWV in the lead position.[2] At approximately 8:00 a.m., Baghdad Time, the lead vehicle was struck by a multi-array EFP[3] that was emplaced at the base of a light pole.[4] The EFP slug caused traumatic head injuries to PV2 Robinson, killing him instantly.[5]

### 4. Attribution

#### a. The SIGACT Report

The SIGACT report notes that the "IED [was] believed to be an EFP," and that one of the responding units "found improvised Claymore style secondary devices in a tree near [the] EFP site."

#### b. The IED Report

The IED Report contains a note that the "EFP was placed at the base of a light pole," and contains references to previous EFP attacks in the area. It also lists the "Main Charge Configuration" of the weapon as "EFP."

#### c. The Casualty Report

The Casualty Report notes PV2 Robinson was participating in a "routine convoy MSR patrol on Route Vernon [and] traveling in an up-armored M1114 HMMWV, when an explosively formed projectile (EFP) IED detonated." His cause of death is listed as "traumatic cardiac arrest due [to] traumatic head injury."

#### d. The WIT 7 Report

The WIT 7 report notes that EOD, WIT and CEXC teams all participated in the on-site investigation of the scene of the attack. These investigators "ascertained from interviews…that

---

[1]    WIT 7 Report at p. 1.

[2]    Casualty Report at p. 2, WIT 7 Report at p. 1.

[3]    SIGACT Report at p. 2.

[4]    IED Report at p. 2.

[5]    Casualty Report at p. 2.

**18**

this was the fourth time [that day] that a patrol had passed by" without incident. The investigation teams determined that "3-4 EFPs were probably used with approx[imately] 1LB of explosives per EFP. The damage to the vehicle had copper and silver colored scarring indicating that the EFPs could have possibly been constructed from a combination of copper and [redacted]." The report notes that prior EFP attacks in the area had used PIR initiating devices, but that in this case, "the speed of the patrol would have made it easy to initiate the IED by a RC device."

The WIT 7 report contains a number of images, most of which CENTCOM largely redacted. However, a photo of the blast seat provides visual evidence that the device was emplaced at the base of a pole, and another photo, while redacted, mentions the presence of "poss[ible] copper slugs."

 

Image taken from the WIT 7 Report.

### e. Photographs

The photographs provided to me by PV2 Robinson's family provide visual evidence that the armor on the passenger side door was entirely defeated.

 




Photos provided by PV2 Robinson's family showing multiple penetrations of the driver's door armor and the ballistic glass.

The photographs also provide evidence that one of the penetrators pierced the armor plating surrounding the gunner atop the vehicle.




Photo provided by PV2 Robinson's family showing an EFP strike point on the gunner's turret armor.

## 5. Conclusion

After a review of the available information, I conclude that the attack killed PV2 Robinson was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The limited information in the reports produced by CENTCOM makes it more difficult to provide a conclusive narrative of the events surrounding the October 6, 2005 attack. However, based on my professional experience, my knowledge of explosives and the particular indicators of an EFP strike, as well as the photographs provided by PV2 Robinson's family, I conclude that the weapon used to attack PV2 Robinson's uparmored M1114 HMMWV was an EFP array that produced at least four slugs approximately 3-6" in diameter three of which defeated the armor and ballistic glass on the driver's door, killing PV2 Robinson.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMWV and that killed PV2 Robinson;
2. The damage to the vehicle and copper residue at the impact points strongly indicate that the EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC; and
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the array; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated:  April 23, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.04.23 17:49:05 -04'00'

Kevin D. Lutz

**21**

**February 18, 2006 Attack – Baghdad**

    **1.   Summary of Opinion**

       After reviewing the available evidence and information, I conclude that the February 18, 2006, attack that killed Sergeant ("SGT") Charles Matheny IV involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.



Satellite image of the location of the Attack on SGT Matheny's convoy, southwest of Sadr City, Baghdad.

    **2.   Documents Reviewed**

       **a.**   SIGACT Report titled "IED (EFP) ATTK on 3-67AR IN BAGHDAD (AR RASAFAH – ZONE 12): 1 CF KIA, 2 CF WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0232;

    **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0232;

    **c.**  Casualty Report for SGT Matheny produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0232; and

    **d.**  Five photographs taken at the attack site provided by SGT Matheny's family members.

### 3. Summary of Attack

At approximately 8:00 a.m. on February 18, 2006, a convoy from 3rd Battalion, 67th Armor Regiment was on Route Buzz when a multi-array EFP detonated on the left side of an uparmored M1114 HMMWV that SGT Matheny was driving.[1] SGT Matheny was killed in the attack, and two other soldiers were wounded.[2]

### 4. Attribution

#### a. The SIGACT Report

The SIGACT report contains a summary that notes "1X IED (EFP) BDA: 1 CF KIA, 2 CF WIA, M1114 Destroyed."

#### b. The IED Report

The IED Report contains no relevant information for attribution purposes.

#### c. The Casualty Report

The Casualty Report notes SGT Matheny was "the driver of a Level I Up-Armored M1114 HMMWV on RTE Buzz when the vehicle struck an IED."[3] The Casualty Report also notes that SGT Matheny was wearing all of his protective gear at the time of the attack.[4]

#### d. Photographs

The photographs provided to me by SGT Matheny's family provide visual evidence that the armor on the front and rear driver's side doors was entirely defeated.

---

[1]    SIGACT at 3, Casualty Report at 2.

[2]    Casualty Report at 2.

[3]    *Id.*

[4]    *Id.* at 3.

**23**



Photo provided by SGT Matheny's family showing penetrations to both the front and rear doors on the left side of the uparmored M1114 HMMWV.



Damage to the left rear door armor.



Photo of damage to the interior of the vehicle. Note the copper spalls lodged in the
ballistic glass of the right rear door.

### 5.  Conclusion

After a review of the available information, I conclude the attack that killed SGT Matheny
was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one
of the IRGC's Hezbollah-trained Special Group proxies. The limited information in the reports
produced by CENTCOM makes it more difficult to provide a conclusive narrative of the events
surrounding the February 18, 2006 attack;  however, it appears that the multi-array EFP produced
at least two copper slugs approximately 3-6" in diameter which defeated the armor on both the
front and rear driver's side doors, killing SGT Matheny.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMWV and that killed
   SGT Matheny;
2. The damage to the vehicle strongly indicates that the multi-array EFP was precision
   manufactured and copper-lined;
3. The damage to the vehicle strongly indicates that HE explosives were used in the
   construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and
   emplacement of the multi-array EFP.

Dated:  April 22, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.04.22 14:03:13 -04'00'

Kevin D. Lutz

**25**

**February 26, 2006 Attack – Baghdad**

1. **Summary of Opinion**

After reviewing the available evidence and information, I conclude that the February 26, 2006 attack that killed Specialist ("SPC") Clay Farr and seriously injured Staff Sergeant ("SSG") Wesley Hunter (deceased) involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC.[1] I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

2. **Documents Reviewed**

    a. SIGACT report entitled "IED EXPLOSION ATTK ON 1-71 CAV IVO SABI'AT (ZONE 46) (ROUTE METS): 1 CF WIA 2 CF KIA 4 AIF DET," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    b. IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    c. WIT 10 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    d. Casualty Report for SPC Farr produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0278; and

    e. Casualty Report for SSG Hunter produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0279.

3. **Summary of Attack**

On February 26, 2006 at approximately 1:00 a.m., a two-vehicle patrol from A Troop, 1st Battalion, 71st Cavalry Regiment was travelling east on Route Mets when the second vehicle, an up-armored M1114 HMMWV, was struck by an EFP that was emplaced in the curb on the south edge of the east bound lane.[2] The EFP sent copper slugs through the right-rear passenger door, killing SPC Farr (seated in the driver's position) and the vehicle's gunner, and seriously wounding SSG Hunter (seated in the front passenger seat).[3]

---

[1]    SSG Hunter died approximately 2.5 years later.

[2]    WIT 10 Report at 1-2.

[3]    *Id.* at 20; Casualty Report (Farr) at 2; Casualty Report (Hunter) at 3.

### 4.  **Attribution**

#### a.  **The SIGACT Report**

The SIGACT Report identifies the "Modes of Attack" as "Directional IED," which indicates the potential use of an EFP.[4] The report also notes "[i]nitial reports of possible EFP."[5] The report's "Summary" describes that attack as "1 x IED (confirmed EFP), 2 x US KIA, 1 x US WIA, 4 x detainees."[6]

#### b.  **The IED Report**

The IED report identifies the "main charge configuration" of the device as "EFP" and notes that the patrol had passed through the same area 45 minutes earlier.[7]

#### c.  **The WIT 10 Report**

The WIT 10 Report consists of a three-page written report and 15 slides. The written report notes that the "EFP was on the south edge of the east bound lane on the curb," and that "[i]mmediately after the incident a car was seen driving away. The car was on the south side of the canal and traveled west. With a curfew in affect [sic] no L[ocal] N[ational] vehicles are aloud [sic] to be on the roads at that time of day."[8] The report further notes that the "WIT believes that AIF [Anti-Iraqi Forces] studied C[oaliton] F[orces] patrol routines and placed the EFP after the patrol passed in hopes that the patrol would return to the area. AIF would have crossed from the south using the catwalks [over the canal], placed the EFP and would have had a line of sight once returning to the south side. From the south side of the canal, AIF could see cement blocks stacked in pyramids by the road and would have used them as good aiming/arming points."[9]

The written report concludes that the "struck vehicle was a M1114 with a [redacted]. The vehicles were traveling approximately 25mph and were approximately [redacted] from the curb w[h]ere the EFP was placed. The Driver received injuries to the face and right hand. The [front passenger] received injuries to the right side abdomen. The CROW gunner, which sits behind the driver, received injuries to his chest from the right side. The patrol had passed through the same area approximately 45 minutes prior to the incident."[10]

---

[4]  SIGACT at 2.

[5]  *Id.* at 3.

[6]  *Id.*

[7]  IED Report at 2.

[8]  WIT 10 Report at 1-2.

[9]  *Id.* at 2.

[10]  *Id.*

The first image slide contains a photograph of the blast seat, which was measured to be 39 inches in width and 8 inches in depth, and was emplaced in the curb of Route Mets:



The next series of 10 slides contains redacted images of the destroyed M1114 HMMWV, six of which display the damage to of the rear of the vehicle, where the EFP slugs penetrated its armor.

 

3



The final four slides consist of aerial maps, "sector sketches" and a representation of where each soldier was seated in the vehicles and the general location of their injuries.



**29**





### d. Casualty Reports

The Casualty Reports for SPC Farr and SSG Hunter confirm that both were riding in an up-armored M1114 HMMWV with level 1 armor, and that SPC Farr was wearing all of the required protective gear at the time of the attack.[11]

## 5. Conclusion

After a review of the available information, I conclude that the attack that killed SPC Farr and seriously wounded SSG Hunter was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The

---

[11]     Casualty Report (Farr) at 2; Casualty Report (Hunter) at 2.

attack involved an EFP that was likely copper-lined. The EFP's slugs penetrated the up-armored HMMWV along its right side, mortally wounding SPC Farr, who was seated in the driver's seat, and seriously injuring SSG Hunter, who was seated in the front passenger seat.

In my professional opinion, the totality of the available record indicates that:

1. An EFP was the weapon used to attack the M1114 HMMWV, killing SPC Farr and seriously wounding SSG Hunter;
2. The damage to the vehicle strongly indicates that the EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated:  May 3, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.05.03 11:54:01 -04'00'

_____
Kevin D. Lutz

6

**31**

**March 13, 2006 Attack – Baghdad**

1. **Summary of Opinion**

After reviewing the available evidence and information, I conclude that the March 13, 2006 attack that killed Sergeant ("SGT") Bryan Lewis involved the use of an EFP array of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

2. **Documents Reviewed**

   a. SIGACT Report titled "IED EXPLOSION ATTK ON 258 MP IVO KARIKUR AFANDI (ZONE 30) (ROUTE PLUTO): 4 CF WIA 1 CF KIA; produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0215;

   b. SIGACT Report titled "IED EXPLOSION ATTK ON 258 MP IVO KARIKUR AFANDI (ZONE 30) (ROUTE PLUTO): 4 CF WIA 1 CF KIA; produced by CENTCOM in response to FOIA Request No. FA 15-1205 made by David Scantling ("Scantling FOIA Request") on January 30, 2015;

   c. IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0215;

   d. IED Report produced by CENTCOM in response to the Scantling FOIA Request;

   e. WIT 3 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0215;

   f. WIT 3 Report produced by CENTCOM in response to the Scantling FOIA Request; and

   g. The Casualty Report for SGT Lewis produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0215.

3. **Summary of Attack**

During the morning of March 13, 2006, a patrol consisting of three uparmored M1114 HMMWVs from the 258th Military Police Company was on an access road parallel to Route Pluto in Baghdad when the first vehicle was struck on its right side by a multi-array EFP. A 130mm secondary (non-EFP) IED was identified in a sewer hole across the street from the EFP detonation site. The IED was destroyed by a responding EOD team.

**32**



Satellite image of the attack site taken from the WIT 3 report.



Diagram of the convoy route taken from the WIT 3 report.

The EFP array sent copper slugs through the vehicle's armor and into the crew compartment, mortally wounding the truck commander, SGT Lewis, and seriously injuring three service members and their interpreter. All of the vehicle's passengers were medevaced to the 10th Combat Support Hospital, where SGT Lewis succumbed to his wounds.

**33**



Image taken from the WIT 3 report.

### 4. Attribution

#### a. The SIGACT Reports

For this attack, I have been provided with two sets of CENTCOM documents. One set was requested by Plaintiffs' investigator David Scantling on January 30, 2015. The second set was requested by Osen LLC as part of its set of FOIA requests to CENTCOM. Both requests produced similar documents, although the documents produced to Mr. Scantling have far fewer redactions than those produced two years later to Osen LLC. Accordingly, I have relied primarily upon the documents that CENTCOM produced in response to the Scantling FOIA request for this attack attribution.

The SIGACT report categorizes this attack as involving a "Directional IED," which was how CENTCOM tracked EFP attacks at this time.[1] The SIGACT further notes that the second vehicle in the order of march was running a Counter Radio-Controlled Electronic Warfare System

---

[1]    Scantling SIGACT report, p. 1.

(CREW) "Warlock SSVJ,"[2] and that the first vehicle was "struck by what EOD has assessed as a multiple-array EFP…."[3]  According to the SIGACT report, the first vehicle was equipped with Level 1 armor, meaning that its doors, roof and undercarriage were reinforced with at least one inch thick rolled homogenous armor plating.

### b.  The IED Report

The IED report identifies the "Main Charge Configuration" of the first device as an EFP.[4] The report also contains the analysis that the "EFP was placed in a low visibility area right after Jersey barrier. The other device was well hidden across the street in a drainage/sewer hole."[5] This analysis indicates to me that the terrorists who staged this attack possessed a significant degree of training in tactical emplacement and a vast understanding of the explosive effects (penetration, fragmentation and blast) by the different Improvised Explosive Devices (IEDs) employed.  The EFP was designed to attack a Coalition Force (CF) vehicle causing a mobility kill and severely injuring the vehicles occupants.  The second IED, a 130 Millimeter (mm) projectile, was purposely designed as an anti-personnel IED intended to attack first responders.

### c.  The WIT 3 Report

The WIT reported that "[f]ragmentation found at the site confirms an EFP array," which struck "the passenger side rear door, causing 3x US WIA . . . 1x Interpreter WIA – driver side rear, and 1x US KIA [TC]." The team also noted that the secondary IED was a "1x 130mm projectile which was hidden inside of a sewer drainage hole." The report confirms that the "2nd M1114 has SSVJ on."[6]

The WIT took photographs of SGT Lewis' destroyed HMMWV, which clearly show the penetration points of the EFP slugs:

---

[2]     The Warlock Self Screening Vehicle Jammer ("Warlock SSVJ") was a "low-cost, vehicle-mounted spot-jammer that simultaneously operate[d] on different frequency bands to disable explosive device electronics." *See* http://www.dtic.mil/dtic/tr/fulltext/u2/a440478.pdf.

[3]     Scantling SIGACT, p. 3.

[4]     IED Report at p. 3.

[5]     *Id.*, p. 2.

[6]     WIT 3 Report, p. 2.



SECRET//REL USA AND MCF//X1

Damage to passenger front door

Passenger door

SECRET//REL USA AND MCF//X1



SECRET//REL USA AND MCF//X1

Passenger rear door

Passenger side

SECRET//REL USA AND MCF//X1



The WIT also photographed the blast seat, which provides evidence that this EFP was camouflaged and emplaced within the concrete curb of the road:



### d.  The Casualty Report

The Casualty Report notes that SGT Lewis was the truck commander "of a M1114 HMMWV with level 1 armor, the first of three vehicles in a convoy, traveling north on an access road adjacent to Route Pluto when an IED (EFP) detonated on the right side of the lead vehicle."[7] The report further notes that SGT Lewis was wearing all of his protective gear at the time of the attack.[8]

### 5.  Conclusion

After a review of the available information, I conclude that the attack that killed SGT Lewis was part of the EFP campaign orchestrated by the IRGC and Hezbollah, that was conducted by one of the IRGC's Special Group proxies. The attack involved a concealed, curbside-emplaced EFP array of undetermined size, that produced multiple copper slugs which defeated the armor of the passenger side doors. The resulting shrapnel and path of the penetrators killed SGT Lewis and wounded all of the other passengers in the crew compartment. A secondary IED was emplaced nearby, likely to be detonated upon the arrival of EOD and other first-responding units. However, the device failed to initiate, probably because it could not be remotely triggered due to the unit's Electronic Counter Measures (ECM) devices.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack SGT Lewis' M1114 HMMWV causing his death;
2. The damage to the vehicle strongly indicates that the multi-array EFP was precision manufactured and copper-lined;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the array; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the array.

Dated:   April 17, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.04.17 21:24:58 -04'00'

_____

Kevin D. Lutz

---

[7]     Casualty Report, p. 1.

[8]     *Id.*

**April 1, 2006 Attack – Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the April 1, 2006 attack that killed Sergeant Israel Devora-Garcia involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT report entitled "IED EXPLOSION ATTK ON 7-10 CAV IVO (ZONE 25) (ROUTE ASR JACKSON): 2 CF KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  EOD Report entitled "2-6 INF IED Detonation Post Blast at 38S MB 4118 7895, EODMU TWO DET 24 Team Two FOB Falcon," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  Event Storyboard entitled "IED Detonation at 012050APR06 at MB41177995," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **e.**  Casualty Report for SGT Devora-Garcia produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0269.

    **3.  Summary of Attack**

        On April 1, 2006 at approximately 8:00 p.m., two dismounted soldiers, including SGT Devora-Garcia, were killed while investigating an IED.[1] The two soldiers were part of a convoy from the 2nd Battalion, 6th Infantry Regiment that was traveling north on Route Jackson when they "spotted a suspicious looking area of the curb.[2]" The convoy "dismounted two personnel to get a better look" at the area. The IED detonated, instantly killing SGT Devora-Garcia, and seriously wounding the second soldier, who later died at the combat support hospital.[3]

---

[1]      EOD Report at 2.

[2]      *Id.*

[3]      EOD Report at 2; Casualty Report at 2.

### 4. Attribution

#### a. The SIGACT Report

The SIGACT Report identifies the "Modes of Attack" as "Directional IED," which indicates the potential use of an EFP.[4] The report's summary provides "1X IED (EFP) 2X CF KIA," and an update to the report notes that the device was a "multiple array; number unknown detonated on dismounts."[5]

#### b. The IED Report

The IED report identifies the "main charge configuration" of the device as "EFP."[6]

#### c. The EOD Report

The EOD Report consists of two slides. The first slide contains a written narrative of the attack, which provides that this location "had at least two EFP incidents in the past 60 days. Due to the nature of the blast, fragmentation that was recovered and the area in which the [d]etonation occurred it is reasonable to assume that the device was in fact a multiple EFP array."[7] The narrative also notes that the fragmentation recovered included "two bolts that had holes drilled in them" similar to those recovered from another EFP attack.[8]

The second slide contains two photographs (one of the blast seat and the other of the recovered fragmentation) along with a diagram of the attack site:



---

4       SIGACT at 2.

5       *Id.* at 3.

6       IED Report at 2.

7       EOD Report at 2.

8       *Id.*

### d.  The Event Storyboard



The Event Storyboard consists of two slides, the first of which combines a narrative with a diagram of the convoy and the paths traversed by the dismounted soldiers.[9] The narrative includes additional details regarding how the convoy spotted the emplaced device—specifically that the soldiers in the lead vehicle "thought that a block in the break of the curb looked suspicious. [Their] suspicion was based on the concrete looking wet on either end."[10] The narrative explains that as SGT Devora-Garcia "leaned over [a] pile of trash and shined his Surefire TACLIGHT on the IED," the device detonated.[11] According to the narrative, approximately "2-3 [m]inutes after the IED detonated[,] the Mosque . . . began broadcasting a message over its speaker. The message lasted 15-20 minutes. The part that was translated from the interpreter [redacted] stated, "It's a bright time. It's a great day. Praise God.""[12]

---

9       Event Storyboard at 2.

10      *Id.*

11      *Id.*

12      *Id.*

### e. Casualty Report

SGT Devora-Garcia's casualty report notes that he was "on a dismounted mission on route Irish and was inspecting a possible IED when an IED detonated." It further notes that he was wearing all of his required protective gear at the time of the attack.[13]

## 5. Conclusion

After a review of the available information, I conclude that the attack that killed SGT Devora-Garcia was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved an EFP that was likely copper-lined. The EFP detonated as SGT Devora-Garcia and another dismounted soldier attempted to inspect what they believed was a roadside IED emplaced in the curb.

In my professional opinion, the totality of the available record indicates that:

1. An EFP was the weapon that killed SGT Devora-Garcia;
2. Based on the design and emplacement of the device, and the post-blast analysis conducted by EOD, the EFP was likely precision manufactured and copper-lined, and it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
3. HE explosives were likely used in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: May 10, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.05.10 14:45:06 -04'00'

_____
Kevin D. Lutz

---

[13]    Casualty Report at 2.

**April 12, 2006 Attack – Misiab**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the April 12, 2006 attack that killed Specialist ("SPC") Scott Bandhold involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report entitled "IED EXPLOSION ATTK ON IVO IMAM'AWN (ZONE 93) (ROUTE CLEVELAND): 2 CF WIA 2 CF KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  CEXC Report No. 5532-06, entitled "EFP Attack on RTE Cleveland," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **d.**  Casualty Report for SPC Bandhold produced by CENTCOM in response to Osen LLC FOIA Request no. 17-0195.

    **3.  Summary of Attack**

        On April 12, 2006 at approximately 9:00 a.m., a convoy of a four up-armored M1114 HMMWVs from the Headquarters and Headquarters Company, 1st Battalion, 67th Armor Regiment, was traveling south along Route Cleveland to attend a meeting at an Iraqi Police station in Karbala.[1] While in transit, two multi-array EFPs detonated upon the second and third vehicles in the convoy. The first multi-array EFP struck the driver's side of the second vehicle, killing the driver and SPC Bandhold, who was seated in the left-rear seat. The second EFP sent slugs into the engine compartment of the third vehicle, resulting in no serious injuries to the occupants.[2]

---

[1]     CEXC Report at 1-2.

[2]     *Id.*

## 4.  Attribution

### a.  The SIGACT Report

The SIGACT report records the "Modes of Attack" as "Directional IED,"[3] and the report's summary notes that with regard to the second vehicle, the "IED was an EFP."[4] The SIGACT also notes that a CEXC team was dispatched from Forward Operating Base Iskandariyah ("FOB Iskan") to the attack site, and that the team confirmed that "there were 2 X EFP IEDs," the first of which struck SPC Bandhold's vehicle "on the driver's side," and the second of which struck the other vehicle's engine block.[5]

### b.  The IED Report

The IED Report records the "Main Charge Configuration" of the explosive device as an "EFP" and the "Initiation Sub-Type" as "Passive Infrared."[6]

### c.  The CEXC Report

The CEXC Report notes that the team's investigators took photographs from the attack scene, recovered copper fragmentation and conducted an examination of (at least) one of the destroyed HMMWVs.[7] The report contains comments from the investigators that "the second and third vehicles in the convoy were hit by two IEDs that initiated simultaneously from the median strip. The second vehicle . . . was hit by an EFP array consisting of at least 5 EFPs that killed the driver and the passenger seated directly behind the driver. The top gunner also suffered a broken leg. . . . The third vehicle was hit by an EFP array consisting of at least 5 EFPs, detonating next to the driver's side of the vehicle. . . . None of the occupants sustained injuries."[8]

The "Analysis" section notes that "[e]xploitation of [SPC Bandhold's] vehicle [] revealed that the device had been orientated to the front and slight right of the driver's side of the vehicle as opposed to the side as is normally the case with EFP attacks []. This orientation may have been designed to penetrate the crew compartment between the engine block and the side armor panels. Additionally, it may be an attempt by the A[nti-] I[raqi] F[orces] to offset C[oaltion] F[orces] countermeasures or predetonation initiatives (i.e. [redacted] assembly)."[9] From the context of this

---

[3]     SIGACT Report at 2.

[4]     *Id.* at 3.

[5]     *Id.*

[6]     IED Report at 3-4.

[7]     CEXC Report at 2. The report notes an "[e]xamination of M-1114 at FOB Iskandariyah," but does not mention which vehicle was examined. From the context of the entire report, it appears that *both* vehicles were, in fact, examined by the CEXC investigators.

[8]     CEXC Report at 2.

[9]     *Id.*

analysis, I conclude that this EFP was emplaced at an angle so as to defeat a Rhino anti-PIR assembly.

The investigators also observed that "the second and third vehicles in the convoy were engaged by the EFP[s] as opposed to the first, which is normally the case. It is assessed that the AIF fully understand that unit command elements rarely travel in the first or last vehicles in convoys and therefore targeted it accordingly. The fact that a Major . . . was travelling in the second vehicle to an I[raqi] P[olice] station for a pre-arranged meeting adds weight to this assessment. It also indicates the insurgent cell that planted the device may have had prior knowledge of the planned meeting."[10] I agree with the CEXC investigators' analysis that the terrorists tactically emplaced and initiated these EFPs so as to specifically strike the middle vehicles of the convoy, likely based on intelligence in their possession that a high-ranking member of the unit was likely to be riding in the second or third vehicles, rather than the lead vehicle.

The CEXC investigators concluded that "the fact that the strike pattern [was] centered on the crew compartments indicates that initiation by PIR is highly likely. The triggerman would have had to arm the PIR after the first vehicle in the convoy passed through the engagement area. This could easily be achieved due to the large stand off distance between the first and second vehicles allowing the PIR sensor to arm."

During this time of the conflict, there were very few counter radio-controlled improvised explosive device electronic warfare (CREW) systems, i.e., jammers, being employed by U.S. forces and any counter-IED (C-IED) equipment would have been a Rhino (anti-PIR defeat system), which SPC Bandhold's HMMWV did not have installed.  Thus, the EFP array was position to impact the vehicle dead center of the crew compartment, which it did.

The report contains two "annexes," the first of which (Annex A) is a "Mapping Supplement," which includes graphical maps and aerial imagery of the attack site:

 

---

[10]    *Id.* at 2.

Annex B consists of 28 mostly redacted photographs of the HMMWVs, the attack site and the blast seat. These images are consistent with damage caused by multiple EFP slug penetrations into an up-armored HMMWV.



CEXC Report, Slide B4.



FIG 6 – PENETRATION OF 'A' PILLAR

4

**46**

CEXC Report, Slide B6.

SECRET//REL TO USA AUS GBR



FIG 9 – INSIDE DRIVER'S DOOR
CEXC Report, Slide B9.

SECRET//REL TO USA AUS GBR



FIG 11 – DRIVER'S SEAT
CEXC Report, Slide B11.



CEXC Report, Slide B15.

Additional images associated with this CEXC report include fingerprints lifted from a "wallet recovered from scene," and screen captures from the CEXC database indicating that soil samples were taken which confirmed the presence of C-4, a military-grade HE explosive.



Images taken from CEXC Report at 34-38.



Image taken from CEXC Report at 44.

### d.  Casualty Report

SPC Bandhold's casualty report notes that at the time of the attack he was "the left rear passenger in a M1114 HMMWV with level 1 armor," and that he was wearing all of his required protective gear.[11]

## 5.  Conclusion

After a review of the available information, I conclude that the attack that killed SPC Bandhold was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved the use of a multi-array copper-lined EFP. The slugs created by the EFPs penetrated SPC Bandhold's vehicle's armor, which resulted in his death.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMWV and that killed SPC Bandhold;
2. The damage to the vehicle and the recovery of copper fragmentation from the attack site strongly indicates that the multi-array EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;

---

[11]     Casualty Report at 4.

3. The damage to the vehicle and the CEXC lab analysis strongly indicate the likely use of HE explosives in the construction of the multi-array EFP; and

4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: May 19, 2019

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.09.04 18:59:25 -04'00'

Kevin D. Lutz

**April 25, 2006 Attack – Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the April 25, 2006, attack that wounded then-Sergeant ("SGT") Erik Roberts involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "IED EXPLOSION ATTK ON IVO FUZAILIYA (ROUTE PREDATORS): 3 CF WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  58 digital photographs provided to me by SGT Roberts;[1] and

        **d.**  Casualty Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.  Summary of Attack**

        At approximately 1:13 a.m. on April 25, 2006, SGT Roberts was traveling with a convoy from C Troop, 1st Battalion, 33rd Cavalry Regiment when his up-armored M1114 HMMWV was struck by a multi-array EFP.[2] SGT Roberts was seated in the rear of the vehicle when it was struck, resulting in his being "peppered" with shrapnel and suffering a fractured femur.[3] The vehicle caught fire as a result of the EFP attack and burned for over an hour.[4]

    **4.  Attribution**

        **a.  The SIGACT Report**

        The SIGACT Report lists the "mode[] of attack" as "Directional IED," which indicates the likelihood that this attack involved the use of an EFP.[5] In its summary, the SIGACT notes that the

---

[1]      The U.S. Army subsequently promoted Erik Roberts to the rank of Staff Sergeant before he was medically retired from service in 2007. For the sake of consistency, this report will refer to him as "SGT Roberts."

[2]      SIGACT Report at 2-3.

[3]      Casualty Report at 13.

[4]      SIGACT Report at 3.

[5]      *Id.* at 2.

convoy "struck an IED (suspected EFP). . . . 1 X M1114 was a catastrophic kill and began to burn."[6] An update to the summary further notes that "EOD reported that P[ost] B[last] A[nalysis] determined the IED strike to be a multiple array EFP, initiation system unknown."[7]

### b.  The IED Report

The IED Report does not contain any data relevant for purposes of attribution.

### c.  Digital Photographs provided by SGT Roberts

The digital photographs that SGT Roberts provided to me appear to lack any insignia or text that would indicate that they were taken by the responding EOD team or a WIT. Rather, they appear to have been taken by other soldiers in SGT Robert's unit or by the responding QRF unit. Accordingly, many of the images are not relevant for attribution purposes. However, several images provide visual evidence that the attack involved a multi-array EFP, as well as the fact that the vehicle was set ablaze.

 

These images clearly show what appears to be an "exit wound" hole in the rear passenger door, which would indicate that the EFP detonated along the left side of the vehicle.

---

[6]     *Id.*

[7]     *Id.* at 3.







### d. The Casualty Report

The Casualty Report confirms SGT Roberts' location in the vehicle, the injuries he sustained, and that he was wearing all of his required protective gear at the time of the attack.[8]

### 5. Conclusion

After a review of the available information, I conclude that the attack that injured SGT Roberts was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP that was most likely RF armed and PIR initiated. The EFP sent slugs through the vehicle along what appears to be a left-to-right trajectory, injuring three of the soldiers in the crew compartment, and setting the HMMWV on fire.

---

[8]    Casualty Report at 13.

4

In my professional opinion, the totality of the records available for my review indicates that:

1. An EFP array was the cause of the explosion that injured SGT Roberts;
2. The damage to the vehicle strongly indicates that the EFP array was likely copper-lined and precision manufactured;
3. The damage to the vehicle strongly indicates the use of HE explosives in the construction of the array; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the array.

Dated: July 5, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.07.05 11:10:04 -04'00'

_____

Kevin D. Lutz

**May 5, 2006 Attack – Mahawil**

1. **Summary of Opinion**

After reviewing the available evidence and information, I conclude that the May 5, 2006 attack that killed First Sergeant ("1SG") Carlos Saenz and Sergeant ("SGT") Nathan Vacho involved the use of a copper-lined EFP array of original Hezbollah and IRGC design that was likely supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

2. **Documents Reviewed**

   a. "AR 15-6 Investigation concerning the facts and circumstances surrounding the Improvised Explosive Device detonation that lead to the death of SGT Vacho, Nathan and the wounding of CPT [redacted] and SGT [redacted] of C/489th Civil Affairs Company and the deaths of MSG [redacted] and SPC [redacted] of B/490th Civil Affairs Company," dated May 24, 2006 (hereinafter in this section, "AR 15-6"), provided to me by the family of SGT Vacho;

   b. SIGACT Report titled "IED EXPLOSION ATTK ON C CO, 489TH CA & B CO 490TH CZ IVO BAZIL (ZONE 508) (ROUTE ASR JACKSON): 2 CF WIA 3 CF WIA; produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   c. IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   d. CEXC Report dated May 10, 2006 produced in response to Osen LLC FOIA Request No. 17-0150;

   e. EOD Post Blast Storyboard provided to me by the family of SGT Vacho;

   f. Twenty-two photographs taken at or about the attack site and provided to me by SGT Vacho's family; and

   g. The Casualty Report for 1SG Saenz produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0192.

3. **Summary of Attack**

During the morning of May 5, 2006, a patrol consisting of four uparmored M1114 HMMWVs carrying members from two Civil Affairs Companies[1] were returning from a combat

---

[1]      The soldiers were from B Company, 490th Civil Affairs Battalion, and C Company, 489th Civil Affairs Battalion. This patrol was a "right-seat ride," part of a procedure known as "Relief in Place" or "RIP" – a process that passes a mission from an outgoing unit to an incoming one. During the RIP process the incoming unit works alongside the outgoing unit to get a feel for the methods of operation that work best for accomplishing the mission the new unit

patrol mission at the Regional Embassy Office in Mahawil when an EFP emplaced in the roadway's center median exploded and struck the first HMMWV on the left side. The vehicle passed over the median and careened headlong into an oncoming dump truck. The explosion and subsequent crash instantly killed two soldiers, including SGT Vacho, who was riding in the left-side, rear passenger seat, and seriously wounded three others. Two of the three succumbed to their wounds, including the driver, 1SG Saenz,[2] who died during the medevac flight from the attack site to the Combat Support Hospital. The only surviving soldier sustained a partial amputation of both of his hands and shrapnel in both of his legs and his chin.[3]



Satellite image of the attack site taken from the EOD Post Blast Storyboard.

is assuming. During the RIP process, members of the outgoing unit explain these procedures during what are called "left-seat rides." The follow-on phase of the RIP is called the "right-seat ride," when the incoming unit takes the reins of the mission while the outgoing unit observes. *See*, *e.g.*, https://www.army.mil/article/5843.

[2]        1SG Saenz was posthumously promoted from Master Sergeant to 1st Sergeant.

[3]        AR 15-6.



Diagram of the convoy route taken from the EOD Post Blast Storyboard.

## 4. Attribution

### a. The AR 15-6 Investigation Report

According to the AR 15-6's Index, the investigating officer conducted interviews and obtained the sworn statements of 12 soldiers who witnessed the attack or responded immediately to the scene to provide assistance, and reviewed documentation including the Serious Incident Report, the WIT Report, photos of the damaged HMMWV and the SIGACT report. Based upon his review of this information and documentation, the investigating officer found that:

> The four-vehicle convoy was traveling north on ASR Jackson at approximately 50 MPH with approximately 75-meter intervals. As they approached the vicinity of [redacted], the first vehicle in the convoy was struck. The vehicle continued north, crossed the median and collided with a local national dump truck. Immediately following the attack, the convoy received small arms fire from the west.[4]

> SGT Vacho…left rear passenger and SPC [redacted]…were killed instantly at the site of the attack…. [1SG] Saenz, driver…who sustained injuries to his left leg, right thigh and left eye, died after [being] medically evacuated.[5]

---

[4]   *Id.*, Memorandum for Commander, 2nd Brigade Combat Team, FOB Kalsu, Iraq, APO AE 09312, ¶A.

[5]   *Id.*, ¶B.

The IED was determined to be approximately 3-5 EFP array judging from penetration holes and spalling. The attack resulted in three US killed in action (driver, gunner and left rear passenger) and two US wounded in action.[6] Damage to vehicle includes driver's side windows cracked, penetration through the two driver's side doors, and the rear passenger side had the window cracked and an exit hole through the roof above the rear passenger side door.[7]

According to the draft WIT Report annexed to the AR 15-6, the weapons investigators concluded that it was "possible the EFP was RC armed and PIR initiated" due to the fact that no command wire or other triggering devices were recovered from the scene.[8]



Photograph of the post-attack damaged M1114 HMMWV.

---

[6]     One of the two wounded soldiers received shrapnel in his left arm and suffered a collapsed lung. He subsequently died of his wounds on May 15, 2006.

[7]     *Id.*, ¶C.

[8]     *Id.*, Exhibit V; EOD Storyboard, "Conclusion," p. 3.

 

Photographs taken from the AR 15-6 and Annex B to the CEXC report, respectively, of the exit point of one of the EFP slugs, just above the passenger side rear door.

### b.  The SIGACT Report

The SIGACT report contains an update that the Battalion's Operations Officer ("S-3") entered approximately two hours after the attack which noted that:

> [T]he [Civil Affairs] patrol, consisting of 4 x M1114, was traveling north…when the lead vehicle was hit by a[n] IED. The IED was a[n] EFP 5 to 8 array, [long range cordless telephone armed] with a PIR trigger. The IED was in the median of the route and the array hit the d[r]iver['] s side door of the first vehicle, causing the first vehicle to veer into the southbound lanes…and struck a [local national's] vehicle (dump truck). The driver of the vehicle ran way. The initial [battle damage assessment] from the attack was 2 x US KIA and 3 x WIA but 10th [Combat Support Hospital] declared 1 x of the WIA [dead on arrival]. Final [battle damage assessment] now stands at 3x CF KIA, 2x CF WIA.[9]

The SIGACT also contains this notation in the summary "1 X IED STRIKE (5 TO 8 ARRAY, LRTC WITH A PIR TRIGGER)," which indicates that the investigators on site assessed the weapon to be an EFP array that created five to eight projectiles that was remotely armed via a long-range cordless telephone[10] and triggered via a PIR device.

### c.  The IED Report

The IED report identifies the "Main Charge Configuration" as "EFP."[11]

---

[9]  SIGACT at p. 3.

[10]  There appears to be a typo in the report, as the abbreviation should read "LRCT" and not "LRTC."

[11]  IED Report at p. 3.

### d.  The CEXC Report

The CEXC report concludes that the uparmored HMMWV that 1SG Saenz was driving and in which SGT Vacho was a passenger was "struck by an EFP, most likely an array of up to 9 EFPs of at least two distinct diameters…. The EFP slugs penetrated the armor in nine distinct locations along the driver side. In some instances, the slugs exited through the opposite side of the vehicle."[12]

In determining the initiation method, the CEXC investigators conceded that "no components of the device were recovered from the scene," but nevertheless concluded that the EFP was PIR initiated because (1) the lead vehicle was struck; (2) the EFP penetrations centered on the crew compartment; and (3) the convoy was moving at a high rate of speed, making it unlikely that the device was triggered via either command wire or remote frequency. I concur with this conclusion for substantially the same reasons.

As to the makeup of the EFP's components, CENTCOM redacted all photos showing armor penetrations from the documents it produced related to this attack, but two unredacted photos provide visual evidence of the presence of copper found inside the vehicle during the post-blast analysis. These images, as well as the damage to the vehicle's armor, provide further support for concluding that this EFP array was constructed with copper liners.



Images taken from Annex B to the CEXC report.

### e.  The EOD Post-Blast Storyboard

Portions of the Storyboard are excerpted in the AR 15-6 and a truncated, redacted version of the document was amongst documents produced by CENTCOM in response to Osen LLC's FOIA request. However, the Vacho family provided me with a complete, unredacted EOD Post-Blast Storyboard that bears no classification markings. I therefore have reviewed and relied upon it in formulating my conclusions.

---

[12]    CEXC Report at ¶ 10.

The Storyboard contains a narrative by EOD that the "EFP array was placed in the median facing toward the east, in a pile of soft dirt that was placed for the EFP array and covered with evergreen needles from the tree that was next to the blast site." The presentation also contains a summation of EOD's conclusions that (1) the uparmored HMMWV was struck by "approximately a five EFP array"; and (2) the EFP array was "believed to be R[emote] C[ontrol] armed and PIR initiated because of past T[echniques], T[actics] and P[rocedure]s and lack of evidence found (self contained)." The last line refers to the fact that this EFP (like many EFPs) had all of its internal components attached to the device when it detonated, and therefore left behind little to no evidence of its arming and triggering mechanisms, which led the investigators to conclude that the device was "self-contained" — *i.e.*, its arming and triggering mechanisms required no physical intervention by a human being.

 

Images of the blast seat taken from the EOD Post-Blast Storyboard.

The Storyboard also contains unredacted images of the vehicle's defeated armor, providing visual proof that three slugs passed through the driver's side front door and two more through the driver's side rear door. The images contained within the Storyboard amply support its conclusions that the uparmored HMMWV was struck by an EFP array.



Overall damage
to vehicle (Driver's side)



Rear driver's side
door closed



Rear driver's side
door open

Photographs taken from the EOD Post-Blast Storyboard of the driver's side of the vehicle and the driver-side rear
door showing the armor penetration by the EFP slugs.

### f.   Twenty-Two Photos Provided by the Vacho Family

The Vacho family also provided me with 22 photographs that were apparently taken by soldiers at the attack site shortly after the EFP array detonated. Due to the graphic nature of several images, I am not reproducing all of them in this report. Additionally, many of the photographs provide images of the damage that has already been addressed above. However, the following images provide further visual evidence of the defeated armor on the driver's side doors.

 

Photographs showing three distinct holes in armor of the driver's side front door made by the EFP array.

 

Photographs showing two distinct holes made in the armor of the driver's side rear door made by the EFP array.

### g.   The Casualty Report

The Casualty Report for 1SG Saenz provided by CENTCOM contains the following entry under the heading "Circumstances":

(39) Circumstances: Soldier was in the vicinity of MB 44800 09800 in a M1114 HMMWV with level 1 armor as the first vehicle in a four vehicle convoy patrolling north on ASR Jackson when the vehicle encountered an IED in the median of the route.  The IED hit the driver's side door of the vehicle causing the vehicle to veer into the southbound lanes of ASR Jackson where it struck a local national vehicle before it came to rest.  SM was wearing the ACH kevlar, large IBA with front and back SAPI plates, DAP, groin protector, yoke and collar, throat protector, and SPECS eyewear.  SM was positively identified through visual means by ███████████ 490 Civil Affairs, 2 BCT, 4 ID.  SM was pronounced by DR.███████████ MD, 10 CSH.

This entry provides further evidence that the HMMWV in which 1SG Saenz and SGT Vacho were travelling was equipped with level 1 armor (which equates to at least 1" thick rolled homogenous steel armor on the doors, roof and undercarriage, and at least 1" thick ballistic glass side windows). This amount of armor would have protected the vehicles' occupants from small arms fire and non-armor defeating IEDs but was useless against molten-copper EFP slugs.


**5.  Conclusion**

After a review of the available information, I conclude that the attack that killed 1SG Saenz and SGT Vacho was part of the EFP campaign orchestrated by the IRGC and Hezbollah, that was conducted by one of the IRGC's Special Group proxies. The attacked involved the use of a well-hidden five to nine EFP array that the attackers emplaced in the median of the roadway. The EFP array's slugs penetrated the driver's side armor of the HMMWV, causing massive injuries to the crew and incapacitating the driver, which led to the subsequent head-on collision.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack 1SG Saenz's and SGT Vacho's M1114 HMMWV causing their deaths;
2. The damage to the vehicle strongly indicates that the multi-array EFP was precision manufactured;
3. The fragmentation recovered from the attack site indicates that the multi-array EFP was copper-lined;
4. The damage to the vehicle strongly suggests the use of HE explosives in the construction of the EFP; and
5. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.


Dated:  April 17, 2019

Kevin D. Lutz
Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.04.17 21:26:10 -04'00'

———————————————————

Kevin D. Lutz

**65**

**May 14, 2006 Attack – Baghdad**

**1.  Summary of Opinion**

After reviewing the available evidence and information, I conclude that the May 14, 2006, attack that killed Chief Warrant Officer 4 ("CW4") Engeman and Sergeant First Class ("SFC") Robert West[1] involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.



Satellite image of the location of the attack, east of Baghdad taken from the WIT 10 report.

**2.  Documents Reviewed**

> **a.** SIGACT Report titled "IED EXPLOSION ATTK ON IVO MIZBAN (ZONE 31) (ROUTE ROUTE PLUTO): 2 CF WIA 2 CF KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

---

[1]      According to his casualty report, SFC West was posthumously promoted to Master Sergeant. For the purposes of clarity, I will refer to him in this report as SFC West, because that is how he is identified in the documents provided by CENTCOM.

      **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

      **c.**  WIT 10 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150

      **d.**  Casualty Report for CW4 Engeman produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0276;

      **e.**  Casualty Report for SFC West produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0253;

      **f.**  Event Storyboard provided to me by the family of SFC West; and

      **g.**  EOD Post Blast Storyboard provided to me by the family of SFC West.

### 3.  Summary of Attack

On the evening on May 14, 2006, an Iraqi National Police convoy was traveling north on Route Pluto with an embedded Special Police Transition Team ("SPTT") consisting of U.S. Army advisors, including CW4 Engeman and SFC West, from the 1st Battalion, 312th Regiment.[2] At approximately 6:10 p.m., the lead vehicle, an uparmored M1114 HMMWV, was struck by a multi-array EFP. The lead vehicle caught fire, swerved off the road and flipped over after hitting a ditch.[3] The attack killed SFC West (the vehicle's driver CW4 Engeman (seated in the front passenger seat), and wounded the gunner and the interpreter.[4]

### 4.  Attribution

#### a.  The SIGACT Report

The SIGACT report identifies the "Modes of Attack" as "Directional IED," which was the CENTCOM tracking signifier for EFP attacks in Iraq at this time. The report further notes that the EOD team "reported that the IED was an EFP placed on the right shoulder of RTE Pluto." Route Pluto was the Main Supply Route that saw heavy Coalition Forces traffic. As a result it was the site of many IED and EFP attacks orchestrated by Shi'a proxy groups.

---

[2]    WIT 10 Report at p. 2; Casualty Reports. SPTTs were generally groups of 10-20 U.S. servicemembers, formed from all components and branches of the U.S. military. These teams were embedded with interpreters and responsible for training and advising new, post-U.S. invasion, Iraqi Police units.

[3]    *Id.*

[4]    *Id.*

### b.  The IED Report

The IED Report lists the "Main Charge Configuration" of the weapon as "EFP."[5]

### c.  The Casualty Reports

The Casualty Reports for CW4 Engeman and SFC West both note that their vehicle was a "Level 1 Up-Armored M1114 HMMWV," and that both soldiers were wearing all of their protective gear.

### d.  The WIT 10 Report

Under the heading "IED Description," the WIT 10 report notes that the "[i]mpact and armor penetration is consistent with a multiple EFP array. Suspect R/C [radio controlled] armed and Passive Infrared (PIR) initiated, no components found."  The  report notes that the EFP was "[p]ossibly buried under dirt; covered by tree branches," and that a "[l]ight pole [was a] possible aiming/arming reference."[6]



Diagram of the attack and of the blast seat taken from the WIT 10 report.

The report contains information regarding the convoy's Counter-Improvised Explosive Device (C-IED) counter-measures, noting that the lead vehicle and the third vehicle in the convoy both employed ECM jammers.[7] The report provides that the convoy was traveling at approximately 35 mph when the lead vehicle was hit by the EFP array, and that the vehicle flipped over after running into a ditch by the side of the road.

---

[5]     IED Report, p. 2.

[6]     WIT 10 report, p. 1.

[7]     *Id.*, p. 2.





Images taken from the WIT 10 report.

The report's "Analysis/TTP" section concludes that "the fact that the first vehicle was struck, lends to the belief that the EFP array was R/C armed and initiated via PIR." The report also contains redacted photos of the penetrations to the vehicle's armor plating on the passenger side.



Redacted images of the armor penetrations to the M114 HMMWV.

Although the images are redacted, there is no question that the vehicle's armor plating was penetrated by an armor defeating weapon. The force of the blast and the analysis provided by the EOD team on scene, leads me to conclude that the weapon employed was an EFP array.

### e.  Event Storyboard provided by SFC West's Family

I was provided with a Storyboard of the attack by the family of SFC West. The Storyboard does not contain any classification markings, and I have therefore relied upon it in preparing this report.



Attack Storyboard provided by the family of SFC West.

The Storyboard identifies the attack as "1 X IED STRIKE (EFP)" and contains an assessment from the Battalion's Intelligence Division ("S2") that the weapon "was emplaced by JAM elements," that at least "two other EFP attacks occurred within 800 meters of this site since [December 2005]," and that "JAM will likely continue to emplace IEDs along [RTE] Pluto because of the high level of Coalition traffic in this area."

### f.   EOD Post Blast Storyboard Provided by the Family of SFC West

The EOD Post Blast Storyboard also contains no classification markings, and I have likewise relied upon it in preparing my report. The Storyboard provides the additional information that the EFP array was located three meters off the right shoulder of RTE Pluto at the base of a tree, and confirms that the first and third vehicles in the convoy were running ECM jammers. The EOD narrative slide indicates that the impact points of the EFP hit and penetrated the front passenger door. The Storyboard contains the conclusions that the "[i]mpact and armor penetration [were] consistent with a multi-array EFP…. Suspect R/C armed and PIR initiated, no components found."

The Storyboard also contains an unredacted image of the door armor penetrations, in which copper residue is visible on some of the impact points.



Image taken from EOD Post Blast Storyboard.

**71**

## 5. Conclusion

The redactions in the reports produced by CENTCOM make it more difficult to provide a conclusive narrative of the events surrounding the May 14, 2006 attack. However, based on my professional experience, my knowledge of explosives and the particular indicators of an EFP strike, as well as the additional materials provided to me by SFC West's family, I conclude that the attack that killed CW4 Engeman and SFC West was part of the EFP campaign orchestrated by the IRGC and Hezbollah, that was conducted by one of the IRGC's Special Group proxies. The attack involved a concealed, copper-lined EFP array that produced several copper slugs, which defeated the armor of the front passenger door. The vehicle subsequently caught fire, careened off of the road, struck a ditch and flipped over.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMWV causing the deaths of  CW4 Engeman and SFC West;
2. The damage to the vehicle strongly indicates that the EFP array was precision manufactured and copper-lined;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the array; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the array.

Dated:   April 17, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.04.17 21:23:32 -04'00'

Kevin D. Lutz

**June 5, 2006 Attack – Misiab**

### 1.  Summary of Opinion

After reviewing the available evidence and information, I conclude that the June 5, 2006 attack that killed Sergeant First Class ("SFC") Isaac Lawson involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

### 2.  Documents Reviewed

    **a.**  SIGACT Report entitled "IED EXPLOSION ATTK ON 49TH MP IVO (ROUTE NEW 5): 1 CF WIA 1 CF KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.**  Event Storyboards produced by CENTCOM in response to Osen LLC FOIA Request No 17-0150;

    **d.**  WIT 3 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **e.**  CEXC Report No. 6505-06, entitled "EFP Attack on RTE New Five Road," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **f.**  Fifty-four digital photographs of the damaged vehicle provided to me by clients of Osen LLC; and

    **g.**  Casualty Report for SFC Lawson produced by CENTCOM in response to Osen LLC FOIA Request no. 17-0216.

### 3.  Summary of Attack

On June 5, 2006 at approximately 8:30 p.m., a four-vehicle convoy from the 49th Military Police Brigade was travelling south on New Five Road in Baghdad when the third vehicle in the order of march, an up-armored M1114 HMMWV, was struck along its right side by an EFP.[1] The vehicle was only occupied by two soldiers due to a faulty air conditioning unit. The driver of the vehicle suffered temporary hearing loss and sustained shrapnel wounds to his face and upper torso.[2] SFC Lawson, seated in the front passenger seat, was killed.[3]

---

[1]  CEXC Report at 2, SIGACT Report at 2.

[2]  WIT 3 Report at 3.

[3]  *Id.*, SIGACT Report at 3.

### 4. Attribution

#### a. The SIGACT Report

The SIGACT report records the "Modes of Attack" as "Directional IED,"[4] and the report's summary notes that SFC Lawson's vehicle was "hit on the [front passenger] side [] through front right tire [and] through [the] wheel well."[5] The report also contains comments from WIT 3 that "an EFP detonated in proximity to the third vehicle in the four vehicle convoy, resulting in 1X [] KIA and 1X driver WIA."[6] The WIT 3 comments further note that the "blast penetrated the level 1 armor on the front passenger[']s side, and caused damage to the inside of the vehicle."[7]

#### b. The IED Report

The IED Report records the "Main Charge Configuration" of the explosive device as an "EFP" and the "Initiation Sub-Type" as "Passive Infrared."[8] The Report's Analysis section provides that the "EFP [was] placed on [the] side of [the] road, most likely concealed in foam to look like a rock. Device was placed near [the] base of a light pole as [an] aiming point."[9]

#### c. Event Storyboards

CENTCOM provided three event storyboards related to this attack. The first two concern the timeline of the attack and reference the fact that the convoy was hit by an EFP. The third storyboard refers to the medevac of SFC Lawson.

---

[4]      SIGACT Report at 2.

[5]      *Id.*

[6]      *Id.* at 3.

[7]      *Id.*

[8]      IED Report at 3-4.

[9]      *Id.* at 2.







**d.  The WIT 3 Report**

The WIT 3 Report consists of nine slides, two of which contain an aerial view of the attack site and a "Sector Sketch" of the attack.



4

**76**



The third slide contains a graphical representation of the injuries sustained by the two soldiers and their positions in the vehicle at the time of the attack:



5

Four of the WIT 3 Report's slides contain redacted images of the damage done to SFC Lawson's vehicle. Even though the images are redacted, the text callouts and the visible damage amply show that the EFP defeated the vehicle's level 1 armor.









The remaining two slides contain images of the blast seat, which the team measured to be approximately 2 feet long, 3 feet wide, and 1.5 feet deep.[10]

---

[10]     WIT 3 Report at 1.

7

### e.   The CEXC Report

The CEXC Report notes that the team's investigators interviewed witnesses to the attack and took photographs from the attack scene.[11] The Report notes that SFC Lawson's vehicle was not fitted with Interim Frag Kit 5 door armor;[12] however, based on the location of the strike point and the overall effectiveness of the EFP, I conclude that even if the vehicle had been fitted with additional armor, it likely would not have prevented SFC Lawson's death.

Under the heading "Vehicle Damage," the investigators noted that SFC Lawson's vehicle armor was penetrated "primarily from the front footwell to the leading quarter of the rear door."[13] It further notes that the "outer armor plate of the [front passenger] door was not with the vehicle and its location is unknown at this time. Due to the damage of the ultra hard steel, it is assumed that the outer armor was completely penetrated."[14]

Under the heading "Assessment," the investigators concluded that the "target vehicle was subjected to an EFP attack, evident from the distinctive strikes. One copper slug and a number of copper fragments were recovered from the crew compartment. Spalling of the vehicle's armor also added to fragmentation within the crew compartment and is common with EFP attacks."[15]



Fig 10 – Copper fragments recovered from target vehicle

Fig 11 – Copper slug recovered from target vehicle (obverse and reverse)

Images taken from Annex B to the CEXC Report, slides B10 and B11.

The investigators further concluded that it was "not possible to determine which form of initiation was actually utilized as no components of the device were recovered from the scene. Assessing that this attack followed the pattern of using an RC armed PIR initiated EFP array, the

---

[11]   CEXC Report at 2.

[12]   *Id.*

[13]   *Id.* at 3.

[14]   *Id.*

[15]   *Id.*

triggerman would be able to initiate the device by RC or as a VOIED (PIR)."[16] In my experience, it is highly unusual for an EFP to be initiated via RC on a moving convoy of vehicles, as the delay in initiation and the vehicle's C-IED CREW systems make such strikes extremely difficult. According to the SIGACT Report, this convoy was travelling at approximately 45 mph,[17] making an RC-initiated strike highly improbable. In my professional opinion, this EFP was likely RC armed and PIR initiated.

The report contains two "annexes," the first of which, Annex A, is a "Mapping Supplement," which includes graphical maps and aerial imagery of the attack site, and Annex B, B, a "Photographic Supplement," which consists of 10 mostly redacted photographs of the vehicle after it was recovered to Forward Operating Base Loyalty, as well as images of the copper fragmentation removed from the vehicle (shown above). Below are four of the more lightly redacted images which provide visual evidence of where the EFP slugs breached the vehicle's armor.


Fig 5 – Internal penetration rear right door


Fig 7 – Penetration leading edge of TC door


Fig 9 – Penetration of TC door and internal damage


Fig 4 – Penetration rear right door

---

[16]    *Id.*

[17]    SIGACT Report at 3.

### f.  Digital Photographs

The digital images provided to me by Osen LLC include photographs taken of the vehicle both at the attack site and after the vehicle was recovered to FOB Loyalty. Several of the photographs contain images of the damage to the vehicle that was redacted in the slides provided by CENTCOM. These images provide further visual evidence that the vehicle was struck by an EFP.



 

### g.  Casualty Report

SFC Lawson's casualty report notes that his vehicle was equipped with level 1 armor and was struck on the "right side by a possible Explosive Formed Projectile," and that at the time of the attack, SFC Lawson was wearing all of his required protective gear.[18]

### 5.  Conclusion

After a review of the available information, I conclude that the attack that killed SFC Lawson was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved the use of a copper-lined EFP. The slugs created by the EFP penetrated SFC Lawson's vehicle's armor, which resulted in his death.

In my professional opinion, the totality of the available record indicates that:

1. An EFP was the weapon used to attack the M1114 HMMWV and that killed SFC Lawson;
2. The damage to the vehicle and the recovery of copper fragmentation from the attack site strongly indicates that the EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

---

[18]    Casualty Report at 1, 5.

11

**83**

Dated: June 2, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.06.02 14:11:35 -04'00'

_____

Kevin D. Lutz

**June 8, 2006 Attack – Al Kut**

**1. Summary of Opinion**

After reviewing the available evidence and information, I conclude that the June 8, 2006 attack that killed Sergeant First Class ("SFC") Daniel Crabtree involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

**2. Documents Reviewed**

    **a.** SIGACT Report titled "IED (EFP) ATTK ON US ODA TM IVO SHIBAYMIYAH: 1 CIV KILLED 1 CF KIA/VEH DAMAGE," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **b.** Casualty Report for SFC Crabtree produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0265.

**3. Summary of Attack**

At approximately 8:00 a.m. on June 8, 2006, a convoy consisting of a U.S. Army Special Forces Operational Detachment Alpha ("ODA") team[1] from B Company, 2nd Battalion, 19th Special Forces Group was traveling along Alternate Supply Route ("ASR") Roswell when one of the vehicles, an up-armored M1114 HMMWV was hit by an EFP, killing SFC Crabtree and the team's local Iraqi interpreter.[2] It does not appear from the record that any EOD resources were tasked with investigating this attack.

**4. Attribution**

    **a. The SIGACT Report**

The SIGACT Report is brief but notes that SFC Crabtree's team "was attacked with [] an EFP IED on ASR Roswell," and that "2X HMMWV were . . . damaged in the attack."[3]

---

[1]     "U.S. Army Special Forces are organized into small, versatile teams, called Operational Detachment Alphas (ODA). An ODA has 12 team members, including two weapons sergeants, two communications sergeants, two medical sergeants and two engineering sergeants. A commander, assistant commander (warrant officer), operations sergeant and an assistant operations sergeant complete the team. The size and composition of the team can change according to the type of mission." *See* https://www.goarmy.com/special-forces/team-members.html.

[2]     SIGACT Report at 2, Casualty Report at 1.

[3]     SIGACT Report at 2.

**85**

### b. The Casualty Report

The Casualty Report includes a "Casualty Release Information Form," which notes that SFC Crabtree was the vehicle commander "of an M11114 up-armored HMMWV with level-I armor conducting a combat patrol from Camp Delta, Al Kut to Camp Sheejan, Al Suwayrah along ASR Roswell, when the vehicle encountered an IED."[4] The form further notes that SFC Crabtree "sustained critical injuries" and died en route via medevac to a combat support hospital.[5]

The Casualty Report also contains an update recording SFC Crabtree's cause of death as "[m]assive trauma caused by Explosive Formed Projectile (EFP) IED."[6]

### 5. Conclusion

After a review of the available information, I conclude that the attack that killed SFC Crabtree was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. Since this is one of the earlier EFP attacks on record and involved an attack on a Special Forces unit, the record provided by CENTCOM is somewhat spare. However, based upon the totality of the evidence, as well as my knowledge, training and experience regarding the employment and the penetration effects of EFPs against U.S. forces during the relevant time period, I conclude that this attack against a moving convoy of up-armored HMMWVs, involved the use of an EFP that was likely copper-lined, RF armed and PIR triggered.

In my professional opinion, the totality of the records available for my review indicates that:

1. An EFP was the weapon used to attack the up-armored M1141 HMMWV causing the death of SFC Crabtree;
2. The damage to the vehicle strongly indicates that the EFP was precision manufactured and likely copper-lined;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: June 14, 2019

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.09.04 19:00:20 -04'00'

Kevin D. Lutz

---

[4]     Casualty Report at 1.

[5]     *Id.*

[6]     Casualty Report at 3.

**June 9, 2006 Attack – Ad Diwaniyah**

**1.  Summary of Opinion**

After reviewing the available evidence and information, I conclude that the June 9, 2006 attack that killed Specialist ("SPC") Benjamin Slaven involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC.[1] I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

**2.  Documents Reviewed**

**a.**  SIGACT Report entitled "IED EXPLOSION ATTK ON 308[TH] TC IVO (ROUTE MSR TAMPA): 1 CF KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

**b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

**c.**  CJTF-Troy Report prepared by the 3rd Ordnance Battalion and produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

**d.**  Eight digital photographs of the damaged vehicle provided to me by the family of SPC Slaven; and

**e.**  Casualty Report for SPC Slaven produced by CENTCOM in response to Osen LLC FOIA Request no. 17-0214.

**3.  Summary of Attack**

On June 9, 2006, a 29 vehicle convoy that was being escorted by a unit from the 308th Transportation Company was travelling north on Route Tampa en route to Baghdad International Airport from Forward Operating Base ("FOB") Cedar II.[2] At approximately 9:00 p.m., southeast of the town of Ad Diwaniyah, the lead vehicle, an up-armored M1114 HMMWV, was struck on the left side by a multi-array EFP.[3] The vehicle was impacted by the EFP slugs on the left side above the left-rear door and on the left side of the turret.[4] SPC Slaven, seated in the gunner's position, was killed.[5]

---

[1]  SPC Slaven was posthumously promoted from the rank of Private First Class to Specialist on July 25, 2006.

[2]  SIGACT Report at 2, CJTF-Troy Report at 3.

[3]  SIGACT Report at 3, CJTF-Troy Report at 3.

[4]  *Id.*

[5]  *Id.*, Casualty Report at 1.

### 4. Attribution

#### a. The SIGACT Report

The SIGACT report records the "Modes of Attack" as "Directional IED,"[6] and the report's summary and its update from the Corps Support Command ("COSCOM") both note that the vehicles in SPC Slaven's unit were running counter-IED equipment at the time of the attack, although the details have been redacted by CENTCOM.[7]

#### b. The IED Report

The IED Report records the "Main Charge Configuration" of the explosive device as an "EFP" and the "Initiation Sub-Type" as "Passive Infrared."[8] The report's "Device Description" section provides that SPC Slaven's vehicle "was impacted by the EFPs on the left side above the left-rear door and on the left side of the turret with 1 KIA (gunner). Copper residue and multiple penetration holes are consistent with" a multi-array EFP.[9] This section of the report further notes that "[s]ome frag was present in the blast seat from the EFP sleeve," but that "no components were recovered."[10] The EOD investigators concluded that the multi-array EFP was likely "RC armed and PIR fired due to lack of components [recovered] and precision timing of the detonation."[11]

The report concludes that:

"[b]assed on the placement of the IED, the size of the blast hole, fragmentation recovered, the copper residue, and the damage to the M1114 the IED was definitely a multiple EFP array. Suspect RC armed PIR fired due to lack of components and precision timing of the detonation. COPPER liner type."[12]

#### c. The CJTF-Troy Report

The CJTF-Troy Report was prepared by the 3rd Ordnance Battalion and consists of nine slides. The slide titled "Narrative/Background" notes that SPC Slaven's vehicle "was impacted by the EFPs on the left side above the left-rear door and on the left side of the turret with 1 KIA (gunner). Copper residue and penetration holes are consistent with" a multi-array EFP.[13] The report

---

[6]     SIGACT Report at 2.

[7]     *Id.* at 2-3.

[8]     IED Report at 3.

[9]     *Id.* at 2.

[10]    *Id.*

[11]    *Id.* at 3.

[12]    *Id.*

[13]    CJTF-Troy Report at 3.

2

also notes that the investigators suspected that the multi-array EFP was "RC armed [and] PIR fired due to the lack of components [recovered] and [the] precision timing of the detonation."[14]

The report also contains an area map[15] and a "Scene Diagram"[16] of the attack site:

 



---

14    *Id.*

15    *Id.* at 5.

16    *Id.* at 6.



The "Scene Diagram" notes that the convoy was travelling along Route Tampa at approximately 45-50 mph,[17] lending credence to the report's assessment that the multi-array EFP possessed a PIR trigger, which would have allowed for the accuracy of the strike on the lead vehicle at such speeds.

### d.  Digital Photographs

The eight digital images provided to me by SPC Slaven's family appear to have been taken approximately two weeks after the attack, and after his vehicle was recovered to FOB Echo and examined by the EOD investigators. Consequently, the vehicle had its left-side doors and roof removed, and its blown tires replaced.

---

17      *Id.*

4

**90**



Several of the digital photographs contain images of punctures to the unarmored portions of the vehicle and are therefore not relevant for the purposes of attribution. However, a few images display damage to the hardened steel components of the vehicle that is consistent with damage caused by a copper-lined, multi-array EFP:



5





**92**

### e. Casualty Report

SPC Slaven's casualty report notes that he was the gunner of an M1114 HMMWV with level 1 armor, and that at the time of the attack, he was wearing all of his required protective gear.[18]

### 5. Conclusion

After a review of the available information, I conclude that the attack that killed SPC Slaven was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved the use of a copper-lined, multi-array EFP that was likely RC armed and PIR triggered. The slugs created by the multi-array EFP penetrated the vehicle's armor, which resulted in his death.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMWV and that killed SPC Slaven;
2. The damage to the vehicle and the identification of copper residue and fragmentation from the vehicle and the attack site strongly indicate that the multi-array EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: June 2, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.06.02 15:38:14 -04'00'

_____
Kevin D. Lutz

---

[18]    Casualty Report at 1.

**October 17, 2006 Attack – Baqubah**

   **1.  Summary of Opinion**

      After reviewing the available evidence and information, I conclude that the October 17, 2006 attack that killed Staff Sergeant ("SSG") Ryan E. Haupt and Specialist ("SPC") Nathan J. Frigo involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

   **2.  Documents Reviewed**

      **a.**  "AR 15-6 Investigation: IED Explosion Resulting in the Death of SSG Ryan Haupt, MND-N, 17 October 2006," dated October 26, 2006 produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0116;

      **b.**  SIGACT Report entitled "IED EXPLOSION ATTK ON TAC 1-68 IVO AS SINDIYAH (ROUTE ASR DOVER): 1 CF WIA 3 CF KIA 1 AIF DET" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

      **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

      **d.**  WIT 12 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

      **e.**  Casualty Report for SSG Haupt produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0178; and

      **f.**  Casualty Report for SPC Frigo produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0283.

   **3.  Summary of Attack**

      On October 17, 2006, at approximately 3:00 p.m., a convoy of four up-armored M1114 HMMWVs from A Company, 1st Battalion, 68th Armor Regiment was returning to Forward Operating Base Warhorse ("FOB Warhorse"), an Army base located a few miles northwest of Baqubah, when the second vehicle in the convoy was struck by an EFP. The attack killed SSG Haupt and SPC Frigo almost instantly, and the HMMWV's gunner died before he could be removed from the vehicle.[1] A fourth soldier was seriously wounded.

---

[1]      "AR 15-6 Investigation: IED Explosion Resulting in the Death of SSG Ryan Haupt, MND-N, 17 October 2006," dated October 26, 2006 (hereinafter in this section, "AR 15-6").

### 4.   Attribution

#### a.   The Army AR 15-6 Investigation

According to the AR 15-6 report's list of Enclosures, the investigating officer conducted interviews and obtained the sworn statements of five soldiers who witnessed the attack, and reviewed documentation including the WIT report and storyboard, the initial and supplemental casualty reports, the unit storyboard, and the SIGACT report. Based upon his review of this information and documentation, the investigating officer found that:

> [T]he second vehicle in the 4 vehicle convoy was hit killing SSG Ryan E. Haupt…and SPC Nathan J. Frigo…. SSG Haupt and SPC Frigo were immediately identified as KIA, and [the third soldier killed] died before he could be moved….[2]

Based on the investigating officer's review of the EOD and WIT analyses and reports, he further found that:

> The IED was identified as an at least 8 EFP array due to the presence of copper residue and penetrating damage to the vehicle and its armor systems at the point of impact. The IED was command detonated, rendering the…countermeasures ineffective. The IED was able to be easily concealed through the enemy use of terrain, road conditions and the discrete construction of the device including the use of a very thin white wire, which is less discernable than the copper wire usually recovered from IEDs in this [area of operations].[3]

The investigating officer also inspected the damaged HMMWV with the aid of the WIT report. The AR 15-6 report contains photographs and descriptions of the penetration of the HMMWV's passenger front and rear door armor, the damage to the crew compartment, and the seven copper fragments recovered from the vehicle. According to the investigating officer, the EFP was "designed for the express purpose of defeating light armor systems."[4]

#### b.   The SIGACT Report

The SIGACT Report categorizes the attack as involving a "Directional IED," which implicates the potential use of an EFP.[5] The report also contains a comment from WIT 12 that the "initial assessments at the scene indicated that the vehicle was struck by an EFP due to the copper residue evident at the spots where the armor was penetrated, and fragmentation recovered at the

---

[2]   *Id.*, "Findings and Recommendations," at 1.

[3]   *Id.*, "Findings and Recommendations," at 2.

[4]   *Id.*, "Findings and Recommendations," at 3-5.

[5]   SIGACT Report at 2.

scene. The blast seat measured 84 x 84 x 24 [inches]. In addition, a command wire was recovered from the scene."[6]

### c.   The IED Report

The IED Report notes the main charge configuration of the explosive device as "EFP," and contains a comment from WIT 12 that the EFP "was a command initiated device. It is EOD/WIT[']s [sic] assessment that there was an array of at least 8 EFPs due to the amount of large points of penetration."[7]  In the "Analysis" section, WIT12 notes that this was "the second EFP attack within the past 10 days," which gave rise to the possibility of "the migration of an EFP IED cell into the Diyala" Area of Operations.[8]  According to the WIT 12 analysis, these EFP attacks "occurred near the Shi[']a dominated village of As Sindiyah," leading the team to conclude that "a Shi[']a insurgent cell is conducting these EFP attacks."[9]

### d.   The WIT 12 Report

The WIT 12 Report consists of 8 slides, the first two of which provide an aerial view and a "sector sketch" of the attack site.



Slide 3 contains a photograph of the attack site taken at street-level, and slide 4 is a close up of the blast seat, which was measured to have a diameter of 84" and a depth of 24".

---

[6]      *Id.* at 3.

[7]      IED Report at 3.

[8]      *Id.* at 2.

[9]      *Id.*

Slide 5 contains redacted images of the damage the multi-array EFP caused to the vehicle's turret, which, based upon the callout, included penetrating the turret's armor:



Slide 6 contains a combination of redacted and unredacted images of damage done to the vehicle's side doors as well as a close up of copper residue the EFP deposited on the vehicle's turret:



4

<u>97</u>

Slide 7 is labeled "Armor Penetration on Passenger Side Rear Door" and contains two redacted photographs:



Slide 8 contains images of copper fragmentation from the EFP that the WIT recovered from the attack site:



### e.  Casualty Reports

The casualty reports note that SSG Haupt was the vehicle commander, also known as the truck commander (TC), and SPC Frigo was in the rear driver's side seat of the M1114 HMMWV, which had "level 1 armor." The reports note that both soldiers were wearing all of their required protective gear at the time of the attack.[10]

### 5.  Conclusion

After a review of the available information, I conclude that the attack that killed SSG Haupt and SPC Frigo was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved the use of a multi-array copper-lined EFP that possessed at least eight (8) penetrators . The attackers detonated the EFP via a command wire as the soldiers' HMMWV came alongside the device, which rendered ineffective the vehicle's IED countermeasures. The multi-array EFP sent multiple slugs through the HMMWV's armor along its right side, killing SSG Haupt and SPC Frigo.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMWV and that killed SSG Haupt and SPC Frigo;
2. The damage to the vehicle and the recovery of copper fragmentation strongly indicate that the multi-array EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated:  April 30, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.04.30 16:40:22 -04'00'

_____

Kevin D. Lutz

---

[10]     Haupt Casualty Report at 2, Frigo Casualty Report at 1.

**October 23, 2006 Attack – Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the October 23, 2006 attack that killed 1st Lieutenant ("1LT") Amos Bock involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "IED EXPLOSION ATTK ON A 4-320 FA IVO (ZONE 49) (ROUTE WILD): 9 CF WIA 1 CF KIA 1 ISF KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  WIT 3 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **d.**  Casualty Report for 1LT Bock produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0221.

    **3.  Summary of Attack**

        At approximately midnight on October 23, 2006, a four-vehicle convoy from A Company, 4th Battalion, 320th Field Artillery Regiment, was conducting a curfew patrol in the Zafriniyah neighborhood in Baghdad, traveling north on Route Wild when it was hit by a multi-array EFP.[1] The attack damaged and set fire to three of four up-armored M1114 HMMWVs in the convoy, wounding nine soldiers and killing 1LT Bock and his unit's local Iraqi interpreter.[2]

    **4.  Attribution**

        **a.  The SIGACT Report**

        The SIGACT Report categorizes the mode of attack as "Directional IED," which indicates that this attack likely involved an EFP.[3] The report also notes that "three out of four M1114s hit by IED strike and all three are on fire…. [A]mmunition is cooking off in the burning vehicles."[4]

---

[1]      Casualty Report at 1; SIGACT Report at 2; IED Report at 2.

[2]      SIGACT Report at 3.

[3]      *Id.* at 4.

[4]      *Id.* at 3.

**100**

The SIGACT Report also contains comments from WIT 3 that "the convoy was traveling north in the northbound lane of RTE Wild when it was struck by a possible steel-lined EFP array. When EOD/WIT arrived on scene C[oalition] F[orces] were in the immediate area conducting raids in the city on both sides of RTE Wild…. Due to the environment at the site, pictures were not taken of the surrounding area. No evidence was collected on scene."[5]

### b. The IED Report

The IED report notes that the main charge configuration was an EFP,[6] and it contains an analysis from WIT 3 that "[t]he area where the blast occurred has multiple possible aiming points," including a "small shack" that was "right in front of a walking bridge that went over RTE Wild."[7] WIT 3 further noted that the "steel lined EFP array was emplaced along a line of blocks that prevented vehicles from parking in front of the stores along the east side of the northbound lane on Route Wild" and that "the EFP detonated within 1-2 meters of the first vehicle[,] most likely puncturing the fuel tank [and] resulting in the additional destruction of vehicles 2 and 3."[8]

Under the "Device Description" heading, the WIT commented that "the initiation system is unknown due to no command wires, pressure plates or electronic components found on scene. The device is assessed to be a PIR or RC initiated device."[9]

### c. The WIT 3 Report

The WIT 10 report produced by CENTCOM consists of nine slides, the first two of which provide an aerial view and a "sector sketch" of the attack location:

 

---

[5]   *Id.* at 4-5.

[6]   IED Report at 3.

[7]   *Id.* at 2.

[8]   *Id.*

[9]   *Id.* at 3.

**101**

The remaining slides include a digital photograph of the blast seat and redacted images of the destroyed M1114 HMMWVs taken at the attack site. The first image provides a view of all three of the destroyed vehicles. A blast hole is visible in the lower-left corner of the front passenger door of 1LT Bock's vehicle (Vehicle 1):



This hole can also be seen in another slide titled "Damage to Right Rear Side of Vehicle One," notwithstanding the fact that the same image was redacted from a prior slide:



**102**

The explosion from the multi-array EFP was very powerful, and it blew the driver's side doors off of 1LT Bock's vehicle:



Vehicles 2 and 3 were completely destroyed by the ensuring fires:



### d.  The Casualty Report

1LT Bock's Casualty Report notes that he was riding in the front passenger seat of an "M1114 HMMWV with level I armor."[10] The report further notes that 1LT Bock was wearing all

---

[10]      Casualty Report at 1.

**103**

of his required protective gear at the time of the attack, and that the cause of his death was "massive trauma."[11]

### e.  Conclusion

After a review of the available information, I conclude that the attack that killed 1LT Bock was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP that sent at least one slug through his vehicle's armored front-passenger door.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the M1151 HMMVW and that killed 1LT Bock;
2. The damage to 1LT Bock's vehicle strongly indicates that the device used to attack the vehicle was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
3. The damage to the vehicle strongly indicates that HE explosives were used in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated:  July 9, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.07.09 12:01:35 -04'00'

Kevin D. Lutz

---

[11]   *Id.* at 8.

**November 2, 2006 Attack – Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the November 2, 2006 attack that killed Lieutenant Colonel ("LTC") Eric J. Kruger involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  AR 15-6 Investigation: LTC Paul J. Finken, LTC Eric J. Kruger, SSG Joseph A. Gage, KIA: 02 NOV 06, Baghdad, Iraq," dated November 7, 2006 produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0125;

        **b.**  SIGACT Report entitled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) 506[TH] MITT IVO (ROUTE CARANAC): 3 CF KIA 1 CIV KIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  WIT 3 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **e.**  Casualty Report for LTC Kruger produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0204.

    **3.  Summary of Attack**

        On November 2, 2006, at approximately 2:00 p.m., a patrol consisting of four up-armored M1114 HMMWVs and 20 personnel departed Forward Operating Base Volunteer ("FOB Volunteer") toward FOB Loyalty. The lead HMMWV contained the Chief of an outgoing Military Transition Team ("MiTT") and the Chief of the incoming MiTT. The purpose of the mission was to familiarize the incoming MiTT with its area of operations and routes.[1] Approximately ten minutes into the trip, while in a traffic circle in Baghdad, an EFP struck the lead HMMWV on its passenger side. The slug from the EFP penetrated the crew compartment between the passenger side front and rear doors, traveling up and back through the crew compartment, and exiting the vehicle above the left rear seat. The attack killed LTC Kruger, two other soldiers and the team's interpreter.[2]

---

[1]        In Army jargon, this type of mission is referred to as a Relief in Place/Transfer of Authority, or "RIP/TOA."

[2]        "AR 15-6 Investigation: LTC Paul J. Finken, LTC Eric J. Kruger, SSG Joseph A. Gage, KIA: 02 NOV 06, Baghdad, Iraq," dated November 7, 2006 (hereinafter in this section, "AR 15-6").

**105**

### 4.  Legal Attribution

#### a.  The Army AR 15-6 Investigation

According to the AR 15-6 report's Table of Contents, the investigating officer conducted interviews and obtained the sworn statements of six soldiers and conducted telephone interviews with three soldiers who either witnessed the attack or responded to the scene immediately thereafter, and reviewed documentation including the Serious Incident Report, the casualty reports, the storyboards, the EOD report, and the CEXC report. Based upon his review of this information and documentation, the investigating officer found that:

> [A]lmost immediately [after entering the traffic circle], the lead vehicle was struck center-mass on the passenger side by an IED…. The IED appears to have been a single, copper-lined shaped charge. The device was most likely PIR initiated, based on the targeting of the lead vehicle, the precision of the strike and the lack of any forensic evidence suggesting command wire or remote detonation. The shaped charge appears to have been angled to compensate for the presence of the RHINO MK2.[3]

The investigating officer's findings comport with the Serious Incident Report, which notes that the lead vehicle was struck with a "large platter charge or EFP," and the CEXC report, which provides that the unit was provided with "copper fragments."[4] Additionally, the senior officer who assumed control of the site shortly after the attack "examined the vehicle and blast seat and concluded it was a large, single ADD [armor-defeating device]. It created a 6-8 in[ch] penetration between the TC and TC-side passenger doors. There was distinct copper-residue on the lip of the penetration, and [he] found four golf-ball sized copper slugs on the traffic circle…."[5] The investigating officer noted that the EOD report, which was redacted from the AR 15-6, contained "findings…very similar to" the senior officer's personal assessment.[6]

The EFP caused catastrophic damage to both the HMMWV and its crewmembers, killing LTC Kruger and three others instantly, and leaving the driver, the only survivor of the attack, "covered in human remains [with] multiple shrapnel fragments embedded in his helmet, side plates and groin protector."

#### b.  The SIGACT Report

The SIGACT Report categorizes this attack as a "Directional IED," which indicates the likely use of an EFP.[7] The report also contains comments from WIT 3, which notes that the front

---

[3]    AR 15-6 at 16, paragraph c.

[4]    *Id*. at 39, 72.

[5]    *Id*. at 32.

[6]    *Id*. at 17, paragraph i.

[7]    SIGACT Report at 2.

passenger "door was struck by a large copper EFP, resulting in one [redacted] penetration. The resulting blast crater was on the southwest side of the traffic circle, approximately [redacted] from the edge of the road."[8] The WIT interviewed the vehicle's driver, who reported that "a small white sedan about 150m ahead of the lead M1114 passed through the traffic circle without incident. As the lead M1114 entered the traffic circle, a blast struck the vehicle on the right side." This indicates that the terrorists who emplaced the EFP were monitoring the convoy and likely remotely armed the EFP during the interval between the two vehicles.

This piece of information is important to assessing this attack, as the attackers apparently armed the EFP via the use of a radio frequency device, since no command-wire was found after the attack. The AR 15-6 notes that the lead HMMWV was equipped with a "Duke" ECM device, which would have jammed any attempt by the attackers to remotely arm the EFP. Accordingly, the attackers must have known, and apparently did know, that the first HMMWV in the convoy was the only viable target and armed the EFP immediately after the white sedan passed by the emplacement point, but before the device was covered by lead HMMWV's ECM bubble. As noted by the investigating officer in the preceding section, attackers emplaced the EFP at an angle to defeat the vehicle's Rhino.

### c.   The IED Report

The IED Report identifies the "main charge configuration" of the weapon as "EFP."[9] In the "Analysis" section, WIT commented that "the device placement and concealment, blast trajectory with respect to maximum lethality, and lack of forensic evidence left behind by the terrorist all indicate a high level of technical and tactical proficiency. . . .  That fact that [the terrorists] chose a back road, RTE Caranac, to place this device shows [they] are exploiting back roads and shortcuts, possibly traveled by C[oalition] F[orces] through muhallas, instead of routes, such as RTE Brewers, for travel through the A[rea of] O[perations]."[10]

Under the "Device Description" section, the WIT comments note that "the vehicle was struck by a large, copper-lined EFP."[11] The WIT comments also note that "the first vehicle entered a traffic circle and was hit on the [front passenger] door by a large copper EFP, resulting in one six-inch round penetration. The resulting blast crater was on the southwest side of the traffic circle approximately six feet from the edge of the road."[12]

### d.   The WIT 3 Report

The WIT 3 Report consists of 11 slides, the first two of which contain an aerial view and a "sector sketch" of the attack site, respectively:

---

[8]   *Id.* at 3.

[9]   IED Report at 3.

[10]   *Id.* at 2.

[11]   *Id.* at 3.

[12]   *Id.*



Slides 3, 4 and 5 contain photographs of the traffic circle and surrounding areas taken shortly after the attack and slide 6 contains the "Battle Damage Assessment" – a graphical representation of the damage incurred by the individuals riding in the vehicle.

Slides 7, 8 and 9 contain redacted photographs of the damage that the EFP slug caused to the up-armored M1114 HMMWV. Slide 7 shows the where the slug penetrated the armor and entered the vehicle via the front passenger door:



4

<u>**108**</u>

Slide 8 displays where the slug exited the vehicle via its left rear roof armor:



Slide 9 displays the damage caused to the vehicle by fragmentation from the EFP:



The final two slides contain images of the copper slugs recovered from the attack site and the blast seat left by the EFP, which team recorded as 3 feet in diameter and 1 foot in depth.



### e.   The Casualty Report

LTC Kruger's casualty report notes that, at the time of the attack, he was seated in the rear passenger seat behind the Truck Commander (TC) who was seated in the passenger front seat in a "level 1, Up-Armored M1114 HMMWV," and that he was wearing all of his required protective gear.[13]

## 5.   Conclusion

After a review of the available information, I conclude that the attack that killed LTC Kruger was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved the use of a large, well-concealed and emplaced single, copper-lined EFP, and not a shape charge device as cited in the AR 15-6 investigation report. The attackers most likely, as no command wire was discovered, armed the EFP via radio frequency to defeat the electronic counter measure (ECM) being employed by LTC Kruger's HMMWV before it came alongside the EFP. The EFP was most likely initiated using a victim operated passive infrared (PIR) sensor and was purposely angled to defeat the vehicle's Rhino anti-PIR device. The EFP's large slug penetrated the front passenger door armor, passed through the vehicle killing LTC Kruger and three others, and exited via roof armor along the left side of the vehicle.

In my professional opinion, the totality of the available record indicates that:

1.  An EFP was the weapon used to attack the M1114 HMMWV and that killed LTC Kruger;
2.  The damage to the vehicle and the recovery of copper slugs strongly indicate that the EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;

---

[13]     Casualty Report at 1.

3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the EFP; and

4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: May 5, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.05.05 21:00:40 -04'00'

_____

Kevin D. Lutz

**November 13, 2006 Attack – Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the November 13, 2006 attack that killed Private First Class ("PFC") Jang Ho Kim involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "IED EXPLOSION ATTK ON 1-26 IN IVO BAGHDAD (ZONE 14) (ROUTE BREWERS): 2 CF WIA 2 CF KIA 1 ISF WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  WIT 3 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  CEXC Report titled "9016-06 – EFP Attack – RTE Brewers," produced by CENTCOM in response to Osen LLC FOIA Request 17-0150; and

        **e.**  Casualty Report for PFC Kim produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0199.

    **3.  Summary of Attack**

        At approximately 8:30 p.m. on November 13, 2006, a five-vehicle convoy from Headquarters and Headquarters Company, 1st Battalion, 26th Infantry Regiment, was on a combat patrol traveling west on Route Brewers when the lead vehicle, an up-armored M1151 HWMMV, was hit by a multi-array EFP.[1] The blast impacted the passenger side doors of the lead vehicle resulting in the deaths of the gunner and PFC Kim, the vehicle's driver.[2]

---

[1]    Casualty Report at 1; SIGACT Report at 7; CEXC Report at 1-2.

[2]    CEXC Report at 1-2.

<u>**112**</u>

### 4. Attribution

#### a. The SIGACT Report

The SIGACT Report categorizes the mode of attack as "Directional IED," which indicates that this attack likely involved an EFP.[3] The SIGACT Report also contains comments from WIT 3 that "the lead vehicle was struck on the [passenger] side by a multiple-array EFP. This attack resulted in 2X CF KIA and 2X CF WIA."[4]

#### b. The IED Report

The IED report notes that the main charge configuration was an EFP that was PIR initiated.[5] The report contains an analysis from WIT 3 that "a light pole located 5 meters away from the blast seat . . . could have possibly been used as an aiming point."[6] Under the "Device Description" heading, WIT 3 commented that "[d]ue to the lack of command wire or components found at the scene, it was probably [an] RCIED initiated device."[7]

#### c. The WIT 3 Report

The WIT 3 report produced by CENTCOM consists of six slides, the first two of which provide an aerial view and a "sector sketch" of the attack location:



---

[3]     SIGACT Report at 2. WIT 3 also described the multi-array EFP as "steel lined." However, as discussed below, subsequent examination of the vehicle uncovered copper fragmentation, leading the CEXC team to conclude that this was a copper-lined, multi-array EFP.

[4]     *Id.* at 3, 7.

[5]     IED Report at 3.

[6]     *Id.* at 2.

[7]     *Id.*

The remaining slides include a digital photograph of the blast seat and redacted images of the destroyed M1151 HMMWV after it was recovered to Forward Operating Base ("FOB") Rustamityah. In the slide titled "Vehicle Overall," an EFP penetration point is visible on the rear passenger door:



The remaining slides contain close-up, but redacted, images of the passenger-side front and rear doors:

 

**114**

### d.  The CEXC Report

The CEXC team assessed that "a 5 or 6 x Explosively Formed Penetrator (EFP) was employed. There were four significant impacts on the [front and rear] passenger door[s]. There were approximately 40 identifiable but not armour [sic] perforating impacts, believed to have been caused by ball bearings contained in the array. . . . Beginning at the [front passenger] door and working rearward, the first EFP impact was to the gunner's slanted front shield. The second impact, assessed to be a [redacted]. The third impact perforated the [front passenger] door, causing the death of the driver. . . . The fourth impact was to the [rear passenger] door. The fifth impact was to the gunner's cupola and the sixth impact perforated the [vehicle's] turtleback slope. . . . It is assessed that 2 larger EFPs directly targeted the passenger compartment of the M1151, while a smaller EFP was aimed at the gun cupola."[8] The team further assessed that "it is likely that the array was armed through telemetry outside of the [redacted] inhibition range and initiated by PIR."[9] The report also concludes that the multi-array EFP was copper-lined.[10]

The report also contains a chemical analysis report based on a swab taken from metal fragmentation recovered from PFC Kim's vehicle.[11] According to the report, the analysis indicated positive results for TNT, NITRO and RDX – all HE explosive compounds.



---

[8]    CEXC Report at 2.

[9]    *Id.* at 3.

[10]    *Id.*

[11]    *Id.* at 12.



### e.   The Casualty Report

PFC Kim's Casualty Report notes that he was the driver of an "M1151 HMMWV with level I armor."[12] The report further notes that PFC Kim was wearing all of his required protective gear at the time of the attack.[13]

### f.   Conclusion

After a review of the available information, I conclude that the attack that killed PFC Kim was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP that sent at least one slug through his vehicle's armored back-passenger door.

In my professional opinion, the totality of the available record indicates that:

1.  A multi-array EFP was the weapon used to attack the M1151 HMMVW and that killed PFC Kim;
2.  The damage to PFC Kim's vehicle and the fragmentation recovered from the vehicle strongly indicates that the device used to attack the vehicle was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;

---

[12]    Casualty Report at 2.

[13]    *Id.* at 2, 4.

3. The damage to the vehicle and the chemical analysis conducted by the CEXC lab strongly indicates that HE explosives were used in the construction of the multi-array EFP; and

4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: July 5, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.07.05 12:35:58 -04'00'

_____

Kevin D. Lutz

**November 26, 2006 Attack – Baghdad**

**1. Summary of Opinion**

After reviewing the available evidence and information, I conclude that the November 26, 2006 attack that killed 1st Lieutenant ("1LT") David Fraser involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

**2. Documents Reviewed**

    **a.** "Report of Proceedings by Investigating Officer/Board of Officers" dated December 6, 2006 produced by U.S. Army Central (ARCENT) to Osen LLC pursuant to FOIA Request No. FA-17-0167;

    **b.** SIGACT Report titled "IED EXPLOSION ATTK ON E/18 CAV IVO (ZONE 24) (ROUTE PREDATORS): 2 CF WIA 3 CF KIA" produced by CENTCOM in response to Osen FOIA Request No. 17-0150;

    **c.** IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **d.** WIT 3 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **e.** CEXC Report No. 9414-06 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

**3. Summary of Attack**

On the morning of November 26, 2006, the lead vehicle of a six-vehicle convoy was severely damaged by an EFP attack that killed three servicemen, including 1LT Fraser. The patrol was manned by combat engineers tasked with a "route clearance" mission, *i.e.*, to patrol a road or set of roads for IEDs and, if encountered, clear them. The lead vehicle was a Buffalo Mine Resistant Ambush Protected ("MRAP" or "Buffalo") truck.[1]

The Buffalo is a heavily armored vehicle designed specifically to withstand traditional IED attacks. The Buffalo can be (and in this case, was) equipped with an extensible arm that can be controlled by the vehicle's crew to sweep roads of IEDs and mines.

---

[1] "Report of Proceedings by Investigating Officer/Board of Officers" dated December 6, 2006 (hereinafter, "AR 15-6"), p. 5.

**118**



Stock image of a Buffalo MRAP with extensible arm.

Illustrative of the protective qualities of the armored Buffalo is the fact that, earlier in the evening, it was struck by a smaller, traditional IED, which caused no damage to the vehicle and resulted in no injuries.[2] Indeed, after that explosion, the patrol continued its route clearance duties. Later that morning, at approximately 8:30 a.m., the Buffalo was struck by a multi-array EFP that killed 1LT Fraser.[3]

---

[2]      *Id.*, Exhibits Q-1, S-1.

[3]      *Id.*

**119**



Post-blast image of 1LT Fraser's Buffalo after it was recovered to FOB Rustamiyah taken from Annex B to CEXC Report 9414-06.

### 4. Attribution

#### a. The Army 15-6 Investigation

Portions of the AR 15-6 are redacted, but, according to its Table of Contents, the investigating officer compiled evidence in the form of five sworn statements from soldiers who witnessed the attack, the event storyboard, the EOD post-blast analysis, after-action review slides, and the Combined Explosives Exploitation Cell ("CEXC") report, amongst other documents. After concluding his investigation, the officer found that David Fraser died as the result of "the direct impact of an explosively formed projectile fragmentation…." He further found that "the Buffalo encountered a five-array copper lined anti-armor IED" which struck the passenger side of the vehicle, immediately killing David Fraser.

The investigator's findings are echoed in the sworn statements of two of the witnesses, who describe the device as an EFP.[4] According to at least two of the witnesses, the EFP was well placed, and neither soldier noticed anything suspicious prior to the blast.[5]

---

[4]      AR 15-6, Exhibits S-1, T-2.

[5]      *Id*., Exhibits P-2, S-2.

3

**120**

### b.  The SIGACT Report

The SIGACT Report lists the mode of attack as "Directional IED," which was how EFPs were cataloged in the military's database system at this time.[6] The report also includes comment from WIT 3 that:

> [T]he damage to the vehicle is consistent with a multiple array copper-lined EFP. The IED penetrated the right side of the vehicle from directly below the [front passenger] seat to the rear of passenger compartment. In the middle of the strike area were two groupings of penetrations stacked vertically with approximately [two] between them. The lower penetration traveled through the vehicle and exited through a seam in the armor on the opposite side.[7]

### c.  The IED Report

The IED Report lists the main charge configuration of the explosive device as an "EFP" and under the heading "Last Time Route Cleared," WIT 3 commented that "[t]he convoy attacked was performing a route clearance mission at the time they were struck with an EFP."[8] In the "Analysis" section, WIT 3 commented that Route Predators (the main supply route along which the convoy was struck) was a "tier 1 hot spot" due to the "constant threat from anti-armor IEDs," *e.g.*, EFPs.[9] The report notes that the multi-array EFP was "angled to attack a Buffalo instead of an M1114 or M1151 [HMMWV]," likely because "the route clearance missions, containing at least one Buffalo per convoy, have been the only C[oalition] F[orces] patrols traversing this route, traveling one to two times per day."[10] This indicates that the terrorists who emplaced the multi-array EFP were specifically targeting the Buffalo. Lastly, under the heading "Device Description," WIT 3 noted that the "damage to the vehicle is consistent with a multiple array copper-lined EFP. EOD assesses the EFP was concealed underneath an empty, large metal gasoline container."[11]

### d.  The WIT 3 Report

The WIT 3 Report consists of 11 slides, of which the first two provide an aerial view of the attack site and a "Scene Diagram," respectively.

---

[6]  SIGACT Report at 2.

[7]  *Id.* at 3.

[8]  IED Report at 2-3.

[9]  *Id.* at 2.

[10]  *Id.*

[11]  *Id.* at 3.

 

Slides 3 through 5 have limited relevancy to this report, although slide three does identify a cell tower as a possible aiming marker, which indicates that the emplacers possessed a degree of tactical sophistication. Slides 6 through 11 contain redacted images of the multi-array EFP strike points along the right side of the Buffalo MRAP.

 

 



5

**122**



### e. The CEXC Report

CENTCOM redacted large portions of the CEXC report, in particular images and text related to the multi-array EFP strike points on the vehicle. However, the attack narrative was largely left unredacted, and provides that EOD/WIT "conducted a post blast analysis of the attack and concluded that damage to the vehicle was consistent with a multiple array copper lined EFP attack," and that "[t]he assessed net explosive weight [was] between 15-30 pounds and distance from the blast seat to vehicle impact [was] 10-15 feet."[12] The report further notes that "4 X Copper fragments (heaviest fragment with a weight of 2 lbs.)" were recovered from the site.[13]



Image taken from Annex B to CEXC Report 9414-06

---

[12]     CEXC Report at 33.

[13]     *Id.*

6

**123**

Explosive analysis conducted on the copper fragments "showed trace presence of RDX which is usually associated with C4, a typical high explosive filling of shaped charges and EFPs."[14]



Image taken from CEXC Report 9414-06.

Under the "Conclusion" section, the CEXC team noted that "[t]he Buffalo was engaged with an A[rmor] D[efeating] D[evice] comprising of 5 x copper lined EFPs. [Redacted] The entrance of both EFPs is directly in line with the rear seats of the [B]uffalo. Two of the EFP slugs were recovered on the passenger side floorboard where it meets the wall of the [B]uffalo. Multiple smaller pieces of copper were found throughout the forward compartment of the Buffalo which had broken apart and ricocheted within the troop-carrying areas."[15] The team further assessed that the Buffalo "was specifically targeted due to the height of the impacts."[16]

**5.  Conclusion**

After a review of the available information, I conclude that the attack that killed 1LT Fraser was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The multi-array EFP created five molten copper, high-velocity slugs that penetrated the armor of the Buffalo that killed both 1LT Fraser and another soldier. A third soldier received penetrating shrapnel wounds to his abdomen, to which he succumbed shortly after the attack.

In my professional opinion, the totality of the available record indicates that:

1.  A multi-array EFP was the weapon used to attack the Buffalo MRAP and that killed 1LT Fraser;

---

[14]  *Id.* at 34.

[15]  *Id.* at 35.

[16]  *Id.*

2. The damage to the vehicle and the recovery of copper fragments strongly indicates that the multi-array EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;

3. The damage to the vehicle and the analysis conducted by CEXC strongly indicates the use of HE explosives in the construction of the multi-array EFP; and

4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: May 5, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.05.05 21:50:04 -04'00'

_____
Kevin D. Lutz

8

**125**

**December 3, 2006 Attack – Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the December 3, 2006 attack that killed Captain ("CPT") Shawn L. English involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  "AR 15-6 Investigation for the death of CPT Shawn English on 03 December 2006," dated December 24, 2006 produced by Headquarters, 2nd Brigade Combat Team-Baghdad to the family of CPT English pursuant to a FOIA Request;

        **b.**  SIGACT Report titled "IED EXPLOSION ATTK ON 9IA WITH MITT IVO BAGHDAD (ZONE 14) (ROUTE BREWERS): 2 CF WIA 1 CF KIA 1 ISF WIA" produced by CENTCOM in response to Osen FOIA Request No. 17-0150;

        **c.**  IED Report produced by CENTCOM in response to Osen FOIA Request No. 17-0150;

        **d.**  WIT 3 Report produced by CENTCOM in response to Osen FOIA Request No. 17-0150;

        **e.**  Casualty Report for CPT English produced by CENTCOM in response to Osen FOIA Request No. 17-0277; and

        **f.**  Kata'ib Hezbollah claim of responsibility available at https://archive.org/details/KataibHezbollahhezballahBrigades-Efp3122006.

    **3.  Summary of Attack**

        On December 3, 2006, at approximately 11:30 a.m., a combat patrol consisting of three M1114 HMMWVs carrying U.S. forces and four vehicles carrying Iraqi Army forces was traveling north on an unnamed route in Baghdad when the lead U.S. Army vehicle was struck by an EFP that mortally wounded CPT English, who was seated in the truck commander's (front passenger) seat.[1] This unit was part of a military transition team, or "MiTT," which consisted of mixed teams of U.S. and Iraqi forces. CPT English was assigned to the Iraqi Army 1-9 Mechanized Brigade MiTT.[2]

---

[1]      "AR 15-6 Investigation for the death of CPT Shawn English on 03 December 2006," dated December 24, 2006 (hereinafter in this section, "AR 15-6").

[2]      Casualty Report at 1.

### 4. Legal Attribution

#### a. The Army AR 15-6 Investigation Report

According to the AR 15-6 report's Table of Contents, the investigating officer conducted interviews and obtained the sworn statements of 11 soldiers and one Iraqi interpreter who witnessed the attack, and reviewed documentation including the Serious Incident Report, the 9th Division MiTT Informational Story Board, the EOD Post Blast Analysis Summary, and photos of the damaged vehicle. Based upon his review of this information and documentation, the investigating officer found that:

> [T]he first U.S. vehicle was struck…on the right side with an explosively formed projectile subsequently causing the death of CPT Shawn English…. At 1212, Medevac arrived…to pick up…CPT English (sustained right side abdominal area, both legs and left hand injuries)…. At [4:40 p.m.] the 9th Division [Tactical Operations Center] received a call from 28th [Combat Support Hospital] reporting CPT Shawn English died of wounds.[3]



Image taken from the *Tampa Bay Times* article "Furlough so sweet, so short," dated November 26, 2007.

---

[3]     AR 15-6 at 10.

2

**127**

### b.   The SIGACT Report

The SIGACT Report contains a comment from WIT 3, which concluded that:

> [T]he 2nd vehicle was struck by an EFP on the TC side door. The damaged vehicle pushed through the kill zone before stopping…. Damage to the vehicle is consistent with a multiple array, copper-lined EFP.[4]

### c.   The IED Report

The IED Report lists the main charge configuration of the explosive device as an "EFP," and contains an assessment by WIT 3 that the explosive "device was an EFP based on fragmentation and penetration patterns."[5] WIT 3 also noted that "a possible aiming point was a pole located right next to the blast seat" and that "the blast seat had a clear line of sight from an unnamed road that travels from RTE Brewers into a residential area."[6]

### d.   The WIT 3 Report

The WIT 3 report consist of six slides, the first of which contains an aerial image of the attack site.



---

[4]      SIGACT Report at 3.

[5]      IED Report at 3.

[6]      *Id.* at 2.

The second slide contains a "sector sketch" of the attack. The third slide contains a photograph of the attack site, with callouts indicating the blast seat, the possible firing point and the pole possibly used as an aiming point.



The fourth slide contains a photograph of the blast seat, which is measured at 5 feet by 7 feet. The fifth and sixth slides contain redacted photographs of the penetration points on CPT English's HMMWV. The slide labeled "TC DOOR" contains the notation "COPPER RESIDUE AROUND PENETRATION IS A TYPICAL TRADEMARK OF A COPPER-LINED EFP."



4

<u>**129**</u>

### e.   Casualty Report

SGT English's Casualty Report notes that he was wearing all of his required protective gear and that his M1114 HMMWV had Level 1 integrated armor.[7]

### f.   Claims of Responsibility

In a subsequent claim of responsibility, Kata'ib Hezbollah posted a video of the attack on the Internet.[8]

## 5.   Conclusion

After a review of the available information, I conclude that the attack that killed CPT English was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The slugs created by the EFP penetrated the armored door of CPT English's M1114 HMMWV, and struck CPT English, causing him massive injuries that led to his death hours later in the combat support hospital.

In my professional opinion, the totality of the available record indicates that:

1. An EFP was the weapon used to attack the M1114 HMMWV and that killed CPT English;
2. The damage to the vehicle strongly indicates that the EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the array; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated:  May 6, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.05.06 08:22:54 -04'00'

_____

Kevin D. Lutz

---

[7]     Casualty Report at 2.

[8]     *See* https://archive.org/details/KataibHezbollahhezballahBrigades-Efp3122006.

**December 10, 2006 Attack – Baghdad**

    **1.**      **Summary of Opinion**

    After reviewing the available evidence and information, I conclude that the December 10, 2006, attack that killed Sergeant ("SGT") Brennan C. Gibson and Specialist ("SPC") Philip C. Ford involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

    **2.**      **Documents Reviewed**

    **a.**    "Article 15-6 Investigation: Hostile Death of SGT Brennan C. Gibson, 10 December 2006, 2nd Brigade Combat Team, 1st Cavalry Division" dated January 20, 2007 produced by MNC-I to the family of SGT Gibson pursuant to a FOIA Request;

    **b.**    "Report of Investigation UP AR 15-6, Shawn M. Murphy, Brennan C. Gibson and Philip C. Ford Killed In Action on 10 December 2006" dated January 20, 2007 produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0106;

    **c.**    SIGACT Report titled "IED EXPLOSION ATTK ON 3-508 IN IVO BAGHDAD (ZONE 17) (ROUTE VERNON): 2 CF WIA 3 CF KIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **d.**    IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **e.**    WIT 3 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **f.**    Event Storyboard produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **g.**    Casualty Report for SPC Ford produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0280; and

    **h.**    Casualty Update for SGT Gibson produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0165.

    **3.**      **Summary of Attack**

    On the night of December 10, 2006, a patrol consisting of five up-armored HMMWVs departed Forward Operating Base Loyalty ("FOB Loyalty") to conduct operations in the surrounding area. During the patrol, the lead vehicle was struck by an EFP, which wounded two

**131**

U.S. servicemen and killed three of the soldiers manning the HMMWV, including SGT Gibson and SPC Ford.[1] The EFP slug passed through SGT Gibson at approximately the level of his shoulders, transecting his heart and severing his spinal column. SPC Ford also died at the scene.

### 4. Legal Attribution

#### a. The Army AR 15-6 Investigation

The AR 15-6 report is heavily redacted, but its Table of Contents indicates that the investigating officer collected sworn statements from five soldiers present at the attack, and reviewed the report of the EOD detachment, the Patrol Debrief, the Serious Incident Report, and other documents and evidence. Although the investigative officer's findings are also heavily redacted, the exhibits annexed to the report indicate that SGT Gibson's HMMWV was, in fact, struck by an EFP.

For example, Exhibit C, identified in the Table of Contents as the EOD Report, contains un-redacted fragment of the document on which the words "EFP," "RHINO," and "-lined EFP" are clearly visible. All of these terms are consistent with a determination that the HMMWV was struck by an EFP. Additionally, one redacted slide contains the sentence "Blast overpressure removed the door on the TC [front passenger] side." This type of damage is consistent with an EFP attack.

#### b. The SIGACT Report

The SIGACT Report lists the "mode of attack" as "Directional IED," which indicates that this was an EFP attack.[2] The report also contains the contemporaneous determination of the EOD team that the explosive device was "analyzed to be ADD, PIR," which stands for "Armor-Defeating Device, Passive Infrared trigger" – language also consistent with an EFP attack.[3] The WIT made a contemporaneous notation that the HMMWV was "struck by an EFP on the driver side…."[4]

---

[1]    "Report of Investigation UP AR 15-6, Shawn M. Murphy, Brennan C. Gibson, and Philp C. Ford Killed In Action on 10 December 2006," dated December 17, 2006 (hereinafter in this section "AR 15-6").

[2]    SIGACT Report at 2.

[3]    *Id.* at 3.

[4]    *Id.* at 4.

2

**132**

### c.   The IED Report

The IED Report contains analysis by WIT 3, which concludes that "the device was probably a single, large EFP with possible RC arming with PIR firing. The blast seat measured approx. 8 feet by 6 feet with 3 feet depth."[5] It also lists the "main charge configuration" as "EFP."[6]

### d.   The WIT 3 Report

The WIT 3 Report consists of seven slides, the first two of which provide an aerial view and a diagram of the attack site:



The next four slides contain images of the damage to the HMMWV caused by the EFP, many of which are redacted. However, even with the redactions, the damage is plainly catastrophic, and at least four penetration points are noted on the slides:



---

[5]       IED Report at 2.

[6]       *Id.* at 3.

3

**133**



The final slide contains an image of the blast seat with a soldier standing at its center to provide scale:



These slides provide stark imagery of the overwhelming damage that even a single EFP liner/ slug can cause to an uparmored HMMWV.

4

### e.   Event Storyboard



The Event Storyboard describes the attack as an "A[nti-]A[rmor] IED Strike," and contains an assessment from the S-2 that "this attack is likely tied to the Qahira JAM cell operating in the Qahira neighborhood.

### f.   Casualty Reports

SPC Ford's casualty report notes that he was "the left passenger of a level 1, Up-Armored HMMWV" and was wearing all of his protective gear at the time of the attack.[7]

SGT Gibson's casualty update notes that "[o]n 10 Dec[ember], 2142 (local time, Iraq), Charlie Company, 3-509 Infantry, 4-25 Brigade Combat Team (Alaska), (attached to 2-2 ID) reported 3 KIA and 2 WIA from an Anti Armor Improvised Explosive Device (AAIED). The Soldiers were in the lead, up-armored HMMWV of a mounted patrol, on Route VERNON, in the vicinity of Baghdad, Zone 20, A'dhamiyah."[8]

### 5.   Conclusion

After a review of the available information, I conclude that the attack that killed SGT Gibson and SPC Ford was part of the EFP campaign orchestrated by the IRGC and Hezbollah that

---

[7]     Casualty Report (Ford) at 2.

[8]     Casualty Update (Gibson).

was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The limited information in the reports produced by ARCENT and CENTCOM makes it more difficult to provide a conclusive narrative of the events surrounding the December 10, 2006 attack. However, based on my professional experience, my knowledge of explosives and the particular indicators of an EFP, I conclude that the weapon that destroyed the soldiers' uparmored M1114 HMMWV was a large, single EFP which completely defeated the vehicle's armor and killed three of the soldiers in the crew cabin, including SGT Gibson and SPC Ford.

In my professional opinion, the totality of the available record indicates that:

1. An EFP was the weapon used to attack the M1114 HMMWV and that killed SGT Gibson and SPC Ford;
2. The damage to the vehicle strongly indicates that the EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: May 10, 2019

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.09.04 19:01:00 -04'00'

Kevin D. Lutz

6

**136**

**December 30, 2006 Attack – Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the December 30, 2006 attack that killed Specialist ("SPC") John Sullivan involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "IED EXPLOSION AAK ON B/2-17 FA IVO (ZONE 49) (ROUTE FURNITURE): 2 CF WIA 1 CF KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  WIT 3 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  CEXC Report 9959/07 produced by CENTCOM in response to Osen LLC FOIA Request 17-0150; and

        **e.**  Casualty Report for SPC Sullivan produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0244.

    **3.  Summary of Attack**

        At approximately 7:30 p.m. on December 30, 2006, a four-vehicle convoy from B Battery, 2nd Battalion, 17th Field Artillery Regiment was on an Iraqi Police checkpoint patrol traveling west on Route Furniture when the third vehicle, an up-armored M1114 HMMWV, was hit by a multi-array EFP.[1] The blast impacted the driver's side of the third vehicle resulting in the death of the left rear passenger, SPC Sullivan.[2]

---

[1]    SIGACT Report at 5.

[2]    Casualty Report at 2.

### 4.  Attribution

#### a.  The SIGACT Report

The SIGACT Report categorizes the mode of attack as "Directional IED," which indicates that this attack likely involved an EFP.[3] The SIGACT Report also contains comments from WIT 3 that the convoy "was conduct[ing] [a]n I[raqi] P[olice] checkpoint patrol traveling west on RTE Furniture, when the third vehicle in the convoy was struck on the driver[']s side by a copper-lined, multiple-array EFP from the south shoulder of RTE Furniture."[4] The report further notes that, after the vehicle came to a rest on the south shoulder of the road, "a second IED detonated approximately [redacted] in front of the vehicle."[5]

According to the report, WIT 3 located command wire at the attack site, which was "traced . . . from the primary blast seat to a second blast seat 30 [meters] west on RTE Furniture, where it was connected to the primary command wire that led south over 200 [meters] toward an observation post on the edge of a tilled field."[6] After tracing the command wire to the observation post, the team reported having come under small arms fire, at which point the trace was called off and the command wire was cut. WIT 3 then "completed a hasty post blast analysis of the struck M1114 and departed. . . ."[7]

#### b.  The IED Report

The IED report notes that the main charge configuration was an EFP that was command wire initiated.[8] The report contains an analysis from WIT 3 that the "suspected aiming points were two light poles located on the right side of the route," and that "the firing point was a bunker approx[imately] 200 meters from the blast area, surrounded by a tilled filed."[9] Under the "Device Description" heading, WIT 3 commented that the "primary blast was a copper-lined, multiple-array EFP placed on the south shoulder of RTE Furniture, concealed in mounds of trash. . . .  The secondary blast seat contained no visible fragmentation and was consistent with the primary blast seat, leading WIT/EOD to assess it was also an EFP. A single command wire was observed leading from the firing point and split into two as it trailed to the two blast seats, leading WIT to assess this was one device."[10]

---

[3]     SIGACT Report at 2.

[4]     *Id.* at 5.

[5]     *Id.*

[6]     *Id.*

[7]     *Id.*

[8]     IED Report at 3.

[9]     *Id.* at 2.

[10]    *Id.* at 2-3.

c.  **The WIT 3 Report**

The WIT 3 report produced by CENTCOM consists of nine slides, the first two of which provide an aerial view and a "sector sketch" of the attack location:




The remaining slides include digital photographs of the primary and secondary blast seats and redacted images of the destroyed M1114 HMMWV taken at the attack site during the "hasty" post blast analysis. CENTCOM redacted the images, but they clearly show the locations of three distinct penetrations in the vehicle caused by the multi-array EFP.







4



### d. The CEXC Report

The CEXC Report contains chemical analysis conducted from a soil sample collected by WIT 3. According to the analysis, the soil contained "trace explosive residue consistent with Trinitrotoluene (TNT)" – a HE explosive.[11]



---

[11]     CEXC Report at 7.

The report also contains images of the command wire recovered from the attack site as well as the male-to-female connectors used to connect the wire to a power source. Of note, the application of male-to-female connectors is a distinct bomb-making trait used by Lebanese Hezbollah.



### e.   The Casualty Report

SPC Sullivan's Casualty Report notes that he was "the left side passenger of a level I, Up-Armored M1114 HMMWV on [R]oute Furniture" when his vehicle was struck by the multi-array EFP.[12] The report further notes that SPC Sullivan was wearing all of his required protective gear at the time of the attack.[13]

### f.   Conclusion

After a review of the available information, I conclude that the attack that killed SPC Sullivan was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP that sent at least three slugs into the left side of his up-armored vehicle.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMVW and that killed SPC Sullivan;
2. The damage to SPC Sullivan's vehicle strongly indicates that the device used to attack the vehicle was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
3. The damage to the vehicle and the chemical analysis conducted by the CEXC lab strongly indicates that HE explosives were used in the construction of the multi-array EFP; and

---

[12]   Casualty Report at 2.

[13]   *Id.*

4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated:  July 5, 2019

Kevin D. Lutz
Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.05 13:37:49 -04'00'

_____
Kevin D. Lutz

**143**

**December 31, 2006 Attack – Baghdad**

###### 1. Summary of Opinion

After reviewing the available evidence and information, I conclude that the December 31, 2006 attack that killed Private First Class ("PFC") Alan Blohm involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

###### 2. Documents Reviewed

    **a.** "AR 15-6 Investigation, PV2 Alan Blohm (HHC/425th BSTB)" dated January 10, 2007 produced by the Office of the Judge Advocate General to Denise Blohm in response to a FOIA Request;

    **b.** SIGACT Report entitled "IED EXPLOSION ATTK ON 425 BSTB IVO (ROUTE CHRISTY): 1 CF KIA 1 AIF DET" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.** IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **d.** Event Storyboards produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **e.** WIT 14 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **f.** CEXC Report No. 9960-06 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **g.** Casualty Report for PFC Blohm produced by CENTCOM in response to Osen LLC FOIA Request no. 17-0213.

###### 3. Summary of Attack

On December 31, 2006 at approximately 9:00 a.m., a convoy of two up-armored M1114 HMMWVs and a Joint Engineering Rapid Response Vehicle ("JERRV")[1] from the Headquarters and Headquarters Company, 425th Brigade Special Troops Battalion, departed Forward Operating Base Kalsu ("FOB Kalsu"). The convoy was an EOD Escort Team ("EET"), consisting of the EOD soldiers manning the JERRV, and two teams of soldiers providing security in the up-armored HMMWVs. The order of the convoy was HMMWV, JERRV, HMMWV. At approximately 1:10

---

[1]    JERRVs were heavily armored, Mine-Resistant, Ambush-Protected ("MRAP") vehicles designed to safely transport EOD operators, supplies and equipment, including remotely controlled robots, bomb suits and explosives.

p.m., the lead HMMWV was struck on its right side by a multi-array EFP.[2] Fragments of the EFPs struck the vehicle's gunner, PFC Blohm, who died at the scene.[3]

### 4. Attribution

#### a. The AR 15-6 Investigation

According to the AR 15-6 report's Table of Contents, the investigating officer conducted interviews and obtained the sworn statements of six soldiers who witnessed the attack (and the Platoon Leader who monitored the attack in real time from the Platoon's Tactical Operations Center), and reviewed documentation including the Risk Management Worksheet, S2 Route Analysis, WIT Incident Report, and the Battle Damage Assessment. Based upon his review of this information and documentation, the investigating officer found that:

> Initial reports [from the WIT] indicate EFP with PIR. The blast pattern and copper residue on the vehicle struck indicates the devise was a copper-lined EFP, with at least three arrays…. [T]he lack of a command wire or any victim operated devices would indicate a remote control arming with a PIR device used for the initiation system.[4]

The investigating officer further found that the EFP was concealed in roadside vegetation.[5] According to the truck commander of PFC Blohm's vehicle, all of the soldiers in the HMMWV "were scanning the road as best as possible. PV2 Blohm even had my binoculars to help us out…."[6]

The EFP detonated on the right side of PFC Blohm's HMMWV. Shrapnel from the EFP struck PFC Blohm in the head and hip, such that the other soldiers in his vehicle realized almost immediately that he had been killed.[7] The redacted AR 15-6 does not address the extent to which the EFP came into contact with the vehicle's armor, but, according to the witness statements, PFC Blohm was "level with the armor of the turret," and "sitting low in the gunner seat."[8] Also, the WIT reported "copper residue on the vehicle."[9] Accordingly, it is reasonable to assume that the

---

[2]     "AR 15-6 Investigation, PV2 Alan Blohm (HHC/425th BSTB)" dated January 10, 2007, hereinafter in this section, "AR 15-6."

[3]     PFC Blohm was posthumously promoted from Private ("PV2") to Private First Class. Accordingly, notwithstanding the fact that the Army's investigative report refers to the victim of this attack as "PV2 Blohm," this report refers to him as "PFC Blohm."

[4]     AR 15-6, Tab C, Investigation Findings, paragraph m.

[5]     *Id*., paragraph n.

[6]     *Id*., Tab G, Sworn Statement of Team Leader.

[7]     *Id*., Tab C, paragraph o, and Tabs G-K (eyewitness statements).

[8]     *Id*., Tabs G and H, respectively.

[9]     *Id*., Tab C, paragraph m.

2

**145**

EFP's copper slugs penetrated the armor and ballistic glass (transparent armor) surrounding the gun turret atop the HMMWV.

### b. The SIGACT Report

The SIGACT report notes that "initial reports indicat[ed] EFP with PIR," and it records the "Modes of Attack" as "Directional IED." The report contains comments from WIT 14 confirming that "the lead vehicle was struck by an EFP."[10] WIT 14 further noted that "the EFP struck the first vehicle (M1114) in a three-vehicle convoy."[11]

### c. The IED Report

The IED Report records the "Main Charge Configuration" of the explosive device as an "EFP."[12] The section labeled "Device Description" contains the WIT 14 comments that "the blast pattern and copper residue on the vehicle struck indicates the device was a copper-lined EFP, with at least three arrays. No evidence indicating the initiation system was found; however, the lack of a command wire or any V[ictim] O[perated] devices would indicate a remote control arming with a PIR device used for the initiation system."[13]



Image of PFC Blohm's damaged M1114 HMMWV taken from Slide 8 of the WIT 14 Report

The IED Report also includes a comment from the EOD team, which estimated the "device to be consistent [with] 3 [] array EFP with a PIR as the initiation device. Its position was roughly [redacted] off the road just below the surface. Item struck lead vehicle of convoy on [passenger] side. There was a penetration of the turret and the rear passenger window."[14]

---

[10]    SIGACT Report at 2, 3.

[11]    *Id.* at 5.

[12]    IED Report at 3.

[13]    *Id.* at 2.

[14]    *Id.* at 3.

3

**146**

### d.  Event Storyboards

The Event Storyboard prepared by the Battalion's Command, Control and Communications Operations group notes that the device used in the attack was an "EFP with Passive Infrared (PIR)."



Two additional storyboards provided by CENTCOM provide additional details regarding the attack timeline and contain an assessment by the Battalion S2 that "there is a JAM cell operating in A[rea of] O[perations] Anzio. This is the only EFP this far north on ASR Christy since Jan 1 2006."





### e.   The WIT 14 Report

The WIT 14 Report consists of 11 slides, the first two of which provide an aerial view of the attack site and a "sector sketch" of the attack.



Slides 3, 4, 5 and 7 contain images of the blast seat from various angles. Slide 7 provides a close-up view of where the device was emplaced.[15]



---

[15]     Slide 6, titled "Battle Damage Assessment," contains a diagram of the M1114 HMMWV and notes the locations of each of the three soldiers within the vehicle.

The remaining four slides contain photographs of the damaged M1114 HMMWV (see slide 8, *supra*). CENTCOM has redacted the portions of the images that would have shown the penetrations in the vehicle's steel and transparent armor.





**f.   The CEXC Report**

The WIT provided a soil sample from the blast seat to the CEXC lab, which analyzed the sample and found the presence of trinitrotoluene (TNT), a high-energy explosive.[16]

---

[16]      CEXC Report at 1-2.

7

**150**







### g. Casualty Report

PFC Blohm's casualty report notes that at the time of the attack he was "the gunner of a level 1, Up-Armored M1114 HMMWV performing security escort for EOD," and that he was wearing all of his required protective gear.[17]

---

[17]    Casualty Report at 2.

## 5.   Conclusion

After a review of the available information, I conclude that the attack that killed PFC Blohm was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved the use of a multi-array copper-lined EFP. The slugs created by the EFPs penetrated the vehicle's turret armor and transparent armor, and struck PFC Blohm in the head and hip, which resulted in his death.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMWV and that killed PFC Blohm;
2. The damage to the vehicle strongly indicates that the multi-array EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
3. The damage to the vehicle and the CEXC lab analysis strongly indicate the likely use of HE explosives in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the dual-array EFP.

Dated:  May 7, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.05.07 15:38:41 -04'00'

Kevin D. Lutz

9

**152**

**December 31, 2006 Attack – Baqubah**

**1.  Summary of Opinion**

After reviewing the available evidence and information, I conclude that the December 31, 2006 attack that killed Corporal ("CPL") Rich Smith involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

**2.  Documents Reviewed**

**a.** "AR 15-6 Investigation, Death of CPL Richard A. Smith, 31 December 2006, C/1-12 CAB, 3 BCT, MND-N," dated January 2, 2007 produced by Headquarters, Multi-National Corp-Iraq to James L. Smith in response to a FOIA Request;

**b.** SIGACT report entitled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) TF 1-12 IVO (ROUTE DOVER): 2 CF KIA 2 CF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

**c.** IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

**d.** Event Storyboard entitled "31 1458C DEC 06 IED ATTK ON TF 1-12 IN SOUTH OF BAQUBAH" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

**e.** CEXC Report 10210-07 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

**f.** Casualty Report for CPL Smith produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

**3.  Summary of Attack**

On December 31, 2006 at approximately 3:00 p.m., a five-vehicle convoy of armored vehicles was escorting a fuel truck from FOB Warhorse to the Khan Bani Saad Base when the third vehicle, an up-armored M1114 HMMWV, was struck by an EFP array. The EFP slugs penetrated the HMMWV's armor and two of its passengers, including CPL Smith.[1]

---

[1]  "AR 15-6 Investigation, Death of CPL Richard A. Smith, 31 December 2006, C/1-12 CAB, 3 BCT, MND-N," dated January 2, 2007 (hereinafter in this section "AR 15-6").

**153**

### 4.  Attribution

#### a.  The Army AR 15-6 Investigation

According to the AR 15-6 report's Index of Exhibits, the investigating officer conducted interviews and obtained the sworn statements of at least two soldiers who witnessed the attack in addition to two other soldiers, and reviewed the EOD post blast analysis. Based upon his review of this information and documentation, the investigating officer found that:

> On December 31, 2006 at approximately [3:00 p.m.] the [convoy] was hit by an improvised EFP. The EFP hit [the third] vehicle in the convoy, killing 2 and wounding 2 others….
>
> The IED detonated on the TC [right-hand] side killing the T[ruck] C[ommander] and the right-side rear passenger…. I have concluded that there was nothing the convoy could have done differently to avoid this incident…. The M1114 had [redacted] Armor on it and the convoy was set up so the heavy armor elements were both in front of and behind the weaker armored vehicles [].[2]

Both witness statements are in agreement that the EFP instantly or nearly-instantly killed both the soldier seated in the front passenger seat and CPL Smith. According to one witness, the blast sent slugs through the TC [front passenger] door, blew the passenger door off of its hinges, and set the HMMWV's engine on fire.[3]

#### b.  The SIGACT Report

The SIGACT Report contains a comment from WIT 12, which notes that the convoy was traveling south on Route Dover when "the third vehicle was struck by an IED. . . ."[4] An EOD unit was dispatched to the attack site, and located the blast seat "approximately 1 meter west of the southbound lane of ASR Dover. The blast seat measured 48 long x 24 wide x 24 deep. [A] [b]lack and white command wire was found at the scene leading toward a tall grassy area located approximately 10 meters southwest of the blast seat. No other IED components were recovered from the scene.[5]

#### c.  The IED Report

The IED report identifies the "main charge configuration" of the device as "EFP."[6] The "Analysis" section contains a comment from WIT 12 which notes that this attack was "similar to

---

[2]     *Id.*, Facts, Findings and Recommendations, at ¶¶2 and 3.

[3]     *Id.*, Exhibits A and B.

[4]     SIGACT Report at 3.

[5]     *Id.*

[6]     IED Report at 4.

recent EFP attacks that have occurred on [Route] Dover. The command wire found at the scene has the same thin characteristics as the command wire recovered" from three previous EFP attacks along the same route.[7] WIT 12 surmised that "the EFP cell that conducted this attack may have links to or be the EFP cell that is responsible for the EFP attacks in A[rea] of O[perations] Charger. Moreover, this attack possibly suggests that this EFP cell has modified their TTPs due to this attack being more effective" than previous attacks.[8] The analysis concludes it was "highly probable that a Shi[']a insurgent group (likely Jaysh al-Mahdi) [was] responsible for this attack. According to recent HUMINT reporting, the JAM commander that operated in the western portion of AO Charger has been replaced . . . .  It is likely that this new commander may be more apt to conduct EFP attacks against C[oalition] F[orces] to establish his presence in the AO. CF in Diyala AO need to be aware of the possible emergence of this very lethal and effective weapon."[9]

The "Device Description" section of the IED Report contains WIT 12's comment that a "black and white command wire was used to initiate at least a 7x array EFP. The EFP was emplaced along the southbound lane approximately 1 meter from the west side of the road," and concludes that the device "was likely placed on the surface of the ground."[10]

### d. Event Storyboard



The Event Storyboard produced by CENTCOM contains a few preliminary details about the attack and a map of the surrounding area.

---

[7]    *Id.* at 2.

[8]    *Id.*

[9]    *Id.* at 3.

[10]   *Id.* at 3.

### e. The CEXC Report

The CEXC Report confirms that WIT 12 recovered the command wire from the attack site and transferred it to the CEXC lab, along with what appear to be rolls of electrical tape and two rechargeable battery packs.[11]

 

Images taken from CEXC Report No. 10210-07.

### f. Casualty Report

The Casualty Report for CPL Smith confirms that he was a passenger riding an M1114 HMMWV with level 1 integrated armor, and that he was wearing all of his required protective gear at the time of the attack.[12]

## 5. Conclusion

After a review of the available information, I conclude that the attack that killed CPL Smith was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP that was likely copper-lined. The attackers detonated the EFP via a command wire as the HMMWV came alongside the device, after having allowed the two more heavily armored Abrams M1 tanks to pass. The EFP array's slugs penetrated the up-armored HMMWV along its right side, instantly killing CPL Smith, who was seated in the rear passenger seat.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMWV and that killed CPL Smith;
2. The damage to the vehicle strongly indicates that the multi-array EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;

---

[11]   CEXC Report at 7, 9, 14-15.

[12]   Casualty Report at 2.

4

**156**

3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the multi-array EFP; and

4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: May 10, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.05.11 11:33:04 -04'00'

_____

Kevin D. Lutz

5

**157**

**January 18, 2007 Attack – Kadamiyah**

**1. Summary of Opinion**

After reviewing the available evidence and information, I conclude that the January 18, 2007 attack that killed Specialist ("SPC") Joshua Rechenmacher involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

**2. Documents Reviewed**

**a.** SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) DSTB 1CD : 1 CF KIA 2 CF WIA 1 CIV WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

**b.** IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

**c.** Event Storyboards produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

**d.** CEXC Report 10238-07 produced by CENTCOM in response to Osen LLC FOIA Request 17-0150; and

**e.** Casualty Report for SPC Rechenmacher produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0176.

**3. Summary of Attack**

At approximately 2:15 p.m. on January 18, 2007, a four-vehicle convoy from C Company, 2nd Battalion, 5th Infantry Regiment was traveling south under an overpass along Route Senators when the fourth vehicle in the order of march, an up-armored M1114 HMMWV, was hit by an EFP.[1] The blast impacted the passenger side of the vehicle resulting in the death of SPC Rechenmacher, who was seated in the gunner's position.[2]

---

[1]    Event Storyboards; SIGACT Report at 2.

[2]    Casualty Report at 2.

### 4.  Attribution

#### a.  The SIGACT Report

The SIGACT Report categorizes the mode of attack as "Directional IED," which indicates that this attack likely involved an EFP.[3] The report "Summary" confirms that the convoy was attacked "while traveling south under an overpass along RTE Senators," and contains an update by the "T[ask] F[orce] Troy A[nti-]A[rmor] IED Cell" that it is "currently tracking [the] event as [an] EFP."[4]

#### b.  The IED Report

The IED report notes that the main charge configuration was an EFP that was command wire initiated.[5]

#### c.  Event Storyboards

CENTCOM produced two storyboards which provide aerial views of the attack location. The second slide contains notations that the attack occurred in a "predominately Shia neighborhood," and that the EFP was emplaced on the right side of the road and the blast killed SPC Rechenmacher "instantly."



---

[3]  SIGACT Report at 2.

[4]  *Id.* at 2-3.

[5]  IED Report at 3.

2

**159**



### d. The CEXC Report

The CEXC Report contains chemical analysis conducted from six samples consisting of metal fragments recovered from the vehicle, swabs from the vehicle, and "[s]crapings from [the] vehicle door."[6] According to the report, five of the samples tested positive for TNT, and one of the samples tested positive for "trace explosives residue consistent with a combination of Trinitrotoluene (TNT) and Cyclotrimethylenetrinitramine (RDX)" – both of which are HE explosives.[7]





---

[6]      CEXC Report at 1.

[7]      *Id.*



### e. The Casualty Report

SPC Rechenmacher's Casualty Report notes that at the time of the attack he was "the Gunner of a Level I Up-Armored HMMWV."[8] The report further notes that SPC Rechenmacher was wearing all of his required protective gear at the time of the attack.[9] The report lists SPC Rechenmacher's cause of death as "massive trauma."[10]

### f. Conclusion

After a review of the available information, I conclude that the attack that killed SPC Rechenmacher was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies.

In my professional opinion, the totality of the available record indicates that:

1. An EFP was the weapon used to attack the M1114 HMMWV and that killed SPC Rechenmacher;
2. The damage to SPC Rechenmacher's vehicle strongly indicates that the device used to attack the vehicle was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
3. The damage to the vehicle and the chemical analysis conducted by the CEXC lab strongly indicates that HE explosives were used in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: July 5, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.05 15:15:00 -04'00'

Kevin D. Lutz

---

[8]    Casualty Report at 2.

[9]    *Id.*

[10]    *Id.* at 3.

4

**161**

**January 22, 2007 Attack – Baghdad**

### 1.  Summary of Opinion

After reviewing the available evidence and information, I conclude that the January 22, 2007 attack that killed Specialist ("SPC") Brandon L. Stout involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

### 2.  Documents Reviewed

    **a.**  AR 15-6 Investigation for the death of SPC Brandon L. Stout dated March 3, 2007 produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0092;

    **b.**  SIGACT Report titled "IED EXPLOSION (EFP) ATTK ON 46 MP CO IVO BAGHDAD (ZONE 23) (ROUTE PLUTO): 2 CF WIA 1 CF KIA 1 CIV KIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **d.**  WIT 3 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **e.**  Extended Casualty Report for SPC Brandon L. Stout produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **f.**  Event Storyboard titled "22 1833C (NOT 1908C) JAN 07 IED ATTACK ON 46TH MP CO IVO NEW BAGHDAD" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

### 3.  Summary of Attack

At approximately 6:30 p.m. on January 22, 2007, a five vehicle patrol from 1st Squad, 2nd Platoon, 46th Military Police Company consisting of 1 M1151 HMMWV and 4 M1114 HMMWVs was heading back to Forward Operating Base ("FOB") Rustamiyah from Camp Victory and was traveling south on Route Pluto when the fourth vehicle in the patrol, an M1114 HMMWV, was struck by a multi-array EFP on the right side of the vehicle.[1] The multi-array EFP was emplaced on the edge of the road.[2] After the vehicle was hit, it "swerved to the right[,] kept going and ran into a tree and fence."[3] The doors on the driver's side of the vehicle were blown

---

[1]    AR 15-6 Memorandum for Record at 1; AR 15-6, Exhibit 6 (sworn statement dated January 23, 2007) at 1; IED Report at 2; SIGACT Report at 3.

[2]    Storyboard at 2.

[3]    AR 15-6, Exhibit 7 (sworn statement dated January 24, 2007) at 1.

**162**

open by the EFP strike. SPC Stout, who was driving the M1114, and the interpreter, who was seated behind SPC Stout, were ejected from the vehicle.[4] SPC Stout was located approximately 20 meters behind the site the M1114 HMMWV stopped, had no pulse and was not breathing, and was determined to be KIA.[5]

### 4.  Attribution

#### a.  The AR 15-6 Investigation Report

According to the AR 15-6 report's Exhibit Index, the investigating officer obtained the sworn statements of fourteen soldiers, and reviewed documentation including the Trip Ticket, and Duty Officer's Log, though some of these documents have been redacted based on FOIA exceptions. The investigating officer found that all of the soldiers were wearing the proper protective gear.[6] According to the witness statements, SPC Stout's vehicle was struck by an EFP.[7] According to one of the sworn statements, following the EFP strike, SPC Stout's vehicle could not be reached by radio and the lead vehicle in convoy proceeded to search backwards, toward the blast site, for the vehicle. SPC Stout's vehicle was located off the right side of the road in a wooded area approximately 100 meters in front of the last vehicle in the convoy.[8] According to another witness statement, "the EFP went off on the T[ruck] C[ommander] side of the truck right by a National Police checkpoint."[9]

#### b.  The SIGACT Report

The SIGACT Report contains WIT 3's comments:

On 22 JAN 07 at 1915L, EOD/WIT received a call for a post blast analysis (PBA) on RTE Pluto. An element from 46th M[ilitary] P[olice] Co[mpany] was traveling southbound in the southbound lane when the third vehicle in a six-vehicle [sic] convoy was struck on the right side by a multiple-array EFP. The strike caused 1x CF KIA, 2x CF WIA, and 1x L[ocal] N[ational] interpreter KIA.[10]

---

[4]     AR 15-6 Memorandum for Record at 2; AR 15-6, Exhibit 7 (sworn statement dated January 24, 2007) at 1.

[5]     AR 15-6 Memorandum for Record at 2; AR 15-6, Exhibit 7 (sworn statement dated January 24, 2007) at 2-3.

[6]     AR 15-6 Memorandum for Record at 3.

[7]     AR 15-6, Exhibit 1 (sworn statement dated January 24, 2007) at 1; AR 15-6, Exhibit 2 (sworn statement dated January 24, 2007) at 1; AR 15-6, Exhibit 4 (sworn statement dated January 24, 2007) at 1; AR 15-6, Exhibit 5 (sworn statement dated January 24, 2007) at 1; AR 15-6, Exhibit 6 (sworn statement dated January 24, 2007) at 1.

[8]     AR 15-6, Exhibit 13 (sworn statement dated January 24, 2007) at 1.

[9]     AR 15-6, Exhibit 12 (sworn statement dated January 24, 2007) at 1.

[10]    SIGACT Report at 3.

### c.  The IED Report

The IED Report lists the main charge configuration as EFP.[11] The report further notes that the device was located on the right side of the road.[12] The report contains WIT 3's comments regarding the device:

> The vehicle was struck in the right side by a multiple-array EFP that penetrated both doors on the right side. All information is unknown about initiation and munitions, including the number of EFP containers used.[13]

The report also contains WIT 3's analysis regarding the location of the attack:

> This attack shows a continued use of hours of darkness to emplace and/or detonate IEDs against C[oalition] F[orces] in the east Baghdad A[rea of] O[peration]. The Route Pluto/Route Predators intersection (CP 557) has been a hotspot for EFP activity in the past, but attacks have significantly increased over the past several weeks. EOD/WIT have been to three separate calls for EFP activity at this intersection in 7 days.[14]

### d.  The WIT 3 Report

The WIT 3 Report consists of 6 slides which include an aerial map of the location of the attack, a sketch of the scene of the attack, a photograph showing where the EFP struck the vehicle, photographs showing the damage to the vehicle and a photograph of the blast seat.

---

[11]    IED Report at 3.

[12]    *Id.*

[13]    *Id.* at 2.

[14]    *Id.*





**165**



### e. Extended Casualty Report

According to the extended casualty report for SPC Stout, he was wearing the proper protective gear at the time of the attack.[15] The report notes that SPC Stout was "traveling on predators in south direction and a EFP was detonated."[16] The report further notes that the vehicle SPC Stout was driving, an M1114 HMMWV, had Level 2 armor added on to it.[17]

### f. Event Storyboard

The Event Storyboard prepared by the Battalion's Command, Control and Communication Operations group consist of two slides and provide a summary of the attack, a map of its location, an aerial map of the location of the attack and a photograph of the damage to the vehicle. The Storyboard notes that the 4 M1114 HMMWVs in the convoy had Frag 5 kits and the M1151 HMMWV had strike plates.[18] The Storyboard contains EOD's assessment that "post blast analysis indicates a multiple array AAIED struck the vehicle. AAIED was placed on immediate edge of road, possibly in an aluminum 5 gallon oil can." The Storyboard also contains S2's assessment

---

[15]    Extended Casualty Report at 3.

[16]    *Id*. at 6.

[17]    *Id*. at 2.

[18]    Storyboard at 2.

**166**

that "the multiple array of entry points in the vehicle and the location of the detonation indicate that this was most likely a command detonated EFP. RTE Pluto from Predators to the Brewers Intersection has had 5 add[itional] attacks within the past 30 days.





## 5. Conclusion

After a review of the available information, I conclude that the attack that killed SPC Brandon L. Stout was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP that was most likely command wire initiated. The multi-array EFP was emplaced on the edge of the road alongside Route Pluto. The multi-array EFP impacted the right side of the vehicle causing the vehicle to veer off the road and ejecting SPC Stout and the interpreter, killing them.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMWV causing the death of SPC Brandon L. Stout;
2. The damage to the vehicle and the blast overpressure ejecting SPC Stout and the interpreter from the vehicle strongly indicates that the multi-array EFP was precision manufactured and copper lined;
3. The damage to the vehicle indicates the likely use of HE explosives in the construction of the multi-array EFP; and

7

**168**

4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: August 11, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.08.11 19:55:36 -04'00'

Kevin D. Lutz

**169**

**January 25, 2007 Attack – Baghdad**

    **1.  Summary of Opinion**

After reviewing the available evidence and information, I conclude that the January 25, 2007 attack that killed Sergeant ("SGT") Alexander H. Fuller and Specialist ("SPC") Michael C. Balsley involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "IED EXPLOSION (EFP) ATTK ON 3-61 CAV IVO BAGHDAD (ZONE 30): 2 CF WIA 2 CF KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  WIT 3 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  Extended Casualty Report for SGT Fuller produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **e.**  Extended Casualty Report for SPC Balsley produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **f.**  Event Storyboard titled "25 2225C JAN 07 IED ATK ON 3-61 CAV IVO BAGHDAD (NEW BAGHDAD)" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.  Summary of Attack**

At approximately 10:30 p.m. on January 25, 2007, a four-vehicle patrol consisting of four M1114 HMMWVs from Bravo Company, 3rd Squadron, 61st Cavalry Regiment was traveling east on an unnamed route in New Baghdad when the lead vehicle was struck on the driver's side by a multi-array EFP.[1] EOD determined that the device used in the attack was a four array EFP and was initiated by either PIR or command wire.[2] The multi-array EFP was emplaced on the left side of the road near the curb.[3] The EFP penetrated the M114 HMMWV in multiple locations on

---

[1]    SIGACT Report at 2, 4; IED Report at 2; WIT 3 Report at 2.

[2]    SIGACT Report at 4; Event Storyboard.

[3]    WIT 3 Report at 4; IED Report at 3.

**170**

the driver's side of the vehicle.[4] As a result of the attack, SGT Fuller, who was seated in the left rear passenger seat, and SPC Balsley, who was driving the M1114 HMMWV, were killed.[5]

### 4. Attribution

#### a. The SIGACT Report

The SIGACT Report notes that the device used in the attack was a 4 array EFP.[6] The report contains WIT 3's comments that "the first vehicle in the convoy was struck on the driver[']s side by a multi-array EFP. The attack caused 2x CF KIA and 2x CF WIA."[7]

#### b. The IED Report

The IED Report lists the main charge configuration as EFP and notes that the EFP was located on the left side of the road.[8] The report contains WIT 3's comments that "a probable aiming point could have been a lamp post directly across from the blast seat. This lamp post was distinguishable due to a slight bend to the right."[9] WIT 3 further commented that "this attack shows a continued use of nighttime emplacement/ detonation of IEDs against C[oalition] F[orces] in the East Baghdad A[rea of] O[peration]. A[nti] I[raqi] F[orces] is probably targeting C[oalition] F[orces] along detoured routes, because CP 557 on RTE Pluto is closed."[10]

#### c. The WIT 3 Report

The WIT 3 Report contains 9 slides consisting of an aerial map of the location of the attack, a sketch of the scene of the attack, a diagram showing which occupants in the vehicle were killed and which were injured, and photographs showing the scene of the attack, the blast seat, and the damage to the vehicle.

---

[4]   WIT 3 Report at 5, 8.

[5]   Fuller Extended Casualty Report at 2; Balsley Extended Casualty Report at 7; WIT 3 Report at 9.

[6]   SIGACT Report at 4.

[7]   *Id.*

[8]   IED Report at 3.

[9]   *Id.* at 2.

[10]   *Id.*

SECRET//REL USA, MCFI//20170125



**Buckeye Imagery** SECRET//REL USA, MCFI//20170125

SECRET//REL USA, MCFI//20170125



Sector Sketch SECRET//REL USA, MCFI//20170125

**172**





### d.  Extended Casualty Reports

According to the extended casualty report for SGT Fuller, he was wearing the proper protective gear at the time of the attack.[11] According to the extended casualty report for SPC Balsley, he was wearing the proper protective gear at the time of the attack.[12] The reports also note that SGT Fuller and SPC Balsley's M1114 HMMWV was up-armored and had Level 1 armor integrated during production.[13]

### e.  Event Storyboard

The Event Storyboard consists of one slide and provides a summary of the attack and a map of its location. The event storyboard notes that the EOD conducted a post blast analysis at the scene and determined that the device used in the attack was a four array EFP.



---

[11]      Fuller Extended Casualty Report at 2.

[12]      Balsley Extended Casualty Report at 4-5.

[13]      Fuller Extended Casualty Report at 2; Balsley Extended Casualty Report at 4.

### 5.  Conclusion

After a review of the available information, I conclude that the attack that killed SGT Fuller and SPC Balsley was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP that struck the vehicle in multiple locations. SGT Fuller, who was seated in the rear driver's side seat, and SPC Balsley, who was driving the M1114 HMMWV, were killed by the EFP.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMWV causing the deaths of SGT Fuller and SPC Balsley;
2. The damage to the vehicle strongly indicates that the multi-array EFP was copper lined and precision manufactured;
3. The damage to the vehicle strongly indicates that HE explosives were used in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: July 21, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.21 20:51:31 -04'00'

Kevin D. Lutz

**175**

**March 20, 2007 Attack – Baghdad**

**1. Summary of Opinion**

After reviewing the available evidence and information, I conclude that the March 20, 2007, attack that killed Specialist ("SPC") Curtis Eric Glawson, Jr. involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

**2. Documents Reviewed**

a. "Report of Proceedings by Investigating Officer/Board of Officers" dated March 31, 2007 produced by the Brigade Operational Law Team, 4th Infantry Brigade Combat Team to the family of SPC Glawson pursuant to a FOIA request;

b. SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Improvised Explosive Device (IED)) A/1-18 IN IVO (ROUTE RTE CEDAR): 1 CF KIA 1 CF WIA" produced by CENTCOM in response to Osen FOIA Request No. 17-0150;

c. IED Report and Case File Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

d. Event Storyboards produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

e. CEXC Report No. 11483-07 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

f. WIT 10 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

g. Casualty Report for SPC Glawson produced by CENTCOM in response to Osen FOIA Request No. 17-0170.

**3. Summary of Attack**

On March 20, 2007, a convoy from E Company, 610th Brigade Support Battalion (attached to 1st Battalion, 28th Infantry Division) consisting of three M1151 HMMWVs and a 10-ton M984/A1 up-armored Heavy Expanded Mobility Tactical Truck ("HEMTT") wrecker departed Forward Operating Base Falcon ("FOB Falcon") for a combat patrol. At approximately 3:20 p.m., a multi-array EFP struck the HEMTT wrecker on its right side, destroying the vehicle and killing its commander, SPC Glawson.[1]

---

[1]    "Report of Proceedings by Investigating Officer/Board of Officers" dated March 31, 2007 (hereinafter in this section "AR 15-6").

**176**



Stock image of an up-armored M984 10-ton wrecker.

## 4.  Attribution

### a.  The Army AR 15-6 Investigation

According to the AR 15-6 report's Table of Contents, the investigating officer conducted interviews and obtained the sworn statements of seven soldiers who witnessed the attack, and reviewed documentation including the storyboard, the Serious Incident Report, the SIGACT report, the operational storyboard and the EOD report. Based upon his review of this information and documentation, the investigating officer found that the multi-array EFP strike on the HEMTT wrecker "pierced the passenger door and the passenger side cab, killing SPC Glawson" and blew the driver of the vehicle's cab onto the road.  The investigating officer further found that the multi-array EFP was emplaced "at the base of a light pole on the median," CJTF-Troy assessed that the explosive device was a four-array EFP, and the EFP attack was initiated via a "command wire found running west to an abandoned house."[2]

This was a complex attack. The most heavily armored vehicle in the convoy was the lead vehicle. Rather than testing its armor, the attackers waited until the HEMTT wrecker, the third vehicle in the convoy, was adjacent to the EFP before triggering it. The explosion was powerful, blowing the driver out of the left side of the cab, and throwing the HEMTT wrecker's turret hatch approximately 150 meters from the blast site. After the explosion, the soldiers on the scene reported receiving small arms fire from the west side of road.[3]

---

[2]      AR 15-6, p. 11.

[3]      *Id.*, pp. 44, 48.

The driverless HEMTT wrecker coasted to a stop against the median. Shortly thereafter, other soldiers in the convoy rushed to the vehicle to recover SPC Glawson, but discovered that one of the EFP slugs had sliced through SPC Glawson's right shoulder, passed through the right side of his head, and then existed through the blown turret hatchway.[4] SPC Glawson was declared dead on arrival at FOB Falcon's combat support hospital later that day.

### b.   The SIGACT Report

WIT 10 investigated the attack site after the HEMTT wrecker had been returned to FOB Falcon. Their comments to the SIGACT report note that "the device consisted of a 4x EFP array. [Redacted] with the other two striking the engine enclosure and exhaust. The main strikes as well as spalling showed a copper transfer."[5] The transfer of copper onto the armor at the penetration points indicates that this was a copper lined EFP array. WIT 10 also located a "command wire . . . leading west [from the blast seat] which ran up the pole the IED was placed next to, over Route Cedar, back down to ground level and to an abandoned house where the firing point was located. WIT 10 recovered a "plastic bottle with command wire wrapped around it" from the firing point, which was eventually transferred to CEXC.[6]



Image of plastic bottle wrapped with command wire taken from CEXC Report 11483-07.

---

[4]      *Id*., p. 56.

[5]      SIGACT Report at 4.

[6]      *Id*.; Case File Report.

3

**178**

### c.  The IED Report

The IED Report lists the "main charge configuration" of the device as an "EFP" and the "initiation sub-type" as "command wire."[7] WIT 10 determined that the device was "command wire initiated and assessed as a 4x EFP array. The disc portion of the EFP[] was likely constructed of copper due to several locations of copper transfer on the vehicle struck."[8]

The Analysis section contains a comment from WIT 10 that this attack "was possible in response to the heightened C[oalition] F[orced] activity [in the vicinity of] Muhalla 885 due to the standup of a new J[oint] S[ecurity] S[tation] and COP [combat outpost]." Based on the location of the strike points on the HEMTT, the team concluded that the multi-array EFP "was likely intended to strike a larger vehicle."[9]

### d.  Event Storyboards



The Event Storyboards contain a brief narrative of the attack and confirm that the multi-array EFP was placed alongside a light post on Route Cedar.

---

7       IED Report at 3.

8       *Id.*

9       *Id.*

### e.   CEXC Report

The documents produced by CENTCOM related to the CEXC analysis consist of two images, one of the plastic bottle and command wire, *supra*, and one of the first page of the SIGACT Report.

### f.   WIT 10 Report

The WIT 10 Report produced by CENTCOM consists of eight slides. The first two are satellite imagery of the attack location.

 

The third slide is a "sector sketch" of the attack site, which contains call outs indicating the location and path of the command wire from the firing point to the multi-array EFP. According to this slide, the firing point was on the second floor of an abandoned building approximately 150 meters from the blast seat.



**180**

The fourth slide contain images taken from street level of the firing point and the blast seat, and the fifth slide contains a close-up image of the blast seat with a call out listing its measurement as 7 feet in diameter and 4 feet in depth.

 

The final three slides of the report are entirely redacted and most likely contain images of the destroyed HEMTT.

### g.  Casualty Report

The Casualty Report notes that SPC Glawson was wearing all of his assigned protective gear at the time of the attack and that his M984/A1 HEMMT vehicle had integrated Level 1 armor.[10]

### 5.  Conclusion

After a review of the available information, I conclude that the attack that killed SPC Glawson was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The multi-array EFP appears to have been command wire armed. The four slugs created by the multi-array EFP penetrated the armor of SPC Glawson's up-armored HEMTT wrecker, and one of the slugs struck SPC Glawson, causing him massive, mortal injuries. Blast overpressure from the explosion blew the vehicle's turret hatch off and ejected the driver from the vehicle onto the roadway.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the M984/A1 HEMMT and that killed SPC Glawson;
2. The damage to the vehicle strongly indicates that the multi-array EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the multi-array EFP; and

---

[10]   Casualty Report at 6.

4.  An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: May 11, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.05.11 12:42:13 -04'00'

_____

Kevin D. Lutz

**March 23, 2007 Attack – Nasiriyah**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the March 23, 2007 attack that injured Specialist ("SPC") Ryan Sabinish involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "IED EXPLOSION (EFP) ATTK ON A/1-34 BSB / 1/34 BCT IVO (ROUTE TAMPA): 2 CF WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  Serious Incident Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  Casualty Report for Ryan Sabinish produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **e.**  Photographs taken at the attack site provided by SPC Sabinish.

    **3.  Summary of Attack**

        At approximately 4:25 p.m. on March 23, 2007, Alpha Company, 134th Brigade Support Battalion, 1-34th Brigade Combat Team was conducting a patrol on Route Tampa in Nasiriyah when one of the vehicles in the patrol, an M1151 HMMWV with level 1 armor, was hit by an EFP as the patrol turned on to Route Dallas.[1] Ryan Sabinish, one of three soldiers in the vehicle and who was in the gunner's position, was injured in the attack.[2] A U.K. Improvised Explosive Device Disposal team that responded to the scene of the attack determined that "the device was 1 x possible prefabricated, expanding foam covered, hastily emplaced PIR EFP, approximately 10kg of explosives and copper fragmentation on the vehicle."[3]

---

[1]      SIGACT Report at 2; Casualty Report at 14, 18, 41.

[2]      Casualty Report at 41.

[3]      SIGACT Report at 3.

### 4. Attribution

#### a. The SIGACT Report

The SIGACT Report notes that the "IED detonated against an M1151. Gunner received an injury to the shoulder. Gunner engaged 1 x male with 40 x rounds of 7.62mm/M240B. Triggerman fled in a maroon suburban."[4] The report further notes that following the attack, a U.K. Improvised Explosive Device Disposal team was dispatched to the scene of the attack. In addition to determining that the device was an EFP, the U.K. team assessed that "the device was intended for a large armoured vehicle as it was possibly a single projectile with a circular fragmentation pattern on [redacted] and the crew window."[5]

#### b. The IED Report

The IED Report does not contain any relevant information for attribution purposes.

#### c. Serious Incident Report

The Serious Incident Report provides a summary of the attack. According to the report:

Avenger 85N patrol had an IED D[etonation] against vehicle A104. A104 is an M1151 and had three military [passengers] in it. The gunner in A104 received an injury to his right arm. … Immediately following the IED D[etonation] the gunner from A103 engaged one male in white robe. Male was next to a 4 door maroon SUV. Trigger man was engaged with 40 240B rounds. Trigger man jumped in vehicle and vehicle went SB in the NB lane on Dallas.[6]

The report also notes that the vehicle hit in the attack was an M1151 and that it had level 1 armor.[7]

#### d. Casualty Report

The casualty report for SPC Sabinish notes that his vehicle, a M1151 HMMWV, was equipped with level 1 armor and that at the time of the attack, SPC Sabinish was wearing all of his required protective gear.[8] The report also notes that the attack occurred as the convoy was turning off Route Tampa on to Route Dallas.[9]

---

[4]    SIGACT Report at 2.

[5]    *Id*. at 3.

[6]    Serious Incident Report at 2.

[7]    *Id*. at 3.

[8]    Casualty Report at 34.

[9]    *Id*. at 22.

### e. Photographs

The photographs provided to me by SPC Sabinish provide visual evidence of the damage done to the M1151 HMMWV, the presence of copper residue, and the counter IED measures that his vehicle had installed (Rhino anti-PIR device and a CREW ECM system).



**185**





4



### 5. Conclusion

After a review of the available information, I conclude that the attack that injured SPC Sabinish was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a copper EFP that was prefabricated, expanding foam covered and was likely PIR initiated. The EFP struck the vehicle in multiple locations.

In my professional opinion, the totality of the records available for my review indicates that:

1. An EFP was the weapon used to attack the M1151 HMMWV causing the injuries to SPC Sabinish;
2. The damage to the vehicle and copper residue on the vehicle strongly indicates that the EFP was precision manufactured and copper-lined;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated:  July 5, 2019

Kevin D. Lutz

<div style="font-size: small">Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.07.05 14:23:25 -04'00'</div>

Kevin D. Lutz

**March 31, 2007 Attack – Diwaniyah**

    **1.  Summary of Opinion**

    After reviewing the available evidence and information, I conclude that the March 31, 2007 attack that killed civilian contractor Kwesi Christopher involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  Documents produced by the U.S. Army Corps of Engineers, Gulf Region Division to Ann Christopher, mother of Kwesi Christopher, on September 20, 2007 in response to a FOIA Request;

        **b.**  SIGACT Report entitled "IED Explosion (IED) ATTK on ERINYS IVO DIWANIYAH (ROUTE MADRID): 2 CF WIA 2 CF KIA 2 CIV KIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **d.**  CENTCOM Commanding General's CCIR Report, dated March 31, 2007 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.[1]

    **3.  Summary of Attack**

    On March 31, 2007, a convoy of four armored Ford Excursion SUVs operated by a British private security company, Erinys, was escorting two U.S. military engineers through Diwaniyah, a city approximately 100 miles from Baghdad, to Forward Operating Base Kalsu ("FOB Kalsu") when the first vehicle in the convoy was struck by an EFP. Shrapnel burst into the cab, hitting all four of the private security contractors within the vehicle. Kwesi Christopher and a second contractor absorbed the full force of the blast, which instantly killed them.

---

[1] CENTCOM Commander's Critical Information Requirement (CCIR) Report.  A CCIR is a comprehensive list of information requirements identified by the commander as being critical in facilitating timely information management and the decision-making process that affect successful mission accomplishment.

**188**



Stock photo of Erinys armored Ford Excursion and an unnamed contractor.

### 4.  Legal Attribution

#### a.  The Army's Investigation

Mr. Christopher was a retired serviceman who was working as a United States military contractor. Accordingly, the Army did not conduct an AR 15-6 Investigation into the circumstances of his death. Nevertheless, the Army did prepare and release a Serious Incident Report, and three Erinys contractors provided written statements to the Army regarding the attack. The U.S. Army Corps of Engineers provided these documents to Mr. Christopher's mother in response to a FOIA request she placed following his death.

The Erinys Serious Incident Report recorded that the lead vehicle was hit by an EFP, causing four casualties, and contained an overlay of the convoy's route:



According to the report, and to one of the witness statements, the blast from the EFP was so strong that it overturned the armored SUV, which came to rest on its roof.[2] The vehicle was so badly damaged that the Team Leader of the escort made the decision to "burn out" the vehicle rather than attempt to return it to base.[3]

### b. The SIGACT Report

The SIGACT Report notes that an Erinys vehicle was damaged by an IED explosion that resulted in the deaths of two military contractors and two contractors wounded.[4]

### c. The IED Report

Since the vehicle was destroyed prior to the arrival of Coalition Forces, the IED Report contains no relevant data for the purposes of attribution.

### d. CENTCOM Commanding General's CCIR Report

The CCIR Report produced by CENTCOM details the events that occurred immediately following the blast, which included one of the Erinys contractors shooting and wounding two Iraqi

---

[2]    "Erinys Serious Incident Report Relating to Description: EFP Attack Against Eagle 14, 31 March 2007" at 9, 15.

[3]    *Id.* at 15.

[4]    SIGACT Report at 2-3.

3

**190**

males. This apparently led to the gathering of a crowd of local Iraqis, which prompted the Erinys team leader to destroy the vehicle and leave the scene, actions which obviously hampered the ability of EOD/WIT to perform a meaningful post-blast analysis.[5]

**5. Conclusion**

After a review of the available information, I conclude that the attack that killed Mr. Christopher was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The limited information in the reports produced by CENTCOM makes it difficult to provide a conclusive narrative of the events surrounding the March 31, 2007 attack. However, based on the up-armored nature of the vehicle as well as the contemporaneous witness statements, I conclude that the slug created by the EFP penetrated the armor of the contractor's armored SUV, overturning the vehicle and filling the entire cab with shrapnel which instantly killed Mr. Christopher.

In my professional opinion, the totality of the available record indicates that:

1. An EFP was the weapon used to attack the armored Ford Excursion and that killed Kwesi Christopher;
2. The damage to the vehicle strongly indicates that the EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: May 19, 2019

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.09.04 19:01:34 -04'00'

Kevin D. Lutz

---

[5]       Report at 2.

4

**191**

**April 6, 2007 Attack – Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the April 6, 2007 attack that killed Private First Class ("PFC") Daniel Fuentes involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "IED EXPLOSION (EFP) ATTK ON 4/1 ID IVO BAGHDAD (ZONE 37) (ROUTE RTE AEROS): 3 CF WIA 1 CF KIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  Event Storyboard titled "06 0030D APR 07 IED ATTACK ON 4/1 ID IVO RASHID WEST," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  WIT 10 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **e.**  Casualty Report for PFC Fuentes produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0157.

    **3.  Summary of Attack**

        On April 6, 2007, at approximately 12:30 a.m., a four-vehicle convoy from D Company, 1st Battalion, 28th Infantry Regiment was on patrol in the vicinity of the West Rashid neighborhood of Baghdad when the second vehicle in the order of march, an up-armored M1151 HMMWV, was struck on its left side by a multi-array EFP that had been angled upwards to impact the vehicle's doors and gunner's turret.[1] The attack killed PFC Fuentes, who was seated in the gunner's position, and injured three other soldiers.[2]

---

[1]      SIGACT Report at 4.

[2]      *Id.*, Casualty Report at 2.

**192**

### 4.  Attribution

#### a.  The SIGACT Report

The SIGACT Report categorizes the mode of attack as "Directional IED," which indicates that this attack likely involved an EFP.[3]

The SIGACT Report also contains comments from WIT 10 that "the second M1151 in a 4X vehicle convoy was struck by an EFP."[4] The WIT further reported that their post-blast analysis "revealed the IED was an EFP array buried behind the curb at the intersection of RTE Aeros and Walnut St. The EFP array was angled up to impact the doors and gunner[']s turret."[5] Under the report's "Target(s) of Attack" heading, the WIT commented that the "target of [the] attack was C[oalition] F[orces]. This route is patrolled multiple times daily presenting many targets of opportunity."[6]

#### b.  The IED Report

The IED report notes that the main charge configuration was an EFP,[7] and it contains an analysis from WIT 10 that the attackers "placed the EFP array behind a curb at the edge of the north east corner of Walnut St[reet] and RTE Aeros. The EFP was surface laid and angled in an upward direction."[8]

Under the "Device Description" heading, the WIT commented that "due to fragmentation found on the M1151, the IED consisted of an EFP array [redacted] from the impacted vehicle. Pavement was chipped out behind the curb to conceal the IED. The EFP was angled up and measured out to impact the driver[']s door and the gunner's turret."[9]

#### c.  Event Storyboard

The Event Storyboard prepared by the Battalion's Command, Control and Communication Operations group provides a summary of the attack and contains aerial photos of its location.

---

[3]    SIGACT Report at 2.

[4]    *Id.* at 4.

[5]    *Id.*

[6]    *Id.* at 7.

[7]    IED Report at 3.

[8]    *Id.* at 2.

[9]    *Id.*



### d. The WIT 10 Report

The WIT 10 report produced by CENTCOM consists of eight slides, the first three of which provide aerial views and a "sector sketch" of the attack location:



**194**





The remaining slides include a digital photograph of the blast seat and redacted images of the significantly damaged M1151 HMMWV. The redacted images provide visual evidence supportive of the WIT's analysis that the multi-array EFP was angled upwards and measured out to strike the driver's door and the vehicle's gunner.

4

**195**






### e.  The Casualty Report

PFC Fuentes' Casualty Report notes that he was riding in an "M1151 Enhanced Armament Carrier,"[10] which would have been equipped with factory-installed level 1 armor. The report further notes that PFC Fuentes was wearing all of his required protective gear at the time of the attack, and that the cause of his death was "[m]assive trauma."[11]

### 5.  Conclusion

After a review of the available information, I conclude that the attack that killed PFC Fuentes was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP that was angled upward to purposefully focus formed penetrators(s) at a passing HMMWV's driver's side crew compartment doors and its gunner's turret.

---

[10]     Casualty Report at 3.

[11]     *Id.* at 2.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the M1151 HMMVW and that killed PFC Fuentes;
2. The damage to PFC Fuentes' vehicle strongly indicates that the device used to attack the vehicle was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
3. The damage to the vehicle strongly indicates that HE explosives were used in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.


Dated:  July 5, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.07.05 14:06:41 -04'00'

_____
Kevin D. Lutz

**197**

**April 13, 2007 Attack – Al Imam**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the April 13, 2007 attack that killed Sergeant ("SGT") Larry R. Bowman involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "IED EXPLOSION (EFP) ATTK ON 513 TC / 57 TB / 336 TG IVO (ROUTE MSR TAMPA): 1 CF WIA 1 CF KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  WIT 14 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  Extended Casualty Report for SGT Bowman produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **e.**  Event Storyboard titled "13 0632 APR 07 EVENT IED (1x US KIA, 1x US WIA) IVO AL IMAM ZONE 432" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.  Summary of Attack**

        At approximately 6:30 a.m. on April 13, 2007, a thirty-seven vehicle convoy from the 513th Transportation Company, 57th Transportation Battalion was traveling south on MSR Tampa when the thirty-sixth vehicle in the convoy, an M915 tractor trailer, was struck by an EFP on the passenger's side door of the vehicle.[1] The blast site was found inside a small shack on MSR Tampa.[2] WIT assessed that the EFP may have been initiated by either cell phone or command wire.[3] As a result of the attack SGT Bowman, who was the truck commander of the M915, was killed.

---

[1]      SIGACT Report at 3; IED Report at 2; WIT 14 Report at 1; Event Storyboard at 3-4.

[2]      IED Report at 2; Event Storyboard at 4.

[3]      IED Report at 2.

**198**

### 4.  Attribution

#### a.  The SIGACT Report

The SIGACT Report notes that the attack was an "EFP Strike."[4] It further notes that the blast came from the shoulder of the south bound lane.[5] The report contains WIT 14's comments that the "EFP detonated from within a shack on the west shoulder … striking the 36th vehicle in the convoy; which resulted in 1x US KIA and 1x US WIA. One white and blue I[raqi] P[olice] patrol truck was observed 200m north from the blast sped off immediately after the blast."[6]

#### b.  The IED Report

The IED Report lists the main charge configuration as EFP.[7] WIT 14 was unable to determine the size of the EFP.[8]

#### c.  The WIT 14 Report

The WIT 14 Report contains 9 slides consisting of a sketch of the scene, an aerial map of the location of the attack, a Battle Damage Assessment, and photographs showing the blast seat, the location of the attack and the damage to the vehicle.

---

[4]      SIGACT Report at 2.

[5]      *Id.*

[6]      *Id.* at 3.

[7]      IED Report at 3.

[8]      *Id.*





**200**

SECRET//REL TO USA, GBR, AUS, CAN//20170407



North View | South View
West View | East View

FOIA 17-0150   SECRET//REL TO USA, GBR, AUS, CAN//20170407   1949 8/14/17

SECRET//REL TO USA, GBR, AUS, CAN//20170407



Armor Penetration (Interior Right Door)

FOIA 17-0150   SECRET//REL TO USA, GBR, AUS, CAN//20170407   1952 8/14/17

**201**



#### d.  Extended Casualty Reports

According to the extended casualty report for SGT Bowman, he was wearing the proper protective gear.[9]

#### e.  Event Storyboard

The Event Storyboard consists of four slides and provides a summary of the attack, a map of its location, an aerial view of the location and damage to the vehicle. The event storyboard notes that the M915's fuel tank and tires were damaged in the attack.[10] It also notes that the attack was caused by an EFP.[11] The Storyboard also contains S2's assessment that:

> The EFP at CP13 on MSR Tampa this morning was the first EFP attack since 01APR. This may indicate that JAM has been re-supplied with new EFPs. Due to the negative effect [redacted] has had on JAM's influence and operations, we expect A[nti] I[raqi] F[orces] to retaliate by emplacing IEDs/EFPs on MSR Tampa in anticipation of C[oalition] F[orce's] departure and movement from Diwaniyah.[12]

---

[9]      Bowman Extended Casualty Report at 2.

[10]     Event Storyboard at 2.

[11]     *Id*.

**202**





[12] *Id*. at 4.



## 5.  Conclusion

After a review of the available information, I conclude that the attack that killed SGT Bowman was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved an EFP that struck the vehicle in multiple locations including the fuel tank and the tires. SGT Bowman, who was the truck commander of the M915 and sitting in the passenger seat, was killed by the EFP.

In my professional opinion, the totality of the records available for my review indicates that:

1. An EFP was the weapon used to attack the M915 causing the death of SGT Bowman;
2. The damage to the vehicle and the spalling on the armor strongly indicate that the EFP was precision manufactured and copper-lined;
3. The damage to the vehicle strongly indicates that HE explosives were used in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated:  July 26, 2019

7

**204**

Kevin D.
Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.26 15:50:41 -04'00'

Kevin D. Lutz

8

**<u>205</u>**

**April 15, 2007 Attack – Baghdad**

**1.  Summary of Opinion**

After reviewing the available evidence and information, I conclude that the April 15, 2007 attack that injured Staff Sergeant ("SSG") Scott Lilley likely involved the use of an EFP of original Hezbollah and IRGC design. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

**2.  Documents Reviewed**

**a.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Improvised Explosive Device (IED)) 4/1 ID: 1 CF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

**b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

**c.**  Extended Casualty Report for SSG Lilley produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

**d.**  Event Storyboard titled "15 APR 07 EVENT COMPLEX ATTACK (1X IED 1X IDF 1X SAF), RTE IRISH, DET 8, 92 MP BN" and pictures of the damaged vehicle provided to me by Scott Lilley.

**3.  Summary of Attack**

At approximately 11:30 a.m. on April 15, 2007, a four vehicle convoy consisting of 4 M1114 HMMWVs from the 732nd Expeditionary Security Forces Squadron, Detachment 3 was traveling west on Route Irish when the third vehicle in the convoy was struck by what is likely an EFP on the driver's side of the vehicle.[1] SSG Lilley, who was the gunner, sustained head injuries as a result of the EFP blast.[2]  At the time of the attack Route Irish (which linked the Green Zone in Baghdad to the International Airport) intersected both Sunni and Shi'a dominated neighborhoods. The site of the attack was located in an area accessible to both Sunni insurgents and Shi'a Special Groups.

**4.  Attribution**

**a.  The SIGACT Report**

The SIGACT Report notes that the vehicles in the convoy had CREW systems and other IED defeat equipment but the specifics of each has been redacted from the report. The report

---

[1]     Event Storyboard at 1, 3; SIGACT Report at 3.

[2]     Extended Casualty Report at 6; Storyboard at 1; SIGACT Report at 3-4.

**206**

further notes that the vehicles had frag door kits installed. The report also notes that following the (likely) EFP attack, the convoy came under small arms fire and RPG fire.[3]

### b.   The IED Report

The IED Report does not contain any information regarding the type of device used in the attack.

### c.   Extended Casualty Report

The Extended Casualty Report for SSG Lilley notes that the vehicle in which he was the gunner was an M1114 HMMWV which had "Level I armor [] integrated during production."[4] The report further notes that SSG Lilley "was a gunner in 3rd vehicle on patrol. Vehicle was struck by an IED while traveling in Baghdad and then came under small arms fire."[5]

### d.   Event Storyboard

The Event Storyboards prepared by the Battalion's Command, Control and Communication Operations group consist of two slides and provide a summary of the attack, a map of its location and diagrams showing the EFP attack and RPG and small arms fire. The Storyboard contains EOD's preliminary assessment that the device used in the attack was an EFP. It also contains S2's assessment that:

> The complex attack on WC 2-2 and WC 3-2 attachment, is a continued effort by A[nti] I[raqi] F[orces] to discredit the recent attempts by C[oalition] F[orces] and I[raqi] S[ecurity] Forces] to bring stability to the area. The intersection of Route Aeros and Route Irish, to include the most southeastern section of Route Irish is well-known for IED implacement [sic]. There has been a recent increase in complex attacks on C[oalition] F[orces] within the past few weeks, which A[nti] I[raqi] F[orces] will continue to use if met with what they consider to be the least bit of success.

---

[3]   SIGACT Report at 4.

[4]   Extended Casualty Report at 6.

[5]   *Id*. at 9.

2

**207**



15 APR 07 EVENT COMPLEX ATTACK (1 X IED 1X IDF1XSAF), RTE IRISH, DET 7, 92 MP BN



15 APR 07 EVENT COMPLEX ATTACK CORDON, RTE IRISH, DET 7, 92 MP BN

3

**208**



### 5.  Conclusion

After a review of the available information, I conclude that the attack that injured SSG Scott Lilley was likely part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack likely involved an EFP that was emplaced on the left side of the road causing damage to the driver's side of the vehicle and injuring SSG Lilley.

In my professional opinion, the totality of the records available for my review indicates that:

1. The weapon used to attack the M114 HMMWV injuring SSG Scott Lilley was likely an EFP;
2. The damage to the vehicle indicates the likely use of HE explosives in the construction of the EFP; and
3. Given the location of the attack, the complexity of the attack and the weapons deployed, an IRGC-sponsored Special Group was likely responsible for the attack.

Dated: August 19, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.08.19 16:58:19 -04'00'

_____

Kevin D. Lutz

**April 16, 2007 Attack - Baghdad**

### 1. Summary of Opinion

After reviewing the available evidence and information, I conclude that the April 16, 2007 attack that killed Specialist ("SPC") Lucas V. Starcevich involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

### 2. Documents Reviewed

    **a.**  SIGACT Report titled "IED EXPLOSION (EFP) ATTK ON 3/C/1-18 IVO (ZONE 41) (ROUTE VERNON): 3 CF WIA 1 CF KIA 1 CIV KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.**  WIT 10 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **d.**  Extended Casualty Report for SPC Starcevich produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **e.**  Event Storyboard titled "16 1436D APR 07 COMPLEX ATTK ON 1-18 IVO RASHID" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

### 3. Summary of Attack

At approximately 2:36 p.m. on April 16, 2007, a five vehicle convoy consisting of two M2A2 Bradley Fighting Vehicles and three M1114 HMMWVs from Company C, 1st Battalion, 18th Infantry Regiment, 2nd Brigade Combat Team, 1st Infantry Division was conducting a patrol on Route Vernon when the fourth vehicle in the convoy, an up-armored M1114 HMMWV, was struck by a multi-array copper EFP on the passenger's side of the vehicle.[1] The blast resulted in two main penetration points, one on the passenger side rear door and one on the passenger side of the cargo hatch, and two smaller penetration points on the roof cap.[2] The EFP array consisted of two or more EFPs with an unknown initiator.[3] Based on the slug and small fragments recovered

---

[1]    SIGACT Report at 4; IED Report at 2-3; WIT 10 Report at 2.

[2]    SIGACT Report at 4-5.

[3]    IED Report at 2-3.

from the vehicle and the spalling on the armor, EOD believes that the multi-array EFP was constructed with copper liners.[4] As a result of the attack SPC Starcevich was killed.

### 4. Attribution

#### a. The SIGACT Report

The SIGACT Report notes that the vehicle SPC Starcevich was travelling in had a CREW system and IED Defeat Equipment, but the specific types of equipment are redacted. The report also notes that the vehicle had fragmentary armor door kits installed.[5] The report contains comments from WIT 3 that:

> Two smaller penetrations were observed on the roof cap which breached the passenger compartment and skimmed off the roof interior directing it back downward striking the KIA in the head. One of the slugs was recovered from the left rear seatback. The slug, smaller fragments, and spalling on the armor suggest the EFPs were constructed with a copper liner. The patrol believed the device may have been initiated via cell phone by occupants of a vehicle that was nearby at the time of the detonation.[6]

#### b. The IED Report

The IED Report lists the main charge configuration as EFP.[7] The report also notes that the EFP was located on the right side of the road.[8] The aiming point details of the Site Data section of the report contains WIT 3's comments that "a large piece of sheet metal was immediately behind the device location possibly serving as a reference point. The patrol that was struck believed the device may have been initiated via cell phone by occupants of a vehicle that was nearby at the time of the detonation."[9] The report also contains an analysis of the attack:

> WIT assesses due to the distance between the penetrations, had the device been initiated moments sooner the penetrations would have been on both passenger side doors, possibly increasing CF casualties. CF patrols in the 1-18 and 1-28 A[rea of] O[perations] should be familiar with the dimensions of EFPs in order to spot enclosures that could hold them. Previously recovered EFPs in 1-28 AO measured approximately [redacted] and were constructed of heavy PVC pipe and were encased in expanding foam.

---

[4]     SIGACT Report at 5.

[5]     *Id*. at 3.

[6]     *Id*. at 5.

[7]     IED Report at 3.

[8]     *Id*.

[9]     *Id*. at 2.

### c.  The WIT 10 Report

The WIT 10 Report contains 6 slides consisting of an aerial map of the location of the attack, diagrams showing the scene of the attack and photographs showing the blast seat, the damage to the vehicle and the location of the occupants of the vehicle. According to the diagram of the location of the occupants of the vehicle, SPC Starcevich was located in the left rear passenger seat.







### d. Extended Casualty Reports

According to the extended casualty report for SPC Starcevich, he was wearing the proper protective gear.[10] The report also notes that the vehicle he was traveling in had Level 1 armor that was integrated during production.[11]

### e. Event Storyboard

The Event Storyboard consists of three slides and provides a summary of the attack, a map of its location and an aerial view of the location. According to the Event Storyboard, "elements of 1-18 IN were conducting a patrol in Saydiyah when one of their vehicles was struck by and [sic] EFP IED. The blast penetrated the M1114 and mortally wounded one US soldier." It also contains EOD's assessment that "the device was consistent with a multiple array copper EFP." The Storyboard also contains S2's assessment that:

> There have been multiple EFPs detonated IVO CP 522 over the past six months. An I[raqi] N[ational] P[olice] CP in this vicinity demonstrates that the I[raqi] S[ecurity] F[orces] allow A[nti] I[raqi] F[orces] to freely operate within the AO. I suspect the reemergence of EFPs in Risalah is due to the rejuvenation of JAM leadership in the area. Most EFP attacks in this area are either retribution for CF operations targeting an H[igh] V[alue] T[arget], or used as a disruption device IVO HVTs in order to allow the enemy to E[vade] & E[scape]. Initial assessment is this EFP was command wire detonated.



---

[10]     Starcevich Extended Casualty Report at 5.

[11]     Starcevich Extended Casualty Report at 2.





6

### 5. Conclusion

After a review of the available information, I conclude that the attack that killed SPC Starcevich was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array copper EFP that penetrated the vehicle in multiple locations. SPC Starcevich was killed by one of the slugs that penetrated the roof of the vehicle.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMWV causing the death of SPC Starcevich;
2. The damage to the vehicle, recovery of a slug and smaller fragments, and the spalling on the armor strongly indicate that the multi-array EFP was precision manufactured and copper-lined;
3. The damage to the vehicle strongly indicates that HE explosives were used in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: July 28, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.28 17:57:29 -04'00'

Kevin D. Lutz

**216**

**April 29, 2007 Attack - Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the April 29, 2007 attack that killed Staff Sergeant ("SSG") Jay Martin and Sergeant ("SGT") Alexander J. Funcheon involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "IED EXPLOSION (EFP) ATTK ON 1/A/3-61 CAV IVO BAGHDAD (ZONE 9) (ROUTE RTE PLUTOS): 1 CF WIA 3 CF KIA 1 CIV KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  WIT 3 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  Extended Casualty Report for SSG Martin produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **e.**  Extended Casualty Report for SGT Funcheon produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.  Summary of Attack**

        At approximately 11:45 a.m. on April 29, 2007, a four vehicle patrol consisting of four M1114 HMMWVs from Troop A, 3rd Squadron, 61st Cavalry Regiment, 2nd Brigade Combat Team, 2nd Infantry Division was traveling north in the northbound lane of Route Plutos from Forward Operating Base ("FOB") Rustamiyah to Al Qanat Joint Security Station when the first vehicle in the convoy, an up-armored M1114 HMMWV, was struck by a 6-array EFP mixed with copper and steel liners on the driver's side of the vehicle.[1] "The blast resulted in six primary penetration points and at least seven smaller penetration points."[2] EOD determined that the EFP had a net explosive weight of 20 lbs.[3] Copper residue was located on one of the exit points on the right side of the vehicle.[4] A metal fragment that appeared to be copper was recovered on the right

---

[1]      SIGACT Report at 3-4; IED Report at 3; Martin Extended Casualty Report at 2; Funcheon Extended Casualty Report at 2.

[2]      IED Report at 3.

[3]      *Id.*

side of the vehicle.[5] As a result of the attack SSG Martin, SGT Funcheon and 2 other occupants of the M1114 were killed.

### 4. Attribution

#### a. The SIGACT Report

The SIGACT Report notes that the vehicle SSG Martin and SGT Funcheon were travelling in had a CREW system and another IED defeat system, but the specific types of equipment are redacted. However, after reviewing the provided pictures of the vehicle the other IED defeat system mounted to the front was an experimental passive infra-red defeat system that had recently been fielded. The report also notes that the vehicle had fragmentary armor door kits installed.[6] The report contains comments from WIT 3 that "EOD confirmed the damage was consistent with a multiple array EFP."[7] The Target of Attack section of the SIGACT Report contains a comment from WIT 3 that:

> The circumstances of this attack presents three plausible targeting assessments. The establishment and manning of combat outposts and joint security stations has increased 2[nd] B[rigade] C[ombat] T[eam] traffic through the intersection of RTE Plutos and RTE Buzz and A[nti] I[raqi] F[orces] has assessed the intersection to be favorable for target saturation, stand off and visibility. The lead vehicle was targeted in an attempt to halt the remainder of the patrol within a snipers kill zone thus effecting a complex attack.[8]

#### b. The IED Report

The IED Report lists the main charge configuration as EFP.[9] Although redacted in the report, WIT 3 comments note that the M1114 was equipped with IED countermeasures and that they "were on and operational at the time of [the] attack."[10] With regard to the Site Data section of the report, the aiming point details contains WIT 3's comments that "a possible aiming point was a light pole on RTE Plutos."[11] According to WIT 3's comments:

---

[4]    *Id.* at 4.

[5]    *Id.*

[6]    SIGACT Report at 3.

[7]    *Id.* at 4.

[8]    SIGACT Report at 7.

[9]    IED Report at 4.

[10]    *Id.* at 3.

[11]    *Id.* at 2.

The probable firing point was a residential structure to the west of RTE Plutos which was directly aligned to two light poles on RTE Plutos northbound traffic lane which likely served as the aiming marker. One of the light poles had a black, white and red sign attached to it making it unique to other light poles in the area and thereby an effective identifier. The residence was shrouded by trees and foliage and also offered an escape route into the surrounding community.[12]

The Device section of the IED Report contains comments from WIT 3 that "two lengths of wire [and] two metal fragments were recovered from the crater and one (presumed) steel slug was recovered in the road amongst metal debris separated from the drivers['] door during the blast. The recovered wires and use of an aiming marker leads WIT to assess [that] the IED was radio control initiated."[13]

### c.   The WIT 3 Report

The WIT 3 Report contains 20 slides consisting of an aerial map of the location of the attack, diagrams showing the scene of the attack and photographs showing the location of the attack, the blast seat, the damage to the vehicle and the wires and slug recovered at the scene of the attack.



---

[12]    *Id*. at 2-3.

[13]    *Id*. at 4.

SECRET//REL USA, MCFI//20170429



SECRET//REL USA, MCFI//20170429

SECRET//REL USA, MCFI//20170429



SECRET//REL USA, MCFI//20170429

**220**



### d.  Extended Casualty Reports

According to the extended casualty reports for SSG Martin and SGT Funcheon, both were wearing the proper protective gear.[14] The reports also note that the vehicle they were traveling in had Level 1 armor that was integrated during production.[15] The report for SSG Martin notes that he was the commander of the vehicle.[16] The report for SGT Funcheon notes that he was in the gunner's position in the vehicle.[17]

---

[14]    Martin Extended Casualty Report at 2; Funcheon Extended Casualty Report at 2.

[15]    Martin Extended Casualty Report at 2; Funcheon Extended Casualty Report at 2.

[16]    Martin Extended Casualty Report at 2.

[17]    Funcheon Extended Casualty Report at 2.

### 5. Conclusion

After a review of the available information, I conclude that the attack that killed SSG Martin and SGT Funcheon was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP consisting of both copper and steel liners and had a net explosive weight of 20 lbs. of a bulk explosive. Multiple slugs from the EFP hit the vehicle killing SSG Martin and SGT Funcheon.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMWV causing the deaths of SSG Martin and SGT Funcheon;
2. The damage to the vehicle, copper residue found on the vehicle, recovery of a copper fragment, and multiple strike points strongly indicate that the multi-array EFP was precision manufactured containing a combination of copper and steel liners;
3. The damage to the vehicle strongly indicates that HE explosives were used in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: July 29, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.29 11:38:28 -04'00'

_____

Kevin D. Lutz

6

**222**

**May 3, 2007 Attack – Baghdad**

     **1.**     **Summary of Opinion**

     After reviewing the available evidence and information, I conclude that the May 3, 2007 attack that killed Private First Class ("PFC") Jerome Jene Potter involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

     **2.**     **Documents Reviewed**

          **a.**     AR 15-6 Investigation Report into the death of PFC Jerome Potter dated May 5, 2007, hereinafter in this section ("AR 15-6"), produced by U.S. Army Human Resources Command in response to a FOIA request made by Holly Burson, mother of PFC Jerome Potter;

          **b.**     IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

          **c.**     SIGACT Report titled "IED EXPLOSION RPT (Improvised Explosive Device (IED)) A1-8 CAV: 1 CF KIA 7 CF WIA 1 UE KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

          **d.**     Event Storyboards titled "03 1815D May 07 Complex Attk on 1-8 Cav IVO New Baghdad" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

     **3.**     **Summary of Attack**

     On May 3, 2007, PFC Potter was participating in a mission in eastern Baghdad to prevent indirect fire attacks on the International Zone. At approximately 6:10 p.m., while on Old Crow Road approaching Route Oilers, the lead M2A3 Bradley driven by PFC Potter was struck by what was initially thought to be a vehicle-borne improvised explosive device ("VBIED") but was later determined to be an EFP. The EFP struck the vehicle on its right side, underneath the turret. Blast overpressure blew the Tube-launched, Optically-tracked, Wire-guided missiles ("TOW") hatch off the vehicle and the driver's hatch open. The Bradley caught fire, rolled out of the kill zone, and ran into a civilian vehicle. After the Bradley stopped moving, the unit began receiving small arms fire from rooftops near the engagement area. The gunner and truck commander dismounted from the Bradley while it was under fire and assisted in getting the three dismounts[1] in the back of the Bradley out through the blown-open TOW hatch because the back ramp was never lowered.[2]

     PFC Potter was still in the driver's position at that time. Two soldiers from the rear vehicle in the convoy approached to assist in rescuing PFC Potter from the Bradley. One of them attempted to pull PFC Potter out of the vehicle by grabbing PFC Potter by the drag strap of his Outer Tactical

---

[1]     Dismounts refers to soldiers who travel in the back of a Bradley and conduct operations outside of the vehicle.

[2]     AR 15-6 at 9.

Vest ("OTV"), but despite multiple attempts to do so, PFC Potter would not budge. As flames began to overtake the vehicle, one of the soldiers used a fire extinguisher to keep the flames down while another soldier joined the dismounts in providing suppressing fire against small arms fire that was coming from the rooftops. The soldiers again attempted to extricate PFC Potter, but at this point the fire extinguisher ran out and fire engulfed PFC Potter's position. The rescue attempt was called off. Ammunition in the Bradley began to cook off, and the remaining fuel reserves ignited. Once the Bradley finished burning, EOD conducted its analysis.[3] The investigating officer concluded, based on the evidence and sworn statements submitted, that PFC Potter was killed as the result of the EFP striking his Bradley and died either in the initial blast or as a result of the fire that consumed the Bradley.[4]

### 4.   Attribution

#### a.   The Army AR 15-6 Investigation

According to the AR 15-6's Table of Contents, the investigating officer reviewed, *inter alia*, Hospital Report of Death, Storyboard of 03 May 2007 IED Incident, 4 sworn statements and the EOD Report. According to the soldiers in the patrol, the mission on May 3, 2007 was to conduct overwatch and observation of point of origin sites.[5] As the patrol approached Route Oilers from Old Crow Road, the lead Bradley was struck by what was later determined to be an EFP.[6] Although listed in the table of contents, the Army withheld the EOD Report. However, the investigating officer concluded that while the attack was initially thought to have been a VBIED, EOD later determined that the Bradley was in fact struck by an EFP on its right side.[7]

The investigating officer noted that the intelligence brief provided to the patrol leader prior to the mission indicated that the route status at the time of the attack was red.[8] The investigating officer also noted that the Bradley "does not support ECW devices, and only carr[ies] reactive armor to defend it from EFPs."[9]

---

[3]      "Report of Investigation into the death of Jerome J. Potter," dated May 5, 2007 ("AR 15-6"), p. 9 (Reference DA Form 1574); AR 15-6, pp. 14-15, Exhibit C (DA 2823 – Sworn Statement, dated May 3, 2007); AR 15-6, pp. 17-18, Exhibit D (DA 2823 – Sworn Statement, dated May 5, 2007); AR 15-6, pp. 19-20, Exhibit E (DA 2823 – Sworn Statement, dated May 5, 2007); AR 15-6, pp. 21-23 (DA 2823 – Sworn Statement, dated May 3, 2007); AR 15-6, p. 36, Exhibit G (DA 2823 – Sworn Statement, dated May 15, 2007).

[4]      AR 15-6, pp. 9-10.

[5]      AR 15-6, p. 18 (Sworn Statement, dated May 5, 2007). *See also* AR 15-6, p. 16 (Sworn Statement, dated May 5, 2007).

[6]      AR 15-6, p. 9; AR 15-6, p. 18 (Sworn Statement, dated May 5, 2007); AR 15-6, p. 20 (Sworn Statement, dated May 3, 2007).

[7]      AR 15-6, p. 9., Route status relate to when the last time the route had been cleared, and also considered the last time an IED event had occurred.

[8]      AR 15-6, p. 10.

[9]      AR 15-6, p. 10.

### b.  The SIGACT Report

The SIGACT Report reflects that at 10:30 p.m., EOD concluded that the weapon used to destroy PFC Potter's Bradley was "an EFP at the corner of Old Crows [Road] and [Route] Oilers."[10] The SIGACT Report also notes that two people were seen videotaping the attack. Members of PFC Potter's platoon killed one of them. Five or six other people ran over, grabbed the dead body and camera, and ran away.[11]

### c.  The IED Report

The IED Report reflects that a "detonation" caused the attack and contains a notation that the weapon was not a VBIED, as was originally believed.[12]

### d.  Event Storyboard

The Event Storyboard prepared by the Battalion's Command, Control and Communication Operations group provides a summary of the attack and contains aerial photos of its location. It contains the initial report that the M2A3 was attacked by an IED followed by small arms fire.



---

[10]     SIGACT Report, p. 3.

[11]     *Id.*

[12]     IED Report pp. 2-3.

5.        **Conclusion**

After a review of the currently available information, I conclude that the attack that killed PFC Potter was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. Although EOD conducted a post blast analysis at the scene of the attack, the EOD report was not included in the AR 15-6 provided to PFC Potter's mother, and CENTCOM has not provided the EOD report in response to a FOIA request. However, EOD's conclusion that the attack was carried out by an EFP was included in the investigator's report. Based on my professional experience, my knowledge of explosives and the particular indicators of an EFP strike, what type of weapon it would take to cause the damage sustained to the M2A3 Bradley Fighting Vehicle, and my knowledge of the process investigators use to collect and report their findings in such cases, the attack was likely the product of a well-designed and professionally manufactured EFP that employed both precision milled copper liners and high explosives – which explains the damage the Bradley sustained including the blown hatches and the back ramp not being lowered.

In my professional opinion, the totality of the available record indicates that:

1. An EFP was the weapon used to attack the M2A3 Bradley and that killed PFC Potter;
2. The damage to the vehicle strongly indicates that the EFP was precision manufactured and copper-lined;
3. The EFP created blast overpressure with sufficient force to blow open two hatches on the armored Bradley, strongly indicating the likely use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Date:  May 19, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.05.19 17:33:40 -04'00'

Kevin D. Lutz

**May 3, 2007 Attack – Musayyib**

 **1. Summary of Opinion**

  After reviewing the available evidence and information, I conclude that the May 3, 2007 attack that killed 1ˢᵗ Lieutenant ("1LT") Colby James Umbrell involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

 **2. Documents Reviewed**

  **a.** AR 15-6 Report into the death of 1LT Colby James Umbrell dated May 14, 2007 (hereinafter in this section, "AR 15-6"), produced by Office of the Staff Judge Advocate, Headquarters Multi-National Corps – Iraq to Mark and Nancy Umbrell, parents of 1LT Colby James Umbrell;

  **b.** SIGACT Report titled "IED Explosion (EFP) Attk on 1-501: 2 CF WIA 1 CF KIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0247;

  **c.** IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0247; and

  **d.** Event Storyboards titled "03 0905D May 07 EFP IED Attack on 1-501 PIR IVO Al Masayyib" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0247.

 **3. Summary of Attack**

  At approximately 5:49 a.m. on May 3, 2007, a patrol left Forward Operating Base Iskandariyah ("FOB Iskan") to provide security along Route Caroline to prevent enemy freedom of movement.[1] "The patrol consisted of seventeen U.S. personnel (one officer, five noncommissioned officers, and eleven enlisted) and one interpreter," traveling in "four uparmored HMMWVs (two M1114s, one M1116, and one M1151)."[2] At approximately 8:50 a.m., the patrol, which had split into two sections, reformed and proceeded to return to FOB Iskan. At approximately 9:00 a.m., the second vehicle in the convoy (an M1151 uparmored HMMWV) started to make the turn from Route Caroline onto Route Michelle traveling west, when it was struck from the north side of Route Michelle by a multi-array EFP consisting of two large steel EFPs and one small copper EFP.[3] "The multi array EPF [sic] struck the rear portion of the engine compartment, the [front passenger] door rear of the window, and the passenger window as well as the rear of the gunner's turret."[4] 1LT Umbrell suffered a traumatic penetrating brain injury and

---

[1] AR 15-6, Tab C, Investigation Findings, p. 1.

[2] *Id.* at 2.

[3] *Id. at* 2; *see also id.* at Tab E, Exhibit XXVI (DA Form 2823 – Sworn Statement, dated May 3, 2007).

[4] AR 15-6, Tab C, Investigation Findings at 1.

**227**

was pronounced dead at the scene of the attack. The other occupants of the M1151 suffered minor injuries consisting of shrapnel wounds and small lacerations and scratches, and complained of headaches.[5]



Event Storyboard of 1LT Umbrell's convoy indicating the locations of the HMMWVs, the direction of travel, and the locations of the multi-array EFP. The image in the upper right corner reflects a regional map of the area. The red marker indicates the location of the EFP attack on 1LT Umbrell's convoy.

### 4.   Attribution

#### a.   The Army AR 15-6 Investigation

According to the AR 15-6's Table of Contents, the investigating officer reviewed, *inter alia*, the SIGACT report, the Duty Log, Event Storyboard, two debrief mission reports, sworn statements from nine soldiers present at the attack, an EOD report and an EFP/IED Attack Analysis Storyboard.

The AR 15-6 describes how Route Caroline, a logistical supply route, had been the site of numerous IED/EFP attacks on Coalition Forces, and that those attacks were believed to have been conducted in retaliation for the Coalition Forces' increased targeting of the leadership of Jaysh Al-Mahdi, a Shi'a terror group with a presence in nearby Musayyib.[6] The report noted that during a

---

[5]      *Id.* at 2-3.

[6]      *Id.* at 3.

12-day stretch in March 2007, there had been "six IED/EFP attack[s] against coalition forces, primarily targeting patrols that use the route as an [sic] to return to FOB Iskan."[7]

The vehicles in 1LT Umbrell's convoy were equipped with two Duke ECM jammers and two Rhinos.[8] The M1151 in which 1LT Umbrell was riding had Fragmentary Armor Kits ("Frag Kits") installed on the doors for added protection,[9] but did not have a Duke ECM jammer or a Rhino.[10]

At approximately 9:00 a.m., the patrol started to head back to FOB Iskan.[11] The lead vehicle in the convoy was equipped with a Duke ECM jammer and a Rhino.[12] As the second vehicle in the convoy, in which 1LT Umbrell was riding, turned onto Route Michelle from Route Caroline, it was struck by a multi-array EFP.[13] The multi-array EFP struck the right side of the vehicle and penetrated the rear portion of the engine compartment (above and behind the right front tire) and the front passenger door behind the window, leaving a baseball-sized hole in the frag kit.[14] The multi-array EFP struck, but did not penetrate, the passenger window.[15] The EFP also struck the rear of the gunner's turret (it is not noted whether it penetrated at this location).[16] 1LT Umbrell, who was sitting in the front passenger seat, was killed immediately, having received a traumatic penetrating brain injury[17] when the EFP that penetrated the front passenger door struck his head[18] and decapitated him.[19] The driver in 1LT Umbrell's vehicle sustained minor shrapnel to his right cheek and had small lacerations on his right hand; the gunner suffered minor abrasions

---

[7]    *Id.* at 3.

[8]    *Id.* at 2.

[9]    *Id.*, Tab E, Exhibit I (MND SIGACT 1 FFIR 6, CORPS FFIR 6, MND-C EVENT 2); Tab E, Exhibit XXII (DA Form 2823 - Sworn Statement, dated May 6, 2007); Tab E, Exhibit XXIII (DA Form 2823 - Sworn Statement, dated May 6, 2007).

[10]    *Id.*, Tab E, Exhibit XVIII (DA Form 2823 – Sworn Statement, dated May 6, 2007).

[11]    *Id.*, Tab C, Investigation Findings, p. 1.

[12]    *Id.*, Tab E, Exhibit XXII (DA Form 2823 - Sworn Statement, dated May 6, 2007).

[13]    *Id.*, Tab C, Investigation Findings, p. 1. AR 15-6, Tab E, Exhibit XX (DA Form 2823 - Sworn Statement, dated May 6, 2007).

[14]    *Id.*, Tab C, Investigation Findings, p. 1; Tab E, Exhibit XVIII (DA Form 2823 – Sworn Statement, dated May 6, 2007); Tab E, Exhibit XX (DA Form 2823 - Sworn Statement, dated May 6, 2007).

[15]    *Id.*, Tab C, Investigation Findings, p. 1; Tab E, Exhibit XVIII (DA Form 2823 – Sworn Statement, dated May 6, 2007).

[16]    *Id.*, Tab C, Investigation Findings, p. 1.

[17]    *Id.*, ¶¶1e and f; Tab E, Exhibit XIII (DA Form 3894, Hospital Report of Death, dated May 3, 2007).

[18]    *Id.*, Tab E, Exhibit XVII (DA Form 2823 – Sworn Statement, dated May 6, 2007).

[19]    *Id.*, Tab D (Investigation Recommendations, dated May 14, 2007); Tab E, Exhibit XX (DA Form 2823 - Sworn Statement, dated May 6, 2007); Tab E, Exhibit XXIII (DA Form 2823 - Sworn Statement, dated May 6, 2007).

and bruising on his lower back; and the interpreter, who was sitting behind 1LT Umbrell, was covered in blood, but sustained only contusions to his left knee.[20] A local Iraqi national riding a bicycle past the convoy at the time of the explosion was blown off his bicycle and carried to the Iraqi Police checkpoint, from where he was transported to the hospital.[21] Other members of the convoy who attempted to enter the vehicle to assist the injured soldiers were unable to open the passenger side doors, and had to pull them off using tow straps.[22]

One of the soldiers located in the third vehicle in the convoy witnessed 1LT Umbrell's vehicle being struck by the EFP. In his sworn statement, he stated that he believed the EFP was aimed to kill whoever was in the truck commander's [front passenger] seat.[23] He further stated "[t]hat EFP was too accurate to just be a lucky shot.[24]

The AR 15-6 describes that the explosion was so powerful that the lead vehicle in the convoy moved about two feet to the left, even though that vehicle was approximately 250 feet ahead of 1LT Umbrell's vehicle on Route Michelle. The truck commander of that vehicle thought that his own truck had been struck.[25]

The AR 15-6 noted that the specific location where the attack occurred was in the direct line of site of an Iraqi Police checkpoint about 250-300 meters away, and concluded that the emplacement of the EFP "could not have occurred without the Iraqi Police check point having at least passive knowledge of its emplacement."[26] Sworn statements by members of the convoy noted that the Iraqi Police were smiling and smoking after the attack, acting like nothing had happened.[27] The Iraqi Police were interrogated with respect to the attack.[28]

A recovery team, EOD team, Advanced Trauma Life Support ("ATLS") and 1st Battalion Quick Reaction Force ("BN QRF"), arrived at the attack site from FOB Iskan at approximately

---

[20]   *Id.*, Tab C, Investigation Findings, p. 4.

[21]   *Id.*, Tab E, Exhibit VII (Debrief Mission Report, I/D/I-501, dated May 3, 2007).

[22]   *Id.*, Tab E, Exhibit XX (DA Form 2823 - Sworn Statement, dated May 6, 2007); Tab E, Exhibit XXIV (DA Form 2823 - Sworn Statement, dated May 6, 2007).

[23]   *Id.*, Tab E, Exhibit XX (DA Form 2823 - Sworn Statement, dated May 6, 2007).

[24]   *Id.*, Tab E, Exhibit XX (DA Form 2823 - Sworn Statement, dated May 6, 2007).

[25]   *Id.*, Tab E, Exhibit XXII (DA Form 2823 - Sworn Statement, dated May 6, 2007).

[26]   *Id.*, Tab C, Investigation Findings, p. 5; Tab E, Exhibit VIII (Mission Report, 1/D/1-501, dated May 3, 2007); Tab E, Exhibit XXV (DA Form 2823 - Sworn Statement, dated May 6, 2007); Tab E, Exhibit XXII (DA Form 2823 - Sworn Statement, dated May 6, 2007).

[27]   *Id.*, Tab E, Exhibit XIX (DA Form 2823 - Sworn Statement, dated May 6, 2007); Tab E, Exhibit XX (DA Form 2823 - Sworn Statement, dated May 6, 2007).

[28]   *Id.*, Tab C, Investigation Findings, p. 5; Tab E, Exhibit VIII (Mission Report, 1/D/1-501, dated May 3, 2007).

10:30 a.m.[29] According to the AR 15-6, EOD measured the blast seat as being 56 inches long, 56 inches wide, and two feet deep.[30] The multi-array EFP consisted of two large steel EFPs and one small copper EFP, with a total net explosive weight of approximately 20 pounds.[31] EOD concluded that the "placement of the three EFP strikes against the vehicle (Delaware 25) and the blast seat in relation to RTE Michelle [indicated] that the multi-array EFP was designed to defeat a Rhino mounted vehicle."[32] During the post blast analysis, EOD did not find an initiation system, leading to the conclusion that a cell phone had likely been used to initiate the EFP after the first HMMWV passed.[33]

### b.   The SIGACT Report

The SIGACT report contains the conclusions of the EOD team that responded to the site of the attack that the explosive device was an EFP.[34] The report also notes that the four vehicles in the patrol (two M1114s, one M1116 and one M1151) contained Level 5 Fragmentary Armor Kits (Frag 5 Kits) and other counter IED measures. However, the specific systems have been redacted out of the report. The report also noted that the M1151 was the vehicle struck by the EFP.[35]

### c.   The IED Report

The IED Report describes the "main charge configuration" and the "device description" as an EFP.[36]

### d.   Event Storyboard

The Event Storyboard prepared by the Battalion's Command, Control and Communication Operations group provides a summary of the attack and contains aerial photos of the location of the attack. It contains a "B[attle] D[amage] A[ssessment] Update" noting that the "EOD determined [the] IED was [an] EFP."

---

[29]   *Id.*, Tab C, Investigation Findings, p. 1; Tab E, Exhibit XXI (DA Form 2823 - Sworn Statement, dated May 6, 2007); Tab E, Exhibit XXII (DA Form 2823 - Sworn Statement, dated May 6, 2007).

[30]   *Id.*, Tab C, Investigation Findings, p. 3; Tab E, Exhibit XXVI (DA Form 2823 – EOD's Sworn Statement, dated May 3, 2007). Tab E, Exhibit VII (Debrief Mission Report, 2/D/1-501, dated May 3, 2007).

[31]   *Id.*, Tab E, Exhibit XXVI (DA Form 2823 – EOD's Sworn Statement, dated May 3, 2007).

[32]   *Id.*, Tab C, Investigation Findings, p. 3; Tab E, Exhibit XXVI (DA Form 2823 – EOD's Sworn Statement, dated May 3, 2007).

[33]   *Id.*, Tab C, Investigation Findings, p. 3; Tab E, Exhibit XXVI (DA Form 2823 – EOD's Sworn Statement, dated May 3, 2007).

[34]   SIGACT Report, p. 3.

[35]   *Id.*, p. 3.

[36]   IED Report p. 2.



### 5. Conclusion

After a review of the available information, I conclude that the attack that killed 1LT Umbrell was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP consisting of two large steel EFPs and one small copper EFP. Inasmuch as no initiation system was located at the site of the attack, it is highly likely that a cell phone was used to initiate the EFP. In my professional opinion, it is unlikely that two of the EFPs liners were steel, but rather all three were made from copper. However, without being able to review any pictures of the penetration points of the M1151 HMMWV, I cannot confirm my assessment. Further, I believe based on the different C-IED equipment employed, and what vehicle possessed each type, i.e., CREW and Rhino systems, that the IED was armed with a radio-controlled device such as a cell phone and initiated with a PIR sensor. Precise strikes using a cell phone or other radio-controlled initiator is extremely difficult, especially a cell phone as there is a delay from the call being made passing through a tower to the receiver in the EFP. Lastly, it does appear, from reading the reports, that the multi-array EFP was purposely slanted on an angle to target the crew compartment of the M1115 HMMWV.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the up-armored M1151 HMMVW and that killed 1LT Umbrell;
2. The damage to the vehicle strongly indicates that the EFP array was precision manufactured;
3. The multiple attack points on the vehicle strongly indicates that it was struck by a multi-array EFP;
4. EOD's finding that one of the EFPs which struck 1LT Umbrell's vehicle was copper strongly indicates that the EFP array was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
5. Based on the damage to the up-armored HMMWV, the EFP array was likely packed with HE explosives; and
6. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated:   April 17, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.04.17 21:22:01 -04'00'

Kevin D. Lutz

**233**

**May 6, 2007 Attack – Baghdad**

    **1.**    **Summary of Opinion**

After reviewing the available evidence and information, I conclude that the May 6, 2007 attack that killed Specialist ("SPC") Robert Dixon involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.**    **Documents Reviewed**

        **a.**    SIGACT Report titled "IED EXPLOSION (EFP) ATTK ON 2/A/1-4 CAV IVO (ZONE 40) (ROUTE JACKSON): 2 CF WIA 1 CF KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**    IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**    Storyboards of the attack produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**    WIT 10 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **e.**    CEXC Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.**    **Summary of Attack**

At approximately 7:00 a.m. on May 6, 2007, a five-vehicle patrol from Company A, 1st Squadron, 4th Cavalry Regiment was traveling north from the Joint Security Station ("JSS") near Camp Raider along Route Jackson when the lead vehicle in the convoy, an uparmored M1151 HMMWV, was attacked by a multi-array EFP. The EFP array was taped to a telephone pole approximately 50 meters south of Raider JSS on the east side of Route Jackson.[1] The EFP struck the right side of the M1151, wounding three of the vehicle's occupants, including the gunner, SPC Dixon, who suffered an abdominal wound. The soldiers were taken to a Casualty Support Hospital, where SPC Dixon was pronounced dead.[2]

---

[1]      SIGACT Report, p. 3. Event Storyboards.

[2]      SIGACT Report, pp. 2-3; Event Storyboards.

**234**



Diagram of SPC Dixon's convoy taken from the WIT 10 report indicating the locations of the vehicles, the direction of travel, and the location of the multi-array EFP.

### 4.    Attribution

#### a.   The SIGACT Report

The SIGACT Report notes that the EFP was taped to a telephone pole right outside of the Raider JSS.[3] The SIGACT Report also contains the WIT 10 comments that the "EFP struck the vehicle's right side at a 90 angle and was approximately 50m south of Raiders JSS on the east side of Route Jackson." Following the attack, the vehicle was transported to the Raiders Joint Security Station, where the EOD and WIT units arrived to perform a battle damage assessment of the vehicle. WIT 10 interviewed the driver of the struck vehicle, collected photographic evidence, and recovered copper slugs from the vehicle. The EOD/WIT units then went to the site of the attack where they photographed the attack site, took dimensions of the blast crater, and collected a soil sample and several pieces of fragments from the EFP.

#### b.   The IED Report

The WIT 10 comments contained in the IED Report section regarding the device confirms that "the IED consisted of a multi-array EFP with unknown initiation system. The device had been

---

[3]        SIGACT Report, p. 3.

placed on the east side of RTE Jackson perpendicular to the road."[4] The WIT 10 comment in the IED Report notes that "the possible aiming point was a sign attached to a chain link fence east of the blast seat."[5] WIT 10 further commented that "more and more EFPs are being employed in this AO [area of operations]. Eight incidents have occurred since mid-April." WIT 10 further observed that command wire has been the preferred method of initiation for IEDs and that it "was likely that the initiation used in this incident [was command wire] as traffic flow was far too heavy for practical targeting using PIR."[6]

### c.  Event Storyboard

The Event Storyboards of the attack produced prepared by the Battalion's Command, Control and Communication Operations group provides a summary of the attack and contains aerial photos of its location. The Event Storyboards noted that "the IED was an EFP taped to a telephone pole right outside of the Raider JSS." The Event Storyboards noted that the damage to the vehicle included "2 flat right ties, pope glass gone on turret, hole in turret armor, 4 holes in passenger side, [and] hole in gunner hatch."



---



Event Storyboards produced by CENTCOM.

The Event Storyboards also reflect the assessment made by Battalion Intelligence Officer ("S2") that "the emplacement was most likely in retaliation for the capture of … immediate superior within a major Jaysh al-Madhi IED/EFP organization." It further states that "it is a known JAM T[actic] T[echnique and] P[rocedure] to retaliate against C[oalition] F[orces] for successful targeting operations of JAM leaders. The effectiveness and lethality of this EFP indicates that this was constructed and emplaced by an expert."

**237**



Storyboard reflecting motive of Shi'a terrorist group Jaysh Al-Madhi ("JAM") for emplacing the multi array EFP.

### d. The WIT 10 Report

The WIT 10 report produced by CENTCOM consists of seven slides. The first three slides show the location of the patrol, the direction of travel of the vehicles, the location of the EFP, the blast location and the firing point.





The next four slides consist of pictures of the blast seat, the site of the attack and the damage the EFP did to the M1151.



Photograph taken by WIT 10 of blast seat.

7



Photograph taken by WIT 10 of blast seat.



Photograph taken by WIT 10 of the attack site.



Picture of damaged M1151 taken by the WIT team, showing redacted holes in the turret armor, the passenger side, and the gunner's turret caused by the multi-array EFP.

## 5. The CEXC Reports

The CEXC Reports produced by CENTCOM consist, *inter alia*, of a chemical analysis report of the metal fragments recovered by the WIT 10. The analysis of the fragments found that they tested positive for "trace explosive residue consistent with a Cyclotrimethylenetrinitramine (RDX) based explosive." RDX is a common component in HE explosives, including Iranian-manufactured C-4.

9

**242**



Photograph in CEXC Report of multi-array EFP slugs recovered from SPC Dixon's vehicle.

### 6.    Conclusion

After a review of the available information, I conclude that the attack that killed SPC Dixon was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack occurred in an area that had seen an uptick in EFP attacks. The attack involved a multi-array copper-lined EFP initiated most likely by command wire and taped to a light pole. Copper slugs defeated the armor on the turret where SPC Dixon was located, critically wounding him. The effectiveness and lethality of the EFP indicates that it was constructed and emplaced by terrorists with a significant degree of training in the construction and tactical emplacement of EFPs.

In my professional opinion, the totality of the available record indicates that:

1.   A multi-array EFP array was the weapon used to attack the M1151 HMMWV and that killed SPC Dixon;

2. The damage to SPC Dixon's vehicle, including the multiple holes in the turret armor, the passenger side, and the gunner's turret, strongly indicates that the multi-array EFP was precision manufactured and copper-lined;

3. WIT 10's recovery of copper slugs from SPC Dixon's vehicle strongly indicates that the multi-array EFP was designed by Hezbollah and the IRGC and likely supplied by the IRGC;

4. The very large size of the blast seat and the presence of RDX in the fragments recovered by WIT 10 strongly indicate that HE explosives were used in the construction of the multi-array EFP; and

5. The location of the attack and the effectiveness and lethality of this multi-array EFP including its construction and emplacement by an expert, indicates that an IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Date: May 12, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.05.12 18:02:46 -04'00'

Kevin D. Lutz

**May 6, 2007 Attack – Baghdad**

1. **Summary of Opinion**

After reviewing the available evidence and information, I conclude that the May 6, 2007 attack that killed Staff Sergeant ("SSG") Virgil Martinez involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

2. **Documents Reviewed**

   a. AR-15-6 Investigation Report into the death of SSG Virgil Martinez dated May 12, 2007 (hereinafter in this section, "AR 15-6"), produced by the Office of the Staff Judge Advocate, Headquarters United States Forces – Iraq to Rebecca Oliver, mother of SSG Virgil Martinez;

   b. SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Improvised Explosive Device (IED)) 1-325 AIR, 2-1ID IVO (ROUTE CUBS): 1 CF KIA 2 CF WIA 1 UE DET" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   c. IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   d. Event Storyboard titled "06 0200D MAY 07 COMPLEX ATTACK ON 1-325 AIR IVO KADAMIYAH," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

   e. WIT 4 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

3. **Summary of Attack**

At approximately 11:40 p.m. on May 5, 2007, SSG Martinez's platoon was ordered to depart from Forward Operating Base Liberty ("FOB Liberty") and provide route security for the 38th EOD Team to a possible IED site. The patrol from 2nd Platoon, B Battery, 7th Field Artillery Regiment consisted of four vehicles: The first vehicle, an uparmored M1114 HHHWV, was commanded by SSG Martinez, who was riding in the front passenger seat. This HMMWV was equipped with a Rhino II counter-PIR device and a Duke ECM jamming system. The second vehicle was an uparmored M1114 equipped with a Rhino II, but not a Duke. The patrol leader rode in this vehicle. The third vehicle was a Joint EOD Rapid Response Vehicle ("JERRV") equipped with a Duke II ECM jamming system, in which the embedded EOD team rode. The fourth vehicle was an uparmored M1151 HMMWV equipped with a Duke. All vehicles were equipped with Level 5 Fragmentary Armor Kits ("Frag 5 Kits").[1]

---

[1] AR 15-6, Exhibit A (Incident Narrative), p. 1. Frag 5 Kits consisted of four bolt-on doors weighing approximately 600 lbs each that provided another layer of metal over the previously-established factory-built armor.

**245**

After the EOD team concluded that the area was clear of IEDs, the convoy began to return to FOB Liberty at approximately 1:38 a.m. on May 6, 2007, using the same route it had used to arrive. They did so because the road had been cleared on their way to the site and would presumably be safer than traveling a new road. At approximately 1:48 a.m., while the convoy was traveling south on Route Cubs and was approximately 200 meters from the main entrance to FOB Justice, and approximately 150 meters past an Iraqi Army checkpoint, the lead vehicle was struck by what was later determined to be a multi-array EFP. The patrol leader immediately ordered the patrol to stop and assess casualties. The patrol slowed to a roll but did not fully stop. Less than 10 seconds later, two additional devices (which EOD assessed as possible EFPs) exploded on the patrol.[2] The first one hit the lead vehicle and the second one missed.[3]

The lead vehicle sustained three flat tires, shattered glass on all windows, a round hole in the armor in SSG Martinez's door, a broken fuel line, and was leaking fluids, rendering it unable to move out of the kill zone.[4] The patrol leader decided to begin securing the downed vehicle and prepare for ground medevac to FOB Justice. Once security was set, a soldier from one of the other vehicles proceeded to the disabled vehicle to provide aid and saw that SSG Martinez had several lacerations on the back of his neck and large amounts of blood on his body armor. He had no vital signs and was determined to be KIA.[5] The gunner in the vehicle had serious lower body wounds consisting of several deep cuts on his legs. The driver sustained minor shrapnel wounds to his face, neck and arms. The M1114 was towed to FOB Justice with SSG Martinez still inside.[6]

---

[2]     AR 15-6, Exhibit A (Incident Narrative), p. 2; Exhibit B (DA Form 2823, Sworn Statement, dated May 6, 2007); Exhibit B (DA Form 2823, Sworn Statement, dated May 8, 2007); Exhibit B (DA Form 2823, Sworn Statement, dated May 14, 2007).

[3]     AR 15-6, Exhibit B (DA Form 2823, Sworn Statement, dated May 8, 2007); Exhibit B (DA Form 2823, Sworn Statement, dated May 8, 2007).

[4]     AR 15-6, Exhibit A (Incident Narrative), p. 2; Exhibit B (DA Form 2823, Sworn Statement, dated May 6, 2007); Exhibit B (DA Form 2823, Sworn Statement, dated May 16, 2007).

[5]     AR 15-6, Exhibit A (Incident Narrative), p. 2; Exhibit B (DA Form 2823, Sworn Statement, dated May 8, 2007).

[6]     AR 15-6, Exhibit A (Incident Narrative), p. 3; Exhibit B (DA Form 2823, Sworn Statement, dated May 16, 2007).



WIT 4 diagram of SSG Martinez's convoy indicating the locations of the vehicles, the direction of travel, and the location of the multi-array EFP.

### 4. Attribution

#### a. The Army AR 15-6 Investigation

The Table of Contents of the AR 15-6 reflects that the investigating officer reviewed, *inter alia*, sworn statements by seven eyewitnesses, Division and Brigade Serious Incident Reports, and an EOD Team Post Blast Analysis (which was entirely redacted from the report). According to the AR 15-6's findings, EOD determined during its Post Blast Analysis ("PBA") that the first blast was caused by a multi-array EFP emplaced next to the curb or integrated into the curb on the east side of the road and most likely initiated by command wire. Slugs from the EFP array penetrated the armor between SSG Martinez's door and the rear passenger doors, exiting through the gunner's turret. The EFP array's molten copper slugs ripped through all three soldiers in the vehicle, killing SSG Martinez instantly.[7] An eyewitness to the attack who had been in the patrol testified that he saw "a round hole on the armor on SSG Martinez's door."[8]

Although the hole and other damage caused by the multi-array EFP is redacted in the following picture from the WIT 4 Report produced by CENTCOM, the redactions themselves,

---

[7]     AR 15-6, Exhibit A (Incident Narrative), p. 3; Exhibit B (DA Form 2823, Sworn Statement, dated May 16, 2007).

[8]     AR 15-6, Exhibit B (DA Form 2823, Sworn Statement, dated May 6, 2007).

including the two-inch measurement of "the round hole on the armor on SSG Martinez's door," substantiate the conclusion and testimony that the multi-array EFP penetrated SSG Martinez's door.



The following picture, also produced from the WIT 4 Report, shows the damage caused by the EFP to the rear left window after penetrating SSG Martinez's door, which was on the right side of the vehicle.



4

<u>**248**</u>

The Duty Officer's Log in the AR 15-6 contains EOD's determination "that the IED that hit SSG Martinez vehicle was an EFP due to the fact that Copper was found inside the vehicle."[9] The Brigade Serious Incident Report in the AR 15-6 reflects the same information, attributing the attack to "2 X 3 RAY EFP'S (DOUBLE STACKED)." This report also notes that "THE 4/D PLT LDR HAS FOUND COPPER RESIDENT IN THE EOD VEHICLE THAT WAS HIT."[10]

Significantly, one eyewitness testified that prior to setting out on the patrol, he called together SSG Martinez and another soldier to discuss the possible route and threat situation. At that meeting, he reiterated the EFP threat at nighttime in Khadimiya, the neighborhood of Baghdad to which the patrol had traveled, as well as the recent engagement between Coalition Forces and the local "Mehdi Army," also referred to as the Jayish Al-Mahdi ("JAM"), a Shi'a terror group with a significant presence in the area. The three soldiers discussed the possible routes and determined that all had a history of EFP emplacement. The route chosen was the one that appeared to have fewer EFP attacks.[11]

### b. The SIGACT Report

The SIGACT Report contains a notation that "the Co[mpany] D [Commander] has found the C[ommand] W[ire] of the second IED position and the flash initiator."[12] The SIGACT Report also notes that copper residue was found in SSG Martinez's vehicle, and that one individual was taken from the vicinity of the trigger point and brought to FOB Justice for questioning.[13]

The SIGACT Report also contains comments from WIT 4 that "The lead vehicle (M1114) was struck by an EFP."[14] WIT 4 further noted that "The EFP disabled the M1114 and resulted in lX KIA (TC) and 2X WIA (driver, gunner),"[15] and that "the convoy was targeted possible as part of a retaliatory attack against CF."[16]

### c. The IED Report

The IED report notes that the main charge configuration was an EFP.[17] The WIT 4 notations contained in the IED report note EOD's conclusion that "the EFP emplacement is likely a retaliation attack against C[oalition] F[orces] as a result of DF engagement on the 29th between

---

[9]    AR 15-6, Exhibit D (DA 1594, Duty Officer's Log).

[10]   AR 15-6, Exhibit C (Brigade SIR).

[11]   AR 15-6, Exhibit B (Sworn Statement, dated May 8, 2007).

[12]   SIGACT Report, p. 3.

[13]   SIGACT Report, p. 3.

[14]   SIGACT Report, p. 4.

[15]   SIGACT Report, p. 4.

[16]   SIGACT Report, p. 6.

[17]   IED Report, p. 3.

**249**

JAM and 1-325. JAM has been known to initiate retaliatory attacks for the detention or death of high level leaders, as the activities of the 29th resulted in 8x JAM KIA."[18] WIT 4 described the EFP used in the attack as a "multiple array EFP (at least three)," and further noted that "the other two devices may or may not have been EFP," but also noted that "they were command wire initiated as well."[19]

### d.  Event Storyboard

The Event Storyboard prepared by the Battalion's Command, Control and Communication Operations group provides a summary of the attack and contains aerial photos of its location. The Event Storyboard notes that "Copper residue was found inside the EOD vehicle that was hit."



It also notes that command wire was found at the second IED position.

---

[18]     IED Report, p. 2.

[19]     IED Report, p. 2.



**(Images acquired from the Event Storyboard)**

### e.  The WIT 4 Report

The WIT 4 report produced by CENTCOM consists of five slides. In addition to the three slides shown above, one additional slide shows an aerial view of the location of the attack and the direction of travel of the vehicles, and the second slide is a diagram showing the locations of the second detonations.

7

<u>**251**</u>





8

252

## 5.  Conclusion

After a review of the available information, I conclude that the attack that killed SSG Martinez was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array copper-lined EFP initiated by command wire and emplaced next to the curb or integrated into the curb on the east side of the road. Slugs from the multi-array EFP penetrated the armor between SSG Martinez's door and the rear passenger doors, killing SSG Martinez instantly and injuring the other soldiers in the vehicle.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMVW and that killed SSG Martinez;
2. The damage to SSG Martinez's vehicle, including the hole in the uparmored door, strongly indicates that the device used to attack the vehicle was precision manufactured and copper-lined;
3. EOD's finding of copper residue in SSG Martinez's vehicle strongly indicates that the multi-array EFP was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
4. The damage to the vehicle strongly indicates that HE explosives were used in the construction of the multi-array EFP; and
5. JAM's known presence in the area indicates that an IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: July 5, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.05 16:20:58 -04'00'

Kevin D. Lutz

**May 8, 2007 Attack – Salman Pak**

**1.      Summary of Opinion**

After reviewing the available evidence and information, I conclude that the May 8, 2007, attack that killed Specialist ("SPC") Kyle Little involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

**2.      Documents Reviewed**

    **a.**  AR 15-6 Investigation Findings and Recommendations dated May 19, 2007, produced by the U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-1028;

    **b.**  SIGACT Report titled "IED EXPLOSION (EFP, Improvised Claymore) ATTK ON PSD/3HBCT/3ID : 1 CF WIA 2 CF KIA produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **d.**  WIT 18 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **e.**  Event Storyboards produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **f.**  CJTF-Troy Report titled "EODMU Three BN (EODMU 6 Det 12/Team 1)" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **g.**  CEXC Report 12583-07 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **h.**  Casualty Report for SPC Little produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

**3.      Summary of Attack**

At approximately 7:40 a.m. on May 8, 2007, a convoy of four "up-armored" M1151A1 HMMWVs set out from Forward Operating Base Hammer ("FOB Hammer"), located at Besmaya, Iraq, roughly 15 to 20 miles east of Baghdad. The convoy was escorting the Brigade Commander from FOB Hammer to a meeting with a sheik in southwest Baghdad.[1] Approximately 50 minutes out from FOB Hammer, the lead truck on the convoy was struck by a multi-array EFP.

---

[1]      "AR 15-6 Investigation and Findings," dated May 19, 2007, ¶¶3a, 3b (hereinafter in this section, the "AR 15-6").



Diagram of SPC Little's convoy indicating the locations of the HMMWVs, the direction of travel, and the locations of the EFP and the secondary IED (image acquired from WIT 18 Report).



Regional map of the area. The red marker indicates the location of the EFP attack on SPC Little's convoy.

The multi-array EFP blew two holes each in both the front and rear passenger doors of the HMMWV, catastrophically damaging the vehicle. The explosion killed the vehicle's driver (SPC Little) and ejected him from the vehicle.[2] The blast of the explosion caused massive chest trauma to SPC Little, including lacerations of the heart, lungs, aorta, liver, and spleen and multiple fractures of the ribs and spine. He also suffered severe head trauma, with skull fractures and a penetrating shrapnel wound to his brain.[3] The explosion left a crater five feet long, three feet wide, and two feet deep in the road.[4]



Army images of SPC Little's HMMWV following the EFP attack (images acquired from the WIT 18 Report).

During a search of the area following the attack, a secondary, non-EFP, explosive device (which failed to detonate) was located 100 meters from the attack site, approximately 20 feet from the roadway, well hidden among weeds (the "secondary IED").[5]

### 4.  Attribution

#### a.  The Army AR 15-6 Investigation

According to the AR 15-6's Table of Contents, the investigating officer interviewed nine soldiers who witnessed the attack and obtained their sworn statements, reviewed photographs of the damaged HMMWV (pictured above), took the statement of the Technical Sergeant that investigated the vehicle and the attack site, and took the statement of an officer from the Army's EOD team, who analyzed the damaged vehicle and the remaining fragments of the explosive device.

---

[2]      AR 15-6, ¶¶3a and 3b.

[3]      Final Autopsy Report, "Little, Kyle Andrew," Autopsy No. ME 07-562, dated May 11, 2007.

[4]      AR 15-6, ¶3c.

[5]      *Id.*, ¶¶4c, 4d, 4e.

3

Based upon all of the information available, the investigating officer concluded that SPC Little's convoy was struck by an EFP array consisting of two penetrators 10-12" in diameter and two penetrators 6-8" in diameter with a net explosive weight of between 30 and 40 pounds. The penetrators pierced the armor of SPC Little's HMMWV, killing the soldier riding in the passenger seat, killing SPC Little and ejecting him from the vehicle, and severely wounding the vehicle's gunner.[6]

A secondary, radio-controlled IED was located approximately 100 meters from where the EFP detonated. The secondary IED was so well concealed that it was initially missed by the Quick Reaction Force and the EOD team. It was only discovered when a soldier standing directly over it noticed wires protruding from a lump of dirt. The secondary IED failed to detonate, and the investigator concluded that the attackers were either not present to arm/initiate the device, could not arm/initiate the device because of the CREW systems installed in the HMMWVs, or chose not to arm/initiate the device.[7]

The investigating officer also noted that (1) the attackers had emplaced the EFP in such a fashion as to defeat the "Rhino" countermeasure installed on the lead HMMWV;[8] (2) a different convoy had passed through the area 45 minutes prior to the attack without incident; and (3) the commanding officer of the other convoy observed that "fewer people were out than was typical for the area."[9]

The additional factor of the secondary IED underscores the complexity of the attack, as it was clearly intended for the soldiers responding to the EFP attack, and, as discussed below, both weapons were emplaced within a 45-minute timespan. Moreover, the IED was so well-hidden and camouflaged that it wasn't seen until a soldier practically stepped on it. This was a highly sophisticated, complex attack that I conclude was aimed at *this specific* convoy, which was carrying the Brigade Commander.

As discussed in greater detail below, these factors all support the conclusion that this was an EFP attack, since the EFP was necessary to disable the first HMMWV in the convoy and injure/kill its passengers, thereby exposing the remaining soldiers, first-responders, and possibly even the Brigade Commander to a follow-up attack. Had the attackers employed a traditional IED as the primary weapon, SPC Little's up-armored HMMWV likely would have absorbed the impact of the explosion, which would have negated the need for first responders and drastically limited the exposure of the other soldiers in the convoy (who would not necessarily have had to dismount from their HMMWVs).

---

[6]     *Id.*, ¶¶3a, 3d.

[7]     *Id.*, ¶¶4c, 4d.

[8]     *Id.*, ¶4e.

[9]     *Id.*, ¶4d.

4

The Army's investigator also noted a report from the officer commanding the earlier convoy that there were "fewer people out than was typical for the area,"[10] which indicates that the attackers were comporting with Iran's directive that EFP attacks be limited to assaults on U.S. military convoys while simultaneously minimizing Iraqi casualties.

### b.  The SIGACT Report

According to the comments that the WIT appended to the SIGACT Report generated in response to the attack on SPC Little's convoy, the WIT/EOD team that arrived at the attack site less than an hour after the explosion determined that "penetration holes in the door [of the HMMWV] are in line with EFP target effects and judging by the type of pattern we can tell that it was an EFP array…. The blast pressure was strong enough to rip the right rear passenger side door off and remove the overhead roof armor plus underside armor off the [sic] chassis of the vehicle. This was an incredibly strong device."[11]

With regard to the secondary IED, the WIT/EOD team noted that the device was encased in foam camouflage and required "some considerable skill to put together." The team concluded that the device was likely intended for the first responders to the EFP attack, and it was "no coincidence" that the two devices were found in the same area.[12]

### c.  The IED Report

The IED Report lists the "IED Type" for the primary explosive device as "EFP" and the "IED Description" as a "multiple array (3-4) EFP [redacted] discs."[13] The secondary IED was x-rayed by EOD, determined to contain ball bearings and transferred to the CEXC lab.[14] The IED Report also contains a comment from WIT 18, which notes "a new dangerous trend of EFP's [sic] gradually making their way into the Salman Pak area. The camouflage of the second IED and placement show that this attack could have been alot [sic] worse than it was. It also shows that this was not a hasty IED emplacement but a planned out over time and coordinated attack."

### d.  The WIT 18 Report

The WIT 18 Report consists of 14 slides containing images of the area, a diagram of the attack site (shown above) and images of the damage to the uparmored HMMWV (shown above), as well as images of the blast seat, the emplacement site of the secondary IED, a copper fragment, images of the secondary IED (camouflaged and with the camouflage removed), and component parts of the secondary IED:

---

[10]     AR 15-6, ¶4d.

[11]     SIGACT Report at 4.

[12]     *Id.*

[13]     IED Report at 2.

[14]     *Id.* at 3.



### e. Event Storyboards

The Event Storyboards were prepared by the Division C3 OPS group and note that this was an "EFP IED Attack" and that the initial EOD report was that the attack involved a "3-4 [array] EFP [redacted] in diameter."

6

**259**





**f.   The CJTF-Troy Report**

The CJTF-Troy Report incorporates many of the images from the WIT 18 Report and reaches the conclusions that "[f]ragmentation recovered indicates that at least 2 of the EFPs were made out of steel. Team recovered 3 slugs and multiple small pieces of fragmentation consistent

7

<u>**260**</u>

with a copper lined EFP. . . .  The larger slugs impacted the right front door. Two smaller EFPs . . . impacted the rear right door. Team estimates . . . a 4 EFP array. N[et] E[xplosive] W[eight] 30-40 lbs. . . .  No initiation components were found on scene . . . strike occurred in extremely close proximity to the vehicle, indicated by significant blast overpressure damage on the crew cab interior, and heat scorch marks surrounding the right front . . . entry point."[15]

### g.  The CEXC Report

The CEXC lab conducted an extensive examination of the secondary IED, which contained a cellular phone arming device, a PIR trigger, a homemade DTMF board and was packed with HME.[16]  The CEXC technicians recovered six latent fingerprints from the device,[17] and examined the contents of the cellular phone's SIM card.[18]




Images of the Nokia cellular phone and the homemade DTMF board recovered from the secondary IED.

---

[15]    CJTF-Troy Report at 2.

[16]    CEXC Report, *passim*.

[17]    CEXC Report at 2.

[18]    *Id.* at 8-11.

 

Images of male and female connectors used to connect the arming and initiation components of the IED together

The CEXC Reports description of the modifications made to the electronic devices provides a clear picture of the level of complexity involved in designing and constructing the secondary IED:

> Device consisted of a Nokia mobile phone with a hands-free kit connected to a homemade DTMF-20B circuit board with two Micro Technology programmable micro-controller PICs[19]. . . enclosed in a plastic box. The wire connections and LED indicator lights on the homemade circuit board were secured with hot glue. The power was supplied to the device using 8 C-cell batteries in series and 6 AA batteries in series was used to power the homemade circuit board and the PIR. The output wires were joined with a red stripe. The . . . device functioned in two ways, it could either be command detonated or detonated using the PIR.

---

[19]     A micro-controller is a compact microcomputer designed to govern the operation of embedded systems in motor vehicles, robots, office machines, medical devices, mobile radios, vending machines, home appliances, and various other devices. A typical micro-controller includes a processor, memory, and peripherals. The acronym PIC stands for "peripheral interface controller," although that term is rarely used nowadays. Micro-controller PICs are used to link/integrate IED related components such as receivers, i.e., commercial or homemade, passive infrared sensors,     safe     separation     switches,     etc.,     allowing     the     device     to     function     properly.     *See* https://whatis.techtarget.com/definition/PIC-microcontrollers.



Images of the battery pack and the LED indicator lights taken from the CEXC Report.

Upon initial power up, the device will enter a safe-to-arm mode for a period of approximately 12 minutes (Indication of safe to arm – Green/Amber LEDs Flashing). . . . Note that the amber LED flashes at a faster rate than the green LED, and the amber LED will flash only for 10 minutes, while the green LED will continue to flash.

Once the safe-to-arm period is expired (indication of safe-to-arm complete – No amber LED flashing), a call originated from another mobile or a landline can be used to transmit control codes (DTMF firing code: 1231) to the receiving phone and pass to the DTMF-20B board via the hands-free connection. The device then can be detonated with digit (*) PIR-initiate (armed) can be enabled with digit (#) and disabled (disarmed) with digit (0).[20]

The complex construction of the secondary IED, to include the Lebanese Hezbollah's signature use of male and female connectors tying together arming and initiation components, reflects the obvious skill required to have engineered it, reinforcing the conclusion that IRGC- and/or Hezbollah-trained Special Group proxies were involved in the design, construction and emplacement of both the multi-array EFP and the secondary IED.

### h.  Casualty Report

The Casualty Report notes that SPC Little was wearing all of his protective gear at the time of the attack, and that his M1151 HMMWV had Level 1 integrated armor.[21]

### 5.  Conclusion

After a review of the available information, I conclude that the attack that killed SPC Little was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attackers managed, within the span of less than 45 minutes, to emplace the multi-array EFP in such a fashion as to defeat the counter-

---

[20]    *Id.* at 49-52.

[21]    Casualty Report at 2, 4.

IED systems (Rhino and CREW) installed on SPC Little's up-armored HMMWV, striking it directly on the passenger front and rear doors. Within that same 45 minutes, the attackers also emplaced a complex, secondary IED intended to kill or maim the first responders to the EFP explosion that was so well-concealed that those same first responders failed to notice it until one soldier was standing over it. These facts indicate that the attackers possessed a great degree of skill and extensive training in the use and emplacement of EFPs.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the M1151 HMMWV and that killed SPC Little;
2. The damage to the vehicle and copper fragment recovered during the post blast analysis strongly indicate that the multi-array EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the array;
4. The complicated engineering design of the secondary IED strongly indicates that it was designed by Hezbollah and the IRGC; and
5. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP and the secondary IED

Dated: June 2, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.06.02 12:02:01 -04'00'

Kevin D. Lutz

**May 11, 2007 Attack – Iskandariyah**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the May 11, 2007 attack that killed Specialist ("SPC") William Farrar involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  AR 15-6 Investigation Report into the death of SPC Farrar dated May 16, 2007 (hereinafter in this section, "AR 15-6"), produced by ARCENT in response to Osen LLC FOIA Request No. FA-18-0055;

        **b.**  SIGACT Report titled "IED EXPLOSION (EFP) ATTK ON 1/3/127 MP IVO ISKANDARIYAH (ROUTE CLEVELAND): 1 CF WIA 1 CF KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  Explosive Ordnance Disposal Mobile Unit Three Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **e.**  Event Storyboards titled "11 1912D May 07 IED (EFP) Attk on 127 MP IVO Iskadariyah," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **f.**  Pictures provided by SPC Farrar's family.

    **3.  Summary of Attack**

        At approximately 6:50 p.m. on May 11, 2007, SPC Farrar and his squad from the 89th Military Police Brigade left FOB Iskandariyah in a four-vehicle convoy to conduct a combat patrol into the local towns of Iskandariyah and Haswah.[1] SPC Farrar was the driver of the lead vehicle, which was an M1114 HMMWV equipped with a Rhino anti-PIR device and a CREW system.[2] The M1114 also had Fragmentary Armor Kits ("Frag Kits") installed on the doors for added protection.[3] At approximately 7:12 p.m., as the squad was driving toward the Iraqi Police station and was adjacent to the Hateen Apartments just off of Route Cleveland in Iskandariyah, a large

---

[1]      AR 15-6 at 3.

[2]      AR 15-6 at 5.

[3]      SIGACT Report at 3. Frag Kits consisted of four bolt-on doors weighing approximately 600 lbs. each that provided another layer of metal over the factory-installed armor.

**265**

explosion occurred and the vehicle filled with smoke.[4] An EFP array, rolled in dirt and concealed in the median of the road behind an area of large bushes, had detonated approximately 15 meters from SPC Farrar's door.[5] The main charge entered the lower portion of the driver's door leaving steel residue on the entrance hole. Copper residue was present on the front wheel as well.[6]

After being struck by the EFP array, SPC Farrar's vehicle kept rolling, went across the median and crashed into a large ditch.[7] SPC Farrar's left leg was severed below the knee, and his right leg was fully lacerated from his knee to his buttocks. At the time he was removed from the vehicle, he was still conscious. After he was removed from the vehicle, a tourniquet was applied to his left leg and pressure dressings were applied to stop the bleeding from his right leg. An IV was attempted, but SPC Farrar did not have enough blood pressure to expose a vein. When his pulse stopped, CPR was administered but his lung was punctured, and air was escaping into his abdomen.[8] Helicopters arrived to medevac SPC Farrar to the 28th Combat Support Hospital, where he was pronounced dead.[9]

### 4. Attribution

#### a. The Army AR 15-6 Investigation

The Table of Contents of the AR 15-6 indicates that the investigating officer collected sworn statements from 15 soldiers present at the attack. The investigating officer concluded that SPC Farrar's vehicle was struck by a multi-array EFP consisting of copper and steel.[10]

The convoy was traversing a route that was heavily traveled by Coalition Forces.[11] The gunner in SPC Farrar's vehicle testified that while traveling northbound on Route Cleveland, as they reached the Hateen apartment complex, he noticed a group of four or five bushes in the median, and at the end of the row was a block of dirt that looked symmetrical. Before he had a chance to relay this information, the EFP detonated. He further stated the vehicle felt like it had gone airborne before the vehicle crashed. The gunner reported that after the EFP detonated, everything went black and he lost consciousness for a few moments.[12] A soldier in the third vehicle

---

[4]  AR 15-6 at 3-4.

[5]  AR 15-6 at 3-4; AR 15-6, Exhibit D (DA Form 2823 - Sworn Statement, dated May 15, 2007).

[6]  AR 15-6 at 3.

[7]  AR 15-6 at 4.

[8]  AR 15-6, Exhibit O (DA Form 2823 - Sworn Statement, dated May 15, 2007).

[9]  AR 15-6 at 4-5; AR 15-6, Exhibit E (DA Form 2823 - Sworn Statement, dated May 15, 2007); AR 15-6, Exhibit N (DA Form 2823 - Sworn Statement, dated May 15, 2007).

[10]  AR 15-6 at 3.

[11]  AR 15-6 at 5.

[12]  AR 15-6, Exhibit D (DA Form 2823 - Sworn Statement, dated May 15, 2007).

testified that the blast shook his vehicle.[13] Steel residue was found on the entrance hole left in the driver's door by the EFP array, and copper residue was present on the front wheel. EOD's assessment was that the device was a multiple array EFP that consisted of both copper and steel.[14]

### b. The SIGACT Report

The SIGACT Report confirms that the vehicle was running an ECM jammer (but redacts the specific type), as well as other "IED defeat equip[ment]."[15] The report also characterizes the attack as a "confirmed EFP" attack.[16]

### c. The IED Report

The IED Report identifies the "Main Charge Configuration" of the weapon as an EFP.[17]

### d. Event Storyboard

The Event Storyboard prepared by the Battalion's Command, Control and Communication Operations group provides a summary of the attack and contains aerial photos of its location.



---

[13]    AR 15-6, Exhibit M (DA Form 2823 - Sworn Statement, dated May 15, 2007).

[14]    AR 15-6 at 3.

[15]    SIGACT Report at 3.

[16]    SIGACT Report at 4.

[17]    IED Report at 2.

### e.   The EOD Report

The EOD Report produced by CENTCOM consists of eight slides with redactions of many of the photographs showing the damage caused by the EFP to the M1114, including the EFP strikes in the driver's door. The report concluded that the device used in the attack was a multi-array EFP consisting of both steel and copper EFPs and noted that no initiation system was found. The report noted that the main charge entered the lower portion of the driver's door leaving steel residue on the entrance hole and that copper residue was present on the front wheel.[18]





Picture from EOD report of copper residue on front wheel.

---

[18]     EOD Report at 2.

4

<span style="text-decoration: underline"><strong>268</strong></span>



Diagram of SPC Farrar's attack prepared by EOD indicating the location of vehicles in the convoy, the direction of travel, and the location of the multi-array EFP.

### f.  Pictures Provided by Client's Family

SPC Farrar's family provided pictures of his vehicle after the attack which reflect a hole in the driver's door indicating a 10-12" EFP.[19] The pictures show the precise location that the EFP penetrated the driver's door and the damage the slug did to the interior of the vehicle. They also show multiple strike points to the driver's side of the vehicle, and display the damage inflicted by the EFP slugs to the engine compartment and resultant damage to the radiator.

---

[19]     The text contained in the following images was included in the original images provided to me by SPC Farrar's family.



Lower left side of driver's door.
Penetration indicates 10-12" steel
EFP.



Notice seat ripped away

Inside view of driver's door

**270**



Engine bay: Circle shows were an EFP slug ripped the Radiators in two pieces



Over-all side view of truck

## 5. Conclusion

After a review of the available information, I conclude that the attack that killed SPC Farrar was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP consisting of steel and copper EFPs. The slugs from the weapon severely damaged SPC Farrar's HMMWV, defeated its door armor, overcame the vehicle's C-IED equipment and mortally wounded SPC Farrar. Inasmuch as no initiation system was located at the site of the attack, it is highly likely that the EFP array was RF armed and PIR initiated. Further, the emplacement and camouflage of the EFP are signature Hezbollah and the IRGC EFP employment tactics, techniques and procedures. The EFP array was camouflage to look like dirt, likely encased in foam, and was angled to overcome the Rhino anti-PIR C-IED system facilitating the penetration of the vehicle's crew compartment.

In my professional opinion, the totality of the available record indicates that:

1. An EFP array was the weapon used to attack the M1114 HMMVW and that killed SPC Farrar;
2. The damage to the vehicle, including the hole in the driver's seat door and copper residue found on the front wheel, strongly indicates that the array was precision-manufactured and both steel- and copper-lined;
3. EOD's finding of copper residue on the front wheel of SPC Farrar's vehicle strongly indicates that the multi-array EFP was designed by Hezbollah and the IRGC and likely supplied by the IRGC;
4. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the array; and
5. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

**271**

Date:  June 1, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.06.01 11:29:27 -04'00'

_____
Kevin D. Lutz

**June 2, 2007 Attack – Baghdad**

### 1. Summary of Opinion

After reviewing the available evidence and information, I conclude that the June 2, 2007 attack that killed Sergeant ("SGT") Shawn Dressler and Specialist ("SPC") Joshua David Brown involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

### 2. Documents Reviewed

    **a.** AR 15-6 Report into the death of SPC Joshua David Brown and SGT Dressler dated July 2, 2007 (hereinafter in this section, "AR 15-6"), produced by ARCENT in response to Osen LLC FOIA Request Nos. FA-17-0147 and FA-17-0156;

    **b.** SIGACT Report titled "(Explosive Hazard) IED Explosion RPT (Directional IED) 3/A/1-18 IVO (Route RTE Cedar: 1 CF KIA 8 CF WIA UE DET" produced by CENTCOM in response to Osen LLC FOIA Request Nos. 17-0147 and 17-0156;

    **c.** IED Report produced by CENTCOM in response to Osen LLC FOIA Request Nos. 17-0147 and 17-0156;

    **d.** Event Storyboards titled "02 2025D Jun 07 IED Attack on 1-18 in IVO West Rashid" produced by CENTCOM in response to Osen LLC FOIA Request Nos. 17-0147 and 17-0156;

    **e.** WIT 10 Report produced by CENTCOM in response to FOIA Request Nos. 17-0147 and 17-0156; and

    **f.** CEXC Report produced by CENTCOM in response to Osen LLC FOIA Request Nos. 17-0147 and 17-0156.

### 3. Summary of the Attack

At approximately 8:00 p.m. on June 2, 2007, a six-vehicle patrol, consisting of two M2A2 Bradleys and four M1114s up-armored HMMVWs, from Company A, 1st Battalion, 18th Infantry drove west into the Muhalla 879 neighborhood of Baghdad "to drop off sworn statement paperwork for a local national to report on terrorist activity in Jihad and Shurtah."[1] After dropping off the paperwork, the patrol headed toward the International Zone to pick up a local national from the 28th Combat Support Hospital who had been injured that day.[2] The patrol drove north onto Route Cedar, crossed over Route Steelers at checkpoint 578, and continued north in the northbound

---

[1]    AR 15-6, Enclosure A – Extended Summary, Findings and Recommendations; *see also* AR 15-6 Exhibit J (DA2823 Sworn Statement, dated June 5, 2007).

[2]    AR 15-6, Exhibit J (DA2823 Sworn Statement, dated June 5, 2007).

lane.[3] The patrol then approached an Iraqi National Police checkpoint. Since the checkpoint was unmanned, the driver in the lead vehicle instructed the gunner to scan the area thoroughly.[4] No threat was detected, and the patrol continued to move north through the checkpoint. At approximately 8:17 p.m., the third vehicle was struck by what EOD assessed was either an IED or an EFP[5] in the median next to a light pole on the driver's side.[6] The IED/EFP cracked the rear window on the driver's side and the back window of the turret. Three tires were flattened.[7]

The occupants of the vehicle struck by the IED/EFP received non-critical wounds from the first explosion, and the vehicles accelerated to move past the kill zone.[8] As the patrol accelerated through the kill zone, a multi-array EFP, also in the median and next to a light pole, north of the first IED/EFP, struck the second vehicle in the patrol, an M1114 with a Duke ECM jamming system and Level 5 Fragmentary Armor Kits (Frag 5 Kits).[9] SGT Dressler was the truck commander in this vehicle and SPC Brown was the left rear passenger.[10] The EFP penetrated the rear driver's side window, critically wounded SPC Brown with penetrating head injuries, and then critically wounded SGT Dressler with a traumatic head wound.[11]

---

[3]    AR 15-6, Exhibit J (DA2823 Sworn Statement, dated June 5, 2007).

[4]    AR 15-6, Exhibit I (DA2823 Sworn Statement, dated June 4, 2007).

[5]    AR 15-6, Exhibit K (EOD PBA).

[6]    AR 15-6, Exhibit K (EOD PBA); IED Report, p. 2.

[7]    AR 15-6, Exhibit J (DA2823 Sworn Statement, dated June 5, 2007).

[8]    AR 15-6, Enclosure A – Extended Summary, Findings and Recommendations; AR 15-6, Exhibit J (DA2823 Sworn Statement, dated June 5, 2007).

[9]    AR 15-6, Exhibit E (CIDNE Event Report), p. 3; AR 15-6, Exhibit K (EOD PBA).

[10]    AR 15-6, Exhibit E (CIDNE Event Report), p. 3; AR 15-6, Exhibit J (DA2823 Sworn Statement, dated June 5, 2007).

[11]    AR 15-6, p. 10; AR 15-6, Exhibit J (DA2823 Sworn Statement, dated June 5, 2007).





AR 15-6, Exhibit K – EOD picture indicating the locations of the patrol, the direction of travel, and the locations of the IED/EFP and multi-array EFP. (AR 15-6, Exhibit K)

SGT Dressler and SPC Brown were loaded into two Bradley Fighting Vehicles and were driven to the 28th Combat Support Hospital. SGT Dressler was pronounced dead on arrival, and on June 3, 2007 at approximately 11:07 a.m., SPC Brown succumbed to his wounds.[12]

---

[12]     AR 15-6, Enclosure A – Extended Summary, Findings and Recommendations; AR 15-6, Exhibit J (DA2823 Sworn Statement, dated June 5, 2007).



Diagram by WIT 10 indicating the locations of the vehicles, the direction of travel, and the locations of the IED/EFP and multi-array EFP. (AR 15-6, Exhibit E)

### 4. Attribution

#### a. The Army AR 15-6 Investigation

According to the AR 15-6's Table of Contents, the investigating officer reviewed, *inter alia*, the sworn statements of two eyewitnesses, the Daily Staff Journal for Duty Officer's Log, Command Post of the Future ("CPOF") entries, CIDNE Event Report, casualty reports for SGT Dressler and SPC Brown, a CJTF-Troy Post Blast Analysis, and a patient narrative for SPC Brown.

The AR 15-6 describes blue and white command wire running from the detonation site into a house approximately 200 meters west of Route Cedar.[13] A search of the house uncovered two military aged males who were detained and taken into custody.[14] The two detainees tested positive for IED explosives and were also found to be in possession of what was believed to be the trigger.[15] The EOD team concluded that the third vehicle was "struck by an EFP that missed or a secondary

---

[13]     IED Report p. 2; AR 15-6, Enclosure A – Extended Summary, Findings and Recommendations; AR 15-6, Exhibit E.

[14]     AR 15-6, Enclosure A – Extended Summary, Findings and Recommendations; AR 15-6, Exhibit B, p. 3; AR 15-6, Exhibit E, p. 3.

[15]     AR 15-6, Exhibit B, p. 3.

**276**

IED, due to lack of major damage or copper residue. Vehicle 2 was struck by a Multiple Array EFP."[16] The CJTF-Troy report also noted that the EFP was initiated by the command wire that was traced back to a house.[17]



Picture of recovered blue and white command wire taken from the CEXC Report.

The patient narrative for SPC Brown indicates that a "projectile likely crossed from the left side [of his head] and exited through the right side."[18] As noted above, SPC Brown was seated in the left rear passenger seat.

The CJTF-Troy report contains pictures showing the holes caused by the multi-array EFP, and also points out where copper from the multi-array EFP was found.[19]



---

[16]     AR 15-6, Exhibit K, p. 2.

[17]     AR 15-6, Exhibit K, p. 2.

[18]     AR 15-6, Exhibit L (Narrative Summary for PFC Brown, dated June 3, 2007).

[19]     AR 15-6, Exhibit K.

SERCRET//REL USA, CAN, AUS, GBR//20170603

## Vehicle 2 Drivers- Side Rear Passenger Door



SERCRET//REL USA, CAN, AUS, GBR//20170603

SERCRET//REL USA, CAN, AUS, GBR//20170603

## Vehicle 2 Panel Behind Drivers Rear Door



SERCRET//REL USA, CAN, AUS, GBR//20170603

SERCRET//REL USA, CAN, AUS, GBR//20170603

**278**

 



Vehicle 2 AC Fan Housing Drivers Side

Interior

Exterior

### b. The SIGACT Report

The SIGACT Report states that the EOD/WIT team collected photographic evidence and soil samples from the blast seats, and determined the second blast site to have involved a multi-array EFP.[20] CENTCOM redacted a portion of the "Vehicle Status" field, which would have indicated what (if any) Counter-IED equipment was installed on the M1114, but did note that the Frag Door Kit was installed on the vehicle.[21] The SIGACT Report further noted that blue and white command wire was found west of Route Cedars and the "wires were coming from a light pole," and that the Commander of 1-28 "followed the wire back into location of several houses."[22] The WIT 10 comments in the SIGACT Report noted that the command wire was traced back to a house where two military aged males were detained.[23]

### c. The IED Report

---

[20]   SIGACT Report, p. 5.

[21]   SIGACT Report, p. 3.

[22]   SIGACT Report, p. 4.

[23]   SIGACT Report, p. 5.

The IED Report contains the conclusions of the WIT 10 team that "[t]his IED was a multi-array EFP initiated by command wire."[24] The report further notes that the Command Wire Improvised Explosive Device (CWIED) was planted next to two light poles that were badly damaged and overturned by the blast and were the possible aiming point for the attack. The report also determined the firing point "was a house located … approximately 200 meters west of Route Cedar. The house had a wall with a small iron gate that provided a clear view of Route Cedar."[25] The report concluded that "WIT continues to see a rise in the number of EFPs used, especially in this area, placed within [redacted] meters of a [redacted]. WIT expects to see this trend remain high as it continued to be effective in causing numerous casualties and extensive damages to vehicles."[26]

### d.  Event Storyboard

The Event Storyboard prepared by the Battalion's Command, Control and Communication Operations group provides a summary of the attack and contains aerial photos of the location of the attack.



---

[24]     IED Report, p. 2.

[25]     IED Report, p. 2.

[26]     IED Report, p. 2.

**280**



### e. The WIT 10 Report

The WIT 10 report produced by CENTCOM consists of six slides. The first three slides show the location of the patrol, the direction of travel of the vehicles, the locations of the IED/EFP and EFP, the blast locations and the firing point.







The next two slides show the damage to the third vehicle caused by the multi-array EFP.





(Images acquired from the WIT 10 Report.)

The final slide includes pictures of the two males who were detained in the house the command wire ran to.



### f. The CEXC Reports

The CEXC reports produced by CENTCOM consist, *inter alia*, of a chemical analysis report of a soil sample recovered by the WIT 10 team at the site of the attack. The report concluded that it contained explosive residue consistent with TNT. The report further noted that "[t]he material examined was used in the construction of an Improvised Explosive Device (IED)" and "TNT based explosives are commonly utilized in IEDs within the ITO."[27] The report also found Urea Nitrate Explosive among the evidence recovered by WIT 10.[28] CEXC also analyzed the fingerprints of the two detainees.[29] Based on this evidence, I conclude that the attackers likely used HE explosives in the construction of the EFP.

---

[27]    CEXC Report, p. 17.

[28]    CEXC Report, p. 1.

[29]    CEXC Report, pp. 37-43.

**284**



Images of the chemical analysis taken from CEXC Report 13070-07.

## 5.   Conclusion

After a review of the available information, I conclude that the attack that killed SGT Dressler and SPC Brown was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array copper-lined EFP initiated by command wire and planted next to a light pole. The copper slugs from the weapon destroyed SGT Dressler and SPC Brown's HMMWV, defeated its door armor, overcame the vehicle's Counter-IED measures and killed SGT Dressler and critically wounded SPC Brown, who succumbed to his wounds the following day.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack SGT Dressler's and SPC Brown's M1114 HMMWV causing their deaths;
2. The damage to the vehicle strongly indicates that the EFP array was precision manufactured and copper-lined;
3. The presence of command wire with attached male / female connectors used to initiate the EFP array, along with the directional offset of the EFP array to defeat vehicle IED counter measures, are signatures of Lebanese Hezbollah design, training and involvement;
4. The CEXC analysis that the soil sample contained TNT confirms that the multi-array EFP was packed with HE explosives; and
5. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated:   April 17, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.04.17 21:19:50 -04'00'

_____

Kevin D. Lutz

**285**

**June 5, 2007 Attack – Kirkuk**

### 1. Summary of Opinion

After reviewing the available evidence and information, I conclude that the June 5, 2007, attack that killed Air Force Staff Sergeant ("SSG") Matthew J. Kuglics and Air Force Technical Sergeant ("TSG") Ryan A. Balmer involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

### 2. Documents Reviewed

    **a.** Report of Investigation produced by Department of the Air Force, Air Force Office of Special Investigations in response to Osen LLC FOIA Request Nos. 2017-01551-F and 2017-01537-F.

    **b.** SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) 2-35 IN IVO (ROUTE JETTA): 2 CF KIA 1 CIV WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.** IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **d.** Event Storyboard titled "05 1203D JUN 07 EFP IED ATTK ON OSI IVO KIRKUK," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **e.** WIT 11 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **f.** CEXC Report No. 13228-07 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **g.** Preliminary information regarding the deaths of Special Agents Balmer and Kuglics (prepared 8 Jun 2007) ("Preliminary Report") provided by the parents of SSG Kuglics.

### 3. Summary of Attack

At approximately 9:00 a.m. on June 5, 2007, SSG Kuglics, who was a Special Agent[1] in the Air Force Office of Special Investigations ("AFOSI"), "provided an operations briefing for the

---

[1] Special Agents in the Air Force Office of Special Investigations can be either civilians or members of the Air Force, either officers or enlisted personnel. Both SSG Kuglics and TSG Balmer enlisted in the Air Force and thereafter graduated from the United States Air Force Special Investigations Academy at the Federal Law Enforcement Training Center. *See* https://www.osi.af.mil/LinkClick.aspx?fileticket=RpkyOcf5jRo%3d&portalid=29 and https://www.osi.af.mil/LinkClick.aspx?fileticket=6XkQ4JYKoT4%3d&portalid=29.

day's missions."[2] At approximately 9:30 a.m., a three-vehicle convoy, comprising armored Chevrolet Suburban SUVs equipped with DUKE ECMs, carrying 6 AFOSI special agents and 3 interpreters left Kirkuk Air Base ("Kirkuk AB") on a preplanned mission to meet with local personnel to gather information regarding insurgent activities threatening Kirkuk AB and other coalition units operating in the area.[3] Each vehicle was carrying two agents and one interpreter, and the convoy had two scheduled destinations before returning to base.[4] At approximately 11:45 a.m., as the convoy was heading back to base, while traveling west on Route Jetta, the lead vehicle which SSG Kuglics was driving was struck on the driver's side of the vehicle by a 6-8 array EFP hidden in the center median.[5] The vehicle continued moving for approximately 75 feet following the strike, and the second vehicle in the convoy moved ahead of the lead vehicle to stop it. SSG Kuglics, who was in the driver's seat, TSG Balmer, who was in the rear of the vehicle, and the interpreter, who was in the front passenger seat, were removed from their vehicle and placed into the back of the third vehicle for transport back to Kirkuk AB for medical treatment.[6] According to members of the convoy, TSG Balmer appeared to be dead at the scene of the attack.[7] As a result of the EFP attack, SSG Kuglics and TSG Balmer were killed and their interpreter was injured.

### 4.  Attribution

#### a.  Air Force Report of Investigation

Although most of the Air Force Report of Investigation is redacted, parts of witness statements are unredacted. The Table of Contents lists out in redacted form interviews conducted by the investigating officer and documents reviewed. According to the report, the investigating officer noted that "[w]ithin minutes after the attack, Weapons Intelligence Team (WIT) 11 responded to the attack site and received three rounds of small arms fire with no injuries sustained. WIT determined the device used during the attack was a type of IED called an Explosively Formed Penetrator (EFP). The EFP device consisted of 6 to 8 EFPs known as an array. It detonated in the center median of Rte Jetta, approximately 15 ft from the driver's side of Vehicle 1."[8]

The investigating officer found that "[d]uring this investigation, there was no information developed that showed members of [Air Force Office of Special Investigations'] E[xpeditionary] D[etachment] 2410 were specifically targeted in the attack. Rather, all information indicated the attack was against the vehicle type based upon local Iraqi perception that civilian vehicles,

---

[2]     Report of Investigation at 11.

[3]     Preliminary Report at 1; Report of Investigation at 15.

[4]     Preliminary Report at 1.

[5]     Preliminary Report at 1; Report of Investigation at 11-12; SIGACT Report at 3.

[6]     Report of Investigation at 12, 15, 17, 20; Preliminary Report at 1.

[7]     Report of Investigation at 16, 17.

[8]     *Id*. at 11-12.

especially black L[ight] A[rmored] V[ehicles], were used by Israeli intelligence, high level government of Iraq officials, or possibly AEGIS Corporation."[9]

According to a witness interview of an EOD team member and a WIT member, "the EFP explosion was one of the largest they had seen."[10] They also concluded that the device used in the attack was an EFP

> based on the type of damage to the vehicle which was hit and the fact they found copper on the site, both of which are consistent with EFP explosions. The assessment that the EFP array was housed in Styrofoam was based on their experience with explosives and the fact that some Styrofoam was recovered. Additionally, Styrofoam would have allowed the EFP array to be placed above ground, which was consistent with the explosion and no components being buried in the ground. It was assumed that a PIR was used to trigger the device because no other initiation components were recovered … [and] that when other types of initiators are used, there are some components of those initiators remaining.[11]

According to another witness interview a "surge in the Anbar province [] pushed Sunni based insurgent groups to the south and Shia insurgent groups to the north near this area of operations in Kirkuk [] approximately one month prior to 5 Jun 07. Kirkuk experienced an influx of JAM activity and the use of EFP devices. EFP usage increased from nonexistent prior to the surge to frequent discoveries near commonly traveled military routes."[12] A witness interview also revealed that EFPs were coming from Iran.[13]

### b.  The SIGACT Report

The SIGACT Report contains comments from WIT 11 that "a piece of melted styrofoam and a piece of circuit board" were found at the blast seat.[14] "WIT believes the styrofoam was used to house the EFP array."[15] "Copper fragments/slug[s] were found in the vehicle" which had sustained "numerous impact points."[16] The WIT 11 comments also note that the vehicles were running electronic counter-measures, but the specific type has been redacted.[17]

---

[9]      *Id*. at 13.

[10]     *Id*. at 26.

[11]     *Id*.

[12]     *Id*. at 27.

[13]     *Id*. at 28.

[14]     SIGACT Report at 4.

[15]     *Id*.

[16]     *Id*.

[17]     *Id*.

### c.   The IED Report

The IED Report lists the main charge configuration as EFP.[18] The Report also lists the placement of the EFP as "Concealed – Foam Concealer" and the EFP's location as "Road – Median."[19] The IED Report also contains WIT 11's comments that the device was a multi-array EFP that was "believed to have been housed in Styrofoam."[20] WIT 11 was unable to determine what kind of initiation system was used.[21] The Site Data section of the IED Report contains WIT 11's comments that "while this is not the first time EFPs have been seen in Kirkuk, it is not the normal TTP for the A[rea of] O[perations]."[22] The IED Report also contains EOD's comments. According to EOD, the vehicle being driven by SSG Kuglics sustained multiple hull breaches and copper slugs were recovered from the vehicle.[23] EOD was also unable to determine the method of initiation for the EFP.[24]

### d.   Event Storyboard

The Event Storyboard prepared by the Battalion's Command, Control and Communication Operations group consists of one slide and provides a summary of the attack and maps of its location. The Event Storyboard also contains EOD's determination that a 6-8 array EFP was used in the attack.

---

[18]    IED Report at 3.

[19]    *Id*.

[20]    *Id*.

[21]    *Id*.

[22]    *Id*. at 2.

[23]    *Id*.

[24]    *Id*. at 3.



### e.   The WIT 11 Report

The WIT 11 Report contains a map of the location of the attack, an aerial photograph showing the location of the attack including where the EFP was emplaced, a diagram of the attack location and photographs showing the location of the attack, the blast seat copper fragmentation recovered from the vehicle and the damage to the vehicle.





**291**









### f.  CEXC Report

The CEXC reports produced by CENTCOM includes a chemical analysis report of the copper slugs recovered by WIT 11 at the scene of the attack. The chemical analysis of these slugs "indicates positive results for trace explosive residue consistent with Trinitrotoluene (TNT) based explosives."[25] The report also contains pictures of a circuit board recovered by WIT 11.[26] Based on this evidence, I conclude that the attackers likely used HE explosives in the construction of the EFP.

### g.  Preliminary Report

The Preliminary Report contains a summary of the attack. The Preliminary Report states that the "force of the explosion centered on the driver's side front and rear doors of the lead vehicle. Agent Kuglics was the driver of that vehicle. The interpreter was in the front passenger seat and Agent Balmer was in the far back of the vehicle facing backwards. Vehicle armor deflected portions of the blast, however 4 large projectiles penetrated the driver's side of the vehicle. The projectiles themselves and the shrapnel they created inside the vehicle were the cause of the injuries by all three people in the vehicle." The Report further states that the "[p]reliminary assessment is that the explosion was an explosive formed penetrator (EFP) designed to fire a molten core of metal at high speed in the direction of the target. The EFP had been prepositioned in place and armed. Method of detonation is currently unknown. Distance from the EFP to the point of impact on the vehicle was estimated at 15 feet." The Report also contains a diagram of the attack scene as well as pictures of the damage caused by the EFP.

### 5.  Conclusion

After a review of the available information, I conclude that the attack that killed SSG Kuglics and TSG Balmer was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a 6-8 array, copper-lined EFP with an unknown amount of bulk explosive. The EFP was concealed in the median of Route Jetta and sent four large projectiles through the driver's side armor of the vehicle causing the deaths of SSG Kuglics and TSG Balmer.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the armored Suburban causing the deaths of SSG Kuglics and TSG Balmer;
2. The damage to the vehicle, recovery of copper fragments and multiple strike points strongly indicate that the multi-array EFP was precision manufactured and copper-lined;

---

[25]   CEXC Report at 7, 9.

[26]   *Id*. at 10-15

3. The damage to the vehicle and chemical analysis conducted by CEXC strongly indicate the use of HE explosives in the construction of the multi-array EFP; and

4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: May 19, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.05.19 19:44:16 -04'00'

Kevin D. Lutz

**June 14, 2007 Attack - Scania**

    **1.  Summary of Opinion**

    After reviewing the available evidence and information, I conclude that the June 14, 2007, attack that wounded Sergeant ("SGT") Richard Parker involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "IED EXPLOSION (EFP) ATTK on A / 1-121 FA / 336 TG IVO (ROUTE TAMPA): 1 CF KIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  Event Storyboard titled "14 0315D JUN 07 IED ATTK ON CF NORTH OF AD DIWANIYAH," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  CJTF-Troy Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **e.**  7 Sworn Statements provided to me by the family of SGT Richard Parker.

    **3.  Summary of Attack**

    At approximately 3:19 a.m. on June 14, 2007, a thirty-eight vehicle convoy was traveling north on Main Supply Route Tampa from Buerhing to Scania when the second vehicle in the convoy, an M1114 HMMWV, was struck by a multi-array EFP.[1] SGT Parker, who was in the gunners position in the second vehicle, was killed instantly.[2] The other soldiers in the vehicle were not physically wounded by the multi-array EFP. Following the attack, the vehicle caught fire and SGT Parker's remains were trapped in the vehicle.[3] While the convoy was assisting the occupants of SGT Parker's vehicle, an IED detonated near the rear of the convoy causing no injuries or damage.[4]

---

[1]      SIGACT Report, pp. 2-3.

[2]      SIGACT Report, p. 3.

[3]      SIGACT Report, p. 3.

[4]      SIGACT Report, p. 3.

**296**

### 4.   Attribution

#### a.   The SIGACT Report

The SIGACT Report contains an excerpt from the EOD Report which determined that the explosive device was "consistent with an EFP array due to the presence of copper residue … The [EFP] was command wire armed and PIR initiated."[5]

#### b.   The IED Report

The IED Report notes that command wire was used to arm the EFP and that the initiation system was a passive infrared device.[6] The Report further notes that the EFP was placed on an unconcealed surface.[7]

#### c.   Event Storyboard

The Event Storyboards prepared by the Battalion's Command, Control and Communication Operations group consists of three slides and provides a summary of the attack and maps of its location. It notes that the "Route Security Element found 2 command wires trailing away from the blast seat."



---





Who: A Co,1-121ᵗʰ FA, Convoy 24-387 (CONTINUED) (2 of 2)

What: 2 IED DETs – (1) KIA

When: 132320ZJUN07

Where:  38SMA 95874 61711 17 KM S of Scania on MSR
Tampa, IVO CP 2B

· Route Security Teams believed both DETs were command
wire.
· The first GT that was hit with the IED moved past the kill
zone, but the vehicle came to a halt due to the damage
from the blast
· A fire began and continued to grow rapidly on the first GT
· Other soldiers responded to the burning GT and were able
to get the driver and TC out.
· The fire grew out of control and rounds started to cook off.
· The gunner's body was not recovered.
· QRF responded to the scene and cordon was set.
· The rest of the convoy continue to march to Scania.
· GT and remains of the GNR will be recovered by QRF after
the fire is out
· The convoy is seeing the chaplain and Combat Stress
team at Scania

MTF

As of 140300ZJUN07

BTL CPT  430-5100

2 IEDs- 1KIA

### d.  CJTF-Troy Report

The CJTF-Troy Report states that the EFP was placed on the shoulder of MSR Tampa near the curb and that command wire was found running from the blast site.[8] It further notes that the device was consistent with an EFP because of the presence of copper residue and that it was command wire armed and PIR initiated.[9] The report also provides an aerial view of the location of the two IEDs.



### e.  Sworn Statements

The sworn statements by members of the convoy confirm that there was an initial explosion which killed SGT Parker followed by a second explosion toward the rear of the convoy.[10] SSG Willett's sworn statement states: "Parker had been hit in the head with an EFP."[11]

---

[8]     CJTF-Troy Report, p. 2.

[9]     CJTF-Troy Report, p. 3.

[10]    Sworn Statement by CPL Troxell, p. 1; Sworn Statement by SGT Moores, p. 1; Sworn Statement by SPC Whittier, p. 1; Sworn Statement by CPL Light, p. 1.

[11]    Sworn Statement by SSG Willett, p. 2.

4

**299**

**5.  Conclusion**

After a review of the available information, I conclude that the attack that killed SGT Parker was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP that was command wire armed and PIR initiated. EOD also found copper residue, which is indicative of an EFP.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMWV causing the death of SGT Parker;
2. The damage to the vehicle and the presence of copper residue strongly indicate that the multi-array EFP was likely copper-lined and precision manufactured;
3. The damage to the vehicle strongly indicates the use of HE explosives in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group, probably JAM, was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: September 4, 2019

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.09.04 19:04:07 -04'00'

Kevin D. Lutz

5

**300**

**June 21, 2007 Attack - Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the June 21, 2007, attack that killed Specialist ("SPC") Raymond N. Spencer involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  AR 15-6 Investigation for the death of PFC Raymond N. Spencer dated June 30, 2007 produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0089;

        **b.**  SIGACT Report titled "IED EXPLOSION ATTK ON 1/A/2-12 CAV IVO (ZONE 28) (ROUTE IVO EXPOS\ILLINOIS): 1 CF KIA 3 CF WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  Event Storyboard titled "21 1345D JUN 07 COMPLEX ATTK ON 2-12 CAV IVO KADAMIYAH," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **e.**  Casualty Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.  Summary of Attack**

        At approximately 12:00 p.m. on June 21, 2007, a four vehicle patrol from 1st Platoon, Alpha Company, 2nd Battalion, 12th Cavalry Regiment, 2nd Brigade Combat Team, 1st Infantry Division consisting of two up-armored M1114 HMMWVs running CREW Counter-IED systems and two M2A2 Bradley Fighting Vehicles ("Bradleys") departed Forward Operating Base ("FOB") Liberty to conduct an assessment of the Shulla Hospital and to locate an individual with suspected ties to JAM.[1] At approximately 1:55 p.m., following the assessment of the Shulla Hospital, the convoy started traveling southwest on an unnamed road when the lead vehicle in the convoy, a Bradley, was struck on the right side of the vehicle by what was later determined to be a 7-8 array EFP at the first intersection that patrol reached.[2] SPC Spencer was riding in the back of the Bradley when the EFP struck the vehicle. As a result of the EFP strike, SPC Spencer lost

---

[1]    AR 15-6 Memorandum at 1; AR-15 at 30 (Sworn Statement dated June 24, 2007); AR-15 at 37 (Sworn Statement dated June 27, 2007).

[2]    AR 15-6 Memorandum at 1, 4, 5; Event Storyboard.

**301**

one of his legs and suffered multiple shrapnel wounds.[3] While SPC Spencer and the other wounded soldiers were being extracted from the Bradley, the patrol came under small arms fire.[4] SPC Spencer died later that day as a result of the wounds he sustained in the attack.[5]

The 38th Ordnance Company (EOD) conducted a post blast analysis of the attack and determined that what struck the Bradley "was a 7-8 array Explosively Formed Penetrator (EFP)."[6] EOD was unable to determine the type of initiation system used in the attack.[7] "The EFP was well concealed, possibly encased in a curb section. The road was clear of debris and trash and therefore the only place to conceal an EFP."[8]

### 4. Attribution

#### a. The Army AR 15-6 Investigation

According to the AR 15-6 Report's Table of Contents, the investigating officer reviewed, *inter alia*, the IED Storyboard, the post blast analysis done by 38th OD CO (EOD) Team 3-1, 1st Platoon, Alpha Company Mission Trip Ticket, trauma record for SPC Spencer and eight sworn statements. According to the soldiers in the patrol, after completing the assessment at Shulla Hospital, the convoy started heading away from the hospital and approximately 100 meters away from the hospital the lead vehicle in the convoy was struck by an EFP. Immediately after the EFP struck the lead vehicle, the convoy came under small arms fire.[9]

According to the Post Blast Analysis, the two M1114 HMMWVs in the convoy had CREW systems that were on and PIR defeat equipment but the two Bradleys only had reactive armor and neither had a CREW system nor PIR defeat equipment.[10] The PBA concluded that the strike by the EFP was consistent with a 7-8 array EFP. It was unable to conclude what the initiation system was inasmuch as the PBA was not done at the scene of the attack.[11] The PBA also included the final copy of the event storyboard as well as an aerial view of the attack site and scene diagram.

---

[3]        *Id*. at 2.

[4]        *Id*. at 3.

[5]        *Id*.

[6]        *Id*. at 4.

[7]        *Id*.

[8]        *Id*.

[9]        AR 15-6 at 22 (Sworn Statement dated June 24, 2007); AR 15-6 at 30-31 (Sworn Statement dated June 24, 2007); AR 15-6 at 33, 35 (Sworn Statement dated June 24, 2007).

[10]        AR 15-6 at 15.

[11]        *Id*. at 17.







### b. The SIGACT Report

The SIGACT Report notes that the lead vehicle in the convoy, a Bradley, was struck by an EFP on the right side of the vehicle. The report further notes that after the explosion, the convoy came under small arms fire.[12] The report also contains the WIT 4 comments that the attack occurred on an unnamed road near Route Expos and Route Illinois.[13]

### c. The IED Report

The IED Report contains comments from WIT 4. According to the comments:

2-12 CAV reported seeing a trash bag near a gutter just before detonation. They also had noticed that the market was emptied as opposed to when they passed it

---

[12]    SIGACT Report at 2.

[13]    *Id.* at 3.

earlier it was full after the IED detonated they began receiving small arms fire. This is the second EFP in this area in the past three days; each event consisted of a multiple EFP array containing 7x EFPs. Also both events occurred with the charge so close to the vehicle that the EFP did not have time to spread. All portions of the array struck the vehicle in the same spot. 2-12 CAV reported seeing two vans (one blue, one gray) pull in front of them to block the road immediately after the IED went off and right before they started receiving SAF.[14]

### d.   Event Storyboard

The Event Storyboards prepared by the Battalion's Command, Control and Communication Operations group consists of three slides and provides a summary of the attack, a map of its location, an aerial view of the location and a picture of the blast seat. The Event Storyboard notes that the unit's mission that day was to patrol Shulla and disrupt JAM activities.



---

[14]     IED Report at 2.





**307**

### 5.  Conclusion

After a review of the available information, I conclude that the attack that killed SPC Spencer was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP. The EFP was concealed, possibly encased in a curb section given the lack of debris in the area. The EFP's charge was so close to the vehicle that the EFP did not have time to spread after it detonated.

In my professional opinion, the totality of the records available for my review indicates that:

1.  A multi-array EFP was the weapon used to attack the M2A2 Bradley Fighting Vehicle causing the death of SPC Spencer;
2.  The damage to the vehicle and catastrophic injuries suffered by SPC Spencer strongly indicate that the multi-array EFP was precision manufactured and copper-lined;
3.  The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the multi-array EFP; and
4.  An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated:  June16, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.06.16 21:40:13 -04'00'

_____
Kevin D. Lutz

**June 29, 2007 Attack – Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the June 29, 2007 attack that killed Specialist ("SPC") James L. Adair involved the use of a 4 array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) B/1-28 IN: 1 CF KIA 3 CF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  Event Storyboard titled "29 1829D JUN 07 IED ATTK ON 1-28 IN IVO WEST RASHID," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  WIT 10 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **e.**  CEXC Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.  Summary of Attack**

        On June 29, 2007, at approximately 6:10 p.m., a four-vehicle convoy consisting of M1151 HMMWVs from Company B, 1st Battalion, 28th Infantry Regiment, 4th Infantry Brigade Combat Team, 1st Infantry Division, was patrolling in the West Rashid neighborhood of Baghdad when the lead vehicle in the convoy was struck on the driver's side by a four array EFP.[1] "Three of the slugs impacted the driver side door and one slug impacted the passenger door behind the driver. The EFP was approximately four feet from the vehicle."[2] Command wire was found running from the firing point south to a house and was strung to the roof of a second house. The command wire was further traced "from rooftop to rooftop to the final firing position approximately 50 [meters] south of the EFP detonation."[3] SPC Adair, the driver of the lead vehicle, was killed in the attack.

---

[1]      SIGACT Report at 4-5.

[2]      *Id.* at 5.

[3]      *Id.*

### 4. Attribution

#### a. The SIGACT Report

The SIGACT Report contains comments from WIT 10 that SPC Adair's vehicle was struck by a command wire EFP consisting of four arrays and that three of the slugs hit the driver's door and the fourth slug hit the passenger door on the driver's side of the vehicle.[4] WIT 10 further noted that there was a metal box located on the right side of the street which created an artificial choke point, requiring SPC Adair, who was driving the lead vehicle, to swerve to the left at which point the EFP detonated. EOD/WIT located command wire at the firing point that led south to a house where it was strung to the roof of a second house and then went from rooftop to rooftop to a point 50 meters south of the location of the EFP detonation.[5] It was also noted that "a shack was located on that roof and WIT assessed that the trigger person had waited inside the shack to avoid detection by helicopters flying in the area."[6] WIT 10 collected water bottles, food wrappers and cigarette butts from the shack.[7]

#### b. The IED Report

The IED Report contains comments from WIT 10 regarding the aiming point, firing point and device description. Regarding the aiming point, the WIT 10 comment states "the metal boxes placed on the right side of the road created a choke point. When the vehicle swerved to the left, that is when the trigger person detonated the EFP."[8] Regarding the firing point, the WIT 10 comment states "the firing position was a roof top approximately 50 meters to the south of the detonation site. It provided an elevated overwatch position and it had a shack that the trigger person could wait in, to avoid helicopters flying in the area."[9] WIT 10 described the device used in the attack as a "four EFP array initiated by command wire."[10] WIT 10 further noted that the EFP detonated on the driver's side door and that the command wire "led to a rooftop of a house approximately 50M to the south of the detonation site."[11]

---

[4]  *Id*. at 4-5.

[5]  *Id*. at 5.

[6]  *Id*.

[7]  *Id*.

[8]  IED Report at 2.

[9]  *Id*.

[10]  *Id*.

[11]  *Id*. at 3.

### c. Event Storyboard

The Event Storyboards prepared by the Battalion's Command, Control and Communication Operations group consists of three slides and provides a summary of the attack and maps of its location.





**d. The WIT 10 Report**

The WIT 10 report produced by CENTCOM consists of seven slides. The first two slides contain aerial maps of the location of the attack.





The next slide contains a "sector sketch" diagram of the attack including the firing point, location of the EFP and the metal container creating the choke point.

**313**



The next slide contains redacted images showing the impact points from the EFP slugs.



The next two slides show the firing point and firing device – a modified camera flash.

**314**





The final slide shows the location of the soldiers in the vehicle and where they sustained injuries.



### e. The CEXC Report

The CEXC Report produced by CENTCOM consists, *inter alia*, of an analysis and pictures of the items recovered by WIT 10 from the shack on the rooftop. Among the items recovered were a bottle wrapped in command wire and the camera flash that was used as the firing mechanism. Regarding the setup of the device to fire, the CEXC Report states "connect the device to the command wire. Roll the command wire out to the load. Ensuring the camera flash is switched off. Connect the command wire to the load."[12] Regarding the operation of the device, the CEXC Report states "when the camera flash is turned on, the batteries charge the capacitor within the device. When the capacitor is charged, the device is ready. When the rocker switch on the camera flash is pressed with the output wires connected, the voltage of the capacitor in the flash is connected to the command wire ends. Then the voltage will be applied to the output wires at the explosive end."[13]

---

[12]      CEXC Report at 21.

[13]      *Id.*





### 5.  Conclusion

After a review of the currently available information, I conclude that the attack that killed SPC Adair was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a four array EFP that was initiated by command wire. Three of the slugs from the EFP impacted the driver's door and the fourth impacted the passenger door behind the driver. Command wire was found running from the site of the blast to a location on a roof approximately 50 meters south of the blast site.

In my professional opinion, the totality of the available record indicates that:

1. A multi-array EFP was the weapon used to attack the M1151 HMMWV and that killed SPC Adair;
2. The damage to the vehicle strongly indicates that the multi-array EFP was precision manufactured and copper lined;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Date:  May 20, 2019

Kevin D. Lutz
Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.05.20 17:21:43 -04'00'
_____
Kevin D. Lutz

**318**

**July 6, 2007 Attack - Baghdad**

    **1. Summary of Opinion**

After reviewing the available evidence and information, I conclude that the July 6, 2007, attack that killed Sergeant ("SGT") Gene Lamie involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2. Documents Reviewed**

        **a.** SIGACT Report titled "IED EXPLOSION (IED) ATTK ON 3/A 3-7 CAV IVO BAGHDAD (ZONE 17): 3 CF WIA 2 CF KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.** IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.** Event Storyboard titled "06 0430D JUL 07 IED ATTK ON 3-7 CAV IN ADHAMIYAH," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **d.** Casualty Report for SGT Lamie produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3. Summary of Attack**

At approximately 4:30 a.m. on July 6, 2007, a four vehicle convoy from 3rd Battalion, 7th Cavalry Regiment, 2nd Brigade Combat Team, 3rd Infantry Division was conducting a combat patrol heading west on Route Vernon in the Adhamiyah neighborhood of Baghdad when the third vehicle in the convoy, an up-armored M1151 HMMWV, was struck by a multi-array EFP.[1] As a result of the EFP attack, SGT Lamie and another soldier in his vehicle were killed and three soldiers were wounded.[2]

    **4. Attribution**

        **a. The SIGACT Report**

The SIGACT Report notes that the vehicles had counter-IED equipment, but CENTCOM has redacted the specific types employed. The SIGACT Report notes that a photographer was

---

[1] Event Storyboard; SIGACT Report at 3.

[2] SIGACT Report at 3; Event Storyboard.

**319**

spotted on a rooftop by the site of the attack and was detained and questioned. It also notes that EOD responded to the scene of the attack but does not contain any conclusions EOD made.[3]

### b. The IED Report

The IED Report does not contain any information regarding the type of device used in the attack.

### c. Event Storyboard

The Event Storyboards prepared by the Battalion's Command, Control and Communication Operations group consists of two slides and provides a summary and diagram of the attack, and a map of its location. The Event Storyboard contains EOD's assessment that a 4-7 EFP array was used in the attack and that it was set in the westbound lane of Route Vernon. EOD also believed that a road sign was used as the aiming point. It also contains the S-2 assessment that the Qahira JAM cell has been active in emplacing IEDs and EFPs in the area. Specifically, the S-2's assessment states "before this spring, the majority of Qahira JAM's EFPs have been emplaced on RTE Vernon, Christall, Dover and Chivas. Because of their failures on RTE Brewers, the Qahira JAM Cell has reverted back to placing EFPs on those routes that they are most familiar with and have experienced success in the past." The S-2's assessment was that the multi-array EFP could only have been emplaced within 1-2 hours before the attack because the route had been cleared 2 hours before the attack. Although the specific counter-IED devices that were on the vehicles are redacted, the S-2 noted that they were on at the time of the attack.

---

[3]     SIGACT Report at 3.



3

**321**



### d. Casualty Report

The Casualty Report notes that SGT Lamie was wearing all of his assigned protective gear at the time of the attack and that his M1151 HMMWV had integrated Level 1 armor.[4]

### 5. Conclusion

After a review of the available information, I conclude that the attack that killed SGT Lamie was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP that was emplaced within 2 hours of the attack in the westbound lane of Route Vernon and struck the third vehicle in the convoy.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the M1151 HMMWV causing the death of SGT Lamie;

---

[4]     Casualty Report at 2.

2. The damage to the vehicle strongly indicates that the multi-array EFP was likely copper-lined and precision manufactured;

3. The damage to the vehicle strongly indicates the use of HE explosives in the construction of the multi-array EFP; and

4. An IRGC-sponsored Special Group, probably JAM, was likely involved in the assembly and emplacement of the multi-array EFP.

Date: July 6, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.07 13:16:24 -04'00'

Kevin D. Lutz

**323**

**July 6, 2007 Attack - Baghdad**

## 1. Summary of Opinion

After reviewing the available evidence and information, I conclude that the July 6, 2007, attack that killed Petty Officer First Class ("PO1") Jason Dale Lewis and PO1 Robert McRill involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

## 2. Documents Reviewed

    **a.** Line of Duty Determination ICO SO1 (SEAL) Jason Dale Lewis, 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, USN (Deceased);

    **b.** Casualty Report for PO1 Jason Lewis produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **c.** E-mail from Brigadier General John F. Mulholland, Commander Special Operations Command Central, to Admiral William J. Fallon, Commander United States Central Command produced by the United States Special Operations Command ("SOCOM") in response to Osen LLC FOIA Request No. 2018-115.

## 3. Summary of Attack

On July 6, 2007, the rear vehicle in a five-vehicle convoy conducting a mission in Sadr City was struck by a multi-array EFP.[1] Two of the occupants in the vehicle, an uparmored HMMWV, were killed at the site of the attack and a third succumbed to his wounds later.[2] PO1 Lewis, who was a passenger in the vehicle, died at the scene of the attack.[3]

## 4. Attribution

### a. Line of Duty Determination

According to the Line of Duty Determination, only certain information regarding the attack could be released because of the nature of the operation. According to the document, PO1 Lewis, who was a passenger in the rear vehicle of a five-vehicle convoy, was conducting operations in Sadr City on July 6, 2007, when his vehicle was struck by an EFP. "The cause of Petty Officer Lewis' death was a penetrating chest wound caused by the blast from the EFP."

---

[1] Line of Duty Determination; Mulholland e-mail.

[2] Mulholland e-mail.

[3] Casualty Report.

**324**

### b.  Casualty Report

According to the casualty report, PO1 Lewis "was involved in an EFP blast." The casualty report also notes that PO1 Lewis died outside of a medical treatment facility.

### c.  Mulholland E-mail

Although redacted, the Mulholland e-mail notes "Last night in Iraq, the N[aval] S[pecial] W[arfare] element composing part of [redacted] executing their component of the [redacted] mission suffered several casualties while executing a mission in Sadr City. The 5th vehicle of a 5 vehicle convoy (uparmored HMMWV) was struck by a suspected arrayed EFP, resulting in two KIAs and 3 WIAs on site. One of the wounded later died of wounds."

### 5.  Conclusion

After a review of the available information, I conclude that the attack that killed PO1 Lewis and PO1 McRill was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. Due to the fact that these special operators were engaged in a clandestine mission, only a limited record exists. However, based upon my training and experience as well as the documents that the Department of Defense has produced, I conclude that the attack involved a multi-array EFP with an unknown amount of a bulk explosive and was likely RC armed and PIR triggered. The slugs from the multi-array EFP struck the up-armored HMMWV killing PO1 Lewis and PO1 McRill.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the HMMWV causing the deaths of PO1 Lewis and PO1 McRill;
2. The damage to the vehicle strongly indicates that the EFP array was likely copper-lined and precision manufactured;
3. The damage to the vehicle strongly indicates the use of HE explosives in the construction of the array; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: July 5, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.07.05 16:12:52 -04'00'

_____

Kevin D. Lutz

**July 17, 2007 Attack – Baghdad**

   **1.  Summary of Opinion**

   After reviewing the available evidence and information, I conclude that the July 17, 2007 attack that killed Private First Class ("PFC") Brandon K. Bobb and PFC Ron J. Joshua, Jr. involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

   **2.  Documents Reviewed**

      **a.** AR 15-6 Investigation for the deaths of PFC Brandon K. Bobb and PFC Ron J. Joshua, Jr. dated August 6, 2007 produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0144;

      **b.** SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) 89 MP: 2 CF KIA 1 CF WIA 1 CIV KIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

      **c.** IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

      **d.** Event Storyboard titled "17 1250D JUL 07 COMPLEX ATTK ON 89[TH] MP IN KADAMIYAH," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

      **e.** WIT 4 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

   **3.  Summary of Attack**

   At approximately 12:50 p.m. on July 17, 2007, a four vehicle security patrol from the 401st Military Police Company, 92nd Military Police Battalion, 89th Military Police Brigade was traveling south on Ghazaliyah Main from the Ghazaliyah Police Complex to Combat Outpost ("COP") Casino when the first vehicle in the convoy, an up-armored M1114 HMMWV with a Duke ECM and a Rhino anti-PIR device, was struck by a multi-array EFP on the passenger side of the vehicle.[1] As a result of the explosion, PFC Joshua, who was driving the vehicle, and the team's local interpreter, who was sitting behind PFC Joshua, were ejected from the vehicle and killed instantly.[2] The vehicle continued rolling forward for approximately 100 meters before

---

[1]     AR 15-6 Findings and Recommendations at 1; Event Storyboard at 3; AR 15-6 at 35 (Sworn Statement, dated July 27, 2007).

[2]     AR 15-6 Findings and Recommendations at 2; AR 15-6, at 74 (Sworn Statement, dated July 26, 2007).

**326**

coming to a rest against a curb.[3] PFC Bobb, who was in the gunner's turret, had both of his legs amputated by the multi-array EFP's slugs, and he succumbed to his wounds after being removed from his vehicle.[4] The fourth occupant of the vehicle, who was seated in the front passenger seat, was wounded in the attack.[5] Following the explosion, the patrol came under enemy small-arms fire.[6]

### 4. Attribution

#### a. The Army AR 15-6 Investigation

According to the AR 15-6's Index of Enclosures and Exhibits, the investigating officer reviewed, *inter alia*, a diagram of the attack, pictures of the damaged vehicle, 401st radio log and the twelve sworn statements. According to the soldiers in the patrol, the lead vehicle in the convoy was struck by an EFP, and the convoy and responding quick reaction force then came under small arms fire from the west.[7]

#### b. The SIGACT Report

The SIGACT Report notes that the vehicles in the convoy had CREW systems and IED Defeat Equipment, but the specific types of equipment are redacted.[8] The SIGACT Report also contains comments from WIT 4. The comments note that "EOD/WIT encountered small arms fire from a building in the south while conducting the P[ost] B[last] A[nalysis] of the struck vehicle."[9] According to WIT 4, the "blast seat was located on the curb of Ghazalyiah main and Police Station Road … EOD determined the blast seat and damage to the vehicle was consistent with one large EFP approximately 12 round, and surrounded by smaller EFPs."[10] EOD did not find any initiation system at the scene of the attack.[11]

---

[3]    AR 15-6 Findings and Recommendations at 1-2.

[4]    *Id.* at 4; AR 15-6, p. 35 (Sworn Statement, dated July 27, 2007).

[5]    AR 15-6 Findings and Recommendations at 5.

[6]    *Id.* at 3, 4.

[7]    AR 15-6 at 35 (Sworn Statement, dated July 27, 2007); AR 15-6 at 60 (Sworn Statement, dated July 18, 2007); AR 15-6 at 67 (Sworn Statement, dated July 18, 2007); AR 15-6 at 71 (Sworn Statement, dated July 18, 2007); AR 15-6 at 78 (Sworn Statement, dated July 18, 2007).

[8]    SIGACT Report at 3.

[9]    *Id.* at 4-5.

[10]   *Id.* at 5.

[11]   *Id.*

### c.   The IED Report

The IED Report lists the main charge configuration as EFP.[12] The IED Report contains comments from WIT 4 that "EOD assesses this incident was consistent with an EFP array, but the initiation system was unknown. However, there were at least three locations where the firing point could have been if the initiation system was command wire or cell phone, and the locations would have been given a good line of sight."[13]

### d.   Event Storyboard

The Event Storyboards prepared by the Battalion's Command, Control and Communication Operations group consist of four slides and provide a summary of the attack, a map of its location, an aerial view of the location and a redacted image of the damage to the vehicle. The storyboard contains an assessment that "JAM and complicit IPs [Iraqi Police] have become increasingly angry with C[oalition] F[orces] as barrier emplacements temporarily disrupted vehicle entry into Shula from Ghazaliya. The IPs have come under increased scrutiny this week as . . . operations are conducted in conjunction with 401st MP surge operations. The databasing efforts have no doubt agitated the IPs as they most likely feel that they are being perceived as criminals by CF with these types of operations. Recent raids and detentions of JAM H[igh] V[alue] I[ndividuals] throughout the battle space have further motivated JAM Special Groups to take action against CF as retaliation for disrupting their operations. An EFP on Ghazaliya Main would indicate that JAM Special Groups are moving the EFP capability further south from Shula [to] seek out CF for revenge attacks."

---

[12]     IED Report at 3.

[13]     *Id*. at 2.







### e.   The WIT 4 Report

The WIT 4 Report contains aerial maps of the location of the attack, diagrams showing the scene of the attack and photographs showing the blast seat and redacted images of the damaged vehicle.



5

<u>**330**</u>









7

**332**



### 5. Conclusion

After a review of the available information, I conclude that the attack that killed PFC Bobb and PFC Joshua was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP consisting mostly likely of copper liners and an unknown amount of a bulk explosive. The EFP was placed in the curb of Ghazaliyah Main and struck the vehicle on the passenger side. The force of explosion blew open both doors on the driver's side, and the driver, PFC Joshua, and the rear passenger were ejected from the vehicle killing them instantly. PFC Bobb, who was in the gunner's position in the vehicle, sustained critical wounds, including both legs being amputated by the blast, causing his death.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the M1114 HMMWV causing the deaths of PFC Bobb and PFC Joshua;
2. The damage to the vehicle and multiple strike points strongly indicate that the multi-array EFP was precision manufactured and copper-lined;
3. The damage to the vehicle and the driver and rear passenger being ejected from the vehicle indicate that HE was used in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated:  July 9, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.09 11:55:06 -04'00'

_____

Kevin D. Lutz

**334**

**December 1, 2007 Attack - Baghdad**

### 1. Summary of Opinion

After reviewing the available evidence and information, I conclude that the December 1, 2007, attack that killed Specialist ("SPC") Matthew K. Reece involved the use of EFPs of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

### 2. Documents Reviewed

   **a.** SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (EFP) 2-2ID, 1-504 PIR: 1 CF KIA 5 CF WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   **b.** IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   **c.** Event Storyboard titled "01 0845C (NOT 0900C) DEC 07 EFP ATTK (NOT IED) ON 1-504TH PIR IN RUSAFA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

   **d.** CJTF-Troy Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

### 3. Summary of Attack

At approximately 8:45 a.m. on December 1, 2007, a six vehicle convoy from 1st Battalion, 504th Parachute Infantry Regiment, 1st Brigade Combat Team, 82nd Airborne Division was conducting a patrol in the Rusafa neighborhood of Baghdad when the lead vehicle in the convoy, an up-armored M1114 HMMWV, was struck by an EFP on its right side as the convoy was traveling north at the intersection of Routes Texas and Coors.[1] EOD's assessment was that there were 2 EFPs and they were located behind the curb under a yellow cement truck.[2] As a result of the EFP attack, SPC Reece, who sustained severe wounds to his head and back, died and five other soldiers were wounded.[3] Three locals were detained and one of them tested positive for x-spray.[4]

---

[1]   SIGACT Report at 2-3; IED Report at 2; Event Storyboard.

[2]   SIGACT Report at 3.

[3]   *Id.* at 2.

[4]   *Id.* at 3.

**335**

### 4.  Attribution

#### a.  The SIGACT Report

The SIGACT Report notes that three individuals were detained at the scene of the attack and one of those individuals tested positive for x-spray.[5] The SIGACT Report also contains EOD's assessment that the attack involved 2 EFPs and that they were located behind the curb under a yellow cement truck.[6]

#### b.  The IED Report

The IED Report lists the main charge configuration as EFP.[7] The IED Report notes that an EOD team identified "2 ea[ch] separate strike points which indicated the EFP liner broke apart prior to striking vehicle."[8] The IED Report further notes that a circuit board and fragments of steel liner were recovered at the scene.[9] The Report further notes that "the [d]amage to vehicle consistent with a liner that broke apart into 2 ea. distinct fragments. Liner failed to form as penetrator causing effect of a platter charge which resulted in armor fatigue and spalling."[10]

#### c.  Event Storyboard

The Event Storyboards prepared by the Battalion's Command, Control and Communication Operations group consists of three slides and provides a summary of the attack, a map of its location and an aerial view of the location.

---

[5]     SIGACT Report at 3.

[6]     *Id.*

[7]     IED Report at 3.

[8]     *Id.* at 2.

[9]     *Id.*

[10]    *Id.*



**01 0845C (NOT 0900C) DEC 07 EFP ATTK (NOT IED) ON 1-504TH PIR IN RUSAFA**

### INITIAL REPORT

• AT 0900C, MND-B REPORTED AN IED ATTACK ON 1-504TH PIR IN RUSAFA.

• 1-504TH PIR REPORTED AN IED ATTACK ON A PATROL RESULTING IN 4X CF WIA & 1X M1114 DAMAGED.

• 4X CF WIA WERE CASEVACED TO 28TH CSH. 1X CF WIA DOW.

• C/3-61 CAV ON SITE PROVIDING GROUND SECURITY. ISR AND AWT PROVIDING OVERWATCH.

• MTF

• BDA: 1X CF KIA (DOW), 3X CF WIA & 1X M1114 DAMAGED

### 01 1047C DEC 07 UPDATE

• UPDATED GRID AND 86TH CSH REPLACED THE 28TH CSH.

• 1X M1114 WAS TOWED TO BAB AL SHEIK JSS.

• EOD IS ON SITE TO CONDUCT PBA.

• MTF

• BDA: 1X CF KIA (DOW), 3X CF WIA (1X VSI, 2X NSI) & 1X M1114 DAMAGED

### 01 1323C DEC 07 UPDATE

• BDA UPDATE & TIME CHANGE (2ND).

• EOD REPORTED THE IED WAS MOST LIKELY 2X EFPs. THE BLAST SEAT CRATER WAS 18" IN DEPTH. THE EFPs WERE LOCATED BEHIND THE CURB UNDER A YELLOW CEMENT TRUCK.

• C/3-61 CAV HAS DETAINED 3X LNs. 1X TESTED POSITIVE FOR X-SPRAY; 3X LNs WERE TAKEN TO COP CHOATE FOR TQ.

• BDA: 1X CF KIA (DOW), 5X CF WIA (1X VSI, 4X NSI), 1X M1114 DAMAGED & 3X DETAINEES

WHO: MND-B
WHAT: CF CASUALTIES
WHEN: 01 0845C DEC 07
WHERE: 38S MB 45837 89554
MNC-I CCIR: # 6
MNF-I CCIR: # 6
NOTIFICATION IN JOC: 01 1012C DEC 07
CF NE #: 20071201090038SMB4571089670

### LEGEND

● IED ATTK

PREPARED BY C3 OPS
01 1015C DEC 07



**01 0855 DEC 07 EVENT IED (1x US KIA, 3x US WIA) RUSAFA, KEEYLANI, M143, 1-504TH PIR, 2-2 ID, MND-B (INITIAL)**

MND-B SIGACT 1 (010957)
(CCIR 1)
MND-B EVENT 2 (010941)

**SUMMARY:**

1 X IED
1 X US KIA
3 X US WIA
UNK X DMG

WHO: 1-504TH PIR, 2-2 ID
WHAT: IED
WHEN: 01 0855 DECEMBER 2007
WHERE: 38 S MB 45710 89670

**TIMELINE:**

0855: BAB AL SHEIK JSS REPORTS IED STRIKE ON C16 (TRAIL VEHICLE WAS HIT), VICINITY RT COORS AND MAIN STREET, VIC GRID MB 4531 9001. INITIAL CAS IS 4 X CF WIA

0900: C CO REPORTS 4 X WIA CASUALTIES BATTLE ROSTER #S _____ b 3 130b, b 6 _____
CASUALTIES MOVING TO 86TH CSH

0908: C CO REPORTS CASUALTIES ARRIVED AT 86TH CSH

0910: BDE REPORTS ATTACK AVIATION ON STATION

0915: C CO REPORTS VEHICLE HAS BEEN TOWED TO BAB AL SHEIK JSS

0925: C CO REPORTS A REFINED GRID TO IED BLAST LOCATION
GRID MB 45837 89554

0935: MED OPS IS REPORTING UPDATE TO CASUALTIES AS OF:

-1 SM KIA (DOW), REAR RIGHT PASSENGER
-CS1483 BILATERAL AMPUTATIONS OF BOTH LEGS (VSI), GUNNER
_____ MINOR SCRATCHES AND BRUISES, DRIVER
b(6), b(7)(C) 130b, (NSI) MINOR SCRATCHES AND BRUISES, REAR LEFT PASSENGER

1026: BDE REPORTS EOD IS AT IED SITE CONDUCTING POST BLAST ANALYSIS

FILENAME: 071201 EVENT IED (1  US KIA, 3x US WIA) RUSAFA, KEEYLANI, M143, (INITIAL).PPT



### d. The CJTF Troy Report

The CJTF-Troy Report contains the conclusions that the EFP was steel lined and that the liner broke apart into distinct fragments. It further concluded that the "liner failed to form as penetrator causing the effect of a platter charge which resulted in armor fatigue and spalling." The report also contains an aerial view of the site, a diagram of the scene of the attack, a picture showing the blast seat with the cement mixer, redacted images of the damage done to SPC Reece's vehicle and the recovered circuit board, and a fragment of the steel liner.

4

**338**

SECRET// REL TO USA, AUS, CAN, GBR//20171201



# Aerial View of Site





| TIMELINE NOTIFICATIONS | |
|---|---|
| TF: | 010845CDEC07 |
| EOD Team: | 010930CDEC07 |
| EOD Dept : | 010955CDEC07 |
| EOD OS: | 011020CDEC07 |
| EOD MC: | 011138CDEC07 |

EVENT: EFP Post Blast
OS – On Scene  /  MC – Mission Complete

SECRET// REL TO USA, AUS, CAN, GBR//20171201





**340**








SECRET// REL TO USA, AUS, CAN, GBR//20171201

# Recovered Circuit Board and Steel Liner Fragment



Approved for Release

## 5.   Conclusion

After a review of the available information, I conclude that the attack that killed SPC Reece was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved an EFP, not two EFPs, consisting of a steel liner and an unknown amount of bulk explosive. The EFP was concealed behind the curb under a yellow cement truck. The EFP liner broke apart into two (2) distinct fragments resulting in multiple strike points on the vehicle causing armor fatigue and spalling.

In my professional opinion, the totality of the records available for my review indicates that:

1. An EFP was the weapon used to attack the M1114 HMMWV causing the death of SPC Reece;
2. The damage to the vehicle and multiple strike points strongly indicates that the EFP was precision manufactured;
3. The damage to the vehicle strongly indicates the use of HE explosives in the construction of the EFPs; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFPs.

Dated: June 2, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.06.02 11:34:23 -04'00'

Kevin D. Lutz

**January 6, 2008 Attack - Baghdad**

### 1.  Summary of Opinion

After reviewing the available evidence and information, I conclude that the January 6, 2008, attack that killed Corporal ("CPL") James D. Gudridge and injured Private First Class ("PFC") Joshua Schichtl involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

### 2.  Documents Reviewed

    **a.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) A/4-64 AR: 1 CF KIA 3 CF WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.**  Event Storyboard titled "06 1715C JAN 08 IED ATTK ON 4-64 AR IN WEST RASHID," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **d.**  WIT 10 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **e.**  Casualty Report for PFC Schichtl produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

### 3.  Summary of Attack

At approximately 5:15 p.m. on January 6, 2008, a seven vehicle convoy from 4th Battalion, 64th Armor Regiment, 4th Brigade Combat Team, 3rd Infantry Division was conducting a mounted patrol in the West Rashid neighborhood of Baghdad when the lead vehicle in the convoy, an up-armored M1151 HMMWV, was struck by a multi-array EFP on the driver's side door, driver's side passenger door, and turret while traveling northbound on Route Vernon.[1] The multi-array EFP had 3-4 copper liners and was concealed in the center dirt median, tucked under the edge of the asphalt.[2] The slugs from the multi-array EFP penetrated the vehicle on the driver's side.[3] As a result of the attack, CPL Gudridge, who was driving the vehicle, was killed and three

---

[1]    SIGACT Report at 2; IED Report at 2-3; WIT 10 Report at 11.

[2]    IED Report at 3.

[3]    *Id.*

soldiers, including PFC Schichtl, were wounded.[4] The post blast analysis of the vehicle identified the presence of copper residue at three of the penetration points.[5]

### 4.  Attribution

#### a.  The SIGACT Report

The SIGACT Report notes that the multi-array EFP struck the driver's side front window, driver's door, driver's side passenger door, and turret. It also notes that "some shrapnel sprayed back to second vehicle."[6] It also notes that one of the wounded soldiers was the gunner in the second vehicle.[7]

#### b.  The IED Report

The IED Report lists the main charge configuration as "EFP" and describes the location of the EFP's placement as "Road – Center" and "Concealed – Partially Buried."[8] The IED Report contains comments from WIT 10 that the team "assessed the device to be a single array of 3-4 copper-lined EFPs. The array was set at an[gle] … likely to attack an MRAP style vehicle. The initiation was likely RC armed and PIR initiated."[9] WIT 10 also commented that "the forward most vehicle of the … convoy sustained the EFP attack which is conducive with a PIR initiator," and that "the route was swept by route clearance teams 2 hours prior [to the attack]."[10]

The IED Report also contains WIT 10's comments regarding the damage to the vehicle:

> The troop compartment was penetrated at the windscreen/roofline junction and through the top center roofline which continued through the side turret and exiting the opposite panel of the turret armor. EFP splatter was present in various locations surrounding penetration points. Crew served weapon was severely damaged by EFP penetration.[11]

The IED Report also contains WIT 10's comments regarding the target of the attack:

> The target of this attack was a 7x vehicle A/4-64 AR convoy. The device used in this attack can target multiple types of armored vehicles. The especially steep

---

[4]    SIGACT Report at 3, IED Report at 2.

[5]    *Id.*

[6]    SIGACT Report at 2.

[7]    *Id.* at 3.

[8]    IED Report at 4.

[9]    *Id.* at 3.

[10]   *Id.*

[11]   *Id.*

angles of the EFP array can further target heavily armored vehicles that have an elevated troop compartment. Based on the device used and the irregular movement of this unit, it is likely the convoy was merely a target of opportunity.[12]

**c.   Event Storyboard**

The Event Storyboard prepared by the Battalion's Command, Control and Communication Operations group consists of one slide and provides a summary of the attack and a map of its location.



**d.   The WIT 10 Report**

The WIT 10 Report contains a diagram of the attack scene, an aerial map of the location of the attack and numerous redacted photos showing the damage caused by the EFP to the vehicle.

---

[12]     *Id*. at 4-5.





4

347





**348**









**350**



### e. Casualty Report

PFC Schichtl was in the same vehicle as CPL Gudridge and was injured in the attack. The casualty report for PFC Schichtl notes that his vehicle was equipped with level 1 armor and that at the time of the attack, PFC Schichtl was wearing all of his required protective gear.[13]

### 5. Conclusion

After a review of the available information, I conclude that the attack that killed CPL Gudridge and injured PFC Schichtl was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP consisting of 3-4 copper liners that was concealed in the center dirt median, tucked under the edge of the asphalt. Multiple EFP slug penetrations were observed on the driver's side of the vehicle killing CPL Gudridge and severely injuring PFC Schichtl.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the M1151 HMMWV causing the death of CPL Gudridge and injuries to PFC Schichtl;

---

[13]     CENTCOM did not produce a casualty report for CPL Gudridge in response to Osen LLC's FOIA requests.

2. The damage to the vehicle, multiple strike points and presence of copper residue strongly indicate that the multi-array EFP was copper-lined and precision manufactured;

3. The damage to the vehicle strongly indicates the use of HE explosives in the construction of the multi-array EFP; and

4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Date: July 7, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.07 14:30:35 -04'00'

Kevin D. Lutz

**March 17, 2008 Attack - Baghdad**

**1.  Summary of Opinion**

After reviewing the available evidence and information, I conclude that the March 17, 2008, attack that killed Staff Sergeant ("SSG") Michael D. Elledge and Sergeant ("SGT") Christopher Simpson involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

**2.  Documents Reviewed**

 **a.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) 3/C/1-68 CAB IVO (ROUTE PLUTO): 2 CF KIA 1 CF WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

 **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

 **c.**  Event Storyboard titled "17 1220C MAR 08 EFP ATTACK ON CF IN TAJI," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

 **d.**  WIT 6 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

 **e.**  Two Sworn Statements produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

 **f.**  CEXC Report No. 18489-08 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

**3.  Summary of Attack**

At approximately 12:20 p.m. on March 17, 2008, a five vehicle patrol from 1st Battalion, 68th Armor Regiment, 3rd Brigade Combat Team, 4th Infantry Division was traveling east on Route Pluto to Combat Outpost ("COP") Ford from Camp Taji after exchanging their five M1114s for five M1151s when the third vehicle in the convoy, an up-armored M1151 HMMWV, was struck by a 3-array copper EFP on the passenger side of the vehicle.[1] "The slugs struck near the top of the VC door at the armor/window junction, the rear passenger door in three places (near center of the glass, armor/glass junction, near the upper right corner of the door), and the gunner[']s turret armor perpendicular to the axis of the crew served weapon. Copper residue was found throughout the vehicle."[2]

---

[1] IED Report at 2; SIGACT Report at 2; Event Storyboard; 1LT Sworn Statement dated March 17, 2008 at 1.

[2] IED Report at 4.

EOD determined "that the EFP was placed on top of a HESCO barrier approximately four feet high by the oil ministry building. The EFP was concealed from visibility by an offset between the concrete barriers and the HESCO system."[3] As a result of the EFP attack, SSG Elledge, who was the truck commander, and the gunner, SGT Simpson, were killed immediately and one soldier was wounded.[4] The other members of the platoon were able to extricate SGT Simpson immediately via the hatch. SSG Elledge, however, could not be extricated immediately because of the damage from the EFP. Members of the unit had to use another HMMWV to pull the door open to retrieve him from the vehicle.[5]

### 4.  Attribution

#### a.  The SIGACT Report

The SIGACT Report notes that the vehicles in the convoy had CREW systems and IED Defeat Equipment, but the specific types of equipment are redacted. The report also notes that the vehicles had fragmentary armor door kits installed.[6] The report also contains EOD's assessment that "the vehicle was hit in 3 locations, from a 3 array copper EFP with approx. 25-30 lbs of U[nkown] B[ulk] E[xplosive]. Device was located approximately 100M from a cell phone tower."[7] The report also contains the S2's assessment that the "IED today was the 7th along RTE Plutos in the last 6 months. This attack comes following the opening of a new I[raqi] P[olice] station near the blast site on 15 March 2008. The introduction of the IP likely brought [Shi'a] special groups into a traditional Sunni area."[8]

#### b.  The IED Report

The IED Report lists the main charge configuration as EFP.[9] In the initiators section of the Report, it lists the initiation sub-type as "Passive Infared" [sic] and the initiator as "Electric: Blasting Cap."[10] The munitions section of the Report lists the munitions type as "Shaped Charge/EFP" and the details as "multiple arrays."[11] The IED Report contains comments from WIT

---

[3]      *Id*. at 2.

[4]      *Id*.; SIGACT Report at 2; 1LT Sworn Statement dated March 17, 2008 at 1.

[5]      IED Report at 3.

[6]      SIGACT Report at 2.

[7]      *Id*. at 3.

[8]      *Id*.

[9]      IED Report at 5.

[10]     *Id*. at 6.

[11]     *Id*.

6. Although the specific counter-IED measures are redacted, the WIT 6 comment notes that "[a]ll vehicles had their [redacted] operating as required without any known faults."[12]

The IED Report contains the WIT 6 assessment that "based on the results, the attack was successful. It appears that the placement team that set the EFP was very aware of the engagement zone that it was placed in. This suggests that the team conducted a recon and emplacement of the area well in advance of the convoy. Based on the method and success of the attack, WIT does not believe that the attack was from the normal EFP cell based out of the Al Shulah area."[13] It also notes "the EFP was situated in such a fashion that it could not have been seen when traveling east along the route."[14]

### c.   Event Storyboard

The Event Storyboards prepared by the Battalion's Command, Control and Communication Operations group consists of three slides and provides a summary of the attack, a map of its location, an aerial view of the location, a picture of the blast seat and a redacted image of the damage to the vehicle. The storyboard contains an assessment that "there have been approximately 5X IED events in the last 30 days within 5km of the recent blast. Three were found/cleared and two were effective. According to [CJ]TF Troy reports, four of these events consisted of copper lined EFPs using a cell hone to arm a PIR for initiation. Based on the area and copper-lining of the EFP, special groups criminal elements (SGC) are likely responsible for the attack."

---

[12]    *Id.* at 2-3.

[13]    *Id.* at 3.

[14]    *Id.*



### d. The WIT 6 Report

The WIT 6 Report contains aerial maps of the location of the attack, diagrams showing the scene of the attack and photographs showing the location of the attack, the blast seat and redacted images of the damaged vehicle.

4









**358**





**359**





### e.   Witness Statements

Among the documents produced by CENTCOM are a sworn statement by a First Lieutenant (1LT), who was the patrol leader, and a sworn statement by a Sergeant First Class (SFC), who was in the vehicle behind SSG Elledge's vehicle. According to the SFC, both tires on the right side of SSG Elledge's vehicle were flat as a result of the EFP. He also stated that his vehicle pushed SSG Elledge's vehicle approximately 200 meters away from the blast site. He further stated that when he approached SSG Elledge's vehicle, he could see that SSG Elledge was dead and confirmed that SSG Elledge's door needed to be pulled open using another vehicle. He further confirmed that SGT Simpson was killed by the blast. His statement also confirms that SSG Elledge's vehicle had a CREW system and that it was in the on position following the attack.[15] The 1LT's statement confirms that multiple slugs from the EFP array impacted SSG Elledge's vehicle. According to his statement, SSG Elledge's door was damaged by the EFP strike. His statement also notes that "EOD reported that they could not find any remains of the actual EFP or any command wires but that it had been emplaced inside of a Hesco basket, about 6 feet above ground level. There was no way for any of the soldiers in the platoon to see the EFP."[16]

### f.   CEXC Report

The CEXC reports produced by CENTCOM consist of several chemical analysis reports of various items recovered by WIT 6 at the scene of the attack including a soil sample, copper frag, metal fragments, a rice bag and a rubber circle with a nail. The chemical analysis of these various items found the presence of nitro, RDX, pentaerythritol tetranitrate and TNT.[17] With respect to what the report refers to as a "tan material, cloth like" (most likely the rice bag), the analysis found "residues consistent with a mixture of Trinitrotoluene (TNT) based explosive, Cyclotrimethylenetrinitramine (RDX) based explosive and a Nitro based explosive. Analysis would indicate that a RDX based explosive was most likely used in the manufacturing of an Improvised Explosive Device (IED)."[18] The soil sample tested positive for TNT.[19] Metal fragments recovered by WIT 6 tested positive for RDX and TNT.[20] The EFP slugs recovered tested positive for TNT.[21] Based on this evidence, I conclude that the attackers likely used HE explosives in the construction of the EFP.

---

[15]   SFC sworn statement at 1.

[16]   1LT sworn statement at 1.

[17]   CEXC Report at 5-9.

[18]   *Id*. at 11.

[19]   *Id*.

[20]   *Id*. at 12.

[21]   *Id*. at 13.

### 5.  Conclusion

After a review of the available information, I conclude that the attack that killed SSG Elledge and SGT Simpson was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP consisting of copper liners and approximately 25-30 lbs. of a bulk explosive. The EFP was placed on top of a HESCO barrier approximately four feet high and struck the vehicle on the passenger side. Multiple slugs from the EFP hit the vehicle killing SSG Elledge and SGT Simpson.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the M1151 HMMWV causing the deaths of SSG Elledge and SGT Simpson;
2. The damage to the vehicle, recovery of copper fragments and multiple strike points strongly indicate that the multi-array EFP was precision manufactured and copper-lined;
3. The CEXC analysis that the soil sample contained TNT and the presence of TNT and RDX on fragments recovered by WIT 6 confirm that HE was used in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated:  July 9, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.09 12:06:30 -04'00'

_____
Kevin D. Lutz

**March 29, 2008 Attack - Baghdad**

### 1. Summary of Opinion

After reviewing the available evidence and information, I conclude that the March 29, 2008, attack that killed Private First Class ("PFC") Patrick J. Miller involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

### 2. Documents Reviewed

    **a.** SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (DIRECTIONAL IED) 3/A/2-16, 4-10 MTN IVO (ROUTE FEDALIYAH AND FLORIDA): 2 CF KIA 3 CF WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **b.** IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **c.** Event Storyboard titled "29 1719C MAR 08 AN IED ATTACK ON 2-16 IN IN NEW BAGHDAD," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

### 3. Summary of Attack

At approximately 5:19 p.m. on March 29, 2008, a six vehicle convoy from 2nd Battalion, 16th Infantry Regiment was conducting a mounted patrol in New Baghdad when one of the vehicles in the convoy, an up-armored M1151 HMMWV, was struck by an EFP at the intersection of Routes Florida and Fedaliyah.[1] As a result of the EFP attack, PFC Miller and another soldier in his vehicle were killed, and 3 soldiers were wounded.[2] Following the EFP strike, the convoy came under small arms fire ("SAF").[3]

### 4. Attribution

#### a. The SIGACT Report

The SIGACT Report notes that following the EFP strike, the convoy came under SAF.[4] It also contains the assessment of the S2:

---

[1]    SIGACT Report at 3; IED Report at 2; Event Storyboard.

[2]    SIGACT Report at 3; IED Report at 2; Event Storyboard.

[3]    SIGACT Report at 3.

[4]    *Id.*

**363**

JAM continues to emplace IED/EFP and conduct complex attacks consisting of SAF and R[ocket] P[ropelled] G[renades]. Emplacement and attacks are hasty and have not been coordinated. Attacks are offensive in nature along routes that are used to reach CF facilities and defensive in nature along smaller routes within the Muhallas to protect caches being stored in local mosques. IDF [indirect fire] will continue to target the al Kansa JSS. IED/EFP activity will continue and the supply has not been affected by the recent spike in activity. The Fedaliyah and al Amin battalions that are subordinate to the southern Rusafa [Brigade] are responsible for the majority of the attacks. Reporting suggest that local S[pecial] G[roups] have moved to Sadr City to participate in the defense there.[5]

### b. The IED Report

The IED Report notes that an EOD was able to conduct a post blast analysis of the M1151 and determined that it was struck by an EFP consisting of a copper plate and an unknown amount of bulk explosive.[6] According to the IED Report, EOD believes that a single EFP was used in the attack.[7] EOD was "unable to assess the blast seat so no initiation system was found."[8]

### c. Event Storyboard

The Event Storyboards prepared by the Battalion's Command, Control and Communication Operations group consists of one slide and provides a summary of the attack and a map of its location. It notes that "this is the third IED attack within 1km of this event for the past 5 days. SGCs have consistently targeted C[oalition] F[orces] in the vicinity of COP 799 since the level of violence increased beginning 25 Mar[ch]. Attacks of this nature will continue against CF mounted and dismounted patrols in New Baghdad."

---

[5]   *Id.*

[6]   IED Report at 2.

[7]   *Id.* at 3.

[8]   *Id.* at 2.



### 5. Conclusion

After a review of the available information, I conclude that the attack that killed PFC Miller was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a single EFP consisting of a copper plate and an unknown amount of bulk explosive.

In my professional opinion, the totality of the available record indicates that:

1. An EFP was the weapon used to attack the M1151 HMMWV causing the death of PFC Miller;
2. The damage to the vehicle and the presence of copper residue strongly indicate that the EFP was likely copper-lined and precision manufactured;
3. The damage to the vehicle strongly indicates the use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group, probably JAM, was likely involved in the assembly and emplacement of the EFP.

Date:  July 17, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.ne
t, c=US
Date: 2019.07.17 09:39:03 -04'00'

Kevin D. Lutz

**366**

**March 30, 2008 Attack – Adhamiyah**

1. **Summary of Opinion**

After reviewing the available evidence and information, I conclude that the March 30, 2008 attack that killed Specialist ("SPC") Terrell Gilmore involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

2. **Documents Reviewed**

**a.** SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Improvised Explosive Device (IED)) C/1-64/3/4 ID: 1 CF KIA 1 CF WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

**b.** Event Storyboard titled "30 1426C MAR 08 IED ATTACK ON CF IN ADHAMIYAH," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

**c.** AR 15-6 Investigation Report into the death of SPC Gilmore dated April 8, 2008 (hereinafter in this section, "AR-15-6"), produced by ARCENT in response to Osen LLC FOIA Request No. FA-18-0046.

3. **Summary of Attack**

At approximately 2:25 p.m. on March 30, 2008, SPC Gilmore was part of a seven vehicle convoy travelling from Forward Operating Base ("FOB") Liberty to Joint Security Station ("JSS") Ur, northeast of Baghdad.[1] SPC Gilmore was driving an M1075 Truck Cargo Heavy Palletized Loading System ("PLS") Transport with Level I armor as part of a combat logistics patrol when an explosion occurred to the right of the convoy.[2] Although the convoy did not suffer damage from this first explosion, approximately thirty seconds later, an EFP detonated against the left side of SPC Gilmore's vehicle.[3] The EFP stuck the driver's side door, and the PLS kept rolling until it came to a stop against a semi-trailer parked on the right side of the road approximately 50 meters down the road.[4] The explosions were followed by small arms fire which subsided, and SPC

---

[1]      SIGACT Report at 2-3; AR 15-6, Exhibit C-5 (DA Form 2823 – Sworn Statement, dated April 2, 2008).

[2]      AR 15-6, Memorandum for Commander dated 8 April 2008 regarding Findings and Recommendations of AR-15-6 Investigation ("Memorandum for Commander") at ¶ 3.a; AR 15-6, Exhibit B-1 (DCIPS-Forward Report for SPC Terrell Gilmore), at 2.

[3]      AR 15-6, Memorandum for Commander at ¶ 3.d.

[4]      *Id*. at ¶ 3.d-f.

Gilmore was administered aid before being driven to JSS Ur for further treatment.[5] He was subsequently medavaced by helicopter to the 86th Combat Support Hospital in Baghdad,[6] where he died of his injuries at 7:17 p.m.[7]

### 4.  Attribution

#### a.  The SIGACT Report

The SIGACT Report notes that the EFP comprised "approximately 40 lbs [unknown bulk explosive] in an unknown container, initiation system unknown."[8] The SIGACT further notes the S2 (Intelligence) assessment:

> JAM and S[pecial] G[roups] continue to attempt to prevent C[oalition] F[orces] movement into Sadr City. Attacks against C[oalition] F[orces] are primarily IEDs that have been emplaced over the past 72 hours. JAM and S[pecial] G[roups] have been more likely to engage C[oalition] F[orces] with [small arms fire] and [rocket propelled grenade fire] after an IED strike, and are more prone to protracted engagements. A current T[actics] T[echniques and] P[rocedures] of JAM and S[pecial] G[roups] in Sadr City is to engage the same unit of C[oalition] F[orces] multiple times over a short period of time from multiple vantage points, in an effort to harrass [sic] and delay C[oalition] F[orces].[9]

#### b.  Event Storyboard

The Event Storyboard reiterates the information contained in the SIGACT Report with respect to the EFP containing approximately 40 lbs. of unknown bulk explosive and with respect to the S2 assessment regarding the Tactics, Techniques and Procedures ("TTPs") of Special Groups attacking Coalition Forces.

#### c.  The Army AR 15-6 Investigation

The Table of Contents of the AR 15-6 indicates that the investigating officer collected sworn statements from 7 soldiers present at the attack. The investigating officer concluded that

---

[5]   AR 15-6, Exhibit C-3 (DA Form 2823 – Sworn Statement, dated April 2, 2008).

[6]   *Id.*

[7]   AR 15-6, Memorandum for Commander, at ¶ 3.i.

[8]   SIGACT Report, at 3.

[9]   *Id.*

SPC Gilmore's vehicle was struck by an EFP and that SPC Gilmore died of the wounds he received in the attack.[10]

The convoy was travelling to JSS Ur when an explosion occurred to the right of the convoy. No battle damage was received as a result of this explosion.[11] Approximately thirty seconds after this explosion, and 30-50 meters forward along the convoy route, an EFP detonated on the left side of the road, striking the drivers-side door of the vehicle driven by SPC Gilmore.[12] Both SPC Gilmore and the Truck Commander were knocked out of the vehicle by the force of the blast, and "[t]he unmanned [vehicle] continued in the general direction of travel until it collided with a stationary semi-trailer storage container."[13]

According to the post-blast analysis reported in the AR 15-6, SPC Gilmore's vehicle "was struck by an Explosively Formed Penetrator (EFP) with approximately 40 lbs. of Unknown Bulk Explosive (UBE)…The EFP was command wire initiated; there was no evidence of Remote Control arming or initiator signal."[14] According to a witness to the attack, "[t]he enemy TTPs at the time were to distract you with a primary [explosion] and hit you with a secondary [explosion]."[15] Another witness reported gunfire immediately following the second explosion.[16]

A medic attended to SPC Gilmore, assessing his injuries.[17] He was bleeding from a wound to his back,[18] and to his lower left side.[19] The medic started dressing the wounds and secured SPC Gilmore to a backboard, after which he was driven to Combat Outpost ("COP") Ur.[20] SPC Gilmore was conscious at the time, but could not feel his toes.[21] He was subsequently medavaced by helicopter to the 86th Combat Support Hospital in Baghdad, where he died of his wounds.[22]

---

[10]    AR 15-6 at 3.

[11]    AR 15-6, Memorandum for Commander, at ¶ 3.c.

[12]    *Id.* at ¶ 3.d.

[13]    *Id.* at ¶ 3.d, f.

[14]    *Id.* at ¶ 3.e.

[15]    AR 15-6, Exhibit C-5.

[16]    AR 15-6, Exhibit C-2 (DA Form 2823 – Sworn Statement, dated April 4, 2008).

[17]    AR 15-6, Exhibit C-3.

[18]    AR 15-6, Exhibit C-2.

[19]    AR 15-6, Exhibit C-4 (DA Form 2823 – Sworn Statement, dated April 2, 2008).

[20]    AR 15-6, Exhibit C-3.

[21]    *Id.*

[22]    *Id.*

## 5. Conclusion

After a review of the available information, I conclude that the attack that killed SPC Gilmore was part of the EFP campaign orchestrated by the IRGC and Hezbollah, and that the attack was likely conducted by one of the IRGC's Special Group proxies. I further conclude that this attack involved the use of an Iranian-manufactured, military-grade EFP. The attack involved a concealed EFP emplaced in a tactically advantageous position aligning the convoy route, detonated in concert with another explosive and followed by small arms fire. Small arms fire was frequently used by Special Groups to divert attention as they removed the EFP's command wire or initiation system. These facts indicate that the attackers possessed extensive training in the use and emplacement of EFPs and considerable tradecraft.

In my professional opinion, the totality of the available records indicates that:

1. An EFP was the weapon used to attack SPC Gilmore's vehicle, leading to his death;
2. The damage to the vehicle strongly indicates that the EFP was copper-lined and precision manufactured;
3. The damage to the vehicle strongly suggests the use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: July 17, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.07.17 10:58:50 -04'00'

Kevin D. Lutz

**March 31, 2008 Attack – Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the March 31, 2008 attack that killed Sergeant ("SGT") Dayne D. Dhanoolal involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  AR 15-6 Investigation into the death of SGT Dhanoolal produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0154;

        **b.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) ROUTE CLEARANCE WITH 2-16: 1 CF KIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  CJTF-Troy Report (761 EOD CO: Team 6) produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **e.**  Event Storyboard titled "31 1558C MAR 08 IED ATTACK ON 2-16 IN IN NEW BAGHDAD" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.  Summary of Attack**

        At approximately 3 p.m. on March 31, 2008, an eight-vehicle route clearance patrol from Echo Company, 2nd Battalion, 69th Armor Regiment, 3rd Brigade Combat Team, 3rd Infantry Division departed Forward Operating Base ("FOB") Rustimayah.[1] After clearing Route Pluto, the convoy turned on to Route Predators and headed north.[2] "Initially, the streets were crowded with people and the traffic volume high. However, one kilometer up the road, pedestrians and vehicle traffic was non existent."[3] As the convoy continued north, at approximately 5:58 p.m., the lead vehicle, a Husky operated by SGT Dhanoolal, was struck by a two-array steel lined EFP on the right side of the vehicle.[4] The EFP was detonated approximately 7 feet from the right side of the

---

[1]     AR 15-6 Findings; SIGACT Report at 2.

[2]     AR 15-6 Findings; AR 15-6 Enclosure 10, Patrol Debrief; CJTF Troy Report at 2.

[3]     AR 15-6 Findings; AR 15-6 Enclosure 10, Patrol Debrief.

[4]     AR 15-6 Findings; AR 15-6 Enclosure 10, Patrol Debrief; CJTF Troy Report at 2.

vehicle.[5] One slug from the multi-array EFP hit the engine block, and a second slug entered the Husky below the base of the right side window on an upward trajectory. The second slug passed through SGT Dhanoolal's head killing him instantly and exited at the top left corner of the hull.[6] After being struck, the vehicle continued traveling about 30 meters until it rolled into a ditch on the right hand side of the road and came to a stop.[7] After the Husky had stopped, soldiers in other vehicles dismounted to check on SGT Dhanoolal and determined that he had been killed by the EFP strike.[8] His body was left in the Husky, and the Husky was hooked up to one of the Bradley Fighting Vehicles in the convoy with a tow bar to recover the Husky, which was transported to JSS SUJ.[9] "A full P[ost] B[last] A[nalysis] was conducted the following day at FOB Rustamiyah by a second EOD Team after the vehicle was sanitized."[10]

### 4. Attribution

#### a. The AR 15-6 Investigation

According to the AR 15-6 report's Appendix, the investigating officer obtained sworn statements from eleven soldiers who were present at the attack, and reviewed documentation including the Initial EOD Storyboard, the Final EOD Storyboard, Aerostat Photograph of EFP Contact, Serious Incident Report and Patrol Debrief, although some of these documents have been redacted based on FOIA exceptions. According to the Patrol Debrief, the patrol was made up of four M2A2 Bradley Fighting Vehicles, 2 Huskies and 1 Buffalo. The Patrol Debrief notes that the Bradleys and Huskies contained CREW systems.[11] The Patrol Debrief also notes that EOD conducted a post blast analysis at FOB Loyalty and determined that a 10-14 inch EFP had been used in the attack.[12]

The investigating officer found that:

SGT Dhanoolal was killed in the line of duty by an enemy EFP. The EFP slug entered the vehicle just below the base of the right side window, and exited at the top left corner of the hull. The EFP slug passed through SGT Dhanoolal's head, killing him instantly. The EFP also destroyed his Advanced Combat Helmet (ACH). The EFP detonated approximately 7ft from the vehicle. It was a two-array, steel lined EFP. The first impact entered through the engine block and the second

---

[5]      IED Report at 2; SIGACT Report at 3.

[6]      AR 15-6 Findings.

[7]      AR 15-6 Findings; AR 15-6 Enclosure 10, Patrol Debrief.

[8]      AR 15-6 Findings.

[9]      AR 15-6 Enclosure 13, Sworn Statement dated April 2, 2008; AR 15-6 Enclosure 15, Sworn Statement dated April 2, 2008; AR 15-6 Enclosure 16, Sworn Statement dated April 2, 2008.

[10]      CJTF Troy Report at 2.

[11]      AR 15-6 Enclosure 10, Patrol Debrief at 1.

[12]      Id. at 3.

through the hull. EOD suspects the EFP was aimed at an angle so as to effectively strike this particular type of vehicle.

### b.  The SIGACT Report

The SIGACT Report notes that EOD assessed that the explosive device used in the attack was a 10-12" EFP that detonated 7 feet from the vehicle and that no command wire was found.[13] The report also notes that the EFP struck the lead vehicle, a Husky, in the convoy.[14] It further notes that the Husky had an ECM system, but the specific type of system is redacted in the report.[15] The report contains an assessment made by S2 that "[t]he EFP was most likely emplaced and detonated by the Oubadi/Riassa S[pecial] G[roup]."[16]

### c.  The IED Report

The IED report notes that EOD determined that the "vehicle was struck with an array of 2 EFPs with steel liners. Detonation occurred approximately 7' from the right side of the vehicle."[17] The report lists the main charge configuration as "EFP" and that it was "Concealed - Buried" on the right side of the road.[18] The report further notes that the vehicle struck by the EFP was a Husky with an upgraded armor kit.[19]

### d.  The CJTF-Troy Report

The CJTF-Troy Report consists of seven slides, which include a narrative and EOD's conclusions, an aerial map of the location of the attack, a scene diagram of the attack, and photographs showing the damage to the Husky. According to the EOD Team, the EFP used in the attack was a two-array steel lined EFP and it had been "buried at an angle in order to effectively strike against mine resistant vehicles which are higher off the ground."[20] EOD was not able to determine that type of initiation system used in the attack.

---

[13]    SIGACT Report at 3.

[14]    *Id.*

[15]    *Id.* at 2.

[16]    *Id.* at 3.

[17]    IED Report at 2.

[18]    *Id.* at 3.

[19]    *Id.*

[20]    CJTF-Troy Report at 2.





4



**e.  Event Storyboard**

The Event Storyboards prepared by the Battalion's Command, Control and Communication Operations group consist of one slide and provides a summary of the attack and a map of its location. The Storyboard notes that "EOD assessed the IED to be a 10-12" EFP." It further notes that "activity has dropped significantly over the last 24 hours. Over the next 24-28 hours patrols will continue to find and be targeted by IED/EFP that remain emplaced by SGCs that have no intention of following the new order by MAS. The EFP was most likely emplaced and detonated by the Oubadi/Riassa SGCs."

5

<span style="text-decoration: underline"><strong>375</strong></span>



### 5. Conclusion

After a review of the available information, I conclude that the attack that killed SGT Dhanoolal was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP that had conflicting reports of what material the liners were manufactured from. Based on the damage sustained to the vehicle and no forensics reports provided, I would conclude the liners were form from copper rather than steel. The multi-array EFP was angled upward to inflict maximum damage on the up-armored Husky. One slug hit the engine block and a second slug entered the Husky below the base of the right-side window on an upward trajectory, killing SGT Dhanoolal.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the Husky causing the death of SGT Dhanoolal;
2. The damage to the vehicle strongly indicates that the multi-array EFP was precision manufactured, and the liners likely made from copper;

6

**376**

3. The damage to the vehicle indicates the likely use of HE explosives in the construction of the multi-array EFP; and

4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: July 18, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.18 17:48:25 -04'00'

_____

Kevin D. Lutz

**April 7, 2008 Attack – Sadr City**

   **1.  Summary of Opinion**

After reviewing the available evidence and information, I conclude that the April 7, 2008 attack that killed Sergeant ("SGT") Timothy M. Smith involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

   **2.  Documents Reviewed**

     **a.**  AR 15-6 Investigation for the death of SGT Timothy M. Smith dated April 10, 2008 produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0088;

     **b.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) 1/A/BSTB: 1 CF KIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

     **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

     **d.**  JTF Troy MND Baghdad Report (761 EOD CO: Team 3) produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

     **e.**  WIT 3 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

     **f.**  Event Storyboard titled "07 2139C APR 08 IED ATTACK ON TF 95[TH] MP IN SADR CITY" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

   **3.  Summary of Attack**

At approximately 9:40 p.m. on April 7, 2008, a seven-vehicle convoy consisting of 1 Husky, 1 Buffalo, 1 M1151, 2 RG-31s, 1 JERRV and 1 RG-33 from Alpha Company, 4th Brigade Special Troops Battalion, 4th Brigade Combat Team, 10th Mountain Division were conducting a route clearance patrol in Sadr City heading northeast on Route Aeros when the Husky, being operated by SGT Smith, was struck by a three array 8-10" copper-lined EFP on the right side of the vehicle.[1] The convoy had come to a stop at the intersection of Routes Aeros and Cow to clear concertina wire that was blocking the intersection and to free the Husky that had become entangled in the concertina wire.[2] SGT Smith had requested that the Buffalo, which had an extending arm,

---

[1]     AR 15-6 Findings at 1-2; AR 15-6, Exhibit I, Sworn Statement dated April 9, 2008 at 2; JTF Troy Report at 2-3; IED Report at 2.

[2]     AR 15-6 Findings at 1; JTF Troy Report at 2; AR 15-6 Exhibit L, Sworn Statement dated April 9, 2008 at 1.

come forward to help clear the concertina wire. After clearing the concertina wire, the Buffalo proceeded to back up, at which point a detonation from the right side of the road occurred striking the Husky.[3] "The Husky vehicle suffered four strike points along the right side of the Husky. Three slugs penetrated the crew cab and one penetrated the engine compartment."[4] "The detonation was approximately 5 meters to the right of the Husky next to the curb. After the detonation there were reports of S[mall] A[rms] F[ire] and an RPG that was fired near the convoy."[5] EOD was unable to conduct a post blast analysis at the site of the attack to determine whether the multi-array EFP was PIR or command wire detonated because of the small arms fire and RPG attacks that followed the detonation.[6]

### 4. Attribution

#### a. The AR 15-6 Investigation Report

According to the AR 15-6 report's Index of Exhibits, the investigating officer conducted interviews and obtained the sworn statements of seven soldiers, and reviewed documentation including the Storyboard, Route Clearance, Threat and Route Status, EOD Report and Trauma Record for SGT Timothy Smith, although most of these documents have been redacted based on FOIA exceptions. According to the AR 15-6 Investigation Report, SGT Smith was wearing all appropriate protective gear.[7] The report further notes that "[t]he EOD team assessed that the three slugs that hit the cab were consistent with 8-10" copper lined EFP's. The team believes the fourth strike point that hit the engine compartment to be consistent with a shape charge."[8] According to the witness statements, it appears that some of the vehicles in the convoy were equipped with CREW devices, but which vehicles were equipped with the devices, including SGT Smith's Husky, has been redacted from the statements.[9] According to one of the sworn statements, "[t]he Husky sustained three three inch hole[s] on the right side of the crew cab, directly beneath the right side window. These holes were caused by the three array EFP. The front tires were flattened and the drive shaft was broken in half. This was caused by the shaped charge. There was also spalling all over the right side of the Husky and the right side window was shattered."[10]

---

[3]     JTF Troy Report at 2; AR 15-6 Findings at 1.

[4]     AR 15-6 Findings at 1.

[5]     JTF Troy Report at 2.

[6]     *Id.* at 3.

[7]     AR 15-6 Findings at 2.

[8]     *Id.*; AR 15-6, Exhibit O, Sworn Statement dated April 8, 2008 at 2.

[9]     AR 15-6, Exhibit I, Sworn Statement dated April 9, 2008; AR 15-6, Exhibit J, Sworn Statement dated April 8, 2008; AR 15-6, Exhibit K, Sworn Statement dated April 9, 2008.

[10]     AR 15-6, Exhibit I, Sworn Statement dated April 9, 2008.

### b.  The SIGACT Report

The SIGACT Report notes that the attack was an "EFP based on EOD postblast."[11] The report further notes that SGT Smith was brought to Forward Operating Base Loyalty unconscious and died of his wounds there.[12] The report contains S2's assessment that "there have been 5 add strikes on RTE Aero in past 3 months within 800m of each. These attacks are S[pecial] G[roup] cells that are being commanded to conduct attacks on C[oalition] F[orces] out of Sadr City. This event was most likely to prevent the freedom of movement and disrupt CF operation in the area."[13]

### c.  The IED Report

The IED report contains WIT 3's comments that:

EOD assessed that the device consisted of [redacted] copper lined EFPs and 1x shape charge. The damage to the Husky consisted of 3x penetrations in the cab area which resulted in a catastrophic hit. The 3x penetrations to the cab were consistent with [redacted] copper lined EFPs. Copper residue was present on each of the impact areas. An additional penetration pierced into the engine compartment. This penetration had copper residue as well. EOD assessed that the penetration to the engine compartment was consistent with a shape charge. Additionally, spalling damage was present on the Husky. It is assessed that the device was command initiated due to the amount of time the Husky had been at a halt without a detonation occurring. However, the type of command initiation system utilized is unknown.[14]

### d.  The JTF Troy Report

The JTF Troy Report consists of 11 slides which include a narrative and EOD's conclusions, an aerial map of the location of the attack, a scene diagram of the attack, photographs showing the damage to the Husky and photographs showing the EFP strike points. According to EOD, "[t]hree slugs penetrated the cab area, and one penetrated the engine compartment. The three that struck the cab were consistent with [redacted] copper lined EFP's which resulted in a catastrophic hit. Team believes the fourth strike point to be consistent with a shape charge."

---

[11]    SIGACT Report at 3.

[12]    *Id.*

[13]    *Id.*

[14]    IED Report at 3.



 



### e. The WIT 3 Report

The WIT 3 Report consists of 12 slides containing a map of the location of the attack, a scene diagram of the attack and photographs of the damage done to the vehicle.





5

<u>**382**</u>





**383**

### f.   Event Storyboard

The Event Storyboards prepared by the Battalion's Command, Control and Communication Operations group consist of one slide and provide a summary of the attack and a map of its location. The Storyboard contains an assessment that "there have been 5x strikes on RTE Aero in past 3 months within an 800m proximity. These attacks are S[pecial] G[roup] cells that are being commanded to conduct attacks on C[oalition] F[orces] out of Sadr City. This event was most likely to prevent the freedom of movement and disrupt CF operation in the area."



## 5.   Conclusion

After a review of the available information, I conclude that the attack that killed SGT Timothy M. Smith was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array 8-10" copper-lined EFP. The EFP was emplaced near the curb on the right side of Route Aeros. The multi-array EFP impacted the cab of the Husky in three places causing the death of SGT Timothy M. Smith.

**384**

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the Husky causing the death of SGT Timothy M. Smith;
2. The damage to the vehicle and the copper residue found in each of the impact points on the vehicle strongly indicates that the multi-array EFP was precision manufactured and copper lined;
3. The damage to the vehicle indicates the likely use of HE explosives in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: July 17, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.07.17 13:11:49 -04'00'

_____
Kevin D. Lutz

**April 12, 2008 Attack – Iskandariyah**

    **1. Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the April 12, 2008, attack that wounded Sergeant ("SGT") Allen Swinton involved the use of a 4-6 array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2. Documents Reviewed**

        **a.** SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) A/703 BSB, 4HBCT IVO (ROUTE RTE CHRISTY): 1 CF WIA 1 UE KIA 1 UE WIA 1 UE DET" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.** IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.** "Sworn Statement" by Weapons Intelligence Team member produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.** CJTF-Troy Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **e.** Casualty Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3. Summary of Attack**

        At approximately 10:53 p.m. on the evening of April 12, 2008, SGT Swinton was part of a seventeen-vehicle resupply convoy from Company A, 703rd Brigade Support Battalion on its way from Forward Operating Base ("FOB") Kalsu in Iskandariyah, approximately 20 miles south of Baghdad, traveling east on Route Christy to Patrol Base ("PB") Zulu near Suwayrah. SGT Swinton was riding in the commander position in the lead vehicle, a Mine-Resistant Ambush Protected vehicle ("MRAP"), when the front right-side of the vehicle was struck by what was determined to be an EFP. One slug went through the passenger side front wheel well into the engine while another slug went through the passenger side door. The vehicle continued to roll for approximately fifty meters before the engine died, and it came to a rest.[1] SGT Swinton sustained shrapnel wounds to his right wrist and right leg and was transported to FOB Kalsu for treatment.[2]

        An airborne weapons team ("AWT") engaged two possible triggermen who were observed crawling away from the scene following the EFP's detonation. The AWT killed one of them and

---

[1]      IED Report, p. 3; Casualty Report, p. 12.

[2]      Casualty Report, p. 2; SIGACT Report, p. 3.

injured the other.[3] Following the blast, an EOD team and WIT 14 arrived on site to conduct a post blast analysis.[4] No initiation system was found at the scene. The EOD team and WIT 14 recovered a video camera and cell phone from the dead triggerman. The EOD team identified the vehicle damage as being consistent with a 4-6 array EFP.[5] A route clearance patrol had passed through the same area approximately 15 minutes before SGT Swinton's convoy without incident. An interview of the surviving triggerman revealed that the insurgents had unsuccessfully tried to detonate the EFP on the route clearance patrol. They were then able to readjust the device and successfully detonated the EFP on SGT Swinton's convoy.[6]



Map image of the location of the Attack on SGT Swinton's convoy from CJTF-Troy Report.

---

3        IED Report, p. 2.

4        IED Report, pp. 2-3; SIGACT, pg. 3.

5        IED Report, p. 2.

6        IED Report, p. 3.

2

**387**



Map image of the location of the Attack on SGT Swinton's convoy and location of triggermen from CJTF-Troy Report.

### 4. Attribution

#### a. The IED Report

The Weapons Intelligence Team ("WIT") determined that a 4-6 array EFP, with one and a half to two pounds of explosives per EFP, struck the right front side of SGT Swinton's MRAP. One of the EFPs went through the passenger side front wheel well into the engine. Another EFP went through the passenger side door, injuring SGT Swinton. No initiation system was located at the scene.[7] The EOD team believed that the EFP was armed using a cellphone and was PIR initiated.[8] After the post-blast analysis, the WIT recovered a video camera and a cellphone from the body of one of the triggermen and interviewed the surviving triggerman. The triggerman "claimed he was called by JAM [Jaysh al-Mahdi] insurgents from the Al Imam area to do a mission along the road. The pair of insurgents tried unsuccessfully to detonate the EFP on the route

---

[7]     IED Report, pp. 2-3.

[8]     IED Report, p. 2.

3

**388**

clearance team first. When that didn't work, they called the cell leaders back to ask for help. The triggerman claimed to have adjusted the [telemetry] device and was able to detonate the device on the second convoy."[9] The telemetry device was subsequently recovered from a field.[10] WIT comments also indicate that there was a light between the triggermen and the MRAP that was likely used for aiming.[11]



Image of telemetry recovered near site of attack produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150

### b. The SIGACT Report

The SIGACT report notes the same information conveyed above and outlines the timeframe of the events. The report notes that a video camera and wallets were recovered from the triggermen engaged by the AWT. One of them had been observed crawling around the blast site with a video camera. The report also notes that SGT Swinton received treatment for injuries to a femur and his collarbone.[12]

---

[9] IED Report, p. 3.

[10] Telemetry devices of this sort were used to remotely arm EFPs via radio or cellular frequency, notwithstanding the fact that practically all U.S. military convoys were by this time equipped with at least one vehicle running a multi-band ECM jamming system. The presence of this device, and the technical skill required to properly configure it for use with a corresponding Dual-Tone Multi-Frequency board wired into the EFP device itself, displays a high-level of engineering skill well beyond the capabilities of the untrained local criminal foot soldiers of JAM.

[11] IED Report, p. 2.

[12] SIGACT Report, p. 3.

4

### c. The CJTF-Troy Report

The CJTF-Troy Report indicates that the damage to the vehicle was consistent with a 4-6 array EFP. The fragmentation penetrated the door as well as the engine compartment. The report also noted that the EOD team believed that the EFP had been hastily placed after the route clearance patrol had passed through the area. The Report also included pictures of the damaged vehicle:





## Passenger Door



## Interior Passenger Door



**391**



Images of damaged vehicle taken from CJTF-Troy Report. Note the unredacted strike points on the passenger door and the copper residue left on the strike point on the right front wheel, as noted by the red circle in the original slide.

### d.  Sworn Statement by Weapons Intelligence Team member

The sworn statement made by Weapons Intelligence Team member provided by CENTCOM confirms the information contained in the IED report. The WIT member confirmed that EOD determined that the weapon used was a 4-6 EFP array. He also confirmed that the video camera and cell phone were recovered from the triggerman who had been killed.

### e.  The Casualty Report

The Casualty Report confirms SGT Swinton's location in the vehicle at the time the EFP struck the vehicle and the injuries he sustained in the attack.

### 5.  Conclusion

After a review of the available information, I conclude that the attack that injured SGT Swinton was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array EFP consisting of 4-6 EFPs that were most likely RF armed and PIR initiated. The captured triggerman admitted that he was called by JAM insurgents to perform the EFP attack. JAM is well known to have been working with and trained and financed by the IRGC and Hezbollah. The attackers managed to emplace the EFP in a tactically advantageous position, utilizing a light as an aiming point, and employed a sophisticated telemetry device to remotely arm the EFP despite the C-IED counter-measures that the convoy was running. These facts, together

7

**392**

with the composition of the EFP array, indicate that the attackers possessed training in the use and emplacement of EFPs.

In my professional opinion, the totality of the records available for my review indicates that:

1. An EFP array was the cause of the explosion that injured SGT Swinton;
2. The damage to the vehicle strongly indicates that the EFP array was likely copper-lined and precision manufactured;
3. The damage to the vehicle strongly indicates the use of HE explosives in the construction of the array; and
4. An IRGC-sponsored Special Group, probably JAM, was likely involved in the assembly and emplacement of the array.

Dated: June 11, 2019

Kevin D. Lutz
Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.06.11 13:36:35 -04'00'

_____
Kevin D. Lutz

8

**393**

**April 21, 2008 Attack – Basra**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the April 21, 2008, attack that killed U.S. Marines First Lieutenant ("1STLT") Matthew Vandegrift involved the use of a copper-lined EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.



Satellite image of the location of the Attack on 1STLT Vandegrift's convoy from TF-Renegade Basrah Report.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Bidirectional ED) US MARINE ANGLICO MITT IVO (ROUTE TOPEKA): 1 CF KIA 3 CF WIA 1 CIV WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  Report of Casualty of 1STLT Vandegrift, provided by victim's family; and

    **c.**  TF-Renegade Basrah (Team 2) Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

## 3. Summary of Attack

At approximately 11:12 a.m. on April 21, 2008, 1STLT Vandegrift was part of a four vehicle convoy travelling northwest on patrol, on Route Topeka (Highway 6). 1STLT Vandegrift was in the second vehicle in the convoy, an up-armored M1114 HMMWV, when an EFP detonated against his vehicle, which became engulfed in flames that were not extinguished until nearly three hours after the attack. The explosion resulted in massive internal injuries to 1STLT Vandegrift's pelvic area and burns to his face. He was treated on scene and transferred to Contingency Operating Base ("COB") Basrah Hospital, where he died of his injuries at 2:50 p.m.[1] Three other Marines were wounded in the attack.

## 4. Attribution

### a. The SIGACT Report

The SIGACT Report notes that the "contact explosion was probable contact IED caused by probable EFP."[2].

### b. The TF-Renegade Basrah Report

The TF-Renegade Basrah Report indicates that the damage to the vehicle was consistent with a single copper-lined EFP that was PIR initiated. The EFP was placed beneath a guardrail and camouflaged by a pile of red bricks.[3] According to locals questioned at the site, the EFP was placed the previous night.[4] TF-Renegade Basrah's assessment with regard to attribution was that "SGCs [Special Groups] likely intended to attack the ISF as retaliation for ongoing operations in Basrah."[5] The Report also includes a picture of the damaged vehicle. In my professional opinion, the use of a copper-lined EFP device, the overall quality of the weapon, and the professional tradecraft of its emplacement, all indicate that the attack was the product of Hezbollah and IRGC design, training and technical adaptations

---

[1]     Report of Casualty; SIGACT Report at 3.

[2]     SIGACT Report at 3.

[3]     TF-Renegade Basrah Report at 3.

[4]     *Id*.

[5]     *Id*. at 1.



Redacted Image of damaged vehicle taken from TF-Renegade Basrah

### 5. Conclusion

After a review of the available information, I conclude that the attack that killed 1STLT Vandegrift was part of the EFP campaign orchestrated by the IRGC and Hezbollah, and that the attack was likely conducted by one of the IRGC's Special Group proxies. I further conclude that this attack involved the use of an Iranian-manufactured, military-grade EFP. The attack involved a concealed, copper-lined EFP emplaced in a tactically advantageous position under a guardrail aligning the convoy route. These facts, together with the composition of the EFP, indicate that the attackers possessed extensive training in the use and emplacement of EFPs and considerable tradecraft.

In my professional opinion, the totality of the available records indicates that:

1. An EFP was the weapon used to attack 1STLT Vandegrift's vehicle, leading to his death;
2. The damage to the vehicle and the presence of copper strongly indicates that the EFP was precision manufactured and copper-lined;
3. The damage to the vehicle strongly suggests the use of HE explosives in the construction of the EFP; and

3

**396**

4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: June 2, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.06.02 16:30:23 -04'00'

_____

Kevin D. Lutz

**August 4, 2008 Attack – Baghdad**

**1. Summary of Opinion**

After reviewing the available evidence and information, I conclude that the August 4, 2008 attack that killed Specialist ("SPC") Jonathan D. Menke involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

**2. Documents Reviewed**

    **a.** AR 15-6 Investigation for the death of SPC Jonathan D. Menke dated October 14, 2008 produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-18-0052;

    **b.** SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) 95 MP IVO (ROUTE PREDATORS/AIRPORT RD): 2 CF KIA 1 CF WIA 5 UE DET," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.** IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **d.** JTF Troy MND Baghdad Report (B/447 EOD Flight: Team 6) produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **e.** CEXC Report No. 21081-08 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **f.** Extended Casualty Report for SPC Menke produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **g.** Event Storyboard titled "04 0942C AUG 08 EFP ATTACK ON 95 MP IN KARADAH" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

**3. Summary of Attack**

At approximately 9:35 a.m. on August 4, 2008, a four-vehicle patrol consisting of four M1151 HMMWVs with one interpreter and twelve military personnel from 2nd Squad, 3rd Platoon, 38th Military Police Company was traveling west on Route Airport Road in Baghdad.[1] As the convoy approached Route Predators, the convoy stopped "due to concertina wire emplaced across the roadway at a N[ational] P[olice] checkpoint. As the N[ational] P[olice] were moving

---

[1] AR 15-6 Findings and Recommendations at 1-2; SIGACT Report at 2; AR 15-6, Exhibit E (witness statement dated August 5, 2008).

the concertina wire and the lead vehicle inched forward closer to the wire, the primary EFP device detonated."[2] The EFP was emplaced approximately two meters off the north side of the road and struck the lead M1151 on the passenger side.[3] EOD's post blast analysis determined that the device used in the attack was an eight inch, dual array EFP with 30 lbs. of an unknown bulk explosive.[4] "The device was assessed as a cell phone armed, PIR fired system."[5] While conducting the post blast analysis, a second device was located approximately 3 meters north and 1 meter east of the EFP.[6] The secondary device was determined to be a claymore mine, cell phone armed, Dual Tone – Multi Frequency activated, and PIR sensor initiated. EOD was able to render the secondary device safe and turned it over to WIT 3.[7] As a result of the attack SPC Menke, who was driving the M1151 HMMWV, was killed.[8]

### 4.   Attribution

#### a.   The AR 15-6 Investigation Report

According to the Index of Exhibits to the AR 15-6 Report, the investigating officer reviewed 13 witness statements and the death certificates for SPC Menke and another soldier who was killed in the attack, but the death certificates have been redacted from the report. According to witness statements, SPC Menke was killed instantly by the EFP strike.[9] According to members of the convoy, the EFP strike blew the doors of the M1151 open.[10] The report notes that the four vehicles had counter-IED equipment that were in the correct position and on at the time of the attack, although the specific type of systems has been redacted from the report.[11] It further notes that "[t]hree vehicles were equipped with [redacted] electronic counter measure systems which were operational and functioning at the time of the attack."[12]

---

[2]      IED Report at 2; JTF Troy Report at 2.

[3]      JTF Troy Report at 4; IED Report at 3; SIGACT Report at 2; AR 15-6, Exhibit A (Sworn Statement dated August 5, 2008).

[4]      IED Report at 3.

[5]      *Id.*

[6]      JTF Troy Report at 3.

[7]      IED Report at 3-4.

[8]      AR 15-6 Findings and Recommendations at 1; Extended Casualty Report at 2.

[9]      AR 15-6, Exhibit I (witness statement dated August 5, 2008); AR 15-6, Exhibit J at 2 (witness statement dated August 5, 2008); AR 15-6, Exhibit K (witness statement dated August 5, 2008).

[10]      AR 15-6, Exhibit G (witness statement dated August 5, 2008); AR 15-6, Exhibit H (witness statement dated August 5, 2008).

[11]      AR 15-6 Findings and Recommendations at 3.

[12]      *Id.*

### b.  The SIGACT Report

The SIGACT Report notes that the device used in the attack comprised two 8-inch EFPs and that each EFP had 15 lbs. of explosives.[13] The report also notes that the M1151s in the convoy had Rhinos and Dukes electronic counter measure systems.[14] The report also contains an assessment that "[s]ince 13 July, there have been two IED events and one EFP strike in this area. Two of these three events were targeting C[oalition] F[orces]. This EFP strike may be connected to the recent digging that was spotted on 31 July on Airport Road. This attack was most likely conducted by the Baghdad Al Jadida JAM Cell.[15]

### c.  The IED Report

The IED Report lists the main charge configuration as EFP, that the EFP's initiation was Passive Infrared and notes that the EFP was located on the right side of the road.[16] The report notes that the device was "an 8 [inch] dual array EFP with 30lbs of U[nknown] B[ulk] E[xplosive].[17] The report further notes that "[c]opper fragments were found in two distinct penetration points aiming at the passenger side of the vehicle. The device was assessed as a cell phone armed, PIR fired system. … Due to the device emplacement, the EFP was assessed as targeting a HMMWV."[18] The report also contains WIT 3's comments. According to the comments, "EOD observed 2x penetration to the front right side of the M1151. Copper residue was observed in both penetrations.[19] The report also notes that an improvised claymore mine was discovered near the EFP. According to the report:

> The mine was concealed in a burlap bag and was elevated one meter higher than the EFP. The device contained approximately 15 lbs of UBE with ball bearings used for fragmentation. The PIR was taped over and covered by the burlap bag, suggesting poor construction. TL assessed the improvised claymore as targeting first responders. The device was set-up for anti-personnel use and appeared to be a possible anti-tamper type system as the PIR protected the rear side of the mine.[20]

According to WIT 3's analysis of the claymore mine:

---

[13]     SIGACT Report at 2-3.

[14]     *Id.* at 2.

[15]     *Id.* at 3.

[16]     IED Report at 5.

[17]     *Id.*

[18]     *Id.* at 3.

[19]     *Id.* at 4.

[20]     *Id.* at 3.

This device was clearly designed as an antipersonnel device targeting first responders. Initially the device was speculated, due to its construction, to be linked to the Red EFP network. This was later confirmed when CEXC discovered a latent fingerprint found on the secondary device and matched it [redacted] is a known IED maker for the Red EFP network.[21]

### d.  The JTF Troy Report

The JTF Troy Report consists of 16 slides which include a narrative of the attack and EOD's conclusions regarding the device used in the attack, an aerial map of the location of the attack, a scene diagram of the attack, photographs of the scene of the attack, photographs showing the damage to the vehicle and photographs of evidence recovered at the scene of the attack. According to the report, "[c]opper fragments were found in two distinct penetration points on the right side of the vehicle."[22] EOD recovered a Dual Tone – Multi Frequency board at the scene of the attack. EOD concluded that "[d]ue to the device emplacement, the EFP was assessed as targeting a HMMWV."[23] EOD also concluded that the claymore mine was for targeting first responders. "The device was set-up as an anti-personnel device and appeared to possibly be an anti-tamper type system as the PIR was facing rearward from the front of the mine."[24]

---

[21]     *Id*. at 4.

[22]     JTF Report at 4.

[23]     *Id*.

[24]     *Id*. at 5.





**402**



### e.  CEXC Report 21081-08

The CEXC Report consists of a biometric report of fingerprints found on the claymore mine and notes that one of the fingerprints found on the device was a match to an individual whose name was redacted from the report.[25] The report also contains photographs of evidence collected at the scene of the attack and a chemical analysis that was done which found Pentaerythritol tetranitrate (PETN), RDX and TNT.[26]

### f.  Extended Casualty Reports

According to the extended casualty report for SPC Menke, he was wearing the proper protective gear at the time of the attack. The report notes that SPC Menke's "[c]onvoy was enroute to the Al Karadah Patrol Station when an IED exploded, striking the S[ervice] M[ember]'s vehicle under the bridge overpass on Route Predators and Airport Road." [27]

---

[25]    CEXC Report at 14.

[26]    *Id*. at 25.

[27]    Menke Extended Casualty Report at 2.

### g.   Event Storyboard

The Event Storyboard consists of one slide and provides a summary of the attack and a map of its location. The event storyboard notes that EOD assessed the blast as having been caused by EFPs with 15 lbs. of explosive in each and that it was cell phone initiated. It also contains an assessment that:

> This is the 3rd EFP strike within 2km of this event for the past 30 days. Based on the effectiveness and sophistication of the device it is likely attributable to non-complaint S[pecial] G[roup] C[ell] in the area. Limited reporting indicates that S[pecial] G[roup] C[ell] may be attempting to return to Baghdad in small numbers. It is possible this attack was conducted by S[pecial] G[roup] C[ell] attempting to re-establish a support zone in this area of the city.



**5.  Conclusion**

After a review of the available information, I conclude that the attack that killed SPC Menke was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array copper-lined EFP with 30 lbs. of an unknown bulk explosive that struck the vehicle on the passenger side of the vehicle. The device's emplacement indicates that the EFP was meant to strike a HMMWV. SPC Menke, who was driving the M1151 HMMWV, was killed by the EFP.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the M1151 HMMWV causing the death of SPC Menke;
2. The damage to the vehicle and the copper fragments found in two of the penetration points strongly indicate that the multi-array EFP was precision manufactured and copper lined;
3. The damage to the vehicle strongly indicates that HE explosives were used in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.


Dated: July 28, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net
, c=US
Date: 2019.07.28 18:59:23 -04'00'

Kevin D. Lutz

**405**

**August 26, 2008 Attack – Sadr City**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the August 26, 2008 attack that killed Specialist ("SPC") Carlo Alfonso involved the use of a copper-lined EFP device of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.



Satellite image of the location of the Attack on SPC Alfonso's convoy from JTF Troy Report.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) TF 1-5 IN: 1 CF KIA 3 CF WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  CJTF-Troy MND-Baghdad Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

**406**

    **c.**   IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **d.**   Event Storyboard titled "26 2000C AUG 08 EFP ATTACK ON 40th EN IN SADR CITY," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **e.**   Casualty Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

## 3. Summary of Attack

At approximately 8:00 p.m. on August 26, 2008, SPC Alfonso was part of a convoy travelling northeast on a route clearance patrol on Route Grizzlies in the Sadr City area of Baghdad. SPC Alfonso was in the third vehicle in the convoy, a Mine-Resistant Ambush Protected vehicle ("MRAP") travelling in a staggered formation, when an EFP detonated against the right side of his vehicle, traversing from right to left.[1] The explosion was followed by light small arms fire coming from the east that lasted for approximately one minute.[2] The explosion resulted in polytraumatic injuries to SPC Alfonso, who was taken first to Joint Security Station ("JSS") Sadr City and then to the 86th Combat Support Hospital, where he died of his injuries at 10:44 p.m.[3] Three other soldiers were wounded in the attack. An EOD unit that was embedded with the convoy performed the post-blast analysis.

## 4. Attribution

### a. The SIGACT Report

The SIGACT Report notes that "the wall build along R[oute] Grizzlies continues to hinder S[pecial] G[roup] freedom of manuver [sic], forcing them to conduct retaliatory attacks against C[oalition] F[orces]."[4] The Report further notes that "this S[pecial] G[roup] cell is still working on perfecting this T[actics] T[echniques] and P[rocedures]. With today\'s [sic] success, we can expect to see similar attacks in the near future."[5] According to the EOD assessment provided in the Report:

---

[1]    IED Report at 2.

[2]    *Id.*

[3]    Casualty Report, at 8. The cause of death is identified as "head trauma." *Id.* at 2.

[4]    SIGACT Report at 3.

[5]    *Id.*

Post blast analysis indicated the device consisted of a [redacted] EFP w/ approximately 20 lbs of unk[nown] bulk explosives. The EFP had a copper cone and metal body. No initiation components were found. The device was placed inside a tin shack at a height of [redacted]. The EOD team leader believes it was meant to strike at head level of MRAP passengers…meaning a stand was specifically constructed inside the shack to achieve it[s] intended point of impact.[6]

### b.  The CJTF-Troy Report

The JTF Troy Report indicates that the EFP had a copper liner, and that no initiating components were found. "The use of an aiming marker, the location of the strike, and past events suggest that the initiation method was by command. The small arms fire after the strike was not aimed and could have been a distraction to recover the initiation system and depart the scene."[7] The EFP was concealed inside a shack by the side of the road. "The height of the shack was [redacted] high and the trajectory angle of the EFP was little or none, meaning a stand was specifically constructed inside the shack to achieve its intended point of impact."[8] The CJTF-Troy Report noted that the convoy "had no way of finding a device placed in such a manner[.]"[9] The Report also included a diagram of the scene of the attack and redacted photographs of the damaged vehicle.



---

[6]   *Id.*

[7]   CJTF-Troy Report at 3.

[8]   *Id.*

[9]   *Id.*





Scene Diagram and redacted images of damaged vehicle taken from CJTF-Troy Report.

### c.    The IED Report

The IED Report notes that "[t]he post blast analysis indicated that the blast consisted of [redacted] EFP with 20lbs of unknown bulk explosives. The EFP had a copper cone and metal body. No initiation components were found."[10] The Report further notes that the EFP could not

---

10        IED Report, at 3.

have been discovered "without an intensive search/destruction of the shack" in which it was emplaced, and that "[a]ny variations in driving patterns would not have affected this incidents [sic] occurrence."[11]

### d.    The Event Storyboard

The Event Storyboard notes an increase in EFP attacks in the area: "This is the 4th EFP attack within 3 km over the past 30 days, an increase from 1x . . . attack in the previous 30 days." The Storyboard also reports that "the attack was likely conducted by SGC [Special Group] members attempting to re-establish a presence in Sadr City. SGC will likely continued to target C[oalition] F[orces] and I[raqi] S[ecurity] F[orces] [in order to] disrupt security operations."[12]

## 5.  Conclusion

After a review of the available information, I conclude that the attack that killed SPC Alfonso was part of the EFP campaign orchestrated by the IRGC and Hezbollah, and that the attack was likely conducted by one of the IRGC's Special Group proxies. I further conclude that this attack involved the use of an Iranian-manufactured, military-grade EFP. The attack involved a concealed, copper-lined EFP emplaced in a tactically advantageous position in a tin shack aligning the convoy route, elevated on a stand so as to inflict maximum injuries to the occupants of an MRAP. These facts, together with the composition of the EFP, indicate that the attackers possessed extensive training in the use and emplacement of EFPs and considerable tradecraft.

In my professional opinion, the totality of the available records indicates that:

1. An EFP was the weapon used to attack SPC Alfonso's vehicle, leading to his death;
2. The damage to the vehicle and the presence of copper strongly indicates that the EFP was precision manufactured and copper-lined;
3. The damage to the vehicle strongly suggests the use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated:  June 10, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.06.10 22:25:38 -04'00'

———————————————
Kevin D. Lutz

———————————————

[11]    *Id.*

[12]    Event Storyboard, at 1.

**September 4, 2008 Attack – Baghdad**

1. **Summary of Opinion**

After reviewing the available evidence and information, I conclude that the September 4, 2008 attack that killed Staff Sergeant ("SSG") Kennith W. Mayne and injured Private First Class ("PFC") Christopher Miller involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

2. **Documents Reviewed**

   a. SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) B/1-66 AR IVO (ROUTE PLUTO): 2 CF KIA 1 CF WIA 1 CIV WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   b. IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   c. JTF Troy MND Baghdad Report (447/B EOD CO: Team 5) produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   d. Extended Casualty Report for SSG Mayne produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   e. Extended Casualty Report for PFC Miller produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

   f. Event Storyboard titled "04 1215C SEP 08 EFP ATTACK ON 1-66 AR IN NEW BAGHDAD" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

3. **Summary of Attack**

At approximately 12:15 P.m. on September 4, 2008, a five-vehicle patrol from 1st Battalion, 66th Armor Regiment was traveling northwest on Route Pluto to the Route Predators off ramp when a multi-array EFP struck the first vehicle, an M1151 HMMWV, on the right side of the vehicle.[1] The EFP "was placed 2 meters from the edge of the road behind the gap between two Jersey barriers."[2] EOD's post blast analysis determined that the device used in the attack was

---

[1]     SIGACT Report at 3; IED Report at 2; JTF Troy Report at 2.

[2]     JTF Troy Report at 3; IED Report at 4; SIGACT Report at 2; AR 15-6, Exhibit A (Sworn Statement dated August 5, 2008).

"a three array, one 10 inch and two 6-8 inch EFPs with copper liners."[3] The EFPS were "aimed 90 degrees to the direction of travel. The larger EFP was angled at 10 degrees elevation and the smaller EFPs were angled 6-degree elevation based on the distance from the blast seat and to the penetration points."[4] As a result of the attack SSG Mayne, who was in the gunner's position in the M1151 HMMWV, was killed, and PFC Miller, who was driving the M1151 HMMWV, was injured.[5]

### 4. Attribution

#### a. The SIGACT Report

The SIGACT Report notes that the device used in the attack was a 3 array EFP that "struck the right side engine compartment and destroy[ed] the front end of the Humvee."[6] It also notes that the vehicles in the convoy had CREW systems, but the specific type of systems has been redacted from the report.[7] The report contains information obtained from a local child. The child observed 2 red Opels with military age males inside pull up "to the IED blast site this morning pretending to change a tire and pulled out a round metal ball that was dropped into a hole in the ground. The men then covered the hole with dirt to conceal it."[8] The report also contains S2's assessment that "the last event close to this 16APR08 which consisted of a 9 EFP, cell phone initiated, detonated against CO, 1-66 AR. No damage or injuries. There was also an 30JAN08 EFP event close to today[']s event location."[9]

#### b. The IED Report

The IED Report lists the device description as "a three array, one 10 inch and two 6-8 inch EFPs with copper liners."[10] The main charge configuration is listed as "Blast / Frag."[11]

#### c. The JTF Troy Report

The JTF Troy Report consists of 9 slides which include a narrative of the attack and EOD's conclusions regarding the device used in the attack, an aerial map of the location of the attack, a scene diagram of the attack, photographs of the scene of the attack, a redacted photograph of the

---

[3]    IED Report at 2; JTF Troy Report at 3.

[4]    IED Report at 2-3; JTF Troy Report at 3.

[5]    Mayne Extended Casualty Report at 3; Miller Extended Casualty Report at 12.

[6]    SIGACT Report at 2.

[7]    *Id*.

[8]    *Id*. at 3.

[9]    *Id*. at 4.

[10]    IED Report at 3.

[11]    *Id*.

damage to the vehicle, and a photograph of the blast seat. According to the report, "the IED was a three array, one 10 inch and two 6-8 inch EFPs with copper liners."[12] The report further notes that no initiation system was located at the scene of the attack.[13]



---

[12]     JTF Troy Report at 3.

[13]     *Id.*





**414**

### d.  Extended Casualty Reports

According to the extended casualty reports for SSG Mayne and PFC Miller, they were wearing the proper protective gear at the time of the attack.[14] The report notes that SSG Mayne was "traveling north west on Rte Pluto near the intersection of Denam and Pluto when an EFP struck the [vehicle on the] right side [near] the taxi stand."[15] The report further notes that the vehicle SSG Mayne and PFC Miller were in, an M1151 HMMWV, had Level 1 armor integrated during production.[16]

### e.  Event Storyboard

The Event Storyboard consists of one slide and provides a summary of the attack, a map of its location, a photograph of the blast seat and a diagram showing the EFP strike. The Event Storyboard notes that the EFP struck the right side of the vehicle destroying the engine compartment. It also contains Task Force Troy's assessment that the device used in the attack was a "3x EFP array [consisting of] 1x 10" and 2x 6-8" EFPs with copper liners. … The EFP was designed for an attack on a Humvee." It also contains an assessment that:

> In the last 30 days there have been 2 IEDs within 2 km of this attack. Most attacks in this area have consisted of 5-20x lbs of U[nknown] B[ulk] Explosive]. This attack was a 3x EFP array. S[pecial] G[roup] C[ell] likely perpetrated this attack and will likely continue to use EFPs to target C[oalition] F[orce] and I[raqi] S[ecurity] F[orce] armored vehicles as long as this tactic remains effective.

---

[14]  Mayne Extended Casualty Report at 2; Miller Extended Casualty Report at 12.

[15]  Mayne Extended Casualty Report at 2; Miller Extended Casualty Report at 24.

[16]  Mayne Extended Casualty Report at 3; Miller Extended Casualty Report at 12.



## 5.  Conclusion

After a review of the available information, I conclude that the attack that killed SSG Mayne and injured PFC Miller was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array copper-lined EFP that struck the vehicle on the right side of the vehicle. The device's emplacement indicates that the EFP was meant to strike a HMMWV. SSG Mayne, who was the gunner in the M1151 HMMWV, was killed by the EFP. PFC Miller, who was driving the M1151 HMMWV, was injured by the EFP.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the M1151 HMMWV causing the death of SSG Mayne and injuring PFC Miller;
2. The damage to the vehicle and EOD's assessment that the EFP was copper lined indicate that the multi-array EFP was precision manufactured and copper lined;
3. The damage to the vehicle strongly indicates that HE explosives were used in the construction of the multi-array EFP; and

**416**

4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: July 30, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.30 21:28:06 -04'00'

Kevin D. Lutz

**417**

**December 28, 2008 Attack – Sadr City**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the December 28, 2008 attack that killed Corporal ("CPL") Tony J. Gonzales involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  AR 15-6 Investigation for the death of CPL Tony J. Gonzales dated January 5, 2009 produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0109;

        **b.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) TF 1-6 IN IVO (ROUTE FLORIDA): 1 CF KIA 1 ISF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  JTF Troy MND Baghdad Report (62 EOD CO: Team 1-2 / WIT 19) produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  WIT 19 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **e.**  CEXC Report No. 23437-09 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **f.**  Event Storyboard titled "28 1428C DEC 08 EFP ATTACK ON CF IN SADR CITY" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.  Summary of Attack**

        At approximately 2:00 p.m. on December 28, 2008, a three-vehicle convoy consisting of 3 MRAP vehicles and 20 soldiers from 1st Platoon, Charlie Company, 1st Battalion, 35th Armored Regiment and 1st Battalion, 6th Infantry Regiment were heading northwest in the northbound lane of Route Florida after being rerouted to escort a route sanitizing mission when the lead vehicle in the convoy was struck by a 10 inch copper EFP from the northern side of Route Florida.[1] The EFP struck the turret of the vehicle where CPL Gonzales was positioned killing him instantly.[2] The EFP "contained 25-35 lbs of explosives and was placed on the ground in between two Jersey Barriers. The blast site was within 300 meters from two Civil Projects Workers (CPW) checkpoints. …. The convoy was traveling 5-8 feet from the curb, in which the EFP was able to

---

[1]    AR 15-6 Findings at 1; SIGACT Report at 3.

[2]    AR 15-6 Findings at 1; SIGACT Report at 4.

effectively penetrate the turret with the steep angle it was placed at."[3] The EFP was "located on the right hand shoulder of the northwest bound lane."[4] EOD did not find any initiation system at the site of the attack.[5] EOD also determined that the EFP had a "placement angle higher than those regularly see in this A[rea of] O[peration]. This may have been a deliberate adaptation by the enemy intended to increase the effects of EFP against MRAP vehicles."[6]

### 4.  Attribution

#### a.  The AR 15-6 Investigation Report

According to the AR 15-6 report's Index of Exhibits, the investigating officer conducted interviews and obtained the sworn statements of five soldiers, and reviewed documentation including the EOD Report, Medical Report, Serious Incident Report and Intel Assessment although some of these documents have been redacted based on FOIA exceptions. According to the AR 15-6 Investigation Report, all of the soldiers in the convoy were wearing the proper protective gear.[7] The report further notes that the vehicles in the convoy each had CREW Vehicle Receivers/Jammers which were activated and working properly.[8] According to one of the sworn statements, the vehicles had some sort of countermeasure in the down position. It is most likely that this item is a Rhino although the specific item is redacted from the statement.[9] The Serious Incident Report notes that the EFP penetrated the glass on the turret striking CPL Gonzales in the head.[10]

#### b.  The SIGACT Report

The SIGACT Report notes that the attack was an "EFP Strike."[11] The report further notes that "the device was consistent with [redacted] copper EFP with a net explosive weight of 25-35 lbs[.] U[nknown] B[ulk] E[xplosive]."[12] The report also notes that the EFP did not penetrate the MEAP armor of the vehicle.[13] The report contains S2's assessment that "todays EFP attack was

---

[3]     AR 15-6 Findings at 1-2.

[4]     WIT Report at 2.

[5]     JTF Troy Report at 3.

[6]     *Id.*

[7]     AR 15-6 Findings at 1.

[8]     *Id.*

[9]     AR 15-6, Sworn Statement dated January 2, 2009.

[10]    AR 15-6, Exhibit D (Serious Incident Report) at 2.

[11]    SIGACT Report at 2.

[12]    *Id.* at 4.

[13]    *Id.*

most likely a retaliatory attack conducted by U-SE elements from the sector 1 and sector 0 areas of Thawra I. A string of recent detentions (4x t[ar]g[e]ts captured since 16DEC08) in the area, coupled with heavy CF presence on recent clearing and sniper operations has exacerbated anti-CF sentiment in a historical JAM/SG support zone VIC Al-Sadiqah Al-Tahirah Husaniyah (the historical Mustafa al-Sadr JAM BN headquarters). It remains unclear which exact cell conducted the attack, but it is likely that they are ASW recently captured U-SE target [redacted] subordinate to [redacted]."[14]

### c.   The JTF Troy Report

The JTF Troy Report consists of 15 slides which include a narrative and EOD's conclusions, an aerial map of the location of the attack, a scene diagram of the attack, scene overview of the attack site, a diagram of the EFP slug's trajectory and photographs showing the damage to the MRAP and recovered fragmentation. According to EOD the placement angle of the EFP "may have been a deliberate adaptation by the enemy intended to increase the effects of EFP against MRAP vehicles."[15] EOD also believed that a light pole in the median was most likely used as a firing point.[16]



---

[14]   *Id.* at 5.

[15]   JTF Troy Report at 3.

[16]   JTF Troy Report at 8.







#### d.  The WIT 19 Report

The WIT 19 Report contains, *inter alia*, an analysis of the type of device used in the attack, aerial views of the scene of the attack, a scene sketch diagram, photographs of the scene of the attack, photographs of the damage done to the vehicle and sketches of the EFP's trajectory. The Report contains the WIT Team's assessment that the "EFP was RC initiated, due to the fact that no command wires were observed at the scene."[17] It was noted that an individual was seen fleeing from a building adjacent to the blast crater and it was possible that the building served as the trigger point.[18] The Report notes that photographs and soil samples were taken from the scene of the attack. The Report further notes that "three pieces of copper slugs were recovered from the turret."[19] The Report also contains information obtained from a JAM Special Group EFP builder:

> On 21 May 08, a JAM SG EFP Builder was detained and questioned about his activities in the Baghdad area. Exploitation of the detainee revealed TTPs used by JAM members when handling EFPs. Of note, the detainee stated that one of the standard methods of aiming EFPs to effectively strike larger vehicles is to shift the device up to twice the height of a HMMWV. Given the simplicity of the tactic

---

[17]     WIT Report at 3.

[18]     *Id.*

[19]     *Id.* at 2.

described, it is assessed that this TTP could have been used when adjusting the EFP's angle prior to emplacement of the device. Surveillance teams often observe CF convoys on commonly travel routes and collect intel, to include how close the element drives to the curb. In the, past two weeks, CF have conducted mission that resulted in the detention of mid to low USE leaders. There have been reports of multiple individuals threatening actions if the detainees aren't released. Recent CF mission within the area could have prompted this attack.[20]



---

[20]      *Id.* at 3.





### e.   CEXC Report

The CEXC reports produced by CENTCOM consist of several chemical analysis reports of a soil sample and copper slugs recovered by WIT 19 at the scene of the attack. The chemical analysis of the soil sample found "trace explosive residue consistent with a mixture of Cyclotrimethylenetrinitramine (RDX) and Trinitrotoluene (TNT) based explosives." The analysis of the copper EFP slugs found "trace residue consistent with a Cyclotrimethylenetrinitramine (RDX) based explosive."

### f.   Event Storyboard

The Event Storyboards prepared by the Battalion's Command, Control and Communication Operations group consist of one slide and provide a summary of the attack, a map of its location and images of the damage to the MRAP. The Storyboard contains an assessment that "in the last 30 days there have been 4 other IED attacks within 2 km. Attacks in this area have typically been EFPs with 10-15 lbs U[nkown] B[ulk] E[xplosive]. This IED was likely placed by special groups members attempting to limit CF movement throughout Sadr City."



## 5.   Conclusion

After a review of the available information, I conclude that the attack that killed CPL Tony J. Gonzales was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a copper EFP with a net explosive weight of 25-35 lbs. of an unknown bulk explosive. The EFP was emplaced between two Jersey barriers on the north side of Route Florida and was aimed at a higher angle. Based on the lack of command wire at the scene of the attack, it is believed that the EFP was remote controlled triggered. The EFP impacted the turret killing CPL Gonzales instantly.

In my professional opinion, the totality of the records available for my review indicates that:

1.  An EFP was the weapon used to attack the MRAP causing the death of CPL Tony J. Gonzales;
2.  The damage to the vehicle strongly indicates that the EFP was precision manufactured and copper lined;
3.  The damage to the vehicle and EOD's assessment that the EFP had a net explosive weight of approximately 25-35 lbs. of an unknown bulk explosive indicates the likely use of HE explosives in the construction of the EFP; and
4.  An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: July 18, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.18 17:43:50 -04'00'

_____

Kevin D. Lutz

**January 10, 2009 Attack – Baghdad**

**1.  Summary of Opinion**

After reviewing the available evidence and information, I conclude that the January 10, 2009 attack that killed Staff Sergeant ("SSG") Justin Bauer and injured Specialist ("SPC") Andrew Bradley involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

**2.  Documents Reviewed**

    **a.**  AR 15-6 Investigation for the death of SSG Justin Bauer dated January 14, 2009 produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0141;

    **b.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) D/ 2-505: 1 CF KIA 1 CF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **d.**  WIT 3 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **e.**  JTF Troy MND Baghdad Report (B/447 EOD: Team 2) produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **f.**  CEXC Report No. 23513-09 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **g.**  Event Storyboard titled "10 1959C JAN 09 EFP ATTACK ON CF IN NEW BAGHDAD" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

**3.  Summary of Attack**

At approximately 7:59 p.m. on January 10, 2009, a four vehicle convoy consisting of an Iraqi National Police pick-up truck and 2 MRAP MAX PRO Pluses and 1 MRAP RG-33 from Delta Company, 2nd Battalion, 505th Parachute Infantry Regiment, 82nd Brigade Support Battalion, 3rd Brigade Combat Team, 82nd Airborne Division was traveling south on Haab Road near Route Florida when the lead vehicle in the convoy, a MAX PRO Plus MRAP, was struck by a command wire initiated three-array copper EFP on the driver's side of the vehicle.[1] Each EFP in the array consisted of a 6" copper disk with approximately 10-12 lbs. of an unknown bulk

---

[1]    AR 15-6 Memorandum at 1; JTF Troy Report at 1, 4.

explosive. The three-array EFP was emplaced approximately 1-2 meters off the road on the driver's side of the vehicle on the ground and was set at an angle.[2] The EFP struck the "driver side fuel tank, the hull just below the bottom of the door, and the hull/door hinge point."[3] One slug "traveled completely through the vehicle and exited out the passenger side of the vehicle. The second penetration, at the forward driver door hinge, traveled through the vehicle resulting in 1 WIA (driver) and 1 KIA (Vehicle Commander)."[4] EOD recovered command wire from the attack site and copper fragments from the vehicle.[5] SSG Bauer, who was the truck commander, was killed and SPC Bradley, who was the driver of the MRAP, was injured by the multi-array EFP.[6]

### 4.  Attribution

#### a.  The AR 15-6 Investigation Report

According to the AR 15-6 report's List of Exhibits, the investigating officer reviewed documentation including the Chronology of Events, Storyboard, Sworn Statements, EOD Assessment, Serious Incident Report, Investigator Diagram of Events, Photos from the scene of the attack, Maintenance & Inspection Worksheet and Building Search Report (Iraq), though some of these documents have been redacted based on FOIA exceptions. According to the AR 15-6 report, "[t]he attack was initiated with a command wire EFP consisting of three separate devices that fired simultaneously. Each device contained a 6" copper plate and 10-12lbs of Unknown Bulk Explosive."[7] The report also notes that after the EFP struck the lead vehicle, the convoy came under attack by small arms fire.[8] According to witness statements, SSG Bauer was KIA when they checked on him immediately following the EFP strike.[9]

---

[2]      AR 15-6 Memorandum at 1.

[3]      IED Report at 2-3; JTF Troy Report at 2.

[4]      IED Report at 3.

[5]      IED Report at 3; JTF Troy Report at 3.

[6]      AR 15-6 Memorandum at 2; AR 15-6 Tab 8 (sworn statement dated January 12, 2009).

[7]      AR 15-6 Memorandum at 1.

[8]      *Id*. at 2-3; AR 15-6 Tab 8 (sworn statement dated January 12, 2009).

[9]      AR 15-6 Tab 8 (sworn statement dated January 12, 2009).



### b.  The SIGACT Report

The SIGACT Report contains EOD's assessment that:

Based on impacts and penetration on the vehicle the IED is assessed to be a copper lined, multiple array, command fired EFP. Slug damage to the vehicle is consistent with 6 inch EFP slugs and approximately 18-24 pounds u[nknown] b[ulk]

e[xplosives]. Seven other events within two km radius indicates that the placement and construction of EFPs is being refined in this area.[10]

The report also contains S2's assessment about the attack:

It has been assessed that Hayder Yassir al Arbunkayi (UK1277), A2PHVT, was responsible for this attack. This is based upon the location of the attack and recent reporting. There was a very similar EFP attack in the same area on 19DEC08, which was prematurely detonated. This route is consistently used for vigilant guard operations. The frequent use of routes in this area makes C[oalition] F[orces] and N[ational] P[olice] patrols a target for IED/EFP attacks.[11]

### c.   The IED Report

The IED Report describes the device as a "Command fired multiple array EFP. Array is consistent with 6 inch EFPs."[12] With respect to the placement of the multi-array EFP, the report notes that it was "Concealed – Debris/Rubble Pile" and that the device was located on the left side of the road.[13] The report lists the main charge configuration as EFP and the initiation sub-type as command wire.[14] The report lists the aiming point details as "Chair in a goat stall with a large wooden pole tied to it located on the west side of the road" and the firing point details as "100 m[eters] east of detonation site."[15]

### d.   The WIT 3 Report

The WIT 3 Report consists of 10 slides which include an aerial photograph of the location of the attack which marks the location of the blast seat, a scene sketch, photographs of the scene of the attack, photographs of the damage to the MRAP, a photograph of the blast seat and a diagram of the point of impact. These slides are almost identical to the slides included in the JTF Troy Report discussed below.

### e.   The JTF Troy Report

The JTF Troy Report consists of 13 slides which include a narrative and EOD's conclusions regarding the attack, an aerial photograph of the location of the attack which marks the location of the blast seat, a scene overview, photographs of the scene of the attack, photographs

---

[10]   SIGACT Report at 6.

[11]   *Id.*

[12]   IED Report at 4.

[13]   *Id.*

[14]   *Id.* at 5.

[15]   *Id.* at 2.

of the damage to the MRAP, a photograph of the blast seat and a diagram of the angle of attack. According to EOD's narrative of the attack:

> [The] EFP Array struck the first vehicle (MaxxPro) in the convoy, hitting the driver side fuel tank, the hull just below the bottom of the door, and the hull/door hinge point. Two slugs penetrated the hull. The first slug traveled completely through the vehicle and exited out the passenger side of the vehicle. The second penetration, at the forward driver door hinge, traveled through the vehicle resulting in 1 WIA (driver) and 1 KIA (Vehicle Commander). Third slug impacted at the junction between the fuel tank armor and the driver's door.[16]

EOD's conclusion regarding the device used in the attack states "Based on impacts and penetration of the vehicle, the device is assessed as a copper lined, multiple array, command wire initiated EFP. Slug damage to the vehicle is consistent with 3x 6 inch EFP slugs."[17]



---

[16]    JTF Troy report at 2.

[17]    *Id*. at 3.









SECRET//REL TO USA, AUS, CAN, GBR//20190110

## Damage to Vehicle cont.

SECRET//REL TO USA, AUS, CAN, GBR//20190110

Point of impact # 2

Impact on TC Door

FOIA 17-0150

SECRET//REL TO USA, AUS, CAN, GBR//20190110

1766  8/14/17

#### f.   CEXC Report

The CEXC reports produced by CENTCOM consist of chemical analysis reports of a soil sample and EFP fragments recovered at the scene of the attack, and a photograph of the command wire recovered at the scene of the attack. The chemical analysis of the soil sample found "trace explosive residue consistent with Cyclotrimethylenetrinitramine (RDX) based explosives. Analysis would indicate that a RDX based explosive was most likely used in the manufacturing of an Improvised Explosive Device (IED)."[18] The analysis of the EFP fragments recovered at the scene of the attack found "trace explosive residue consistent with a mixture of Nitro based explosives, Pentaerythritol Tetranitrate (PETN) based explosives and Smokeless Powder. Analysis would indicate that a Pentaerythritol Tetranitrate (PETN) based explosives mixed with a Nitro based explosive and smokeless powder was most likely used in the manufacturing of an Improvised Explosive Device (IED)."[19] The report further notes that "NITRO based high explosives are commonly utilized in IEDs within the I[raqi] T[heater] of

---

[18]      CEXC Report at 3.

[19]      *Id*. at 2.

O[perations]. PETN and Smokeless Powder are commonly used in the construction of IEDs within the ITO."[20]



Chemical Analysis Report for EFP Fragments



EFP Fragments recovered at scene of the attack

---

[20]    *Id.*

### g.  Event Storyboard

The Event Storyboards prepared by the Battalion's Command, Control and Communication Operations group consist of one slide and provide a summary of the attack, a map of its location, a diagram showing the angle of the multi-array EFP and photographs of the points of impact of the multi-array EFP. The Storyboard contains EOD's assessment that "the device is assessed as a copper lined multiple array, command wire initiated EFP. Slug damage to the vehicle is consistent with 3x 6 inch EFP slugs. Blast seat measured 6'W x 5'L x 1'D and is consistent with an n[et] e[xplosive] w[eight] of approximately 24 pounds of u[nknown] b[ulk] e[xplosive]." It also contains an assessment that:

> This is the 6th IED event that has occurred within 2 km for the last 30 days, 2x of which were found and cleared. This route is consistently used for vigilant guard operations. The frequent use of routes in this area makes C[oaltion] F[orces] and I[raqi] S[ecurity] F[orces] patrols a target for IED/EFP attacks by U-SE.



### 5. Conclusion

After a review of the available information, I conclude that the attack that killed SSG Justin Bauer and injured SPC Andrew Bradley was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array copper EFP that was command wire initiated and contained approximately 24 pounds of an unknown bulk explosive. The EFP was emplaced approximately 1-2 meters off the road on the driver's side of the vehicle on the ground and was set at an angle. The multi-array EFP impacted the MRAP in three locations one of which entered through the forward driver door hinge, traveling through the vehicle injuring SPC Bradley and killing SSG Bauer.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the MRAP causing the death of SSG Justin Bauer and injuring SPC Andrew Bradley;
2. The damage to the vehicle and recovery of copper fragments from the scene of the attack strongly indicates that the EFP was precision manufactured and copper lined;
3. The damage to the vehicle and EOD's assessment that the EFP contained approximately 24 pounds of an unknown bulk explosive indicates the likely use of HE explosives in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: August 11, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.08.11 15:21:17 -04'00'

Kevin D. Lutz

**January 18, 2009 Attack – Baghdad**

### 1.  Summary of Opinion

After reviewing the available evidence and information, I conclude that the January 18, 2009 attack that killed Staff Sergeant ("SSG") Roberto Andrade, Jr. involved the use of a dual-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely deployed by an IRGC-sponsored Special Group.

### 2.  Documents Reviewed

    **a.**  "Article 15-6 Investigation, Hostile Death of SSG Roberto Andrade, Jr., 18 January 2009, Headquarters, 1st 66th Armor Regiment," dated January 25, 2009 produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0134;

    **b.**  SIGACT Report entitled "IED EXPLOSION RPT (Directional IED) 3/PSD/166 AR : 1 CF KIA 2 CF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **d.**  CJTF-Troy Report prepared by B/447 EOD Team 1-1, produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

### 3.  Summary of Attack

On January 18, 2009, a detail of four armored vehicles departed from Forward Operating Base Rustamiyah ("FOB Rustamiyah"). The lead vehicle in the detail was an armored Mine Resistant Ambush Protected ("MRAP") truck that was commanded by SSG Andrade. The convoy was the Personal Security Detail ("PSD") of the Battalion's S3 officer,[1] who was to meet with a local Iraqi Army Commander. The convoy's route included multiple stops along the way. The first scheduled stop was to be at Command Outpost ("COP") 799, but, shortly after departing FOB Rustamiyah, the lead MRAP was struck by a dual-array EFP that killed SSG Andrade.[2]

---

[1]      The S3 is the battalion's operations and training officer. A member of the battalion's command staff, an S3, typically holds the rank of major or lieutenant colonel in the Army. The S3 is also the battalion training officer, ensuring the ongoing military education of the battalion's personnel.

[2]      "Article 15-6 Investigation, Hostile Death of SSG Roberto Andrade, Jr., 18 January 2009, Headquarters, 1st 66th Armor Regiment," dated January 25, 2009 (hereinafter, "AR 15-6") at 5.

**437**

### 4. Attribution

#### a. The Army AR 15-6 Investigation

According to the AR 15-6's Table of Contents, the investigating officer interviewed and obtained two sworn statements from soldiers who witnessed the attack, and reviewed extensive documentation, including the Serious Incident Report, the storyboard, the S2 section's contact history of the area where the strike occurred, the CJTF-Troy Assessment of the EFP strike, and the EOD blast report.[3] Based upon his review of this information, the investigating officer concluded that SSG Andrade's MRAP was struck by a dual-array EFP that was "placed on top of or behind the wall that was to the immediate right of SSG Andrade's vehicle. One of the copper slugs penetrated [SSG Andrade's] door window. The second copper projectile entered just past the [SSG Andrade's] door, towards the rear of the vehicle, and passed between [SSG Andrade] and [the] gunner, coming to rest in the radio mount area."[4]

The first copper slug caused SSG Andrade "massive face and head trauma. This trauma was cased as the first EFP slug penetrated his door window, passing and most likely hitting him as it dissipated upon entry into the vehicle."[5] SSG Andrade subsequently died of his wounds approximately two hours later at the combat support hospital at FOB Loyalty.[6]

#### b. The SIGACT Report

The SIGACT report contains the EOD assessment that the MRAP was struck by a "dual array [redacted] copper lined EFP" that was propelled by approximately 15 pounds of an unknown bulk explosive.[7] The device was "elevated on a cinderblock wall."[8]

#### c. The IED Report

Under the "Analysis" section of the IED Report, the investigating team noted that the "blast seat was located on a top [sic] of a cinderblock wall. . . .  Evaluation of the vehicle revealed that two copper slugs penetrated the [passenger] side of the [MRAP]; one through the [front passenger] window and one just behind the [front passenger] seat. Neither slug exit[ed] the vehicle."[9] The team assessed that the device used to attack the MRAP was "consistent with a dual [redacted] copper lined EFP array, each containing approximately 15lbs U[nidentified] B[ulk]

---

[3]    AR 15-6 at 15.

[4]    *Id.* at 12.

[5]    *Id*. at 13.

[6]    *Id*., Exhibit B, ¶6.

[7]    SIGACT Report at 4.

[8]    *Id*.

[9]    IED Report at 2.

2

E[xplosives]."[10] The EOD teams further concluded that the "EFPs were elevated for a direct attack against an MRAP vehicle."[11]

### d.  The CJTF-Troy Report

The CJTF-Troy Report contains aerial imagery of the attack site as well as photographs taken of the blast seat atop the cinderblock wall.



The report also contains redacted images of the EFP strike points along the right side of SSG Andrade's MRAP.



---

[10]     *Id.*

[11]     *Id.* at 3.

3

<u>**439**</u>

According to the report, the first EFP slug penetrated the MRAP through SSG Andrade's window and "dissipated after initial entry. [The] [e]ntry hole measured 8" by 6" at a height [redacted] from ground level. No slug was recovered."[12] The second slug "penetrated . . . through [the] passenger side armor just behind" SSG Andrade's seat. The second slug "dissipated while traveling through [the] radio box. Entry hole measured 4" x 3". . . . No Slug was recovered."[13]



Diagram of the EFP Slug Trajectory taken from the CJTF-Troy Report.

## 5. Conclusion

After a review of the available information, I conclude that the attack that killed SSG Andrade was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved the use of a dual-array, copper lined EFP. The slugs created by the dual-array EFP penetrated both the transparent armor and the steel armor of SSG Andrade's MRAP, causing him massive traumatic head and facial injuries that resulted in his death.

In my professional opinion, the totality of the available record indicates that:

1. A dual-array EFP was the weapon used to attack the MRAP and that killed SSG Andrade;

---

12      CJTF-Troy Report at 11.

13      *Id.*

2. The damage to the vehicle strongly indicates that the dual-array EFP was precision manufactured and copper-lined, and that it was designed by Hezbollah and the IRGC and likely supplied by the IRGC;

3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the dual-array EFP; and

4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the dual-array EFP.

Dated:  May 2, 2019

<div align="right">

Kevin D. Lutz
Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.05.02 18:26:13 -04'00'

_____

Kevin D. Lutz

</div>

**April 22, 2009 Attack – Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the April 22, 2009 attack that killed Corporal ("CPL") Brad A. Davis involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  AR 15-6 Investigation for the death of CPL Brad A. Davis dated April 26, 2009 produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-18-0054;

        **b.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) (EFP) / 2-505 PIR IVO (ROUTE FLORIDA): 1 CF KIA 6 UE DET" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  WIT 3 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **e.**  JTF Troy MND-B Report (704 EOD / Team 1-3) produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **f.**  CEXC Report No. 24899-09 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **g.**  Event Storyboard titled "22 1945C APR 09 EFP ATTACK ON CF CONVOY IN NEW BAGHDAD" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.  Summary of Attack**

        At approximately 7:45 p.m. on April 22, 2009, a ten vehicle convoy on a resupply mission consisting of 5 MRAP MAX PRO Pluses, 1 MRAP MEAP, 2 Palletized Load System vehicles, 1 water truck and 1 wrecker from Fox Company, 2nd Battalion, 505th Parachute Infantry Regiment, 82nd Brigade Support Battalion, 3rd Brigade Combat Team, 82nd Airborne Division originating at Joint Security Station Loyalty was traveling east on Route Florida when the lead vehicle in the convoy was struck by a command wire initiated three-array copper EFP on the passenger side of the vehicle.[1] The three-array EFP was emplaced on the ground and set at an angle so that its slugs

---

[1]    AR 15-6 Memorandum at 1; IED Report at 2, 4; SIGACT Report at 3; JTF Troy Report at 4, 11.

<u>**442**</u>

struck the MRAP in three different locations. The first slug struck the turret of the vehicle where CPL Davis was positioned, causing his death. The second slug hit the passenger door, struck the MEAP armor and disengaged it from the door, but did not enter the vehicle. The third slug struck under the passenger's windshield and ricocheted into the vehicle's hood armor.[2] EOD recovered command wire from the attack site and copper fragments from the vehicle.[3] CPL Davis' MRAP had a Duke CREW System that was on and MEAP Armor, and the PIR Defeat and Rhino Position were down and on.[4]

### 4. Attribution

#### a. The AR 15-6 Investigation Report

According to the AR 15-6 report's Table of Contents, the investigating officer obtained the sworn statements of four soldiers, and reviewed documentation including the EOD Assessment, Storyboard, Medical Report and Serious Incident Report, though some of these documents have been redacted based on FOIA exceptions. According to the AR 15-6 report, "[t]he first EFP impacted at a height of 102" from the ground at an angle of 35 degrees causing the death of SPC Brad Davis."[5] The investigating officer further noted:

> The first projectile to strike the vehicle was most likely the furthest to the left …
> This projectile formed correctly, penetrating the side window behind the TC's door
> and under the front of the turret. The projectile hit the radios and the mounts located
> inside the vehicle; destroying both, a fragment from this strike caused the injury to
> SPC Davis.[6]

According to one of the sworn statements, the CREW systems in vehicles were checked prior to mission and were working properly.[7] The Serious Incident Report notes that the first truck in the convoy was struck by an EFP causing injuries to CPL Davis, who was later declared killed in action at JSS Loyalty.[8]

#### b. The SIGACT Report

The SIGACT Report notes that the IED Type was an EFP and that it was a 3 array EFP.[9] The report contains EOD's assessment that "at this time team leader believes the vehicle was struck

---

[2]    AR 15-6 Memorandum at 1; IED Report at 3; SIGACT Report at 5.

[3]    SIGACT Report at 4; JTF Troy Report at 4, 11.

[4]    AR 15-6, Exhibit Q.

[5]    AR 15-6 Memorandum at 1.

[6]    *Id.*

[7]    AR 15-6, Exhibit H (sworn statement dated April 23, 2009).

[8]    AR 15-6, Exhibit R (Serious Incident Report) at 1.

by a three-array EFP initiated by command wire. The EFP array was emplaced on the ground at an angle."[10]

### c.   The IED Report

The IED Report notes that WIT determined that the device used in the attack was a three-array EFP.[11] WIT further determined that one of the EFPs struck the hood of the MRAP, one EFP was aimed at the truck commander and struck the truck commander's door destroying the MEAP armor but not penetrating the vehicle, and the third EFP was aimed at the gunner.[12] The report further notes, "[t]he aiming point, two telephone poles, were in a north/south line across RTE Florida."[13]

### d.   The WIT 3 Report

The WIT 3 Report consists of 14 slides which include an aerial map of the location of the attack, photographs of the scene of the attack, sketches of the scene of the attack, photographs showing where the EFP struck the vehicle, photographs showing the damage to the vehicle and photographs of the evidence collected at the scene.

---

[9]      SIGACT Report at 2-3.

[10]     *Id*. at 5.

[11]     IED Report at 4.

[12]     *Id.*

[13]     *Id*. at 3.





**445**











### e. The JTF Troy Report

The JTF Troy Report consists of 11 slides which include a narrative and EOD's conclusions, an aerial photograph of the location of the attack which marks the location of some of the vehicles in the convoy, photographs of the scene of the attack, photographs of the damage to the MRAP, and photographs of recovered evidence. According to EOD the placement angle of the EFP array "was to target the Gunner, T[ruck] C[ommander] and driver of a C[oalition] F[orce] vehicle. Team leader also believes there were two or more people involved with the initiation of the EFP. One or more had visibility of the convoy through the alley and was able to signal the trigger man."[14]

---

[14]      JTF Troy Report at 5.




SECRET // REL TO USA, AUS, CAN, GBR// 20190423

# JTF Troy - MND-B

## Aerial Photogragh



FOIA 17-0150

739 6/21/17

SECRET // REL TO USA, AUS, CAN, GBR// 20190423

**449**




SECRET // REL TO USA, AUS, CAN, GBR// 20190423

## JTF Troy - MND-B

### Photographs of Scen






SECRET // REL TO USA, AUS, CAN, GBR// 20190423

## JTF Troy - MND-B

### Evidence Recovered



### f.   CEXC Report

The CEXC reports produced by CENTCOM consist of chemical analysis reports of a soil sample, copper fragments and other metal fragments recovered by EOD and turned over to WIT 3, photographs of the evidence recovered from the scene of the attack, and a biometric report of fingerprints found on components from the EFP. The chemical analysis of the soil sample found "trace explosive residue consistent with Trinitrotoluene (TNT) based explosives. Analysis would indicate that a TNT based explosive was most likely used in the manufacturing of an Improvised Explosive Device (IED)."[15] The analyses of the copper fragments and other metal fragments recovered at the scene of the attack found "trace explosive residue consistent with Trinitrotoluene (TNT) based explosives. Analysis would indicate that a TNT based explosive was most likely used in the manufacturing of an Improvised Explosive Device (IED)."[16]



---

[15]      CEXC Report at 22.

[16]      *Id*. at 21.





11

### g. Event Storyboard

The Event Storyboards prepared by the Battalion's Command, Control and Communication Operations group consist of one slide and provide a summary of the attack and a map of its location. The Storyboard notes that the "EFP was placed at an angle directed towards the turret gunner." The Storyboard also contains S2's assessment:

> This is the 1st IED/EFP attack within a 2km radius in the last 30 days. Recently there have been few EFP/IED attacks in the 2-505 O[perational] E[nvironment], although there was an EFP cache discovered in the last 48 hrs. The last EFP that was found in this area was on 15 May 08 and consisted of [redacted] plate and was command wire initiated. The EFP strike today was reported to have also been command wired. FSG EFP cells were most likely waiting for an opportunity to strike a C[oalition] F[orce] convoy on a frequently used route. N[ational] P[olice] are conducting searches in the area for possible triggermen or lookouts. Further t[actical] q[uestioning] of L[ocal] N[ation]s in the surrounding neighborhood by both C[oaltion] F[orces] and N[ational] P[olice] will provide more information as to how the EFP was emplaced and who was responsible."



### 5.   Conclusion

After a review of the available information, I conclude that the attack that killed CPL Brad A. Davis was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array copper lined EFP that was command wire initiated. The EFP was emplaced on the ground near a light pole on the side of Route Florida and was aimed at an angle to strike the gunner. The EFP impacted the turret causing the death of CPL Davis.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the MRAP causing the death of CPL Brad A. Davis;
2. The damage to the vehicle and recovery of copper fragments from the scene of the attack strongly indicates that the EFP was precision manufactured and copper lined;
3. The damage to the vehicle indicates the likely use of HE explosives in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: July 31, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.31 21:42:42 -04'00'

Kevin D. Lutz

**May 16, 2009 Attack – Najaf**

**1. Summary of Opinion**

After reviewing the available evidence and information, I conclude that the May 16, 2009 attack that killed Specialist ("SPC") David Schaefer involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

**2. Documents Reviewed**

    **a.** SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) TF 1-2 IN, 172 BCT: 1 CF KIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **b.** IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.** CJTF-Troy – MND-S Report (EODMU-8 PLT 812 – EOD CO/ Team – TM2) produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **d.** Event Storyboard titled "16 1144C MAY 09 EFP ATTACK IN CF IN NAJAF" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

**3. Summary of Attack**

At approximately 11:41 a.m. on May 16, 2009, a six-vehicle convoy from Charlie Company, 1st Battalion, 2nd Infantry Regiment, 172nd Infantry Brigade, was returning from a mission at the An Najaf IP Officer Training Academy, traveling eastbound on ASR Madrid when the lead vehicle in the convoy, an M1151 HMMWV, was struck by an EFP on the driver's side of the vehicle.[1] SPC Schaefer, one of four occupants in the lead vehicle, was seated in the rear driver's side seat.[2] The lead vehicle was not equipped with a Rhino but appears to have had some form of ECM based on photographs of the damaged vehicle.[3] "The EFP was placed at the base of a light pole (aiming point) in the center median approximately [redacted] from the point of impact on the vehicle. The shallow angle of attack indicates that a low profile vehicle was the intended [target]."[4]

---

[1]      IED Report at 2, CJTF Troy Report at 10.

[2]      IED Report at 4, 5.

[3]      CJTF Troy Report at 9, 13; IED Report at 4.

[4]      CJTF Troy Report at 4; IED Report at 2-3.

EOD determined that the EFP had a net explosive weight of approximately 30-40 lbs.[5] No initiation system was found at the scene of the attack.[6] As a result of the attack, SPC Schaefer was killed.

### 4. Attribution

#### a. The SIGACT Report

The SIGACT Report notes that "EOD determined device to be [an] EFP."[7]

#### b. The IED Report

The IED report notes that the "EFP was placed at the base of a lamp post on ASR Madrid in the center median targeting eastbound traffic."[8] The report contains EOD's assessment that the device was a single EFP having a net explosive weight of 30-40 lbs.[9] The report notes that "[a]ccording to local sources, someone identified as a truck driver came by about half an hour prior to the attack and told everyone to leave because something was going to happen. It was noticed by the LEP (Vic 6) that there were no pedestrians around at the time of the detonation."[10] The report notes a slug from the EFP went through SPC Schaefer's body passing through the hip bone and exiting the other side of his body.[11] The report also notes that "[b]ased on trends and patterns IVO Najaf, this device was likely RC armed and PIR initiated. While CW cannot be ruled out, it would have been risky to run wire across the hard-top ASR and there were no visible cross over points with the overhead wires."[12]

#### c. The CJTF-Troy Report

The CJTF-Troy Report consists of fifteen slides, which include a narrative and EOD's conclusions, an aerial map of the location of the attack, a scene diagram of the attack, photographs of the scene of the attacks, photographs showing the damage to the M1151 and a photograph of the slug recovered from the M1151. The report contains the EOD Team Leader's analysis and assessment of the attack. The EOD Team Leader assessed that the device used in the attack was a single EFP with a net explosive weight of 30-40 lbs. that had been placed in the center median of ASR Madrid.[13] EOD further noted that "[a]t the time of the detonation there was heavy civilian

---

[5]   CJTF Troy Report at 4.

[6]   IED Report at 7.

[7]   SIGACT Report at 4.

[8]   IED Report at 2.

[9]   *Id.*

[10]   *Id.* at 3.

[11]   *Id.* at 4.

[12]   *Id.* at 5.

traffic around the convoy leading one to believe that a PIR would have been ineffective as a triggering device but cannot be ruled out."[14] "It was also noted that the IP posts moved from their normal locations on the South side of the road to the North side which provided a safer position in relation to the EFP blast."[15] The report further notes that "[t]he I[raqi] A[rmy] guard tower that was approximately 250m from the site also happened to be unmanned at the time of the incident. The IA guard tower is normally manned continuously and would have a clear view of the incident."[16]



---

13      CJTF Troy Report at 4.

14      *Id.*

15      *Id.* at 5.

16      *Id.*

SECRET // REL TO ACCU

## CJTF Troy - MND-S

### Aerial / Map View of Site



**Timeline**

| | |
|---|---|
| Notifications TF: | 161144CMAY09 |
| EOD Team: | 161203CMAY09 |
| EOD Dept: | 161225CMAY09 |
| EOD OS: | 161407CMAY09 |
| EOD MC: | 161815CMAY09 |
| Event: | |

POST BLAST ANALYSIS

FOIA 17-0150

SECRET // REL TO ACCU

158 6/21/17

---

SECRET // REL TO ACCU

## CJTF Troy - MND-S





FOIA 17-0150

SECRET // ACCU

200 6/21/17

SECRET // REL TO AGCU

## CJTF Troy - MND-S

### Photographs of Scen

Point of Impact, left rear door



FOIA 17-0160

SECRET // REL TO AGCU

304  4/21/17




SECRET // REL TO AGCU

## CJTF Troy - MND-S

### Photographs of Scen

View of TC side of M1151




FOIA 17-0160

SECRET // REL TO AGCU

205  6/21/17

**459**

### d. Event Storyboard

The Event Storyboard prepared by the Battalion's Command, Control and Communication Operations group consist of one slide and provide a summary of the attack and a map of its location. The Storyboard notes that "initial reports indicate local IPs may be complicit with FSG activity in the area. In both the 9 May 09 and 16 May 09 EFP attacks, there were 2x IP stations located within 100m from the blast site. Additionally, following this attack, IPs changed over personnel. FSG in Najaf have increased FOM resulting from a CF inability to conduct security operations due to the SOFA. CF will continue developing the situation to assess responsible groups."



### 5. Conclusion

After a review of the available information, I conclude that the attack that killed SPC Schaefer was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved an EFP that was angled to inflict maximum damage on a low-profile vehicle. The EFP was placed at the base of a light pole in the center median of ASR Madrid. SPC Schaefer, who was sitting in the rear driver's side seat, was killed as a result of wounds sustained in the attack.

In my professional opinion, the totality of the records available for my review indicates that:

1. An EFP was the weapon used to attack the M1151 HMMWV causing the death of SPC Schaefer;
2. The damage to the vehicle strongly indicates that the EFP was precision manufactured;
3. The damage to the vehicle and EOD's assessment that the EFP had a net explosive weight of approximately 30-40 lbs. indicates the likely use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: July 18, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.07.18 21:44:51 -04'00'

Kevin D. Lutz

**June 28, 2009 Attack – Baghdad**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the June 28, 2009 attack that killed Staff Sergeant ("SSG") Timothy A. David involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  AR 15-6 Investigation for the death of SSG Timothy A. David dated June 30, 2009 produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0150;

        **b.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) PSD/CSM/2-5CAV: 1 CF KIA 4 CF WIA," produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  JTF Troy MND-B Report (797 EOD CO / Team 3-1) produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **e.**  CEXC Report No. 25879-09 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **f.**  Event Storyboard titled "28 2031C JUNE 09 IED ATTACK ON CF IN ADHAMIYAH" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.  Summary of Attack**

        At approximately 8:30 p.m. on June 28, 2009, a four-vehicle convoy consisting of four MRAPs from 2nd Battalion, 5th Cavalry Regiment was traveling north on Route Grizzlies heading to Joint Security Station ("JSS") Ur when the fourth vehicle in the convoy, a MAXXPRO Plus MRAP, was struck by an EFP after passing Route Gold.[1] The EFP was emplaced on the east side of the road beside a jersey barrier approximately ten feet from the road.[2] The EFP struck the MRAP and entered it through the truck commander's window hitting SSG David, who was the truck commander, and the driver of the MRAP.[3] EOD assessed that the device used in the attack was a

---

[1]    AR 15-6 Memorandum at 1; SIGACT Report at 3-4; AR 15-6, Exhibit A (sworn statement dated June 29, 2009) at 1; AR 15-6, Exhibit B (sworn statement dated June 30, 2009) at 1.

[2]    AR 15-6 Memorandum at 1; SIGACT Report at 4; IED Report at 3.

single array EFP with a steel liner with approximately 50-60 lbs. of an unknown bulk explosive and command wire initiated.[4] Following the EFP strike, the convoy came under small arms fire.[5] As a result of the attack, SSG David was killed.[6]

### 4.   Attribution

#### a.   The AR 15-6 Investigation Report

The AR 15-6 Investigation report produced by U.S. Army Central contains four exhibits labeled A, B, I and J, the first three of which are witness statements and the last being a record of medical care for SSG David. The investigating officer's memorandum, however, notes that he reviewed additional exhibits on which he based his conclusions. These exhibits have been redacted from the report. According to the memorandum, "Exhibit G shows that the EFP was placed so that it would make contact and penetrate the MRAP at the TC's window, and Exhibit H illustrates the EFP was placed behind a jersey barrier and approximately 10 feet from the road."[7] The memorandum also notes that SSG David "was a Truck Commander (TC) of a MRAP when it was struck by an explosively formed projectile (EFP) that penetrated the vehicle through the T[ruck] C[ommander] window and str[uck] the S[ervice] M[ember] in the head."[8]

#### b.   The SIGACT Report

The SIGACT report describes the device used in the attack as a "single array EFP with steel liner … and contained approximately 50 to 60 lbs of u[nknown] b[ulk] e[xplosive]."[9] The report notes that "the penetrator entered the T[ruck] C[ommander's] window and broke apart, causing pieces to hit the T[ruck] C[ommander] and the driver."[10] The report further notes that "the distance from the ground to the entry point was seven feet, six inches."[11] The report also contains the S2's assessment that:

> The EFP attack on Lancer 9's P[ersonal] S[ecutity] D[etachment] was the 2nd complex attack in 1 week and the 2nd EFP strike in 1 day. It is assessed that the EFP attack was coordinated by a lower level A[sa'ib] A[hl] [al-]H[aq] EFP cell due to the regularity of the EFP components. It is assessed that it may be linked to

---

3       AR 15-6 Memorandum at 1; IED Report at 3; JTF Troy Report at 3.

4       JTF Troy Report at 4.

5       AR 15-6, Exhibit A (sworn statement dated June 29, 2009) at 1; IED Report at 4.

6       AR 15-6 Memorandum at 1.

7       *Id.*

8       *Id.*

9       SIGACT Report at 3.

10      *Id.* at 7.

11      *Id.*

A[sa'ib] A[hl] [al-]H[aq] due to the rising attack frequency ever since the release of Basim al Daraji and what appears to be desperate attempts to cause C[oalition] F[orces] casualties possibly for revenge reasons.[12]

### c.  The IED Report

The IED Report lists the main charge configuration as EFP.[13] The report notes that the device was "a single array EFP … and contained 50 to 60 lbs of U[nkown] B[ulk] E[xplosive]."[14] The report further notes that "[s]teel fragments were recovered from the TC floor and in several locations inside the passenger cab. The blast seat and damage were consistent with a single steel lined EFP. … A power line located across the road was a possible aiming point for C[ommand] W[[ire] or R[emote] C[ontrol] initiation."[15] The report also contains WIT's analysis that

> WIT assesses this attack is related to an earlier incident the morning of the same day []. Judging by the emplacement and accuracy of both attacks, Basim Al Daraji is possibly responsible for the finance and construction of the EFPs. Daraji was recently released on or about the 24 JUN 09. WIT researched previous, similar incidents within the area and located one incident involving a dual array EFP strike on the lead vehicle of an RCT []. WIT and S2 concur that current attack was coordinated by an AAH EFP cell due to the regularity of the EFP components.[16]

### d.  The JTF Troy Report

The JTF Troy Report consists of 21 slides which include a narrative of the attack and EOD's assessment regarding the device used in the attack, an aerial map of the location of the attack, a scene diagram of the attack, photographs of the scene of the attack, redacted photographs showing the damage to the vehicle, photographs of the steel slug fragments recovered at the scene of the attack and a diagram of the trajectory of the EFP. According to EOD, the device used in the attack "was a single array EFP with a steel liner … and contained 50 to 60 lbs of U[nkown] B[ulk] E[xplosive]."[17]

---

[12]    *Id*. at 7-8.

[13]    IED Report at 6.

[14]    *Id*. at 7.

[15]    *Id*. at 4.

[16]    *Id*. at 5.

[17]    JTF Troy Report at 4.









**466**

### e.  CEXC Report 25879-09

The CEXC Report contains chemical analysis conducted on metal fragments and a soil sample collected by WIT 19. According to the analysis, the metal fragments tested positive for Trinitrotoluene (TNT).[18] The report notes "TNT based explosives are commonly utilized in IEDS within the ITO."[19] The analysis of the soil sample from the blast seat also tested positive for Trinitrotoluene (TNT).[20]

### f.  Event Storyboard

The Event Storyboard consists of one slide and provides an initial summary of the attack and a map of its location. The Event Storyboard contains an assessment that:

> This is the 10th possible EFP attack (IED is unconfirmed as an EFP but is likely) within a 5 km radius in the last 30 days. The attack was likely conducted by the same EFP cell that conducted the earlier EFP attack on RTE Gold. The s[mall] a[rms] f[ire] following the IED strike is not a normal T[actics,] T[echniques &] P[rocedures] for FSG cells who generally favor triggering their IED then exfilling the area. A recent IDF attack on the I[nternational] Z[one] also resulted in a s[mall] a[rms] f[ire] attack on responding I[raqi] S[ecurity] F[orces] at the POO site in Adhamiyah. SEG will continue complex attacks to target C[oalition] F[orces] through the 30 JUN deadline.



---

[18]     CEXC Report at 2.

[19]     *Id*.

[20]     *Id*. at 3.

6

<span style="text-align:right;">**467**</span>

### 5. Conclusion

After a review of the available information, I conclude that the attack that killed SSG David was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a steel lined EFP with 50-60 lbs. of an unknown bulk explosive that struck the MRAP and entered the vehicle through the truck commander's window. SSG David, who was the truck commander for the MRAP, was killed by the EFP.

In my professional opinion, the totality of the records available for my review indicates that:

1. An EFP was the weapon used to attack the MRAP causing the death of SSG David;
2. The damage to the vehicle indicates that the EFP was precision manufactured;
3. The damage to the vehicle and the chemical analysis conducted by the CEXC lab strongly indicates that HE explosives were used in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: July 30, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net
, c=US
Date: 2019.07.30 22:32:02 -04'00'

Kevin D. Lutz

**September 8, 2009 Attack – Bayji**

    **1.  Summary of Opinion**

        After reviewing the available evidence and information, I conclude that the September 8, 2009 attack that killed Staff Sergeant ("SSG") Shannon M. Smith and Specialist ("SPC") Zachary T. Myers involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) 1/2/545TH MP PTT: 3 CF KIA 12 UE DET" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  CJTF-Troy Report (EODMU 6 CO 4 / TEAM 2) produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  Legal Review of Line of Duty Report of Determination into the death of SSG Shannon M. Smith produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **e.**  Legal Review of Line of Duty Report of Determination into the death of SPC Zachary T. Myers produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.  Summary of Attack**

        At approximately 8 a.m. on September 8, 2009, a four-vehicle patrol from the 545th Military Police Company, 607th Military Police Battalion, 8th Military Police Brigade, was traveling east on Salah Ad Din Street heading towards the Bayji JCC when the last vehicle in the patrol, an MRAP Caiman Plus, was struck by an EFP from the left side of the road.[1] Blast over pressure from the EFP strike blew the rear doors off the vehicle and blast over pressure and the force from the main projectile blew the turret off of the vehicle.[2] The main charge entered through the MRAP behind the driver's door and exited through the gunner's turret.[3] Approximately 200 feet of telephone wire was located heading north of the blast seat and was attached to a UPS power

---

[1]    SIGACT Report at 4; IED Report at 2, 3.

[2]    SIGACT Report at 4; IED Report at 2.

[3]    IED Report at 2.

**469**

system.[4] As a result of the attack, SSG Smith and SPC Myers as well as another soldier in their vehicle were killed.[5]

### 4. Attribution

#### a. The SIGACT Report

The SIGACT Report notes that EOD found command wire heading north from the blast seat.[6] The report also contains S2's assessment that:

> While traveling to the Bayji JCC, 1/2/545th MP PTT was struck by an IED detonation north of the Nafut neighborhood in Bayji resulting in 3 x CF KIA and 1 x MRAP severely damaged. The CF element was traveling east on Hay al Nafut Road, also known as Firehouse Road, with 1 x IP escort at the front of their convoy when the fourth CF vehicle in the order of movement was struck by an IED. Though a final EOD assessment is still pending it appears as though a steel shape charge or AAIED was used in the attack. This varies from what we have typically seen in AO No Fear over the past few months, with the six previous AAIEDs all having copper plates. Today's device was initiated with a UPS attached to approximately 60 meters of command wire that led behind a berm. Though the first three AAIED attacks in AO No Fear consisted of pressure switch detonators, three of the last four have been command wire initiated which allows for target discrimination and provides more assurance that the device will be used as designed. The initiation site provided adequate cover and concealment as well as a clear line of sight to the point of impact. This stretch of Nafut Road is highly trafficked by CF convoys moving to and from the Bayji JCC that are attempting to avoid city streets commonly used by the populace. It is little surprise that AAIEDs have migrated to within Bayji as Operation Thunderstruck has succeeded in denying terrain on Depot Road and Highway One and because the enemy does not feel comfortable in conducting increased sustained attacks near the Fatah Bridge. Attacks from this cell will likely continue in the Bayji area along routes that are highly trafficked and provide ample egress routes out of the area.[7]

#### b. The IED Report

The IED report notes that the munitions type was "Shaped Charge/EFP."[8] The report also notes that the device was concealed but does not note how it was concealed.[9]

---

[4]    SIGACT Report at 5.

[5]    *Id.*

[6]    *Id.* at 3.

[7]    *Id.* at 5.

[8]    IED Report at 3.

### c.   The CJTF-Troy Report

The CJTF-Troy Report consists of eighteen slides, which include a narrative of the attack, an aerial map of the location of the attack, photographs of the scene of the attack including the blast seat, photographs of the damage done to the MRAP, photographs of the UPS and command wire that was recovered, photographs of slugs removed from the MRAP and photographs of metal recovered from the blast seat.



~~SECRET//REL USA, ACGU~~

## CJTF Troy - MND-N

## Aerial / Map View of Site



~~SECRET//REL USA, MCFI~~

38SLD6158367611

~~SECRET//REL USA, MCFI~~

38SLD61583670

FOIA 17-0150

~~SECRET//REL USA, ACGU~~



**Timeline**

| | |
|---|---|
| Notifications TF: | 081145CSEP09 |
| EOD Team: | 081203CSEP09 |
| EOD Dept: | 081212CSEP09 |
| EOD OS: | 081431CSEP09 |
| EOD MC: | 081440CSEP09 |

313  6/21/17

---

9          *Id.*




SECRET//REL USA, ACGU
## CJTF Troy - MND-N
## Scene Overview

SECRET//REL TO USA, ACGU

FOIA 17-0150

SECRET//REL USA, ACGU

318 6/21/17




SECRET//REL USA, ACGU
## CJTF Troy - MND-N
## Damaged Vehicle

SECRET//REL TO USA, ACGU

FOIA 17-0150

SECRET//REL USA, ACGU

318 6/21/17





### d. Legal Review of Line of Duty Determination Reports

The Office of the Brigade Judge Advocate, 8th Military Brigade Police, conducted line of duty determinations into the deaths of SSG Smith and SPC Myers. The documents contain a determination as to the cause of death of SSG Smith and SPC Myers. According to the report for SSG Smith, "he was fatally wounded by shrapnel of a shaped charged IED through the driver's side of the vehicle he was in."[10] According to the report for SPC Myers, "he was fatally wounded by munitions in a shaped charged IED through the driver's side of the vehicle he was in striking his turret area compounded with blast overpressure."[11]

### 5. Conclusion

After a review of the available information, I conclude that the attack that killed SSG Smith and SPC Myers was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved an EFP. The EFP was most likely angled upward to inflict maximum damage on the MRAP. A slug from the EFP entered the MRAP behind the driver's door and exited through the turret. Blast over pressure from the EFP blew the rear doors off and blast over pressure and the main projectile blew the turret off the vehicle.

In my professional opinion, the totality of the records available for my review indicates that:

1. An EFP was the weapon used to attack the MRAP causing the death of SSG Smith and SPC Myers;
2. The damage to the vehicle strongly indicates that the EFP was precision manufactured;
3. The damage to the vehicle indicates the likely use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: July 27, 2019

**Kevin D. Lutz**

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.07.27 07:48:19 -04'00'

Kevin D. Lutz

---

[10]   SSG Smith Line of Duty Determination at 6.
[11]   SPC Myers Line of Duty Determination at 6.

**April 27, 2010 Attack – Khalis**

    **1.  Summary of Opinion**

    After reviewing the available evidence and information, I conclude that the April 27, 2010 attack that killed Sergeant ("SGT") Keith Coe and injured Specialist ("SPC") Nicholas Baumhoer involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  AR 15-6 Investigation provided to me by the family of SGT Coe;

        **b.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) ROCK TAC 1-37FA IVO (ROUTE CHEYENNE): 1 CF KIA 3 CF WIA 1 CIV KIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  Troy-North Report (EODMU CO2 / 2-2 / TEAM 5) produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  CJTF-Troy Report (Team 12) produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **e.**  CEXC Report No. 28422-10 produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **f.**  Event Storyboard titled "270830APR10, IED, AO TOMAHAWK, DIYALA PROVINCE, 1-37 FA, MC 54799 51589" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.  Summary of Attack**

    At approximately 8:15 a.m. on April 27, 2010, a three-vehicle convoy from 1st Battalion, 37th Field Artillery Regiment, 3rd Stryker Brigade Combat Team, 2nd Infantry Division was travelling south on Route Cheyenne from Forward Operating Base ("FOB") Grizzly to FOB Warhorse to conduct a battlefield circulation when the third vehicle in the convoy, a MAXXPRO MRAP, was hit by an EFP.[1] The EFP, which was command wire initiated, was emplaced on the west side of the road in a mound of dirt at the north end of a bridge.[2] The command wire "ran to the south and back west toward some abandoned buildings approximately 400 meters from the

---

[1]      AR 15-6 Memorandum at 1; SIGACT Report at 2, 4; Event Storyboard at 1; CJTF Troy Report at 2.

[2]      CJTF Troy Report at 2; AR 15-6 Memorandum at 3.

**475**

blast seat."[3] According to the evidence collected by WIT, the device used in the attack was consistent with a steel plate EFP.[4] No copper fragments were located on the inside or outside of the vehicle.[5] The EFP entered the MRAP in the main crew compartment toward the rear of the vehicle.[6] Both SGT Coe and SPC Baumhoer were seated in the rear of the vehicle at the time the EFP struck the MRAP.[7] SGT Coe was killed by the EFP, and SPC Baumhoer was injured by the EFP.[8]

### 4.  Attribution

#### a.  The AR 15-6 Investigation

According to the AR 15-6 report's Index of Exhibits, the investigating officer conducted interviews and obtained the sworn statements of eight soldiers who witnessed the attack, and reviewed documentation including the SIGACT Story Board, Tomahawk Trip Ticket, JTF Troy (EOD) Report, and CJTF Troy (WIT) Report, although most of these documents have been redacted based on FOIA exceptions. According to the AR 15-6 Memorandum, the "primary enemy threat during the mission was concern of potential IED attacks on route …"[9] The three-vehicle patrol departed FOB Grizzly at approximately 7:40 a.m. and the EFP attack occurred at approximately 8:16 a.m.[10] Following the EFP strike on the third vehicle, a medic from one of the other vehicles checked on the crew of the vehicle that had been struck and determined that SGT Coe and an interpreter who was in the vehicle with SGT Coe had been killed by the EFP.[11]

The report further notes:

According to the Explosive Ordnance Disposal (EOD) team report, the device employed against the patrol was determined to be an explosively formed penetrator (EFP). The site was a bridge crossing on a hardball road. The device was placed on the northern bridge embankment on the west side of the road. The initiation system was a command wire that led approximately four hundred meters west to an old building.[12]

---

[3]      *Id.*

[4]      *Id.* at 5.

[5]      *Id.* at 4.

[6]      *Id.*

[7]      AR 15-6 Memorandum at 2.

[8]      *Id.* at 1, 3.

[9]      *Id.* at 2.

[10]     *Id.*

[11]     *Id.* at 3; Exhibit G, Sworn Statement of C Battery Medic dated April 30, 2010.

According to the Patrol's Non-Commissioned Officer in Charge, following the EFP strike, he was informed by two of his soldiers that they heard clicking under the bridge where the attack occurred. He went under the bridge where he "saw the command wire running from under the bridge along the dirt and into the weeds. I proceeded to cut the wire were [sic] it emerged from under the bridge before it went into the weeds."[13]

### b. The SIGACT Report

The SIGACT Report notes that the explosive device used in the attack was an EFP and that it caused "[s]evere damage to MAXXPRO MRAP."[14]

The report also contains an assessment by the S2. According to the assessment:

This is the 8th EFP IVO Khalis since January and the third in the month of April. Over the past 6 weeks there has been a consistent EFP and IRL threat along RTEs Dover and Cheyenne - although these attacks were mostly targeting RTE Clearance and Logistical Convoys travelling through the area between the hours of 2200-0200. Accordingly, we have had steady-state operations (Operations Apache Dawn 1-3 and now Comanche Lockdown) along RTE Victory and RTE Dover during these high threat times over the past 4 weeks. Unfortunately, this EFP took place further north along RTE Cheyenne before it turns into RTE Victory within Khalis.

The last EFP in AO Tomahawk also took place at 0800 roughly 7KM further south IVO the Khalis traffic circle. Furthermore, Recon 1-23 IN was struck by an EFP roughly 8 KM further south on 12FEB at 0800. Last night there was an extensive C-IED presence along these major threat areas consisting of three platoons and 2 route clearance elements. The enemy most likely shifted the time and location of the attack in order to avoid detection during these patrols.

… We assess that the group responsible is linked to the prominent Khalis SEGs - but with specific ties to the local Jazani Al Chol, Sindiyah and Judaydah cells responsible for the recent attacks along RTE Dover.[15]

The SIGACT Report also contains EOD's assessment. According to EOD, "T[eam] L[eader] assess that the EFP/IED was approx 40lbs of U[known] B[ulk] E[xplosive] with a [redacted] initiated by command wire. … EFP struck vehicle crew cabin approx [redacted] witch [sic] indicates that the EFP was angled up …"[16]

---

[12]   *Id*. at 3-4. *See also* Exhibit A, Sworn Statement of C Battery 1-37 FA Commander, Patrol OIC dated April 29, 2010.

[13]   AR 15-6 Exhibit B at 2-3, Sworn Statement of C Battery, Patrol NCOIC dated April 30, 2010.

[14]   SIGACT Report at 3.

[15]   *Id*. at 3-4.

[16]   *Id*. at 4.

### c. The Troy-North Report

The Troy North Report consists of 13 slides which includes EOD's observations and assessment of the attack, a diagram of the scene of the attack, photographs of the damaged vehicle and photographs from the scene of the attack. According to the report, Team 5 recovered command wire from the scene of the attack. It also notes that the EFP contained 40 lbs. of unknown bulk explosive and was command wire initiated.



4

**478**

**d. The CJTF-Troy Report**

The CJTF Troy Report indicates that "[t]here were no copper fragments located on the interior or exterior of the vehicle."[17] It notes that the EFP struck the vehicle "about 134cm forward of the rear end of the vehicle…"[18] The report also describes the damage done to the vehicle as a result of the EFP penetrating the vehicle:

> The penetrator traveled through the TC side hitting the seat the interpreter was sitting in, subsequently breaking apart with one piece coming to rest on the interior portion of the top, rear cab window on the driver side. Several other pieces flew around the interior of the vehicle with fragmentation produced from the armor perforation and seat. Another piece of fragmentation was located under the driver's seat and under the radio. Additional fragmentation was heaviest on the driver's side interior of the vehicle. There was damage to the gunner's mount window and damage to the windows on the TC side of the vehicle. The vehicle sustained two flat tires and fragmentation damage to the air tank mounted on the bottom rear of the vehicle.[19]

---

17 CJTF Troy Report at 4.

18 *Id.*

19 *Id.*

The report also contains an assessment by WIT that the device was "consistent with a steel plate EFP" and was command wire triggered.[20] The report further notes "[t]his is the first steel EFP seen in the Khalis area in the past 8 months. Steel EFP events have occurred along route Blue Babe as early as October 2009. There is a possibility that IED cells linked, or there was a sale of supplies between cells for funding purposes."[21]

The report contains overall pictures of the scene, sketches of the scene, photographs from the scene and photographs of the damaged MRAP.



---

[20]    *Id*. at 5.

[21]    *Id*.





SECRET // REL TO USA, ACGU

## *CJTF TROY - USD-N*

### Interior View Looking Forward With Seats Removed

EFP breached the crew compartment, breaking apart, hitting the seat back, and sending pieces of the penetrator and fragmentation throughout the compartment. A portion of the penetrator was embedded in the top of the window on the left side.



FOIA 17-0150

SECRET // REL TO USA, ACGU

1858 8/14/17

SECRET // REL TO USA, ACGU

## *CJTF TROY - USD-N*

### Interior View Looking Forward With Seats Removed



FOIA 17-0150

SECRET // REL TO USA, ACGU

1903 8/14/17

**482**



e. **The CEXC Report**

The WIT provided a soil sample from the blast seat to the CEXC lab, which analyzed the sample and found the presence of Cyclotrimethylenetrinitramine (RDX) and Pentaerythritol tetranitrate (PETN).[22] According to the report, "[a]nalysis would indicate that an RDX / PETN based explosive was most likely used in the construction of an Improvised Explosive Device (IED)."[23]

f. **Event Storyboard**

The Event Storyboard consists of two slides and provides a summary of the attack, a map of its location, an aerial view of the location, a picture of the blast seat and redacted images of the damage to the vehicle. According to the Event Storyboard, the vehicle was hit by an EFP and "[t]he right rear side of the passenger compartment on the MAXX-PRO was breached by the copper slug." The Storyboard also notes that according to EOD, the EFP struck the vehicle approximately 6 feet above ground level. It is worth nothing that event storyboards were produced

---

[22]     CEXC Report at 24.

[23]     *Id.*

by the battlespace owners, and not CJTF-Troy or the responding EOD unit. Since copper was always associated with EFPs, it is more than likely that when this report was built, the drafters either assumed the EFP was copper lined, or reflexively referred to the liner as being copper in error. Either way, I conclude, based upon the totality of the available evidence, that the EFP liner was steel, not copper.



**484**



## 5.  Conclusion

After a review of the available information, I conclude that the attack that killed SGT Coe and injured SPC Baumhoer was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved an EFP with approximately 40 lbs. of an unknown bulk explosive and was command wired initiated. Command wire was found running under the bridge where the attack occurred to a location approximately 400 meters away from the attack site. The EFP, which was concealed in a mound of dirt, struck the vehicle in the crew cabin toward the rear of the vehicle and was angled up to target MRAP type vehicles. SGT Coe was killed by the EFP, and SPC Baumhoer was injured by the EFP.

In my professional opinion, the totality of the records available for my review indicates that:

1.  An EFP was the weapon used to attack the MAXXPRO MRAP causing the death of SGT Coe and injuring SPC Baumhoer;
2.  The damage to the vehicle strongly indicates that the EFP was precision manufactured;
3.  The damage to the vehicle and chemical analysis conducted by CEXC strongly indicates the likely use of HE explosives in the construction of the EFP; and
4.  An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: June 10, 2019

**485**

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.06.10 21:50:58 -04'00'

Kevin D. Lutz

**July 7, 2011 Attack – Baghdad**

### 1.  Summary of Opinion

After reviewing the available evidence and information, I conclude that the July 7, 2011 attack that killed Specialist ("SPC") Nicholas W. Newby involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

### 2.  Documents Reviewed

   **a.**  AR 15-6 Investigation for the death of SPC Nicholas W. Newby dated October 6, 2011 provided to me by the family of SPC Nicholas W. Newby;

   **b.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) B CO. TF DRAGON 145, 2/1 AAB IVO (ROUTE THUNDER): 2 CF KIA 1 CF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   **d.**  Intelligence Information Report (IIR) produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

   **e.**  JTF Troy - USD-C Report (710 EOD CO / 3 / 3-4) produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

### 3.  Summary of Attack

At approximately 10:30 a.m. on July 7, 2011, a three vehicle convoy on a Rhino Run[1] from B Company, 145th Brigade Support Battalion, 116th Cavalry Heavy Brigade Combat Team was traveling southwest on Route Thunder when the third vehicle in the convoy, a M1151 HMMWV, was struck on the driver's side of the vehicle by a multi-array steel EFP from the south side of the road.[2] The multi-array EFP was emplaced on the ground at the base of the Victory Base Complex perimeter wall.[3] After being struck by the EFP, the M1151 "veered into the neighboring wall, stopping on the shoulder of Route [redacted]."[4] "The M1151 was severely damaged, the front end

---

[1]  A Rhino Run is "a mobility mission consisting of personnel security detachment escort duties, logistic convoy security and personnel transit to and from the International Zone." AR 15-6 Memorandum at 2.

[2]  AR 15-6 Memorandum at 8; JTF Troy Report at 5-6; SIGACT Report at 3.

[3]  AR 15-6 Memorandum at 4; JTF Troy Report at 6.

[4]  AR 15-6 Memorandum at 4.

**487**

destroyed, and disabled."[5] SPC Newby, who was the truck commander in the M1151, was killed by the multi-array EFP.

### 4. Attribution

#### a. The AR 15-6 Investigation Report

According to the AR 15-6 report's Exhibit Index, the investigating officer conducted fourteen interviews, reviewed the sworn statements of eleven soldiers, and reviewed documentation including the Duty Officer's Log, e-mails regarding the attack, Serious Incident Report, photographs of the site of the attack and route diagram with event history though some of these documents have been redacted based on FOIA exceptions. According to the AR 15-6 report, "at about 1032 the M1151 was hit by an explosively formed projectile (EFP) placed along the V[ictory] B[ase] C[omplex] perimeter wall."[6] The report further notes that the other two vehicles in the convoy passed the EFP prior to its detonation. After being struck by the EFP, the M1151 veered off the road and struck the concrete wall that was adjacent to Route Thunder.[7] According to the witness statements, when soldiers in the other vehicles checked on the crew in the M1151, both SPC Newby, the truck commander, and the driver of the vehicle were already deceased. The gunner in the vehicle suffered bilateral amputations below the knee.[8]

The report notes that the CREW systems in the convoy were operating normally, but the specific types of systems have been redacted from the report.[9] The report further notes that "[t]he EFP was likely emplaced during the early morning hours of 7 July when tower visibility was further obscured by darkness."[10]

#### b. The SIGACT Report

The SIGACT Report contains EOD's assessment that "the IED was a large multi-array EFP that was surface laid and steel in construction."[11] The report also contains S2's assessment:

A 1km radius search of the EFP detonation produced no other IED related incidents reported within the past 90 days. This EFP was emplaced on RTE Thunder where there have never been any EFP detonations reported. The closest and most recent

---

[5]   *Id.*

[6]   AR 15-6 Memorandum at 4.

[7]   *Id.*

[8]   AR 15-6, Exhibit 4 (sworn statement dated July 12, 2011); AR 15-6, Exhibit 14 (sworn statement dated July 11, 2011); AR 15-6, Exhibit 17 (sworn statement dated July 11, 2011).

[9]   AR 15-6 Memorandum at 8; AR 15-6, Exhibit 5 (Convoy Commander Check List).

[10]   AR 15-6 Memorandum at 13.

[11]   SIGACT Report at 4.

**488**

IED to detonate in vicinity of this attack occurred on 19SEP10 when an IED detonated inside a trashcan at the RTE Thunder/Irish intersection. Today marks the second day in a row an EFP has detonated in southern 6[th] I[raqi] A[rmy] where no EFPs have historically been emplaced. This is like[ly] due to the increased security posture the 6[th] I[raqi] A[rmy] have taken in high threat areas. The past few weeks' lower overall activity in the area could be due to SEG participation in the 7th imam pilgrimage. The recent increase in EFP activity could signify local cells have resupplied and will resume attacks at historical levels. The past two EFPs prior to today's attack (06JUN11, 25JUN) have been angled at a lower level as if to target 1151s, although both detonations have struck MRAPs, producing little to no b[attle] d[amage] a[ssessment]. Today's EFP followed this same trend, but detonated on the intended target, an 1151. We can expect with medium confidence an increase in EFP emplacement and lethality, especially in those targeting US F[orces].[12]

The report also contains G2's assessment:

This is the first EFP attack on Route Thunder. Within the past 90 days, there have been (2) IED detonations and (1) IED F/C within a 1km radius of today's attack. The last EFP attack occurred 221637MAY11 and 2km north of today[']s attack on MSR Michigan. Today[']s EFP utilized a wall which runs parallel to the V[ictory] B[ase] C[omplex] perimeter wall as its base and was emplaced approximately 50m from the nearest guard tower. It was likely emplaced during hours of limited visibility. There have been no reports of IED emplacements along the perimeter of V[ictory] B[ase] C[omplex] and there are no claims of responsibility to this attack.[13]

### c.   The IED Report

According to the IED Report the main charge configuration was "Directional-EFP."[14] The report further notes that the EFP was located on the left side of the road.[15] The report describes the munitions type as "Shaped Charge/EFP.[16]" The report also contains EOD's assessment that "the IED was a large multi-array EFP that was surface laid and steel in construction. The EFP was targeting Coalition forces traveling from the International Zone to Baghdad. The EFP was placed at the base of the V[ictory] B[ase] C[omplex] wall, which would make visibility of the emplacement improbable."[17]

---

[12]    *Id.*

[13]    *Id.* at 4-5.

[14]    IED Report at 2.

[15]    *Id.*

[16]    *Id.* at 3.

[17]    *Id.*

### d.   The Intelligence Information Report (IIR)

According to the IIR, "[o]n 7 July 2011, two members of Jaysh Al-Mahdi working with Asa'ib Ahl Al-Haq planned and conducted the explosively formed projectile attack on United States Forces."[18] The report notes that the EFP was planted at the attack site on the morning of the attack between 4:30 a.m. and 5:00 a.m. The report further notes that the individuals who planted the device drove to the location and pretended that one of their vehicles had broken down as cover to plant the EFP which took only two minutes.[19]

### e.   The JTF Troy Report

The JTF Troy Report consists of 50 slides which include a narrative and EOD's observations, an aerial map of the location of the attack, a scene diagram, an evidence list, photographs of the evidence collected, photographs of the scene of the attack and redacted photographs of the damage to the vehicle. The EOD Team Leader's assessment of the device used in the attack was that it was "a large multiarray EFP that was surface laid and steel in construction. The EFP was targeting Coalition forces traveling from the International Zone to Baghdad (VBC)."[20] EOD also recovered a video camera at the scene of the attack that "was most likely used to record the EFP strike."[21]



---

[18]     IIR at 1.

[19]     *Id.* at 2.

[20]     JTF Troy Report at 6.

[21]     *Id.*







JTF TROY - USD-C

Photographs of Scene

PTDS view

JTF TROY - USD-C

Photographs of Scene

EFP fragmentation

### 5. Conclusion

After a review of the available information, I conclude that the attack that killed SPC Nicholas W. Newby was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array steel EFP emplaced on the ground at the base of the Victory Base Complex perimeter wall. The multi-array EFP struck SPC Newby's M1151 on the driver's side killing SPC Newby, who was the truck commander, as well as the driver of the vehicle.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the M1151 HMMWV causing the death of SPC Nicholas W. Newby;
2. The damage to the vehicle strongly indicates that the multi-array EFP was precision manufactured;
3. The damage to the vehicle indicates the likely use of HE explosives in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated: August 16, 2019

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net,
c=US
Date: 2019.08.16 13:27:09 -04'00'

Kevin D. Lutz

**493**

**November 14, 2011 Attack – Baghdad**

    **1.  Summary of Opinion**

After reviewing the available evidence and information, I conclude that the November 14, 2011 attack that killed Specialist ("SPC") David Emanuel Hickman involved the use of an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.  Documents Reviewed**

        **a.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) 2/B/2-325 AIR IVO (ROUTE MSR TAMPA): 1 CF KIA 2 CF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **b.**  Air MEDEVAC Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **c.**  E-mail from Brigade Commander, 2d Brigade Combat Team, 82d Airborne Division, to Major General James L. Huggins, Commanding General 82d Airborne Division produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.  Summary of Attack**

At approximately 7:00 p.m. on November 14, 2011, an air supply convoy from 2d Battalion, 325th Airborne Infantry Regiment, 2d Brigade Combat Team, 82d Airborne Division was traveling south on Route Tampa from Taji to Karkh Area Command when the lead vehicle, a MaxxPro MRAP, was struck on the passenger side by an EFP.[1] SPC David Hickman died as a result of wounds sustained in the attack and 4 other soldiers were wounded.[2] Following the attack, EOD responded to the scene to conduct a post blast analysis and determined that the device used in the attack was an EFP. EOD found copper residue in the MRAP.[3]

    **4.  Attribution**

        **a.  The SIGACT Report**

The SIGACT Report notes that "EOD conducted PBA and initially assessed the IED as an EFP."[4] The report contains EOD's assessment that "damage to the target vehicle consisted of

---

[1]      SIGACT Report at 2, 3; Brigade Commander e-mail at 1.

[2]      SIGACT Report at 3.

[3]      *Id*. at 3.

[4]      *Id.*

**494**

armor [redacted] and embedded copper residue on [redacted] of copper from [redacted] recovered as evidence. No evidence of initiation system was found."[5] EOD's assessment further notes:

> It is the EOD team leader's assessment that the IED was an EFP with an unknown initiation system. The struck vehicle was impacted near the top of the passenger side indicating a high angle of aim, likely targeting the gunner. Although no initiation system was found, there was a pole marked with a green tarp approximately 10m from the blast seat that could have been used as an aiming marker.[6]

The report also contains an assessment by the 2d Brigade Combat Team, 82d Airborne Division's S2. According to the assessment:

> This is the first EFP attack to occur along this portion of MSR Tampa in the last 6 months. EFP attacks are usually conducted in the Mansour and Karkh areas, and are usually assessed to be conducted by Iranian backed militias. The last attack occurred on MSR Tampa in Mahmoudiyah, near the MSR Tampa/ASR Jackson intersection. There has been no reporting reflecting the use of an EFP. Moreover, the EFP attack occurred in an area controlled by [redacted] who is reported to control the area south of Taji. As of May 2007, he has been cooperative with US F[orces]. Engaging this [redacted] may provide insight in to the individuals with terrorist affiliations that live in the area, local atmospherics and information related to the attack.[7]

### b.  The Air MEDEVAC Report

The Air MEDEVAC Report does not contain any relevant information for attribution purposes. However, it does contain a timeline from the time a MEDEVAC was requested until the five soldiers involved in the attack were evacuated to Sather Combat Support Hospital. According to the report, the initial call for a MEDEVAC was received at 7:20 p.m. and launched at 7:35 p.m. The MEDEVAC reached the site of the attack at 7:52 p.m., took off at 7:56 p.m. and reached Sather at 8:03 p.m.[8] The report also notes that SPC Hickman suffered "1 femoral bleed in left leg had tourniquet, right leg injury, left arm injury, occlusive on neck, had N[asopharyngeal] A[irway] in, had N[eedle] C[hest] D[ecompression] in."[9]

### c.  Brigade Commander E-mail

Although the name of the Brigade Commander is redacted from the e-mail, he provides a brief summary of the attack to Major General James Huggins, commanding general of the 82d Airborne Division. According to the e-mail, SPC Hickman was a paratrooper in B Company, 2d

---

[5]     *Id.*

[6]     *Id.*

[7]     *Id.* at 3-4.

[8]     Air MEDEVAC Report at 2-3.

[9]     *Id.* at 5.

**495**

Battalion, 325th Airborne Infantry Regiment. The e-mail notes that "[h]e died of wounds at Sather after an IED strike on his MRAP south of Taji. Four other troopers were also wounded." The e-mail also notes that "[i]nitial reports are EFP, but still waiting EOD PBA. All troopers from 2/B, all in same vehicle (MAXXPRO) were traveling from Taji to the Karkh Area Command (KAC), strike occurred at ~1907."[10]

### 5. Conclusion

After a review of the available information, I conclude that the attack that killed SPC Hickman was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a copper EFP with an unknown initiation system. The EFP struck the vehicle near the top of the passenger side indicating a high angle of aim that likely was targeting MRAP vehicles that were common at this time. Copper residue was found on the vehicle.

In my professional opinion, the totality of the records available for my review indicates that:

1. An EFP was the weapon used to attack the MAXPRO MRAP causing the death of SPC Hickman;
2. The damage to the vehicle and copper residue on the vehicle strongly indicate that the EFP was precision manufactured and copper-lined;
3. The damage to the vehicle strongly indicates the likely use of HE explosives in the construction of the EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the EFP.

Dated: June 9, 2019

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2019.09.04 19:02:44 -04'00'

Kevin D. Lutz

---

[10]    Brigade Commander e-mail at 1.