# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY KARCHER, *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>ISLAMIC REPUBLIC OF IRAN,<br>　　　　Defendant. | Civil Action No. 16-232 (CKK) |

## ORDER
(January 14, 2021)

Pursuant to its authority to appoint special masters "to hear damage claims brought under" 28 U.S.C. § 1605A and similar authority provided by Federal Rule of Civil Procedure 53, the Court appoints Mr. Alan L. Balaran as a special master to make recommended findings of fact and conclusions of law regarding the non-economic damages for the following eight Plaintiffs, injured in a non-bellwether EFP attack: Timothy Karcher, Tony Wood, Erik Roberts, Ryan Sabinish, Scott Lilley, Allen Swinton, Christopher Miller, and Nicholas Baumhoer. Mr. Balaran shall include his findings about the non-economic damages for these eight Plaintiffs with his forthcoming damages report for the bellwether Plaintiffs. *See* Sept. 9, 2019 Order, ECF No. 102.

Mr. Balaran shall have and exercise all the powers set forth in Federal Rule of Civil Procedure 53(c) and must proceed with all reasonable diligence. Mr. Balaran is to be guided as to admissibility of evidence by the Federal Rules of Evidence. Authentication as required by Federal Rule of Evidence 901 may be made by any counsel's representation as an officer of the Court that a proffered document is genuine and is an accurate copy of what that counsel proffers it to be. Mr. Balaran may communicate *ex parte* with the Court, or with any party, to the extent necessary for the efficient administration and management of the damages proceedings.

Mr. Balaran shall file his forthcoming damages report on the electronic docket which shall include a record of his activities.  Any party may file an objection to one of Mr. Balaran's reports or recommendations within 21 days of the date it is filed on the electronic docket.  The Court will review objections to the Special Master's findings of fact and conclusions of law *de novo*.  The Court will only set aside Mr. Balaran's rulings on procedural matters for abuse of discretion.

Payment shall be made pursuant to 28 U.S.C. § 1605A(e)(2).  For each day Mr. Balaran has worked for an amount of time greater than zero but less than or equal to four hours, Mr. Balaran shall be paid $600.00.  For each day Mr. Balaran has worked for an amount of time greater than four hours, Mr. Balaran shall be paid $1,200.00. The Special Master shall also be paid for reasonable business expenses, excluding transportation expenses. Payment for such business expenses shall be limited to $50.00 per day such expenses are incurred. In addition, the Special Master shall be paid for reasonable transportation expenses, if any, incurred. Should any question as to expenses arise, the regulations promulgated by the Internal Revenue Service regarding business expenses shall govern and, subject to the above limitation, all expenses qualifying as business related shall be paid.

Dated: January 14, 2021

                                                     /s/
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge