# EXHIBIT B

# RESUME

**NAME**: L. Wayne Plumly, Jr.

**TELEPHONE**: Office: (229) 245-3825

**EDUCATION**:
B.A.   College of William and Mary, 1975 (Economics)
M.A.   Georgia State University, 1978 (Economics)
Ph.D.  Georgia State University, 1983 (Economics)

**ACADEMIC EXPERIENCE**:

November 2010 – August, 2020 Dean, Langdale College of Business Valdosta State University

July 2008– November 2010, Interim Dean, Langdale College of Business Valdosta State University

July 2006 – June 2008, Head of Marketing/Economics, Valdosta State University

July 2005 to July 2006, Acting Head of Marketing/Economics, Valdosta State University

September 1995 to July 2005, Professor of Marketing/Economics, Valdosta State University

September 1988 to August 1995, Associate Professor of Marketing/Economics, Valdosta State University

January 1980 to August 1988, Assistant Professor of Marketing/Economics, Valdosta State University

January 1976 to December 1980, Instructor of Economics and Teaching Assistant, Georgia State University

Resume
L. Wayne Plumly, Jr.
Page 2

**TEACHING AWARDS:**

2008 **SIFE (ENACTUS) Hall of Fame** inducted by directors of Students In Free Enterprise (SIFE) for notable contributions to the VSU SIFE team and to SIFE International.

2005 **Jack Kahl Entrepreneurship Leadership Award** Presented by directors of Students In Free Enterprise (SIFE) to the outstanding faculty advisor of the year

2004 **Kenneth G. Elzinga Distinguished Teacher Award** presented by the Southern Economic Association

2004 **Excellence in Teaching Award** presented by the president of Valdosta State University and selected by faculty committee (selected to be first annual recipient)

2003 **Leavey Award for Excellence In Private Enterprise Education** presented by Freedoms Foundation at Valley Forge.

1998 **Regents Teaching Excellence Award** presented by the Board of Regents in the University System of Georgia; selected from nominees from 15 colleges and universities.

1994, 1998, 2001 **Outstanding Teaching Award** presented by Student Advisory Council, College of Business Administration, Valdosta State University (finalist 1996, 1997, 1999, 2000, 2002, 2003, 2004).

1993-1994 **Outstanding Educator of the Year** presented by the Georgia Association of Economics and Finance

1995 **Best MBA Professor Award** presented by the 1993-1995 MBA Class, College of Business Administration, Valdosta State University

1995 **Pioneer Award** presented for being the first to teach in the Post Secondary Options Program Using Distance Learning Technology

**REFEREED JOURNALS:**

"Determinants of Students' Relative Time Allocation Decisions," <u>Southern Business & Economic Journal</u>, Volume 37, Number 1, 2014, pp. 93-112 (Co-authored with Drs. Attila Cseh and Cliff Lipscomb)

Resume
L. Wayne Plumly, Jr.
Page 3

"Assessing the Technical Efficiency of Public High Schools in the State of Georgia", Review of Business Research, Vol. 11, Fall, 2011, pp.46 – 57 (Co-authored with Drs. Zulal Denaux and Cliff Lipscomb)

"Developing Entrepreneurial Competencies: A Student Business", Journal of Entrepreneurship Education, Vol. 11, Summer, 2008, pp.17-28 (Co-authored with Drs. L. Marshall, J. Eastman, R. Iyer, K. Stanley, and J. Boatwright)

"Characteristics Allowing Exportation of County Imposed Taxes", International Journal of Business and Economics Perspectives, Vol. 1, No. 1, Spring, 2006, pp. 31-40 (Co-authored with Dr. Ralph C. Allen and Dr. Zulal Denaux).

"Bridging the Gap: A Business Start-Up Experience", Journal for Advancement of Marketing Education, Volume 6, Summer, 2005 (Co-authored with Dr. Rajesh Iyer, Dr. Leisa Marshall, and Dr. Paul Fidal).

"An Attribute Approach to Buying "Green/Environmentally Safe" Products", Business Research Yearbook, Summer, 2005 (Co-authored with Dr. Rajesh Iyer and Dr. Zulal Denaux).

"Teaching as Learning: Undergraduate Students Design Simulation Activities on Free Enterprise for Elementary-Aged Children," Journal of Entrepreneurship Education, Volume 1, Number1, 1998 (Co-authored with Dr. Glenda Akins and Don Parks).

"The Ethical and Economic Implications of Smoking in Enclosed Public Facilities: A Resolution of Conflicting Rights," Journal of Business Ethics, Volume 16, March, 1997 (Co-authored with Dr. Andy Ostapski and Dr. Jim Love).

"Effects of Nutrition Label Regulation on Consumer Choice: A Conceptual Approach," Journal of Food Products Marketing, Volume 2, Number 4, 1995 (Co-authored with Dr. Jim Love and Dr. Ajit Kaicker).

"Smoking Regulation in Shared Facilities: An Ethical and Economic Analysis of the Georgia Dome," Ethics and Critical Thinking Quarterly Journal, Volume 34, March, 1995. (Co-authored with Dr. Andy Ostapski and Dr. Jim Love).

"An Alternative Means of Student Assessment in Accounting Courses," Journal of Accounting and Computers, Volume IX, Summer, 1995. (Co-authored with Dr. Howard Ray and Jim McKinney).

Resume
L. Wayne Plumly, Jr.
Page 4

"Exporting County Imposed Taxes," <u>Southern Business and Economic Journal,</u> July, 1994, <u>17</u>(4). (Co-authored with Dr. Jim Love).

"Comparison of Computerized and Traditional Testing on Business Students," <u>Journal of Education for Business</u> , March, 1990. (Co-authored with Dr. Howard Ray).

"Computer Administered Testing in a Classroom setting: An Alternative,"<u>Journal of Research on Computing in Education</u>, April, 1989. (Co-authored with Dr. Howard Ray).

"The Locus of Control Attribute and the Job Search Process," <u>Psychological Reports</u>, Volume 61, December, 1987. (Co-authored with Dr. John E. Oliver, Jr.).

"Motivating Job Search among Discouraged Workers," <u>International Social Science Review</u>, Summer, 1984. (Co-authored with Dr. John E. Oliver, Jr.).

**PUBLISHED CHAPTERS:**

"Does Competition Influence Airline On-Time Performance?" <u>Competition Policy and Antitrust,</u> Vol. 1, editor Darvin Lee, Elsevier, Summer 2005 (Co-authored with Dr. Nick Rupp and Dr. Doug Owens).

**PUBLISHED PROCEEDINGS:**

"Developing Entrepreneurial Competencies: A Student Organization Business", Proceedings of the <u>Allied Academies International Conference,</u> Reno, Nevada, October 2006. (Co-authored with five others).

"Characteristics Allowing Exportation of County Imposed Taxes", Proceedings of the <u>International Academy of Business and Public Administration Discipline Conference,</u> Orlando, Florida, January 2006. (Co-authored with Dr. Ralph C. Allen and Dr. Zulal Denaux).

"Organizing The Assessment Effort: a Working Model," <u>American Society of Business and Behavioral Sciences</u>, Volume 11, February, 1998, pgs. 69-77.

**OTHER PUBLICATIONS**:

"The Reagan Tax Plan: Equity, Growth, and Simplicity or Vintage Politics," <u>Blazer Business Briefs</u>, Summer, 1985.

"The Treasury Plan: An Analysis," <u>Blazer Business Briefs</u>, Winter, 1985.

"A Lowndes County Consumer Price Index," <u>Blazer Business Briefs</u>, Valdosta State College, Winter, 1982.

Resume
L. Wayne Plumly, Jr.
Page 5

"Supply-Side Economics: A Return to Classicism, Again," <u>Blazer Business Briefs</u>, Valdosta State College, Winter, 1981.

<u>The Wall Street Journal Index for Macro-Economics</u> Educational Service Bureau. Dow Jones and Co., Inc, September, 1978. (Revised 1979 and 1980).

"The New Interest Rate Futures Markets," <u>Chicago Board of Trade</u>, Annual Proceedings, December, 1976. (Co-authored with Dr. Louis Ederington).

**WORKING PAPERS**: "Labor Choice Decisions by College Students: An Analysis of the Impact of the Georgia HOPE Merit Aid Program" (Co-authored with Drs. Ralph Allen and Nick Rupp).

**PAPER PRESENTATIONS**: "Determinants of Student's Relative Time Allocation Decisions", Academy of Economics and Finance, Houston, TX, February 2010. (Co-authored with Dr. Cliff Lipscomb)

"Determinants of Technical Efficiency: Public Schools in the State of Georgia", Academy of Economics and Finance, Pensacola Beach, FL, 2009. (Co-authored with Drs. Zulal Denaux and Cliff Lipscomb)

"Pathway to Success: Assessing Risks and Finding Markets", Georgia Chamber of Commerce International Spring Summit, Valdosta, Georgia, April 2009.

"When a Home is more than a Home: Personal Finance Case Study", Fostering Indigenous Business and Entrepreneurship in the Americas (FIBEA) Conference in Albuquerque, NM, November, 2007. (Co-authored with Dr. Emmanuel Morales-Camargo, Daniel Housley, and Stephanie Spencer).

"Labor Choice Decisions by College Students: An Analysis of the Impact of Merit Aid Programs Revisited", Session 142K, Topics in Demographic Economics, Southern Economic Association 76th Annual Conference in Charleston, SC, November, 2006. (Co-authored with Drs. R. Allen and N. Rupp).

"Developing Entrepreneurial Competencies: A Student Organization Business", Allied Academies International Conference, Reno, Nevada, October 2006. (Co-authored with five others).

"Characteristics Allowing Exportation of County Imposed Taxes", International Academy of Business and Public Administration Discipline Conference, Orlando, Florida, January 2006, (Co-authored with Dr. Ralph C. Allen and Dr. Zulal Denaux).

Resume
L. Wayne Plumly, Jr.
Page 6

"Labor Choice Decisions by College Students: An Analysis of the Impact of Merit Aid Programs", Session 200P, Labor Supply, Southern Economic Association 75th Annual Conference in Washington, DC, November, 2005. (Co-authored with Drs. Ralph Allen, Rajesh Iyer, Jack Stone, and Nick Rupp).

"An Attribute Approach to Buying Green/Environmentally Safe Products," (with R. Iyer and Z. Denaux) International Academy of Business Disciplines, Pittsburgh, PA, April 2005. Best Paper Award.

"Characteristics Allowing Exportation of County Imposed Taxes," Southern Economic Association Conference, November, 2004

"Does Competition Influence Airline On-Time Performance," Southern Economic Association Conference, November, 2001.

"An Economic Analysis of Wetland Use," Southeastern Wilderness Conference, April, 1996.

"The Use of Cost/Benefit Analysis in Environmental Policy," Seventh North American Interdisciplinary Wilderness Conference, February, 1996.

"Instructional Strategies for Distance Learning Course Delivery," Georgia Association of Economics and Finance, April, 1995.
"Productivity in Manufacturing: The Form of the Production Function," Eastern Economic Convention, March, 1987.

"Incentive Effects of Social Security Disability Benefits on Labor Force Participation of Prime-Age Males," Eastern Economic Convention, March, 1987.

"Sub-SMSA Forecasting Models," Eastern Economic Convention, April, 1986.

"Racial Differences in the Locus of Control Attribute," Eastern Economic Convention, April, 1986.

**BOOK REVIEWER**:

Little, Brown and Company Publishers
Harper and Row Publishers
Dryden Press
Irwin
Harper Collins
Simon & Schuster
West Educational Publishing
McGraw Hill
Prentice Hall

Resume
L. Wayne Plumly, Jr.
Page 7

**ADMINISTRATIVE ACTIVITIES**:

    Diversity and Inclusion Taskforce, chair, VSU (2019 – present)

    Summer Budget Model Taskforce, chair, VSU (2019 – present)

    Presidential Speaker Series, chair, VSU (2019-present)

    President's Cabinet, VSU (2008 – 2011)

    Dean's Council, VSU (2008 – present)

    Executive Committee, Langdale College of Business, VSU (2006 – present)

    Real Estate Auxiliary Foundation Board, VSU (2008-present)

    Leadership Committee, Langdale College of Business, VSU (2006 – present)

    Tuition Remission and Reimbursement Committee, VSU (1998–2006)

    Faculty Grievance Committee, VSU (1991-2008)

    Departmental Post & Pre-tenure Review Committee, VSU (1998-2006)

    Steele Scholarship Guidelines Committee, COBA, VSU (2003)

    Chair, Academic Committee for Co-operative Education, VSU (2000-2002)

    Chair, SACS Committee on Distance Learning, VSU (1998-2000)

    Academic Honors and Scholarship Committee, VSU (1998-2000)

    COBA MBA Quality Improvement Committee, COBA, VSU (1997-2000)

    Instructional Improvement Quality Committee,
    COBA, VSU (1994-96, 1999-2001)

    Curriculum and Assessment Committee, COBA, VSU (1996-1998)

    Chair, Committee on Tenure and Promotion Guidelines for COBA, VSU (1995-1996)

    Coordinator, Charitable Contributions Program, VSU (1995)

    Chair, Recycling Committee, VSU (1991)

Resume
L. Wayne Plumly, Jr.
Page 8

    Committee on Assessment of General Education, VSC (1990-1992)

    Committee on Professional Education, VSC (1989-1991)

    SACS Steering Committee, VSC (1988-1991)

    Ad Hoc Committee on Faculty Senate, VSC (1988-1990)

    Marketing/Economics Library Committee, VSU (1988-1994)

    Marketing Department Head Search Committee, VSC (1989-1990)

    Executive Graduate Committee, VSC (1988-1989)

    Faculty Affairs Chairperson, VSC (1987-1988)

    SAFT Scholarship Committee, VSC (1987-1991)

    School of Business Admissions Committee, VSC (1984-1991)

    Academic Council, VSC (1984-1986)

    Executive Graduate Committee, VSC (1985-1986)

    Academic Honors Committee, VSC (1984-1986)

    Dean Search Committee, VSC (1983-1984)

    Faculty Research and Development Funding Committee, VSC (1983-1985)

    Computer Development Committee, VSC (1982-1984)

    Executive MBA Development Committee, VSC (1983-1985)

    Title III Implementation Committee, VSC (1982-1983)

    Academic Council, VSC (1980-1982)

    Committee on General Education Standards, VSC, (1980-1982)

**PROFESSIONAL DEVELOPMENT ACTIVITIES**:   AACSB New Dean's Conference, June, 2008.

Resume
L. Wayne Plumly, Jr.
Page 9

        AACSB Faculty Conference on Learning, June, 2006.

        Completed Teaching Portfolio Workshop with Peter Seldin, January, 1994.

        Selected and Participated in the "Southeast Master Teacher Program: Improving Teaching Effectiveness," Georgia State University and Bell South, August 1989

        Participated in "Innovative Teaching Techniques in Economics Conference," Estes Park, Colorado, 1988.

        "Labor Economics Conference," Georgia State University, Atlanta, GA, 1986.

**PROFESSIONAL COMMUNITY SERVICE**:

        Board of Directors Southeastern Credit Union (2018-present)

        Business Incubator Board of Directors Lowndes/Valdosta Chamber of Commerce (2018-present)

        Economic Summit co-sponsored with Lowndes/Valdosta Chamber of Commerce (2013-2020)

        South Georgia Community Banking Symposium co-sponsored with the Georgia Banking Association (2011-2020)

        Students In Free Enterprise (SIFE) Faculty Advisor, now ENACTUS VSU (1994-2020)

        Targeted Business Expansion Committee (TBEC) of the Valdosta/Lowndes Chamber of Commerce (2008-2010)

        Supervisory Board for Southeastern Federal Credit Union (2006-2018)

        Editor, <u>Business Report</u>, alumni newsletter of COBA, VSU (1991-2005)

        Director, Lowndes County Cost of Living Index through The South Georgia Institute (1991-2005)

        Guest speaker at various organizations in the South Georgia area.

        1.  Lowndes Association of Retired Citizens

Resume
L. Wayne Plumly, Jr.
Page 10

    2. Lion's Club – Fitzgerald, Waycross

    3. Valdosta Chamber of Commerce Seminars

    4. Kiwanis Club - Valdosta

    5. Professional Secretaries International - Valdosta

    6. Lowndes Professional Woman's Association

    7. Fitzgerald TV Station Talk Show

    8. Valdosta Rotary Club

    9. North Valdosta Rotary Club

    10. Valdosta Home Builders Association

    11. Kiwanis Club –Thomasville, GA

Lecturer for Georgia Council of Economic Education
(Economics for high school teachers at 11 South Georgia cities)

**CIVIC COMMUNITY SERVICE ACTIVITIES**: ENACTUS (SIFE) Faculty advisor supervising and coordinating service-learning projects in the South Georgia region (1994-2020).

Coordinator, College of Business Administration, 2001 Faculty/Staff Capital Campaign.

Coordinator, 1995 Combined Giving Campaign at VSU (Faculty/Staff Annual Fund Drive and State Charitable Contributions Program including Local United Way)

Chairperson, Fund Drive for Mentally Retarded Children, Tootsie Roll Drive (1983-1989)

Chairperson, Lowndes Association of Ministerial Services to People (LAMP): 23 churches sponsored program for emergency aid (food, medicine, shelter) for people in need (1984-86)

Resume
L. Wayne Plumly, Jr.
Page 11

        Board of Directors of Habitat for Humanity, Valdosta, 1986

        Board of Directors of Morningstar Center for Unwed Mothers, 1989-90

        St. John's School Board (1984-90):
        Chairperson, 1985-86
        Budget Director, 1987-90

        President of St. John's Bowling League (1983-84)

        Knights of Columbus:
        Grand Knight, 1986-88
        District Deputy, 1988-90
        Budget Director, 1986-91
        State Convention Chairperson, 1991
        Runner-up Georgia Knight-of-the-Year, 1990

**COURSES TAUGHT AT VSU**:   Distance Learning Post-Secondary Options ECO 1500

        Survey of Economics, Honors Economics, Macro Principles, Micro Principles, Managerial Economics, International Economics, Labor Economics, Public Finance and Fiscal Policy, Environmental Economics, Directed Study in Economics, MBA Managerial Economics

        **REFERENCES**:

        Jeremy S. McKenzie
        Attorney-at-Law
        Karsman, McKenzie & Hart
        Savannah Georgia (912) 335-4977

        Roy Copeland
        Attorney-at-Law
        Copeland Haugabrook & Walker
        Valdosta, Georgia (229) 834-0829

        W. Pope Langdale
        Attorney-at-Law
        Langdale Vallotton, LLP
        Valdosta, Georgia (229) 244-5400