```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------x
TIMOTHY KARCHER, et al.,                        :
                                                :       Case No. 16-cv-00232 (CKK)
                              Plaintiffs,       :
                                                :
              -against-                         :
                                                :
ISLAMIC REPUBLIC OF IRAN,                       :
                                                :
                              Defendant.        :
-------------------------------------------------------x
```

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Brian Neuman, Erika Neuman, Charles James Shaffer, Charles L. Shaffer, Jr., Juan Saenz, and Shaula Shaffer, by and through the undersigned counsel, hereby give notice that they are voluntarily dismissing their claims against Defendant Islamic Republic of Iran without prejudice.

Dated: March 15, 2021
       Hackensack, NJ

By:   /s/ Gary M. Osen
      **OSEN LLC**
      Gary M. Osen, Esq.
      2 University Plaza, Suite 402
      Hackensack, NJ 07601
      Telephone: (201) 265-6400

      **TURNER & ASSOCIATES, P.A.**
      C. Tab Turner, Esq.
      4705 Somers Avenue, Suite 100
      North Little Rock, AR 72116
      Telephone: (501) 791-2277

      Attorneys for Plaintiffs