```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
---------------------------------------------------------x
TIMOTHY KARCHER, et al.,           :
                                   :      Case No. 16-cv-232 (CKK)
                    Plaintiffs,    :
                                   :
          -against-                :
                                   :
ISLAMIC REPUBLIC OF IRAN,          :
                                   :
                    Defendant.     :
---------------------------------------------------------x
```

## SUBMISSION OF ELEVEN ATTACKS NOT YET ADJUDICATED

On August 23, 2022, the Court directed Plaintiffs to file by September 12, 2022, "a supplemental factual and legal briefing addressing Defendant's liability as to the eleven attacks not yet adjudicated." Aug. 23, 2022, Minute Order. Pursuant to that order, Plaintiffs respectfully submit the following expert reports and declaration and appendices of evidence relating to these eleven attacks (the "11 Attacks"):

(1) The consolidated expert report of Col. (Ret.) Kevin Lutz ("Consolidated Lutz Report"), attached hereto as Exhibit A;

(2) The consolidated expert report of Russell L. McIntyre ("Consolidated McIntyre Report"), attached hereto as Exhibit B;

(3) The expert report of Col. (Ret.) Joel Rayburn ("Rayburn Report"), attached hereto as Exhibit C;

(4) The expert declaration of Col. (Ret.) Nichoel "Nycki" Brooks ("Brooks Declaration"), attached hereto as Exhibit D;

(5) The consolidated appendix of records ("Evidentiary Appendix") considered and relied upon by Col. Lutz, Mr. McIntyre, Col. Rayburn, and Col. Brooks in arriving at the expert opinions set forth in their respective reports/declaration, which is being submitted separately on a flash drive to the Court under seal; and

(6) A "Section 1605A(a)(2)(A)(ii) Appendix" (attached hereto as Exhibit E (under seal)) containing a small subset of documents necessary to establish that a "victim"

in each attack "was, at the time the [attack] occurred—[] a national of the United States; [or] a member of the armed forces …."

1. **Plaintiffs Are Submitting the Consolidated Lutz Report, Consolidated McIntyre Report, Rayburn Report, and Brooks Declaration for the 11 Attacks.**

The Consolidated Lutz Report encompasses 5 of the 11 Attacks, and the Consolidated McIntyre Report encompasses 4 of the 11 Attacks. Each contains a hyperlinked table of contents for the Court's convenience, listing the dates of the attacks in the order in which they appear in the Amended Complaint. The Rayburn Report and Brooks Declaration each encompass 1 of the 11 Attacks.

2. **Plaintiffs Are Separately Submitting the Evidentiary Appendix (Under Seal) on a Flash Drive.**

Plaintiffs are also submitting the Evidentiary Appendix containing the records considered and relied upon by Col. Lutz, Mr. McIntyre, Col. Rayburn, and Col. Brooks in arriving at the expert opinions set forth in their respective reports/declaration. Plaintiffs are submitting the Evidentiary Appendix by flash drive because it comprises over 1,400 pages. The documents considered and relied upon by each expert are contained in a folder with the expert's name and further organized therein by attack.

3. **Plaintiffs Are Submitting (Under Seal) a Separate, "Section 1605A(a)(2)(A)(ii) Appendix" Containing Evidence Sufficient to Demonstrate that the Victim in Each Attack Satisfies the Standing Requirements of 28 U.S.C. § 1605A(a)(2)(A)(ii).**

The Evidentiary Appendix generally provides sufficient evidence to demonstrate that a victim of any given attack satisfies the standing requirements of 28 U.S.C. § 1605A(a). However, because the Evidentiary Appendix is voluminous, for the Court's convenience, Plaintiffs are also submitting a stand-alone "Section 1605A(a)(2)(A)(ii) Appendix," attached hereto as Exhibit E

(under seal), to obviate the Court's need to search and cross-reference materials in the Evidentiary Appendix to locate the small subset of documents relevant to its standing analysis.

The Section 1605A(a)(2)(A)(ii) Appendix provides two types of information. First, it shows that a victim in each attack meets the requirements of § 1605A(a)(2)(A)(ii): namely, that each "was, at the time the [attack] occurred—(I) a national of the United States [or] (II) a member of the armed forces …." It also provides information showing that the "personal injury or death" of each "was caused by an act of … extrajudicial killing." 28 U.S.C. § 1605A(a)(1). The Section 1605A(a)(2)(A)(ii) Appendix is organized (tracking the order in the Amended Complaint) by attack date. It provides the name of each relevant victim in each attack and a copy of the U.S. military Casualty Report, Death Certificate, or medical records separately identifying each victim, confirming his nationality status, and referencing the cause of injury/death.[1]

Dated: September 8, 2022
      New York, NY

                                        Respectfully submitted,

                                        OSEN LLC

By:   /s/ Gary M. Osen
        Gary M. Osen (DC Bar No. NJ009)
        Ari Ungar (DC Bar No. NJ008)
        Michael J. Radine (DC Bar No. NJ015)
        Aaron Schlanger (DC Bar No. NJ007)
        1441 Broadway, Suite 6022
        New York, NY 10018
        (212) 354-0111

        TURNER & ASSOCIATES, P.A.
        C. Tab Turner
        4705 Somers Avenue, Suite 100
        North Little Rock, AR 72116
        (501) 791-2277

        Attorneys for Plaintiffs

---

[1] The relevant information has also been highlighted within each document for the Court's convenience.