# Exhibit A

# Consolidated Expert Report
# of
# Col. (Ret.) Kevin Lutz

Submitted on September 8, 2022

***Timothy Karcher, et al. v. Islamic Republic of Iran***
**Case No. 16-cv-00232 (CKK)**

## TABLE OF CONTENTS

Attacks are listed by their corresponding number in the Amended Complaint. A few locations have been updated based on evidence acquired after the Amended Complaint was filed.

36.    March 15, 2007 Attack – Baghdad ......................................................................1
65.    March 30, 2008 Attack – Baghdad ................................................................... 11
71.    April 8, 2008 Attack – Kharguliah ................................................................... 16
74.    April 28, 2008 Attack – Baghdad ..................................................................... 21
91.    June 29, 2011 Attack – Wasit Province ............................................................ 33

**March 15, 2007 Attack – Baghdad**

    **1.  Summary of Opinion**

      After reviewing the available evidence and information, I conclude that the March 15, 2007 attack that killed Staff Sergeant ("SSG") Blake Harris was a complex attack which involved the use of multiple Improvised Explosive Devices ("IEDs") including an Anti-Armor IED ("AAIED") and that it is probable that the attack was committed by an IRGC and Hezbollah directed Special Group that was likely trained by Hezbollah and/or the IRGC-QF.

    **2.  Documents Reviewed**

        **a.**  AR 15-6 Investigation for the death of SSG Blake M. Harris dated April 7, 2007 produced by the U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0114;

        **b.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Improvised Explosive Device (IED)) 1-8 CAV IVO (ROUTE DEAD GIRL ROAD): 4 CF KIA 2 CF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

        **d.**  WIT 3 Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

        **e.**  Event Storyboard titled "15 1044C MAR 07 IED ATTACK ON 1-8 CAV IVO NEW BAGHDAD" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

    **3.  Summary of Attack**

      At approximately 10:40 a.m. on March 15, 2007, a four vehicle convoy consisting of 2 M1114 HMMWVs and 2 M2A3 Bradley Fighting Vehicles ("Bradley") from 2nd Platoon, Bravo Company, 1st Squadron, 8th Cavalry Regiment, 2nd Brigade Combat Team, 1st Cavalry Division was traveling north on Dead Girl Road when the lead Bradley in the convoy was struck by an IED on the right side of the vehicle.[1] The Bradley "rolled to a stop 50m north of the blast seat."[2] The IED caused moderate damage to the right side of the Bradley, but the Bradley was still operational and all systems were back online following the blast.[3]

---

[1]      SIGACT Report at 5; WIT 3 Report at 2.

[2]      SIGACT Report at 5.

[3]      *Id.*

Following the initial blast, soldiers from the other three vehicles in the convoy dismounted to conduct a battle damage assessment and sensitive site exploitation.[4] As the dismounted soldiers were conducting the sensitive site exploitation, a second IED located on the other side of the road exploded, killing 4 soldiers at the scene of the attack (including SSG Harris) and wounding 2 soldiers who later died as a result of the injuries they sustained in the attack.[5] When EOD arrived on the scene to conduct a post blast analysis, a third device, a 10 inch AAIED with a radio controlled initiator, was located.[6] EOD attempted to disarm the device, but it was unable to do so, and therefore placed a water charge which detonated the device.[7]

### 4. Attribution

#### a. The AR 15-6 Investigation

According to the AR 15-6's Exhibit List, the investigating officer reviewed, *inter alia*, the serious incident report, death certificates for 4 of the soldiers, trauma reports for 4 of the soldiers, Storyboard for the attack, EOD Report, and 5 sworn statements. According to the AR 15-6 Report, the initial IED hit B22, "a Bradley fighting vehicle [] outfitted with [redacted] reactive armor. The initial IED hit B22 on the right side and was a conventional IED."[8] "The initial blast against the Bradley resulted in no casualties and no B[attle] D[amage] A[ssessment]."[9] Following the initial strike, the Bradley "continued 50m past the blast site to get out of the kill zone."[10] After securing the site, a sensitive site exploitation ("SSE") team consisting of 5 sergeants, including SSG Harris, and a private first class dismounted to inspect the blast site and gather information regarding it. "SSG Harris brought his camera out and began taking pictures to bring back to the battalion S2 for further analysis."[11] As the SSE team was examining the initial blast site "a secondary device consisting of 2 to 3 155m rounds, or 100-150lb[s] of H[igh] E[xplosives] exploded in very close proximity to the SSE team … SSG Harris died seconds after the blast …"[12]

---

[4]     *Id.*

[5]     SIGACT Report at 5-6; Event Storyboard at 3; WIT 3 Report at 2, 3; AR 15-6 (sworn statement dated March 29, 2007).

[6]     SIGACT Report at 5-6; IED Report at 5.

[7]     IED Report at 5.

[8]     AR 15-6 Findings at 2.

[9]     AR 15-6, Exhibit I, Serious Incident Report at 3.

[10]    *Id.* at 3.

[11]    *Id.*

[12]    *Id.*

According to the EOD Report, the "damage to M2A3 [Bradley] was consistent with a large conventional IED, no signs of AAIED attack."[13] The report further notes that "EOD located an AAIED (tertiary) approx. 50m south of the primary blast seat."[14]

### b. The SIGACT Report

The SIGACT Report contains WIT 3's comments that "the primary target of this attack was coalition forces patrolling in the area. This route has been patrolled frequently in the past week."[15] WIT 3 further commented that "the secondary device was utilized to target dismounts conducting B[attle] D[amage] A[ssessment] and sensitive site exploitation."[16] WIT 3 conducted interviews of soldiers who were present at the scene of the attack which resulted in different variations of where the second IED blast originated from. WIT 3 however was able to confirm based on an interview with the driver of the second vehicle in the convoy as well as photographs taken at the scene that the second explosion occurred "on the west side of the road approximately 15m north of the primary blast seat."[17] Regarding the third device, WIT 3 commented that "the third device was positioned to strike the vehicles providing rear security, however, it did not detonate."[18] WIT 3 further commented "approximately 100m from ICP and 50m from the blast seat, a tertiary device, 10["] AAIED, was discovered positioned towards the road. The possible radio-controlled initiator for this AAIED was contained in a foam package. EOD repeatedly tried to disassemble the AAIED, but all attempts failed. A water charge was placed to disrupt the device and resulted in detonation of the AAIED."[19]

### c. The IED Report

The IED Report contains WIT 3's comments that:

This was a complex attack against coalition forces patrolling in this area. Multiple IEDs were used to maximize the amount of casualties. This is a known A[nti] I[raqi] F[orces] TTP employed throughout I[raqi] T[heater of] O[peration]. This was a three-device attack resulting in 4x KIA and 2x WIA. The primary device was a large buried IED used to disable the lead vehicle. The secondary device was utilized to target dismounts conducting b[attle] d[amage] a[ssessment] and sensitive site exploitation. The third device was positioned to strike the vehicles providing rear

---

[13]     AR 15-6, Exhibit Q, EOD Report at 3.

[14]     *Id.* at 2.

[15]     SIGACT Report at 10.

[16]     *Id.*

[17]     *Id.* at 6.

[18]     *Id.*

[19]     *Id.* at 5-6.

security, however, it did not detonate. Historical analysis of previous attacks in this area concluded AAIEDs are the predominant method of attack.[20]

Regarding the first IED that struck the Bradley, WIT 3 commented that "[t]he primary device was a large buried IED with approximately 100lbs of explosive. This device caused moderate damage to the M2A3 B[radley] F[ighting] V[ehicle]."[21] Regarding the second device that killed SSG Harris and 3 other soldiers, WIT 3 commented that "the secondary device may have been a directional fragmentation device. The initiation system remains unknown."[22] Regarding the third device found at the location, the IED report lists the main charge configuration as "EFP."[23]

### d.  The WIT 3 Report

The WIT 3 Report consists of 16 slides that include an aerial photograph of the location of the attack which marks the location of three devices used in the attack, a sector sketch showing the order of march of the vehicles in the convoy, a sector sketch showing the personnel positions when the second device exploded, photographs of the scene of the attack, photographs of the blast seats, photographs of the 10" anti-armor IED, photographs of the damage to the Bradley, and a diagram showing where the 2 WIAs were injured.

---

[20]     IED Report 2.

[21]     *Id*. at 3.

[22]     *Id*. at 4.

[23]     *Id*. at 5.



Buckeye Imagery



Sector Sketch





**6**



e.  **Event Storyboard**

The Event Storyboard, prepared by the Battalion's Command, Control and Communication Operations group, consists of three slides and provides a summary of the attack, a map of its location, diagrams showing the IED blasts, and a redacted photograph of the damage to the Bradley. The Storyboard notes that the third device located was an EFP. It contains EOD's assessment that:

> EOD found only one blast seat for the primary and secondary detonations. Conclusion is that the primary explosion was a smaller, surface laid IED and the secondary (catastrophic) explosion was buried in close proximity consisting of approx 100-150lbs of HE. Damage to M2A3 was consistent with a large conventional IED. No signs of AAIED attack. No fragmentation recovered on site. initiation system is unknown (none found). The tertiary device was a single AAIED at least 10" in diameter. Initiation system appeared to be all internal, no components or command wire recovered.[24]

It also contains G2's assessment that:

> Likely elements of J[aysh] a[l-]M[ahdi ("JAM")] conducted an IED ambush consisting of three separate IEDs. EFP attacks have been increasing in the past week throughout Baghdad, indicating that rogue JAM elements are resuming attacks against coalition forces contrary to previous guidance by JAM leaders. The majority of intelligence reporting regarding the intentions of JAM forces still

---

[24]     Storyboard at 3.

support the assessment that JAM leadership want JAM members to avoid contact with coalition forces. However, with the departure of many JAM leaders from Baghdad, rogue JAM leaders are becoming more and more emboldened.[25]







## 5.   Conclusion

The March 15, 2007 attack that killed SSG Harris took place not long after the January 20, 2007 complex attack perpetrated by Asa'ib Ahl al-Haq (AAH) against the Karbala Provincial Joint Coordination Center (at the direction of Hezbollah and the IRGC) and five days before AAH leader Qais Khazali, his brother, and Hezbollah senior commander Ali Mussa Daqduq were apprehended in Basra. The attack also took place in the broader context of the implementation of the new Baghdad Security Plan that had begun to clamp down on JAM and JAM Special Groups in and around Sadr City.[26] The March 15, 2007 attack itself took place in an area of Special Groups activity, and the complexity of the attack strongly suggests that it was not perpetrated by local JAM operatives acting on their own initiative.[27] Instead, in light of the implementation of the new Baghdad Security Plan, beginning in January 2007, the explosives used in this attack can be understood as "area denial weapons" or "Anti Access/Area Denial" ("A2/AD") weapons that were part of the IRGC and Hezbollah's strategy to prevent U.S. and Iraqi forces from freely traversing Shi'a-dominated areas and effectively sealing off the IRGC's main operational center in Sadr City. Accordingly, after reviewing the available information, including the timing and location of the attack, in my professional opinion, it is highly probable that the complex attack that killed SSG Harris, which involved the use of 3 separate IEDs including an unexploded AAIED (likely an EFP), was committed by an IRGC and Hezbollah proxy group linked to JAM.

---

[26]     See generally, Iraq War History Vol. 2 p. 76-77, 118.

[27]     During this period, Muqtada al-Sadr had called for JAM to stand down and not confront the surge of U.S. forces arriving to implement the revised Baghdad Security Plan, but not all JAM cells cooperated. While it is unclear whether the IRGC sought to intensify its operations against U.S. and Iraqi forces at this time, it certainly wanted to preserve its supply lines, weapons caches and core infrastructure in Sadr City and its environs.

Dated: February 3, 2021

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou=U.S.
Army, COL(R),
email=kevinlutz101@comcast.ne
t, c=US
Date: 2021.02.03 19:15:11 -05'00'

Kevin D. Lutz

**10**

**March 30, 2008 Attack – Baghdad**

    **1.**    **Summary of Opinion**

After reviewing the available evidence and information, in my professional opinion, it is probable that the March 30, 2008 attack that injured Specialist ("SPC") Walter Bailey was perpetrated utilizing an EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

    **2.**    **Documents Reviewed**

    **a.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Improvised Explosive Device (IED)) 4/10 PSD: 2 CF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **b.**  Casualty Reports for SPC Bailey produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.**  List of Directional IED attacks between 2005 and 2011 produced by CENTCOM in response to Osen LLC FOIA Request Nos. 16-0176, 16-0181, 17-0025 and 17-0048;

    **d.**  Photographs of the damage to SPC Bailey's vehicle provided by SPC Bailey

    **e.**  Declaration of Brigadier General Donn H. Hill.

    **3.**    **Summary of Attack**

In late March 2008, Iraqi Prime Minister Nouri al-Maliki sent Iraqi forces to Basra to target Muqtada al-Sadr's forces there. This operation was known as Operation Charge of the Knights. "Because of militia infiltration in the police and army, JAM commanders had plenty of time to mobilize their estimated 6,000 fighters and prepare complex small arms and IED ambushes for the government convoys. Once the Iraqi columns entered militia neighborhoods and met stiff resistance, their advance immediately halted and their units fell into disarray."[1] In the run up to this operation, "on March 23, 2008, a barrage of rockets fired from Sadr City began hitting targets in Baghdad, including the International Zone (aka the Green Zone), which houses Iraqi government offices and foreign embassies."[2] Following the launch of Operation Charge of the Knights, the fighting in Basra spread to other JAM areas, including Baghdad. Starting on March 25, "JAM forces throughout Baghdad attacked coalition and government targets with rocket and mortar fire."[3] Between March 25 and March 31, there was an uptick in fighting between JAM

---

[1]    Iraq War Vol. 2, p. 360.

[2]    Rand Corp., The 2008 Battle of Sadr City, p. 4.

[3]    *Id*.

forces and coalition forces.

On March 30, 2008, a convoy from 4th Brigade Combat Team, 10th Mountain Division was traveling in the Shawra Wa Um Jidir neighborhood of eastern Baghdad when an M1114 HMMWV being driven by SPC Walter Bailey, then 19 years old, was hit by what was most likely an EFP. SPC Bailey sustained shrapnel wounds to both legs and his right arm and an amputation of his right great toe.

### 4. Attribution

#### a. The SIGACT Report

The SIGACT report records the "Modes of Attack" as "Improvised Explosive Device," and provides the MGRS coordinates for the attack as MB 5571 9396.[4] The report notes "FRAG Door Kit Installed."[5] The FRAG Door Kit was an early protective measure that could be quickly emplaced on vehicles prior to the development and deployment of the up-armored HMMWVs. The FRAG Door Kit was purposefully developed to provide protection against IED fragmentation penetration, primarily by EFPs. The report further notes that one of the soldiers injured in the attack received "shrapnel to right arm, both legs with right big toe amputation."[6]

#### b. The Casualty Reports

The Casualty Reports for SPC Bailey describe the circumstances of the attack as "Soldier vehicle was hit by an IED/EFP."[7] The reports further notes that SPC Bailey received "Shrapnel wounds to the right arm and both legs"[8] and that his right big toe was amputated.[9] The report notes that he was the driver of an M1114 HMMWV with level 1 armor, and that at the time of the attack, he was wearing all of his required protective gear.[10]

#### c. List of Directional IED attacks

In response to Freedom of Information Act requests by OSEN LLC, CENTCOM produced a list of Directional IED attacks between July 16, 2005 and December 13, 2011. Number 699 on this list is a Directional IED attack on March 30, 2008.[11] Although the MGRS coordinates for this attack are listed as 38SMB5591093960, this location is within a few blocks of the MGRS

---

[4]     SIGACT at 2. The coordinates for the attack translate into a latitude/longitude of 33.384002, 44.523812.

[5]     *Id.*

[6]     *Id.*

[7]     Casualty Reports at 8.

[8]     *Id.*

[9]     *Id.* at 13.

[10]    *Id.* at *2.*

[11]    List of Attacks at 19.

coordinates listed in the SIGACT report (likely by erroneously substituting a 9 instead of a 7 in the document). Additionally, of the 4 attacks listed on this date, only attack number 699 is located within the vicinity listed in both the SIGACT Report and the Casualty Reports, strongly suggesting that the "directional IED" identified by CENTCOM for coordinates in the Shawra Wa Um Jidir neighborhood of eastern Baghdad is the same weapon that injured SPC Bailey.

### d. Photographs provided by SPC Bailey



Damage to driver's side doors and FRAG Door Kit



Damage to the floorboard of SPC Bailey's vehicle

### e.     Declaration of Brigadier General Donn H. Hill

According to his declaration, at the time of the March 30, 2008 attack, Brigadier General Donn H. Hill was the deputy commanding officer of the 4th Brigade, 10th Mountain Division in Iraq. He "arrived at the scene and witnessed the damage to the side of the vehicle" but is unable to say whether the damage was consistent with an EFP.[12] He did however note that "the day prior to the attack, we disarmed EFPs in this same area."[13]   General Hill further noted that the location where this attack occurred, the Shawra Wa Um Jidir neighborhood of eastern Baghdad, was an area "heavily infiltrated by Muqtada al-Sadr's Jaysh al-Mahdi ("JAM") militia at that time."[14]

Regarding the timing of the attack, General Hill notes that the attack on the convoy "took place during a period colloquially called "March Madness" by the U.S. Military."[15] General Hill notes that "there was a dramatic upswing in JAM-orchestrated violence in late March 2008" in response to Iraqi Prime Minister Maliki launching Operation Charge of the Knights, which targeted Muqtada al-Sadr's forces in Basra.[16]

### 5.     Conclusion

After reviewing the available evidence and information, in my professional opinion, it is probable that the attack which injured SPC Bailey involved the use of an EFP of original Hezbollah and IRGC design and was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. As General Hill's declaration makes clear, SPC Bailey's unit, 4th Brigade Combat Team, 10th Mountain Division, was operating in an area known at that time for JAM and Special Group activities. The attack took place during a period of increased operational tempo by IRGC-directed Special Groups. For example, between February and April 2008, EFP attacks against Coalition Forces increased by 40 percent. This coincided with a significant confrontation between the Iraqi government and the rival Sadrist movement headed by Muqtada al-Sadr. Additionally, the attack occurred in a general location that, as General Hill's declaration confirms, had previously experienced EFP events.

As noted above, SPC Bailey's vehicle had a FRAG Door Kit installed. The photographs of the focused damage to the vehicle (with a FRAG door kit installed)[17] coupled with the type of

---

[12]     Hill Declaration at ¶ 3.

[13]     *Id.*

[14]     *Id.* at ¶ 4.

[15]     *Id.* at ¶ 5.

[16]     *Id.* at ¶¶ 6-7.

[17]     The vehicle damage, specifically the focused penetration of the FRAG Door Kit is consistent with an EFP strike. A small conventional IED (*i.e.* not an EFP) would not cause the penetration damage to the door and subsequent internal damage to the vehicle's dashboard and floorboard shown in the photographs. A large IED, on the other hand, would have caused greater external damage to the vehicle instead of the significant, but focused damage to the front and side of the vehicle.

injuries SPC Bailey received further confirm that the explosive device used in this attack was an IRGC-supplied EFP.

Dated: April 2, 2021

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou=U.S.
Army, COL(R),
email=kevinlutz101@comcast.n
et, c=US
Date: 2021.04.02 08:56:49 -04'00'

Kevin D. Lutz

**April 8, 2008 – Kharguliah**

### 1.  Summary of Opinion

After reviewing the available evidence and information, I conclude that the April 8, 2008 attack that killed Staff Sergeant ("SSG") Jeffery Hartley involved the use of a multi-array EFP of original Hezbollah and IRGC design that was supplied by the IRGC. I further conclude that the weapon was likely assembled and emplaced by an IRGC-sponsored Special Group.

### 2.  Documents Reviewed

  **a.**  AR 15-6 Investigation for the death of SSG Jeffery Hartley dated January 5, 2009 produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0115;

  **b.**  SIGACT Report titled "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Improvised Explosive Device (IED)) 1-10FA: 1 CF KIA 2 CF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 19-1325;

  **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 19-1325;

  **d.**  CJTF Troy MND-C BN Report (789th EOD/Team 6) produced by CENTCOM in response to Osen LLC FOIA Request No. 19-1325;

  **e.**  Extended Casualty Report for SSG Jeffery Hartley produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

  **f.**  Event Storyboard titled "08 2059C APR 08 IED ATTACK ON 1-10 FA IVO NEW BAGHDAD" produced by CENTCOM in response to Osen LLC FOIA Request No. 19-1325.

### 3.  Summary of Attack

At approximately 8:30 p.m. on April 9, 2008, a four-vehicle convoy departed Forward Operating Base ("FOB") Rustamiyah heading east towards FOB Hammer when the lead vehicle in the convoy, an M1151 HMMWV with level 1 armor, was struck by a 2-array copper EFP.[1] The EFP "was concealed in a yellow burlap sack and placed 4 feet off the south side of the road next to a dirt mound with a light pole marker. The vehicle was travel[ing] in the center of the road[,] placing it approximately 20 feet away from the detonation."[2] The EFP was PIR initiated.[3] "The EFP penetrated the right front passenger door under the window and in between the front and rear

---

[1]   AR 15-6 Report of Proceedings by Investigating Officer at 3; Sworn Statement dated April 9, 2008; AR 15-6 at 11; Extended Casualty Report at 3.

[2]   *Id.*; IED Report at 2.

[3]   AR 15-6 Report of Proceedings by Investigating Officer at 3.

passenger door causing it to be removed."[4] SSG Hartley, one of three soldiers in the vehicle and who was sitting in the right front passenger seat of his M1151, was killed instantly.[5]

### 4. Attribution

#### a. The AR 15-6 Investigation Report

According to the AR 15-6 report's Index of Exhibits, the investigating officer conducted interviews and obtained the sworn statements of five soldiers, and reviewed documentation including the Serious Incident Report, IED Storyboard, EOD Report and photographs of the vehicle. Some of these documents have been redacted from the released report, based on FOIA exceptions or are missing from the file. According to the report, the "EFP entered the vehicle from right to left, hitting SSG Hartley first and resulting in him being KIA."[6] According to witness statements, SSG Hartley's vehicle caught fire after the EFP strike.[7] One of the documents reviewed by the investigating officer notes that SSG Hartley's vehicle had IED countermeasures but the specific type has been redacted from the report.[8]

#### b. The SIGACT Report

The SIGACT Report does not contain any relevant information for attribution purposes.

#### c. The IED Report

The IED Report lists the main charge configuration as EFP.[9] The report notes that the EFP was "concealed in a bag and placed on the right side of the road."[10] The device description is listed as "2 ea[ch] copper EFP Array concealed in a yellow burlap sack."[11] The munitions type is listed as "Shaped Charge/EFP."[12]

#### d. The JTF Troy Report

The JTF Troy Report consists of 4 slides which include a narrative of the attack and EOD's conclusions regarding the device used in the attack, a satellite view of the location of the attack

---

[4]  *Id.*

[5]  Sworn Statement dated April 9, 2008.

[6]  AR 15-6 Report of Proceedings by Investigating Officer at 3.

[7]  Sworn Statement dated April 10, 2008.

[8]  AR 15-6 at 11.

[9]  IED Report at 2.

[10]  *Id.*

[11]  *Id.*

[12]  *Id.*

**17**

and a photograph of the blast seat. According to the report, the EFP "was placed 4 feet of the South side of [the] road."[13] The device used in the attack was a "2ea copper EFP array concealed in a yellow burlap sack and placed next to a light pole."[14]





---

13      JTF Troy Report at 2.

14      *Id.*

### e.  Extended Casualty Report

According the Report, SSG Hartley was wearing the proper protective gear.[15] The report further notes that the M1151 HMMWV had Level 1 armor that was integrated during production.[16]

### f.  Event Storyboard

The Event Storyboard consists of one slide and provides a summary of the attack and a map of its location. The event storyboard contains an assessment that:

In the last 30 days there have been 4x IED related events within 5km of this attack on an [redacted]. According to EOD reports on found/cleared IEDs in the area [redacted] EFP's have been found in this area, and at least 3x in the last 2 weeks were 8 inch copper lined. This attack was likely conducted by SGC in an attempt to limit C[oalition] F[orces] presence in the area. Attacks against C[oalition] F[orces] patrols have risen, and will likely remain high, as a result of SGC detentions and deaths. These attacks will continue as the 5th anniversary of the fall of Baghdad approaches.



---

[15]   Extended Casualty Report at 2.

[16]   *Id.* at 3.

4

### 5. Conclusion

After a review of the available information, I conclude that the attack that killed SSG Jeffery Hartley was part of the EFP campaign orchestrated by the IRGC and Hezbollah that was conducted by one of the IRGC's Hezbollah-trained Special Group proxies. The attack involved a multi-array copper-lined EFP. The multi-array EFP was concealed in a yellow burlap sack and placed 4 feet off the south side of the road next to a dirt mound. The multi-array EFP was likely PIR initiated. The EFP impacted the passenger side of the M1151 HMMWV killing SSG Hartley instantly.

In my professional opinion, the totality of the records available for my review indicates that:

1. A multi-array EFP was the weapon used to attack the M1151 HMMWV causing the death of SSG Jeffery Hartley;
2. The damage to the vehicle strongly indicates that the multi-array EFP was precision manufactured and copper lined;
3. The damage to the vehicle indicates the likely use of HE explosives in the construction of the multi-array EFP; and
4. An IRGC-sponsored Special Group was likely involved in the assembly and emplacement of the multi-array EFP.

Dated:  January 20, 2020

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou,
email=kevinlutz101@comcast.net, c=US
Date: 2020.01.20 12:53:07 -05'00'

Kevin D. Lutz

**20**

**April 28, 2008 Attack – Baghdad**

### 1. Summary of Opinion

After reviewing the available evidence and information, I conclude that it is highly probable that the April 28, 2008 attack that killed Private First Class ("PFC") Adam L. Marion and Sergeant ("SGT") Mark Stone involved the use of Improvised Rocket Assisted Munitions ("IRAMs") propelled by 107mm rockets that were supplied by the IRGC. I also agree with the Department of Defense's Joint IED Defeat Organization's ("JIEDDO") assessment that IRAMs – at least from 2007-2011 – were a signature weapon "used by Iranian-backed militias that operate with the aid of Iran's Islamic Revolutionary Guards Group."[1] I further conclude that it is highly probable that the IRGC proxy group Kata'ib Hezbollah ("KH") was responsible for launching the IRAM attack on April 28, 2008.

### 2. Documents Reviewed

    **a.** AR 15-6 Investigation for the death of PFC Adam L. Marion dated May 5, 2008 produced by U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0129;

    **b.** SIGACT Report titled "(ENEMY ACTION) INDIRECT FIRE RPT (Rocket) 4/10 MTN: 3 CF KIA 16 CF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.** IDF Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **d.** JTF Troy MND Baghdad (761 EOD Co: Team 3 / WIT3) Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **e.** Extended Casualty Report for PFC Adam L. Marion produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **f.** Extended Casualty Report for SGT Mark Stone produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **g.** Event Storyboard titled "28 1305C APR 08 IDF ATTACK ON FOB LOYALTY IN NEW BAGHDAD" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

### 3. Brief Technical Description of IRAMs

IRAMs are rocket-launched Improvised Explosive Devices ("IEDs") made from large metal canisters (usually propane gas tanks that have been drained of their contents and filled with

---

[1]     JIEDDO IED Profile – Improvised Rocket Assisted Munitions – IRAM, Joint Improvised Explosive Device Defeat Organization. https://admin.govexec.com/media/gbc/docs/pdfs_edit/jieddo_ied_tri-fold_v3sm.pdf.

high explosives – up to several hundred pounds), scrap metal, and ball bearings and typically initiated by an impact type fuze. IRAMs are essentially airborne versions of IEDs normally propelled by either a 107mm or 240mm military rocket motor and launched from fixed or mobile sites by remote control means such as a cell phone, cordless phone or command wire. IRAMs are launched in an arced trajectory, which enables them to be aimed over walls that enclose forward operating bases and other military facilities, in a similar manner to a conventional mortar. IRAMs deployed by Special Groups in Iraq tended to be inaccurate because they lacked any guidance system and were not manufactured to military specifications (apart from the rocket's motor). This often caused stabilization issues.

### 4.  Summary of Attack



At approximately 1:05 p.m. on April 28, 2008 fourteen IRAMs were launched from a cargo truck that was used as a mobile launch platform located approximately 100 meters southwest of Forward Operating Base ("FOB") Loyalty, located in eastern Baghdad, south of Sadr City, the large Shi'a slum that was a key operations area for Iranian-sponsored Special Groups.[2] The cargo truck contained 14 improvised rocket tubes that were set up in the bed of the truck and were remotely fired using a cell phone initiation pack. EOD was able to recover two IRAMs that failed to detonate and was able to determine where eleven other IRAMs struck the FOB. However, EOD was unable to account for the fourteenth IRAM.[3] EOD determined that the two unexploded IRAMs contained between 95-100 lbs. of a possible mixture of C4 and TNT and also contained several

---

[2]      SIGACT Report at 2; JTF Troy Report at 4.

[3]      JTF Troy Report at 2, 4.

steel rods that were serrated and would have fragmented on impact.[4] The IRAMs destroyed FOB Loyalty's theater, damaged and destroyed several vehicles, and killed three U.S. soldiers including PFC Marion and SGT Stone and wounded sixteen U.S. soldiers.[5]





---

[4]    *Id.* at 4.

[5]    *Id.* at 2-4; IDF Report at 2-3; SIGACT Report at 2-3.

### 5.  Attribution

#### a.  The AR 15-6 Investigation

According to the AR 15-6's Index of Enclosures and Exhibits, the investigating officer reviewed, *inter alia*, the initial and final serious incident reports, the serious incident report's photos, Storyboard, Casualty Report for PFC Marion, and 8 sworn statements. According to the AR 15-6 Report, at the time of the attack, PFC Marion, a member of Castle Iron Claw III, a route clearance patrol from 3rd Platoon, 171st Engineer Company, had returned from a route clearance patrol and was offloading bags from the patrol vehicles. PFC Marion was standing near the rear of a Buffalo mine-protected clearance vehicle ("Buffalo") unloading bags when the IRAMs were fired at FOB Loyalty.[6] One of the IRAMs landed between the Buffalo and the other vehicles that were part of the route clearance patrol.[7] The Buffalo sustained significant damage including "all six tires blown out, slant armor damage, a hull breach, and severe damage to the front axle."[8] The serious incident report also notes that four other vehicles sustained significant damage.[9] Following the attack, PFC Marion was found seated between the left rear tires of the Buffalo (the vehicle has four rear tires and two front tires). He was moved to the Aid Station where he was pronounced KIA as a result of a "fatal wound to the lower extremities causing him to bleed out and Die of Wounds."[10]

#### b.  The SIGACT Report

The SIGACT Report lists the modes of attack as "Rocket" and the event category as "Indirect Fire."[11] The Report notes that the attack involved 14 IRAMs and resulted in 3 dead and 5 trucks destroyed.[12] In the Direct/Indirect Fire Information of the Report, it assesses the attack as involving 14 IRAMs.[13] The Report also contains an intelligence assessment by the battalion's Intelligence Section that the attack is related to a prior report of rocket tubes being mounted on the back of a truck and another report of dump trucks being modified as a multiple launch rocket system.[14]

---

[6]     AR 15-6 Findings at 1-2; AR 15-6, Annex C-1 (sworn statement dated April 29, 2008).

[7]     AR 15-6, Annex A-2 (Serious Incident Report – Final) at 2.

[8]     *Id.*

[9]     *Id.*

[10]    AR 15-6 Findings at 2.

[11]    SIGACT Report at 2.

[12]    *Id.*

[13]    *Id.* at 4.

[14]    *Id.* at 3.

### c.   The Indirect Fire Report ("IDF Report")

According to the IDF Report, the attack was a "Lob Bomb Attack."[15] The Report notes that there were 3 casualties and that 5 trucks were destroyed in the attack.[16] It further notes that EOD responded to the point of origin site and conducted an analysis of the "truck that Lob Bombs were launched from … EOD recovered 14 rails from truck site."[17] The Report also contains S2's assessment that:

> Current threat reporting on an improvised M[ultiple] L[aunch] R[ocket] S[ystem] attack goes back to 11 APR 08. On 11 APR 08, we received a report that stated that Sayid Amjad (LNU) was in possession of two such systems, each with 12 rocket tubes mounted onto the back of the truck. 107mm rockets were intended to be used for the attack. Also, on 13 APR 08 we received a report that there were six dump trucks in Sadr City, modified to be improvised M[ultiple] L[aunch] R[ocket] S[ystem]. Each truck had a team standing by and were able to be set up and launched within thirty minutes of being ordered to execute the attack. Our assessment is that this attack is likely related to both of these reports, however the actual identity of those directly responsible for the attack is currently unknown.[18]

### d.   The JTF Troy Report

The JTF Troy Report consists of 28 slides which include a narrative of the attack and the EOD Team's conclusions, an aerial map of the location of the attack, a scene diagram showing the points of impact, photographs showing the damage to FOB Loyalty's theater, photographs of the damaged and destroyed vehicles, photographs of the recovered IRAM, a slide showing the results of the test conducted on the exploded IRAMs, a scene diagram of the point of origin of the attack, a scene sketch, photographs of the point of origin of the attack, and photographs of the cargo truck used as a mobile launcher. According to the report, several vehicles were destroyed in the attack and two buildings sustained catastrophic damage.[19] EOD "recovered two IRAMs that did not detonate on impact …"[20] One of the EOD teams that responded to the attack was tasked with conducting an assessment of the point of origin site. According to that team, "a severally burnt cargo truck facing West in the northbound lane of Route Pluto's" was found at the point of origin.[21] "Team identified 14 launch tubes in the bed of the truck which were oriented North towards FOB

---

15    IDF Report at 1.

16    *Id.* at 2.

17    *Id.*

18    *Id.* at 2-3.

19    JTF Troy Report at 2-3.

20    *Id.* at 2.

21    *Id.* at 3.

Loyalty. Team recovered burnt remains of a cell phone melted to a 6v battery that was likely used to initiate the rockets."[22] EOD concluded that:

> Team concluded that A[nti] I[raqi] F[orces] personnel had utilized 14 IRAMs, fired from a cargo truck, with 14 improvised rocket tubes setup in the bed with remote initiation to attack FOB Loyalty. Team identified and recovered two IRAMs which failed to detonate on impact which contained approximately 95-100 lbs of possible C-4/TNT filler mixed together, along with several steel rods that were serrated for fragmentation effect, and 4" of detonating cord. Test was conducted with the AHURA [Scientific FirstDefender FD3767] to make this conclusion on filler identification. One burnt up cell phone initiation pack was recovered from the POO site. … Currently the 14th IRAM rocket has not been accounted for and is believed to have landed off the FOB.



---

22        *Id.*


SECRET//REL TO USA, AUS, CAN, GBR//20180428

# 2ⁿᵈ IRAM Recovered From Site #2



SECRET//REL TO USA, AUS, CAN, GBR//20180428
VER 2 20080307



SECRET//REL TO USA, AUS, CAN, GBR//20180428

# 1ˢᵗ IRAM Recovered from PLS at Site # 6



SECRET//REL TO USA, AUS, CAN, GBR//20180428
1470  8/14/17
VER 2 20080307







SECRET//REL TO USA, AUS, CAN, GBR//20180428

# Damage RG-31 from Site # 10



SECRET//REL TO USA, AUS, CAN, GBR//20180428

VER 2 20080307




SECRET//REL TO USA, AUS, CAN, GBR//20180428

# IRAM Dimensions



9.5" Diameter

31" Length

28" Length

FOIA 17-0150

SECRET//REL TO USA, AUS, CAN, GBR//20180428

1477  8/14/17

VER 2 20080307

**28**

SECRET//REL TO USA, AUS, CAN, GBR//20180428

## Scene Diagram of POO Site






SECRET//REL TO USA, AUS, CAN, GBR//20180428

VER 2 20080307

SECRET//REL TO USA, AUS, CAN, GBR//20180428

## Scene Overview



SECRET//REL TO USA, AUS, CAN, GBR//20180428

VER 2 20080307



### e.   Extended Casualty Reports

According to the Casualty Reports for PFC Marion, he died of "a fatal shrapnel wound to the lower extremities causing him to bleed out" when "he was struck by indirect fire."[23] The reports further note "FOB received indirect fire."[24] According to the Casualty Reports for SGT Stone, he died of a "Massive Hemorrage [sic] due to enemy attack" when "the FOB received a rocket attack."[25] The Casualty Reports also note that the FOB came under indirect fire.[26]

### f.   Event Storyboard

The Event Storyboard, prepared by the Battalion's Command, Control and Communication Operations group, consists of one slide and provide a summary of the attack and a map and photo of its location. The Storyboard notes "[a]t 1305C, MND-B, 4/10 M[ountain Division] reported a 14x IRAM I[ndirect] F[ire] attack on FOB Loyalty in New Baghdad, resulting in 3x C[oalition] F[orces] K[illed] I[n] A[ction] and 16x CF C[oalition] F[orces] W[ounded] I[n] A[ction]." It

---

[23]    Casualty report for PFC Marion at 9-10.

[24]    *Id.* at 6.

[25]    Casualty report for SGT Stone at 4.

[26]    *Id.* at 2.

further notes that "EOD recovered 14x rails from a truck at the P[oint] O[f] O[rigin] site." The Storyboard also contains an assessment that:

> Recent threat reporting from Baghdad indicated I[ndirect] F[ire] attacks would occur against C[oalition] F[orces] fixed sites around Baghdad within 24-72 hours. The increase in I[ndirect] F[ire] attacks is likely related to today's dust storm and C[oalition] F[orces] inability to interdict P[oint] O[f] O[rigin] sites via AWT [a form of radar]. The 25 APR statement by al-Sadr has had little impact on S[pecial] G[roup] C[riminal] elements; attacks are expected to continue until weather conditions improve.



### 6. Conclusion

The April 28, 2008 IRAM attack on FOB Loyalty took place during a period of increased operational tempo by IRGC-directed Special Groups. For example, between February and April 2008, EFP attacks against Coalition Forces increased by 40 percent.[27] This coincided with a significant confrontation between the Iraqi government and the rival Sadrist movement headed by Moqtada al-Sadr. IRGC-sponsored Special Groups gradually escalated indirect-fire attacks between March 23, 2008 and March 28, 2008 during which they launched 91 separate barrages that dropped a total of 344 rockets and mortar rounds on the Green Zone in Baghdad. These indirect-fire attacks coincided with coordinated JAM Special Groups assaults against all 11 Iraqi Security Forces checkpoints around Sadr City. Beginning in late April, U.S. forces (working in concert with Iraqi Security Forces) launched an offensive directed against JAM and JAM Special Groups based in and around Sadr City. In the context of this intensified conflict and after review of the available information, in my professional opinion, it is highly probable that the April 28, 2008 IRAM attack on FOB Loyalty that killed PFC Marion and SGT Stone was committed at the general direction of the IRGC and Hezbollah by their Special Groups proxies using weapons provided by the IRGC and training provided by the IRGC and Hezbollah.

Dated: January 28, 2021

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou=U.S. Army,
COL(R), email=kevinlutz101@comcast.net,
c=US
Date: 2021.01.28 17:22:33 -05'00'

Kevin D. Lutz

---

[27]    Iraq War Vol. 2 at p. 315

**June 29, 2011 Attack – Wasit Province**

1. **Summary of Opinion**

After reviewing the available evidence and information, I conclude that the June 29, 2011 attack that injured First Sergeant ("1SG") Donald Field, Staff Sergeant ("SSG") George D. White and John McCulley, a civilian contractor working for American Iraqi Solutions Group in Iraq, involved the use of Improvised Rocket Assisted Munitions ("IRAMs") propelled by 240mm rockets that were likely supplied by the IRGC. I also agree with the Department of Defense's Joint Improvised Explosive Device Defeat Organization's ("JIEDDO") assessment that IRAMs – at least from 2007-2011 – were a signature weapon "used by Iranian-backed militias that operate with the aid of Iran's Islamic Revolutionary Guards Group."[1] I further conclude that Kata'ib Hezbollah ("KH"), an IRGC proxy group, was likely responsible for launching the IRAM attack on June 29, 2011.

2. **Documents Reviewed**

   a. SIGACT Report titled "(ENEMY ACTION) INDIRECT FIRE RPT (IRAM) G/2/3 ACR IVO (ROUTE SHOCKER): 3 CF KIA 7 CF WIA 1 CIV WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   b. IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

   c. JTF Troy – USD-S Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

   d. A video of the attack posted on KH's website and downloaded from https://archive.org/details/BranNewHezbollahBrigades-IramAttackVsAn AmericanBaseInWasit.

3. **Brief Technical Description of IRAMs**

IRAMs are rocket-launched Improvised Explosive Devices ("IEDs") made from large metal canisters (usually propane gas tanks that have been drained of their contents and filled with high explosives – up to several hundred pounds), scrap metal, and ball bearings and typically initiated by an impact type fuze. IRAMs are essentially airborne versions of IEDs normally propelled by either a 107mm or 240mm military rocket motor and launched from fixed or mobile sites by remote control means such as a cell phone, cordless phone or command wire. IRAMs are launched in an arced trajectory, which enables them to be aimed over walls that enclose forward operating bases and other military facilities, in a similar manner to a conventional mortar. IRAMs deployed by Special Groups in Iraq tended to be inaccurate because they lacked any guidance

---

[1]    JIEDDO IED Profile – Improvised Rocket Assisted Munitions – IRAM, Joint Improvised Explosive Device Defeat Organization. https://admin.govexec.com/media/gbc/docs/pdfs_edit/jieddo_ied_tri-fold_v3sm.pdf.

system and were not manufactured to military specifications (apart from the rocket's motor). This often caused stabilization issues.

### 4. Summary of Attack



Only available satellite picture

At approximately 4:20 p.m. on June 29, 2011, four IRAMs were launched from a dump truck that was used as a mobile launch platform against Contingency Operating Base ("COB") Shocker, located in Wasit Province, Iraq. Each IRAM contained approximately 300 lbs. of an unknown bulk explosive.[2] Explosive Ordnance Disposal (EOD) later determined that the IRAMs were launched approximately 600 meters west of COB Shocker.[3] Three of the IRAMs detonated, causing extensive damage to COB Shocker's tactical operations center and gym and killing three U.S. soldiers and wounding seven additional U.S. soldiers and one civilian. The fourth IRAM, which failed to detonate, penetrated the outpost's gym.[4]

---

[2]     IED Report at 2.

[3]     *Id*. at 1.

[4]     SIGACT Report at 3-4.



Photograph of the scene of the attack showing impact from IRAM and resulting damage

According to the EOD Team Leader, the unexploded IRAM "did not explode due to impact with T-Wall causing fuzing to separate from warhead. U[nexploded] O[rdnance] was so large and heavy

that even after harvesting 150+lbs of bulk explosive [it] still weighed over 500 lbs and was only able to be moved with a forklift and P[alletized] L[oad] S[ystem] crane to a disposal site."[5]



Photograph of unexploded IRAM and damage caused by the attack

### 5.  Attribution

#### a.  SIGACT Report

According to the SIGACT Report, two of the IRAMs exploded near the outpost's tactical operations center and one IRAM exploded near the gym.[6] The unexploded IRAM was located near the gym.[7] The Report also contains EOD's assessment that the unexploded IRAM warhead "does not match the dimensions of any of the other two types of IRAM warheads that were attached to 240mm rocket motors that have been seen by the 75th EOD since arrival in Aug 2010. The fuze design for the IRAM that was recovered is identical to the IRAMs recovered from the 3 Jan 11 IRAM attack on COS Kalsu."[8]

The U.S. government has publicly confirmed the IRGC's provision of 240mm rockets to Shi'a Special Groups (particularly KH) in Iraq. For example, in July 2007, then-Brigadier General Kevin J. Bergner briefed the media regarding the U.S. intelligence community's assessment that

---

[5]      JTF Troy Report at 5.

[6]      SIGACT Report at 2.

[7]      *Id*.

[8]      *Id*. at 3.

Shi'a Special Groups were being trained by Hezbollah instructors in a course that "teaches the use of indirect fire weapons including 60mm and 120mm mortars, and 107mm, 122mm and 240mm rockets."[9] The U.S. Department of the Treasury subsequently designated General Abdul Reza Shahlai, a deputy commander in the IRGC–Qods Force, under Executive Order 13438 in 2008, finding that:

> In late-August 2006, Shahlai provided material support to JAM Special Groups by supplying JAM Special Groups members with 122mm grad rockets, 240mm rockets, 107mm Katyushas, RPG-7s, 81mms, 60mm mortars, and a large quantity of C-4. Shahlai also approved and coordinated the training of JAM Special Groups.[10]

It is therefore unsurprising that the SIGACT Report for the June 29, 2011 attack contains an intelligence assessment that the attack was likely committed by KH.[11] The report also contains a USD-S analyst's comment that:

> This is the first I[n] D[irect] F[ire] against Shocker this year; however, it is the second attack against a minor facility in USD-S within 48 hours of its published closure. Like the attack against JSS Sifer, there was no threat reporting prior to the attack. It is likely [Special Groups] are trying to capitalize on propaganda efforts and lay claim for the USF withdrawal. Single source reporting indicates that three IRCG-QF members were I[n] V[icinity] O[f] Shocker during the attack. KH has not claimed the Shocker attack; however, a KH affiliated TV station began reporting on the attack shortly after it was conducted. Of note, there are definite similarities between this attack and the IRAM attack conducted against J[oint] S[ecurity] S[tation] Sifer by A[sa'b] A[hl] [al-]H[aq]. Currently, there is no specific intelligence distinguishing AAH or KH's hand in this attack. If attacks targeting the smaller base closures continue, it is likely that C[ontingency] O[perating] L[ocation] Eastern Barracks (scheduled closure 01 July) and COL Hamiyah will be the next targets.[12]

---

[9]       PX-106-001152. Brig. Gen. Kevin J. Bergner, July 2, 2007. Press Briefing, MNF-I, Baghdad, Iraq. Slide presentation and briefing on the activities of Ali Mussa Daqduq in Iraq. An MNF-I Commander Situation Report to the Secretary of Defense further noted that: "We believe that Iran is continuing to resupply JAM and Special Group elements in Basra and contributed to the current stockpiles available to JAM and Special Groups in Sadr City. The indirect fire attacks on the International Zone this week included a 240mm rocket—a notable and dangerous escalation." SECDEF WEEKLY UPDATE 24 March – 30 March 2008, MNF-I Commander's Weekly Assessment, SECRET, Declassified January 2015, by the CENTCOM Chief of Staff. [PX-78]

[10]       "Treasury Designates Individuals and Entities Fueling Violence in Iraq." September 16, 2008. https://www.treasury.gov/press-center/press-releases/Pages/hp1141.aspx.

[11]       *Id*.

[12]       *Id*.

### b.  IED Report

According to the IED Report, the "P[oint] o[f] O[rigin] was located approximately 603 meters to the West of the C[ontingency] O[perating] B[ase]. Line of sight was hidden by sand dunes."[13] The report further notes that the container for the device was a "Vehicle."[14] The report describes the device used in the attack as "4x IRAMs w/ 240mm rocket motor. A dump truck was used as the mobile launch platform."[15] The report further notes that "[e]ach IRAM has approximately 300lbs of U[nkown] B[ulk] E[xplosive]."[16]

### c.  JTF Troy Report

The JTF Troy Report consists of 32 slides which include a narrative of the attack and the EOD Team Leader's observations, an aerial map of the location of the attack, a scene diagram of the attack, an evidence list, photographs of the scene of the attack, photographs showing the damage to COB Shocker, photographs of the point of origin of the attack, photographs of craters caused by the IRAMs, and photographs of the recovered IRAM and parts of the exploded IRAMs. According to the report, one crater from an IRAM was located in the vicinity of the gym and two other blast seats were located near each other in the vicinity of the tactical operations center.[17] With respect to the unexploded IRAM:

> Due to size/weight of warhead, it was not possible to move from the P[oint] o[f] I[mpact]. Warhead could not be blown in place because US forces could not be evacuated to safe distances required for disposal. Team leader then performed a controlled test burn on a sample of the U[nkown] B[ulk] E[xplosives] to test for sensitivity to determine if explosives could be removed from warhead. Sensitivity of U[nkown] B[ulk] E[xplosives] was similar to military grade plastic explosive and EOD Team Leader began to remove explosives by hand. Team Leader removed approximately 150 lbs of explosives from the warhead until it could be moved by personnel to a location in which forklift could load warhead on to a flatbed for relocation to a disposal site. A security convoy was assembled and escorted EOD to a local disposal area where the warhead was disposed of by detonation.[18]

---

[13]     IED Report at 1.

[14]     *Id*. at 2.

[15]     *Id*.

[16]     *Id*. at 3.

[17]     JTF Troy Report at 4.

[18]     *Id*.



### d.  Video of the Attack

Following the attack, KH posted a video to its website showing multiple IRAMs being fired at COB Shocker followed by several explosions. The video contains a subtitle providing the date and location of the attack and KH's logo.[19] This evidence is consistent with KH's prior TTP and the evidence collected by EOD/Task Force Troy.

### 6.  Conclusion

After a review of the available information, in my professional opinion the attack that injured 1SG Field, SSG White and Mr. McCulley involved the use of multiple IRAMs, a signature weapon used by KH, and it is highly probable that the 240mm rockets used to perpetrate the attack were supplied by the IRGC. I further conclude that the attack itself was likely committed by KH at the direction of the IRGC and (Lebanese) Hezbollah.

Dated: January 27, 2021

Kevin D. Lutz

Digitally signed by Kevin D. Lutz
DN: cn=Kevin D. Lutz, o, ou=U.S. Army, COL(R),
email=kevinlutz101@comcast.net, c=US
Date: 2021.01.27 07:35:36 -05'00'

Kevin D. Lutz

---

[19]     *See* https://archive.org/details/BranNewHezbollahBrigades-IramAttackVsAnAmericanBaseInWasit.