# Exhibit B

# Consolidated Expert Report
# of
# Russell L. McIntyre

Submitted on September 8, 2022

***Timothy Karcher, et al. v. Islamic Republic of Iran***
**Case No. 16-cv-00232 (CKK)**

# TABLE OF CONTENTS

Attacks are listed by their corresponding number in the Amended Complaint.

68.   April 6, 2008 Attack – Baghdad ............................................................................................1
69.   April 6, 2008 Attack – Baghdad ............................................................................................6
80.   October 16, 2008 Attack – Baqubah.................................................................................... 12
88.   July 16, 2009 Attack – Basra ............................................................................................... 18

**April 6, 2008 Attack – Baghdad**

### 1. Summary of Opinion

After reviewing the available evidence and information, in my professional opinion, it is highly probable that the 107mm rocket and 81 mm mortar attack on April 6, 2008 that killed Staff Sergeant ("SSG") Emanuel Pickett was committed by an IRGC proxy group and the attack itself was consistent with the types of attacks orchestrated by the IRGC and Hezbollah against U.S. and Coalition Forces operating in Iraq.

### 2. Documents Reviewed

    **a.** AR 15-6 Investigation on the Death of SSG Pickett, Emanuel dated April 12, 2008, produced by the U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-18-0047;

    **b.** SIGACT Report titled "(ENEMY ACTION) INDIRECT FIRE RPT (Mortar, Rocket) 4-10MTN: 1 CF KIA 14 CF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.** Event Storyboards of the attack produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **d.** Casualty Report for SSG Pickett produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

### 3. Brief Technical Description of 107mm Rockets

The 107mm rocket is a type of indirect fire weapon that was frequently used against Coalition Forces in Iraq. The 107mm rocket (frequently referred to as a "Katyusha rocket") and mortars, like the 81mm version used in this attack, were previously deployed by Hezbollah during the 1980s through the 2000s against Israeli Defense Force positions in southern Lebanon and against Israeli border towns in northern Israel. In Iraq, both Jaysh al-Mahdi ("JAM") and the Special Groups used these same types of rockets and mortars to launch indirect fire attacks ("IDF") on U.S. and Coalition Forward Operating Bases and MNF-I Headquarters in the Green Zone. The Iranian Revolutionary Guard Corps Qods Force (IRGC-QF) supplied these weapons to both its JAM and Special Groups proxies in Iraq. The IRGC-QF and (Lebanese) Hezbollah trained their proxies on how to optimize their use against U.S. and Coalition Forces. In fact, Hezbollah significantly enhanced and was directly responsible for the accuracy and lethality of the Special Group 107mm rocket and mortar teams that conducted indirect fire attacks on U.S. and Coalition Forward and Contingency Operating Bases in Iraq. Hezbollah developed and taught a special month-long training program in Iran for members of Iraqi Special Groups on tactics, techniques and procedures for the employment of 107mm rockets and mortars, drawing on its years of experience targeting Israeli security forces and population centers.

### 4.  Summary of Attack

At approximately 3:00 p.m. on April 6, 2008, a single round of indirect fire impacted a concrete pad in the 95th Military Police Battalion Motorpool on Forward Operating Base Rustimiyah.[1] At the time that initial round impacted, no warning alarm had been sounded.[2] At the time of the attack, 1st Squad, 2nd Platoon, 1132nd Military Police Company was conducting tower guard duty for FOB Force Protection.[3] SSG Pickett, who was squad leader for 1st Squad, was in his living quarters. After the first impact the soldiers proceeded to the nearest bunker for protection. At approximately 3:08 p.m., the Forward Operating Base came under indirect fire again. Three rounds of indirect fire landed on the Forward Operating Base one of which impacted in front of the bunker where SSG Pickett was located.[4] SSG Pickett was mortally wounded in the attack and later died at the 86th Combat Hospital.[5] While SSG Pickett was being evacuated, an additional three rounds of indirect fire hit the Forward Operating Base.[6]

### 5.  Attribution

#### a.  AR 15-6 Investigation Report

According to the AR 15-6's Table of Contents, the investigating officer conducted interviews and obtained the sworn statements from 19 military personnel and reviewed medical records for SSG Pickett. According to the investigating officer's findings:

> a. On 06 APR 2008 at approximately 1500hrs, FOB Rustamiyah, Iraq came under a series of Indirect Fire (IDF) attacks. An unknown mix of (8-10) 81mm mortars and 107mm rockets impacted on the F[orward] O[perating] B[ase] within the 95th M[ilitary] P[olice] B[attalion] footprint.

> b. SSG Pickett. Emanual was the Squad Leader for 1st Squad of 2nd Platoon of the 1132nd MP CO. 1st Squad was tasked to conduct Tower Guard for FOB Force Protection on 06APR08.

> c. Four of the IDF rounds impacted in the 1132nd MP CO "War Devil" living area, one of which hit directly in front of the bunker next to CHU 213. SSG Pickett and

---

[1]     AR 15-6 Findings and Recommendations at 1.

[2]     *Id*.

[3]     *Id*.

[4]     *Id*. at 2.

[5]     *Id*. at 2-3.

[6]     AR 15-6, Sworn statement dated April 9, 2008; AR 15-6, Sworn statement dated April 6, 2008.

seven other Soldiers were located in this same bunker at the time of the IDF round impacting.

d. SSG Pickett was positioned near the front of the bunker closest to where the round impacted. SSG Pickett was mortally wounded.[7]

The investigating officer noted that "On 06APR08 at approximately 1500hrs a single round impacted a concrete pad in The 95th M[ilitary] P[olice] B[attalion] Motorpool on FOB Rustimiyah but did not explode. The C-Ram alarm did not sound."[8] That was followed by three more rounds of indirect fire one of which "impacted in front of the bunker next to CHU 213" where SSG Pickett was located.[9]

### b.  SIGACT Report

The SIGACT Report lists the "Modes of Attack" as "Rocket" and "Mortar."[10] According to the report, the attack involved one 107mm rocket and two 81mm mortar rounds.[11] The report also contains an assessment that:

> This I[ndirect] F[ire] attack was a reaction to the cordon and search of Tai Pink that ended 30-45 min[utes] prior to the attack. This indicates that JAM elements had op[erative]s watching the search of this location and moved to attack only after C[oalition] F[orces] had left the obj[ective].[12]

### c.  Event Storyboard

The Event Storyboard of the attack, prepared by the Battalion's Command, Control and Communication Operations group, provides a summary of the attack, an assessment regarding the attack, a map of the attack location, and photographs of the damage caused by the attack. The Storyboard notes that indirect fire attack "consisted of 1x 107 mm rockets and 2x 81 mm mortar rounds." The Storyboard also contains an assessment that:

> This is the 4th I[ndirect] F[ire] attack within 2km of this event for the past 30 days. This I[ndirect] F[ire] attack was a reaction to the cordon and search of Tai Pink that concluded 30-45 minutes prior to the attack. This indicates that JAM/SGC elements had operatives watching the search of the Tai and moved to attack only after C[oalition] F[orces] had left the objective. Attacks of this nature will continue, due

---

[7]     AR 15-6 Findings and Recommendations at 1.

[8]     *Id*.

[9]     *Id*. at 2.

[10]    SIGACT Report at 2.

[11]    *Id*.

[12]    *Id*. at 3.

in part to the killing of JAM elements in Sadr City on 06 APR and the increased tension throughout Baghdad in general.



### d. Casualty Report

According to the casualty report for SSG Picket, "Soldier was on F[orward] O[perating] B[ase] Rustamiyah when it received indirect fire. Soldier was in vicinity of impact area."[13]

### 6. Conclusion

After reviewing the available evidence and information, in my professional opinion, it is highly probable that the attack which killed SSG Pickett and injured 14 other soldiers involved the use of a 107mm Iranian rocket and 81 mm mortar rounds that struck FOB Rustamiyah. The attack took place during a period of increased operational tempo by IRGC-directed Special Groups directed against Coalition Forces. For example, between February and April 2008, EFP attacks against Coalition Forces increased by 40 percent.[14] This coincided with a significant confrontation between the Iraqi government and the rival Sadrist movement headed by Moqtada al-Sadr. IRGC-sponsored Special Groups gradually escalated indirect-fire attacks between March 23, 2008 and March 28, 2008 during which they launched 91 separate barrages that dropped a total of 344 rockets and mortar rounds on the Green Zone in Baghdad. These indirect-fire attacks coincided

---

[13]     Casualty Report at 14.

[14]     Iraq War Vol. 2 at p. 315

with coordinated JAM Special Groups assaults against all 11 Iraqi Security Forces checkpoints around Sadr City.

In the context of this period of intensified conflict and after review of the available information, in my professional opinion, it is highly probable that the April 6, 2008 attack on FOB Rustamiyah that killed SSG Pickett was consistent with the types of attacks orchestrated by the IRGC and Hezbollah against U.S. and Coalition Forces operating in Iraq and was committed at the general direction of the IRGC by one of its Special Groups proxies using weapons provided by the IRGC and training provided by the IRGC and Hezbollah.

Dated: Mar 19, 2021

_Russell L. McIntyre_
Russell L. McIntyre (Mar 19, 2021 20:31 EDT)

Russell L. McIntyre

**April 6, 2008 Attack – Baghdad**

**1. Summary of Opinion**

After reviewing the available evidence and information, in my professional opinion, it is highly probable that the 107mm rocket attack on April 6, 2008 that killed Colonel ("COL") Stephen Scott and Major ("MAJ") Stuart A. Wolfer was committed by an Iranian Revolutionary Guard Corps ("IRGC") directed and controlled proxy militia group and the attack itself was consistent with the types of indirect fire ("IDF") attacks orchestrated by the IRGC and Hezbollah against U.S. and Coalition Forces operating in Iraq.

**2. Documents Reviewed**

    **a.** AR 15-6 Investigation: Phoenix Base IDF Attack 6 April 2008, produced by the U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0103 and FOIA Request No. FA-18-0084;

    **b.** SIGACT Report titled "(ENEMY ACTION) INDIRECT FIRE RPT (Rocket) MNSTC-I: 2 CF KIA 17 CF WIA 3 CIV WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.** JTF Troy Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **d.** Event Storyboard of the attack produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **e.** Casualty Report for COL Scott produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **f.** Casualty Report for MAJ Wolfer produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

**3. Brief Technical Description of 107mm Rockets**

The 107mm rocket is a type of indirect fire weapon that was frequently used against Coalition Forces in Iraq. The 107mm rocket (frequently referred to as a "Katyusha rocket") was previously deployed by Hezbollah during the 1980s through the 2000s against Israeli Defense Force positions in southern Lebanon and against Israeli border towns in northern Israel. In Iraq, both Jaysh al-Mahdi ("JAM") and the Special Groups used these same types of rockets to launch indirect fire attacks ("IDF") on U.S. and Coalition Forward Operating Bases and MNF-I Headquarters in the Green Zone. The Iranian Revolutionary Guard Corps Qods Force (IRGC-QF) supplied these weapons to both its JAM and Special Groups proxies in Iraq. The IRGC-QF and (Lebanese) Hezbollah trained their proxies on how to optimize their use against U.S. and Coalition Forces. In fact, Hezbollah significantly enhanced and was directly responsible for the accuracy and lethality of the Special Group 107mm rocket teams that conducted indirect fire attacks on U.S.

and Coalition Forward and Contingency Operating Bases in Iraq. Hezbollah developed and taught a special month-long training program in Iran for members of Iraqi Special Groups on tactics, techniques and procedures for the employment of 107mm rockets, drawing on its years of experience targeting Israeli security forces and population centers.

### 4. Summary of Attack

At approximately 3:28 p.m. on April 6, 2008, a 107mm Iranian rocket impacted the roof of the gym of Phoenix Base located in the International Zone in Baghdad.[1] At 3:28 p.m. an alarm sounded at a nearby compound and an ALMCO employee hearing the alarm ran into the gym to warn everyone in the gym to take cover.[2] Phoenix Base's manual indirect fire alarm sounded a few seconds after the alarm at the nearby compound and almost simultaneously with the rocket impacting the roof of the Phoenix Base gym.[3] The explosion sent shrapnel into the Phoenix Base gym.[4] COL Scott, who had arrived at the gym at 2:30 p.m., and MAJ Wolfer, who had arrived at the gym at 3:05 p.m., were "nearly directly under the rocket detonation" when the 107mm rocket hit the gym's roof.[5] "Both Colonel Stephen Scott and Major Stuart Wolfer received multiple severe traumatic blast injuries."[6] COL Scott and MAJ Wolfer were both quickly evacuated to the 86th Combat Support Hospital where they were both pronounced dead.[7]

### 5. Attribution

#### a. AR 15-6 Investigation Report

According to the AR 15-6's Table of Contents, the investigating officer conducted interviews and obtained 14 sworn statements and reviewed documents including treatment records for COL Scott and MAJ Wolfer, an attack summary prepared by MNSTC-I J3, and a timeline of the attack prepared by MNSTC-I. According to the investigating officer's findings, COL Scott arrived at the Phoenix Base gym at 2:30 p.m. and MAJ Wolfer arrived at the Phoenix Base gym at 3:05 p.m.[8] At 3:28 p.m. an alarm on a nearby compound was sounded and an ALMCO employee ran into the gym to warn everyone inside.[9] The Phoenix Base manual indirect fire alarm went off at almost the same time as "a rocket hit the roof of the Phoenix Base gym and exploded sending

---

[1]     JTF Troy Report at 2; SIGACT Report at 3; AR 15-6 Findings and Recommendations at 1.

[2]     AR 15-6 Findings and Recommendations at 1.

[3]     *Id.*

[4]     *Id.* at 2.

[5]     *Id.*

[6]     *Id.*

[7]     *Id.*

[8]     AR 15-6 Findings and Recommendations at 1.

[9]     *Id.*

shrapnel into the Phoenix Base gym."[10] At the time of the explosion, "Colonel Stephen Scott and Major Stuart Wolfer were very nearly directly under the rocket detonation."[11] According to the attack summary prepared by MNSTC-I J3, "EOD determined the IDF consisted of one Iranian made 107mm rocket."[12]

### b.   Significant Activities (SIGACT) Report

The SIGACT Report lists the "Modes of Attack" as "Rocket."[13] According to the report, the attack involved a 107mm Iranian rocket which struck the Phoenix Base gym.[14] The report further notes that "Phoenix Base gymnasium sustained severe damage, from a direct hit to roof."[15]

### c.   Joint Task Force (JTF) Troy Report

The JTF Troy Report consists of four slides and includes a narrative and conclusion regarding the attack, an aerial map showing the point of impact of the attack, and photographs of the damage caused by the 107mm rocket. According to the EOD team that responded to the attack site, "Blast seat, rocket motor, and fragmentation are consistent with one 107mm Iranian rocket dated 2006."[16] The report notes that the "rocket impacted the tin roof of the Phoenix Base Gym causing two CF KIA and eleven CF WIA."[17] The report further notes that the "rocket also caused damage to several pieces of exercise equipment and structural damage to the roof of the building."[18] EOD concluded that "P[oint] O[f] I[mpact] was impacted by one Iranian 107mm H[igh] E[xplosive] Rocket."[19]

---

[10]    *Id.*

[11]    *Id.* at 2.

[12]    AR15-6, Exhibit 18 at 1.

[13]    SIGACT Report at 2.

[14]    *Id.* at 3.

[15]    *Id.* at 6.

[16]    JTF Troy Report at 2.

[17]    *Id.*

[18]    *Id.*

[19]    *Id.*



#### d. Event Storyboard

The Event Storyboard of the attack, prepared by the Battalion's Command, Control and Communication Operations group, provides a summary of the attack, an assessment regarding the attack, and a map of the attack location. The Storyboard notes that the indirect fire attack consisted of "3x 107 mm Iranian rockets on the I[nternational] Z[one]." The Storyboard also contains an assessment that:

> This is the 4th IDF attack against the international zone since the beginning of April. Points of origin continue to be in the vicinity of Sadr City north of P[hase] L[ine] Gold. Special Group Criminal (SGC) elements within the Sadr City security district continue to attack C[oalition] F[orces] fixed points in response to the perception that an incursion further into Sadr City is imminent. Additionally, today's attack may be a retaliatory response for recent C[oalition] F[orces]/I[raqi] S[ecurity] F[orces] operations which killed or detained SGC members, specifically the 9x SGC k[illed] i[n] a[ction] this morning. As the 09 APR anniversary of the liberation of Baghdad approaches, attacks will likely increase, possibly in conjunction with planned demonstrations throughout the city.



### e. Casualty Reports

According to the casualty report for COL Scott, "S[ervice] M[ember] engaged in P[hysical] T[raining] inside FOB Phoenix gym when unknown ROCKET/MORTAR struck the building causing injury. M[ember] was sent to local C[ombat] S[upport] H[ospital] where he was pronounced dead ..."[20] According to the casualty report for MAJ Wolfer, "S[ervice] M[ember] engaged in P[hysical] T[raining] inside FOB Phoenix gym when unknown ROCKET/MORTAR struck the building causing injury. M[ember] was sent to local C[ombat] S[upport] H[ospital] where he was pronounced dead ..."[21]

### 6. Conclusion

After reviewing the available evidence and information, in my professional opinion, it is highly probable that the attack which killed COL Scott and MAJ Wolfer and injured 19 other soldiers involved the use of a 107mm Iranian rocket that struck the Phoenix Base gym. The attack took place during a period of increased operational tempo by IRGC-directed Special Groups. For example, between February and April 2008, EFP attacks against Coalition Forces increased by 40 percent.[22] This coincided with a significant confrontation between the Iraqi government and the rival Sadrist movement headed by Moqtada al-Sadr. IRGC-sponsored Special Groups gradually escalated indirect-fire attacks between March 23, 2008 and March 28, 2008 during which they

---

[20]     COL Scott Casualty Report at 2.

[21]     MAJ Wolfer Casualty Report at 2.

[22]     Iraq War Vol. 2 at p. 315

launched 91 separate barrages that dropped a total of 344 rockets and mortar rounds on the Green Zone in Baghdad. These indirect-fire attacks coincided with coordinated JAM Special Groups assaults against all 11 Iraqi Security Forces checkpoints around Sadr City.

In the context of this period of intensified conflict and after review of the available information, in my professional opinion, it is highly probable that the April 6, 2008 attack on Phoenix Base that killed COL Scott and MAJ Wolfer was consistent with the types of attacks orchestrated by the IRGC and Hezbollah against U.S. and Coalition Forces operating in Iraq and was committed at the general direction of the IRGC by one of its Special Groups proxies using weapons provided by the IRGC and training conducted by Hezbollah instructors.

Dated: Mar 22, 2021

*Russell L. McIntyre*
Russell L. McIntyre (Mar 22, 2021 10:39 EDT)
Russell L. McIntyre

**11**

**October 16, 2008 Attack – Baqubah**

**1. Summary of Opinion**

After reviewing the available evidence and information, I conclude that the October 16, 2008 attack that killed Private First Class ("PFC") Cody J. Eggleston involved the use of 107mm rockets that were supplied by the IRGC.

**2. Documents Reviewed**

    **a.** SIGACT Report titled "(ENEMY ACTION) INDIRECT FIRE RPT (Rocket) 2SCR: 1 CF KIA 10 CF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **b.** Indirect Fire Report ("IDF Report") produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.** Event Storyboard of the attack produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **d.** Casualty Report for PFC Eggleston produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

**3. Brief Technical Description of 107mm Rockets**

The 107mm rocket is a type of indirect fire weapon that was frequently used against Coalition Forces in Iraq. The 107mm rocket (frequently referred to as a "Katyusha rocket") was previously deployed by Hezbollah during the 1980s and 1990s against Israeli Defense Forces positions in southern Lebanon and against Israeli border towns in northern Israel. In Iraq, both JAM and the Special Groups used these same types of rockets to launch indirect fire attacks on U.S. and Coalition Forward Operating Bases and MNF-I Headquarters in the Green Zone. The IRGC not only supplied these weapons to both its affiliated Jaysh al-Mahdi ("JAM") and Special Groups proxies in Iraq; Lebanese Hezbollah helped form and train IRGC proxies on how to employ these types of rockets against U.S. and Coalition Forces.

**4. Summary of Attack**

At approximately 2:30 p.m. on October 16, 2008, three 107mm rockets which were identified by radar were launched against Forward Operating Base Warhorse, located in Baqubah, Iraq.[1] Following the rocket launch, Iraqi Security Forces (ISF) determined the point of origin of the rockets and located 10 rocket launching rails in an abandoned house.[2] PFC Eggleston was injured in the attack and later died on October 24, 2008.

---

[1]    IDF Report at 1; SIGACT Report at 2; Event Storyboard.

[2]    IDF Report at 2; SIGACT Report at 3; Event Storyboard.

### 5.  Attribution

#### a.  SIGACT Report

According to the SIGACT Report, "F[orward] O[perating] B[ase] Warhorse received I[ndirect] F[ire] consisting of 3 x 107mm rockets identified by radar."[3] The report notes that an interpreter from 1st Battalion, 5th Infantry "was monitoring an I[raqi] P[olice] radio net in Alsadah/ Arab Yasin district overheard an I[raqi] P[olice] patrol stating 4 missiles were shot vic[inity] grid 38SMC 693 394."[4] The report further notes that forces from the 2nd Stryker Cavalry Regiment (2-SCR) that responded to the point of origin "report[ed] that they have located an abandoned house where I[raqi] S[ecurity] F[ores] recovered multiple rocket rails" and that "the ISF recovered appx 10 rocket rails to their HQ."[5]

The SIGACT Report also contains S2's assessment that:

Todays 3 x 107 mm rocket impacting FOB Warhorse was first since 28 September. On 28 September JAM/ SG conducted 1 x 107mm rocket attack on FOB Warhorse from a historic point of origin site IVO [In Vicinity of] northeast Khalis. Today's rocket attack originated from northeast Baqubah along Route Blue Babe approximately 500 meters away from Dog Company 2-2 SCR, 04 July arrest of [redacted] and 8 x found rocket rail launchers (IVO MC 71209 38609) [redacted] is assessed as responsible for the 03 July rocket attack on FOB Warhorse and Gabe. Based on the point of origin IVO the CDRV and the weapon type (107mm rocket), we assesses JAM/SG conducted the attack targeting FOB Warhorse most likely in retaliation for recent arrests throughout Diyala targeting SG C2 [Special Group Command and Control] and operatives guilty of sectarian violence, weapons trafficking, and attacks against CF [Coalition Forces]. Additionally, the launch site on Route Blue Babe is assessed to be utilized due to the easy access and egress of the IDF cell possibly used as well as the recent low visibility allowing the IDF [Indirect Fire] cell freedom of movement without fear of CF UAS [Coalition Forces Unmanned Aerial System] assets.[6]

#### b.  Indirect Fire Report

According to the IDF Report, "F[orward] O[perating] B[ase] Warhorse received I[ndirect] F[ire] consisting of 3 x 107mm rockets identified by radar."[7] The report notes that 2nd Stryker

---

[3]     SIGACT Report at 2.

[4]     *Id.*

[5]     *Id.* at 3.

[6]     *Id.* at 3-4.

[7]     IDF Report at 1.

2

**13**

Cavalry Regiment responded to the point of origin and an abandoned house was located "where I[raqi] S[ecurity] F[orces] recovered multiple rocket rails."[8]

### c. Event Storyboard

The Event Storyboard of the attack, prepared by the Battalion's Command, Control and Communication Operations group, provides a summary and an assessment of the attack and contains a map of the attack location. The Storyboard notes that "5X 107mm rockets impacted FOB Warhorse." It also notes "ISF recovered 10x rocket rails from an abandoned house at P[oint] O[f] O[rigin] site." According to the assessment contained in the Storyboard:

> This is the first I[ndirect] F[ire] attack within 10km of this event for the past 30 days. Initial assessment indicates the attack was conducted by 5x 107mm rockets directed towards the FOB. Reporting indicates the possibility the attack may be connected to the mayor of [redacted] but more information is required before a final assessment can be completed.



---

*Id.* at 1-2.

### d.  Casualty Report

An Operation Iraqi Freedom Casualty Update from October 17, 2008 lists PFC Eggleston as having sustained injuries to his head and neck but does not provide specific details as to how he sustained the injuries.

### 6.  Conclusion

The 2nd Cavalry Regiment, stationed in Forward Operating Base WARHORSE, was located in the environs of the Iraqi city of Baqubah. Baqubah is the capital city of Iraq's Diyala Governorate. The city is located approximately 50 kw (31miles) to the northeast of Baghdad. Baqubah was a link in an IRGC directed and controlled arms smuggling route that ran from the Iraqi-Iranian border in the vicinity of the Iraqi town of Mandali, transiting west along Highway 82 for 92 KMs to Baqubah, with the ultimate destination for arms IRGC directed and controlled and affiliated militia groups operating in the northern suburbs of Baghdad.



**City of Baqubah and Diyala Governate Used by the IRGC for Arms Smuggling**

One of the 2nd Cavalry Regiments tasks was to interdict that movement of IRGC provided arms and munitions to Special Groups operating in Diayala Governate and their further movement south to Baghdad.  Evidence of the role that the Iraqi town of Mandali, located close to the Iranian border, played as an IRGC weapons smuggling way point was uncovered in February 2007.  A weapons cache was discovered by U.S. Forces in the vicinity of Mandali that contained sufficient components, including copper disks, necessary to assemble over 150 Explosively Formed Penetrators (EFPs).



**Smuggling Route from the Iraqi town of Mandali, on the Iranian border, to Baqubah for further transshipment south to Baghdad.**

After a review of the available information, I conclude that the attack that caused the death of PFC Eggleston was orchestrated by the IRGC and was conducted by one of the IRGC sponsored proxy groups in Iraq. The attack involved the use of at least three 107mm rockets that stuck Forward Operating Base Warhorse. The rockets launched against Forward Operating Base Warhorse injured more than 10 soldiers including PFC Eggleston, who succumbed to his injuries on October 24, 2008.

In my professional opinion, the totality of the records available for my review, and the threat picture existent at the time of the attack and its location indicates that:

1. 107mm rockets were the weapon used to attack Forward Operating Base Warhorse causing the death of PFC Eggleston;
2. The 107mm rockets were likely supplied by the IRGC; and
3. One of the IRGC's proxy groups was likely responsible for the attack.

Dated: Feb 5, 2021

*Russell L. McIntyre*
Russell L. McIntyre (Feb 5, 2021 20:10 EST)

Russell L. McIntyre

**16**

**July 16, 2009 Attack – Basra**

**1.  Summary of Opinion**

After reviewing the available evidence and information, in my professional opinion, it is highly probably that 107mm rocket attack on July 16, 2009 that killed Specialist ("SPC") Daniel P. Drevnick was committed by an IRGC proxy group and was consistent with the types of attacks orchestrated by the IRGC and Hezbollah against U.S. and Coalition Forces operating in Iraq.

**2.  Documents Reviewed**

    **a.**  AR 15-6 Investigation of the Death of SPC Daniel Drevnick 16 Jul 09 dated August 7, 2009, produced by the U.S. Army Central (ARCENT) in response to Osen LLC FOIA Request No. FA-17-0157;

    **b.**  SIGACT Report titled "(ENEMY ACTION) INDIRECT FIRE RPT (Rocket) 2-4 ID/34 ID: 3 CF KIA 1 CF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **c.**  IED Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

    **d.**  JTF Troy Report produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150; and

    **e.**  Event Storyboards of the attack produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150.

**3.  Brief Technical Description of 107mm Rockets**

The 107mm rocket is a type of indirect fire weapon that was frequently used against Coalition Forces in Iraq. The 107mm rocket (frequently referred to as a "Katyusha rocket") was previously deployed by Hezbollah during the 1980s and 1990s against Israeli Defense Force positions in southern Lebanon and against Israeli border towns in northern Israel. In Iraq, both Jaysh al-Mahdi ("JAM") and the Special Groups used these same types of rockets to launch indirect fire attacks ("IDF") on U.S. and Coalition Forward Operating Bases and MNF-I Headquarters in the Green Zone. The Iranian Revolutionary Guard Corps Qods Force (IRGC-QF) supplied these weapons to both its JAM and Special Groups proxies in Iraq. The IRGC-QF and (Lebanese) Hezbollah trained their proxies on how to optimize their use against U.S. and Coalition Forces. In fact, Hezbollah significantly enhanced and was directly responsible for the accuracy and lethality of the Special Group 107mm rocket teams that conducted attacks on U.S. and Coalition Forward and Contingency Operating Bases in Iraq. Hezbollah even designed and taught a special month long training program in Iran for members of Iraqi Special Groups on tactics, techniques and procedures for the employment of 107mm rockets, drawing on its years of experience targeting Israeli security forces and population centers.

### 4.  Summary of Attack

At approximately 9:15 p.m. on July 16, 2009, five 107mm rockets were launched against Contingency Operating Base (COB) Basra.[1] One of the rockets detonated fifteen feet from a designated smoking area within COB Basra, and another rocket "detonated approximately 10ft from a Chevy Blazer, resulting in moderate fragmentation damage of the vehicle.[2] A third rocket "detonated upon impact with [an] outer perimeter T-wall barrier."[3] Two other impact sites were found the following day.[4] EOD responded to the point of origin, which was determined to be along the riverbank of the Qarmat 'Ali River, where Improvised Rocket Launcher (IRL) rail systems were located.[5] SPC Drevnick, who had been in the smoking area just prior to the impact, was mortally wounded in the attack and died approximately two and a half hours after the attack while en route to a higher level hospital.[6]

### 5.  Attribution

#### a.  AR 15-6 Investigation Report

According to the AR 15-6's Table of Contents, the investigating officer conducted interviews and obtained the sworn statements from 30 military personnel, including medical personnel, and reviewed documentation including the JTF Troy Report, Intelligence Memorandum, COB Basra Standing Operating Procedures, photographs of the attack, and medical records for SPC Drevnick. According to the investigating officer's findings, "the b[ase] d[efense] o[perations] c[enter] personnel monitoring the Counter Rocket Artillery, and Mortar (C-RAM) computer system reported an auto-confirmed rocket track and three manual confirmed IDF rocket tracks coming from the river area towards COB Basrah. The computer instantly calculated the flight track of the rocket and indicated the rockets would impact inside COB Basrah in ten seconds."[7] This triggered the Waves system siren which blasts a warning throughout the COB that there was an incoming indirect fire attack and "indicate[s] to all Soldiers within the sound of the siren to immediately perform the IDF battle drill and get face down on the ground and cover their head."[8] At the time the sirens went off, SPC Drevnick and three other soldiers had been in the smoking area inside the Quick Reaction Force compound in COB Basra.[9] "The smoking area is a

---

[1]  SIGACT Report at 2; Event Storyboard; AR 15-6 Report Exhibit GG (Staff Duty Log).

[2]  JTF Troy Report at 5.

[3]  *Id.*

[4]  *Id.*

[5]  *Id.* at 4.

[6]  AR 15-6 Memorandum of Facts at 1, 7-8.

[7]  *Id.* at 2.

[8]  *Id.*; First Sworn Statement dated July 19, 2009; Third Sworn Statement dated July 19, 2009.

[9]  AR 15-6 Memorandum of Facts at 1; Sworn Statement dated July 23, 2009.

popular area for Soldiers to hang out and is equipped with several hard chairs and protective 2.5 feet high jersey barriers … protect[ing] the smoking area from vehicle traffic which moves in the adjacent parking lot."[10] The soldiers started to move to the Hesco barriers in front of the Radio Telephone Operator building but failed to make it behind the barriers prior to the explosion.[11] "One 107 mm rocket impacted between six and fifteen feet from" SPC Drevnick and the other three soldiers who were with him.[12] The investigating officer found that "Blast analysis of the 107mm P[oint] O[f] I[mpact] site indicates that Soldiers within 365 meters square or about 60 X 60 square feet would suffer near certain death if not from shrapnel then from the pressure exhibited from the blast. All three Soldiers were well within this distance with SPC Wertish and SPC Drevnick both being 6-8 feet from the P[oint] O[f] I[mpact] and SPC Wilcox was approximately 15 feet from the P[oint] O[f] I[mpact]."[13]

The AR 15-6 report also contains slides from a JTF Troy Report. The slides that have not been redacted contain diagrams from a post blast inspection of the scene. The diagrams indicate where the soldiers who were killed were located at the time of the attack and where the rocket impacted. The second slide notes that "the point of impact is approximately 6-8 feet from the position of victims 1 and 2"[14] and "approximately 15 feet from victim 3. The effective lethal area of a point detonating 107mm rocket is 365m." The third slide notes that "[t]he area is surrounded by T-Walls and HESCO barriers which could have contributed to an increased blast effect in the direction of the victims during the detonation."

---

[10]     AR 15-6 Memorandum of Facts at 1.

[11]     *Id*. at 2; Sworn Statement dated July 23, 2009.

[12]     AR 15-6 Memorandum of Facts at 11.

[13]     *Id*.

[14]     According to the investigating officer's report, "SPC Drevnick was lying on the ground under an electrical box." AR 15-6 Memorandum of Facts at 4. Based on the diagram in Slide 2, victim 2, who is depicted as lying under an electrical box, would be SPC Drevnick.











### b. Significant Activities (SIGACT) Report

According to the SIGACT Report, five 107mm rockets were fired at Contingency Operating Base Basra.[15] The report notes that at 9:15 p.m., the Q36 mobile radar system, which is designed to detect and track incoming mortar, artillery and rocket fire, "received 5 acquisitions" and explosions were heard on COB Basra.[16] The Direct/Indirect Fire Information section of the SIGACT Report lists the round size as 107mm and contains remarks that the 107mm rockets were "acquired by sensors, initial report is trajectory matches 107mm rocket, later confirmed as 107mm rocket."[17]

### c. Improvised Explosive Device (IED) Report

The IED Report lists the firing point details as "I[mprovised] R[ocket] L[auncher]'s were located along the water line of the Quarmat 'Ali River bank."[18] The device section of the report lists the device description as "I[mprovised] R[ocket] L[auncher] consisting of 107mm rockets

---

15      SIGACT Report at 2.

16      <em>Id</em>.

17      <em>Id</em>. at 4.

18      IED Report at 2.

and electronic timers," and the main charge configuration as "Omni-Directional - Rocket."[19] The munitions section of the report lists the category as "Military Ordnance," munitions type as "Rocket," the size as "107mm" and the weight as "8 lbs."[20] The initiator section of the report lists the type as "Time," the initiation detail as "Timer" and the imitation sub-type as "Electronic."[21]

The report notes "En route to P[oint] O[f] O[rigin] site, EOD escort was diverted to conduct a cordon knock on a house suspected to be where enemy forces retreated to from the P[oint] O[f] O[rigin], according to U[nmanned] A[erial] V[ehicle] feeds. Team 3 assisted in searching the house and surrounding area for evidence and ordnance items with nothing significant to report."[22] The report further notes "Upon arrival [at the point of origin], it was reported that 4x Improvised Rocket Launcher (IRL) rail systems, in various conditions, had already been located and collected by 2/8 I[nfantry] Beast Blue 1 and an unknown Iraqi Army unit that was no longer on scene. Only one fully intact IRL rail system remained. One other intact IRL rail system was reported to have been taken by the I[raqi] A[rmy]. The other two IRL rail systems were partially destroyed by the rocket launches themselves and were retained by Coalition Forces."[23] The report further notes that EOD inspected three separate points of impact on the day of the attack and two points of impact the following day and recovered fragments of 107mm rocket at each location.[24] The report also contains EOD's assessment that:

> The Qarmat 'Ali River was used to insert the IRL rail systems due to the terrain leading to the riverbank from the road not being conducive for anyone to traverse with or without rockets and IRL rail systems. Components of the IRL rail system found were similar to the 26MAY09 COB Basrah IDF attack. Ordnance fragmentation recovered by Team 1 at the impact sites was consistent with 107mm rockets. IRL Rail systems were placed along the river's waterline, team Leader believes that the systems could have been placed in this fashion so that the incoming tide would carry away the wooden section of the rails and cover up the rest of the components.[25]

The report also contains WIT's analysis and assessment that:

> This attack is similar to the IDF on 26 MAY (IED-20090526211838RQU6055985672). The same type of timers were used, the wooden IRL had the same design/dimensions, and 107mm rocket fragmentation

---

[19]   *Id*. at 6.

[20]   *Id*. at 7.

[21]   *Id*.

[22]   *Id*. at 2.

[23]   *Id*. at 2-3.

[24]   *Id*. at 3.

[25]   *Id*. at 4.

was found at the P[oint] O[f] I[mpact] sites. Based on similarities, it is likely that this attack has been conducted by cell members affiliated to Bassim Al Faisalawi, the group that has been reported responsible for the 26 MAY I[ndirect] F[ire] attack on C[ontingency] O[perating] B[ase] Basrah.

The IRL Rail systems were placed along the river's waterline and discovered as the tide receded. It is probable the insurgents used the Qarmat 'Ali River as an emplacement and escape route.

Since the 30 JUN Security Agreement, the number of I[ndirect] F[ire] against C[oalition] F[orces] have increased exponentially. There were only (2)x I[ndirect] F[ire] attacks in MND-S in June and this event represents the ninth I[ndirect] F[ire] attack against C[oalition] F[orces] since 01 JUL. Based on recent trends, C[oalition] F[orces] can expect more I[ndirect] F[ire] attacks against C[oalition] F[orces]. This increase in activity may be due to the insurgent network attempting to video tape a successful attack against C[oalition] F[orces] in order to secure funding for future operations against C[oalition] F[orces]. WIT recommends C[oalition] F[orces] keep a watchful eye on historic P[oint] O[f] O[rigin] sites for future activity.[26]

### d.  Joint Task Force (JTF) Troy Report

The JTF Troy Report consists of fifteen slides and includes a narrative of the attack, EOD's analysis and assessment, Weapons Intelligence Team (WIT) comments, aerial/map views of the site, photographs of the scene, and photographs of recovered evidence from the attack. According to the narrative in the report, when EOD Team Three responded to the point of origin:

Upon arrival, it was reported that 4x Improvised Rocket Launcher (IRL) rail systems, in various conditions, had already been located and collected by 2/8 IN Beast Blue 1 and an unknown Iraqi Army unit that was no longer on scene. Only one fully intact IRL rail system remained. One other intact IRL rail system was reported to have been taken by the IA. The other two IRL rail systems were partially destroyed by the rocket launches themselves and were retained by Coalition Forces. Items recovered included 2x electronic timers, 2x car jacks, wooden pieces from rail system, and 1 x intact wooden rail system.[27]

The report further notes that EOD Team One responded to the points of impact in and around COB Basra. At the first impact site, "Team recovered fragments of 107mm rocket. Rocket detonated fifteen feet from a designated smoking area. There was fragmentation present throughout the scene with no explosive hazards found."[28] At the second point of impact, "Team recovered additional fragments of a second 107mm rocket. The rocket detonated approximately

---

[26]     *Id.* at 5.

[27]     JTF Troy Report at 4.

[28]     *Id.* at 5.

10ft from a Chevy Blazer resulting in moderate fragmentation damage to the vehicle."[29] At the third impact location, "Team recovered fragments of a third 107mm rocket. The rocket detonated upon impact with outer perimeter T-wall barrier."[30] The report further notes that on July 17 EOD "recovered fragments of a fourth and fifth 107mm rocket."[31] The report also contains the same assessment noted above in the IED Report section.[32]



<hr>

[29]    *Id.*

[30]    *Id.*

[31]    *Id.*

[32]    *See infra* at 6.

9





SECRET // REL USA, MCFI

## JTF TROY - MND-S

### Aerial / Map View of Site



Point of Impact #2
38RQU5582684502

Point of Impact #1
38RQU 5606384317

Points of Impact #4 & #5
38RQU 5670484325
38RQU5671284236

Point of Impact #3
38RQU 5674284113

● POI found 17JUL09

FOIA 17-0150L 3RD Release

0767 11/16/17

SECRET // REL USA, MCFI




SECRET // REL USA, MCFI

## JTF TROY - MND-S

### Photographs of Scene

Recovered Components
from POO site

2 x electronic timers
2 x car jacks



FOIA 17-0150L 3RD Release

0773 11/16/17

SECRET // REL USA, MCFI




~~SECRET // REL USA, MCFI~~

## JTF TROY - MND-S

## Photographs of Scene



FOIA 17-0150L  3RD Release

~~SECRET // REL USA, MCFI~~

0774  11/16/17

### e. Event Storyboard

The Event Storyboard of the attack, prepared by the victim's Battalion's Command, Control and Communication Operations group, provides a timeline of the attack and contains a map of the attack location, a diagram of the attack, and an aerial photo of the attack location. The Storyboard notes that indirect fire rounds impacted COB Basra at 9:15 p.m. It further notes that two rails were discovered at the point of origin and that a "second set of two wooden rails discovered vic[inity] p[oint] o[f] o[rigin] with jack stands and two timers." It also notes that at 2:21 a.m. on July 17 "Bucca reports W[ounded] I[n] A[ction] moved to Bucca Hospital has died of wounds." As previously noted, SPC Drevnick was mortally wounded in the attack and was airlifted to a higher-level facility, but because of his condition midflight was diverted to Bucca where he died.





12

## 6. Conclusion

This attack, which killed three soldiers including SPC Drevnick, involved the use of five 107mm rockets that stuck COB Basra.

Throughout the period in question, Basra was a Shi'a-dominated province and city that was used as a significant entry point for IRGC weapons and personnel. While Hezbollah-trained JAM dominated much of the area through the early months of 2008, Basra was also the site of significant IRGC directed attacks against Coalition Forces. Even a year before the July 16, 2009 attack, Coalition Forces were launching a number of operations targeted against IRGC-sponsored and Hezbollah-trained Special Groups.

On March 31, 2009, the British Multi-National Division-South East (MND-SE) departed Iraq ending Great Britain's 6-year deployment in southern Iraq. MND-SE handed control of its area of operations to then-Major General Michael Oates's Multi-National Division-Center (MND-C), which had been gradually expanding its battle space southward from Baghdad since June 2008 and would be renamed MND-South after the British departure. Throughout the first half of 2009, Iranian-sponsored and Hezbollah-trained Special Groups and Kata'ib Hezbollah in particular, marshalled indirect fire teams armed with 107mm rockets in Basra to target MND-South's personnel.

After a review of the available information, I conclude that the attack that caused the death of SPC Drevnick was orchestrated by the IRGC-QF and was likely conducted by Kata'ib Hezbollah, though it could also have been conducted by one of the IRGC-QF's other Hezbollah-trained Special Group proxies they supplied with munitions to include 107mm rockets.

The use of timers to delay the launch of the 107mm rockets, as noted in the JTF TROY post incident report pictured above, allowed the team that installed and aligned the rockets for the attack to avoid Coalition Force countermeasures that could have included a quick reaction ground force or a response by helicopter gunships to pursue the perpetrators.

The use of timers to delay the launch of 107mm rockets was a tactic developed by Lebanese Hezbollah for its indirect fire attacks on Israeli Army operational bases in southern Lebanon and a unique signature of the attack on COB Basra.

As demonstrated by the attack on COB Basra, this particular tactic was imported by the IRGC-QF into Iraq with training and guidance from Lebanese Hezbollah and employed by the proxy groups they trained and supported in Iraq.

Dated: Mar 8, 2021

*Russell L. McIntyre*
Russell L. McIntyre (Mar 8, 2021 10:26 EST)

Russell L. McIntyre