# Exhibit C

# Expert Report
# of
# Col. Joel Rayburn (Ret.)

*Timothy Karcher, et al. v. Islamic Republic of Iran*
Case No. 16-cv-00232 (CKK)

*Kelli D. Hake, et al. v. Bank Markazi Jomhouri Islami Iran, et al.*
Case No. 17-cv-00114 (TJK)

**April 4, 2004 Attack – Baghdad**

**I.      SCOPE OF REPORT AND QUALIFICATIONS**

    **A.      Professional Background**

    1.      My curriculum vitae is attached to this declaration as **Exhibit A**.

    2.      I served as a U.S. Army strategic intelligence officer on multiple deployments in Iraq from 2006 through 2008.

    3.      I continued to work on Iraqi issues as an Army officer after redeploying to the United States in September 2008, when I served as a strategic intelligence officer at U.S. Central Command in Tampa, Florida. In that capacity, I deployed again briefly to Iraq in the fall of 2009. I later deployed again to Iraq in September-October 2015 to lead a campaign assessment team assembled by Lieutenant General Sean MacFarland, who was then the commander of Combined Joint Task Force-Operation Inherent Resolve.

    4.      I also served from 2013 to 2016 as the director of the U.S. Army's Operation Iraqi Freedom Study Group, which was responsible for conducting an assessment of the Army's involvement in Iraq from 2003 to 2011.

    5.      From January 2017 to July 2018, I served on the National Security Council staff as the Senior Director for Iran, Iraq, Syria, and Lebanon. In that capacity, I oversaw the implementation of the U.S. government's policy concerning those four countries.

    6.      From July 2018 to January 2021, I served as a Deputy Assistant Secretary of State for Near Eastern Affairs. In that capacity I was responsible for Levant Affairs and also served as the U.S. Special Envoy for Syria; both roles required me to closely follow affairs in Iraq, frequently engage Iraqi counterparts, and periodically travel to Iraq for diplomatic assignments.

    7.      I received an MA in History from Texas A&M University in 2002 and an MS in Strategic Studies from the National War College in 2013.

### B. Scope of Work Requested by Plaintiffs' Counsel

8. I have been asked by Plaintiffs' counsel to provide an expert opinion about which entity was responsible for the April 4, 2004, attack in Sadr City, Iraq.

### C. Terms of Engagement and Compensation

9. I have been retained as a testifying expert pursuant to Rule 26 of the Federal Rules of Civil Procedure and have prepared this expert declaration in that capacity. I am being compensated $350.00 per hour by Plaintiffs' counsel in these matters. I have no prior or current professional or personal connection with any of the parties in these cases precluding my ability to provide impartial evidence herein.

### D. Prior Publications and Testimony

10. I have not previously testified in court. The following is a list of my prior publications:

- *The U.S. Army in the Iraq War* (2 vols). Carlisle, PA: U.S. Army War College Press, 2019.
- *Iraq After America: Strongmen, Sectarians, Resistance.* Stanford: Hoover Institution Press, 2014.
- "The Coming Disintegration of Iraq." *Washington Post*, August 15, 2014.
- "Iraq's Civil War is Breaking Out Again." *The New Republic*, May 8, 2013.
- "The Coming War in the Middle East." *Defining Ideas*, February 6, 2013.
- "Iraq: The Rise of the Maliki Regime." *Journal of International Security Affairs*, Spring/Summer 2012.
- "Iraq After America." *Defining Ideas*, January 25, 2012.
- "Blowback: Iraq Comes to Syria." *The Caravan*, February 2012.
- "The Last Exit from Iraq: How the British Quit Mesopotamia." *Foreign Affairs*, March/April 2006.

2

## II. April 4, 2004 Attack – Baghdad

### 1. Summary of Opinion

After reviewing the available evidence and information, in my professional opinion, the April 4, 2004 attack that killed Specialists ("SPC") Robert R. Arsiaga and Stephen Hiller and injured SPC Steven Greenwood was committed by the Islamic Revolutionary Guard Corps ("IRGC") proxy group Jaysh al-Mahdi ("JAM") with support from the IRGC and Lebanese Hezbollah.[1]

### 2. Documents Reviewed

a. SIGACT Report titled "MADHI ARMY ATTK ON IPS IN BAGHDAD (ZONE 21, 49 AND 31): 2 CF KIA, 39 CF WIA" produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

b. Casualty Report for SPC Stephen Hiller produced by CENTCOM in response to Osen LLC FOIA Request No. 17-0150;

c. Martha Raddatz, *The Long Road Home* (2007);

d. Captain John C. Moore, "Sadr City: The Armor Pure Assault in Urban Terrain," available at https://apps.dtic.mil/dtic/tr/fulltext/u2/a486819.pdf;

e. *The U.S. Army in the Iraq War*, Volume 1 (2019); and

f. Expert Report of Russell L. McIntyre – Karcher ECF No. 88.

### 3. Background Leading Up to April 4, 2004 Attack

Muqtada al-Sadr was the son of popular Iraqi Ayatollah Mohammed Mohammed Sadiq al-Sadr, a Shi'a cleric who preached from his base in Najaf during Saddam Hussein's rule in Iraq. Mohammed Mohammed Sadiq al-Sadr was assassinated in February 1999. Although he lacked the standing of his martyred father, Muqtada al-Sadr inherited a sizable infrastructure – a network of mosques and social institutions and a vast constituency of poor Shi'a with both religious and social loyalties to Ayatollah Mohammed Mohammed Sadiq al-Sadr's movement.[2]

Muqtada al-Sadr made a visit to Iran in June 2003, shortly after the U.S. invasion of Iraq. General Abdul Reza Shahlai – a deputy Islamic Revolutionary Guard Corps-Qods Force ("IRGC-

---

[1] There are published reports that the IRGC dispatched two senior Hezbollah operatives with particularly close ties to the IRGC to Iraq to help organize and birth the creation of JAM – the Sadrist movement's armed faction – in 2003. *See* Abels, Zach, *"Muqtada al-Sadr: From Rabid Warlord to Iraqi Gandhi." The National Interest*, April 24, 2016. https://nationalinterest.org/feature/muqtada-al-sadr-rabid-warlord-iraqi-gandhi-15910. *See also* Roggio, Bill, *"Mugniyah behind establishment of Mahdi Army." FDD's Long War Journal,* February 23, 2008. https://www.longwarjournal.org/archives/2008/02/mugniyah_behind_esta.php.

[2] For a more detailed discussion of Muqtada al-Sadr and Jaysh al-Mahdi, *see*, e.g., McIntyre Expert Report, ECF No. 88, at pp. 33-37.

3

QF") Commander – served as the "chief of protocol" for the visit, and IRGC-QF Commander Qasem Soleimani served as host to the Sadr delegation.[3] Sadr also met with Iranian Supreme Leader Ayatollah Ali Khamenei during the visit and received assurances from Shahlai that the IRGC-QF wanted to financially support the Sadrist movement.[4]



Map created by the official cartographer at the U.S. Army Center of Military History, Washington, DC.

Map 14. Uprisings in Iraq, March 31-April 14, 2004.

---

[3]     PX-81-01205. Tactical Interrogation Report (TIR N122A-9), Qais al-Khazali Report Date (DOI) (U) 9th Interrogation: March 25, 2007.

[4]     *Id.*

4

Entering the Spring of 2004, Sadr and his organization were viewed "as the most significant threat to the planned transfer of sovereignty to an interim Iraqi Government in June [2004]."[5] Earlier, on March 28, 2004, after Sadr's newspaper, *Al Hawza*, published an article that was critical of the Coalition Provisional Authority (CPA) and Ambassador L. Paul Bremer, Bremer ordered Coalition Forces to close the newspaper. The closure prompted "a protest by nearly 20,000 angry Sadrists who marched on the Green Zone in the days immediately following the closure."[6] Meanwhile, on April 3, 2004, Navy SEALs arrested Mustafa al-Yaqubi, one of Sadr's deputies and then-head of Sadr's Najaf office.[7] These two events led to JAM armed attacks against U.S., Coalition, and Iraqi security forces in cities throughout Iraq including Baghdad, Basrah, Karbala, Kufa, and Najaf.[8]

One of the first major attacks by JAM against Coalition Forces, described more fully below, occurred in the Sadr City section of Baghdad, an overcrowded slum with more than two million mostly Shi'a residents that was one of the most densely populated areas of the world.[9] On April 4, 2004, a platoon from Charlie Company, 2nd Battalion, 5th Cavalry Regiment, 1st Cavalry Division was operating in Sadr City providing security for sewage trucks. The platoon's mission was part of the 1st Cavalry Division's focus on providing basic services for the Iraqi population with the expectation that improved living conditions would lead to improved security conditions as well.[10] On April 4, however, the Charlie Company platoon "was ambushed and nearly overrun by scores of Jaysh al-Mahdi fighters."[11] During the ensuing battle, the streets of Sadr City were barricaded with debris, making it impossible for the platoon to retreat to safety and prompting a large-scale rescue operation by U.S. troops.[12] Two companies from 2nd Battalion, 5th Cavalry Regiment, attempted to rescue the Charlie Company platoon, along with seven M1A1 tanks from C Troop, 2d Battalion, 37th Armor Regiment. These tanks, which were located at a base south of Sadr City, fought northeast along Route Delta as part of the rescue of the Charlie Company platoon.[13] While traveling along Route Delta, the tanks received small arms fire and rocket-

---

[5]   *The U.S. Army in the Iraq War*, Volume 1 at p. 283.

[6]   *Id.* at p. 284.

[7]   *Id.*

[8]   *See Sadr City* at 1 ("Baghdad, Kut, and An Najaf were scenes of concerted attacks by the Mahdi army throughout Iraq on 4 April 2004. On that afternoon, elements of the Mahdi army engaged multiple elements of 2d Battalion, 5th Cavalry Regiment (2-5 CAV), 1st Cavalry Division, nearly simultaneously throughout Sadr City in northern Baghdad.").

[9]   *The U.S. Army in the Iraq War*, Volume 1.

[10]   *Id.*

[11]   *Id.*

[12]   *Id.* at p. 285; *Sadr City* at 4 ("Additionally, DELTA had very poor trafficability with dozens of burning roadblocks and roadblocks consisting of large metal objects such as air conditioners and refrigerators."); https://abcnews.go.com/US/inside-ambush-black-sunday/story?id=50962302.

[13]   *Sadr City* at 3; *The Long Road Home* at pp. 211-12.

5

propelled grenade (RPG) fire from both sides of the street.[14] Captain John C. Moore, the C Troop Commander, noted that many of the fighters attacking his unit were dressed in Iraqi police uniforms.[15] Moore also noted that "The Mahdi army fought very courageously and demonstrated good tactical patience [by] waiting to engage until we were within effective range of their weapons systems."[16]

In the course of the rescue operation, eight soldiers, including SPCs Arsiaga and Hiller, were killed, while more than 60 soldiers, including SPC Greenwood, were injured. The April 4 confrontation was the first of many intense battles between JAM and Coalition Forces, with fighting taking place for 80 consecutive days in Sadr City and southern Iraq.[17] Within hours of the April 4 fighting in Sadr City, Multi-National Division Baghdad (MND-B), Multinational Division Central-South (MND-CS), and Multinational Division Southeast (MND-SE) found themselves facing coordinated JAM attacks against virtually every coalition outpost in Baghdad and southern Iraq.[18]

### 4. The April 4, 2004 Attack

On Sunday, April 4, 2004, a four-vehicle convoy of Humvees consisting of a platoon of approximately 18 soldiers plus an interpreter from Charlie Company, 2nd Battalion, 5th Cavalry Regiment were providing security for sewage trucks in Sadr City.[19] At approximately 6 p.m., the four Humvees were returning north on Route Delta to Camp War Eagle when they suddenly came under fire after passing the Sadr Bureau, the political organization in Sadr city created by Muqtada al-Sadr for the purpose of dominating all other local government and community institutions in Sadr City.[20]

As the platoon tried to flee the area, two of its Humvees became inoperable and the gunner in the lead Humvee was shot and killed.[21] Ordered to abandon their vehicles and find a location to set up a defense until a rescue force could arrive, the platoon set up a defensive position in an alleyway off of Route Delta.[22]

---

[14] *Sadr City* at 3, 4.

[15] *Id*. at 3.

[16] *Id*. at 6.

[17] *The U.S. Army in the Iraq War*, Volume 1 at p. 285.

[18] *Id*.

[19] https://abcnews.go.com/US/inside-ambush-black-sunday/story?id=50962302; *The Long Road Home*, p. 7.

[20] *The Long Road Home*, pp. 39, 49-50, 52.

[21] *Id*. at pp. 55-56, 58.

[22] *Id*. at pp. 60, 74.

Within minutes, a quick reaction force ("QRF") consisting of Charlie Company's Third Platoon, 2nd Battalion, 5th Cavalry Regiment left Camp War Eagle and attempted to reach the stranded platoon by traveling south on Route Aeros and then turning west onto Route Florida, at the far end of Sadr City, before heading north on Route Delta. The QRF force came under heavy fire and was forced to head back the way it came.[23]

The QRF was followed approximately 10 minutes later by additional forces from Charlie Company and the battalion commander of 2nd Battalion, 5th Cavalry Regiment, Lt. Col. Gary Volesky.[24] At approximately the same time that Lt. Col. Volesky left Camp War Eagle, the tactical operations center at Camp War Eagle received a report from an Iraqi police liaison that "the Mahdi Army, Muqtada al-Sadr's militia, has taken over all the police stations in Sadr City."[25] Charlie Company proceed south on Route Aeros and then turned west when they reached Route Copper.[26] As they proceeded along Route Copper, they came under fire.[27] As the rescue convoy reached the intersection of Route Copper and Route Bravo, it encountered a concrete barrier blocking cross-traffic.[28] Forced to turn north onto Route Bravo, the convoy continued to come under fire from gunfire, RPGs and homemade pipe bombs.[29] Injuries and a disabled vehicle forced this convoy, which now included Lt. Col. Volesky, to turn around and proceed back to Route Copper and Route Aeros to regroup.[30]

At approximately 6:20 p.m., a convoy of approximately eight vehicles from Alpha Company, 2nd Battalion, 5th Cavalry Regiment, 1st Cavalry Division lined up at Camp War Eagle to join the rescue mission.[31] The lead vehicle in this convoy was an unarmored M998 Humvee.[32] Captain George Lewis, who commanded Alpha Company, was in the Humvee, which was driven by SPC Stephen Hiller.[33] Originally, the second vehicle in the convoy was a Light Medium Tactical Vehicle ("LMTV"), a 2.5 ton cargo truck which did not provide any protection to the soldiers located in the rear of the vehicle,[34] but Captain Lewis decided to place a Bradley fighting

---

[23]   *Id*. at p. 102.

[24]   *Id*. at p. 66.

[25]   *Id*. at pp. 66-67. *See also* SIGACT Report at 2 ("At approx 1600D, 1AD reported attks by Mahdi Army were commenced on IPS stations in Baghdad. Initial reports indicate 5x IPS stations were overrun by armed IZ (identified as Mahdi Army.").

[26]   *The Long Road Home*, p. 94.

[27]   *Id*. at p. 95.

[28]   *Id*. at p. 99.

[29]   *Id*. at p. 100.

[30]   *Id*. at p. 102.

[31]   *Id*. at pp. 104 and 117.

[32]   *Id*. at pp. 113-14.

[33]   *Id*. at p. 114.

7

vehicle immediately behind his Humvee and in front of the LMTV just before the convoy moved out.[35]

The LMTV was commanded by Staff Sergeant Edward Elliott and driven by SPC Travis Walker.[36] Among the soldiers located in the rear of the LMTV were SPC Steven Greenwood and SPC Robert Arsiaga, who was seated immediately behind the cab of the vehicle.[37] Following the LMTV in the convoy were several vehicles, including an M1114 Humvee commanded by SFC Reginald Butler. The gunner in this M1114 was SPC Ahmed Cason.[38]

The Alpha Company convoy departed Camp War Eagle and proceeded south on Route Aeros as the previous convoys had done.[39] The convoy intended to proceed on Route Aeros, turn west on Route Copper, and then north on Route Charlie.[40] Shortly after turning onto Route Copper, the convoy began to take fire from fighters on the rooftops on both sides of the street.[41] As the convoy continued, an RPG flew between the Bradley fighting vehicle and the LMTV, followed by a second RPG that detonated next to the LMTV and caused the soldiers in the back to dive to the floor.[42] Immediately after the RPG explosion, an Iraqi boy approximately 8 years old ran alongside the LMTV and threw a Coke can containing some kind of explosive into the LMTV, causing an explosion that rocked the truck.[43]

When the Alpha Company convoy reached Route Bravo, they found a gap in the concrete barrier that had blocked Charlie Company from proceeding on Route Copper and were able to continue on Route Copper to Route Charlie.[44] As the convoy turned onto Route Charlie, Hiller and another soldier were stunned to find the street full of "Concrete planters, car parts, refrigerators, metal bed frames all deliberately piled in the street and surrounded by burning trash and tires."[45] As the convoy proceeded on Route Charlie, the shooting got louder and heavier, as the convoy had "unwittingly driven straight into a three-hundred-yard-long ambush site, with hundreds if not

---

[34]    *Id.* at p. 106.

[35]    *Id.* at p. 115.

[36]    *Id.* at pp. 106 and 109.

[37]    *Id.* at pp. 107 and 148.

[38]    *Id.* at p. 110.

[39]    *Id.* at p. 115.

[40]    *Id.*

[41]    *Id.* at p. 117.

[42]    *Id.* at p. 119.

[43]    *Id* at p. 120.

[44]    *Id.* at p. 121.

[45]    *Id.*

8

thousands of unseen enemies poised and determined to kill them."[46] Approximately one block after turning onto Route Charlie, M1114 gunner SPC Ahmed Cason was shot in the abdomen. Cason, who had been firing his weapon continually while the convoy was under fire, initially resumed firing at targets after being shot but suddenly dropped down into the vehicle as a result of his wound.[47]

At approximately 6:45 p.m., as Alpha Company attempted to get out of the kill zone on Route Charlie, the lead vehicle driven by SPC Stephen Hiller came to a stop just as they had found a relatively clear path down Route Charlie. Turning towards SPC Hiller, Captain Lewis saw Hiller slumped over the steering wheel and knew that he was dead. One bullet had traveled from Hiller's neck down through his chest cavity, while another had "ripped through his side."[48] After the Humvee stopped, the Bradley fighting vehicle that had been following it pulled alongside it to provide some protection, and the LMTV pulled up close behind.[49] While stopped, the LMTV came under constant fire. Several soldiers in the back of the LMTV were hit by gunfire, including SPC Greenwood, who was shot in his right hand, and SPC Arsiaga, who was shot "high on the center of his cheekbone, just below his right eye."[50] After loading SPC Hiller into the Bradley fighting vehicle, the convoy was able to continue and took the first right to head back to Camp War Eagle.[51] As the convoy reached Route Bravo, it was forced to head north, where it continued to come under fire. The lead Humvee then became inoperable, forcing Captain Lewis and the two other soldiers to abandon the vehicle and load into the Bradley fighting vehicle.[52] Meanwhile, of the 16 soldiers who had left Camp War Eagle in the back of the LMTV, one was killed, another was in critical condition, and all but one of the remaining 14 were wounded from shrapnel or gunfire.[53]

5. Conclusion

After a review of the available information, I conclude that the attack that caused the deaths of SPCs Arsiaga and Hiller and injured SPC Greenwood was conducted by the Jaysh al-Mahdi. The April 4 attack in Sadr City was a well-coordinated ambush that required planning, coordination, and a large supply of munitions. For reasons previously stated above, and as described by the Expert Report of Russell L. McIntyre, I further conclude that the Jaysh al-Mahdi was one of several proxy groups in Iraq that received training, weapons, financial support, and

---

[46]    *Id*. at p. 122.

[47]    *Id*. at p. 125.

[48]    *Id*. at p. 145.

[49]    *Id.* at pp. 145-46.

[50]    *Id*. at p. 146.

[51]    *Id*. at p. 151.

[52]    *Id*. at p. 152.

[53]    *Id*. at p. 153.

operational advice from the IRGC as well as training, financial support, technological assistance, and operational advice from Lebanese Hezbollah.

Dated: Sep 6, 2022

_____
Joel Rayburn (Sep 6, 2022 13:52 EDT)
Col. Joel Rayburn (Ret.)

10

# Exhibit A

As of:  25 October 2021

# Joel D. Rayburn
Research Fellow, New America Foundation
Visiting Fellow, Hoover Institution
*Former Special Envoy for Syria, U.S. Department of State*
*Colonel (Retired), U.S. Army*

Joel Rayburn is a research scholar focusing on Middle East issues at the New America Foundation and the Hoover Institution. He is currently writing a history of the Syrian conflict under a research grant from the Smith Richardson Foundation. Previously, Rayburn served as Special Advisor for Middle East Affairs in the office of Senator Bill Hagerty (R-TN), assisting Senator Hagerty in foreign relations and national security affairs from January to July 2021.

From July 2018 to January 2021, Rayburn was the U.S. Special Envoy for Syria. In that post, he oversaw U.S. diplomatic activities concerning Syria, supervised more than 100 diplomats and civil servants across the Middle East and Europe, and, from November 2020 to January 2021, served as U.S. chief of mission for Syria. Until November 2020, Rayburn was also Deputy Assistant Secretary for Levant Affairs, responsible for implementing U.S. policy concerning Syria, Jordan, and Lebanon.

Before joining the State Department, Rayburn served 26 years as a U.S. Army officer, with his final assignment as senior director for Iran, Iraq, Syria, and Lebanon on the National Security Council staff in 2017-2018. Commissioned from West Point in 1992, Rayburn served in assignments in Europe, the Middle East, South Asia, and the United States, including several deployments to Iraq, Afghanistan, and Bosnia. As a field artillery officer, Rayburn served in the 1st Armored Division from 1993-1996, during which he deployed to Kuwait as part of Operation Intrinsic Action and to Bosnia-Herzegovina as part of NATO's IFOR. After transferring into the military intelligence corps in 1997, Rayburn served at Fort Huachuca, Arizona and in the 4th Infantry Division at Fort Hood, Texas. He also served as a Balkans intelligence analyst at the EUCOM Joint Analysis Center, RAF Molesworth, in 1999-2000. Rayburn then taught history at West Point from 2002-2005 and served as an advisor to General John Abizaid at U.S. Central Command from 2005 to 2007. In 2007 he served on the Joint Strategic Assessment Team assembled by General David Petraeus and Ambassador Ryan Crocker in Baghdad. From 2007 to 2011 he was a strategic intelligence advisor to General Petraeus in Iraq, Central Command (Tampa), and Afghanistan. From 2011 to 2012, Rayburn was a senior military fellow at the Institute of National Strategic Studies.

From 2013 to 2016 Rayburn directed the Army's Operation Iraqi Freedom Study Group, where he led the writing of a history of the Iraq war and assembled operational lessons to be drawn from the conflict. In 2018, the group's work was published in the two-volume study *The U.S. Army in the Iraq War*, for which Rayburn was co-author and editor.

Rayburn holds an MA in History from Texas A&M University and an MS in Strategic Studies from the National War College.  He hails from Oklahoma and lives in Washington, DC with his family.

**Selected Publications:**

*The U.S. Army in the Iraq War, Volumes I and II.*  Carlisle, PA:  Army War College Press, 2018.

4501 Lowell St. NW                                                                                                         M: (813) 690-2562
Washington, DC 20016
joel@joeldrayburn.com
joel.d.rayburn@gmail.com

As of:  25 October 2021

*Iraq After America:  Strongmen, Sectarians, Resistance.*  Stanford:  Hoover Institution Press, 2014.

"The Coming Disintegration of Iraq," *Washington Post*, 15 August 2014.

"Iraq's Civil War is Breaking Out Again," *The New Republic*, 8 May 2013.  [Predicting that Maliki's policies and consolidation of power were driving Iraqi Sunnis back into insurgency.]

"The Coming War in the Middle East," *Defining Ideas*, 6 February 2013.  [Predicting that the Nusra Front and affiliated terrorist groups would seize vast territories in Iraq and Syria.]

"Iraq:  The Rise of the Maliki Regime," *Journal of International Security Affairs*, Spring/Summer 2012.  [Examining how Prime Minister Nuri Maliki's consolidation of power was leading Iraq back into conflict.]

"Needed:  A Political Strategy After the Deal Collapses," *The Caravan*, April 2012 (Hoover Institution, Stanford University).  [Downplaying prospects for a peace deal with the Afghan Taliban.]

"Iraq After America," *Defining Ideas*, 25 January 2012.  [Predicting that the withdrawal of U.S. troops would leave a vacuum that would fragment Iraq and lead to civil war.]

"Blowback:  Iraq Comes to Syria," *The Caravan*, February 2012.  [Examining how Bashar al-Assad's intervention in the Iraq conflict helped to create Al Qaeda in Iraq and ISIS.]

"Winds of Change," *Journal of International Security Affairs*, Spring 2008.  [Outlining impact of the "surge" on Iraqi politics.]

"The Last Exit from Iraq:  How the British Quit Mesopotamia," *Foreign Affairs*, March/April 2006.  [Warning against a U.S. military withdrawal from Iraq.]

"A 1930s Lesson in Stillborn Democracy," *Los Angeles Times*, 2 May 2004.  [Highlighting the historical danger to democratic institutions posed by the Iraqi military and security apparatus.]

*The Greatest Disaster: The Failure of Great Britain's Ottoman Empire Policy, 1914.*  M.A. Thesis, Texas A&M University, 2002.

4501 Lowell St. NW                                                                                      M: (813) 690-2562
Washington, DC 20016
joel@joeldrayburn.com
joel.d.rayburn@gmail.com