# Exhibit D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------x
TIMOTHY KARCHER, et al.,                               :
                                                       :   Case No. 16-cv-00232 (CKK)
                         Plaintiffs,                   :
                                                       :
        -against-                                      :
                                                       :
ISLAMIC REPUBLIC OF IRAN,                              :
                                                       :
                         Defendant.                    :
-------------------------------------------------------x
```

### DECLARATION OF COLONEL (RET.) NICHOEL "NYCKI" BROOKS

I, Colonel (Ret.) Nichoel "Nycki" Brooks, am over the age of 18 and am fully competent to make this declaration. Under penalty of perjury, I declare the following:

**I.  SCOPE OF DECLARATION AND QUALIFICATIONS**

**A.  Scope of Work Requested by Plaintiffs' Counsel**

1. I have been asked by Plaintiffs' counsel to provide an expert opinion based on my professional training and experience as to who was responsible for the August 2, 2005, abduction and murder of American author and freelance journalist Steven Vincent in Basra, Iraq.

**B.  Professional Background**

2. I served as an Intelligence Officer for the U.S. Army for 32 years. After retiring from the Army in 2019, I joined Deloitte U.S. as a Specialist Leader in Strategy and Analytics. My curriculum vitae is attached to this declaration as **Exhibit A**.

3. I received my B.A. in Russian History and Political Science from Oregon State University in 1987, following which I enlisted in the U.S. Army. Over the next 10 years, I rose from the position of Counter-Intelligence Platoon Leader to Commander of the Military Intelligence Company, 3rd Armored Cavalry Regiment.

4. I commissioned as an Officer in 2003, and I served as an Executive Officer to the J-2 Senior Intelligence Officer (the J-2 Directorate for Intelligence supports the Chairman of the Joint Chiefs of Staff, the Secretary of Defense, Joint Staff, and Unified Commands) for the Multi-National Forces–Iraq ("MNF-I") from 2003 to 2005; Director of the Analytic Center for MNF-I from 2006-2007; and Special Advisor to Commanding General, MNF-I, from 2007 to 2009. I was one of the U.S. Army's leading subject matter experts on Shi'a militant groups that operated in Iraq between 2003 and 2011.

5. In 2009, I served as the Commander of the 310th Military Intelligence Battalion. After completing a fellowship at the Army War College in Washington, D.C. for the Director of National Intelligence, I was promoted to the position of Executive Officer to the Director of the Defense Intelligence Agency ("DIA") in 2012. Between 2013-2015, I served as the Commander of the National Ground Intelligence Center (the Department of Defense's primary producer of ground forces intelligence), following which I served as J-2 Director of Intelligence for the Combined Joint Special Operations Command in Afghanistan.

6. After returning stateside in 2016, I joined the U.S. Army Intelligence and Security Command ("INSCOM") as a Deputy Commander. INSCOM is a direct reporting unit that conducts intelligence, security, and information operations for U.S. Army commanders, partners in the Intelligence Community, and national decision-makers.

7. My final position in the Army was as Director of Intelligence & Security of the Army Futures Command ("AFC"), a unit that focuses on modernizing the Army. After retiring in 2019, I joined Deloitte U.S., where I work currently.

C. Terms of Engagement and Compensation

8. I have been retained as a testifying expert pursuant to Rule 26 of the Federal Rules of Civil Procedure and have prepared this expert declaration in that capacity. I am being compensated

$300.00 per hour by Plaintiffs' counsel in this matter regardless of the outcome of the litigation. I have no prior or current relationship with any of the parties in this case precluding my ability to provide impartial evidence herein.

**D. Prior Publications and Testimony**

9. I have not published any articles or books over the past ten years, and I have not provided any prior deposition or trial testimony in the last four years.

**E. Supporting Data**

10. In arriving at my professional assessment of Mr. Vincent's abduction and murder, I relied on my professional training and experience, and my research, including reviewing unclassified (or declassified) open-source Army and FBI intelligence reports, Congressional testimony, news articles and transcripts, and articles authored by Mr. Vincent.

**F. Summary of Conclusions**

11. Based upon my professional training and experience, including but not limited to my role in MNF-I as an expert on Shi'a militant groups operating in Iraq between 2003 and 2011, it is my professional opinion that Steven Vincent was abducted and murdered by Jaysh al-Mahdi ("JAM") operatives, possibly including JAM elements that infiltrated the Basra police force.

12. Based on the context in which the abduction and murder took place, even in the less likely event that JAM was not responsible for Mr. Vincent's abduction and murder, it is my professional opinion that his abduction and murder was likely caused by one of the other Shi'a militant groups that dominated Basra and its security forces at that time, all of which were supported (and to varying degrees directed) by Iran's Islamic Revolutionary Guard Corps ("IRGC").

## II. GENERAL BACKGROUND

### A. Coalition Forces in Iraq

13. On March 20, 2003, the MNF–I, led by the U.S. and joined by the United Kingdom and other Coalition allies, launched Operation Iraqi Freedom ("OIF"). The immediate stated goal of OIF was to remove Saddam Hussein's regime and destroy its ability to use weapons of mass destruction or make them available to terrorists.

14. On May 1, 2003, then-President Bush announced the end of the combat phase. The focus of OIF then shifted to regime removal, followed by the more open-ended mission of helping the Government of Iraq improve security, establish a system of governance, and foster economic development.

15. This phase entailed a plan to carve Iraq into three sectors, each controlled by a Coalition partner, with initial control going to the United States, Britain, and Poland. Iraq has 18 provinces, roughly divided into four geographic sections: Sunni Kurds were in the north-northeast; Sunni Arabs inhabited from the west to the center of the country; Baghdad and its vicinity had a mixed population; and the south was predominantly Shi'a. U.S. forces primarily operated in the northern, central, and western zones; Polish forces commanded the center-south; and the British commanded the southeast, known as Multi-National Division – Southeast ("MND-SE").



**B. Iran's Influence Over Iraq, Specifically Basra**

16. Iran and its Lebanese proxy Hezbollah's support for Shi'a militias in Iraq since the U.S. invasion in 2003 was confirmed at the time by the U.S. Army, including General George Casey[1] and General David Petraeus,[2] then Commanders of MNF-I.

17. Specifically, the IRGC's Qods Force ("IRGC-QF") – established by Iran's Supreme Leader Ayatollah Ruhollah Khomeini in 1979 to protect Iran's Islamic Revolution and export it beyond Iran's borders – organized, trained, funded, and equipped Iraqi Shi'a groups to fight against Coalition Forces. Iran also used Lebanese Hezbollah as a proxy force to train and organize Shi'a militant groups in Iraq.

18. In fact, the Iranian regime had a long track record of infiltrating Iraq even prior to 2003, having established IRGC forward operating bases during the 1980-88 Iran-Iraq war near the

---

[1] *See* Gordon, Michael R., "Iran Aiding Shiite Attacks Inside Iraq, General Says." *The New York Times*, June 23, 2006, *available at* https://www.nytimes.com/2006/06/23/world/middleeast/23military.html.

[2] *See* "Report to Congress on the Situation in Iraq," General David H. Petraeus, Commander, MNF-I, September 10-11, 2007, p. 4, *available at* https://apps.dtic.mil/sti/pdfs/ADA473579.pdf.

5

Iraqi border to smuggle both weapons and personnel across its neighbor's borders. This allowed the IRGC to avail itself of long-standing supply routes and networks of smugglers along Iran's shared border with Iraq.

19. One key (but not exclusive) tool used by the IRGC was the Sheibani Network, named for Abu Mustafa Al Sheibani, an Iranian national and one-time member of the Badr Corps military wing of the Supreme Council for the Islamic Revolution in Iraq ("SCIRI"), a political party in Iraq. The Badr Corps was developed in Iran 1982, the same year Hezbollah was formed in Iran.

20. The IRGC-QF used the Sheibani Network to smuggle weapons, money, and Iranian-backed Shi'a militia (termed "Special Groups" by the U.S. military)[3] operatives into Iraq and exfiltrate select operatives from Iraq to Iran (and sometimes Lebanon) for additional training. The center of the Network's operations was in southern Iraq, with networks extending into central Iraq including Baghdad. It was able to conduct its smuggling activities with relative ease across a porous Iraqi border with Iran that was loosely guarded by Iraqi border guards who were frequently favorably disposed toward the group and did not interfere with the weapons smuggling.

21. For a variety of reasons beyond the scope of this declaration, British forces in command in Iraq's southeast provinces were placed under constraints (including circumscribed rules of engagement and an insufficient number of combat troops to counter Shi'a militia activities) that the U.S. military was not. As a result, the Shi'a-majority southern provinces bordering Iran were not under meaningful control of Coalition Forces, and Iran had a largely free hand to supply, fund, and train the Special Groups.

22. The southeastern city of Basra, where Mr. Vincent was lodging and reporting from in 2005, was nominally under British control. A port city situated on the Shatt al-Arab, Basra was

---

[3] The IRGC and Hezbollah started developing the Special Groups, which were derived from JAM and the Badr Corps, in 2004.

responsible for approximately two-thirds of Iraq's oil exports.[4] JAM, the Fadilah Party, and the Badr Corps – all supported by the IRGC – vied for influence and control over the city and its resources.

    i.    **JAM**

23.    JAM is the military wing of the Sadrist (Shi'a) political movement that originated with an organization known as the Office of Martyr Sadr ("OMS"). JAM was formed by a young and relatively obscure Shi'a cleric named Muqtada al-Sadr in June 2003 with the goal of eventually expelling the U.S. Coalition from Iraq and establishing an Iraqi Shi'a government under Sadr's leadership.

24.    Sadr is the son of the famous Shi'a martyr, Grand Ayatollah Mohammad Sadeq al-Sadr, who was murdered by Saddam Hussein's security services in 1999. The senior Sadr had founded the prominent Sadrist Movement in the 1980s, a vehemently nationalist political movement popular among Iraq's Shi'a lower classes. After he was assassinated (along with his two eldest sons), his surviving son, Muqtada al-Sadr, eventually succeeded him as the leader of the Sadrist movement.[5]

25.    Iran supported JAM in a variety of ways including by providing it with assistance from its long-time proxy, Hezbollah. There are credible published reports that the IRGC dispatched two of Hezbollah's most senior terror operatives, Imad Mughniyeh[6] and Mustafa Badr al-Din[7], to Iraq to

---

[4]    *See* PBS News Hour, "Iraq's Oil," October 23, 2003, *available at* https://www.pbs.org/newshour/show/iraqs-oil.

[5]    *See* Mapping Militant Organizations, "Mahdi Army," Stanford University, *available at* https://cisac.fsi.stanford.edu/mappingmilitants/profiles/mahdi-army.

[6]    Mughniyeh was the leader of Hezbollah's terrorist wing, the Islamic Jihad Organization ("IJO"). He was designated a Specially Designated Terrorist in January 1995, https://www.govinfo.gov/content/pkg/FR-1995-01-25/pdf/95-2035.pdf, and a Specially Designated Global Terrorist in 2001, https://www.treasury.gov/press-center/press-releases/Pages/po689.aspx.

[7]    Badr al-Din was Mughniyeh's cousin and reportedly took over the IJO after Mughniyeh's assassination in 2008. Badr al-Din was designated a Specially Designated Global Terrorist in 2001, https://www.treasury.gov/press-center/press-releases/Pages/tg1709.aspx.

help organize and birth the creation of JAM,[8] specifically in Basra.[9] Prior to the creation of JAM, some Sadrists belonged to street gangs in the Shi'a slums of Baghdad and Basra but they lacked any military training.

26. Thus, almost from its inception, JAM was materially assisted by Hezbollah, at Iran's direction. In fact, Sadr visited Iran in June 2003, shortly after the U.S. invasion. General Abdul Reza Shahlai – a deputy IRGC-QF commander – served as the "chief of protocol" for the visit, and Qasem Soleimani, IRGC-QF Commander, served as host to the Sadr delegation.[10] Sadr also met with Ayatollah Ali Khamenei during the visit and received assurances from Shahlai that the IRGC-QF wanted to financially support the Sadrist movement.[11]

27. The UK's *Belfast Telegraph* reported in 2007 that the linkage between JAM and Iran/Hezbollah was publicly acknowledged by Muqtada al-Sadr himself:

> Speaking in Tufa in Iraq, Muqtada al-Sadr, the head of the Mehdi Army [another term for JAM], admitted to 'formal links' with Hizbollah. 'We have formal links with Hizbollah, we do exchange ideas and discuss the situation facing Shiites in both countries,' he said. 'It is natural that we would want to improve ourselves by learning from each other. We copy Hizbollah in the way they fight and their tactics, we teach each other and we are getting better through this.'[12]

---

[8] *See* Roggio, Bill, *"*Mugniyah behind establishment of Mahdi Army," *FDD's Long War Journal,* February 23, 2008, *available at* https://www.longwarjournal.org/archives/2008/02/mugniyah_behind_esta.php. *See also* Abels, Zach*, "*Muqtada al-Sadr: From Rabid Warlord to Iraqi Gandhi,*"  The National Interest*, April 24, 2016, *available at* https://nationalinterest.org/feature/muqtada-al-sadr-rabid-warlord-iraqi-gandhi-15910.

[9] *See* Hendawi, Hamza and Abdul-Zahra, Qassim, "Shiite sources: Hezbollah helping Iraqi militia," NBC News, July 1, 2008, *available at* https://www.nbcnews.com/id/wbna25480176; Goldman, Adam and Nakashima, Ellen, "CIA and Mossad killed senior Hezbollah figure in car bombing," *Washington Post*, January 30, 2015, *available at* https://www.washingtonpost.com/world/national-security/cia-and-mossad-killed-senior-hezbollah-figure-in-car-bombing/2015/01/30/ebb88682-968a-11e4-8005-1924ede3e54a_story.html.

[10] *See* Tactical Interrogation Report (TIR N122A-9) Qais al-Khazali Report Date (DOI) (U) 9th Interrogation: March 25, 2007, attached as **Exhibit B**.

[11] *See id.*

[12] Latif, Nizar and Sands, Phil, "Mehdi Fighters 'trained by Hizbollah in Lebanon.'" *Belfast Telegraph Digital*, August 20, 2007, *available at* https://www.belfasttelegraph.co.uk/news/world-news/mehdi-fighters-trained-by-hizbollah-in-lebanon-28061302.html.

28. In the same article, a member of JAM commented on the nature of the training provided by Hezbollah in Lebanon: "Another Mehdi Army fighter, a 26-year-old who asked to be identified as Abu Nasser, said he and 100 other group members travelled to Lebanon in December 2005. 'They didn't teach us anything about suicide bombings, they showed us real tactics and taught our snipers.'"[13]

    **ii.    Fadilah Party**

29. Formed after the 2003 invasion, the Fadilah Party was a small Shi'a Islamist party led by Ayatollah Muhammad Yacoubi, an activist cleric who was previously close to Muqtada al-Sadr's late father. The Fadilah Party became very active in Basra starting in 2005, and one of its leaders, Mohammed al-Waili, served as governor of the Basran province.

30. The Fadilah Party had control over the personnel guarding the oil fields, and over the oil company through which Basra supplied nearly all of the government's funds (Basra's oil fields provided approximately 90% of Iraq's budgetary revenue).[14] Although the Fadilah Party nominally viewed itself as opposing Iran's powerful influence in Iraq, the fact that Mohammed al-Waili was not forced from office – a result the IRGC could easily have orchestrated – suggests that its presence in Basra served Iranian aims.[15]

---

[13]    *Id*.

[14]    *See* Beehner, Lionel, "The Challenge in Iraq's Other Cities: Basra," The Council on Foreign Relations, June 28, 2006, *available at* https://www.cfr.org/backgrounder/challenge-iraqs-other-cities-basra.

[15]    *See* Hearing on Sectarian Violence in Iraq and the Refugee Crisis: Testimony by Dr. Kenneth Katzman, Specialist in Middle East Affairs, Congressional Research Service, September 19, 2007, *available at* https://www.uscirf.gov/news-room/releases-statements/hearing-sectarian-violence-iraq-and-refugee-crisis-testimony-dr-0. There were also reports that Iran provided support to the Fadilah Party in exchange for oil smuggled to Iran. *See* Ridolfo, Kathleen, "Iraq: Smuggling, Mismanagement Plaguing Oil Industry," Radio Free Europe/Radio Liberty, November 13, 2007, *available at* https://www.rferl.org/a/1079123.html.

### iii. Badr Corps

31. The Badr Corps, the military wing of SCIRI, also held sway in Basra as a competing Iraqi Shi'a militia group in Basra.

32. SCIRI was founded by Muhammad Baqr Hakim in Iran in 1982 during the Iran-Iraq War (1980-1988). The Badr Corps comprised a unit of Iraqi refugees that had been expelled by Saddam Hussein prior to the Iran-Iraq war or had fled to Iran, complemented by Shi'a volunteers among the Iraqi soldiers Iran captured. Aware of the Hakim family's prominence in Shi'a commercial and religious circles in Iraq, the IRGC cultivated them and bankrolled their political party in exile while simultaneously developing the Badr Corps as an IRGC proxy that was used to conduct sabotage operations, intelligence gathering, and weapons smuggling across the border into Iraq. The Badr Corps served as the IRGC's most important paramilitary surrogate inside Iraq, acting as a *de facto* arm of the IRGC-QF.[16] Like Hezbollah in Lebanon, the Badr Corps established clandestine offices in Iraq as well as businesses and social organizations.[17]

33. Following the toppling of the Hussein regime in 2003, the IRGC saw an immediate opportunity to repatriate Muhammad Baqr Hakim to Iraq and cultivate his party's growth within the new post-war political framework being developed by the Coalition, while simultaneously slipping thousands of Badr Corp fighters back across the border. Recruits from the Badr Corps also "policed" the Iraqi provinces along the southeastern border, enabling Iran, through the IRGC-QF, to effectively supply materials to its Iraqi Shi'a surrogates, funnel these groups' operatives in and out of Iran for

---

[16] *See* Felter, Joseph and Fishman, Brian, Combatting Terrorism Center at West Point, "Iranian Strategy in Iraq: Politics and 'Other Means,'" p. 20 ("The Badr Brigade operated as a component unit of the IRGC and the Qods Force and acted under the command of Qods Force officers."), *available at* https://ctc.usma.edu/wp-content/uploads/2010/06/Iranian-Strategy-in-Iraq.pdf.

[17] *See id.* at p. 22.

training, and insert IRGC-QF operatives into Iraq with minimal hindrance from U.S. and Coalition Forces.

### III. STEVEN VINCENT'S REPORTING FROM AND ABOUT BASRA

34. Mr. Vincent traveled to Basra in early May 2005 to report on student uprisings against the control exerted over them by the Iraqi Shi'a cleric Muqtada al-Sadr and his zealous followers.[18] As described above, Sadr controlled the OMS party and formed its military wing, JAM, in 2003, as a response to the U.S. occupation of Iraq and with the goal of establishing an Iraqi Shi'a government until his control.

35. While in Basra, Mr. Vincent reported on JAM's corruption of the local government there. He wrote that while "proceeds from facility operations [in Basra] go directly to the Transportation Ministry in Baghdad, from whence a portion is supposed to return to Basra Province," instead, "up north, corrupt bureaucrats squeeze the money stream, raking off their percentages. There's some dark talk about the Transportation Minister being a not-so-secret ally of Moqtada al Sadr and perhaps some of the Basran fluus [currency] is finding its way into the Sadrists pockets...."[19] He also reported on how JAM had infiltrated the Basra police forces.[20]

36. Mr. Vincent's reporting on the "firebrand cleric Moqtada al-Sadr" was particularly scathing, and in a blog post on July 9, 2005, he described a picture of "The Leader" on the wall of a police station:

---

[18]  *See* "No Picnic," Steven Vincent's Blog (March 29, 2005), *available at* https://spencepublishing.typepad.com/in_the_red_zone/2005/03/index.html. In December 2004, Mr. Vincent began publishing letters he had written to his wife on a blog owned and maintained by Spence Publishing Company, the publisher of his book "In the Red Zone: A Journey into the Soul of Iraq."

[19]  "Umm Qasr," Steven Vincent's Blog (May 8, 2005), *available at* https://spencepublishing.typepad.com/in_the_red_zone/2005/05/.

[20]  "Cops, Cones and Vengeance," Steven Vincent's Blog (May 24, 2005), *available at* https://spencepublishing.typepad.com/in_the_red_zone/2005/05/.

> You've seen The Leader. He's a young, under-educated but extremely canny tire-head with chipmunk cheeks and a perpetual scowl who nevertheless possesses the adoration of millions, particularly among the poor. This only-in-Iraq cross between Thomas Muntzer and Al Sharpton has caused many headaches for the Coalition and the Hawza, not to mention countless young women who must suffer the humiliation of his 'monitors' scrutinizing their clothing and make-up to insure they meet their standards of Muslim propriety. Meanwhile, The Leader's beady-eyed mug appears everywhere in Basra--on the street, on the campus of Basra U., in business offices, in the vestibule of the Appellate Court building ('We're afraid to take it down,' a judge told me).[21]

37. When Mr. Vincent asked a policeman why the picture was in the police station, Mr. Vincent reported the response as follows: "'We believe in him, he is a great man,' enthused one cop, a rangy, smart-alecky kid with an Eddie Haskell smirk. 'Seventy-five percent of Basra's police follow him!'"[22] While exposing JAM's corruption, Mr. Vincent reported that he was aware of the death threats JAM made to other journalists whose reporting it found objectionable.[23]

38. On July 31, 2005, Mr. Vincent authored an opinion piece for *The New York Times* called "Switched Off in Basra." The piece was cited by Mitchell Muncy, then-president of Spence Publishing, which published Mr. Vincent's blog while he was in Basra, as the reason Mr. Vincent was murdered: "As most of the world knows, Steven is dead in Iraq, murdered, it seems likely, by those he criticized in his New York Times piece last Sunday."[24]

39. In the article, Mr. Vincent described how "Basran politics (and everyday life) is increasingly coming under the control of Shiite religious groups, from the relatively mainstream

---

[21] "UM AL-RASAS/BON APPETIT!," Steven Vincent Blog (July 9, 2005), *available at* https://spencepublishing.typepad.com/in_the_red_zone/2005/07/index.html.

[22] *Id.*

[23] *See* Vincent, Steven, "Shiites bring rigid piety to Iraq's south," The Christian Science Monitor, July 13, 2005, *available at* https://www.csmonitor.com/2005/0713/p01s01-wome.html.

[24] Muncy, Mitchell, "Steven Vincent RIP," Steven Vincent's Blog (August 3, 2005), *available at* https://spencepublishing.typepad.com/in_the_red_zone/2005/08/index.html.

12

Supreme Council for the Islamic Revolution in Iraq to the bellicose followers of the rebel cleric Moktada al-Sadr. Recruited from the same population of undereducated, underemployed men who swell these organizations' ranks, many of Basra's rank-and-file police officers maintain dual loyalties to mosque and state."[25]

40. Mr. Vincent reported that between 50-75% of Basran Iraqi police were affiliated with religious parties. The British forces deployed to Basra to quell insurrection after the overthrow of Hussein's regime were aware of the issue but refused to address the "alarming number of religious posters on the walls of Basran police stations," or "explain such basics of democracy as the politically neutral role of the police in a civil society." Mr. Vincent cited an Iraqi police lieutenant who confirmed "the widespread rumors that a few police officers are perpetrating many of the hundreds of assassinations -- mostly of former Baath Party members -- that take place in Basra each month." He reported that the lieutenant "told me that there is even a sort of 'death car': a white Toyota Mark II that glides through the city streets, carrying off-duty police officers in the pay of extremist religious groups to their next assignment."[26]

## IV. STEVEN VINCENT'S ABDUCTION AND MURDER

41. The FBI investigation[27] of Steven Vincent's August 2, 2005, abduction and murder describes how eyewitnesses reported seeing four to six Middle Eastern males, armed with Glock pistols and AK rifles, force Mr. Vincent and his interpreter, Nour al-Kahl (a pseudonym used by Mr. Vincent), into a white police vehicle after Mr. Vincent completed a transaction at a money exchange

---

[25] Vincent, Steven, "Switched Off in Basra," *The New York Times*, July 31, 2005, *available at* https://www.nytimes.com/2005/07/31/opinion/switched-off-in-basra.html.

[26] *Id.*

[27] Mr. Vincent's wife, Lisa Ramaci, submitted a Freedom of Information Act ("FOIA") request to the FBI regarding its investigation into her husband's abduction and murder. The ensuing litigation, through which the FBI made partial production of its records, is styled *Ramaci v. FBI*, Civ. No. 17-10084. The FBI records referenced in this declaration are from that production.

house in Basra located in a JAM-controlled area of the city. The two were held captive for several hours; then they were released from the vehicle, and both were shot. Mr. Vincent was killed, but Ms. al-Kahl survived.[28]

42. Ms. al-Kahl gave interviews in which she described the men who kidnapped her and Mr. Vincent as wearing police uniforms who stepped out of a police car.[29] Although there were passersby on the street who witnessed their kidnapping, no one stepped in to help them. Mr. Vincent fought back while Ms. al-Kahl ran into a store, but the owner instructed her to leave so that the police would not kill him. The Iraqi police beat both Mr. Vincent and Ms. al-Kahl and forced them into the car. They told Mr. Vincent twice – "you should know now what to write about Iraqis." They drove them to an area that Ms. al-Kahl did not recognize, and after six hours, told the pair they could leave. Mr. Vincent and Ms. al-Kahl both exited the vehicle and were shot.[30]

## V. CONCLUSION

### A. An Iranian Supported Militant Group Was Responsible for Steven Vincent's Abduction and Murder

43. The FBI investigation reflects that JAM claimed responsibility for the attack.[31] In my opinion, this claim is accurate based on the significant predominance of JAM forces within Basra and the likelihood that JAM was unhappy with Mr. Vincent's reporting about their illicit activities in Basra and their connections to Iran.[32] Moreover, the intelligence community has determined that JAM's claims of responsibility are consistently credible.

---

[28] *See* FBI Timeline, attached as **Exhibit C**; FBI-33, attached as **Exhibit D**; FBI-590, attached as **Exhibit E**.

[29] *See* NOW Transcript, PBS (May 4, 2007), attached as **Exhibit F**; "One Iraqi Refugee," The Story, American Public Radio (February 26, 2007), attached as **Exhibit G**.

[30] *See id.*

[31] *See* FBI-2068, attached as **Exhibit H**.

[32] *See, e.g.*, Vincent, Steven "Shiites bring rigid piety to Iraq's south," The Christian Science Monitor, July 13, 2005, *available at* https://www.csmonitor.com/2005/0713/p01s01-wome.html (attributing "extremist mores" in Basra to

14

44.     Although it is theoretically possible that operatives belonging to the Fadilah Party or Badr Corps kidnapped and murdered Mr. Vincent, the majority of the Basra police force was loyal to JAM, and Sadr and JAM were the primary target of Mr. Vincent's public criticism.[33] Therefore, in my professional opinion, it is far more likely that JAM was responsible for Mr. Vincent's abduction and murder.

45.     Moreover, neither the Fadilah Party nor the Badr Corps shared JAM's reputation for attacking Coalition Forces at that time or openly targeting foreigners like Mr. Vincent. In fact, while the IRGC supported, for example, the Badr Corps' infiltration of the Iraqi Ministry of the Interior, police force, and nascent Iraqi government security forces, it did not encourage the Badr Corps to openly attack Coalition Forces and thereby jeopardize SCIRI's growing role in the Iraqi political process.

46.     Nonetheless, even in the unlikely event that Mr. Vincent's abduction and murder was committed by operatives belonging to the Fadilah Party or the Badr Corps, both organizations received extensive support from Iran's IRGC.

**B. Ruling Out Other Scenarios and Parties**

47.     Ruling out which parties were not responsible for Mr. Vincent's abduction and murder is a straightforward matter.

48.     The murder does not bear any of the signs of an "honor killing," despite a plan described by Mr. Vincent's wife in subsequent interviews in which Mr. Vincent would marry Ms. al-

---

Moqtada al-Sadr's influence and Iran's "political shadow" over Basra's governing council); Vincent, Steven, "Basra on the Edge," www.frontpagemag.com, March 16, 2004, attached as **Exhibit I** (describing those in power as "Basra's numerous Shiite Muslim groups, many with strong ties to their fellow Shiites in Iran).

[33]     *See, e.g.*, "UM AL-RASAS/BON APPETIT!," Steven Vincent Blog (July 9, 2005), *available at* https://spencepublishing.typepad.com/in_the_red_zone/2005/07/index.html.

15

Kahl in order to bring her to the U.S., since she was receiving death threats for working with him.[34] Ms. Vincent's wife explained that Ms. al-Kahl's family had agreed to the arrangement of Mr. Vincent bringing her to the U.S., which makes an honor killing unlikely in these circumstances. Also, it is unlikely that an honor killing would have involved the Basra police, or been as public and brazen as Mr. Vincent's kidnapping and murder. Moreover, had an honor killing been the motive behind the murder, the assailants would almost certainly have killed Ms. al-Kahl.

49. Nor was this attack likely perpetrated by an armed Sunni group. Although there was a Sunni population in Basra, it was often the target of sectarian violence by the Shi'a groups, and it had no motive for murdering Mr. Vincent, who interviewed Sunni sheiks about their reactions to the escalating violence against their community.[35] In addition, Sunni groups were notorious for claiming responsibility for their attacks against foreigners, and none appears to have asserted any such claim here.

50. Finally, although criminal gangs had emerged in Basra at the time and presented a serious law enforcement issue, Mr. Vincent and his translator were abducted and murdered, not robbed. The entire episode exhibited the hallmarks of an extrajudicial killing, evidenced by the perpetration of the kidnapping by Iraqi policemen driving police cars, and the unwillingness of bystanders to intervene.

---

[34] "One Iraqi Refugee," The Story, American Public Radio (Feb. 26, 2007), attached as Exhibit G.

[35] *See, e.g.*, Vincent, Steven, "Shiites bring rigid piety to Iraq's south," The Christian Science Monitor, July 13, 2005, *available at* https://www.csmonitor.com/2005/0713/p01s01-wome.html; "A Visit with the Sheikh," Steven Vincent's Blog (May 12, 2005), *available at* https://spencepublishing.typepad.com/in_the_red_zone/2005/05/index.html.

Dated: 08/12/2021

Colonel (Ret.) Nichoel "Nycki" Brooks