UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------x
TIMOTHY KARCHER, et al.,           :
                                   :         **Case No. 16-cv-00232 (CKK)**
                   Plaintiffs,     :
                                   :
       -against-                   :
                                   :
ISLAMIC REPUBLIC OF IRAN,          :
                                   :
                   Defendant.      :
-------------------------------------------------------x

## STATUS REPORT

Plaintiffs write in connection with their Notice of New Authority dated March 28, 2024 (ECF No. 165), relating to *Borochov v. Islamic Republic of Iran*, 94 F.4th 1053 (D.C. Cir. 2024), which held that 28 U.S.C. § 1605A requires a completed extrajudicial killing. Plaintiffs listed nine attacks and 29 Plaintiffs potentially affected by the *Borochov* decision and requested that the Court hold in abeyance any determinations regarding those attacks and Plaintiffs "until further legal and factual issues resulting from the *Borochov* decision are resolved." ECF No. 165.

Plaintiffs reported in their subsequent July 26, 2024, status report that they had not yet identified, and accordingly had not proffered, evidence of completed extrajudicial killings in the nine attacks affected by *Borochov*. *See* ECF No. 176. Plaintiffs also reported that they had presented an argument in the related case of *Stearns v. Islamic Republic of Iran*, No. 17-cv-131 (RCL) (D.D.C.), regarding how a string of closely related attacks targeting Americans "should be deemed part of the same 'act or incident,'" as the D.C. Circuit held may be the case in *Van Beneden v. Al-Sanusi*, 709 F.3d 1165, 1168 (D.C. Cir. 2013). That argument remains *sub judice*.

Since that status report was filed, the *Borochov* appellants filed a petition for writ of *certiorari* on September 9, 2024, and the Supreme Court docket reflects that the petition has been distributed for an upcoming conference on January 10, 2025. *See* No. 24-277 (Dec. 11, 2024).

Plaintiffs respectfully request that this Court continue to hold in abeyance any determinations regarding the affected nine attacks and 29 Plaintiffs and propose that they file a further status report in 150 days apprising this Court on any further disposition of the *Borochov* appeal and any order issued in *Stearns*. *See, e.g., Roberts v. Islamic Republic of Iran*, No. 23-7016 (D.C. Cir.) (granting four successive motions to hold appeal in abeyance pending outcome in *Borochov*). Plaintiffs respectfully request that this Court ***not*** hold in abeyance any determinations regarding the 10 attacks submitted for a liability ruling on September 8, 2022 (excluding the March 30, 2008, attack, ECF No. 165), ECF No. 142, which are not affected by *Borochov*.

Dated: December 20, 2024

                                                 Respectfully submitted,

                                                 OSEN LLC

By:    /s/ Gary M. Osen
        Gary M. Osen (DC Bar No. NJ009)
        Ari Ungar (DC Bar No. NJ008)
        Michael J. Radine (DC Bar No. NJ015)
        Dina Gielchinsky (DC Bar No. NJ011)
        190 Moore Street, Suite 272
        Hackensack, NJ 07601
        Tel. (201) 265-6400

        TURNER & ASSOCIATES, P.A.
        C. Tab Turner
        4705 Somers Avenue, Suite 100
        North Little Rock, AR 72116
        Tel. (501) 791-2277

        *Attorneys for Plaintiffs*