# EXHIBIT A

# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF DEATH

**STATE FILE NUMBER** 1052016027841

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | JOHN FRANCIS VANDEGRIFT II |
| DATE OF DEATH | SEPTEMBER 23, 2016 |
| SEX | MALE |
| SOCIAL SECURITY NUMBER | [redacted] |
| AGE-Last Birthday (Years) | 72 |
| UNDER 1 YEAR Months/Days | |
| UNDER 1 DAY Hours/Minutes | |
| DATE OF BIRTH | AUGUST 10, 1944 |
| BIRTHPLACE | TEXAS |
| IF DEATH OCCURRED IN HOSPITAL | |
| IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL | HIGHWAY |
| Facility Name | 1/2 MI N. OF AIRPORT HIGHWAY 172 |
| CITY, TOWN OR LOCATION OF DEATH | DURANGO |
| COUNTY OF DEATH | LA PLATA |
| RESIDENCE - STREET AND NUMBER | [redacted] |
| APT. NO. | |
| ZIP CODE | [redacted] |
| INSIDE CITY LIMITS | NO |
| RESIDENCE STATE | COLORADO |
| COUNTY | [redacted] |
| CITY OR TOWN | [redacted] |
| DECEDENT'S USUAL OCCUPATION | MANAGER |
| KIND OF BUSINESS/INDUSTRY | IMAGING |
| DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| DECEDENT OF HISPANIC ORIGIN | |
| DECEDENT'S RACE | White |
| EVER IN US ARMED FORCES | YES |
| MARITAL STATUS AT TIME OF DEATH | MARRIED |
| SPOUSE/PARTNER NAME | MARY JANE DURBIN |
| FATHER'S NAME | JOHN FRANCIS VANDEGRIFT |
| MOTHER'S NAME PRIOR TO FIRST MARRIAGE | GLENDA FAE MCCLURE |
| INFORMANT'S NAME | MARY JANE VANDEGRIFT AND BARRETT VANDEGRIFT |
| INFORMANT'S RELATIONSHIP TO DECEASED | SPOUSE AND SON |
| NAME OF FUNERAL HOME | HOOD MORTUARY |
| CITY AND STATE OF FUNERAL HOME | DURANGO COLORADO |
| WAS CORONER NOTIFIED | YES |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | HOOD MORTUARY CREMATORY |
| LOCATION - CITY, COUNTY, STATE | DURANGO LA PLATA COLORADO |
| INJURY AT WORK | NO |
| IF TRANSPORTATION RELATED, SPECIFY | |
| DATE OF INJURY | SEPTEMBER 23, 2016 |
| TIME OF INJURY | APPROX 07:11 PM |
| PLACE OF INJURY | STREET / HIGHWAY |
| LOCATION OF INJURY | MM 19 HIGHWAY 172 DURANGO LA PLATA COLORADO 81301 |
| DESCRIBE HOW INJURY OCCURRED | SEAT BELTED DRIVER INVOLVED IN TWO VEHICLE HEAD ON CRASH AT MM19 ON COLORADO STATE HIGHWAY |
| WAS DECEDENT UNDER HOSPICE CARE | |
| ACTUAL OR PRESUMED TIME OF DEATH | 07:11 PM |
| DATE PRONOUNCED DEAD | SEPTEMBER 23, 2016 |
| TIME PRONOUNCED DEAD | 07:11 PM |
| MANNER OF DEATH | ACCIDENT |
| WAS AN AUTOPSY PERFORMED | YES |
| WERE AUTOPSY FINDINGS CONSIDERED IN DETERMINING THE CAUSE OF DEATH? | YES |

### CAUSE OF DEATH

**PART I** — Enter the chain of events-diseases, injuries, or complications-that directly caused the death

a. IMMEDIATE CAUSE: MULTIPLE BLUNT FORCE TRAUMA TO HEAD, ABDOMEN AND CHEST — Approximate interval: INSTANT

b.

c.

d.

**PART II** — Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I

TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF PHYSICIAN: 
DATE SIGNED:

TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF CORONER: JANIS L SMITH LA PLATA AND SOUTHERN UTE TRIBAL CORONER 1101 E SECOND AVENUE DURANGO CO 81301 LA PLATA
DATE SIGNED: OCTOBER 03, 2016

DATE FILED BY REGISTRAR: OCTOBER 01, 2016

**AMENDED**

DATE ISSUED: **OCTOBER 04, 2016**

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with high resolution border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.


A. ALEX QUINTANA
STATE REGISTRAR


*008119184*

REV 04/16

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE