# EXHIBIT B

| | |
|---|---|
| DISTRICT COURT, COUNTY OF JEFFERSON, STATE OF COLORADO<br>100 Jefferson County Parkway<br>Golden, CO 80401 | |
| In the Matter of the Estate of:<br><br>**JOHN FRANCIS VANDEGRIFT a/k/a JOHN F. VANDEGRIFT a/k/a JOHN VANDEGRIFT**<br><br>**Deceased** | ▲ **COURT USE ONLY** ▲<br><br>Case Number:<br><br>2018PR30189 |

## LETTERS TESTAMENTARY

Mary Jane Vandegrift was appointed or qualified by this Court or its Registrar on FEB 2 6 2018, as Personal Representative.

The Decedent died on September 23, 2016.

These Letters are proof of the Personal Representative's authority to act pursuant to §15-12-701, et.seq, C.R.S. except for the following restrictions, if any:

Date: FEB 2 6 2018

Probate Registrar/(Deputy)Clerk of Court

## CERTIFICATION

Certified to be a true copy of the original in my custody and to be in full force and effect as of 3/24/18.

Probate Registrar (Deputy) Clerk of Court