IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------x
TIMOTHY KARCHER, et al.,                :
                                        :   Case No. 16-cv-00232 (CKK)
                    Plaintiffs,         :
                                        :
        -against-                       :
                                        :
ISLAMIC REPUBLIC OF IRAN,               :
                                        :
                    Defendant.          :
-------------------------------------------------------x
```

### LIST OF THE 41 PLAINTIFFS IN RESPONSE TO THE COURT'S
### FEBRUARY 21, 2025, MINUTE ORDER

Plaintiffs respectfully submit the following list in accordance with the Court's February 21, 2025, Minute Order requesting that Plaintiffs "provide the Court with a list of the 41 Plaintiffs (part of the 11 unadjudicated attacks, 10 of which are under consideration) referenced in Plaintiffs' Status Report, ECF No. 141, at 5, as well as a designation of their connection to the victims listed in Sealed Exhibit E, ECF No. 143":

|    | **Plaintiff**       | **Connection to Victim**                                                                                         |
|----|---------------------|------------------------------------------------------------------------------------------------------------------|
| 1. | Tracie Arsiaga      | Widow of Robert Arsiaga, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 1        |
| 2. | Sylvia Macias       | Mother of Robert Arsiaga, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 1       |
| 3. | Gilbert Arsiaga, Jr.| Brother of Robert Arsiaga, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 1      |
| 4. | George Arsiaga      | Half-Brother of Robert Arsiaga, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 1 |
| 5. | Matthew Arsiaga     | Half-Brother of Robert Arsiaga, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 1 |

| 6.  | Angel Munoz | Half-Sister of Robert Arsiaga, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 1 |
|-----|-------------|------------------------------------------------------------------------------------------------------------------|
| 7.  | Robi Ann Galindo | Half-Sister of Robert Arsiaga, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 1 |
| 8.  | Estate of Jeremy Arsiaga | Brother of Robert Arsiaga, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 1 |
| 9.  | Lisa Ramaci | Wife of Steven Vincent, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 2 |
| 10. | Isabell Vincent | Mother of Steven Vincent, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 2 |
| 11. | Charles Vincent | Father of Steven Vincent, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 2 |
| 12. | Estate of Steven Vincent | Victim, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 2 |
| 13. | Anne F. Harris | Mother of Blake Harris, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 3 |
| 14. | Paul D. Harris | Father of Blake Harris, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 3 |
| 15. | Walter Bailey | Victim, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 4 |
| 16. | Cassandra Bailey | Wife of Walter Bailey, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 4 |
| 17. | Merlese Pickett | Mother of Emanuel Pickett, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 5 |
| 18. | Harry Cromity | Half-Brother of Emanuel Pickett Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 5 |
| 19. | Rachel M. Gillette | Daughter of Stephen Scott, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 6 |
| 20. | Rebekah Scott | Daughter of Stephen Scott, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 6 |

| | | |
|---|---|---|
| 21. | Leonard Wolfer | Father of Stuart Wolfer, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 6 |
| 22. | Esther Wolfer | Mother of Stuart Wolfer, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 6 |
| 23. | David Hartley | Father of Jeffery Hartley, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 7 |
| 24. | Estate of Jeffery Hartley | Victim, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 7 |
| 25. | Pam Marion | Mother of Adam Marion, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 8 |
| 26. | Donnie Marion | Father of Adam Marion, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 8 |
| 27. | Adrian McCann | Sister of Adam Marion, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 8 |
| 28. | Don Jason Stone | Brother of Mark Stone, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 8 |
| 29. | Angie Jackson | Mother of Cody Eggleston, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 9 |
| 30. | Kaytrina Jackson | Half-Sister of Cody Eggleston, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 9 |
| 31. | Shilyn Jackson | Half-Sister of Cody Eggleston, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 9 |
| 32. | Kenneth J. Drevnick | Father of Daniel Drevnick, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 10 |
| 33. | George D. White | Victim, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 11 |
| 34. | Natalia White | Wife of George D. White, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 11 |
| 35. | K.W. | Daughter of George D. White, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 11 |

| 36. | George J. White | Father of George D. White, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 11 |
| --- | --- | --- |
| 37. | Edna Luz Burgos | Mother of George D. White, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 11 |
| 38. | John McCulley | Victim, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 11 |
| 39. | Stephanie McCulley | Wife of John McCulley, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 11 |
| 40. | T.M. | Son of John McCulley, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 11 |
| 41. | R.M. | Son of John McCulley, Sealed Exhibit E, ECF No. 143, 28 U.S.C. § 1605A(a)(2)(A)(ii) Appendix, Exhibit 11 |

Dated: February 25, 2025

Respectfully submitted,

OSEN LLC

By:  /s/ Gary M. Osen
Gary M. Osen (DC Bar No. NJ009)
Ari Ungar (DC Bar No. NJ008)
Michael J. Radine (DC Bar No. NJ015)
Aaron Schlanger (DC Bar No. NJ007)
190 Moore Street, Suite 272
Hackensack, NJ 07601
(201) 265-6400

TURNER & ASSOCIATES, P.A.
C. Tab Turner
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
(501) 791-2277

*Attorneys for Plaintiffs*