UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-----------------------------------------------------------------------x

TIMOTHY KARCHER, *et al.*,                                  :
                                                            :
                    Plaintiffs,                             :       **Case No.: 16-cv-232 (CKK)**
                                                            :
-against-                                                   :
                                                            :
ISLAMIC REPUBLIC OF IRAN,                                   :
                                                            :
                    Defendant.                              :
                                                            :
-----------------------------------------------------------------------x

**SPECIAL MASTER FRANKLIN ROSENBLATT'S REPORT AND
RECOMMENDATIONS REGARDING DAMAGES FOR 45 PLAINTIFFS IDENTIFIED
IN THE COURT'S JANUARY 14, 2021, ORDER**

# <u>TABLE OF CONTENTS</u>

INTRODUCTION .................................................................................................................. 1

I.     PROCEDURAL BACKGROUND ............................................................................... 1

II.    CATEGORIES OF CLAIMS ....................................................................................... 2

III.   THE 45 PLAINTIFFS' INJURIES ............................................................................. 3

   a.   SFC Daniel Crabtree, Victim of the June 8, 2006, Attack – Al Kut ............................... 4

      1.   Solatium Claims brought by SFC Crabtree's Family Members ................................ 5

         i.     Judy Ann Crabtree ........................................................................................... 5

         ii.    Ronald Wayne Crabtree ................................................................................... 7

         iii.   Debra Wigbels ................................................................................................. 9

         iv.    Ronald William Crabtree ............................................................................... 11

   b.   Staff Sergeant Ryan Haupt, Victim of the October 17, 2006, Attack – Baqubah .......... 13

      1.   Solatium Claims brought by SSG Haupt's Family Members .................................. 14

         i.     Lynn Forehand ............................................................................................... 14

         ii.    Lance Haupt .................................................................................................... 16

         iii.   Sabrina Cumbe ............................................................................................... 18

         iv.    Tifany Haupt Thompson ................................................................................. 19

         v.     Rhonda Haupt ................................................................................................. 21

   c.   Lieutenant Colonel Eric Kruger, Victim of the November 2, 2006, Attack –
        Baghdad ......................................................................................................................... 23

      1.   Solatium Claims brought by LTC Kruger's Family Members ................................ 24

         i.     Carol Kruger ................................................................................................... 24

         ii.    Lawrence Kruger ............................................................................................ 26

         iii.   Douglas Kruger .............................................................................................. 27

         iv.    Kristy Kruger .................................................................................................. 29

d.   Private First Class Jang Ho Kim, Victim of the November 13, 2006, Attack –
     Baghdad ............................................................................................................. 31

  1.   Claims by Estate of Jang Ho Kim.................................................................. 32

     i.   Economic Loss Claim .............................................................................. 32

  2.   Solatium Claims brought by PFC Kim's Family Members.......................... 33

     i.   Sangsoon Kim .......................................................................................... 33

     ii.   Seop Kim ................................................................................................. 35

     iii.   Michelle Kim .......................................................................................... 36

e.   Sergeant Brennan Gibson, Victim of the December 10, 2006, Attack – Baghdad ........ 38

  1.   Solatium Claims brought by SGT Gibson's Family Members..................... 39

     i.   Linda Gibson............................................................................................ 39

     ii.   John Gibson ............................................................................................. 41

     iii.   Sean Elliott............................................................................................... 43

     iv.   Travis Gibson .......................................................................................... 44

     v.   Stephanie Gibson Webster...................................................................... 45

f.   Specialist John Sullivan, Victim of the December 30, 2006, Attack – Baghdad .......... 46

  1.   Solatium Claims brought by SPC Sullivan's Family Members ................... 47

     i.   Estate of Deborah Beavers ...................................................................... 48

g.   Specialist Daniel Fuentes, Victim of the April 6, 2007, Attack – Baghdad .................. 50

  1.   Claims by Estate of SPC Fuentes ................................................................ 51

     i.   Economic Loss Claim .............................................................................. 51

  2.   Solatium Claims brought by SPC Fuentes's Family Members ................... 53

     i.   Nancy Fuentes.......................................................................................... 53

     ii.   Armando Fuentes ..................................................................................... 54

     iii.   Julio Fuentes ........................................................................................... 56

     iv.   Tatyana Fuentes ...................................................................................... 57

h.    Staff Sergeant Virgil Martinez, Victim of the May 6, 2007, Attack – Baghdad ............ 59

    1.    Solatium Claims brought by SSG Martinez's Family Members ............................... 60

        i.    Estate of Rebecca J. Oliver ................................................................. 60

        ii.    Daniel Oliver .................................................................................... 62

i.    Specialist Joshua Brown, Victim of the June 2, 2007, Attack – Baghdad .................... 64

    1.    Claims by Estate of Joshua D. Brown ........................................................ 65

        i.    Economic Loss Claim ......................................................................... 65

    2.    Solatium Claims Brought by SPC Brown's Family Member ................................... 66

        i.    Elizabeth Masterson .......................................................................... 66

j.    Technical Sergeant Ryan Balmer, Victim of the June 5, 2007, Attack – Kirkuk .......... 68

    1.    Claims by Estate of Ryan A. Balmer ......................................................... 69

        i.    Economic Loss Claim ......................................................................... 69

        ii.    Unreimbursed Funeral Expenses ......................................................... 71

    2.    Solatium Claims Brought by Tech. SGT Balmer's Family Members ...................... 72

        i.    Danielle Sweet ................................................................................. 72

        ii.    Anthony Balmer ............................................................................... 74

        iii.    Gabrielle Balmer .............................................................................. 75

k.    Sergeant Richard Parker, Victim of the June 14, 2007, Attack – Scania ...................... 76

    1.    Solatium Claims brought by SGT Parker's Family Members ................................. 78

        i.    Scott Hood ...................................................................................... 78

        ii.    Dixie Flagg ...................................................................................... 80

        iii.    Flora Hood ...................................................................................... 82

        iv.    William Parker ................................................................................. 85

        v.    Meghan Parker-Crockett ................................................................... 87

        vi.    Stephanie Hood Howard ................................................................... 89

vii.    Cheyenne Flagg ................................................................................. 91

l.    Staff Sergeant Michael Elledge, Victim of the March 17, 2008, Attack – Baghdad ..... 93

1.    Solatium Claims brought by SSG Elledge's Family Members ................................. 93

i.    Marion Crimens ................................................................................. 93

ii.    Timothy Elledge ................................................................................. 95

CONCLUSION ................................................................................................ 97

# TABLE OF AUTHORITIES

**Cases**

*Baker v. Socialist People's Libyan Arab Jamahirya*,
   775 F. Supp. 2d 48 (D.D.C. 2011) ................................................................ 31, 88

*Belkin v. Islamic Republic of Iran*,
   667 F. Supp. 2d 8 (D.D.C. 2009) ........................................................................ 72

*Bettis v. Islamic Republic of Iran*,
   315 F.3d 325 (D.C. Cir. 2003) ............................................................................ 43

*Bova v. Islamic Republic of Iran*,
   Case No. 15-cv-1074 (RCL), 2020 WL 2838582 (D.D.C. May 31, 2020) ............... 88

*Brown v. Islamic Republic of Iran*,
   872 F. Supp. 2d 3743 (D.D.C. July 3, 2012) ........................................................ 88

*Cabrera v. Islamic Republic of Iran*,
   No. CV 18-2065 (JDB), 2022 WL 2817730 (D.D.C. July 19, 2022) ................ 43, 65

*Colvin v. Syrian Arab Republic*,
   363 F. Supp. 3d 141 (D.D.C. 2019) ..................................................................... 72

*Doe v. Islamic Republic of Iran*,
   943 F. Supp. 2d 180 (D.D.C. 2013) ....................................................................... 3

*Forman v. Korean Air Lines Co., Ltd.*,
   84 F.3d 446 (D.C. Cir. 1996) .............................................................................. 72

*Fritz v. Islamic Republic of Iran*,
   324 F. Supp. 3d 54 (D.D.C. 2018) ..................................................... 43, 46, 65, 90

*Fritz v. Islamic Republic of Iran*,
   No. 15-456 (RDM), 2018 WL 5046229 (D.D.C. Aug. 13, 2018) ........................... 85

*Heiser v. Islamic Republic of Iran*,
   466 F. Supp. 2d 229 (D.D.C. 2006) ....................................................................... 3

*Heiser v. Islamic Republic of Iran*,
   659 F. Supp. 2d 20 (D.D.C. 2009) ....................................................................... 85

*In re Terrorist Attacks on Sept. 11, 2001*,
   No. 03-mdl-1570 (GBD) (SN), 2016 WL 8711419 (S.D.N.Y. Oct. 14, 2016) ......... 85

*In re: Terrorist Attacks on Sept. 11, 2001,*
   No. 03-mdl-1570 (GBD) (SN), 2016 WL 6465922 (S.D.N.Y. Oct. 31, 2016) ...................... 85

*Kenny v. Islamic Republic of Iran,*
   No. 22-cv-03299 (TNM), 2024 U.S. Dist. LEXIS 174176 (D.D.C. Sept. 26, 2024) .............. 63

*Murphy v. Islamic Republic of Iran,*
   740 F. Supp. 2d 51 (D.D.C. 2010) ............................................................................. 3

*Mwila v. Islamic Republic of Iran,*
   33 F. Supp. 3d 36 (D.D.C. 2014) ....................................................................... 72, 73

*Oldham v. Korean Air Lines Co.,*
   127 F.3d 43 (D.C. Cir. 1997) ................................................................................ 72

*Oveissi v. Islamic Republic of Iran,*
   768 F. Supp. 2d 16 (D.D.C. 2011) ............................................................................. 3

*Owens v. Republic of Sudan,*
   71 F. Supp. 3d 252 (D.D.C. 2014) ............................................................................. 3

*Peterson v. Islamic Republic of Iran,*
   515 F. Supp. 2d 25, 52 (D.D.C. 2007) ................................................................. 3, 46

*Pugh v. Socialist People's Libyan Arab Jamahirya,*
   530 F. Supp. 2d 216 (D.D.C. 2008) ........................................................................... 3

*Smith ex rel. Smith v. Islamic Emirate of Afghanistan,*
   262 F. Supp. 2d 217 (S.D.N.Y. 2003) ...................................................................... 86

*Valore v. Islamic Republic of Iran,*
   700 F. Supp. 2d 52 (D.D.C. 2010) ..................................................................... 3, 85

**Statutes**

28 U.S.C. § 1605A(a)(2)(A)(ii) ...................................................................................... 4

28 U.S.C. § 1605A(c) .................................................................................... *passim*

## INTRODUCTION

Special Master Franklin Rosenblatt submits the following Report and Recommendations as to the injuries sustained by 45 of the Plaintiffs implicated in the 73 attacks for which the Court found the Defendant, the Islamic Republic of Iran, liable in its January 14, 2021, Order, ECF No. 123. All of these 45 Plaintiffs comprise estates or family members of decedents.

## I.    PROCEDURAL BACKGROUND

Following a three-day bench trial in December 2018, the Court found Iran liable for seven bellwether attacks. *See* ECF No. 95. The Court subsequently appointed Alan Balaran, Esq. as special master on September 9, 2019, to prepare reports and recommendations for the bellwether Plaintiffs. *See id.* ECF No. 102. On January 5, 2021, the Court ordered Mr. Balaran to include his findings on damages for the non-bellwether Plaintiffs who were injured in Explosively Formed Penetrator ("EFP") attacks for which the Court subsequently found Iran liable. *See* ECF No. 125. Mr. Balaran filed his reports and recommendations for those Plaintiffs on October 29, 2022, ECF Nos. 146-148-5 (under seal), and Plaintiffs objected to a number of those recommendations on January 19, 2023, ECF No. 151 (under seal). The Court adopted a limited number of recommendations, ECF No. 160, and Mr. Balaran filed a revised report and recommendation on May 30, 2024, ECF No. 169 (under seal), which the Court adopted, ECF Nos. 170 & 171.

Following this Court's January 14, 2021, Order finding Iran liable for an additional 73 attacks in this case, ECF No. 123, Plaintiffs moved to appoint Franklin D. Rosenblatt, Esq. (the undersigned), Jim Letten, Esq., Jack McKay, Esq., and Shana Solomon, Esq. as special masters to issue reports and recommendations for Plaintiffs who were not part of this Court's remit to Mr. Balaran. This Court appointed the additional special masters on October 3, 2024, ECF No. 179. The undersigned Special Master was assigned a series of 45 plaintiffs from 12 attacks. This report

contains Special Master Rosenblatt's report and recommendation for damages for those 45 plaintiffs.

## II.    CATEGORIES OF CLAIMS

These 45 Plaintiffs are bringing categories of claims which are typically adjudicated within the framework for damages in Foreign Sovereign Immunities Act ("FSIA") cases developed and utilized frequently in this District:

(i)    **Economic loss claims**: The representatives of a number of estates seek compensation for economic losses in the form of lost wages, benefits, and retirement pay. *See* 28 U.S.C. § 1605A(c) ("damages may include economic damages"). To support these claims for economic losses, Plaintiffs submit reports prepared by two experts: L. Wayne Plumly, Jr., Ph.D. and Steven A. Wolf, CPA, CFE, ABV/CFF, ASA.

Dr. Plumly served as Professor of Economics at Langdale College of Business at Valdosta State University in Valdosta, Georgia, until 2005, and as Dean until 2020. He has previously provided expert reports regarding economic losses in terrorism cases which were adopted by courts, including this Court, *see* ECF No. 160; *Stearns v. Islamic Republic of Iran*, No. 17-cv-131 (RCL), ECF Nos. 71, 101, 103, 109 (D.D.C. Aug. 4, 2023 and Apr. 30, 2024); *Lee v. Islamic Republic of Iran*, No. 19-cv-830 (APM), ECF Nos. 83 and 105 (D.D.C. June 29, 2023 and Oct. 31, 2023); *Relvas v. Islamic Republic of Iran*, No. 14-cv-01752 (RCL), ECF No. 83 (D.D.C. Feb. 28, 2018) (accepting economic claims calculated by Dr. Plumly and adopting reports and recommendations found at ECF Nos. 50-52, 55-56, 62-63, 65, 71-72, 77); and *John Doe A-1 to A-49 v. Democratic People's Republic of Korea*, No. 18-cv-00252 (DLF), ECF No. 108 (D.D.C. Feb. 24, 2021).

Steven A. Wolf, of Wolf Forensics, previously worked as a partner at the accounting firm Cherry Bekaert LLP, where he oversaw the firm's forensic and litigation services. He has provided expert reports regarding economic losses in similar terrorism cases which were adopted by courts, including this Court, *see* ECF No. 159; *Owens v. Republic of Sudan*, 71 F. Supp. 3d 252 (D.D.C. 2014); *Doe v. Islamic Republic of Iran*, 943 F. Supp. 2d 180 (D.D.C. 2013); and *Pugh v. Socialist People's Libyan Arab Jamahirya*, 530 F. Supp. 2d 216 (D.D.C. 2008).

    **(ii)**    **Solatium claims**: Courts have established baseline solatium awards for family members of victims who died as a result of terrorist attacks: The spouses of deceased victims typically receive $8 million; their parents receive $5 million; their siblings receive $2.5 million; and their children receive $5 million. *See Peterson v. Islamic Republic of Iran ("Peterson II")*, 515 F. Supp. 2d 25, 52 (D.D.C. 2007); *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 85 (D.D.C. 2010); *Heiser v. Islamic Republic of Iran*, 466 F. Supp. 2d 229, 269 (D.D.C. 2006). These baseline awards are "not set in stone," *Murphy v. Islamic Republic of Iran*, 740 F. Supp. 2d 51, 79 (D.D.C. 2010), and may be adjusted based on "an especially close relationship between the plaintiff and decedent, particularly in comparison to the normal interactions to be expected given the familial relationship; medical proof of severe pain, grief or suffering on behalf of the claimant; and circumstances surrounding the terrorist attack which made the suffering particularly more acute or agonizing." *Oveissi v. Islamic Republic of Iran*, 768 F. Supp. 2d 16, 26-27 (D.D.C. 2011).

## III.    THE 45 PLAINTIFFS' INJURIES

    Described below are the 12 attacks for which this Court found Iran liable, the injuries Plaintiffs sustained, and their ensuing claims. As set forth below, all of the direct victims were "member[s] of the armed forces" or "an employee of the Government of the United States, or of an individual performing a contract awarded by the United States Government, acting within the

scope of the employee's employment," and all of the family member Plaintiffs are United States citizens. Accordingly, the Court has subject matter jurisdiction over their claims under 28 U.S.C. § 1605A(a)(2)(A)(ii), and each Plaintiff is eligible to bring claims under 28 U.S.C. § 1605A(c).

### a.    SFC Daniel Crabtree, Victim of the June 8, 2006, Attack – Al Kut

On June 8, 2006, Sergeant First Class ("SFC") Daniel Crabtree and his Special Forces unit were on a patrol mission traveling along Alternate Supply Route Roswell in Al Kut. SFC Crabtree was the vehicle commander of an up-armored M1114 HMMWV. At approximately 8:00 a.m. local time, an explosive device struck his vehicle, killing him and the local Iraqi interpreter in the vehicle. SFC Crabtree's casualty report confirms that he died as a result of the attack. *See* ECF No. 124 at 47-48.

The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for SFC Crabtree's death in the June 8, 2006, attack was an Explosively Formed Penetrator ("EFP"), and that "Iran and its proxies bear responsibility" for the attack. *Id.*

SFC Crabtree's mother, Judy Ann Crabtree; father, Ronald Wayne Crabtree; sister, Debra Wigbels, and brother, Ronald William Crabtree, are Plaintiffs in this case. *See* Amended Complaint ("AC") ECF No. 8, ¶¶ 306-14. The following chart reflects the claims asserted by each of the Plaintiffs injured in the June 8, 2006, attack, as well as the evidence setting forth the bases of those claims. That evidence was included as exhibits to the Declaration of Dina Gielchinsky ("Gielchinsky Declaration").[1]

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Judy Ann Crabtree | Daniel Crabtree's mother | Solatium claim $5 million | Copy of Judy Ann Crabtree's birth certificate | 1 |

---

[1]    The Special Master is not filing the Gielchinsky Declaration and accompanying exhibits due to their voluminosity. Plaintiffs' counsel has advised that they will mail the Court a USB drive containing them.

| | | | Declaration of Judy Ann Crabtree, dated July 9, 2019 | 2 |
|---|---|---|---|---|
| Ronald Wayne Crabtree | Daniel Crabtree's father | Solatium claim $5 million | Copy of Ronald Wayne Crabtree's birth certificate | 3 |
| | | | Declaration of Ronald Crabtree, dated August 6, 2020 | 4 |
| Debra Wigbels | Daniel Crabtree's sister | Solatium claim $2.5 million | Copy of Debra Wigbels's birth certificate | 5 |
| | | | Declaration of Debra Wigbels, dated August 6, 2019 | 6 |
| Ronald William Crabtree | Daniel Crabtree's brother | Solatium claim $2.5 million | Copy of Ronald William Crabtree's birth certificate | 7 |
| | | | Declaration of Ronald William Crabtree, dated July 9, 2019 | 8 |

### 1.    Solatium Claims brought by SFC Crabtree's Family Members

### i.    Judy Ann Crabtree

Judy Ann Crabtree is SFC Crabtree's mother. Judy's birth certificate and declaration confirm that she is a U.S. citizen. *See* Ex. 1, birth certificate; Ex. 2, Declaration of Judy Ann Crabtree, dated July 9, 2019, ¶ 1. Judy recalled how her son – everyone called him "Dan" – wanted to join the Army since he was four years old. *See* Ex. 2, Declaration of Judy Ann Crabtree, dated July 9, 2019, ¶ 4. She caught him on the phone with an Army recruiter when he was 13, and when he turned 17, she finally gave him permission to enlist. *See id.* ¶ 5. Judy described how her young son needed to have his braces taken off so he could go through basic training during the summer before his senior year of high school and put back on when he returned to school that fall. *See id.* ¶ 6.

Judy also recalled how kind SFC Crabtree was, particularly to children. Before he joined the Army, he sponsored a South American child to come to the United States for his education and convinced her to sponsor the child's mother. *See id.* ¶ 7. SFC Crabtree's young nieces adored him

– so much so that after he was killed, they began a tradition of taking his picture to the delivery room with them when they gave birth to children who would never meet their great uncle. *See id.* ¶ 8.

Judy recalled her son's wedding to his high school sweetheart in 2000. The couple had dated for over seven years, and the two families were very close, having spent many holidays together. *See id.* ¶ 9. SFC Crabtree normally did not like having his picture taken, but he did not mind on his wedding day. His mother remembered how she never saw him happier, "smiling from ear to ear." *Id.* ¶ 10.

SFC Crabtree was deployed to Iraq in 2006, and Judy worried about his safety "all the time," knowing that a few members of his graduating class had already been killed during their deployments. *Id.* ¶ 13. SFC Crabtree called his family almost every day, describing how he trained Iraqi soldiers to become police officers during the day, and went on raids with his Special Forces unit at night. *See id.* ¶ 14.

Judy described how she "cried to the point that I made myself sick" after her son died "for a very long time." *Id.* ¶ 22. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ *See id.* ¶ 23. Almost two decades after the attack, she has started to accept that her son is no longer living, and that nothing will ever change it. *See id.* ¶ 24.

Still, Judy reported that SFC Crabtree made her proud during his life and after his death. The police escorted his family to the airport when his body was flown stateside, and blocked every entrance to the freeway so they would encounter no traffic. "At the airport, when the plane landed,

Army personnel and airport employees lined up in a show of respect for Dan." *Id.* ¶ 19.  At his wake, people told stories about how he had made them better people. *See id.* ¶ 20. President Bush sent SFC Crabtree's widow a personal letter. *See id.* ¶ 21. Roads have been named for him, and the police department where he worked named a police dog for him, and imprinted SFC Crabtree's badge number onto their vehicles. The department also has a SWAT van with his name and picture on its side. *See id.*  Judy is glad that her son is remembered. After he died, she made his young daughter a book containing pictures and stories about SFC Crabtree. *See id.* ¶ 12.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $5 million for Judy Ann Crabtree's solatium claim.

### ii.    Ronald Wayne Crabtree

Ronald Wayne Crabtree is SFC Crabtree's father. Ronald Wayne Crabtree's birth certificate and declaration confirm that he is a U.S. citizen. *See* Ex. 3, birth certificate; Ex. 4, Declaration of Ronald Crabtree, dated August 6, 2020, ¶ 1. Having served in the U.S. Air Force for 27 years, Ronald Crabtree took great pride in his son's decision to enter into military service. *See* Ex. 4, Declaration of Ronald Crabtree, dated August 6, 2020, ¶ 13. He described how "[h]aving life goals and being prepared were several of Dan's hallmarks," traits he helped instill in his son when he encouraged him to join the Cub Scouts. *Id.* ¶¶ 7, 9. Ronald volunteered as the assistant scout master for SFC Crabtree's troop, and he relished the time that they spent together at scout camp. Ronald treasures a photograph of him and his son sitting on a wooden picnic table during that time. SFC Crabtree, just nine years old, was wearing his father's old camouflage jacket, and father and son are both smiling. "It is a picture I cherish and take comfort from because it recalls a time we were happy, and Dan was alive." *Id.* ¶¶ 7-8.

SFC Crabtree shared his accomplishments during his training with his father, who in turn, shared with him a ride in an Air Force helicopter, during which Ronald guided his son through the flight process. *See id.* ¶ 15.  Ronald marveled at how quickly his son could accomplish in a short period. He joined the National Guard and trained as a military policeman, received his associate's degree in criminal justice from the University of Akron, and was accepted to, and passed, Special Forces training school. *See id.* ¶¶ 16, 18-19, 21. Part of that training required SFC Crabtree to master African French, as his unit would be assigned to that region. SFC Crabtree found a tutor and passed the course. *See id.* ¶ 20.

Ronald knew full well that his son's deployment to Iraq put him at risk, but took comfort from the knowledge that his son had received "the highest level of training and would do everything in his power to achieve the objectives." *Id.* ¶ 23.  Ronald prayed every day for his son, who had recently married and had a newborn baby girl. *See id.*

When Ronald saw the two Army officers at his work on the morning of June 8, 2006, his first thought was that they were there to give his son a service award. When the officers told him to take a seat, he realized something bad had happened. *See id.* ¶ 25. Ronald went into a state of shock as they delivered the news. A friend drove him and his wife to his daughter-in-law's house, where they spent the rest of the day. *See id.* ¶ 28. Back home, Ronald "wandered around my house like a zombie." *Id.* ¶ 29. He walked to the Vietnam Traveling Memorial Wall near his home, manned 24-7 by an Honor Guard. *See id.*  He spoke to the Honor Guard about his son, and despite the Honor Guard's expressionless face, he found solace in the exchange. "I understood that his lack of responsiveness to my heartbreak was a deep regard for duty and protocol rather than a lack of empathy at my loss." *Id.* ¶ 30. Years later, he encountered that Honor Guard at a softball game; Ronald was there to watch his granddaughter, and the soldier was there to watch his daughter.

Ronald introduced himself, and the soldier told him that he thought of their exchange often. More years later, Ronald's granddaughter and the soldier's son married. *See id.* ¶ 32.

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████ *See id.* ¶ 36. Ronald feels that his heart and his brain have never functioned the same way after his son's death. *See id.* Ronald was not a stranger to loss: "I had friends who served in Vietnam and never came home." He dealt with those losses "by acknowledging that loss of life is the price we may pay in service to our country." Yet, those losses did not prepare him for the loss of his son. "His death left me completely devastated. *Id.* ¶ 38.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $5 million for Ronald Wayne Crabtree's solatium claim.

### iii.    Debra Wigbels

Debra Wigbels is SFC Crabtree's sister. Debra's birth certificate and declaration confirm that she is a U.S. citizen. *See* Ex. 5, birth certificate; Ex. 6, Declaration of Debra Wigbels, dated August 6, 2019, ¶ 1. Debra was four when her younger brother was born; she and her older brother thought of him as their baby. *See* Ex. 6, Declaration of Debra Wigbels, dated August 6, 2019, ¶¶ 4-5. She remembered SFC Crabtree wearing their father's camouflage uniform and playing Army games as a child, and how he also knew he would join the military. *See id.* ¶ 10.

Debra's parents divorced shortly before SFC Crabtree started eighth grade, and Debra and SPC Crabtree moved to Georgia with their mother, while their older brother stayed with their father. The divorce was amicable, and Ronald agreed that the move was the best option for them.

*See id.* ¶ 6; *See* Ex. 8, Declaration of Ronald William Crabtree, dated July 9, 2019, ¶ 6; Ex. 4, Declaration of Ronald Crabtree, dated August 6, 2020, ¶ 10. SFC Crabtree missed his friends and school, and moved back to Ohio to live with his father after his sophomore year of high school. *Id.* ¶ 11. Debra described how their parents' divorce brought them closer together. *See* Ex. 6, Declaration of Debra Wigbels, dated August 6, 2019, ¶ 7. After SFC Crabtree moved back to Ohio, he enlisted in the Army, graduated high school, joined the local police department, and served concurrently with the Army's military police. *See id.* ¶ 6. Debra was "really proud of Dan for everything he did," and often asked her brother for advice. *Id.* ¶¶ 10, 21.

When Debra went through her own divorce during SFC Crabtree's deployment, he continued to give her advice. *See id.* ¶¶ 20, 22. They joked that they kept in touch more when SFC Crabtree was in Iraq than when he was stateside. *See id.* Debra described how her brother "frequently checked in on me and my son, and it felt like he was always there for me when I needed him." *Id.* She recalled that SFC Crabtree was looking forward to coming home and spending time with his baby daughter. *Id.* ¶ 11.

Debra had been exchanging emails with SFC Crabtree's wife the day she found out he died. Her sister-in-law had told her she blew up a pool to put their baby in for the first time. *See id.* ¶ 13. Debra did not eat for four days. *See id.* ¶ 14. She flew with her mother to Ohio, where they helped SFC Crabtree's wife arrange his funeral. *See id.* ¶ 15. Like Judy, Debra also recalled people sharing stories at the wake of how SFC Crabtree helped them. "He had a tremendous impact on the lives of so many people, and I was deeply touched by Dan's legacy." *Id.* ¶ 16.

Debra described how she became depressed and anxious after her brother's death: "His death brought fear into my life and made me think that something bad could happen at any time." *Id.* ¶ 17. ███████████████████████████████████████████████████████

███████  *See id.* Holidays are particularly hard because they reinforce the reality that SFC Crabtree is gone. *See id.* ¶ 18. Certain songs remind Debra of her brother, as does anything related to Star Wars; "Dan was a huge fan." *Id.* ¶ 19. She rewatches videos of tributes made in honor of her brother, and talks about him to her work colleagues when they ask about the picture of him she keeps in her office. *See id.* ¶¶ 20-21.  In that way, she makes sure he is not forgotten. *See id.* ¶ 20.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $2.5 million for Debra Wigbels's solatium claim.

### iv.    Ronald William Crabtree

Ronald William Crabtree is SFC Crabtree's brother. Ronald William Crabtree's birth certificate and declaration confirm that he is a U.S. citizen. *See* Ex. 7, birth certificate; Ex. 8, Declaration of Ronald William Crabtree, dated July 9, 2019, ¶ 1. Ronald William ("Bill") Crabtree, six years older than SFC Crabtree, shared his brother's love for Star Wars. He described how their passion started when they saw the movie at a local drive-in when they were very young. *See* Ex. 8, Declaration of Ronald William Crabtree, dated July 9, 2019, ¶¶ 4-5. While he was deployed in Iraq, SFC Crabtree sent Bill lists of figures to find. *See id.* ¶ 5. The brothers also loved building forts and playing war – Bill described how they "practically lived outside in the woods." *Id.* ¶ 4. Their age gap did not prevent the brothers from spending time together constantly; even though SFC Crabtree was too young to join the Boy Scouts troop Bill and his friends were in, they took him with them on campouts anyway: "Dan was determined and full of life, and we all loved being around him." *Id.*

After their parents' divorce, Bill stayed in Ohio with his father, having already graduated high school. Debra and SFC Crabtree moved to Georgia with their mother. Bill recalled how his brother did not want to be away from him, and came back to Ohio for the summer. Eventually,

SFC Crabtree moved back to Ohio to finish high school, and the three of them lived together. *See id.* ¶ 6.

Bill described how his brother's opinion "mattered to all of us – and he was usually right." *Id.* ¶ 7. Bill considered him his best friend, and recalled how a lot of other people did too. *See id.* SFC Crabtree asked Bill to be the best man at his wedding, which "meant a lot" to Bill: "Dan's wedding day is one of my fondest memories." *Id.* ¶ 9.

SFC Crabtree deployed to Iraq from Colorado, where he was stationed for pre-deployment training. The night before he left for Colorado, the brothers spent time together, and SFC Crabtree then returned to his own home. Bill recalled how he lay awake all night and decided to go to SFC Crabtree's house early the next morning for an "extra bit of time with Dan." *Id.* ¶ 11. The two kept in touch by phone and email while SFC Crabtree was deployed to discuss SFC Crabtree's missions and requests for Star Wars figures. *See id.* ¶ 12.

Bill described how he was "devastated" at finding out his brother had been killed: "I was in total shock." *Id.* ¶ 14. On the way home from receiving SFC Crabtree's body from the airport, Bill noticed that people had lined the streets holding signs honoring his brother. He described how "[i]t meant a lot to me that Dan was honored in that way." *Id.* ¶ 18. When his daughter was born a year later, Bill named her "Danielle." *See id.* ¶ 23.

After his brother died, Bill "felt lost." He did not seek counseling initially and regrets it.

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $2.5 million for Ronald William Crabtree's solatium claim.

### b.    Staff Sergeant Ryan Haupt, Victim of the October 17, 2006, Attack – Baqubah

On October 17, 2006, Staff Sergeant ("SSG") Ryan Haupt was returning to an Army base located a few miles northwest of Baqubah, Iraq, in a convoy of four up-armored M1114 HMMWVs. *See* ECF No. 124 at 50. SSG Haupt, along with three additional soldiers, was riding in the second up-armored vehicle within the convoy. At approximately 3:00 p.m. local time, an explosive device struck their vehicle, killing SSG Haupt. SSG Haupt's casualty report confirms that he was killed as a result of the October 17, 2006, attack. *Id.* The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for SSG Haupt's death in the October 17, 2006, attack was a multi-array EFP, and that "Iran and its proxies bear responsibility" for the attack. *Id.* at 51.

SSG Haupt's mother, Lynn Forehand; father, Lance Haupt; and three sisters, Rhonda Haupt, Tifany Haupt and Sabrina Cumbe, are Plaintiffs in this case. *See* AC ¶¶ 332-41. The following chart reflects the claims asserted by each of the Plaintiffs injured in the October 17, 2006, attack, as well as the evidence setting forth the bases of those claims. That evidence was included as exhibits to the Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|-----------|-------------------------------|-------------------|----------|---------|
| Lynn Forehand | Ryan Haupt's mother | Solatium claim $5 million | Copy of Lynn Forehand's birth certificate | 9 |
| | | | Declaration of Lynn Forehand, dated July 10, 2019 | 10 |
| Lance Haupt | Ryan Haupt's father | Solatium claim $5 million | Copy of Lance Haupt's birth certificate | 11 |

| | | | Declaration of Lance Haupt, dated August 14, 2019 | 12 |
|---|---|---|---|---|
| Sabrina Cumbe | Ryan Haupt's sister | Solatium claim $2.5 million | Copy of Sabrina Cumbe's birth certificate | 13 |
| | | | Declaration of Sabrina Cumbe, dated August 27, 2019 | 14 |
| Tifany Haupt Thompson | Ryan Haupt's sister | Solatium claim $2.5 million | Copy of Tifany Haupt Thompson's birth certificate | 15 |
| | | | Declaration of Tifany Haupt Thompson, dated September 20, 2019 | 16 |
| Rhonda Haupt | Ryan Haupt's sister | Solatium claim $2.5 million | Copy of Rhonda Haupt's birth certificate | 17 |
| | | | Declaration of Rhonda Haupt, dated July 23, 2019 | 18 |

### 1.    Solatium Claims brought by SSG Haupt's Family Members

#### i.    Lynn Forehand

Lynn Forehand is SSG Haupt's mother. Lynn Forehand's birth certificate and declaration confirm that she is a U.S. citizen. *See* Ex. 9, birth certificate; Ex. 10, Declaration of Lynn Forehand, dated July 10, 2019, ¶ 2. Lynn Forehand recalled playing Legos with her son after her divorce when he was just six years old. *See* Ex. 10, Declaration of Lynn Forehand, dated July 10, 2019, ¶ 4. Those first few years post-divorce "were terrible," Lynn remembered. *Id.* ¶ 5. She tried to spend a lot of time with her son, and since he played with Legos "constantly," she did too. She described stepping on them "all the time." *Id.* ¶ 4.

Initially, SSG Haupt and his three sisters lived with Lynn during the week and every other weekend, but Lynn lost custody of her children for six months after she married a man "who was not the person I thought he was." *Id.* ¶ 5. She divorced him, and her two oldest children (SSG Haupt and Sabrina) continued to live with their father for about three years while the two younger

ones lived with her. In 1995, when SSG Haupt was about thirteen years old, Lynn and her third husband moved from California to Tennessee, and all four children moved in with her. *See id.*

SSG Haupt "couldn't find peace" during that time. *Id.* ¶ 6. He argued with his stepfather when he was in Tennessee, and with his father when he was in California. He dropped out of high school and moved in with a friend's family in Arizona. *See id.* Through it all, Lynn never stopped talking to her son. She worried about him constantly. *See id.* ¶ 7.

While SSG Haupt was in Arizona, he decided to join the Army. Lynn readily agreed. She was "excited for him, and hopeful." *Id.* ¶ 8. Indeed, joining the Army turned things around for SSG Haupt. He did well in his accelerated GED program and started training in Fort Benning, Georgia. *See id.* He invited his mother to "family day," and they spent the weekend together. Lynn described how her son "was happy, and grew up a lot." *Id.* He graduated and served, and continued to re-enlist. For the first time, SSG Haupt started to think about his future; he wanted to go back to school and pursue a career in law enforcement. *See id.* ¶ 9.

Lynn was "nervous" when her son deployed to Iraq, but "prayed that he'd be safe." She messaged him all the time and sent him packages with cookies and brownies. Their relationship flourished – SSG Haupt loved serving in Iraq and opened up to her more than he had done in years. While on leave once, SSG Haupt took his mother to lunch and explained that he had felt lost when he was young, and joined the Army to turn his life around. "I'll never forget that conversation," Lynn stated. *Id.* ¶10. Also during that leave, SSG Haupt played Legos with his mother, just like they used to. *See id.* ¶ 22.

Lynn was driving on the long gravel road that leads to only three houses, including her own, when she noticed a car following her down that road. She knew this car did not belong to any of the other homeowners. She parked, and the other car did too. She remained seated in her car

and heard the two men in uniforms who emerged from the other car ask her if she was Lynn Forehand. She leaned on her car horn until her husband came out of the house. *See id.* ¶ 12. According to Lynn, "[m]y life has been hard," but telling her three daughters that SSG Haupt had been killed "was beyond a doubt the hardest thing I've ever had to do." *Id.* ¶ 13.

 She no longer

suffers from chest pains the same way that she used to but she still feels anxious over her son's death. She gives credit to her faith for helping her through: "Without my faith, I know I would not have survived this tragic loss in my life." *Id.*

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $5 million for Lynn Forehand's solatium claim.

### ii.    Lance Haupt

Lance Haupt is SSG Haupt's father. Lance Haupt's birth certificate and declaration confirm that he is a U.S. citizen. *See* Ex. 11, birth certificate; Ex. 12, Declaration of Lance Haupt, dated August 14, 2019, ¶ 2. Lance Haupt also remembered how his divorce from SSG Haupt's mother was particularly hard on his son. *See* Ex. 12, Declaration of Lance Haupt, dated August 14, 2019, ¶ 5. He tried to take very good care of his children, teaching them how to water ski and taking them hiking and to the beach. *See id.* He "loved" the time he was awarded full custody of his children: "We did everything together – I remember playing hide and seek with them, playing

board games, and singing." *Id.* ¶ 6. Their television broke and he did not replace it; he loved talking to his kids and did not need it. *See id.* Lance also recalled that as a young teenager, his son became "a handful." *Id.* ¶ 7. Lance tried talking to him and disciplining him, but nothing worked. Like Lynn, Lance never cut contact with his son, even when he moved to Arizona. He took his three daughters to go visit them there, and remembered that they all went rafting. "That's the thing – even when I was having a really hard time with Ryan, it wasn't all bad." *Id.* ¶ 8.

Lance also saw the change the Army made in SSG Haupt. The two spoke from wherever SSG Haupt was stationed, and Lance recalled his son sounding "confident and happy." *Id.* ¶ 10. Lance was proud of his son, and told him so. They reminisced about the fun they had as a family, and "put the bad parts of the past behind us." *Id.* ¶ 11.

Lance found out that his son had been killed from his daughter, Sabrina. He had moved from California to Arizona in 2004 and was at work in a Home Depot there when she called him. She "hesitated" before starting to talk, and Lance knew something was wrong. He does not remember the conversation. He had no one to call because he was new to town and had no friends. His parents were already dead. "I think I called my siblings," Lance stated. *Id.* ¶ 13. Mostly, he sat and thought of how he assumed this would never happen to him. He described feeling empty in his heart, body, and mind, a feeling that never went away. *See id.*

After his son's funeral, Lance stopped going to work and "did nothing" until he could not afford it anymore. He started truck driving. "I'm by myself, and that's fine with me." *Id.* ¶ 16. He tries not to think about his son because that makes his stomach hurt. He will not talk to a doctor about the pain – "It's not like he can bring Ryan back." *Id.* ¶ 17. He does not go to therapy or take medication. "I just live with it," he says. *Id.*

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $5 million for Lance Haupt's solatium claim.

### iii.    Sabrina Cumbe

Sabrina Cumbe is SSG Haupt's sister. Sabrina Cumbe's birth certificate and declaration confirm that she is a U.S. citizen. *See* Ex. 13, birth certificate; Ex. 14, Declaration of Sabrina Cumbe, dated August 27, 2019, ¶ 2. Sabrina Cumbe was two when her baby brother was born. *See* Ex. 14, Declaration of Sabrina Cumbe, dated August 27, 2019, ¶ 4. She recalled how there "was a lot of confusion" after their parents divorced, with the children living in different parents' homes at various times. *Id*. They "were always in situations where we had to give up a parent and siblings to be with the other parent and siblings." *Id.* ¶ 7. She made a decision when she was just ten years old that her siblings had to "stick together. Even if we weren't living together, we had to be there for each other." *Id.* ¶ 5. She gathered her sisters and brother together and they made this plan a pact. *See id.*

Sabrina described how "I lived by that pact," calling her younger sisters while they were in college constantly and sending them whatever they needed. Even when it "was tougher to stay in touch" with SSG Haupt after he joined the Army, she set up sibling group chats with him and called him herself. "I made sure my siblings understood that being there for each other the way we were is what a family looks like." *Id.* ¶ 6.

Sabrina recalled her brother's challenging years, and explained that he had been longing for both "structure and independence, even if those two seemed to contradict each other." *Id.* ¶ 8. She was "sad and worried" when he joined the Army, but she knew he would find the structure he needed there. "When you have as little stability as we did, you crave it." *Id.* Sabrina visited her brother in between his deployments and kept in touch with him while he was away on their siblings' group chat, as well as on her own chat with him. SSG Haupt sounded cheerful on the

siblings' group chat, but told Sabrina what he really felt when they spoke directly. He sounded scared, and Sabrina wanted him to come home so she could stop worrying about him. *See id.* ¶ 10.

Sabrina described how she cried when she found out that her brother had been killed, "so loud that people in the offices above looked out their windows to see where the commotion was coming from." *Id.* ¶ 11. Not knowing what else to do, she went to bed and cried in her sleep, went to work the next day and cried there until she realized she should fly to her mother's house, and then she cried at the airport while on line for a standby flight. When she arrived in Tennessee, she and her sisters and mother cried together. *See id.* ¶¶ 11-12. Sabrina was "in shock" for a year, "functioning on autopilot," and her aunt, a trauma professional, helped her through. *Id.* ¶¶ 13-14.

Sabrina continues her pact with her sisters, and they include SSG Haupt by talking about him and all the good times they had together. She once posted a picture of herself to the chat using a male Snapchat filter because "I looked so much like Ryan." *Id.* ¶ 15. Sabrina knows that she will "never be the same person that I was." Amid all the moving from house to house as children, "Ryan and I always ended up with each other," and "I don't have him anymore." *Id.* ¶¶ 7, 16.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $2.5 million for Sabrina Cumbe's solatium claim.

### iv.    Tiffany Haupt Thompson

Tiffany Haupt is SSG Haupt's sister. Tiffany Haupt Thompson's birth certificate and declaration confirm that she is a U.S. citizen. *See* Ex. 15, birth certificate; Ex. 16, Declaration of Tiffany Thompson, dated September 20, 2019, ¶ 2.  SSG Haupt was three years older than Tiffany Haupt Thompson, who remembered living with her mother and younger sister while her brother and older sister lived with their father. *See* Ex. 16, Declaration of Tiffany Thompson, dated September 20, 2019, ¶¶ 3, 5.  The formal arrangement was that they would visit the other parent

every other weekend, but in reality, the children were together "all the time." Their parents' houses were not far from each other, and they would all swim in their mother's apartment pool or play on the swing in their father's backyard. *Id.* ¶ 5. Tifany recalled that her brother was "hilarious." *Id.* ¶ 7. He would make faces to crack his sisters up, and he continued sending them funny pictures of himself when he was serving in Iraq. *See id.*

Tifany agreed that the siblings were close: "No matter who we were living with and where, when we were together, it was like we never separated." *Id.* ¶ 9.  When SSG Haupt joined the Army because he "wasn't getting what he needed from my parents," Tifany realized she could also find what she was looking for within herself. *Id.* ¶ 10. She moved to Michigan for college, and found the distance from her parents beneficial. She formed stronger connections with each of her siblings, and described talking to her brother online and over the phone. He told her that he wanted to become a teacher after the Army. *See id.* ¶ 11. She remembered thinking that made sense – "he was funny and people gravitated toward him." *Id.*

Tifany was "in shock" when her mother told her SSG Haupt had been killed. *Id.* ¶ 12.  She was sad, and also angry. *See id.* ¶ 13. That anger continued after the funeral, when she returned to school. ███████████████████████████████████████████

███████████████████████████████████████████

███████████    She had previously dreamed of becoming a writer, but after her brother died, she stopped writing forever. "There was nothing left in me, so I had nothing to give," Tifany explained. She was only able to graduate because her professors took pity on her and passed her "despite my awful work." *Id.* ¶ 17.

Tifany tries to find purpose and meaning in life like her brother did. She quit a job that made her miserable and became a public servant, working for her county. She feels that makes her

brother proud. *See id.* ¶ 18. She moved to California in 2010 to be close to Sabrina, and a year later, their youngest sister Rhonda moved there too. "We are each other's best friends." *Id.* ¶ 19. Their significant others tease the sisters about how they say goodbye to each other – "we hug each other and won't let go." *Id.* "I don't care," Tifany explained. She feels fortunate to have them, and to have had her brother. She frequently plays a video of SSG Haupt in Iraq when she wants to "remember his voice and how he moved." In it, "[h]e's goofing off, naturally." *Id.*

Even presently, Tifany's anger has not abated. It bothers her to think that his blood is in Iraq's soil. She wonders what he was thinking before he died, and whether he was in pain. She did not recognize her brother when she viewed his body in his casket, and she wonders whether it was really him. *See id.* ¶ 20.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $2.5 million for Tifany Haupt's solatium claim.

### v.    Rhonda Haupt

Rhonda Haupt is SSG Haupt's sister. Rhonda Haupt's birth certificate and declaration confirm that she is a U.S. citizen. *See* Ex. 17, birth certificate; Ex. 18, Declaration of Rhonda Haupt, dated July 23, 2019, ¶ 2. Rhonda Haupt was the baby of the family, five years younger than SSG Haupt. *See* Ex. 18, Declaration of Rhonda Haupt, dated July 23, 2019, ¶ 3.  He looked out for her, whether it was to let her know he was concerned about a particular boy she was dating, or to tell her not to go somewhere rowdy. Rhonda listened to her older brother; "I knew he was protecting me." *Id.* The last time Rhonda spent time with her older brother was in Pikes Peak in Colorado Springs. SSG Haupt kept checking in with her to make sure she could handle the arduous hike. When she finally reached the summit, he "gave me a big hug and told me he was proud of me." *Id.* ¶ 12.

Rhonda also recalled thinking "it was the coolest thing ever" when her brother enlisted in the Army. "I always saw him as such a strong person and knew he'd be great at it." *Id.* ¶ 7.  She bought him a teddy bear in an Army uniform during his basic training, and remembered going out for ice cream to celebrate. Rhonda described how SSG Haupt "seemed more grown up" then. *Id.* ¶¶ 8-9.

Rhonda also described emailing and instant messaging her brother while he was in Iraq, and talking to him on the phone when he was able to. He sent her pictures with Iraqi children and described to her how the troops were helping the population there. Rhonda was "scared for him the whole time he was there," but hearing him describe the important work he was doing "made me trust that he was there for a good reason." *Id.* ¶ 13.  Her brother generally sounded "positive," except for when one of his closest friends was killed and he was "heartbroken." *Id.*

Rhonda was on her way to a friend's house when her mother called to tell her SSG Haupt had died. She "dropped to my knees and cried." Her friend drove her to her mother's house, over three hours away. *Id.* ¶ 14. She described how she "holed up" with her sisters and mother and did not eat for a week. She missed school. "It took me an extra year to graduate because of all the work I had to make up." *Id.* ¶ 15.

When Rhonda did go back, she attended counseling briefly. She graduated and moved to California to be near her sisters. She recalled that "I thought I was doing okay until the tenth anniversary of Ryan's death," *id.* ¶ 17, when she started to experience "terrible fears that something awful was going to happen again, just like how Ryan's death hit us out of the blue." *Id.* She started counseling again. *See id.*

Everything reminds Rhonda of her brother – his favorite songs, movies, and Legos. She sees him in her boyfriend and her niece. *See id.* ¶ 18. "And sometimes I just think about how much I miss Ryan for no reason at all." *Id.*

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $2.5 million for Rhonda Haupt's solatium claim.

   c.    **Lieutenant Colonel Eric Kruger, Victim of the November 2, 2006, Attack – Baghdad**

On November 2, 2006, Lieutenant Colonel ("LTC") Eric Kruger was traveling in the lead vehicle of a four-vehicle patrol on a mission to familiarize an incoming military leadership team with the surrounding area of operations and local routes. At approximately 2:00 p.m., an explosive device struck his vehicle, penetrating and exiting it. LTC Kruger's casualty report confirms that he was killed in the attack. *Id.* at 53-54.

The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for LTC Kruger's death in the November 2, 2006, attack was an EFP, and that "Iran and its proxies bear responsibility" for the attack. *Id.* at 55.

LTC Kruger's mother, Carol Kruger; father, Lawrence Kruger; brother, Douglas Kruger; and sister, Kristy Kruger, are Plaintiffs in this case. *See* AC ¶¶ 350-58. The following chart reflects the claims asserted by each of the Plaintiffs injured in the November 2, 2006, attack, as well as the evidence setting forth the bases of those claims. That evidence was included as exhibits to the Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|-----------|-------------------------------|-------------------|----------|---------|
| Carol Kruger | Eric Kruger's mother | Solatium claim $5 million | Copy of Carol Kruger's birth certificate | 19 |
| | | | Declaration of Carol Kruger, dated March 11, 2020 | 20 |

| Lawrence Kruger | Eric Kruger's father | Solatium claim $5 million | Copy of Lawrence Kruger's U.S. passport | 21 |
| | | | Declaration of Lawrence Kruger, dated November 7, 2019 | 22 |
| Douglas Kruger | Eric Kruger's brother | Solatium claim $2.5 million | Copy of Douglas Kruger's birth certificate | 23 |
| | | | Declaration of Douglas Kruger, dated January 24, 2020 | 24 |
| Kristy Kruger | Eric Kruger's sister | Solatium claim $3.125 million | Copy of Kristy Kruger's birth certificate | 25 |
| | | | Declaration of Kristy Kruger, dated July 22, 2019 | 26 |

### 1.      Solatium Claims brought by LTC Kruger's Family Members

#### i.      Carol Kruger

Carol Kruger is LTC Kruger's mother. Carol Kruger's birth certificate and declaration confirm that she is a U.S. citizen. *See* Ex. 19, birth certificate; Ex. 20, Declaration of Carol Kruger, dated March 11, 2020, ¶ 1. Carol Kruger described how her son, from a very young age, "always gave 110% of himself." Ex. 20, Declaration of Carol Kruger, dated March 11, 2020, ¶ 9. While in high school, LTC Kruger announced to some friends that he knew "exactly" what he wanted to be when he grew up: "I want to be an officer in the United States Army." *Id.* ¶ 12.  True to his word, he joined his university's ROTC program and was commissioned as Second Lieutenant. *See id.* ¶ 11.  Carol stated: "I was always proud of Eric's efforts, but this achievement added another layer of pride and honor in what he had accomplished." *Id.*

Carol was "filled with pride," but not at all surprised, when her son went on to earn many military awards throughout his military career. *Id.* ¶ 13.  She recalled that no matter where in the world he was stationed – Korea, Afghanistan, Africa – he always found a way to call home on her birthday and Mother's Day. *See id.* ¶ 14.

LTC Kruger deployed to Iraq in September 2006. Weeks later, Carol had a "vivid dream" that she was going to be one of "those mothers" who lost their sons. She was rattled the next day at work by the dream. *Id.* ¶ 17. When, on November 2, 2006, a soldier and a chaplain arrived at her home to tell her that her son had been killed, Carol protested: "I already had this dream." *Id.* ¶ 18. She could not believe it was real. *See id.*



Carol continues to feel "powerful, often painful emotions" over her son's death; she described feeling "ripped apart" and "a tingling through my whole body" when she sees reunions of children with their military parents on TV or movies. *Id.* ¶ 28. She particularly suffers on "military and patriotic holidays" and becomes "more overwhelmed with my grief" on her son's birthday and "death day." *Id.* ¶ 25. ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ Carol does not believe she will ever get over her son's death. *See id.* ¶ 36.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $5 million for Carol Kruger's solatium claim.

### ii.    Lawrence Kruger

Lawrence Kruger is LTC Kruger's father. Lawrence Kruger's passport and declaration confirm that he is a U.S. citizen. *See* Ex. 21, U.S. passport; Ex. 22, Declaration of Lawrence Kruger, dated November 7, 2019, ¶ 1. Lawrence Kruger remembered wondering at his son's high school graduation party: "How does a [d]ad get a son like this?" Ex. 22, Declaration of Lawrence Kruger, dated November 7, 2019, ¶ 13. A retired Army officer himself, Lawrence had served in Vietnam. *See id.* ¶ 6. Born in Germany while Lawrence was stationed there, LTC Kruger was just three when his father was discharged from his service. *See id.* ¶¶ 2, 6.

Lawrence recalled fishing and hunting with LTC Kruger and his brother, describing one time when the three of them managed to catch a large swordfish on their line. *See id.* ¶ 7. He and LTC Kruger shared a coin-collecting hobby, and Lawrence continued to gift his son coins as he promoted through the Army ranks. *See id.* ¶¶ 9, 18. Lawrence was so proud of his son's many achievements, and sometimes grew emotional. Before LTC Kruger left for Korea, Lawrence cried. LTC Kruger told him there was no need to cry; that he would be safe. Lawrence responded: "I'm not crying for you or where you're going. I'm crying because I'm not going with you." *Id.* ¶¶ 14-15.

Lawrence described wanting to remain stoic at the news that his son had been killed. *See id.* ¶ 20. █████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████



The grief has not abated for Lawrence. Like his ex-wife (the couple divorced in 1992), ████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

He described a recent visit to his son's grave, during which he "broke down." He returned home and "stayed in bed for over three weeks." *Id.* ¶ 36. He explained: "I could not bring myself to begin another day." *Id.*

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $5 million for Lawrence Kruger's solatium claim.

### iii.    Douglas Kruger

Douglas Kruger is LTC Kruger's brother. Douglas Kruger's birth certificate and declaration confirm that he is a U.S. citizen. *See* Ex. 23, birth certificate; Ex. 24, Declaration of Douglas Kruger, dated January 24, 2020, ¶¶ 1, 6. Less than one year older than LTC Kruger, Douglas Kruger remembered sharing a bunkbed with his brother – LTC Kruger had the top bunk, Douglas had the bottom. *See* Ex. 24, Declaration of Douglas Kruger, dated January 24, 2020, ¶ 7.

Even when their parents allowed them to have separate rooms, they chose to continue sharing. *See id.* ¶ 10.

The two were "inseparable," *id.* ¶ 8, playing sports and swimming together when they were young, and going to concerts, football games and World Wrestling Entertainment matches together as they got older. *See id.* ¶¶ 8-9, 11-12.  They joined the same clubs at school and in church, and played on the same high school football team. *See id.* ¶¶ 11, 13. "We were built differently, so I was generally a lineman, and Eric was a running back. Coaches and teachers called us, 'Big Kruger' and 'Little Kruger.'" *Id.* ¶ 13.

Douglas and LTC Kruger planned on pursuing military careers together until a football injury disqualified Douglas. *See id.* ¶¶ 15-16.  LTC Kruger went ahead with the plan, enrolling in the ROTC program of his university and enlisting in the National Guard. *See id.* ¶ 16. Their ruptured plans to serve together did nothing to dimmish their closeness; Douglas described how LTC Kruger was the best man at his wedding – "[t]here was no other choice; we were best buddies," *id.* ¶ 17, – and was named as the godfather for each of his four sons. *See id.* ¶ 19. While waiting for one of his assignments, LTC Kruger lived with Douglas and his family for about six months. "I always treasure the fact that my boys got to know their Uncle Eric and am saddened that they did not have more time together." *Id.*  LTC Kruger also spent holidays and summers with his brother, *see id.*, ¶ 20, and when he got married and started his own family, the two brothers celebrated milestones together with their respective families. *See id.* ¶ 22.

Douglas described how he refused to believe that his brother had been killed. *See id.* ¶¶ 26-27.  The fact that he was not allowed to see his brother's body in the casket due to LTC Kruger's significant injuries bolstered his delusion. *See id.* ¶ 28.  Two years after the attack, Douglas came

across an Internet post by a medic who had witnessed his brother after he died. It was then that Douglas began to accept that his brother was truly gone. *See id.* ¶ 34.

Douglas decided not to take any medication to ease his pain; "I was the provider of a family of six and felt I had to stay focused." *Id.* ¶ 32. He tried to fight against intrusive images and memories by compartmentalizing his feelings, ████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████

Douglas has strong reactions to certain triggers. For years, hearing the songs he and his brother loved turned him into a "basket case," where he "lost a sense of rationality and cried. *Id.* ¶ 35. He described feeling like he was standing still as the world swirled around him and escaping into daydreams. He could not focus or answer questions. *See id.* He used to stay in bed on LTC Kruger's birthday and the anniversary of his death and continues to "shut down to some degree" on those days. *Id.* ¶ 36. He states that "[m]y family knew to stay away from me that day." *Id.* Douglas feels that "[p]art of me died the day Eric died." *Id.* ¶ 41.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $2.5 million for Douglas Kruger's solatium claim.

### iv.    Kristy Kruger

Kristy Kruger is LTC Kruger's sister. Kristy Kruger's birth certificate and declaration confirm that she is a U.S. citizen. *See* Ex. 25, birth certificate; Ex. 26, Declaration of Kristy Kruger, dated July 22, 2019, ¶ 1. Kristy Kruger was ten years younger than LTC Kruger. *See* Ex. 26, Declaration of Kristy Kruger, dated July 22, 2019, ¶ 3. She looked up to her brother and missed

him when he was stationed away from their house, *see id.* ¶¶ 7, 10, even sleeping in his room in order to "feel closer to him." *Id.* ¶ 10.

Kristy's reaction to LTC Kruger's death has been particularly extreme. She coped during the first three years by playing her music and traveling, but "in late 2009 or early 2010, ███████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████

      ███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $3.125 million for Kristy Kruger's solatium claim, representing a 25% upward departure from FSIA baseline awards for siblings on account of her extreme reaction to the death of her brother. *See Oveissi v. Islamic Republic of Iran*, 768 F. Supp. 2d 16, 21, 29-30 (D.D.C.

2011) (awarding 50% upward departure to formerly "playful and cheery child" who "suffered from outbursts of anger and fits of denial" and "battled alcoholism" throughout his adolescence in an attempt to cope with the death of his family member); *Baker v. Socialist People's Libyan Arab Jamahirya*, 775 F. Supp. 2d 48, 68, 84 (D.D.C. 2011) (awarding 25% upward departure to brother who battled substance abuse and depression as a result of his sister's death).

  **d.**   **Private First Class Jang Ho Kim, Victim of the November 13, 2006, Attack – Baghdad**

  On November 13, 2006, Private First Class ("PFC") Jang Ho Kim was driving the lead vehicle of a five-vehicle convoy as part of a combat patrol traveling west on Route Brewers. At approximately 8:30 p.m. local time, an explosive device struck the vehicle, killing the gunner and PFC Kim. PFC Kim's casualty report confirms that he was killed in the attack as a result of blast injuries. *See* ECF No. 124 at 55. The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for PFC Kim's death on November 16, 2006, was a multi-array EFP, and that "Iran and its proxies bear responsibility" for the attack. *Id.*

  The estate of PFC Kim; along with his mother, Sangsoon Kim; his father, Seop (Steve) Kim; and his sister, Michelle Kim, are Plaintiffs in this case. *See* AC ¶¶ 372-80. The following chart reflects the claims asserted by each of the Plaintiffs injured in the November 16, 2006, attack, as well as the evidence setting forth the bases of those claims. That evidence was included as exhibits to the Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Estate of Jang Ho Kim | Plaintiff estate's decedent | Economic loss claim $2,289,000.00 | Declaration of Seop Kim Pursuant to Section 377.32 of the California Code of Civil Procedure, dated July 19, 2007 | 27 |
| | | | Declaration of Seop Kim, dated June 5, 2019 | 28 |

| | | | Economic loss expert report of Jang Ho Kim, dated September 13, 2019, prepared by Steven A. Wolf, CPA, CFE, ABV/CFF, ASA | 29 |
|---|---|---|---|---|
| Sangsoon Kim | Jang Ho Kim's mother | Solatium claim $5 million | Copy of Sangsoon Kim's certificate of naturalization | 30 |
| | | | Declaration of Sangsoon Kim, dated March 13, 2020 | 31 |
| Seop Kim | Jang Ho Kim's father | Solatium claim $5 million | Copy of Seop Kim's certificate of naturalization | 32 |
| | | | Declaration of Seop Kim, dated March 13, 2020 | 33 |
| Michelle Kim | Jang Ho Kim's sister | Solatium claim $2.5 million | Copy of Michelle Kim's certificate of naturalization | 34 |
| | | | Declaration of Michelle Kim, dated March 10, 2020 | 35 |

### 1. Claims by Estate of Jang Ho Kim

#### i. Economic Loss Claim

Seop Kim is the representative of PFC Kim's estate. *See* Ex. 27, Declaration of Seop Kim Pursuant to Section 377.32 of the California Code of Civil Procedure, dated July 19, 2007. He seeks compensation for economic losses in the form of lost wages, benefits, and retirement pay. *See* 28 U.S.C. § 1605A(c) ("damages may include economic damages").

To project PFC Kim's future income stream if not for the attack, Mr. Wolf incorporated testimonial evidence that he planned to serve in the Army for four years, after which he planned to attend college and start a computer software company, and overlaid that information against statistical data generated by the Bureau of Labor Statistics, the Department of Labor, military pay websites, and other relevant sources. *See* Ex. 29, Economic loss expert report of Jang Ho Kim, dated September 13, 2019, prepared by Steven A. Wolf, CPA, CFE, ABV/CFF, ASA, at 2-4. From these sources, Mr. Wolf calculated the present value of PFC Kim's lost income, assuming that

PFC Kim, who was 20 years old when he was killed: (1) would have served in the military for four years; (2) would have transitioned to employment within the private sector with higher compensation than his final military base pay; (3) would have earned an annual salary of $77,000 working in the field of computer programming, adjusted annually by 2.8%, the percent change for the relevant years according to the U.S. Bureau of Labor Statistics; (4) would have started collecting Social Security Retirement ("SSR") benefits at age 67; and (5) had a life expectancy of 78.1 years. *Id.* at 3-5. Mr. Wolf adjusted these income figures for taxes and consumption, adjusted the SSR benefits for inflation, and adjusted the total lost earnings, pension benefits, and SSR benefits to present value at a rate of 3.17%, the average yield of high-grade municipal bonds as of May 4, 2019. *See id.* at 4-6. Adjusted for taxes and consumption, and to present value, Mr. Wolf calculated the estate of PFC Kim's economic claim as $2,289,000. *See id.* at 6.

The Special Master recommends an award of $2,289,000 for PFC Kim's estate's economic loss claim.

### 2.    Solatium Claims brought by PFC Kim's Family Members

#### i.    Sangsoon Kim

Sangsoon Kim is PFC Kim's mother. Sangsoon Kim's certificate of naturalization and declaration confirm that she is a U.S. citizen. *See* Ex. 30, certificate of naturalization; Ex. 31, Declaration of Sangsoon Kim, dated March 3, 2020, ¶ 1. "There is a Korean saying that when you lose a parent, you bury them in the ground, but if you lose a child, you bury them in your heart," Sangsoon Kim reported. Ex. 31, Declaration of Sangsoon Kim, dated March 3, 2020, ¶ 34. "It is true. Jang Ho will forever be 20 years old. The future we all imaged was taken from his and us." *Id.*

The Kim family moved to the United States from South Korea in the early 1990s, *see id.* ¶ 6, and continued to incorporate Korean traditions into their holiday celebrations: "For example, on

New Year's Day, family members got together and played a traditional Korean game. We also bowed to our elders." *Id.* ¶ 9. PFC Kim took care of his grandparents when they visited from Korea and tried to teach them English. Sangsoon recalled how, "[a]ll the while, he showed a lot of respect for them." *Id.* ¶ 10. She was proud of how active her son was in their church, and saw that "he was truly sincere about his faith." *Id.* ¶ 9.

Sangsoon was not surprised when her son decided to enlist in the military. She attributed his decision to the fact that Korea has mandatory military service, and PFC Kim felt that serving his country was a value. *See id.* ¶ 11. Sangsoon sent her son care packages while he was deployed, and ointments for any ailments he had. *See id.* ¶¶ 12, 14. It pains her that she never got a chance to mail the care package she had prepared before finding out he was killed. *See id.* ¶ 14.

Sangsoon did not completely understand what the two military officers who showed up at her door on November 13, 2006 were trying to tell her – "I believe they asked me if I wanted to talk to them alone or if I wanted to wait for my husband to come home." *Id.* ¶ 15. They showed her a document on which PFC Kim's birthplace was listed as Kansas instead of Korea, and she insisted that they were wrong, and that they should "go look for my actual son to prove he was still alive." *Id.* ¶ 17. She remained in denial while waiting for PFC Kim's body to return to the United States, but she also wondered about the attack: "I wondered what Jang Ho had experienced – Did he suffer? Did he die slowly or quickly? Was his body intact? I felt anxious and kept hoping that he wasn't gone and the body I'd see would not be his." *Id.* ¶ 19. Reality hit when she viewed her son's body at the funeral home, and saw his face. *See id.* ¶ 20.

Early fall through New Year's Day is especially difficult for Sangsoon because there are so many days in the interim which remind her of her son: Veteran's Day, November 13 – the date on which he died, Thanksgiving, Christmas, PFC Kim's birthday, and New Year's Day itself. She

stated that "no holidays or regular days will ever be the same for us." *Id.* ¶ 25. Sangsoon grieves the fact that she will never be able to teach her son's children about Korean culture. *See id.* ¶ 28.

Sangsoon dreamt about her son for 10 years after his attack. *See id.* ¶ 30. She cannot bring herself to throw away any of her son's things: "they still have his fingerprints on them." *Id.* ¶ 27. She avoids certain places because they remind her too much of him, *see id.* ¶ 33, and she tries to finish his work for him – PFC Kim wanted to help homeless people, "so I try to help them." *Id.* ¶ 29. He had wanted to go to Nepal on a mission trip, so Sangsoon and her husband went on one. "[W]e thought about Jang Ho all of the time." *Id.*

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $5 million for Sangsoon Kim's solatium claim.

### ii.    Seop Kim

Seop Kim is PFC Kim's father. Seop Kim's certificate of naturalization and declaration confirm that he is a U.S. citizen. *See* Ex. 32, certificate of naturalization; Ex. 33, Declaration of Seop Kim, dated March 13, 2020, ¶ 1.  Seop Kim described a camping trip that he went on with his son during high school, during which he told his son stories about growing up in Korea while they sat around a campfire they had started. *See* Ex. 33, Declaration of Seop Kim, dated March 13, 2020, ¶ 12. Seop also gave his son advice about his future during that outing. "This was especially nice because it was a time that was only the two of us." *Id.* It was Seop who suggested that his son join the military, having served in the Korean military himself. He described to PFC Kim how his service helped him gain confidence and broaden his views. *See id.* ¶ 13.  PFC Kim enlisted in 2005, and Seop recalled how his son changed during basic training. "He was in very good shape, seemed more muscular, and his posture had improved. I was impressed." *Id.* ¶ 14.

Like his wife, Seop refused to believe the military officers when they told him that PFC Kim had been killed. For one, his son's place of birth was wrong, and further, he had talked to his son before he died, who told him that he was going to be north of Baghdad. The death certificate, however, listed Baghdad as the place of death. *See id.* ¶ 17. When he thinks back to his conversation with his son, Seop realizes that PFC Kim may have told him he was not going to be in Baghdad because he did not want his family to worry. *See id.*

"I was the head of the family so, through all of this, I felt I had to be strong," Seop recalled. *Id.* ¶ 18. He did not cry in front of his wife or daughter, but "my son was only 20 years old. I was crying on the inside." *Id.* Seop described how watching the casket get lowered into the ground "was really hard for me to handle." *Id.* ¶ 21.

Seop especially thinks about his son on holidays, his birthday, and the anniversary of his death. *See id.* ¶¶ 23-24.  He thinks of him when he exercises, fixes things around the house, or cuts down the tree in their yard. *See id.* ¶ 25. He thinks that it would be wonderful to have his son there with him. *See id.*

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $5 million for Seop Kim's solatium claim.

### iii.    Michelle Kim

Michelle Kim is PFC Kim's sister. Michelle Kim's certificate of naturalization and declaration confirm that she is a U.S. citizen. *See* Ex. 34, Michelle Kim's certificate of naturalization; Ex. 35, Declaration of Michelle Kim, dated March 10, 2020, ¶ 1. Michelle Kim was just one year younger than her brother. *See* Ex. 35, Declaration of Michelle Kim, dated March 10, 2020, ¶ 5. She described their progression from siblings – "he was a silly goofball" who "definitely succeeded in annoying me," *id.* ¶ 11, – to friends as they grew older. *See id.* ¶ 12. She remembered

writing PFC Kim a letter before he left for basic training telling him how sad she was that he was leaving home. "I added that despite our childhood bickering, I felt that I had never really told him how much I loved him." *Id.* ¶ 16.  PFC Kim hugged Michelle the day he left, which made her feel better. *See id.*

The two kept in touch by writing letters once or twice a week, and if PFC Kim got permission to use the phone, they spoke. *See id.* ¶ 17. When PFC Kim completed basic training, he visited Michelle at college, which was the last time she saw him alive. *See id.* ¶ 18.

A pastor from the Kims' church called Michelle to express his condolences before Michelle found out from her parents that PFC Kim had been killed. *See id.* ¶ 21. He had no idea that Michelle's parents had wanted to wait for her to come home from school so they could tell her in person. *See id.* Michelle recalled that her roommate drove her home right away, and when she walked through the door, her parents hugged her. "For a long time, all we did was hug and cry." *Id.* ¶ 22.

Michelle described how she cried so hard when viewing her brother's body in his casket that her "crying shook my entire body." *Id.* ¶ 24. Her parents cried too, and it was difficult for her to watch them "in so much pain, especially as I saw them trying to be strong for me." *Id.* ¶ 26. She remembered little from the funeral other than thinking she wanted it to be over. *See id.* ¶ 27. ████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████

"Since 2006, I basically hate November and December," according to Michelle. *Id.* ¶ 31. Those months include the anniversary of PFC Kim's death; Thanksgiving, "horrible because it is usually a holiday where family members travel from all over to be with one another and we are

missing someone very special;" *id.,* Christmas, "just another reminder of the fact that my family is incomplete;" *id.,* Veteran's Day; and PFC Kim's December birthday, when "my emotions and memories overwhelm me." *Id.* ¶ 32. Michelle gets jealous when she sees friends with their brothers and grows flustered when someone asks her if she has siblings: "I don't know what the right response is." *Id.* ¶ 33.

Michelle laments the fact that she will never be an aunt to her brother's children and he will never to be an uncle to hers. *See id.* ¶ 39. They had just started "to develop such a terrific relationship" when PFC Kim enlisted, which they were bolstering by writing letters back and forth, and this "new chapter to our relationship … was supposed to continue for years." *Id.* ¶ 38. Michelle wants to talk to her brother, to tell him how their parents "are driving me crazy" or share news about her boyfriends, "but he's not here to listen." *Id.* ¶ 34. She grieves the relationship they could have had if PFC Kim had lived. *See id.* ¶ 40.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $2.5 million for Michelle Kim's solatium claim.

> **e.    Sergeant Brennan Gibson, Victim of the December 10, 2006, Attack – Baghdad**

On December 10, 2006, Sergeant ("SGT") Brennan Gibson was positioned in the lead HMMWV of a five-vehicle patrol when an explosive device struck his vehicle. The Article 15-6 Investigation Report prepared for the attack confirms that SGT Gibson was killed in action as a result of the attack. *See* ECF No. 124 at 60. The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for SGT Gibson's death in the December 10, 2006, attack was an EFP, and that "Iran and its proxies bear responsibility" for the attack. *Id.*

SGT Gibson's mother, Linda Gibson; stepfather, John Gibson; sister, Stephanie Gibson Webster; and brothers, Sean Elliott and Travis Gibson, are Plaintiffs in this case. *See* AC ¶¶ 405-14. The following chart reflects the claims asserted by each of the Plaintiffs injured in the

December 10, 2006, attack, as well as the evidence setting forth the bases of those claims. That evidence was included as exhibits to the Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Linda Gibson | Brennan Gibson's mother | Solatium claim $5 million | Copy of Linda Gibson's birth certificate | 36 |
| | | | Declaration of Linda Gibson, dated December 30, 2022 | 37 |
| John Gibson | Brennan Gibson's stepfather | Solatium claim $5 million | Copy of John Gibson's birth certificate | 38 |
| | | | Declaration of John Gibson, dated December 30, 2022 | 39 |
| Sean Elliott | Brennan Gibson's brother | Solatium claim $2.5 million | Copy of Sean Elliott's birth certificate | 40 |
| | | | Declaration of Sean Elliott, dated December 30, 2022 | 41 |
| Travis Gibson | Brennan Gibson's brother | Solatium claim $2.5 million | Copy of Travis Gibson's birth certificate | 42 |
| | | | Declaration of Travis Gibson, dated December 17, 2022 | 43 |
| Stephanie Gibson Webster | Brennan Gibson's sister | Solatium claim $2.5 million | Copy of Stephanie Gibson Webster's birth certificate | 44 |
| | | | Declaration of Stephanie Webster, dated December 2, 2019 | 45 |

### 1.    Solatium Claims brought by SGT Gibson's Family Members

#### i.    Linda Gibson

Linda Gibson is SGT Gibson's mother. Linda Gibson's birth certificate and declaration confirm that she is a U.S. citizen. *See* Ex. 36, birth certificate; Ex. 37, Linda Gibson's declaration, dated December 30, 2022, ¶ 1. SGT Gibson was not yet two years old when his parents divorced, and he had little contact with his biological father. *See* Ex. 37, Linda Gibson's declaration, dated December 30, 2022, ¶¶ 5-6. Linda Gibson remarried when SGT Brennan was about three, and the

two families – with three children each – merged, with SGT Brennan as the youngest. Linda recalled how, "[f]rom the moment our families were legally joined, I considered myself a mother of six." *Id.* ¶ 5.

Linda and SGT Gibson had many "Mommy and Brennan days" while the other children were in school during which they would bake together. *Id.* ¶ 7. As SGT Gibson got older, they continued to have "Mom and only Brennan" time playing chess and boardgames, and doing puzzles. *Id.* ¶ 9. When SGT Gibson was in college, he took Linda to a party where he had to fend off his friend's advances to her. *See id.* ¶ 14. They laughed about it; Linda described how they shared the same sense of humor. *See id.* ¶¶ 9, 14.

Linda initially would not allow her son to enlist in the Army. She was scared that he would be killed. He insisted and she relented, ultimately supporting his decision. *See id.* ¶ 17. SGT Gibson married his college girlfriend before leaving for basic training. *See id.* ¶¶ 15, 19. They moved to Alaska for his duty station, and Linda talked to him regularly on the phone. *See id.* ¶ 20. Their last conversation was about how SGT Gibson was working on getting his wife and newborn son discharged from the hospital. *See id.* ¶ 22.

Linda described how the worst part of the "heartbreaking" funeral was watching her grandson. *Id.* ¶ 33. SGT Gibson had only three days with his baby boy before he deployed to Iraq, *see id.* ¶ 22, who was still just an "itty bitty baby" at his father's funeral just two months later. *Id.* ¶ 33. He would never know his father, and his father would never know him. *See id.*

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████ She tried

therapy, which did not help her, and connecting with other military families who lost children,

which did. *See id.* ¶¶ 35-36. She dreads entire the months of October through December, during

which her grandson's birthday takes place, as well as her son's birthday and the anniversary of his

death. *See id.* ¶ 38. Mother's Day is also "a very tough day," even though well over a decade has

passed. *Id.* ¶ 39. Certain things take her back to the day her son died, like a song, and if she allowed

herself, she "could still feel the same depression and grief I felt on the day he died." *Id.* ¶ 49. She

pulls herself out of it; her son would not want that. *See id.* Linda described how at first, it "killed

me" to see her grandson because he looked so much like her son, but now she feels "grateful that

a little bit of Brennan is still here in this world." *Id.* ¶ 47.

After reviewing the evidence and pertinent legal authority, the Special Master recommends

an award of $5 million for Linda Gibson's solatium claim.

### ii.      John Gibson

John Gibson is SGT Gibson's stepfather. John Gibson's birth certificate and declaration

confirm that he is a U.S. citizen. *See* Ex. 38, birth certificate; Ex. 39, John Gibson's declaration,

dated December 30, 2022, ¶ 2. John Gibson married SGT Gibson's mother when he was about

three. SGT Gibson had little to no contact with his biological father, and was raised by his mother

and John. *See* Ex. 39, John Gibson's declaration, dated December 30, 2022, ¶ 7. John considered

SGT Gibson his son, and SGT Gibson considered John his father, eventually legally changing his

last name to Gibson. *See id.* ¶¶ 1, 8, 23. John recalled how SGT Gibson was a perfectionist from a

very young age – his hair had to be neat, his blanket wrinkle-free, and his room clean. *See id.* ¶ 11.

He also remembered SGT Gibson's "tremendous sense of humor." *Id.* ¶ 13.

John taught SGT Gibson how to ride a bike, throw a football, toss a frisbee, and bait a

hook. When SGT Gibson got older, John taught him how to drive. *See id.* ¶ 12. When SGT Gibson

graduated college and could not find a job, John "did my best to advise him." *Id.* ¶ 19. John had

served in the Air Force during the Vietnam War, and when SGT Gibson enlisted in the Army, John

had a serious talk with him. "I told him to keep his ears open and do what he was told. I also reminded him to be serious and learn as much as he could. And he did." *Id.* ¶ 21. John sent SGT Gibson postcards while he was deployed to Iraq reminding him to be careful and take care of himself. *See id.* ¶ 26.

John described how he and his wife had just finished putting up their Christmas tree when their daughter-in-law called to tell them that SGT Gibson had been killed. "It was too horrible to accept," John recalled thinking. *Id.* ¶ 28. They waited about two weeks for his body to be returned stateside. During his funeral services, John tried not to cry because he wanted to be strong for his wife and children. "But through it all, I felt a very dark feeling inside and had a really hard time keeping it together." *Id.* ¶ 29. John continued to "feel intense pain inside," and started to question why: "Why did it have to be *my* son? Where is the justice in this?" Those questions persist to this day. *Id.* ¶ 19.

Like Linda, it is difficult for John to look at his grandson who looks just like his son. *See id.* ¶ 36. He wishes he could see what kind of father his son would have been; *see id.* ¶ 35, he wishes he could have seen what kind of life his son would have led. *See id.* ¶ 37. He described how he would not have made it through without his faith and his wife, but "the pain is always there. I have lost my child – my son. It is something one never gets over." *Id.* ¶ 38.

The Special Master finds that John Gibson has satisfied the "functional equivalent" of SGT Gibson's father, the test used by courts in this District for granting solatium awards to "members of the victim's household … even if they are not legally or biologically related." *Cabrera v. Islamic Republic of Iran*, No. 18-cv-2065 (JDB), 2022 WL 2817730, *42 (D.D.C. July 19, 2022) (internal citations omitted), adhered to, No. 18-cv-2065 (JDB), 2023 WL 1975091 (D.D.C. Jan. 27, 2023). *See also Fritz v. Islamic Republic of Iran*, 324 F. Supp. 3d 54, 63 (D.D.C. 2018) ("the D.C. Circuit

has recognized that 'immediate family members' may include 'members of the victim's household' who are 'viewed as the functional equivalents of immediate family members.'") (citing *Bettis v. Islamic Republic of Iran*, 315 F.3d 325, 335 (D.C. Cir. 2003)).

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $5 million for John Gibson's solatium claim.

### iii.    Sean Elliott

Sean Elliott is SGT Gibson's brother. Sean Elliott's birth certificate and declaration confirm that he is a U.S. citizen. *See* Ex. 40, birth certificate; Ex. 41, Sean Elliott's declaration, dated December 30, 2022, ¶ 1. Sean Elliott had the same biological parents as SGT Gibson, and reiterated John and Linda's statements that SGT Gibson always lived with their mother and John. *See* Ex. 41, Sean Elliott's declaration, dated December 30, 2022, ¶ 5. Sean was three years older than SGT Gibson, and "loved him from the moment he came into my life." *Id.* ¶ 9.  He recalled crawling into his younger brother's crib and sleeping by his side. *See id.* The two "did everything together as youngsters", *id.,* – sledding, biking, trick-or-treating, and watching the annual Christmas parade, to name a few. *Id.* ¶¶ 11-12. They stayed close as adults, and Sean recalled feeling "really proud" of his brother when he decided to join the Army. *Id.* ¶ 15.

Sean described how he was "devastated" at learning that his brother had been killed. *Id.* ¶ 19.  He took off time from work and spent weeks taking care of his parents – "I had become the 'go-to person,' especially since I lived a few minutes away from my parents." *Id.* ¶ 21.  He built what he called a "brick wall" to keep his feelings in check because he needed to be strong for his family. *Id.* ¶ 26. ███████████████████████████████████
████████████████████████████████████████████████ "I don't know how to do that." *Id.* ¶ 27.  He tries to "stay away from the sadness," but "the sadness is always

there." *Id.* ¶ 29. Sean "hates" that he cannot bond with his brother anymore and mourns the reality that his sons will grow up without their uncle. *Id.* ¶ 28.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $2.5 million for Sean Elliott's solatium claim.

### iv.    Travis Gibson

Travis Gibson is SGT Gibson's brother. Travis Gibson's birth certificate and declaration confirm that he is a U.S. citizen. *See* Ex. 42, birth certificate; Ex. 43, Declaration of Travis Gibson, dated December 17, 2022, ¶ 1. Travis Gibson also shared biological parents with SGT Gibson and changed his name to Gibson like his brother. *See* Ex. 43, Declaration of Travis Gibson, dated December 17, 2022, ¶¶ 5-6. Travis was just two years older than SGT Gibson but recalled his younger brother looking up to him. *See id.* ¶ 9. He recalled sneaking into their parents' walk-in closet where their Christmas presents were hidden to figure out what they were, and the year they were given boxing gloves. His brother always won their matches, except for one. Another year, their parents gave them football pads, which they put to use right away. *See id.* ¶ 10. The brothers were close – instead of attending his graduation ceremony from high school, SGT Gibson went on a six-day road trip with Travis to Vermont. *See id.* ¶ 11. Travis was attending culinary school there, and before SGT Gibson left for basic training, Travis prepared an elaborate meal for their family. He was proud of being able to do something "special and wonderful for my little brother." *Id.* ¶ 15.

Travis always thought his brother would be safe, so he did not make it a priority to visit his brother when he was home before deploying, *see id.* ¶¶ 17, 19, something he regrets now. *See id.* ¶ 20. When his father called him one evening to tell him to come right away, it did not occur to Travis that the call had anything to do with his brother. *See id.* ¶ 21. He dropped to the floor when

his father told him the news upon his arrival and had to be brought into the house. *See id.* ¶¶ 21-22. Travis called that night "by far the worst night of my life." *Id.* ¶ 22.

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████ *See id.* Travis ultimately tamped down his emotions and directed his grief into his work. *See id.* ¶ 30. He feels as though he has not dealt fully with his feelings or worked through the grieving process. *See id.* "I still think about him every single day," Travis stated. *Id.* ¶ 33.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $2.5 million for Travis Gibson's solatium claim.

### v.    Stephanie Gibson Webster

Stephanie Gibson Webster is SGT Gibson's half-sister. Stephanie Webster's birth certificate and declaration confirm that she is a U.S. citizen. *See* Ex. 44, birth certificate; Ex. 45, Declaration of Stephanie Webster, dated December 2, 2019, ¶ 1. Stephanie Gibson Webster shared a biological mother with PFC Gibson and was about two years older than him. *See* Ex. 45, Declaration of Stephanie Webster, dated December 2, 2019, ¶ 4. They were only one year apart in school and shared friends, books, music, and a sense of humor. *See id.* ¶ 5. Stephanie attended Oregon State University, where SGT Gibson enrolled a year later. They lived across the street from each other and scheduled their classes so they would start at the same time. *See id.* ¶ 8. The night before SGT Gibson left for basic training, Stephanie threw a going away party at her house for all of their mutual friends, which lasted until five o'clock in the morning. *See id.* ¶ 9. Stephanie threw another party for her brother before he deployed to Iraq. *See id.* ¶ 10.

Stephanie was newly pregnant when she found out that her brother had been killed. She found it overwhelming to take care of herself and grieve while taking care of her family. *See id.* ¶

12. She and her brother Sean dealt with the Army and arranged food for everyone. *See id.* When she gave birth to her daughter, she named her Bren, in honor of her brother. *See id.*

Holidays since SGT Gibson died are "horrible," according to Stephanie. *Id.* ¶ 14. He was killed just weeks before Christmas and buried two days after the holiday on his birthday, December 27, and for years after his death, the Gibson family did not celebrate Christmas. *See id.* Stephanie and her own family invite her parents to celebrate at her house, but the holiday "will forever be linked with my brother's death." *Id.* Stephanie tries not to get caught up in grief or anger; she tries to remember the good times she shared with her brother. In this way, she has found a way to cope with her brother's death and also keep his memory alive. *See id.* ¶¶ 15-16.

The Special Master finds that Stephanie Webster has satisfied the "functional equivalent" test required for half-siblings to recover solatium damages. *Fritz*, 324 F. Supp. 3d at 63 ("Accordingly, '[s]iblings of half-blood … are presumed to recover as a full-sibling would.'") (citing *Peterson II*, 515 F. Supp. 2d at 52).

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $2.5 million for Stephanie Gibson Webster's solatium claim.

### f.    Specialist John Sullivan, Victim of the December 30, 2006, Attack – Baghdad

On December 30, 2006, Specialist ("SPC") John Sullivan was traveling west on Route Furniture during an Iraqi Police checkpoint patrol as part of a four-vehicle convoy. SPC Sullivan was positioned in the third vehicle, an up-armored M1114 HMMWV. At approximately 7:30 p.m. local time, a multi-array explosive struck the driver's side of SPC Sullivan's vehicle. His casualty report confirms that he died as the result of wounds he sustained in the attack. *See* ECF No. 124 at 62.

The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for SPC Sullivan's death in the December 30, 2006, attack was an EFP, and that "Iran and its proxies bear responsibility" for the attack. *Id* at 61.

The estate of Deborah Beavers, SPC Sullivan's mother, is a Plaintiff in this case. *See* AC ¶¶ 415-20. Deborah "Debbie" Beavers died on July 5, 2019, during the pendency of this case. *See* Ex. 47, death certificate. Her widower, Charles D. Beavers, was named administrator *ad litem* of her estate on December 26, 2019. *See* Ex. 48, letters of limited administration. On November 7, 2024, this Court entered an Order Granting Substitution of Charles D. Beavers as Administrator *Ad Litem* of the Estate of Deborah Beavers. *See* ECF No. 188.  The following chart reflects the claims asserted by the Plaintiff injured in the December 30, 2006, attack, as well as the evidence setting forth the basis of that claim. That evidence was included as exhibits to the Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Estate of Deborah "Debbie" Beavers | John Sullivan's mother's estate | Solatium claim $5 million | Copy of Deborah Beavers's birth certificate | 46 |
| | | | Copy of Deborah Beavers's certificate of death | 47 |
| | | | Copy of letters of limited administration for cause of action only appointing Charles D. Beavers administrator *ad litem* over the estate of Deborah Beavers, dated December 26, 2019 | 48 |
| | | | Declaration of Charles Beavers on behalf of the estate of Deborah Beavers, dated December 6, 2019 | 49 |

1.    **Solatium Claims brought by SPC Sullivan's Family Members**

### i.    Estate of Deborah Beavers

Deborah Beavers is SPC Sullivan's mother. Deborah Beavers' birth certificate confirms that she is a U.S. citizen. *See* Ex. 46, birth certificate. According to Charles Beavers, Deborah ("Debbie")'s widower, "Deborah and John were two peas in a pod." Ex. 49, Declaration of Charles Beavers on behalf of the estate of Deborah Beavers, dated December 6, 2019, ¶ 8. Charles began dating Deborah when SPC Sullivan was just five years old, and witnessed how her son was "the love of Deborah's life." *Id.* ¶¶ 7, 8. According to Charles, "[t]here was nothing she would not do for him." *Id.* ¶ 8. SPC Sullivan's father was not involved in their lives, and so for a long time, it was just the two of them. *Id.* ¶ 7. When SPC Sullivan was small, Deborah would drive him to baseball practice and cub scouts. After he graduated, she drove him 15 miles to and from the vocational school he attended every day to help him fulfill his dreams of becoming a mechanic for a NASCAR team. *See id.* ¶¶ 9, 10.

Charles described how Deborah was concerned when SPC Sullivan told her he was enlisting in the Army, but she supported his decision. *See id.* ¶ 11. When he deployed, she monitored the plight of American soldiers in Iraq on the news, and spent many sleepless nights "sick with worry." *Id.* ¶ 12. Charles recalled how she lost her appetite because she was so anxious. *See id.* She would only experience relief when SPC Sullivan called home on Sunday; if he missed a call, she continued to suffer until the next time she heard from him. *See id.* ¶ 13. She sent him care packages filled with candy and toys at his request so that he could distribute them to the Iraqi children. Charles remembered how proud Deborah was of "the caring and compassionate man John had become." *Id.* ¶ 14.

Months before SPC Sullivan's second deployment to Iraq, he got married, and by the time he deployed, his wife was expecting their first child. *See id.* ¶ 15. Deborah looked forward to her son completing his service and returning home to settle down with his family. *See id.* Instead, on

December 30, 2006, SPC Sullivan's wife called Deborah to let her know that SPC Sullivan had been killed. *See id.* ¶ 16. Charles recalled that Deborah threw the phone receiver against the wall and went outside to scream. *See id.* ¶ 17. Just four hours later, SPC Sullivan's wife went into labor and gave birth to a son whom she named John Sullivan, Jr. According to Charles, his birth saved Deborah from total despair. *See id.* ¶ 18.

Still, Charles recalled how Deborah stopped eating and barely slept after her son was killed.

████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████  ███████████████████████████

██████

Charles described how Deborah became a shell of her former self; she stopped socializing and having fun "because in her mind if she had fun it meant she had forgotten John." *Id.* ¶ 22. She no longer insisted that she wanted her life to be over; "instead, she lived as if it already was." *Id.* ¶ 21. Deborah only broke from her grief when John Jr. would come to visit. During those times, "Deborah came alive and allowed herself to feel joy in the presence of her grandson, the last vestige of John." *Id.* ¶ 25. When he left, Deborah retreated back into her shell. *See id.* ¶ 26.

In 2017, Deborah was diagnosed with a malignant brain tumor that caused her to suffer bran seizures and left her blind. Two years later, at the age of 54, Deborah died. *See id.* ¶ 27. Charles laments that the "last years of Deborah's life were filled with sadness and sorrow." *Id.* ¶ 28. He stated: "She left this world a broken woman." *Id.* He hopes that she finally found the peace that eluded her while alive and that she is in heaven reunited with her beloved son John." *Id.* ¶ 30.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $5 million for the estate of Deborah Beavers's solatium claim.

g.      **Specialist Daniel Fuentes, Victim of the April 6, 2007, Attack – Baghdad**

On April 6, 2007, SPC Daniel Fuentes was traveling with a four-vehicle convoy on patrol in the vicinity of the West Rashid neighborhood of Baghdad. SPC Fuentes was riding in the gunner's seat of an up-armored M1151 HMMWV, which was the second vehicle in the convoy. At approximately 12:30 p.m. local time, a multi-array explosive struck his vehicle, killing him and injuring three other soldiers within the vehicle. SPC Fuentes's casualty report confirms that he was killed in the attack as a result of a "ballistic injury." *See* ECF No. 124 at 76.

The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for SPC Fuentes's death in the April 6, 2007, attack was an EFP traceable to Iran and its proxies, and that "Iran and its proxies bear responsibility" for the attack. *Id.*

SPC Fuentes's estate; mother, Nancy Fuentes; father, Armando Fuentes; brother, Julio Fuentes; sister, Tatyana Fuentes; and minor son, D.J.F., are Plaintiffs in this case. *See* AC ¶¶ 579-90. The question of whether a plaintiff who was *in utero* at the time of a terrorist attack on his immediate family member has standing to bring a claim for solatium damages under the private cause of action in the terrorism exception to the Foreign Sovereign Immunities Act is pending before the Court of Appeals for the D.C. Circuit in *Cabrera v. Islamic Republic of Iran*, No. 23-7076 (D.C. Cir.). Plaintiffs are waiting for a decision to be issued in that appeal before submitting evidence of D.J.F.'s damages. The following chart reflects the claims asserted by each of the other Plaintiffs injured in the April 6, 2007, attack, as well as the evidence setting forth the bases of those claims. That evidence was included as exhibits to the Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Estate of Daniel Fuentes | Direct victim's estate | Economic loss claim $1,821,268.00 | Copy of limited letters of administration appointing Emma McGarry, mother | 50 |

| | | | of D.J.F., as administrator of SPC Fuentes's estate, dated April 12, 2022 | |
| | | | Declaration of Nancy Fuentes, dated June 4, 2019 | 51 |
| | | | Economic loss expert report of Daniel A. Fuentes, dated September 13, 2019, prepared by Steven A. Wolf, CPA, CFE, ABV/CFF, ASA | 52 |
| Nancy Fuentes | Daniel Fuentes's mother | Solatium claim $5 million | Copy of Nancy Fuentes's certificate of naturalization | 53 |
| | | | Declaration of Nancy Fuentes, dated July 8, 2019 | 54 |
| Armando Fuentes | Daniel Fuentes's father | Solatium claim $5 million | Copy of Armando Fuentes's certificate of naturalization | 55 |
| | | | Declaration of Armando Fuentes, dated September 12, 2019 | 56 |
| Julio Fuentes | Daniel Fuentes's brother | Solatium claim $2.5 million | Copy of Julio Fuentes's birth certificate | 57 |
| | | | Declaration of Julio Fuentes, dated August 21, 2019 | 58 |
| Tatyana Fuentes | Daniel Fuentes's sister | Solatium claim $2.5 million | Copy of Tatyana Fuentes's birth certificate | 59 |
| | | | Declaration of Tatyana Fuentes, dated July 8, 2019 | 60 |

### 1. Claims by Estate of SPC Fuentes

#### i. Economic Loss Claim

SPC Fuentes's estate seeks compensation for economic losses in the form of lost wages, benefits, and retirement pay. *See* 28 U.S.C. § 1605A(c) ("damages may include economic damages"). Emma McGarry, SPC Fuentes's fiancée and the mother of his son, was appointed

administrator of the estate. *See* Ex. 50, limited letters of administration appointing Emma McGarry, mother of D.J.F., as administrator of SPC Fuentes's estate, dated April 12, 2022.

To project SPC Fuentes's future income stream if not for the attack, Mr. Wolf incorporated testimonial evidence that he planned to serve in the Army for 20 years, after which he is assumed to have transitioned to the state and local government sector for his remaining work-life, and overlaid that information against statistical data generated by the Bureau of Labor Statistics, the Department of Labor, military pay websites, and other relevant sources. *See* Ex. 52, Economic loss expert report of Daniel A. Fuentes, dated September 13, 2019, prepared by Steven A. Wolf, CPA, CFE, ABV/CFF, ASA, at 2-4. From these sources, Mr. Wolf calculated the present value of SPC Fuentes's lost income, assuming that SPC Fuentes, who was 19 years old when he was killed: (1) would have served in the military for 20 years; (2) would have transitioned to employment within the state and local government sector with compensation equivalent to his final military base pay; (3) would have earned an annual salary of $80,764.00 during his first year of civilian employment, adjusted annually by 2.8%, the percent change for the relevant years according to the U.S. Bureau of Labor Statistics; (4) would have started collecting SSR benefits at age 67; and (5) had a life expectancy of 77.1 years. *See id.* at 3-5. Mr. Wolf adjusted these income figures for taxes and consumption, adjusted the SSR benefits for inflation, and adjusted the total lost earnings, pension benefits, and SSR benefits to present value at a rate of 3.17%, the average yield of high-grade municipal bonds as of May 4, 2019. *See id.* at 4-7. Adjusted for taxes and consumption, and to present value, Mr. Wolf calculated the estate of SPC Fuentes's economic loss claim as $1,821,268.00. *See id.* at 7.

After reviewing the evidence and the pertinent legal authority, the Special Master recommends that SPC Fuentes's estate be awarded $1,821,268 for the economic loss claim.

2.      **Solatium Claims brought by SPC Fuentes's Family Members**

i.      **Nancy Fuentes**

Nancy Fuentes is SPC Fuentes's mother. Her certificate of naturalization and declaration confirm that she is a U.S. citizen. *See* Ex. 53, Nancy Fuentes's certificate of naturalization; Ex. 54, Declaration of Nancy Fuentes, dated July 8, 2019, ¶ 2. SPC Fuentes – his family called him "Danny" – was the oldest child in his family. Ex. 54, Declaration of Nancy Fuentes, dated July 8, 2019, ¶ 4. After him came Julio and Tatyana. *Id.* Nancy recalled how, growing up, SPC Fuentes was best friends with her nephew, her sister's son who lived a block away. *See id.* ¶ 5. He had more cousins in Guatemala, where her husband was from. When they visited them, which was often, they all went to the beach together. *See id.* ¶ 6.

Nancy is from Colombia. *See id.* ¶ 2. Her father wanted his children to have a better life, so he moved to the U.S. in order to find work. When she was five, he sent for them to join him. *See id.* Nancy described how she taught SPC Fuentes how to salsa for his prom: "Colombians know how to salsa." *Id.* ¶ 7. She would come home from work, and he would already have the music on. *See id.*

SPC Fuentes told his parents he wanted to join the military after the September 11, 2001, attacks. Nancy remembered telling him that she was going to take a baseball bat and break his legs. Her son laughed, and she gave in. She knew there was no stopping him. *See id.* ¶ 8. SPC Fuentes deployed to Iraq just one year after graduation, and Nancy sent him care packages with cookies and chocolate ("[h]e had a sweet tooth"), and pencils and sketch pads ("[h]e liked to sketch"). *Id.* ¶ 9. After SPC Fuentes told her that the Iraqi children would fill up water bottles with acid and throw them at the soldiers, she sent him care packages to give to those children. *See id.* Nancy spoke to her son on the phone every day that he was not on a mission. She would remind him to pray, and he would respond that he always did, so "it's all good." According to Nancy,

"[t]hat was his quote – 'it's all good.'" *Id.* ¶ 10. Before he headed out for his last mission on a Thursday, Nancy recalled how he told her that he was going to pray before and after it – "so it's all good." *Id.* ¶ 12.

Nancy did not hear back from her son that day. The next morning, two men in uniform arrived at her door. Nancy asked them how badly injured her son was, and did not understand when the officers tried to correct her. She asked if he was flying home, or if they needed to fly to see him. *See id.* ¶ 13. Finally, she called her sister to tell her that men in uniform were at the house. She could not hear her sister on the line anymore, and then suddenly, there she was in her house: "she had started running down the block as soon as she heard me tell her who was at my door." *Id.* ¶ 14. Finally, Nancy understood that her son had been killed. *See id.*

People offered Nancy pills to calm her down, but she refused. SPC Fuentes had given her instructions of what to do in case he died, and she needed to follow them. She planned a military funeral for SPC Fuentes "just as he wanted it." *Id.* ¶ 16.

Nancy has found ways to honor her son and make sure he is not forgotten. Her family started a foundation in his name, through which they offer scholarships for students in SPC Fuentes's former high school who are on the wrestling team, since he was on the wrestling team. They donate money to veterans and participate in Gold Star memorials. *See id.* ¶ 17. According to Nancy, "I do whatever it takes to keep Danny's memory alive." *Id.* ¶ 18. She still does not believe he's gone: "I think he's still on his mission. I miss him all the time, but he's busy doing what he loves." *Id.* ¶ 20.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $5 million for Nancy Fuentes's solatium claim.

### ii.    Armando Fuentes

Armando Fuentes is SPC Fuentes's father. Armando Fuentes's certificate of naturalization and declaration confirm that he is a U.S. citizen. *See* Ex. 55, Armando Fuentes's certificate of naturalization; Ex. 56, Declaration of Armando Fuentes, dated September 12, 2019, ¶ 3. Armando Fuentes was about 20 years old when he moved from Guatemala to the U.S., "dream[ing] of a better life." Ex. 56, Declaration of Armando Fuentes, dated September 12, 2019, ¶ 3. His father had already moved to the U.S. three years before, and told Armando that his good friend from church had a pretty daughter he wanted to introduce him to. That woman was Nancy, and Armando recalled falling in love with her the day that he met her. *See id.* The next day, Armando was offered a job in a factory producing replicas of the Statue of Liberty. *See id.* ¶ 4.

Armando recalled how, while his children were growing up, he worked a day job and an evening shift until about 11 p.m. Still, he made it to all of SPC Fuentes's events. SPC Fuentes played soccer and wrestled, and Armando made sure he was there for his matches. Any free time Armando had was family time. *See id.* ¶ 7.

Armando described how SPC Fuentes used to tell his parents that he wanted to grow up and become a soldier, and never stopped telling them. *See id.* ¶ 8. He recalled how his son, "full of muscles from wrestling," left with his recruiter to boot camp one day, and how he and Nancy cried. *Id.* ¶ 9. Their house was not the same: "My firstborn was gone, and I missed him." *Id.* ¶ 10. Nancy took charge of the packages and letter writing, but SPC Fuentes also left a little space on the bottom of his letters for Armando, where he would write: "Hi, dad!" *Id.* Armando remembered that he sounded happy, and that when he graduated, he looked handsome in his uniform. Armando and Nancy brought "two cars full of uncles, aunts and cousins" with them to his graduation. *Id.* ¶ 11.

Armando called himself "a mess" at his son's funeral, and admitted that "I still am." *Id.* ¶ 15. He declined therapy and medication, thinking he would be okay if he focused on his family. According to Armando, "I think we did very well." *Id.* ¶ 16. He recalled how "[w]e used to cry a lot at night, but we'd get up for our family the next morning." *Id.*

Armando described how his daughter lives with them, and his married son shares their two-family home. They all talk about SPC Fuentes constantly: "I don't think there's a single day that goes by that we don't talk about him." *Id.* ¶ 17. Armando wonders what he would be like if he were still alive, and they all go to the cemetery often. *See id.* According to Armando, "[i]t seems like he just died." *Id.*

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $5 million for Stephanie Armando Fuentes's solatium claim.

### iii.    Julio Fuentes

Julio Fuentes is SPC Fuentes's brother. Julio Fuentes's birth certificate and declaration confirm that he is a U.S. citizen. *See* Ex. 57, birth certificate; Ex. 58, Declaration of Julio Fuentes, dated August 21, 2019, ¶ 2. Julio Fuentes was about two years younger than SPC Fuentes and recalled how they "did everything together growing up." Ex. 58, Declaration of Julio Fuentes, dated August 21, 2019, ¶ 4. They shared a room, went to church, rode their bikes, wrestled on their school's team, and hung out with their cousins. They knew all of each other's friends. *See id.* When SPC Fuentes left for boot camp, Julio recalled feeling lonely: "It wasn't just the first time we weren't living together; it was the first time we weren't together all day too." *Id.* ¶ 6.  They kept in touch through AOL Instant Message while SPC Fuentes was deployed, and Julio remembered that his brother sounded happy. *See id.*

The days between finding out that SPC Fuentes had been killed and the funeral are a "blur" to Julio. *Id.* ¶ 8. He remembered seeing his brother in the casket and thinking that his brother

"didn't look like himself. You could tell it was Danny, but there was no life behind his features."
*Id.* ¶ 9. Julio described how he felt after his brother died: ████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██

Julio takes his family to the cemetery to "visit Danny" all the time – "anytime that we have a nice day." *Id.* ¶ 11. SPC Fuentes has a son that he never met, and Julio invites him over often. Julio is sad that his brother will never know his son or Julio's own children, and that they will never know SPC Fuentes. *See id.*

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $2.5 million for Julio Fuentes's solatium claim.

### iv.    Tatyana Fuentes

Tatyana Fuentes is SPC Fuentes's sister. Her birth certificate and declaration confirm that she is a U.S. citizen. *See* Ex. 59, birth certificate; Ex. 60, Declaration of Tatyana Fuentes, dated July 8, 2019, ¶ 2. She was 12 years younger than SPC Fuentes; all of her memories of him are from when he was already enlisted in the military. *See* Ex. 60, Declaration of Tatyana Fuentes, dated July 8, 2019, ¶ 3. Her father recalled that SPC Fuentes "was very attached to Tatyana," who was four years old when he joined the Army. Ex. 56, Declaration of Armando Fuentes, dated September 12, 2019, ¶ 10.  Armando described how SPC Fuentes "used to love taking care of her – he'd pick her up from her daycare when he was old enough to drive." *Id.* Tatyana remembered her brother taking her to Chuck E. Cheese when she was about six but cannot remember speaking to him on the phone while he was away, which saddens her. *See* Ex. 60, Declaration of Tatyana Fuentes, dated July 8, 2019, ¶ 3.

Tatyana did recall wearing a polka dot dress to her brother's funeral and sitting next to her kindergarten teacher there. She also recalled blue flowers because blue was SPC Fuentes's favorite color, and a fire truck stopping in the middle of the road to hang a flag for her brother. *See id.* ¶ 5. She remembered that her parents were "a mess," her other brother cried in the limousine, and her aunt took care of her. *Id.* She remembered having to sit in the limousine while her brother's body was placed into the ground because her mother did not want her to see that, and receiving one of three American flags, along with her brother and mother. *See id.*

Tatyana remembered how, after the funeral, those flags were placed in a special area of their living room that is dedicated to SPC Fuentes, which also houses pictures of him and the medals and pins he was awarded. *See id.* ¶ 7. Also after the funeral, her mother had them watch a video of her brother which included pictures of him set to a song that eerily comes on the radio whenever her family holds a fundraiser or other event for him. *See id.* ¶ 6.

Tatyana described how her brother's death hit her when she was in fourth grade; she started crying at night and her mother would comfort her by telling her that SPC Fuentes was in a better place. Her school arranged for a counselor to talk to her during lunch, but Tatyana did not want to talk to her; she wanted to sit with her friends. Her music class once started singing "God Bless America," and Tatyana became hysterical and had to go talk to the counselor. *See id.* ¶ 8. It was only later in high school that Tatyana became able to talk about her brother. She got involved with the scholarships her family started for SPC Fuentes in her school, and while her mother would remind her to bring tissues along with her, Tatyana found it easier to talk about SPC Fuentes at those fundraisers. *See id.* ¶¶ 8-9.

Tatyana thinks about her brother "always." *Id.* ¶ 11. She wore blue to her Sweet Sixteen because of him, and described how a cardinal, said to be a visitor from heaven, landed outside their

kitchen door and would not leave while they were taking pictures. *See id.* ¶ 10. When she is sad, she cries and talks to her brother. She hopes he is proud of her. *See id.*

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $2.5 million for Tatyana Fuentes's solatium claim.

### h.    Staff Sergeant Virgil Martinez, Victim of the May 6, 2007, Attack – Baghdad

During the early morning of May 6, 2007, SSG Virgil Martinez was riding in the passenger seat of the lead vehicle of a convoy, returning from providing security at a possible IED site. At approximately 1:48 a.m. local time, a multi-array explosive struck his vehicle, killing him. SSG Martinez's casualty report confirms that he was killed in the May 6, 2007, attack. *See* ECF No. 124 at 88-89.

The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for SSG Martinez's death in the May 6, 2007, attack was an EFP, and that "Iran and its proxies bear responsibility" for the attack. *Id.* at 89.

The estate of SSG Martinez's mother, Rebecca J. Oliver is a Plaintiff in this case. Rebecca Jill Oliver died on January 2, 2019, during the pendency of this case. *See* Ex. 62, death certificate. Her widower, Daniel Oliver, was appointed general personal representative of her estate on April 22, 2019. *See* Ex. 63, letters testamentary. On November 7, 2024, this Court entered an Order Granting Substitution of Daniel C. Oliver as General Personal Representative of the Estate of Rebecca Jill Oliver. *See* ECF No. 189. SSG Martinez's stepfather, Daniel C. Oliver, in his individual capacity, is also a Plaintiff in this case. *See* AC ¶¶ 659-65. The following chart reflects the claims asserted by each of the Plaintiffs injured in the May 6, 2007, attack, as well as the evidence setting forth the bases of those claims. That evidence was included as exhibits to the Gielchinsky Declaration and the Supplemental Gielchinsky Declaration dated March 19, 2025.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Estate of Rebecca J. Oliver | Virgil Martinez's mother's estate | Solatium claim $6.25 million | Copy of Rebecca J. Oliver's birth certificate | 61 |
| | | | Copy of Rebecca Jill Oliver's death certificate | 62 |
| | | | Copy of Letters Testamentary appointing Daniel Oliver as general representative of Rebecca J. Oliver's estate, dated April 22, 2019 | 63 |
| | | | Declaration of Daniel Oliver on behalf of the Estate of Rebecca Oliver, dated March 9, 2023 | 64 |
| | | | Excerpts of Rebecca Jill Oliver's medical records | Supp. Gielchinsky Dec., Ex. A |
| | | | Excerpts of Daniel Oliver's medical records | Supp. Gielchinsky Dec., Ex. B |
| Daniel Oliver | Virgil Martinez's stepfather | Solatium claim $5 million | Copy of Daniel Oliver's birth certificate | 65 |
| | | | Declaration of Daniel Oliver, dated March 9, 2023 | 66 |

### 1.    Solatium Claims brought by SSG Martinez's Family Members

### i.    Estate of Rebecca J. Oliver

Rebecca Oliver is SSG Martinez's mother. Rebecca Oliver's birth certificate and the Declaration of Daniel Oliver on behalf of the Estate of Rebecca Oliver confirm that she was a U.S. citizen. *See* Ex. 61, birth certificate; Ex. 64, Declaration of Daniel Oliver on behalf of the Estate of Rebecca Oliver, dated March 9, 2023, ¶ 2. Rebecca Oliver died of a heart attack on January 2, 2019; according to her husband, Daniel Oliver – SSG Martinez's stepfather – she would still be

alive today if he had not been killed in Iraq. Ex. 64, Declaration of Daniel Oliver on behalf of the Estate of Rebecca Oliver, dated March 9, 2023, ¶ 20.

SSG Martinez was just five years old when Daniel moved into his home. They lived together as a "happy family" for ten years, and Daniel and Rebecca married on December 18, 1987. *Id.* ¶ 9. Daniel recalled how Rebecca "adored" SSG Martinez and called him "my baby boy" well into adulthood. *Id.* ¶ 10. Rebecca and her son spent hours playing cards and board games together, and loved camping and spending time outdoors. Daniel remembered how he could hear the two of them "talking and laughing for hours in the kitchen" as SSG Martinez kept Rebecca company while she cooked. *Id.* ¶ 11. Rebecca and SSG Martinez were generous with each other; she bought him a top-of-the-line skateboard, and he bought her a dozen roses with his first paycheck. *See id.* ¶ 12. Daniel described how worried she was about SSG Martinez while he was serving in the military. SSG Martinez called her as often as he could while in Iraq to assure her that he was safe. *See id.* ¶ 14.

According to Daniel, "Rebecca's world fell apart May 6, 2007." *Id.* ¶ 15. As soon as the military officers who showed up at their door told them that SSG Martinez had been killed, she started to "[s]cream and cry. She did not stop crying until she passed out. Rebecca was never the same again." *Id.* ¶ 16.

█████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████

After reviewing the pertinent legal authority and supplemental evidence supplied by the Plaintiffs in the form of both Rebecca and Daniel Oliver's medical records, the Special Master recommends a 25% upward departure from the awards typically granted for parents for the estate of Rebecca J. Oliver, for a total amount of $6.25 million. *See Kenny v. Islamic Republic of Iran*, No. 22-cv-03299 (TNM), 2024 U.S. Dist. LEXIS 174176, at *29-30 (D.D.C. Sept. 26, 2024) (awarding $6.25 million solatium award to victim's father whose "health declined in the year and a half following Glenn's passing, and the last months of his life were spent in and out of the hospital," crediting testimony that "Herbert's rapidly declining health and ultimate death were likely influenced by the grief of losing his son.").

### ii.    Daniel Oliver

Daniel Oliver is SSG Martinez's stepfather. His birth certificate and declaration confirm that he is a U.S. citizen. *See* Ex. 65, birth certificate; Ex. 66, Declaration of Daniel Oliver, dated March 9, 2023, ¶ 1. Daniel Oliver moved into SSG Martinez's home when he was just five years old, but he met SSG Martinez when he was only one; the families were friends until Daniel and Rebecca discovered that their respective spouses were keeping company with each other. Ex. 66, Declaration of Daniel Oliver, dated March 9, 2023, ¶¶ 5-6.  Both of their marriages dissolved, and Daniel and Rebecca helped each other move past that painful time. Eventually, their friendship grew into a romantic relationship. *See id.* ¶ 6.  Daniel, Rebecca, and her two children – including SSG Martinez – lived together as a "happy family" for ten years, and Daniel described how Rebecca's children became "our children." *Id.* ¶ 7.  Rebecca and Daniel married on December 18, 1987. *See id.*

According to Daniel, SSG Martinez would follow him everywhere as a child. They both loved spending time outdoors and used to build rafts together and fish off of them. *See id.* Daniel recalled how they spent hours talking about everything from girls to his service in Vietnam while waiting for the fish to bite. Daniel taught SSG Martinez how to hunt and drive and bought him his first car. *See id.* ¶ 9. He attended SSG Matinez's various sporting meets and competitions and admitted that his cheers were eclipsed by the "enthusiastic roars" of SSG Martinez's mother. *Id.* ¶ 10. According to Daniel, SSG Martinez had a "limited relationship with his biological father until the age of fourteen, when his father was sent to prison." *Id.* ¶ 7.

Daniel recalled that he tried to talk SSG Martinez out of joining the Army, reminding him of the injuries he had sustained in Vietnam. *See id.* ¶ 11. SSG Martinez was adamant, and Daniel decided that, having presented SSG Martinez with the pros and cons of military life, he had to support his ultimate decision to enlist. *See id.* ¶¶ 12-13. Daniel remembered "beaming with pride" at his graduation. *See id.* ¶ 14.

Daniel and SSG Martinez spoke on the telephone often, but Daniel missed spending time with him as he was stationed all over the world. *See id.* ¶¶ 14, 17. Daniel was particularly worried about SSG Martinez during his second tour of Iraq in 2006. SSG Martinez called him as often as possible to reassure him, but Daniel "knew better. I had been to war." *Id.* ¶ 18.

Indeed, Daniel described how he had seen "many men die" during his service in Vietnam, but he never believed it would happen to SSG Martinez. *Id.* ¶ 20. Daniel was "devastated," but had to take care of Rebecca, who "f[e]ll apart." *Id.* ¶¶ 20-21. Daniel returned to work soon after SSG Martinez's death; "I needed the distraction." *Id.* ¶ 23. Still, the depressive symptoms that had developed after his service in Vietnam returned, and "multipl[ied] significantly." *Id.* ¶ 27. He also had trouble sleeping. *See id.* ███████████████

███████████████████████████████████ *Id.* According to Daniel, he lost SSG

Martinez and his wife on the same day. *See id.* ¶ 21.

The Special Master finds that in light of Daniel's entry into SSG Martinez's household

when he was very young, and his testimony describing their close relationship, Daniel has satisfied

the "functional equivalents" test of immediate family articulated by courts in this District. *See,*

*e.g., Cabrera*, 2022 WL 2817730, at *42 n.33, *adhered to*, 2023 WL 1975091 (D.D.C. Jan. 27,

2023); *Fritz*, 324 F. Supp. 3d at 63.

After reviewing the evidence and the pertinent legal authority, the Special Master

recommends an award of $5 million for Daniel Oliver's solatium claim.

### i.   Specialist Joshua Brown, Victim of the June 2, 2007, Attack – Baghdad

On June 2, 2007, SPC Joshua David Brown was traveling with a patrol unit heading north

on Route Cedar in the convoy's second vehicle. At approximately 8:17 p.m. local time, a roadside

explosive device struck the third vehicle in the convoy, followed by a second explosive, which

struck SPC Brown's HMMWV. That explosive penetrated the vehicle's rear driver's side window.

SPC Brown's AR 15-6 report confirms that he was killed in the June 2, 2007, attack. *Id.* at 94. The

Court found satisfactory evidence in the record to demonstrate that the explosive responsible for

SPC Brown's death in the June 2, 2007, attack was a multi-array EFP, and that "Iran and its proxies

bear responsibility" for the attack. *Id.* at 95.

The estate of SPC Brown and his widow, Elizabeth Masterson, are Plaintiffs in this case.

*See* AC ¶¶ 687-93. The following chart reflects the claims asserted by each of the Plaintiffs injured

in the June 2, 2007, attack, as well as the evidence setting forth the bases of those claims. That

evidence was included as exhibits to the Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|-----------|-------------------------------|-------------------|----------|---------|

| Estate of Joshua D. Brown | Direct victim's estate | Economic loss claim $230,799.60 | Copy of Notice of Continued Administration, dated August 20, 2024 | 67 |
| | | | Declaration of Elizabeth Masterson, dated April 29, 2019 | 68 |
| | | | Appraisal of Present Value of Economic Life of Joshua David Brown, dated November 12, 2020, prepared by L. Wayne Plumly, Jr., Ph.D. | 69 |
| Elizabeth Masterson | Joshua D. Brown's widow | Solatium claim $8 million | Copy of Elizabeth Brown's birth certificate | 70 |
| | | | Declaration of Elizabeth Masterson, dated July 10, 2019 | 71 |

### 1.    Claims by Estate of Joshua D. Brown

#### i.    Economic Loss Claim

Elizabeth Masterson, widow of SPC Joshua Brown, is the representative of his estate, *See* Ex. 67, Notice of Continued Administration appointing Elizabeth Masterson as personal representative of SPC Brown's estate. She seeks compensation for economic losses in the form of lost wages, benefits, and retirement pay under 28 U.S.C. § 1605A(c).

To project SPC Brown's future income stream if not for the attack, Dr. Plumly incorporated testimonial evidence that he planned to serve for three years in the military, after which he was expected to participate in the retail trade industry. *See* Ex. 69, Appraisal of Present Value of Economic Life of Joshua David Brown, dated November 12, 2020, prepared by L. Wayne Plumly, Jr., Ph.D., at 3. Dr. Plumly overlaid that information against statistical data generated by the Bureau of Labor Statistics, the Department of Labor, military pay websites, and other relevant sources. *See id.* at 3-4.  From these sources, Dr. Plumly calculated the present value of SPC Brown's lost income, assuming that SPC Brown, who was 26 years old when he was killed: (1) would have served in the military for 3 years; (2) would have secured employment in the retail trade industry

in Michigan; (3) would have earned a starting annual income of $28,930.00, adjusted annually by 2.0867%, the percent change for the relevant years according to the U.S. Bureau of Labor Statistics; (4) would have started collecting SSR benefits at age 67; and (5) had a life expectancy of 78.27 years. *Id.* Dr. Plumly adjusted these income figures for taxes and consumption, adjusted the SSR benefits for inflation, and adjusted the total lost earnings and SSR benefits to present value at a rate of 2.10%, the average yield of high-grade municipal bonds as of September 2020. *See id.* at 4. Dr. Plumly then deducted from that income stream what Elizabeth and her son received, and continue to receive, in death benefits after the attack. *See id.* at 3. Adjusted for taxes and consumption, and to present value, Dr. Plumly calculated the estate of SPC Brown's economic claim as $230,799.60. *See id.* at 5.

After reviewing the evidence and the pertinent legal authority, the Special Master recommends that SPC Brown's estate be awarded $230,799.60 for the economic loss claim.

### 2. Solatium Claims Brought by SPC Brown's Family Member

#### i. Elizabeth Masterson

Elizabeth Masterson is SPC Brown's widow. She is a U.S. citizen. *See* Ex. 70, birth certificate; Ex. 71, Declaration of Elizabeth Masterson, dated July 10, 2019, ¶ 2. Elizabeth met SPC Brown through her uncle and aunt, as he worked for her uncle's graphic design company to help pay for college. *See* Ex. 71, Declaration of Elizabeth Masterson, dated July 10, 2019, ¶ 3. Elizabeth's aunt brought SPC Brown to a concert Elizabeth was singing in, and according to her aunt, SPC Brown "fell in love with me as soon as he saw me." *Id.* ¶ 4. At the time, Elizabeth thought the two would only be friends. *See id.* ¶ 5. ██████████████████████████████ ██████████████████████████████████████████ Josh was there for me, always trying to get me through it." *Id.* ¶ 7. ███████████████████ ████████████████████████████████████████████████

████████████████████████████ During this time, "Josh was my constant

encouragement and support." *Id.* ¶ 8.

Elizabeth's relationship with SPC Brown "became more serious" in 2003, and SPC Brown

mentioned to her his desire to join the Army, believing that after the events of September 11, 2001,

"he was destined to serve." SPC Brown was concerned about leaving Elizabeth while she was in

"a nasty custody battle – but I told him that if serving was his dream, he should do it." *Id.* ¶ 9.

While SPC Brown was stationed elsewhere or deployed in Iraq, the two spoke as often as they

could. *See id.* ¶ 10. According to Elizabeth, "I was desperate to hear his voice to know that he was

okay." *Id.* The two began planning their wedding, which happened while SPC Brown was on leave.

*See id.* ¶ 11.

The night before their wedding, Elizabeth couldn't sleep "because I was so excited." *Id.* ¶

12. After their wedding, SPC Brown surprised her with a honeymoon cruise to the Bahamas, which

lasted less than a week before SPC Brown left to go back to Iraq. *See id.* When Elizabeth dropped

her husband off at the airport, "[t]hat was the last time I ever saw him." *Id.* ¶ 13.

Exactly two months after Elizabeth married SPC Brown, she received a call from SPC

Brown's mother telling "me I needed to get home right away" for an unspecified reason. *Id.* ¶ 14.

After arriving home, two service members appeared and told Elizabeth her newlywed husband

was dead. *See id.* "I was in total shock. I didn't believe them … It was just like how you see it in

the movies. It was the worst day of my life." *Id.* Elizabeth reported that she "felt nothing" until the

funeral. *Id.* ¶ 15. Her feelings of loneliness intensified at the funeral, "when reality hit." *Id.* ¶ 16.

Elizabeth attended counseling "on a regular basis for at least a year, and continue[s] to go

on and off." *Id.* ¶ 17. She got engaged to another man in 2010, but has held off getting married.

*See id.* ¶ 18. Her "stomach sinks" if she hears someone talking about a certain truck model SPC

Brown had, *id.* ¶ 19, and certain days – anniversaries, the attack date, Memorial Day – are "horrible." *Id.* When people ask Elizabeth questions about her past, she "hyperventilates." *Id.* ¶ 18. She moved and changed her own name and her son's name to her fiancé's name, explaining that "it's just easier when people assume we have always been a family." *Id.*

Elizabeth still cannot believe how "[i]t took seven years and a lot of difficult circumstances for our relationship to develop," but then she did not get to "live happily ever after." *Id.* ¶ 20. She described how she "finally felt like I was going to be happy with him and he was going to be happy with me." *Id.* But "[w]hen he died, I felt like my whole world was crumbling again." *Id.*

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $8 million for Elizabeth Masterson's solatium claim.

### j.    Technical Sergeant Ryan Balmer, Victim of the June 5, 2007, Attack – Kirkuk

On June 5, 2007, Technical Sergeant ("Tech. SGT") Ryan A. Balmer was carrying out a preplanned mission for the Air Force Office of Special Investigations to meet with local personnel and collect information regarding insurgent activities threatening Kirkuk Air Base and other coalition units operating in the area. During this mission, he was traveling in a three-vehicle convoy. At approximately 11:45 a.m. local time, as the convoy was returning to Kirkuk Air Base, a multi-array explosive from the center median struck his vehicle. The Air Force Investigation report from the attack confirms he was killed in the attack. *See* ECF No. 124 at 96. The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for Tech. SGT Balmer's death in the June 5, 2007, attack was an EFP, and that "Iran and its proxies bear responsibility" for the attack. *Id.*

The estate of Tech SGT Balmer; his widow, Danielle Sweet; his son, Anthony Balmer (During the pendency of this case, Anthony Balmer reached the age of majority, and is no longer referred to as "A.L."); and his daughter, Gabrielle Balmer (During the pendency of this case,

Gabrielle Balmer reached the age of majority, and is no longer referred to as "G.B."), are Plaintiffs in this case. *See* AC ¶¶ 694-702. The following chart reflects the claims asserted by each of the Plaintiffs injured in the June 5, 2007, attack, as well as the evidence setting forth the bases of those claims. That evidence was included as exhibits to the Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Estate of Ryan A. Balmer | Direct victim's estate | Economic loss claim $2,458,771.92 | Copy of Letters of Administration, dated September 18, 2019 | 72 |
| | | | Declaration of Danielle Sweet, dated December 20, 2021 | 73 |
| | | | Appraisal of Present Value of Economic Life of Ryan A. Balmer, dated January 9, 2022, prepared by L. Wayne Plumly, Jr., Ph.D. | 74 |
| | | Unreimbursed funeral expenses $6,594.00 | Prejudgment interest calculation | 75 |
| Danielle Sweet | Ryan A. Balmer's widow | Solatium claim $8 million | Copy of Danielle Sweet's birth certification | 76 |
| | | | Declaration of Danielle Sweet, dated December 2, 2019 | 77 |
| Anthony Balmer | Ryan A. Balmer's son | Solatium claim $5 million | Copy of Anthony Balmer's birth certificate | 78 |
| | | | Declaration of Anthony Balmer, dated May 4, 2023 | 79 |
| Gabrielle Balmer | Ryan A. Balmer's daughter | Solatium claim $5 million | Copy of Gabrielle Balmer's birth certificate | 80 |
| | | | Declaration of Gabrielle Balmer, dated July 17, 2020 | 81 |

1.    **Claims by Estate of Ryan A. Balmer**

i.    **Economic Loss Claim**

69

As the representative of Tech. SGT Ryan Balmer's estate, (*see* Ex. 72, Copy of Letters of Administration appointing Danielle Sweet as personal representative of the estate), Danielle Sweet, his widow, seeks compensation for economic losses in the form of lost wages, benefits, and retirement pay under 28 U.S.C. § 1605A(c).

To project Tech. SGT. Balmer's future income stream if not for the attack, Dr. Plumly incorporated testimonial evidence that he planned to serve in the Air Force for 20 years, after which he planned to work for the FBI, and overlaid that information against statistical data generated by the Bureau of Labor Statistics, the Department of Labor, military pay websites, and other relevant sources. *See* Ex. 74, Appraisal of Economic Life of Ryan A. Balmer, dated January 9, 2022, prepared by L. Wayne Plumly, Jr., Ph.D., at 3-5. From these sources, Dr. Plumly calculated the present value of Tech. SGT Balmer's lost income, assuming that Tech SGT. Balmer, who was 33.15 years old when he was killed: (1) would have served in the Air Force for 20 years; (2) would have moved to California and worked for the FBI after retiring from the military; (3) would have earned a starting annual salary of $111,480, adjusted annually by 2.865%, the percent change for the relevant years according to the U.S. Bureau of Labor Statistics; (4) would have received an annual military pension of $24,822.39, adjusted annually by 2.055%, the percent change in the Consumer Price Index; (5) would have started collecting Social Security Retirement ("SSR") benefits at age 67; and (6) had a life expectancy of 78.15 years. *See id.* at 3-4. Dr. Plumly adjusted these income figures for taxes and consumption, adjusted the SSR benefits for inflation, and adjusted the total lost earnings, pension benefits, and SSR benefits to present value at a rate of 2.24%, the average yield of high-grade municipal bonds in December 2021. *See id.* at 4-5.

Dr. Plumly then deducted from that income stream what Danielle Sweet and their children received and would continue to receive in benefits. *See id.* Adjusted for taxes and consumption,

and to present value, Dr. Plumly calculated the estate of Tech. SGT Balmer's economic claim as $2,458,771.92. *See id.* at 6.

After reviewing the evidence and the pertinent authority, the Special Master recommends an award of $2,458,771.92 for Tech SGT Balmer's estate's economic loss claim.

### ii.    Unreimbursed Funeral Expenses

Danielle Sweet claims an additional $6,594.00 in economic losses, reflecting $3,000 for unreimbursed expenses she paid for her husband's headstone, *See* Ex. 73, Declaration of Danielle Sweet, dated December 20, 2021, ¶ 6, *see Colvin v. Syrian Arab Republic*, 363 F. Supp. 3d 141, 160-61 (D.D.C. 2019) (awarding funeral expenses as part of economic damages pursuant to Section 1605A(c)); *Belkin v. Islamic Republic of Iran*, 667 F. Supp. 2d 8, 24 (D.D.C. 2009) (same), along with prejudgment interest; Ex. 73, Declaration of Danielle Sweet, dated December 20, 2021, ¶ 6.

This Circuit has held that an appropriate measure of what rate to use when calculating prejudgment interest is the prime rate for each year, *i.e.*, the rate banks charge for short-term unsecured loans to credit-worthy customers. *See Oldham v. Korean Air Lines Co.*, 127 F.3d 43, 54 (D.C. Cir. 1997) (citing *Forman v. Korean Air Lines Co., Ltd.*, 84 F.3d 446, 450 (D.C. Cir. 1996)). The applicable prime rate of interest for each year from 2007 to 2024, taken from the Federal Reserve website, is included in Exhibit 75, along with the computation of those rates as applied to the $3,000 in unreimbursed expenses. These calculations conform to those performed in *Mwila v. Islamic Republic of Iran*, 33 F. Supp. 3d 36 (D.D.C. 2014), in which the court multiplied $1.00 by the prime rate in the initial year and added that amount to $1.00, yielding the multiplier. The court then took that amount and multiplied it by the prime rate in the next year and added that amount to the first multiplier. The court "continu[ed] this iterative process through" the last year to yield an ultimate multiplier. *Id.* at 47 n.7. "The product of the multiplier and the base damages amount

includes both the prejudgment interest and the base damages amount; in other words, applying the multiplier calculates not the prejudgment interest but the base damages amount plus the prejudgment interest, or the total damages award." *Id.* at 47 n.8.

The Special Master recommends an award of an additional $6,594.00 in economic losses for unreimbursed funeral expenses for Tech SGT Balmer's estate.

### 2. Solatium Claims Brought by Tech. SGT Balmer's Family Members

#### i. Danielle Sweet

Danielle Sweet is Tech. SGT Balmer's widow. Danielle Sweet's birth certificate and declaration confirm that she is a U.S. citizen. *See* Ex. 76, birth certificate; Ex. 77, Declaration of Danielle Sweet, dated Dec 2, 2019, ¶ 1. Danielle met Tech. SGT Balmer while she was a student at Montana State University, working at the same gift shop as him. *See* Ex. 77, Declaration of Danielle Sweet, dated Dec 2, 2019, ¶¶ 5-6. He had joined the Air Force three years previously. *See id.* ¶¶ 5, 8. Their relationship grew to the point where Danielle discontinued classes to be with her then-boyfriend. *See id.* ¶ 9. On September 27, 1997, they were married in an intimate ceremony that was planned in three weeks. *See id.* ¶¶ 10-11. Their son was born in 1999, a year after they relocated to Travis Air Force Base in California. *See id.* ¶ 12.

After being assigned to the Anti-Terrorism and Force Protection Program, Tech. SGT Balmer would come home 5-10 days a month. *See id.* ¶¶ 16-17. Danielle recalled how he would "catch up on normal guy stuff" such as taking trips to an auto hobby shop. *Id.* ¶ 17. The family would take trips to Disneyland or the Redwood National and State Parks to go camping. *See id.* ¶ 18. Danielle appreciated the moments the couple was able "to hang out like any other ordinary married couple." *Id.* ¶ 19.

After being deployed to Iraq, Tech. SGT Balmer would often email or talk over the phone with Danielle, and Danielle would send her husband care packages containing candy and pictures

of their kids. *See id.* ¶¶ 23, 25. She last saw her husband on December 12, 2006, a few days after the family had an early Christmas celebration. *See id.* ¶ 26. Seeing her husband off at the airport, Danielle was worried it could be the last time she saw him. *See id.* ¶¶ 27, 30. June 4, 2007, was the last time Danielle talked to her husband over the phone, who was "excited to come home" in only a few days. *Id.* ¶ 31.

On June 5, 2007, Danielle's boss told her to report to the conference room at her workplace, leading her to be "worried that I was going to be reprimanded or fired." *Id.* ¶ 34. Instead, she saw Tech. SGT Balmer's commander and two chaplains, who informed her of her husband's death. *See id.* ¶¶ 35-36. Danielle was "in complete shock," and initially resisted telling her son, wanting "to prolong his innocence for as long as possible." *Id.* ¶¶ 37, 40. Trying to pick a casket "was the moment his death hit me hard. My husband was 33. I should not have been burying him." *Id.* ¶ 44. She appreciated the "overwhelming but comforting" support from her neighbors, including from a local scouting troop. *Id.* ¶ 45.

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████ She received her late husband's laptop, which included goodbye letters written to her entire family. *See id.* ¶ 51. Danielle attends weekly therapy sessions, which she believes makes "a tremendous difference." *Id.* ¶ 54. Her son is planning on enlisting in the Air Force, which Danielle "selfish[ly]" doesn't want to happen after what happened with her late husband. *Id.* ¶ 59. While she has since remarried, "I will forever love a man who loved his country so much that he was willing to die for it." *Id.* ¶ 60.

After reviewing the evidence and the pertinent legal authority, the Special Master recommends an award of $8 million for Danielle Sweet's solatium claim.

### ii.    Anthony Balmer

Another Balmer is Tech. SGT Balmer's son. Anthony Balmer's birth certificate and declaration confirm that he is a U.S. citizen. *See* Ex. 78, birth certificate; Ex. 79, Declaration of Anthony Balmer, dated May 4, 2023, ¶ 1. Anthony Balmer was born on Travis AFB in California, six years after his father joined the Air Force. *See* Ex. 79, Declaration of Anthony Balmer, dated May 4, 2023, ¶¶ 4, 6. Growing up, the two activities Anthony enjoyed doing the most with his father were playing video games and watching Notre Dame football games together. *See id.* ¶ 8. While his father was away on active duty, Anthony would often talk with him on the phone, and sometimes Anthony drew pictures for him. *See id.* ¶ 9. The last time he saw his father, Anthony was seven years old, seeing his father off at the airport before Tech. SGT Balmer's deployment to Iraq. *See id.* ¶ 10. Before this, the two had an early Christmas dinner and celebration. *See id.* ¶ 11.

On June 5, 2007, Anthony was picked up from summer camp and after arriving home, was told the tragic news by his mother. *See id.* ¶ 12. Anthony wondered "why would someone be so mean and kill my dad?" *Id.* While he attended his father's funeral, "I did not really understand what was going on." *Id.* ¶ 13. He believes that "[n]ot having a father anymore was difficult to process as a 7-year-old." *Id.* ¶ 14. Anthony had sleeping issues and was taken to see a counselor, but does not recall much about those sessions. *See id.* ¶ 16. He participated in programs targeted at grieving relatives of fallen service members under the Tragedy Assistance Program for Survivors as well as Snowball Express, which "helped me adjust to the loss of my dad." *Id.* ¶ 17. Anthony misses his father, especially on birthdays and on Christmas, the "last holiday we spent together." *Id.* ¶ 18. His mother has since remarried, but his stepfather "has never tried to replace

my father," and even "incorporate[s] aspects of my dad's life into everyday conversation so … I do not forget about him." *Id.* ¶¶ 20, 22.

Anthony has noticed various tributes to his father, such as Travis AFB naming a street after him, or the cabinet in his house that contains Tech SGT Balmer's medals, coins, dog tags, and a memorial flag. While Anthony had intended to enlist in the Air Force, he decided not to after his half-brother enlisted, and instead he works as a civilian Air Force mechanic. *See id.* ¶ 25. Anthony regrets that he has celebrated various personal milestones without the presence of his father, such as marrying his wife, a wedding that "was incomplete without my dad's presence." *Id.* ¶ 26. He recalls reading a letter from his father in the event he perished abroad, apologizing for being gone and not being able "to build a normal father/son relationship with me." Anthony now wants to spend as much time with his child as he can "because I learned firsthand and at an early age how short life can be." *Id.* ¶ 28.

After reviewing the evidence and the pertinent legal authority, the Special Master recommends an award of $5 million for Anthony Balmer's solatium claim.

### iii.    Gabrielle Balmer

Gabrielle Balmer is Tech. SGT Balmer's daughter. Gabrielle Balmer's birth certificate and declaration confirm that she is a U.S. citizen. *See* Ex. 80, birth certificate; Ex. 81, Declaration of Gabrielle Balmer, dated July 17, 2020, ¶ 1. Gabrielle Balmer was born eleven months before Tech. SGT Balmer died in Iraq. *See* Ex. 81, Declaration of Gabrielle Balmer, dated July 17, 2020, ¶ 3. Her memories of her father "are created through stories and pictures shared with me by my family." *Id.* ¶ 5. There are only a few pictures of her together with her father, "which makes me very sad." *Id.* ¶ 6. Gabrielle's mother has told her "one of his favorite things to do was hold me tight until I

fell asleep on his chest; never letting me go, watching me breathe, keeping my safe, wrapped in his arms." *Id.* ¶ 9.

Gabrielle believes that if Tech. SGT Balmer were still alive, "my father would still love to wrap his arms around me, making me feel safe and secure. I long for those moments that were taken from me when he was killed." *Id.* ¶ 10. Gabrielle possesses a doll with a picture of her father on it, dressed in military attire, given to her when she was a baby. *See id.* ¶ 11. "It is the closest thing I have to my father and I hold it close to me, like he would hold me close." *Id.* ¶ 12.

Gabrielle felt insecure attending school "because I am the only person without a father." *Id.* ¶ 13. While she has never "got[ten] the opportunity to know him I am forever proud and grateful for his sacrifice towards this country and my family." *Id.* ¶ 14. Gabrielle is a gymnast, and whenever she competes, she wishes her father "could be there to see me. I know he would be there clapping the loudest, standing at the end of my routines cheering and screaming my name with pride." *Id.* ¶ 15. She pushes herself "to never give up because I know he is looking down upon me." *Id.* ¶ 17.

For Gabrielle, "[b]irthdays and holidays are the hardest" days to get through, days she can "never truly be happy" due to the lack of her father's presence. *Id.* ¶ 18. "It is not fair that I was robbed of all the great memories I should have had with him," most notably "that he will not be there to walk me down the aisle at my wedding." *Id.* ¶¶ 19, 21. "I realize nothing will bring my father back to me, but he should never have been taken from us in the first place." *Id.* ¶ 24.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $5 million for Gabrielle Balmer's solatium claim.

**k.      Sergeant Richard Parker, Victim of the June 14, 2007, Attack – Scania**

On June 14, 2007, SGT Richard Parker was riding in the gunner's position of the second vehicle in a thirty-eight-vehicle convoy heading north on Main Supply Route Tampa toward Scania. At approximately 3:19 a.m., a multi-array explosive struck his vehicle. SGT Parker's casualty report confirms that he was killed in the attack. *See id*. The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for the June 14, 2007, attack was an EFP traceable to Iran and its proxies, and that "Iran and its proxies bear responsibility" for the attack. *Id.*

SGT Parker's father, Scott Hood; mother, Dixie Flagg; stepmother, Flora Hood; and siblings, William Parker, Meghan Parker-Crockett, Stephanie Hood Howard, and Cheyenne Flagg (during the pendency of this case, Cheyenne Flagg reached the age of majority, and is no longer referred to as "C.F.") are Plaintiffs in this case. *See* AC ¶¶ 712-723. The following chart reflects the claims asserted by each of the Plaintiffs injured in the June 14, 2007, attack, as well as the evidence setting forth the bases of those claims. That evidence was included as exhibits to the Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Scott Hood | Richard Parker's father | Solatium claim $5 million | Copy of Scott Hood's birth certificate | 82 |
| | | | Declaration of Scott Hood, dated June 16, 2020 | 83 |
| | | | Supplemental Declaration of Scott Hood, dated March 18, 2025. | Supp. Gielchinsky Dec., Ex. C |
| Dixie Flagg | Richard Parker's mother | Solatium claim $5 million | Copy of Dixie Flagg's birth certificate | 84 |
| | | | Declaration of Dixie Flagg, dated February 11, 2020 | 85 |
| Flora Hood | Richard Parker's stepmother | Solatium claim $5 million | Copy of Flora Hood's birth certificate | 86 |

| | | ($3.75 million recommended by the Special Master) | Declaration of Flora Hood, dated October 29, 2020 | 87 |
|---|---|---|---|---|
| William Parker | Richard Parker's brother | Solatium claim $3.125 million | Copy of William Parker's birth certificate | 88 |
| | | | Declaration of William Parker, dated January 30, 2020 | 89 |
| Meghan Parker-Crockett | Richard Parker's sister | Solatium claim $2.5 million | Copy of Meghan Parker-Crockett's birth certificate | 90 |
| | | | Declaration of Meghan Parker-Crockett, dated February 3, 2020 | 91 |
| Stephanie Hood Howard | Richard Parker's sister | Solatium claim $2.5 million | Copy of Stephanie Hood Howard's birth certificate | 92 |
| | | | Declaration of Stephanie Hood, dated January 13, 2021 | 93 |
| Cheyenne Flagg | Richard Parker's sister | Solatium claim $3.125 million | Copy of Cheyenne Flagg's birth certificate | 94 |
| | | | Declaration of Cheyenne Flagg, dated January 19, 2021 | 95 |

1.    **Solatium Claims brought by SGT Parker's Family Members**

i.    **Scott Hood**

Scott Hood is the father of SGT Richard Parker. His birth certificate and declaration confirm that he is a U.S. citizen. *See* Ex. 82, birth certificate; Ex. 83, Declaration of Scott Hood, dated June 16, 2020, ¶ 1. Scott believes the day his son was born "was one of the happiest days of my life," and he "dreamed of the time we would spend together and things we would do." Ex. 83, Declaration of Scott Hood, dated June 16, 2020, ¶ 5. However, he split up with SGT Parker's mother when SGT Parker was less than a year old, with Scott not receiving custody. *See id.* ¶ 6. According to Scott, "I was devastated by the loss." *Id.* Scott would spend the weekends he had off

from his job with SGT Parker, as well as every Christmas together. *See id.* ¶ 7. The memories he made with his son on Christmas "hold a special place in my heart." *Id.*

The two shared a passion for shooting, spending "lots of time together doing target practice in my back yard." *Id.* ¶ 8. They also appreciated camping. *See id.* When SGT Parker was around fourteen years old, he moved into Scott's home, and Scott was determined to "get to spend quantity time with my son, not just quality time." *Id.* ¶ 9. The two would watch television together, or talk about SGT Parker's passion for fishing. *See id.* ¶ 10. When he was in high school, SGT Parker would share with Scott his interest in joining the military, which Scott thought "would be good for him." *Id.* ¶ 12. "I was proud that he wanted to serve his country," though "I thought his service would be limited to the State of Maine. It never occurred to me that he would be deployed overseas." *Id.* ¶¶ 12-13. Scott wishes "I could trade places with Richard, and he would be the one writing this declaration" instead. *Id.* ¶ 13.

Scott found out that SGT Parker was killed on Father's Day, receiving a call from his daughter informing him of two Army personnel outside his house. *See id.* ¶ 14. Hearing the news, "I lost it. I felt as if my heart had been ripped out of my chest. It was hard to accept because Richard had only fifteen days left before he was due to come home." *Id.* ¶ 15. His son's funeral "was heartbreaking" and "packed with people who came to pay their respects." Scott described how "I was devastated that there could not be an open casket due to the nature of the wounds Richard sustained." *Id.* ¶ 18.

Scott still "struggle[s] to get a peaceful night's sleep," with his son's death constantly occupying his thoughts. *Id.* ¶ 20. He does not see a therapist as "I don't find talking about" SGT Parker's passing "helps or heals the pain I feel." *Id.* ¶ 22. ████████████████████
████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████ Scott runs in the annual Run for the Fallen to commemorate his son, pushing through his rheumatoid arthritis "as a way of honoring my son's memory." Ex. 83, Declaration of Scott Hood, dated June 16, 2020, ¶ 23.

Despite having a daughter, Scott does not celebrate Father's Day as it "was the day I found out my life changed forever"; "a painful reminder of what I once had, then lost." *Id*. ¶ 24. Having "missed out on so much of his childhood," Scott had "comforted myself thinking we would get to know each other as men." However, "[t]hose dreams along with a piece of my heart died and were buried with Richard." *Id.* ¶ 26.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $5 million for Scott Hood's solatium claim.

### ii.    Dixie Flagg

Dixie Flagg is SGT Parker's mother. Dixie Flagg's birth certificate and declaration confirm that she is a U.S. citizen. *See* Ex. 84, birth certificate; Ex. 85, Declaration of Dixie Flagg, dated February 11, 2020, ¶ 1. SGT Parker grew up in Madrid, Maine, with his mother and two half-siblings, after his parents split up when he was less than a year old. *See* Ex. 85, Declaration of Dixie Flagg, dated February 11, 2020, ¶ 6; *See* Ex. 83, Declaration of Scott Hood, ¶ 6. According to Dixie, "I will always treasure the times Richard and I spent together, simply taking long walks." Ex. 85, Declaration of Dixie Flagg, ¶ 26. Dixie appreciated SGT Parker's collections of dragon figurines, fossils, and coins, and has saved many of them. *See id.* ¶ 8. The two shared a love of cooking, with Dixie once guiding her son with an entire recipe over the phone. *See id.* ¶ 9.

When SGT Parker wanted to enlist in the National Guard, Dixie signed the paperwork. *See id.* ¶ 10. She remembers her son being "very excited" about being deployed. *Id.* ¶ 11. SGT Parker lived with Dixie after his first deployment. *See id.* A few days before what would be his final deployment, he went on a long walk with Dixie, including letting her know he took out a life insurance policy, telling Dixie "to use the money to buy a house. I didn't want to hear him talk about that, so I made him drop the subject." Unfortunately, "[y]ears later, I did as Richard asked," buying her current home. *Id.* ¶ 12.

During SGT Parker's deployments, the two stayed in touch over the phone and through letters, with Dixie also sending care packages containing jerky and CDs. *See id.* ¶ 14. On the morning of June 14, 2007, Dixie heard a knock on her door and saw two men in military uniforms. *See id.* ¶ 17. Dixie recalled: "I knew why there were there right away." *Id.* Dixie "felt broken inside when the officers spoke to me." She tried to push herself "to at least appear to be strong on the outside" in the aftermath, though she believes "a piece of me died with Richard." *Id.* ¶ 18.

Dixie would dream of her son being alive, before having her "feelings of joy quickly vanish" upon waking up. She described how "[t]he sadness that Richard won't ever be here often overwhelms me." *Id.* ¶ 20. She remembers little from SGT Parker's funeral service, but recalls her nephew saluting her son's casket, which "tore me up inside." *Id.* ¶ 21. A few months later, military representatives gave her an urn that contained "more of" her son. According to Dixie, "[l]earning the news and not wanting to visualize what they had actually brought, made extremely upsetting and powerful emotions return to the surface." *Id.* ¶ 23.

Dixie and her family have established a scholarship in SGT Parker's name, as well as set up a memorial in a park in Strong, Maine. *See id.* ¶ 31. The steps next to the memorial mean the most to Dixie, as they reflect her need to take the aftermath of the tragedy "one step at a time." "I

will never forget him and I hope through some of these memorial efforts, my family has been able to keep Richard's memory alive." *Id*. Dixie herself never wanted to be the person who people walk away from at the grocery store because "they do not know what to say to me, the mother who lost her son." *Id*. ¶ 34. She yearns to hear SGT Parker's voice again and knowing that won't happen "hurts me deeply and that pain continues today." *Id*. ¶ 35.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $5 million for Dixie Flagg's solatium claim.

### iii.    Flora Hood

Flora Hood is the stepmother of SGT Parker. *See* Ex. 87, Declaration of Flora Hood, dated October 29, 2020, ¶¶ 1, 4. Her birth certificate and declaration confirm that she is a U.S. citizen. *See* Ex. 86, birth certificate; Ex. 87, Declaration of Flora Hood, dated October 29, 2020, ¶ 1. She married SGT Parker's father when SGT Parker was two years old, and since the relationship began before his first birthday, "I basically knew Richard his entire life. He was always a good kid and a good person." Ex. 87, Declaration of Flora Hood, dated October 29, 2020, ¶ 5. SGT Parker had no formal visitation arrangement, though he generally spent one or two weekends every month with Flora and her husband. *See id.* ¶ 6. Flora attended SGT Parker's school programs, such as a Christmas pageant, and "helped him with his homework as best I could." *Id.* ¶ 7. Flora loved to go camping with SGT Parker and watched him enjoy fishing in the area. *See id.* ¶ 8. When SGT Parker was a teenager, he lived with Flora and her family for seven months, spending more time together. *See id.* ¶ 10.

Flora thought SGT Parker joining the National Guard "would be a good thing for him," believing "he would benefit from the structure and learn about responsibilities as well as seeking and achieving goals." *Id.* ¶ 11. When SGT Parker deployed to Iraq in 2004, "he called us when he

could," and Flora sometimes wrote letters together with her husband. *Id.* ¶ 12. She also sent SGT Parker care packages containing jerky and sweets. *See id.* Before SGT Parker was deployed for a second time, Flora attended a going-away party for him, and "reminded Richard to take care of himself and to be careful." She told him: "We'll see you when you get back," which in hindsight was "very wrong. That was the last time I saw Richard's face." *Id.* ¶ 13.

On June 14, 2007, Flora received a call letting her know two men from the military were at her house. *See id.* ¶ 15. "I knew what that meant and began crying and shaking. I was in shock." *Id*. According to Flora, "[i]t is hard to describe how difficult it was" to watch SGT Parker's casket be removed from the plane, with Flora and her husband holding "onto each other to keep from falling to the ground. We cried and cried." *Id.* ¶ 18.

Flora finds the anniversary of her stepson's death, as well as his birthday, to be "incredibly challenging days." *Id.* ¶ 22. She usually visits his gravestone on Memorial Day, telling him "how much I miss him and how I wish he were here." *Id.* ¶ 23. Flora still lives in the house "where Richard had his own bedroom years ago," and the house contains his uniform and various medals and photos. These photos "show a time when we were all a family – before tragedy struck and changed everything." *Id.* ¶ 25. Flora "regret[s] that we didn't see Richard more often when he was living in Maine between deployments and before he left the United States for the last time." "You never think that those chances will be lost or that the life of someone you care about, especially someone so young, will end." *Id.* ¶ 26. Flora described how "[t]here is a sadness that is always with me." *Id.* ¶ 27.

Step relatives are awarded damages in FSIA cases where they demonstrate that they functioned as family members equivalent to biological relatives. *See Valore*, 700 F. Supp. 2d at 79-80 (finding non-adoptive stepfather entitled to damages where he considered the victim to be

his son and vice versa, and where the victim and stepfather acted as a natural family); *Heiser v. Islamic Republic of Iran*, 659 F. Supp. 2d 20, 29 (D.D.C. 2009) (recognizing non-adoptive stepfathers as functionally the same as biological fathers when they lived in the same household while the victims were minors and treated the children as their own sons financially, emotionally and socially). Further, damages have been awarded to both the stepparent and parent of the victim, *see, e.g.*, *Fritz v. Islamic Republic of Iran*, No. 15-cv-456 (RDM), 2018 WL 5046229, at *22 (D.D.C. Aug. 13, 2018), as well as to stepchildren who still maintained relationships with their biological father, *see, e.g.*, *In re Terrorist Attacks on Sept. 11, 2001*, No. 03-mdl-1570 (GBD) (SN), 2016 WL 8711419, at *8-9 (S.D.N.Y. Oct. 14, 2016), report and recommendation adopted sub nom. *In re Terrorist Attacks on Sept. 11, 2001*, No. 03-mdl-1570 (GBD) (SN), 2016 WL 6465922 (S.D.N.Y. Oct. 31, 2016). Flora's testimony confirms that she functioned as the equivalent of SGT Parker's mother: she married his father when he was two years old, and SGT Parker had his own room in their home. *See* Ex. 87, Declaration of Flora Hood, dated October 29, 2020, ¶¶ 5-6. She "loved Richard and … cared for him." *Id.* ¶ 27.

After reviewing the evidence and pertinent legal authority, the Special Master recommends an award of $3.75 million for Flora Hood's solatium claim, representing a 25% downward departure from FSIA baseline awards for parents, on account of Flora's partially attenuated relationship with SGT Parker. *See Smith ex rel. Smith v. Islamic Emirate of Afghanistan*, 262 F. Supp. 2d 217 (S.D.N.Y. 2003) (awarding 80% downward departure to father who "was not always fully present in his son's life" and saw the son "once a week or so."). Flora's testimony confirms that she misses SGT Parker and thinks of him often. This downward adjustment acknowledges Flora's loss while accounting for the limited scope of the relationship between herself and SGT

Parker. The recommendation also reflects that Flora's amount should be lower as compared to SGT Parker's mother.

### iv.    William Parker

William Parker is the half-brother of SGT Parker, with the two sharing the same mother. *See* Ex. 89, Declaration of William Parker, dated January 30, 2020, ¶¶ 1, 5. William Parker's birth certificate and declaration confirm that he is a U.S. citizen. *See* Ex. 88, birth certificate; Ex. 89, Declaration of William Parker, dated January 30, 2020, ¶ 1. William is two years SGT Parker's elder. *See* Ex. 89, Declaration of William Parker, dated January 30, 2020, ¶ 5. The two shared a bedroom throughout their childhood in Madrid, Maine. *See id.* ¶ 6. Their stepfather's property contained approximately 500 acres, and William and SGT Parker enjoyed playing around on it, from playing sports with friends to having "apple fights" on the property. *Id.* ¶ 7. As teenagers, the two would ride their bikes together around town, or hang out around a swimming hole. *See id.* ¶ 10.

When SGT Parker enlisted in the National Guard, William also enlisted through a referral system. The two did not attend basic training together but did schedule their leave times at the same time, to make sure they could see each other. *See id.* ¶ 11. When SGT Parker was deployed, he stayed in touch with his mother, who became William's source for details on his half-brother. *See id.* ¶ 12. William believed SGT Parker "clearly loved what he was doing in the National Guard," so "it did not surprise me when Richard decided to re-enlist." *Id.* ¶ 13.

On the morning of June 14, 2007, William was woken up by a phone call from his mother, who told him "Richard was gone." William recalled: "I think I stood there in silence for three to four minutes while my Mom kept on talking." *Id.* ¶ 15. For the next few weeks, "[i]t hurt me to see everyone else around me crying." Yet, "when I was alone with Richard's casket, I cried." *Id.*

¶ 18. He found it "very upsetting" that SGT Parker's body was damaged to the point his casket remained closed. *Id.* ¶ 19.

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████

William reckons his family "has been destroyed and can never return to what we were." *Id.* ¶ 26. He thinks about SGT Parker "every day," frequently looking at photos of him. *Id.* ¶ 27. William described how "I find some comfort knowing that Richard died doing what he loved," but "it can't take away the fact that he is not here." Indeed, "I am always aware that he is not physically here with me, and that my little brother and I will never share the years together that we were supposed to share." *Id.* ¶ 28.

William's testimony demonstrates that he has satisfied the "functional equivalent" test required for half-siblings to recover solatium damages. *Fritz*, 324 F. Supp. 3d at 63.

The Special Master recommends an award of $3.125 million for his solatium claim, which represents a 25% upward departure from the typical FSIA awards for siblings, warranted by the extreme suffering he endured as a result of his brother's death, culminating in suicidal ideation and hospitalization and requiring medication. *See Baker*, 775 F. Supp. 2d at 84 (awarding 25%

upward departure to brother who battled substance abuse and depression as a result of his sister's death); *Bova v. Islamic Republic of Iran*, Case No. 15-cv-1074 (RCL), 2020 WL 2838582, at *9 (D.D.C. May 31, 2020) (awarding 20% upward departure to mother who "turned to alcohol, attempted suicide, required hospitalization to alleviate her deteriorating mental condition, and engaged in a series of abusive and threatening relationships" after her son's death); *Brown v. Islamic Republic of Iran*, 872 F. Supp. 2d 37, 43 (D.D.C. July 3, 2012) (awarding 20% upward departure to sister who suffered a "nervous breakdown" and required a year of medication after her brother's death).

### v.    Meghan Parker-Crockett

Meghan Parker-Crockett is the half-sister of SGT Parker; the two share the same mother. *See* Ex. 91, Declaration of Meghan Parker-Crockett, dated February 3, 2020, ¶¶ 1, 4-5. Meghan is a U.S. citizen. *See* Ex. 90, birth certificate; Ex. 91, Declaration of Meghan Parker-Crockett, dated February 3, 2020, ¶ 1.SGT Parker was five years Meghan's elder. *Id.* ¶ 5. Meghan recalled how "[m]any of my happiest childhood memories with Richard date back to when Richard and I were in elementary and middle school," playing hide and seek in the dark or swimming together. Ex. 91, Declaration of Meghan Parker-Crockett, dated February 3, 2020, ¶ 6. Meghan described SGT Parker's movie nights for the family, especially his appreciation for fantasy films such as *The Never Ending Story*. *See id.* ¶ 8.

When SGT Parker was 17, he enlisted in the National Guard, and Meghan thought "that becoming part of the military was where Richard was meant to be. He had played with G.I. Joes as a little boy and as he grew up, he said he wanted to be a hero one day." *Id.* ¶ 9. In the five years after SGT Parker graduated high school, he saw Meghan "fairly often." *Id.* ¶ 10.

Before his second deployment, SGT Parker lived with Meghan for a month, a time which she treasured. *See id.* ¶ 13. Meghan would see SGT Parker again on his two-week leave, the last time she saw him. *See id.* ¶ 14. On the morning of June 14, 2007, Meghan's mother called her and asked her to come home right away. *See id.* ¶ 15. Not knowing what happened, she "prayed it was not Richard." *Id.* Hearing later from her mother that SGT Parker was dead, Meghan "started crying, went outside, and began screaming. Even though over 12 years have passed, the images of those horrible moments are as vivid to me today as if they happened yesterday." *Id.* ¶ 16.

"The reality of this nightmare hit" Meghan when she saw SGT Parker's casket: "I cried and had so many tears that I could not see." *Id.* ¶ 18. She "sobbed throughout the full military service at a local cemetery." *Id.* ¶ 21. Hearing that the Army had found more of SGT Parker's body parts and were shipping them stateside led Meghan to "start grieving all over again." *Id.* ¶ 23.

In 2019, Meghan and her husband purchased the childhood home where she lived together with SGT Parker. *See id.* ¶ 24. According to Meghan, "[e]ver since I moved to this house, Richard is more often in my thoughts." *Id.* Meghan and her family go camping on Memorial Day, at the same river where she and SGT Parker "spent many summer days swimming." She feels closer to SGT Parker while camping "than at his gravesite where looking at his headstone usually causes me pain." *Id.* ¶ 26. She has not sought formal counseling, though she has attended an outreach program for people who lost their loved ones. *See id.* ¶ 27. She never took medication "to help me deal with deep sadness," ███████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ██████████

Meghan continues to remember SGT Parker in various ways, including helping secure grant money to purchase playground equipment for a park named after him. *See id.* ¶¶ 29-30.

Meghan believes the loss of SGT Parker is "immense," as the two "had become close friends." The "images of what we will never share are always in my heart." *Id.* ¶ 32.

The Special Master finds that Meghan Parker-Crockett has satisfied the "functional equivalent" test required for half-siblings to recover solatium damages, *Fritz*, 324 F. Supp. 3d at 63, and recommends an award of $2.5 million for her solatium claim.

### vi.    Stephanie Hood Howard

Stephanie Hood Howard is the half-sister of SGT Richard Parker; the two share the same father. *See* Ex. 93, Declaration of Stephanie Hood, dated January 13, 2021, *Id.* ¶¶ 1, 5. Stephanie is a U.S. citizen. *See* Ex. 92, birth certificate; Ex. 93, Declaration of Stephanie Hood, dated January 13, 2021, ¶ 1. SGT Parker was five years Stephanie's elder. *See* Ex. 93, Declaration of Stephanie Hood, dated January 13, 2021, ¶ 5. SGT Parker was Stephanie's only sibling, and they both grew up in Maine. *See id.* ¶¶ 6-7. SGT Parker generally lived with his mother but would come over to Stephanie's house "on many weekends. Our houses were only 15 minutes apart from one another." *Id.* ¶ 7. The two "didn't have a lot in common during our younger years" due to what Stephanie attributes as their age difference, but they both very much enjoyed camping together in the local area. *Id.* ¶ 8.

During SGT Parker's last year of high school, he lived with Stephanie. The two took the same bus home, did chores, ate dinner, and watched TV together. *See id.* ¶ 9. Their "differences didn't seem so significant anymore." *Id.* ¶ 10. A few years later, SGT Parker deployed to Iraq, later bringing home a memorable present for Stephanie: a hat with her name written in English and Arabic. *See id.*

When Stephanie was a college student, she worked at a convenience store at a local mall, and SGT Parker would frequently visit her work and hang out with her. *See id.* ¶ 11. Soon before

he deployed to Iraq for the last time, he dropped off birthday presents for her at her workplace. *See id.* ¶ 12. The two stayed in touch over email, and Stephanie would even print out her emails to physically save. *See id.* ¶ 16. At some point, believing she'd see him again, "I decided that I didn't need to hold onto them anymore, so I threw them out. I wish I had them today." *Id.*

On the afternoon of July 14, 2007, Stephanie heard a knock on the door and saw two soldiers in uniform. *See id.* ¶ 18. According to Stephanie, "[m]aybe I'm just naïve, but I didn't realize what that meant. It never had occurred to me that anything bad could happen to Richard." *Id.* Calling her mother to inform her of what happened, "I could tell she was upset." Calling her boyfriend, he told her "either Richard had been seriously injured or he was dead. I couldn't process either of those possibilities," as he was supposed to have come home in two weeks. *Id.* ¶ 19. Hearing the news of SGT Parker's death was heartbreaking and devastating to Stephanie. *See id.* His funeral was a "surreal experience. I must have been functioning in some type of survival mode to get through the service." *Id.* ¶ 22.

Stephanie wishes she could know "how our relationship would have continued to grow and evolve," and laments that SGT Parker "never met his son, Keegan." *Id.* ¶¶ 26-27. She has tried to honor SGT Parker's memory by participating in an annual run/walk to recognize fallen soldiers from her area. *See id.* ¶ 30. Stephanie keeps two photos of SGT Parker in her living room: "When I look at those photos, or others I have or that my parents have, I feel a great sadness … The pain of what can never be is very hard to put into words." *Id.* ¶ 33.

The Special Master finds that Stephanie Hood Howard has satisfied the "functional equivalent" test required for half-siblings to recover solatium damages, *Fritz*, 324 F. Supp. 3d at 63, and recommends an award of $2.5 million for her solatium claim.

vii.    **Cheyenne Flagg**

Cheyenne Flagg is the half-sister of SGT Parker; the two share the same mother. *See* Ex. 95, Declaration of Cheyenne Flagg, dated January 19, 2021, ¶¶ 1, 5. Cheyenne is a U.S. citizen. *See* Ex. 94, birth certificate; Ex. 95, Declaration of Cheyenne Flagg, dated January 19, 2021, ¶ 1. SGT Parker was seventeen years Cheyenne's elder. *See* Ex. 95, Declaration of Cheyenne Flagg, dated January 19, 2021, ¶ 2; Ex. 94, birth certificate. Cheyenne "always looked up" to SGT Parker, and appreciates when people tell her stories about his interactions with her when she was very young. Ex. 95, Declaration of Cheyenne Flagg, ¶ 6. SGT Parker deployed to Iraq for the first time when Cheyenne was four years old, and after that tour was finished, "he came to visit our mother and me as often as he could." *Id.* ¶ 7.

One of Cheyenne's favorite memories was when SGT Parker surprised her at her elementary school while he was home on leave. The two played basketball afterward, and Cheyenne fondly recalls SGT Parker holding her up to help dunk the basketball. *See id.* ¶ 8. SGT Parker deployed for the second time in 2006, and Cheyenne remembers arguing with him over who was going to keep a teddy bear aimed for young family members of a deploying soldier (SGT Parker took it with him to Iraq). *See id.* ¶ 9.

While SGT Parker was deployed, Cheyenne would help send him care packages which included lip balm and beef jerky. *See id.* ¶ 10. She reminisced about the conversations she had with him over Skype, which comforted her anxiety about SGT Parker not being home with her. *See id.* ¶ 11. Unfortunately, he would not come home alive, something Cheyenne found out on June 14, 2007. *See id.* ¶¶ 11-12. She heard a knock on her door and saw two men in uniform, and "could tell by their facial expressions, body language, and tones in their voices that something

horrible had happened." Cheyenne described how "I cried and cried, and my grandfather tried to console me. The images of those moments are still vivid." *Id.* ¶ 12.

According to Cheyenne, that SGT Parker is not alive "affects me more today than when I was a little girl." *Id.* ¶ 14. She suffers flashbacks to the moment she was notified of SGT Parker's death, frequently feeling incredible grief. *See id.* ███████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████

Years later, Cheyenne understands "that Richard will not be here for big events in my life." She realized that "[i]f I have kids one day, he will not be there to watch them grow up." *Id.* ¶ 27. When SGT Parker was killed, his family was sent his belongings, which included the teddy bear he fought over with a young Cheyenne. *See id.* ¶ 29. Cheyenne keeps it by her bed, an item that "keeps Richard close in the only way that I can. But I miss him terribly and so wish he were still part of my life." *Id.* Cheyenne frequently wears a copy of his dog tags, *see id.* ¶ 18, and has a memorial shrine in her living room which displays a bracelet he wore in Iraq as well as photographs of him. *See id.* ¶¶ 19-20.

The Special Master finds that Cheyenne Flagg has satisfied the "functional equivalent" test required for half-siblings to recover solatium damages, *Fritz*, 324 F. Supp. 3d at 63, and recommends an upward departure for her solatium award by 25% in light of her particularly extreme reaction to her brother's death, ███████████████████

████████████    The Special Master recommends an award of $3.125 million for Cheyenne Flagg's solatium claim.

### l.    Staff Sergeant Michael Elledge, Victim of the March 17, 2008, Attack – Baghdad

On March 17, 2008, SSG Michael Elledge was riding in the gunner's position in the third vehicle of a five-vehicle patrol traveling east on Route Pluto to Combat Outpost Ford from Camp Taji. At approximately 12:20 p.m., a multi-array explosive struck the passenger's side of his vehicle. SSG Elledge's casualty report confirms that he was killed in the attack. *See* ECF No. 124 at 110. The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for the March 17, 2008, attack was an EFP traceable to Iran and its proxies, and that "Iran and its proxies bear responsibility" for the attack. *Id.*

SSG Elledge's mother, Marion Crimens; and brother, Timothy W. Elledge, are Plaintiffs in this case. *See* AC ¶¶ 791-97. The following chart reflects the claims asserted by each of the Plaintiffs injured in the March 17, 2008, attack, as well as the evidence setting forth the bases of those claims. That evidence was included as exhibits to the Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Marion Crimens | Michael Elledge's mother | Solatium claim $5 million | Copy of Marion Crimens's birth certificate | 96 |
| | | | Declaration of Marion Crimens, dated November 26, 2019 | 97 |
| Timothy W. Elledge | Michael Elledge's brother | Solatium claim $2.5 million | Copy of Timothy Elledge's U.S. passport | 98 |
| | | | Declaration of Timothy Elledge, dated July 1, 2019 | 99 |

### 1.    Solatium Claims brought by SSG Elledge's Family Members

### i.    Marion Crimens

Marion Crimens is SSG Elledge's mother. Marion is a U.S. citizen. *See* Ex. 96, birth certificate; Ex. 97, Declaration of Marion Crimens, dated November 26, 2019, ¶ 1. SSG Elledge was Marion's oldest child, whom she gave birth to when she was only nineteen years old. *See* Ex. 97, Declaration of Marion Crimens, dated November 26, 2019, ¶ 4. She described how he had "developmental delays that manifested when he was very young," such as communication issues, and a club foot that "required him to wear a brace." *Id.* ¶¶ 6-7. SSG Elledge suffered from nightmares, and Marion "was always there to give him comfort and support." *Id.* ¶ 9. In elementary school, SSG Elledge participated in horse shows, and Marion was proud of his results – "especially given the physical setbacks he had experienced as a little boy." *Id.* ¶ 11. Marion also helped organize guitar lessons for her son when he became interested. *See id.* ¶ 12.

When SSG Elledge was in eleventh grade, he told his mother he wanted to enlist in the military. She consented and he joined the Marines in 1985. *See id.* ¶ 14. During the next decade, SSG Elledge married, divorced, remarried, left the military to work for United Airlines, and then re-enlisted in the Army. *See id.* ¶¶ 16-18. Marion "was not concerned for Michael's safety" after he re-enlisted, "but when he was deployed to Iraq, I was uneasy as any mother would be." *Id.* ¶ 18.

Before SSG Elledge deployed to Iraq for the first time, Marion stayed with him and his family for a week and stayed in touch with him via email after he deployed. *See id.* ¶ 19. Before SSG Elledge deployed for the second time, Marion went to stay with him for Christmas and his birthday, reminiscing about those days as "a small blessing" before his death. *Id.* ¶ 22. While uneasy about his safety, "I never thought anything serious would happen to him." *Id.* ¶ 20.

The day Marion found out her son had been killed; she was celebrating St. Patrick's Day at a friend's house. While eating cabbage and corned beef, she received a call informing her of the

news. *See id.* ¶ 23. According to Marion, "[t]o this day I cannot eat cabbage and corned beef, a dish I once loved, because I associate it with Michael's death." *Id*. After hearing the news, Marion "collapsed and was in a state of shock." *Id.* ¶ 24. She described how "I couldn't eat or sleep for months after Michael's death." She thought "[i]t was so unfair" that other soldiers got to be reunited with their families "and Michael didn't." *Id.* ¶ 25.

A few months later, Marion suddenly received an email from SSG Elledge's address from a few days before he died, thanking her for the care package she sent him. *See id.* ¶ 27. Marion believes this email "was Michael's way of reaching out to me to let me know he was okay." *Id.* ¶ 28. Marion does not have a close relationship with her grandchildren or any relationship with her younger son, both issues she believes SSG Elledge could have helped her solve. *See id.* ¶¶ 29-30. For Marion, "There is not a day that goes by when I don't think of Michael," often contemplating "how much I miss my angel." *Id.* ¶ 31.

After reviewing the evidence and the pertinent legal authority, the Special Master recommends an award of $5 million for Marion Crimens's solatium claim.

### ii.     Timothy Elledge

Timothy Elledge is SSG Elledge's brother. Timothy is a U.S. citizen. *See* Ex. 98, passport; Ex. 99, Declaration of Timothy Elledge, dated July 1, 2019, ¶ 1. Timothy is SSG Elledge's younger brother by two years. *See* Ex. 99, Declaration of Timothy Elledge, dated July 1, 2019, ¶¶ 1, 3. While the two brothers had four half-siblings on their father's side, those siblings lived with their father's ex-wife, and "never lived in our house. It was just me and Mike." *Id.* ¶ 3. The two brothers grew up on a small farm in Michigan and were very close. *See id.* ¶ 4. According to Timothy, SSG Elledge "was the older brother and could have been mean to me, but instead he took me everywhere." The two still fought some petty squabbles over baseball cards, leading to their

mother at one point taking a box of baseball cards and lighting "them on fire." *Id.* ¶ 5. Their parents separated when Timothy was nine, and divorced three years later. *See id.*

Timothy watched as his elder brother joined the Marines Corps, then "made quite a bit of money" as an aircraft mechanic for United Airlines. The two would "speak on the phone all the time. I'd hang up and realize that two hours had passed." *Id.* ¶ 6. After September 11, 2001, SSG Elledge lost his job, with Timothy watching him struggle for a few years "trying to make ends meet." When SSG Elledge was thinking about returning to the military, "I told him I thought he had lost his mind. I told him he was going to go over there and wind up getting killed. I wish I hadn't said that. I know it sounds silly, but I feel like I jinxed him. I was upset that he had three young kids and was putting himself in danger." *Id.* ¶ 7.

When SSG Elledge was stationed in Fort Carson in Colorado, Timothy would travel there and go hiking with him. *See id.* ¶ 8. After SSG Elledge was deployed to Iraq, Timothy would speak with him over the phone, and even took one of SSG Elledge's children in for six months after being asked by him to do so. *See id.* ¶ 9. One day, Timothy was at his workplace when he received a call from SSG Elledge's wife, informing him SSG Elledge had been involved in an attack. *See id.* ¶ 10. Timothy heard her break down and cry over the phone, and realized "Mike was gone. That was the most difficult time of my life." *Id.*

Timothy has "very few memories of the months that followed. My wife says I was like a walking zombie." *Id.* ¶ 11. He remembers that the grieving over his elder brother "went on and on" through three funeral services. *Id.* He felt "privileged" to give the eulogy at one of those services, explaining "the good times we had." *Id.* ¶ 12. After SSG Elledge's death, his family's relationship with Timothy's family "fell apart" and has "never recovered." *Id.* ¶ 13. Timothy has not taken medication or received counseling, though "[m]aybe I should have." *Id.* ¶ 14. He has

used religion as a comforting mechanism, believing "there's a reason for everything" – Timothy believes that he "won't know why Mike was killed until my own life is done." *Id.* ¶ 15. Timothy laments the loss of "a relationship that was truly special," and misses SSG Elledge "very much." *Id.* ¶ 17.

After reviewing the evidence and the pertinent legal authority, the Special Master recommends an award of $2.5 million for Timothy Elledge's solatium claim.

## CONCLUSION

Based on a comprehensive review of the evidence, and in line with instructions from the district court and pertinent case law, the Special Master summarizes his recommendations for compensatory damage awards for the 45 Plaintiffs as follows:

| Plaintiff | Economic loss claim | Solatium claim |
|---|---|---|
| Judy Ann Crabtree | | $5 million |
| Ronald Wayne Crabtree | | $5 million |
| Debra Wigbels | | $2.5 million |
| Ronald William Crabtree | | $2.5 million |
| Lynn Forehand | | $5 million |
| Lance Haupt | | $5 million |
| Rhonda Haupt | | $2.5 million |
| Tifany Haupt Thompson | | $2.5 million |
| Sabrina Cumbe | | $2.5 million |
| Carol Kruger | | $5 million |
| Lawrence Kruger | | $5 million |
| Douglas Kruger | | $2.5 million |
| Kristy Kruger | | $3.125 million |
| Estate of Jang Ho Kim | $2,289,000.00 | |
| Sangsoon Kim | | $5 million |
| Seop Kim | | $5 million |
| Michelle Kim | | $2.5 million |
| Linda Gibson | | $5 million |
| John Gibson | | $5 million |
| Sean Elliott | | $2.5 million |

| Travis Gibson | | $2.5 million |
|---|---|---|
| Stephanie Gibson Webster | | $2.5 million |
| Estate of Deborah "Debbie" Beavers | | $5 million |
| Estate of Daniel Fuentes | $1,821,268.00 | |
| Nancy Fuentes | | $5 million |
| Armando Fuentes | | $5 million |
| Julio Fuentes | | $2.5 million |
| Tatyana Fuentes | | $2.5 million |
| Estate of Rebecca J. Oliver | | $6.25 million |
| Daniel Oliver | | $5 million |
| Estate of Joshua D. Brown | $230,799.60 | |
| Elizabeth Masterson | | $8 million |
| Estate of Ryan A. Balmer | $2,465,365.92 | |
| Danielle Sweet | | $8 million |
| Anthony Balmer | | $5 million |
| Gabrielle Balmer | | $5 million |
| Scott Hood | | $5 million |
| Dixie Flagg | | $5 million |
| Flora Hood | | $3.75 million |
| William Parker | | $3.125 million |
| Meghan Parker-Crockett | | $2.5 million |
| Stephanie Hood Howard | | $2.5 million |
| Cheyenne Flagg | | $3.125 million |
| Marion Crimens | | $5 million |
| Timothy W. Elledge | | $2.5 million |

Dated:  April 22, 2025

Respectfully submitted,

/s/ *Franklin D. Rosenblatt*
Franklin D. Rosenblatt
151 E. James H. Meredith Drive
Jackson, MS 39201

*Special Master*