UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIMOTHY KARCHER, et al., | : | |
| | : | |
| Plaintiffs, | : | **Case No.: 16-cv-232 (CKK)** |
| | : | |
| -against- | : | |
| | : | |
| ISLAMIC REPUBLIC OF IRAN, | : | |
| | : | |
| Defendant. | : | |

**SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING DAMAGES FOR 16 PLAINTIFFS**

# TABLE OF CONTENTS


**INTRODUCTION** ..... 1

**I. Procedural Background** ..... 2

**II. Categories of Claims** ..... 3

**III. The Attacks** ..... 5

**a. JANUARY 20, 2007, ATTACK – KARBALA** ..... 5

**1. Solatium Claims Brought by Noah Thornsberry** ..... 9

**b. MARCH 15, 2007, ATTACK – BAGHDAD** ..... 14

**1. Solatium Claims Brought by SSG Blake Harris' Family Members** ..... 15

**i. Anne Harris** ..... 15

**ii. Paul Harris** ..... 19

**c. MAY 3, 2007, ATTACK – BAGHDAD** ..... 23

**1. Estate of Jerome Potter's Economic Loss Claim** ..... 25

**i. Lost Wages** ..... 25

**ii. Unreimbursed Funeral Expenses** ..... 26

**iii. Conscious Pain and Suffering Claim** ..... 27

**2. Solatium Claims Brought by SPC Jerome Potter's Family Member** ..... 28

**i. The Estate of Holly Burson** ..... 28

**d. APRIL 6, 2008, ATTACK – BAGHDAD** ..... 37

**1. Solatium Claims Brought by COL Stephen Scott's Family Members** ..... 37

**i. Rachel Gillette** ..... 38

**ii. Rebekah Scott** ..... 41

**2. Solatium Claims Brought by Major Stuart Wolfer's Family Members** ..... 45

**i. Esther Wolfer** ..... 45

ii. Leonard Wolfer ........ 51

e. APRIL 6, 2008, ATTACK – BAGHDAD ........ 54

1. Solatium Claims Brought by SSG Emanuel Pickett's Family Members ........ 55

i. Harry Cromity ........ 55

f. APRIL 8, 2008, ATTACK – KHARGULIAH ........ 58

1. Solatium Claims Brought by SSG Jeffery Hartley's Family Members ........ 59

i. David Wade Hartley ........ 59

g. APRIL 28, 2008, ATTACK – Baghdad ........ 62

1. Solatium Claims Brought by PFC Adam Marion's Family Members ........ 63

i. Pamela Marion ........ 63

ii. Donnie Marion ........ 67

iii. Adrian McCann ........ 70

2. Solatium Claims Brought by SGT Mark Stone's Family Members ........ 72

i. Don Stone ........ 73

h. JULY 16, 2009, ATTACK – BASRA ........ 76

1. Solatium Claims Brought by SPC Daniel Drevnick's Family Members ........ 77

i. Kenneth J. Drevnick ........ 77

CONCLUSION ........ 80

# TABLE OF AUTHORITIES

## Cases

*Baker v. Socialist People's Libyan Arab Jamahirya*,
775 F. Supp. 2d 48 (D.D.C. 2011) .......... 36

*Baxter v. Islamic Republic of Iran*,
No. 11-cv-2133 (RCL), 2025 U.S. Dist. LEXIS 38885 (D.D.C. Mar. 3, 2025).......... 7

*Belkin v. Islamic Republic of Iran*,
667 F. Supp. 2d 8 (D.D.C. 2009) .......... 26

*Borochov v. Islamic Republic of Iran*,
94 F.4th 1053 (D.C. Cir. 2024) .......... 2, 3

*Cabrera v. Islamic Republic of Iran*,
No. 19-cv-3835 (JDB), 2024 U.S. Dist. LEXIS 34785 (D.D.C. Feb. 29, 2024) .......... 7

*Cabrera v. Islamic Republic of Iran*,
No. 19-cv-3835 (JDB), 2025 U.S. Dist. LEXIS 94375 (D.D.C. May 16, 2025) .......... 7

*Colvin v. Syrian Arab Republic*,
363 F. Supp. 3d 141 (D.D.C. 2019) .......... 26

*Davis v. Islamic Republic of Iran*,
882 F. Supp. 2d 7 (D.D.C. 2012) .......... 6

*Elahi v. Islamic Republic of Iran*,
124 F. Supp. 2d 97 (D.D.C. 2000) .......... 4, 28

*Estate of Heiser v. Islamic Republic of Iran*,
466 F. Supp. 2d 229 (D.D.C. 2006) .......... 4

*Flanagan v. Islamic Republic of Iran*,
87 F. Supp. 3d 93 (D.D.C. 2015) .......... 36

*Forman v. Korean Air Lines Co., Ltd.*,
84 F.3d 446 (D.C. Cir.) .......... 26

*Fritz v. Islamic Republic of Iran*,
No. 15-cv-456 (RDM), 2018 U.S. Dist. LEXIS 221357 (D.D.C. Aug. 13, 2018) .......... 36

*Fritz v. Islamic Republic of Iran*,
324 F. Supp. 3d 54 (D.D.C. 2018) .......... 36

*Havlish v. Laden*,
No. 03-mdl-1570 (GBD)(FM), 2012 U.S. Dist. LEXIS 143525 (S.D.N.Y. Oct. 3, 2012) ....... 36

*K.E.F.V. v. Islamic Republic of Iran*,
135 F.4th 988 (D.C. Cir. 2025) ........................................................................... 1, 7

*Mark v. Islamic Republic of Iran*,
626 F. Supp. 3d 16 (D.D.C. 2022) ........................................................................... 4

*Murphy v. Islamic Republic of Iran*,
740 F. Supp. 2d 51 (D.D.C. 2010) ........................................................................... 4

*Mwila v. Islamic Republic of Iran*,
33 F. Supp. 3d 36 (D.D.C. 2014) ........................................................................... 27

*Oldham v. Korean Air Lines Co.*,
127 F.3d 43 (D.C. Cir. 1997) ........................................................................... 26

*Oveissi v. Islamic Republic of Iran*,
768 F. Supp. 2d 16 (D.D.C. 2011) ........................................................................... 5, 36

*Peterson v. Islamic Republic of Iran*,
515 F.Supp.2d 25 (D.D.C. 2007) ........................................................................... 4, 7

*Selig v. Islamic Republic of Iran*,
573 F. Supp. 3d 40 (D.D.C. 2021) ........................................................................... 4

*Smith ex rel. Smith v. Islamic Emirate of Afghanistan*,
262 F. Supp. 2d 217 (S.D.N.Y. 2003) ........................................................................... 3, 28

*Valore v. Islamic Republic of Iran*,
700 F. Supp. 2d 52 (D.D.C. 2010) ........................................................................... 4

**Statutes**

28 U.S.C. § 1605A(a)(2)(A)(ii) ........................................................................... 3

28 U.S.C. § 1605A(c) ........................................................................... 3, 25

**Rules**

Fed. R. Civ. P. 53, Advisory Committee Notes to 2003 Amendments ........................................ 7

## INTRODUCTION

This Report and Recommendation relates to the injuries sustained by sixteen Plaintiffs identified herein. These Plaintiffs fall into two groups. First, Plaintiff Noah Thornsberry brings a previously unadjudicated solatium claim arising from the January 20, 2007, bellwether attack on the Provincial Joint Coordination Center in Karbala, Iraq, for which the Court found Iran liable in its August 26, 2019, Memorandum Opinion and Order, ECF No. 93. *See also* ECF Nos. 105 & 106 (granting default judgment in favor of Marvin Thornsberry, Noah's father). Noah's claim was not addressed in this Court's December 27, 2023, Order and Judgment, ECF Nos. 160 & 160-1, because Noah Thornsberry was born after the attack that injured his father. The claim is now ripe for adjudication following the D.C. Circuit's intervening decision in *K.E.F.V. v. Islamic Republic of Iran*, 135 F.4th 988 (D.C. Cir. 2025), which held that a child in utero at the time of a parent's injury has standing to recover solatium damages.

Second, the remaining Plaintiffs identified herein are family members of servicemembers and U.S. nationals killed or injured in seven of the ten non-bellwether attacks for which the Court found Iran liable in its June 3, 2026, Memorandum Opinion, ECF No. 304, except for the claims of the Estate of Jerome Potter and the Estate of Holly Burson, which arise from the May 3, 2007, attack for which the Court found Iran liable in its January 14, 2021, Memorandum Opinion, ECF No. 124. All but the Estate of Jerome Potter — which asserts economic loss and conscious pain and suffering claims — involve solatium claims brought by family members of injured or deceased service members.

I have reviewed the exhibits attached to the Declaration of Dina Gielchinsky (the "Gielchinsky Declaration"), which I understand will be available to the Court if requested, and make the following recommendations as to the sixteen plaintiffs.

## I. Procedural Background

Following a three-day bench trial in December 2018, the Court found Iran liable for seven bellwether attacks, including the January 20, 2007, attack on the Provincial Joint Coordination Center in Karbala, Iraq. *See* Aug. 26, 2019, Mem. Op. and Order, ECF Nos. 93 & 94. The Court appointed Alan L. Balaran, Esq. as Special Master on September 9, 2019, to administer damages proceedings for the bellwether Plaintiffs. See Order and Administrative Plan, ECF No. 102.

On January 14, 2021, the Court found Iran liable for an additional 73 non-bellwether attacks involving the use of explosively formed penetrators ("EFPs"). *See* ECF No. 124. That same day, the Court broadened the scope of Special Master Balaran's appointment to include recommended findings of fact and conclusions of law regarding non-economic damages for the servicemember Plaintiffs injured in those attacks. *See* ECF No. 125. Special Master Balaran's recommended damages were largely adopted by this Court in its December 7, 2023, Memorandum Opinion, ECF No. 159, and Order and Judgment, ECF No. 160, and a modified damages template for EFP-related claims was subsequently adopted in the Court's June 7, 2024, Memorandum Opinion, ECF No. 171, and Order and Judgment, ECF No. 172.

The Court subsequently referred the remaining claims to four additional Special Masters, including myself. *See* Order and Administrative Plan Governing Four Additional Special Masters, ECF No. 179.

On June 3, 2026, following Plaintiffs' Submission of Eleven Attacks Not Yet Adjudicated, ECF No. 142, the Court issued its Memorandum Opinion finding Iran liable for ten of those attacks — the eleventh, a March 30, 2008 attack, having been held in abeyance pending resolution of legal issues raised by *Borochov v. Islamic Republic of Iran*, 94 F.4th 1053 (D.C. Cir. 2024) — addressing the claims of thirty-nine Plaintiffs. *See* ECF No. 304. The Court directed that damages

determinations for these Plaintiffs be handled by the appointed Special Masters. *See id.* at 50.

I address herein Noah Thornsberry's Karbala claim, together with the claims of the additional Plaintiffs identified in the Court's January 14, 2021, and June 3, 2026, Memorandum Opinions.

## II. Categories of Claims

All the servicemembers injured or killed in the attacks described herein were "member[s] of the armed forces" and the family member Plaintiffs are United States citizens. Accordingly, the Court has subject matter jurisdiction over their claims under 28 U.S.C. § 1605A(a)(2)(A)(ii), and each Plaintiff is eligible to bring claims under 28 U.S.C. § 1605A(c).

The Plaintiffs bring claims that fall into three categories typically adjudicated within the framework for damages in Foreign Sovereign Immunities Act ("FSIA") cases developed and utilized frequently in this District:

**(i) Economic loss claims:** The Estate of Jerome Potter seeks compensation for economic losses in the form of lost wages and unreimbursed funeral expenses. *See* 28 U.S.C. § 1605A(c) ("damages may include economic damages"). To support this claim, Plaintiffs have submitted a report prepared by L. Wayne Plumly, Jr., Ph.D., who served as Professor of Economics at Langdale College of Business at Valdosta State University in Valdosta, Georgia, until 2005, and as Dean until 2020. Dr. Plumly has previously provided expert reports regarding economic losses in terrorism cases adopted by courts, including this Court.

**(ii) Conscious pain and suffering claims:** The Estate of Jerome Potter also asserts a conscious pain and suffering claim. Courts have awarded $1 million to victims who experienced conscious pain and suffering for seconds before their deaths. For example, in *Smith ex rel. Smith v. Islamic Emirate of Afghanistan*, 262 F. Supp. 2d 217, 234 (S.D.N.Y. 2003), a plaintiff who

worked in the South Tower of the World Trade Center was told to leave his office after a plane struck the North Tower. His office was on the 97th floor, and the second plane that struck his building did so between the 73rd and 82nd floors, creating the possibility — although uncertain — that he experienced pain and suffering while descending the staircase. The court awarded the victim $1 million. The court in *Elahi v. Islamic Republic of Iran*, 124 F. Supp. 2d 97, 113 (D.D.C. 2000), similarly awarded $1 million to a plaintiff who struggled with his assassin for thirty seconds before being shot and killed.

**(iii) Solatium claims:** Courts have established baseline solatium awards for family members of victims who died as a result of terrorist attacks: spouses of deceased victims typically receive $8 million; parents receive $5 million; siblings receive $2.5 million; and children receive $5 million. *See Peterson v. Islamic Republic of Iran ("Peterson II")*, 515 F. Supp. 2d 25, 52 (D.D.C. 2007); *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 85 (D.D.C. 2010); *Heiser v. Islamic Republic of Iran*, 466 F. Supp. 2d 229, 269 (D.D.C. 2006). Some courts in this District have awarded children who were minors when they lost their parents upward departures of $6.25 million. *See Mark v. Islamic Republic of Iran*, 626 F. Supp. 3d 16, 38 (D.D.C. 2022) ("'[C]ourts have recognized the particularly devastating effect that the loss of a parent can have on minors[.]'") (citing *Selig v. Islamic Republic of Iran*, 573 F. Supp. 3d 40, 75 (D.D.C. 2021)). Courts in this District have also established baseline solatium awards for family members of victims who survived terrorist attacks: Spouses receive $4 million, parents and children receive $2.5 million, and siblings receive $1.25 million. *See Peterson II*, 515 F. Supp. 2d at 52.

These baseline awards are "not set in stone," *Murphy v. Islamic Republic of Iran*, 740 F. Supp. 2d 51, 79 (D.D.C. 2010), and may be adjusted based on "an especially close relationship between the plaintiff and decedent, particularly in comparison to the normal interactions to be

expected given the familial relationship; medical proof of severe pain, grief or suffering on behalf of the claimant; and circumstances surrounding the terrorist attack which made the suffering particularly more acute or agonizing." *Oveissi v. Islamic Republic of Iran*, 768 F. Supp. 2d 16, 26-27 (D.D.C. 2011).

## III. The Attacks

### a. JANUARY 20, 2007, ATTACK – KARBALA

On January 20, 2007, then-Private First Class ("PFC") Marvin Thornsberry "was a U.S. servicemember and was injured as a result of the Karbala attack." ECF No. 106 at 7-8. That evening, six SUVs disguised as American security contractor vehicles passed through checkpoints and pushed open the gate to the Provincial Joint Coordination Center ("PJCC") compound in Karbala, Iraq, where assailants stormed the command room, exchanged gunfire with U.S. troops, and took several U.S. servicemembers hostage before abandoning their vehicles and equipment and killing the hostages. *See id.* at 3-4. The Court attributed the attack to Iran based on, among other things, the claim of responsibility by Asa'ib Ahl al-Haq, a Special Group backed by the Islamic Revolutionary Guard Corps, and evidence that the operation was planned under the direction of Hezbollah and the IRGC Qods Force. *See id.* at 4. Then-PFC Thornsberry, whose actions during the attack were later recognized with the Combat Action Badge, served as "a key element in the security of the Soldier's barracks during the attack," helping to "hold off the insurgents from entering the barracks" while grenades were thrown "within 10-15 meters" of his position. *See id.* at 7-8.

In addition to Plaintiff Noah Thornsberry, his parents, Marvin Thornsberry and Cynthia Thornsberry, his siblings Madilyn Thornsberry and L.T., and his stepbrother Ayden Ball, are plaintiffs in this case. *See* AC, ¶¶ 514-24. On December 27, 2023, this Court issued an Order and Judgment in favor of those Plaintiffs, with the exception of Noah Thornsberry and L.T, who were

born after the attack. *See* ECF No. 160.

Although Noah Thornsberry's claim was originally within the remit assigned to Special Master Alan L. Balaran, Plaintiffs have submitted Noah's claim to me as one of the four Special Masters recently appointed by the Court who are currently and actively engaged in the administration of damages proceedings in this case. *See* Order and Administrative Plan Governing Four Additional Special Masters, ECF No. 179. Given the passage of time and the revised case law relating to in utero plaintiffs, I find that re-assignment to be appropriate.

Following a three-day bench trial in December 2018, this Court issued a Memorandum Opinion which established the Defendant Islamic Republic of Iran's liability for seven bellwether attacks, including the January 20, 2007, attack on the Provincial Joint Coordination Center ("PJCC") in Karbala, Iraq. *See* ECF No. 95 at 54-66, 88-89. After Plaintiffs' submission of evidence reflecting Plaintiff Marvin Thornsberry's location during that Karbala attack, *see* ECF No. 99, the Court granted default judgment in favor of Mr. Thornsberry on September 11, 2019, *see* ECF Nos. 105 and 106. On October 29, 2022, Special Master Alan Balaran issued a Report and Recommendation recommending damages for Plaintiff Marvin Thornsberry; his wife, Plaintiff Cynthia Thornsberry; his stepson, Plaintiff Ayden Ball, and his daughter, Plaintiff Madilynn Thornsberry. *See* ECF 148-3 at 21, 26 (filed under seal). Special Master Balaran recommended denying damages for Mr. Thornsberry's younger children born after the attack which injured him, Noah Thornsberry and L.T., relying on *Davis v. Islamic Republic of Iran*, which held that "a plaintiff bringing an action under § 1605A must have been alive at the time of the attack in order to collect solatium damages." *Id.* (citing 882 F. Supp. 2d 7, 15 (D.D.C. 2012)).

On December 27, 2023, the Court entered final judgment in favor of Plaintiffs Marvin Thornsberry, Cynthia Thornsberry, Ayden Ball, and Madilynn Thornsberry. *See* ECF No. 160 and

ECF No. 160-1. The Court did not refer to the Special Master's recommendations regarding Noah Thornsberry or L.T. in its Memorandum Opinion or Order and Judgment. Those claims therefore remained unadjudicated. *See Baxter v. Islamic Republic of Iran*, No. 11-cv-2133 (RCL), 2025 U.S. Dist. LEXIS 38885, at *15-16 (D.D.C. Mar. 3, 2025) ("[T]here is no final judgment on the merits that would allow the Court to invoke claim preclusion…. The Court will therefore proceed to rule on Mr. Bluth's claims."). Further, the Advisory Committee Notes to Rule 53 instruct: "If no party asks the court to act on a master's report, the court is free to adopt the master's action or to disregard it **at any relevant point in the proceedings**." Fed. R. Civ. P. 53, Advisory Committee Notes to 2003 Amendments, subdivision (g)(2) (emphasis added).

New case law has been issued since the final judgment was entered in favor of Noah Thornsberry's family members that directly addresses the status of Noah Thornsberry's claims. On April 29, 2025, the D.C. Circuit Court of Appeals issued a decision in *K.E.F.V. v. Islamic Republic of Iran*, holding that a child in utero at the time of a father's death in a terrorist attack has standing to recover solatium damages. *See* 135 F.4th at 996. Following the Court of Appeals' decision, the district court in *Cabrera v. Islamic Republic of Iran* awarded in utero plaintiffs 50% of the baseline awards for children set forth in *Peterson II*, 515 F. Supp. 2d at 52 (awarding $5 million for the child of a deceased servicemember, and $2.5 million for the child of a surviving servicemember). *See Cabrera*, No. 19-cv-3835 (JDB), 2025 U.S. Dist. LEXIS 94375, at *63 (D.D.C. May 16, 2025) (awarding $1.25 million to a child born after her father was injured in an attack) (citing *Cabrera*, No. 19-cv-3835 (JDB), 2024 U.S. Dist. LEXIS 34785, at *2 n.2 (D.D.C. Feb. 29, 2024) (anticipating that if the Court of Appeals held that in-utero plaintiffs had standing, it would award a child born after her father was killed in an attack $2.5 million, since, "[w]hile A.M.P. has been deprived of her father's parental care and support, she has not suffered the same

mental anguish as most plaintiffs who experienced the loss of a parent.”)).

The D.C. Circuit’s reasoning in K.E.F.V. regarding the status of in utero plaintiffs whose parent was killed before the birth applies with equal force here. Solatium compensates for a lifelong loss of parental comfort and society, not for a child’s contemporaneous awareness of the attack. The D.C. Circuit held that an in utero child is inevitably “forced to grow up without the ‘love, affection, care, attention, companionship, comfort and protection’ that their fathers would have provided.” *K.E.F.V.*, 135 F.4th at 996 (citation omitted). That rationale does not turn on whether the father died or survived; a life-altering injury deprives a child of a healthy father’s comfort and society, which is why family members of severely injured survivors routinely recover solatium under the FSIA. In *K.E.F.V.* the D.C. Circuit made clear that any such distinction based on time of birth goes to the amount of the award, not eligibility for it. *See id.* at 995.

The following chart reflects the claim asserted by Plaintiff Noah Thornsberry, as well as the evidence setting forth the bases of that claim. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| **Plaintiff** | **Claim(s) Asserted** | **Evidence** | **Exhibit** |
|---|---|---|---|
| Noah Thornsberry | Solatium $375,000 | Copy of Noah Thornsberry’s birth certificate | 1 |
| | | Declaration of Noah Thornsberry, dated January 16, 2026 | 2 |
| | | Declaration of Cynthia Thornsberry, dated December 2, 2019 | 3 |
| | | Declaration of Marvin Thornsberry, dated December 2, 2019 | 4 |

### 1. Solatium Claims Brought by Noah Thornsberry

Noah Thornsberry is the son of Marvin Thornsberry and Cynthia Thornsberry;[1] they were married on October 2, 2005.[2] Noah has two sisters and a stepbrother: Madilyn ("Maddie") Thornsberry, L.T., and Ayden Ball.[3] L.T. is Noah's younger sister,[4] and Ayden is Cynthia's son from a previous relationship.[5]

Marvin joined the Army in 2005, at the age of 19; he deployed to Iraq in September 2006.[6] On January 20, 2007, Cynthia was pregnant with Noah.[7] Less than two months after the Karbala attack, Marvin returned home on leave and remained in Alaska until three days after Noah's birth;[8] Noah was born in Alaska on March 16, 2007.[9]

Cynthia explained that as early as Marvin's first days at home following the attack, he "was completely different. [redacted][10] As discussed in further detail *infra*, Noah has witnessed similar behavior and has memories which date back to when he was very young.

Marvin's deployment ended when Noah was about eight months old, and he returned to Alaska where the family lived[11] throughout the first five years of Noah's life.[12] In that house, Noah's bedroom was located across from his parents' room.[13] Noah recalled the following:

[redacted]

---

1 *Id.*
2 *See* Ex. 3, Declaration of Cynthia Thornsberry, dated December 2, 2019, ¶ 11.
3 *See* Ex. 2, Declaration of Noah Thornsberry, dated January 16, 2026, ¶ 1.
4 *Id.*
5 *See* Ex. 3, Declaration of Cynthia Thornsberry, dated December 2, 2019, ¶ 3.
6 See Ex. 4, Declaration of Marvin Thornsberry, dated December 2, 2019, ¶¶ 12, 15.
7 See Ex. 1, birth certificate of Noah Thornsberry.
8 *See* Ex. 3, Declaration of Cynthia Thornsberry, dated December 2, 2019, ¶¶ 23, 26.
9 See Ex. 1, birth certificate of Noah Thornsberry.
10 Ex. 3, Declaration of Cynthia Thornsberry, dated December 2, 2019, ¶ 23.
11 *See id.* ¶ 29.
12 *See* Ex. 2, Declaration of Noah Thornsberry, dated January 16, 2026, ¶ 7.
13 *Id.*

> [redacted][14]

> [redacted][15]

[redacted][16]. [redacted][17] [redacted][18]

[redacted][19] [redacted][20] [redacted][21] [redacted][22]

When Noah was five years old, the family moved to Michigan.[23] Initially, and until sometime around 2020, they lived in a three-bedroom house with Marvin's parents.[24] Noah and

14 *Id.* ¶ 8.
15 *Id.* ¶ 9.
16 Ex. 4, Declaration of Marvin Thornsberry, dated December 2, 2019, ¶ 34.
17 *Id.* ¶ 35.
18 Ex. 2, Declaration of Noah Thornsberry, dated January 16, 2026, ¶ 10.
19 Ex. 4, Declaration of Marvin Thornsberry, dated December 2, 2019, ¶ 33.
20 *Id.* ¶ 41.
21 Ex. 2, Declaration of Noah Thornsberry, dated January 16, 2026, ¶ 11.
22 *Id.*
23 *Id.* ¶ 12.
24 *See id.*

Ayden shared a bedroom that was located next to his parents' bedroom.[25] [redacted][26] [redacted][27] In addition, at times, Noah heard the word "divorce," which concerned him. In his words, [redacted][28] [redacted][29]

As the years passed, and Noah entered his early teen years, [redacted][30] [redacted][31] [redacted][32] Noah conceded, "[E]ven as a bigger kid, it upset me."[33]

[redacted][34] [redacted]

25 *Id.*
26 *See id.* ¶ 13.
27 *Id.*
28 *Id.*
29 *Id.* ¶ 15.
30 *Id.* ¶ 17.
31 *Id.* ¶ 16.
32 Ex. 3, Declaration of Cynthia Thornsberry, dated December 2, 2019, ¶ 37.
33 Ex. 2, Declaration of Noah Thornsberry, dated January 16, 2026, ¶ 17.
34 *See id.* ¶ 21.

[redacted][35]

Cynthia has described how Marvin "changed from how he acted" before the attack, including that before 2007, [redacted][36] Noah wishes he could remember when his father acted differently than how he has seen him behave over the years.[37]

Periodically, Noah has asked his father about the attack and what he experienced, and when Marvin responded, Noah noticed, "I can tell how his [Marvin's] entire demeanor changes. I see how he is hesitant to talk and would rather not talk about it, but he does because I have reached out to him."[38] Even within recent months, "it was obvious that it still upset him to talk about it."[39] When Marvin talks about the attack, including the fact that "one of his [Marvin's] fellow soldiers . . . and others, were killed in the attack," Noah knows that it "is something I know my Dad will never forget,"[40] and Noah cannot help but "think about how much I wish that he [Marvin] hadn't actually gone through any of it."[41]

Although years have passed since the Karbala attack, [redacted][42] [redacted][43] In those situations, Noah makes an effort to avoid doing something that would "escalate the situation" and has removed himself from the

35 *Id.*
36 *Id.* ¶ 22.
37 *See id.* ¶ 22.
38 *Id.* ¶ 6.
39 *Id.*
40 *Id.* ¶ 4.
41 *Id.* ¶ 6.
42 *See id.* ¶ 18.
43 *Id.* ¶ 19.

area [redacted][44] Upon reflection, Noah also explained, "I am not a psychologist, but as I think about all of it, I feel that he must have lived through a trauma to make him act that way."[45]

[redacted][46] [redacted][47] [redacted][48]

Noah appreciates that as an adult, he is "more aware of the horrible things my Dad went through in Iraq."[49] [redacted] I wish I had not had to live through all of that."[50] Furthermore, as Noah considered Marvin's behavior and its impact today, Noah has "accepted that he [Marvin] will probably be like this forever, [redacted][51] He also conceded, "[E]ven as an 18-year-old, it is upsetting when it happens," and he sincerely wishes that neither he nor Marvin "had to live with any of the upsetting ways he [Marvin] acts now."[52]

---

44 *Id.* ¶ 20.
45 *Id.*
46 *Id.* ¶ 23.
47 *Id.*
48 *Id.*
49 *Id.* ¶ 24.
50 *Id.*
51 *Id.* ¶ 25.
52 *Id.*

In its December 27, 2023, Order and Judgment, the Court awarded $750,000 to each of Marvin Thornsberry's other minor children on their solatium claims arising from the Karbala attack. *See* ECF No. 160. Those awards were based on the "emotional trauma" Special Master Balaran found the children had suffered as a result of their father's impaired psychological makeup after the attack he experienced in Iraq. ECF 148-3 at 25. Special Master Balaran recommended denying Noah's claim for lack of standing. *See id.* at 26. This Court left that claim pending, and the caselaw upon which Special Master Balaran relied in making that recommendation has been overturned.

Plaintiffs requested an award of $375,000 for Noah's solatium claim, half of the amount awarded to his siblings. However, Noah suffered the same loss of his father's society and the same "emotional trauma" as did his siblings and should be similarly compensated even though he was born after the attack that damaged his father. Cases applying a 50% reduction to solatium awards to in utero children of deceased service members reflect the fact that the child did not experience the emotional impact of the death itself. That rationale does not apply to in utero plaintiffs where the service member survived. All of Marvin Thornsberry's children were exposed to the same ongoing loss and harm arising from their father's psychological injury and should be equally compensated.

I recommend that the Court Noah award Noah $750,000, the same as the award to his siblings.

**b. MARCH 15, 2007, ATTACK – BAGHDAD**

On March 15, 2007, Staff Sergeant ("SSG") Blake Harris was traveling in a four-vehicle convoy in Baghdad when the lead vehicle was hit with an IED. When the soldiers in the other three vehicles dismounted to assess the damage, a second IED detonated, killing four of them, including SSG Harris. The Court found satisfactory evidence in the record to demonstrate that the complex

attack was traceable to Iran and its proxies and entered default judgment against Iran. *See* ECF No. 304 at 29-30.

Anne and Paul Harris are the parents of Blake Harris and are Plaintiffs in this case. *See* AC ¶¶ 544-545.[53] The following chart reflects the claim asserted by these Plaintiffs, as well as the evidence setting forth the bases of that claim. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration:

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Anne F. Harris | Mother of Blake Harris | Solatium claim $5 million | Copy of Anne F. Harris' U.S. Passport | 5 |
| | | | Declaration of Anne F. Harris, dated October 2, 2019 | 6 |
| Paul D. Harris | Father of Blake Harris | Solatium claim $5 million | Copy of Paul D. Harris' U.S. Passport | 7 |
| | | | Declaration of Paul D. Harris, dated October 10, 2019 | 8 |

**1. Solatium Claims Brought by SSG Blake Harris' Family Members**

**i. Anne Harris**

According to Anne, her son's fascination with the military started very early on: "Blake's love for the Army started around age 6. He played with his GI Joe action figures quite often."[54] By the time he was in high school, Blake was committed to enlisting. He was already in ROTC and planned to start his military career right after graduation.[55] In June 1997 he began Basic Training

[53] The Amended Complaint improperly identifies Anne F. Harris as the "step-mother" of Blake Harris. Anne F. Harris is, in fact, his mother.

[54] Ex. 6, Declaration of Anne Harris, dated October 2, 2019, ¶ 9.

[55] *See id.* ¶ 10.

at Fort Jackson in South Carolina and the following year, he completed paratrooper training. She and her husband, Paul, and the family were all present at his graduation at Fort Benning in Georgia.[56]

The attacks on September 11, 2001, led to a series of deployments for Blake. Anne noted that the first of these was to Afghanistan in November 2002. This was followed by two tours in Iraq. Anne says that her son had even planned to re-enlist in 2009 and had wanted to attend Officer Candidate School.[57] His plans would be dashed not long after his second deployment to Iraq.[58]

In between deployments, while stationed at Fort Bragg, North Carolina, Blake met his future wife, Brandy.[59] Anne described: "He called me one day and told me that he thought he had met the girl he wanted to marry. I kind of laughed it off and said, 'if it's meant to be it will be.'"[60] He and Brandy married in 2004 at their family's cabin. Anne planned the entire wedding and though everything "was sort of hurried" due to time constraints. Anne was delighted that their "ceremony turned out very beautiful."[61]

Before her son's final tour in Iraq, she recalled hugging him and expressing her concerns about his new assignment as a "forward observer in a Humvee."[62] Her son's response reflected his dedication: "Blake told Paul and I that he had an awesome responsibility this time around and that his greatest fear was that he would not get all his fellow soldiers home alive. He never showed us his fear for his own life."[63] He was philosophical about the possibility of his own death: "He stated that it didn't matter whether he was home or abroad: when it was his time, it was his time and only

---

56 *See id.* ¶ 11.
57 *See id.* ¶ 12.
58 *See id.* ¶ 4, 12.
59 *See id.* ¶ 13.
60 *Id.*
61 *Id.*
62 *Id.* ¶ 14.
63 *Id.* ¶ 15.

God knew when that was to be."[64] Though still she was still uneasy, she found Blake's strong faith to be somewhat "comforting."[65]

When Blake called a day or two before he was killed, both she and Paul were not at home. They have saved his voicemail message, and Anne has listened to it often — especially in the first five years after he was killed.[66] She often thinks back to March 15, 2007; in the early morning of that day, she became "very restless," "feeling that something was wrong" but unable to identify the cause.[67] According to Anne, "It was almost as if Blake was in the room with me trying to give me a sign."[68]

Yet the day seemed ordinary enough: she went to work as usual and had lunch with a friend. After a "light-hearted conversation" with her friend about the "significance of the Ides of March," she'd returned to work.[69] Not long after, she received a call from Blake's wife in Texas. Brandy told her about the military vehicles that had parked several houses down. Just as Brandy was telling her how grateful she was that they had not come to notify her about Blake, Anne could hear her daughter-in-law scream as one of the officers rang her doorbell. After Brandy calmed down, she told the officer that she was on the phone with her mother-in-law, and he got on the line to tell her that Blake had been killed, and military officers would soon be arriving at her house in Georgia.[70] Anne said it was "the worst phone call" she'd ever experience.[71] Her best friend drove her home and somehow Anne managed to find the strength to call her husband, telling him simply to come home immediately.[72]

---

64 *Id.*
65 *Id.*
66 *See id.* ¶ 17.
67 *Id.* ¶ 18.
68 *Id.*
69 *Id.* ¶ 19.
70 *See id.* ¶¶ 20-21.
71 *Id.* ¶ 22.
72 *See id.*

Paul pulled up just as the officers arrived at their home.[73] She described his reaction: "Paul got out of the car and immediately fell to his knees. The Chaplain and I had to hold him up. The intense pain that overwhelmed Paul was unbearable to watch."[74] When their daughter learned about Blake, Anne said she "could hear the screams echoing" through Paul's cellphone.[75]

Anne recalled the burial at Arlington National Cemetery. When Taps was played, she found it was "the most mournful and beautiful sound of a trumpet this side of heaven."[76] When she and Paul knelt beside to their son's coffin, she was convinced that it would not be "the last time" they would be with him.[77]

Though in the days that followed there were times when she was unable to eat [redacted] She said her faith assured her that she and Blake would be "reunited in Heaven."[78]

Throughout the years, Anne has awakened several times a month in the early morning hours, around 3 am, which she noted is "11 am in Baghdad"—around the time her son was killed. For her, it is as if Blake is gently urging her awake.[79] To keep him close to her heart, she wore her son's dog tags for 10 years. More recently, she has placed them on her car's rear-view mirror so that a part of him stays with her while she drives.[80]

---

73 *See id.* ¶ 23.
74 *Id.*
75 *Id.* ¶ 24.
76 *Id.* ¶ 27.
77 *Id.*
78 *Id.* ¶ 30.
79 *Id.* ¶ 31.
80 *See id.* ¶ 32.

Anne has tried to take solace from the fact that her son "died doing the job he loved."[81] It is a small comfort. There is nothing that can truly allay her "pain and suffering."[82] "Nothing can ever fix it, no one can ever take his place and everyday he is in my heart."[83]

Plaintiffs have requested an award of $5 million for Anne Harris' solatium claim. I recommend that the Court enter judgment in that amount.

**ii. Paul Harris**

According to Paul, the military was in his son's "DNA."[84] Paul's father had served in the military during World War II, and though he "did not see combat," Blake "never seemed to tire of listening" to his stories about his experiences.[85] Paul admitted that he too would have served if not for the knee injury he got while playing football.[86]

Paul described how Blake's interest was further kindled during middle school when he joined the Civil Air Patrol, a program that was "similar to the Boy Scouts, but with an air force focus."[87] The program covered "military etiquette, military life, and marching" and included aspects of "search and rescue techniques."[88] By the time he was in high school, Blake was already participating in ROTC. He was inducted into the Army the weekend after his high school graduation.[89]

When Paul and Anne visited him at Fort Jackson in South Carolina during one of the parents' weekends, Paul understood that his son had found his path.[90] Paul recalled: "I was

81 *Id.* ¶ 36.
82 *Id.*
83 *Id.*
84 Ex. 8, Declaration of Paul Harris, dated October 10, 2019, ¶ 8.
85 *Id.*
86 *See id.*
87 *Id.* ¶ 9.
88 *Id.*
89 *See id.* ¶¶ 10, 12-13.
90 *See id.* ¶¶ 13-14.

incredibly proud of Blake's motivation and efforts. I could not help but see that this was his passion.[91]

Paul explained that Blake was "devastated" when he was subsequently offered a position as "a clerk or cook."[92] He recounted that his son's dream was to become an Army Ranger and he had continued working toward that goal: "Blake always planned to return to complete Ranger school and attend Office Candidate School to become a Warrant Officer, but sadly, he never had the opportunity."[93]

When Blake deployed to Afghanistan, he was assigned as a cook for the Special Forces deployed there. He lived with Delta Force and according to Paul, "he was living his dream."[94] Blake not only cooked for them; he also went out on patrols with them.[95]

While Blake was stationed in Germany and later when he was on his first tour in Iraq, he and Paul stayed in frequent touch by phone. Paul particularly enjoyed those calls, noting that "it was always great to hear his voice and stay connected."[96] Paul added that Anne was "very active" in coordinating care packages for their son and his unit.[97]

While at Fort Bragg, Blake met and married Brandy. Approximately two years later, in September 2006, he returned home.[98] He was scheduled to re-deploy to Iraq and disclosed that he was planning to serve in a new role as "a combat observer."[99] Paul said the two of them discussed the risks: "When I reminded him of the obvious, that he had a higher chance of being killed as a

---

91 *Id.* ¶ 14.
92 *Id.* ¶ 15.
93 *Id.* ¶ 16.
94 *Id.* ¶ 17.
95 *See id.*
96 *Id.* ¶ 19.
97 *Id.*
98 *See id.* ¶¶ 21-22.
99 *Id.* ¶ 22.

forward observer, Blake simply responded that when God calls your number, you're gone."[100] Though he respected his son's commitment, he found it difficult to accept: "It was hard to hear him talk this way, but I understood. That visit was the last time I saw Blake alive."[101]

Blake had called to check in prior to March 15, 2007; Paul was scheduled to have knee replacement surgery on March 16, 2007, and his son had called to wish him well.[102] Paul said this reflected his son's upbeat outlook: "Being positive was being Blake."[103] Paul regrets not being home for that last call; he has saved the voicemail so that he could continue to hear his son's voice.[104]

The day he learned that Blake had been killed stands out in his mind. He recalled that Anne had called him at work, telling him to come home right away. When he arrived back home, he saw two military officers walking towards his truck. He immediately knew they had come about Blake: "I vividly remember screaming at the top of my lungs while feeling as though I could not breathe. It was as if someone took a bowling ball and punched me in my stomach, knocking my breath out."[105] When he got out of the vehicle, he collapsed to the ground and had to be helped to stand. Paul and Anne "held onto each other and together we sobbed uncontrollably."[106] He cannot recall anything that he was told by the casualty assistance officer or the chaplain. His only recollection is feeling unable to breathe.[107]

The military service for Blake included the 21-gun salute and the playing of Taps. Paul said he cried as he knelt next to the casket to say his "last goodbye" to his son.[108] To this day, whenever

---

100 *Id.* ¶ 23.
101 *Id.*
102 *See id.* ¶ 25.
103 *Id.*
104 *See id.*
105 *Id.* ¶ 26.
106 *Id.*
107 *See id.* ¶ 27.
108 *Id.* ¶ 30.

he hears Taps, it brings back all the memories of that day: "The sound brings tears to my eyes and my mind sees splashes of images of the explosion in which Blake was killed, my standing beside his casket, and my efforts to touch him for the last time."[109]

Paul described his son as a "'chip off the old block.'"[110] They shared "personality traits,"[111] a love of the outdoors, and a passion for sports.[112] His hopes that the Harris family line would continue with Blake ended on March 15, 2007.[113] Paul laments: "I wanted to watch him be a parent and raise a family with Brandy. He told me that after he first pursued a military career, he was looking forward to enjoying time with his family. It saddens me that he never had the chance."[114]

Paul has tried to find comfort in trout fishing, an activity he and Blake enjoyed together, and uses the time to "talk" to his son.[115] He has now retired and spends his time reminiscing about "wonderful memories" that he and Blake shared.[116] Yet he feels his son's "absence deeply"[117] — "The grief I feel for all that we never had the chance to share is powerful. The sadness I feel does not leave me. Knowing that I will not have my son in my life as I grow old often fills me with despair."[118]

Plaintiffs have requested an award of $5 million for Paul Harris' solatium claim. I recommend that the Court enter judgment in that amount.

---

109 *Id.* ¶ 31.
110 *Id.* ¶ 35.
111 *Id.*
112 *See id.* ¶¶ 6-7.
113 *See id.* ¶ 35.
114 *Id.* ¶ 34.
115 *Id.* ¶ 32.
116 *Id.* ¶ 36.
117 *Id.*
118 *Id.* ¶ 37.

### c. MAY 3, 2007, ATTACK – BAGHDAD

In 2007, Private First Class ("PFC") Jerome Potter was serving as a member of the United States Army in Baghdad, Iraq. *See* ECF No. 124 at 83. On May 3, 2007, PFC Potter was driving an M2A3 Bradley on Old Crow Road, approaching Route Oilers in Iraq. *See id.* At approximately 6:10 p.m. local time, an explosive struck PFC Potter's vehicle, which set the vehicle on fire and caused it to crash into a nearby civilian vehicle. *See id*. at 83-84. PFC Potter died as a result of the fire. *Id.* at 84. PFC Potter was posthumously promoted to the rank of Specialist ("SPC").[119] On January 14, 2021, the Court found "Iran and its proxies bear responsibility for the EFP attack that killed PFC Potter." *Id.* at 85.

The Plaintiffs in this case injured as a result of this attack from the Potter Family are the Estate of Jerome Potter and the Estate of Holly Burson,[120] mother of Jerome Potter. *See* AC ¶¶ 635-641. On February 6, 2018, Holly Burson was appointed the Personal Representative of the Estate of Jerome Potter.[121] Plaintiff Holly Burson died on December 15, 2023.[122] On March 11, 2026, Bobbi Jo Hinton, daughter of Holly Burson, was appointed the Administrator of the Estate of Holly Burson,[123] and on April 7, 2026, Bobbi Jo Hinton was appointed the Successor Personal Representative of the Estate of Jerome Potter.[124] On June 12, 2026, Plaintiffs moved to substitute Bobbi Jo Hinton as Personal Representative of the two estates: the Estate of Holly Burson and the Estate of Jerome Potter. *See* ECF No. 305. On June 16, 2026, this Court granted the substitutions. *See* ECF No. 307.

---

[119] *See* Ex. 10, Enlisted Record Brief of Jerome Potter

[120] Holly Burson is identified as "Holly Burson-Gilpin" in the Amended Complaint. *See* AC at ¶¶ 639-641.

[121] *See* Ex. 11, Letters of Administration, dated February 6, 2018.

[122] *See* Ex. 19, Death Certificate of Holly Burson.

[123] *See* Ex. 20, Letters of Administration, dated March 11, 2026.

[124] *See* Ex. 12, Letters of Administration, dated April 7, 2026.

The following chart reflects the claims asserted by the Estate of Jerome Potter and the Estate of Holly Burson as well as the evidence setting forth the bases of those claims. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration:

| **Plaintiff** | **Relationship to Direct Victim** | **Claim(s) Asserted** | **Evidence** | **Exhibit** |
|---|---|---|---|---|
| Estate of Jerome Potter | Self | Economic loss claim: $2,882,804.87<br>Unreimbursed funeral expenses: $4,000 (plus prejudgment interest of $5,886.62)<br>Conscious pain and suffering: $1 million | Copy of Jerome Potter's Birth Certificate | 9 |
| | | | Copy of Jerome Potter's Enlisted Record Brief | 10 |
| | | | Letters of Administration, dated February 6, 2018, issued to Holly Potter Burson, as the Personal Representative of the Estate of Jerome Potter | 11 |
| | | | Letters of Administration, dated April 7, 2026, issued to Bobbi Jo Hinton, as Successor Personal Representative of the Estate of Jerome Potter | 12 |
| | | | Declaration of Holly Potter Burson, dated June 4, 2019 | 13 |
| | | | Appraisal of Present Value of Economic Life of Jerome J. Potter, dated January 13, 2021, prepared by L. Wayne Plumly, Jr., Ph.D. | 14 |
| | | | Prejudgment Interest Calculation | 15 |
| | | | Army's AR 15-6 Investigation Report | 16 |
| | | | Declaration of Holly Burson, dated January 5, 2023 | 17 |
| Estate of Holly Burson | | Solatium claim $6.25 million | Copy of Holly Burson's Birth Certificate | 18 |

| | | | | |
|---|---|---|---|---|
| | Mother of Jerome Potter | | Copy of Holly Burson's Death Certificate | 19 |
| | | | Letters of Administration, dated March 11, 2026, issued to Bobbi Jo Hinton, as personal representative of the Estate of Holly Burson | 20 |
| | | | Declaration of Holly Burson, dated January 5, 2023 | 17 |

### 1. Estate of Jerome Potter's Economic Loss Claim

#### i. Lost Wages

SPC Potter's estate seeks compensation for economic losses in the form of lost wages, benefits, and retirement pay. *See* 28 U.S.C. § 1605A(c) ("damages may include economic damages").

To project SPC Potter's future income stream if not for the attack, Dr. Plumly incorporated testimonial evidence that he planned to serve in the Army for 20 years, after which he planned to become a firefighter, and overlaid that information against statistical data generated by the Bureau of Labor Statistics, the Department of Labor, military pay websites, and other relevant sources.[125] From these sources, Dr. Plumly calculated the present value of SPC Potter's lost income, assuming that SPC Potter, who was 24 years old when he was killed, (1) would have served in the military for 20 years; (2) would have become a firefighter after retiring from the military; (3) would have earned an annual salary of $76,970 working as a firefighter, adjusted annually by 2.815%, the percent change for the relevant years according to the U.S. Bureau of Labor Statistics; (4) would

---

[125] *See* Ex. 14, Appraisal of Present Value of Economic Life of Jerome J. Potter, dated January 13, 2021, prepared by L. Wayne Plumly, Jr., Ph.D., at 3-4.

have started collecting SSR benefits at age 67; and (5) had a life expectancy of 77.67 years.[126] Dr. Plumly adjusted these income figures for taxes and consumption, adjusted the SSR benefits for inflation, and adjusted the total lost earnings, pension benefits, and SSR benefits to present value at a rate of 2.10%, the average yield of high-grade municipal bonds as of September 2020.[127] Adjusted for taxes and consumption, and to present value, Dr. Plumly calculated the economic loss claim of SPC Potter's estate as $2,882,804.87.[128] Plaintiffs have requested an award in this amount for SPC Potter's estate's economic loss claim, and I recommend that the Court enter judgment in that amount.

**ii. Unreimbursed Funeral Expenses**

The Estate of Jerome Potter claims an additional $4,000 in economic losses unreimbursed funeral expenses. *See* Ex. 13, Declaration of Holly Potter Burson, dated June 4, 2019, ¶ 5; *see Colvin v. Syrian Arab Republic*, 363 F. Supp. 3d 141, 160-61 (D.D.C. 2019) (awarding funeral expenses as part of economic damages pursuant to Section 1605A(c)); *see also Belkin v. Islamic Republic of Iran*, 667 F. Supp. 2d 8, 24 (D.D.C. 2009) (same). Plaintiffs have requested an award in this amount, along with prejudgment interest, calculated as follows.

This Circuit has held that an appropriate measure of what rate to use when calculating prejudgment interest is the prime rate for each year, i.e., the rate banks charge for short-term unsecured loans to credit-worthy customers. *See Oldham v. Korean Air Lines Co.*, 127 F.3d 43, 54 (D.C. Cir. 1997) (citing *Forman v. Korean Air Lines Co., Ltd.*, 84 F.3d 446, 450 (D.C. Cir.), *cert. denied*, 519 U.S. 1028 (1996)). The applicable prime rate of interest for each year from 2007 to 2026, taken from the Federal Reserve website, is included in Exhibit 15, along with the

126 *See id.*
127 *See id.* at 4-5.
128 *See id.* at 5.

computation of those rates as applied to the $4,000 in unreimbursed funeral expenses. These calculations conform to those performed in *Mwila v. Islamic Republic of Iran*, 33 F. Supp. 3d 36 (D.D.C. 2014), in which the court multiplied $1.00 by the prime rate in the initial year and added that amount to $1.00, yielding the multiplier. The court then took that amount and multiplied it by the prime rate in the next year and added that amount to the first multiplier. The court "continu[ed] this iterative process through" the last year to yield an ultimate multiplier. *Id.* at 47 n.7. "The product of the multiplier and the base damages amount includes both the prejudgment interest and the base damages amount; in other words, applying the multiplier calculates not the prejudgment interest but the base damages amount plus the prejudgment interest, or the total damages award." *Id.* at 47 n.8. Using this same calculation, Plaintiffs have requested an award of $9,886.62, and I recommend that the Court enter judgment in this amount.

**iii. Conscious Pain and Suffering Claim**

The Army's AR 15-6 report investigating the May 3, 2007, attack submitted by Plaintiffs includes sworn eyewitness statements from service members present at the attack scene, which corroborated that SPC Potter was still conscious after the EFP struck his vehicle and before he died in the ensuing fire.

One of those sworn statements was by PFC Ronald Sundve, who described riding in the back of the vehicle driven by SPC Potter. He stated:

> Once the EFP went off we felt the blast, I saw a burst of fire coming down the hell hole that burnt my face, then white smoke and was unable to see. **I heard PFC Potter, Jerome yelling, he was the driver.** Then the smoke quickly cleared because the blast blew the TOW hatch off the vehicle and the driver hatch open. I noticed that PFC Potter was not moving, laying back in seat. We, in the back, checked each other to make sure were all ok. My face burnt. Eden said chest hurt. Then we could hear small arms fire hitting outside of Bradley. SGT Stokes asked if we were ok then jumped out of turret to help us get out because we were taking fire and the Bradley itself was on fire. The engine was at a high RPM and on fire. We tried to open troop door but couldn't. We helped get Eden out first then myself, with Knepper pushing and SGT Stokes pulling me out of the TOW hatch. ... I passed

> SSG Schnackenburg and told him Potter was still in the Bradley and they went to get him out. ... A moment later SGT Pinnock, SPC [], SGT Stokes, loaded up the Brad[ley] and said Potter was gone they couldn't get him out.[129]

Another sworn statement from PFC Cory Knepper, who was also in the vehicle, stated that after the EFP hit, "the driver [SPC Potter] had attempted to lower our ramp but it had jammed."[130] SPC Potter's mother verified in her declaration that "the Army told me that when Jerome's Bradley vehicle was struck by an explosive device, it caught on fire. They also said that initially, Jerome was alive in the vehicle, and he could not escape—he was trapped. Soldiers had tried, but failed, to get him out, and he burned to death."[131]

Courts have awarded $1 million in comparable circumstances involving brief periods of conscious pain and suffering, including where the evidence of consciousness was less direct than here. *See, e.g.*, *Smith ex rel. Smith*, 262 F. Supp. 2d at 234; *Elahi*, 124 F. Supp. 2d at 113. Here, the eyewitness and family declarations establish more directly that SPC Potter remained conscious after the EFP struck and before the fire took his life. Plaintiffs have requested an award of $1 million on behalf of SPC Potter's estate for his conscious pain and suffering. I recommend that the Court enter judgment in that amount.

### 2. Solatium Claims Brought by SPC Jerome Potter's Family Member

#### i. The Estate of Holly Burson

Holly Burson was born on December 23, 1965.[132] She is the mother of SPC Jerome Potter, who was born on January 26, 1983.[133] [redacted]

---

129 Ex. 16, Military Form DA 2823 Sworn Statement of PFC Ronald Sundve, dated May 5, 2007, included as Exhibit D to the Army's AR 15-6 Investigation Report, at pp. 17-18 (emphasis added).

130 Ex. 16, Military Form DA 2823 Sworn Statement of PFC Cory Knepper, dated May 5, 2007, included as Exhibit E to the Army's AR 15-6 Investigation Report, at pp. 19-20.

131 Ex. 17, Declaration of Holly Burson, dated January 5, 2023, ¶ 25.

132 *See id.* ¶ 2; *See* Ex. 18, Birth Certificate of Holly Burson.

133 *See* Ex. 17, Declaration of Holly Burson, dated January 5, 2023, ¶ 1; *See* Ex. 9, Birth Certificate of Jerome Potter.

[redacted]

[redacted][134] As noted *supra*, on March 11, 2026, Bobbi Jo Hinton, daughter of Holly Burson, was appointed the Administrator of Holly Burson's estate.[135]

Holly was 17 years old when Jerome was born, and she felt that in some way, she and her son "grew up together."[136] In 1985 and 1987, Holly gave birth to Jerome's two sisters: Amber and Bobbi Jo.[137] For a period of time, the family of four lived near the mountains of Yelm, Washington, on the 15-acre property owned by Holly's parents.[138] Together, they "had fun on two to three-day camping trips once or twice during the summers," where they "liked simply looking at the big trees, spending time by the river, hiking, and sitting by the campfire."[139] Holly also described times when she "loaded up my kids and drove as much as two hours away to the ocean beaches at the coast, " where they all played in sand and in the waves.[140]

Holly described Jerome as "thoughtful and sensitive," someone who "was very kindhearted and had a special sweetness about him."[141] She also considered him to be "a blessing."[142] As he grew older, Jerome enjoyed demonstrating his strength and "easily picked up my [Holly's] 5'2" body," a fact which "delighted him."[143]

When Jerome decided that he did not want to complete high school, Holly offered him two options: get a job or join Job Corps, which she described as "a federal program that offers a different way for teens to complete their high school education while also providing them with

134 Ex. 19, Death Certificate of Holly Burson.
135 *See* Ex. 20, Letters of Administration, dated March 11, 2026.
136 Ex. 17, Declaration of Holly Burson, dated January 5, 2023, ¶ 6.
137 *See id.*
138 *See id.* ¶ 7.
139 *Id.*
140 *See id.*
141 *Id.* ¶ 8.
142 *Id.*
143 *Id.* ¶ 9.

some career training."[144] He chose the latter, and over the course of approximately two years, he "had hands-on experience fighting forest fires" and earned his G.E.D., all of which made Holly "very proud."[145] The Job Corps program required that Jerome live in Oregon, but while away, mother and son "talked often by phone."[146] Holly recalled, "He and I talked openly. He asked for my advice, and I asked him for his opinions about things, too. I knew the plans he had for his life – adding to his education, meeting a girl, having a big family, and becoming a forest ranger."[147] The fact that these goals "would never be" caused "an incredible sadness" which Holly could not effectively put into words.[148]

When Jerome sought Holly's opinion and posed the idea of joining the military, he explained that he believed "the military would be a steppingstone to furthering his education – he would serve for a few years and then use the G.I. Bill." Prior to this conversation, Holly had also observed that her son had a strong feeling of patriotism after the September 11th attacks and "had developed a desire to protect his country and his family,"[149] Holly did not want Jerome to enlist, for she feared harm would come to him[150] and "felt as though my heart and soul were leaving me"; yet she supported his decision.[151]

Around Thanksgiving of that same year, when Jerome returned home from basic training at Fort Benning, she saw "differences in him" – he "seemed to be more serious and mature," yet he still had his sense of humor.[152] When Jerome told Holly how much he loved and missed her,

---

144 *Id.* ¶ 10.
145 *See id.* ¶¶ 10, 12.
146 *Id.* ¶ 11.
147 *Id.*
148 *Id.*
149 *Id.* ¶ 13.
150 *See id.*
151 *See id.* ¶ 14.
152 *Id.* ¶ 15.

she appreciated that "his love for me never changed" and believed he "was still my Jerome."[153]

When Holly visited Jerome at Fort Hood, he "was clearly excited" to show her around and describe the military machines.[154] Regarding that time together, she shared, "Unfortunately, as I think back to that visit, where he and I were both so happy, I feel heartbroken."[155]

In October 2006, Jerome deployed to Iraq, and the two maintained their connections while he was overseas. She recalled that Jerome "emailed me and borrowed phones so we could talk. I loved his phone calls. There were times when I hoped and hoped I would hear from him, and when I did, I was beyond excited."[156] Holly also "couldn't wait to mail him care packages" – she "sent as much as I could, in four or five boxes at a time."[157] Yet throughout his deployment, she had "a gnawing feeling that his deployment would not end well" and was "plagued by relentless nightmares," which included images of answering a knock on her door and "find[ing] soldiers staring at me – telling me my son was dead"; she added, "Those nightmares became my horrific reality."[158]

On the morning of May 3, 2007, unaware that Holly had a new home address, uniformed officers arrived at the workplace of Amber, Jerome's sister.[159] Amber, who had not been told why the soldiers were there, telephoned Holly, who immediately drove to Amber.[160] Throughout the drive, Holly "cried and cried" and "prayed it was nothing more than that he [Jerome] had been hurt."[161] Upon arrival, the soldiers informed Holly and Amber, in a "formal, flat" manner, that the

---

153 *Id.*
154 *Id.* ¶ 16.
155 *Id.*
156 *Id.* ¶ 17.
157 *Id.* ¶ 18.
158 *Id.* ¶ 19.
159 *See id.* ¶¶ 20, 21.
160 *See id.* ¶ 21.
161 *Id.* ¶ 22.

event Holly "had prayed would not be true: Jerome had been killed."[162] The soldiers drove Holly home because they would not allow her drive herself.[163]

Holly's apartment soon became so crowded with family members that she felt she "couldn't breathe."[164] She described a particular incident and the aftermath in this way:

> [redacted] Then, I slept for a long time – I have no idea for how long. When I woke up, I still felt overwhelmed by what had happened and didn't want to accept any of it was true. I truly believed I could not survive it. These feelings have continued in varying ways for years.[165]

At some point, Holly learned more about the attack and what had happened to Jerome. Separate from the fact that Jerome's Bradley vehicle had caught on fire after it had been struck by an explosive device, she was told, "[I]nitially, Jerome was alive in the vehicle, and he could not escape – he was trapped. Soldiers had tried, but failed, to get him out, and he burned to death."[166] Holly acknowledged, "Knowing that my son's last moments were agonizing, and that he died such a horrific and tortuous death, rips at my soul and haunts me to this day."[167]

[redacted] My loss was so deep and profound that I needed help brushing my teeth, combing my hair, and even walking."[168] [redacted][169] Holly

162 *Id.* ¶ 23.
163 *See id.*
164 *Id.* ¶ 24.
165 *Id.*
166 *Id.* ¶ 25.
167 *Id.*
168 *Id.* ¶ 26.
169 *Id.*

felt "lost without Jerome, and I suffered constantly."[170] These episodes "continued for many months."[171]

In an effort to prepare Holly for the condition of Jerome's remains, soldiers met with her and showed her photographs of "a 'dummy body' – an example of a body wrapped in plastic with a uniform laying on top of it."[172] She described this as "a terrible experience for anyone, especially any parent, to endure."[173] Jerome's remains arrived in the United States a few weeks after the attack.[174] Regarding what she witnessed firsthand, Holly recalled, "[A]s awful as those photographs were, what I actually dealt with was much, much worse";[175] she described what she witnessed as follows:

> When I got to the funeral home and looked into the casket, I saw what was basically a 12-pound plastic bag containing Jerome's remains. It was wrapped in an Army blanket and had been closed with safety pins. A uniform had been draped on it. It did not resemble a man – I can only call it, 'a mummy baby.' Nothing about it looked like Jerome, and yet it was my boy.[176]

[redacted][177] [redacted][178] What Holly learned about the attack and what she personally experienced – "the tragic way Jerome died and the horrific sight of his remains wrapped in plastic" – could not be "erase[d] from my memory."[179] She further explained:

> Even now, I feel added pain inside because I never got to see Jerome's face one last

---

170 *Id.*
171 *Id.*
172 *Id.* ¶ 27.
173 *Id.*
174 *See id.*
175 *Id.*
176 *Id.* ¶ 28.
177 *Id.* ¶ 29.
178 *Id.*
179 *Id.* ¶ 40.

> time. I didn't get to say goodbye to him. I only have horrific memories of the disfigured remains of what used to be my loving, sweet, happy son – my wonderful grown young man.[180]

Within a few months of Jerome's death, Holly had his name and his date of death tattooed on her right wrist, and sometime later, she got a tattoo of a dragonfly on her left wrist.[181] She chose the dragonfly because Jerome had given her a dragonfly charm years earlier; Holly wanted to ensure that the dragonfly, like Jerome, "would always be with me."[182] She also admitted the following:

> I feel a very strong need to talk to Jerome and tell him how much I love and miss him. Sometimes, I talk to him in my head and my heart; at other times, I talk out loud. I need to verbalize my love for him. I truly hope he can hear me.[183]

After Jerome's death, many days of the year, like Thanksgiving and Christmas, became "nearly unbearable" for Holly.[184] She added that even though she "miss[es] Jerome all the time, . . . on those days in particular, memories of him seem more overwhelming."[185] In addition, on the Fourth of July, Jerome's "favorite holiday," Holly wanted "to sleep all day" and "wanted that day to be over as quickly as possible."[186] [redacted][187] [redacted][188]

Holly also recognized that Jerome's future was taken from him because of what occurred in Iraq. She explained it in this way: "Jerome and I have been robbed of years of living, years of

---

180 *Id.* ¶ 30.
181 *Id.* ¶ 34.
182 *Id.*
183 *Id.* ¶ 33.
184 *Id.* ¶ 39.
185 *Id.*
186 *Id.*
187 *Id.* ¶ 36.
188 *Id.*

experiences we should have shared. . . we both looked forward to seeing it [his life plan] happen. Then, suddenly, the chapter in Jerome's book of life was closed. Done. This reality has been devastating."[189] Holly felt she "lost everything on May 3, 2007," and added, "I lost my only son, and I lost myself. I am not the person I was – I have been diminished to degrees that cannot be measured."[190]

In January 2023, only 11 months prior to her death, Holly attempted to further describe some of what she had experienced over the years and continued to experience as a result of the attack. [redacted][191] [redacted]

> [redacted]92

[redacted][193] [redacted][194] [redacted] The suffering I deal with because I have lost Jerome is beyond horrible. I know nothing will ever take that pain away. Nothing can really even make it bearable. I really wish the pain would stop."[195] [redacted]

---

189 *Id.* ¶ 41.
190 *Id.* ¶ 40.
191 *Id.*
192 *Id.* ¶ 37.
193 *Id.* ¶ 38.
194 *Id.*
195 *Id.* ¶ 69.

[redacted][196]

Plaintiffs have requested an award of $6.25 million for Holly Potter's solatium claim, representing an upward departure of 25% to reflect Holly's particularly egregious suffering over the way her son was killed, *see Flanagan v. Islamic Republic of Iran*, 87 F. Supp. 3d 93, 118 (D.D.C. 2015) (awarding 25% upward departure for family members of the deceased, due to how "the violent nature in which he died further exacerbated their grief and mental suffering, with several of his family members tortured by the fact that he may have suffered before he died"); *Fritz v. Islamic Republic of Iran*, No. 15-cv-456 (RDM), 2018 U.S. Dist. LEXIS 221357, at *70 (D.D.C. Aug. 13, 2018), report and recommendation adopted as modified, 324 F. Supp. 3d 54, 62 (D.D.C. 2018) (awarding upward departure of 20% to family members because of "the manner in which [the deaths] occurred"); *Havlish v. Laden*, No. 03-mdl-1570 (GBD)(FM), 2012 U.S. Dist. LEXIS 143525, at *81 (S.D.N.Y. Oct. 3, 2012) (increasing the solatium awards for spouses, parents, siblings, and children of September 11 victims across the board by 56.25%, 70%, 183.33%, and 70%, respectively, on the basis of the "extraordinarily tragic circumstances surrounding the September 11th attacks"), as well as her extreme reaction to his death, *see Oveissi*, 768 F. Supp. 2d at 21, 29-30 (awarding 50% upward departure to formerly "playful and cheery child" who "suffered from outbursts of anger and fits of denial" and "battled alcoholism" throughout his adolescence in an attempt to cope with the death of his family member); *Baker v. Socialist People's Libyan Arab Jamahirya*, 775 F. Supp. 2d 48, 68, 84 (D.D.C. 2011) (awarding 25% upward departure to brother who battled substance abuse and depression as a result of his sister's death).

Taken together, this consistent body of authority confirms that an upward departure is

[196] *See* Ex. 19, Death Certificate of Holly Burson.

warranted where, as here, the circumstances of a family member's death inflict psychological trauma on the survivor and precipitate self-destructive behavior, facts far beyond what is typical in solatium cases. When one considers the circumstances of Jerome's death, the tragic manner in which Jerome's body was presented, and the depth of Holly's depression [redacted] I recommend an upward adjustment of 40% in the award to the Estate of Holly Burson, for a total of $7 million.

**d. APRIL 6, 2008, ATTACK – BAGHDAD**

On April 6, 2008, Colonel Stephen Scott and Major Stuart Wolfer were at the Phoenix Base in Baghdad, Iraq when it was attacked by a 107mm Iranian rocket. The rocket impacted the gym, resulting in their deaths from blast injuries. The attack also injured 19 other service members. The Court found satisfactory evidence in the record to demonstrate that the attack was traceable to Iran and its proxies and entered default judgment against Iran. *See* ECF No. 304 at 32-33.

The Plaintiffs in this case are family members of Colonel Stephen Scott and Major Stuart Wolfer.

**1. Solatium Claims Brought by COL Stephen Scott's Family Members**

Colonel Stephen Scott's two daughters, Rachel Gillette and Rebekah Scott, are Plaintiffs in this case. *See* AC ¶¶ 888-889. The following chart reflects the claim asserted by these Plaintiffs, as well as the evidence setting forth the bases of that claim. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Rachel Gillette | Daughter of Stephen Scott | Solatium $5 million | Copy of Rachel Gillette's Birth Certificate | 21 |
| | | | Declaration of Rachel Gillette, dated September 9, 2019 | 22 |
| Rebekah Scott | Daughter of Stephen Scott | Solatium $5 million | Copy of Rebekah Scott's Birth Certificate | 23 |
| | | | Declaration of Rebekah Scott, dated October 8, 2019 | 24 |

**i. Rachel Gillette**

Although her father had joined the Army when he was 18 years old, Rachel emphasized that he always managed to achieve a work-life balance.[197] According to Rachel: "My father was always able to successfully balance the competing priorities in his life: his family and his career. Neither one was sacrificed for the other. That ability and accomplishment is one of the things I admire most about my dad."[198]

In fact, when she was in middle school, her father was promoted to the rank of Major and had a custom license made that read "Major Dad." She said that "title" not only reflected his new rank but the essence of who he was as a father.[199]

From the time she and her sister, Rebekah, were born, Colonel Scott always made time for both of them: "He was always home for holidays and rarely missed the opportunity to watch me play in soccer games, gymnastics tournaments, roller hockey games, and dance recitals."[200] As a

[197] *See* Ex. 22, Declaration of Rachel Gillette, dated September 9, 2019, ¶ 5, 10.
[198] *Id.* ¶ 10.
[199] *Id.* ¶ 26.
[200] *Id.* ¶ 5.

"classic tomboy," she enjoyed spending time outdoors with her father, and they often went fishing together. The two of them also enjoyed music, and when she started to play piano and later the flute, he came to all her recitals and concerts.[201]

When she was in 8th grade, her parents divorced, but her father moved nearby so he could be close to her and her sister. The two of them spent several nights a week and every other weekend with him.[202] She said that he "worked tirelessly to ensure that my sister and I always knew that despite their separation, we still had two parents who loved us."[203]

Even as an adult, Rachel's father continued to play a major role in her life. She described how, when she delivered her first child six weeks early and her son required an extended neonatal intensive care stay, Colonel Scott showed up at the hospital the day after the delivery. Upon hearing the news, he had immediately flown to be by her side from Kuwait, where he was stationed at the time.[204] Rachel recalled: "I was shocked to see him, but not at all surprised that he had dropped everything to be there when I needed him."[205] He stayed with her for three weeks, offering encouragement and support throughout. Looking back, she does not know how she would have managed without her father by her side.[206]

Rachel turned to her father again several years later, after her divorce: [redacted] He accompanied me to my lawyer's office and paid the retainer."[207] Colonel Scott also helped her sell her house and find another place for her and her two young children to live.[208] She said that during this time, her father was the one she "turned to for

---

201 *Id.* ¶ 6.
202 *See id.* ¶ 9.
203 *Id.*
204 *See id.* ¶ 11.
205 *Id.*
206 *See id.* ¶ 12.
207 *Id.* ¶ 13.
208 *See id.*

advice on everything from how to unclog my sink to how to fix my car."[209] According to Rachel: "Without him helping me at every turn, I don't know if I would have been able to make it."[210]

When Colonel Scott was stationed in Baghdad, the two of them emailed every other day and spoke on the phone twice a week. He also shared articles that he thought she would enjoy[211] — "I really looked forward to reading the articles and paid attention to the details he highlighted or underlined especially for me. It was just one more way my father showed me how much he cared about me."[212]

On April 7, 2008, the morning after the attack, she went to work as usual. Rachel's aunt on her father's side worked at the same location, and when Rachel arrived, she saw her aunt talking to her mother. Her mother and aunt ushered her into a private conference room to tell her that her father had been killed.[213] [redacted][214]

[redacted][215] She described how, from that point onward, her world fell apart: [redacted][216] [redacted]

[209] *Id.* ¶ 14.
[210] *Id.*
[211] *See id.* ¶¶ 15-16.
[212] *Id.* ¶ 16.
[213] *See id.* ¶ 17.
[214] *Id.* ¶ 18.
[215] *Id.* ¶ 19.
[216] *Id.* ¶ 20.

[redacted][217] [redacted][218] [redacted][219] [redacted][220]

Having remarried, Rachel admits that she feels "cheated" that her father never got to meet her second husband or his third grandchild.[221] Nevertheless, she recognizes that her loss has also been a great loss for those service men and women who served under her father.[222] "Since his death, many people have reached out to tell me how kind my father was to them during their service in the Army and how much it meant to them that a high-ranking army official would take the time to get to know them." [223] She added that this outpouring of support and affection is unsurprising: "I am not surprised by this because that is who my dad was."[224]

Plaintiffs requested an award of $5 million for Rachel Gillette's solatium claim. I recommend that the Court enter judgment in that amount.

**ii. Rebekah Scott**

Rebekah seconded her sister's view of their father, specifically that he had the ability to have "a successful career while never sacrificing time with his family"; "My dad was always there

217 *Id.*
218 *Id.*
219 *Id.* ¶ 21.
220 *Id.* ¶ 22.
221 *See id.* ¶ 24.
222 *See id.* ¶ 25.
223 *Id.*
224 *Id.*

for me when I needed him while growing up."[225] Like Rachel, she recalled that their father came home for dinner almost every night, attended their afterschool events, and "never missed being with us during the holidays."[226]

Colonel Scott was also an avid outdoorsman. She recalled that he took her hunting and taught her to shoot when she was only around six years old.[227] He also introduced her to the "joys of fishing." What she cherished most, however, was just spending time with her father.[228]

The parents' divorce took a toll on Rebekah, and even though her father relocated so he could be nearby, [redacted][229] [redacted][230] Thus, when her father relocated to Huntsville, Alabama, he suggested that she come and live with him. Though she was nervous about the change, she also looked forward to making a fresh start[231] — "With my father's guidance and encouragement, I did well in school and made friends with kids that I still keep in touch with today. I believe that my dad's decision to bring me with him, changed the course of my life."[232]

Her father's strong belief in the value of education eventually led Rebekah to obtain a degree in nursing. She is grateful that later in life, this enabled her to support herself and her two young children.[233] She does not know if she would have accomplished this without her father's "input and direction."[234]

---

225 Ex. 24, Declaration of Rebekah Scott, dated October 8, 2019, ¶ 5.
226 *Id.*
227 *See id.* ¶ 6.
228 *Id.*
229 *Id.* ¶¶ 7-8.
230 *Id.* ¶ 8.
231 *See id.* ¶¶ 9-10
232 *Id.* ¶ 12.
233 *See id.* ¶ 15.
234 *Id.*

When Rebekah turned 18, her father relocated to Washington, D.C., to work at the Pentagon. This was not long after the attacks on September 11, 2001.[235] When she visited him there, what left the greatest impression on her were his visits to Walter Reed National Military Medical Center, where Colonel Scott went to offer "moral support and encouragement" to injured service members.[236] Rebekah recalled that on the occasions she accompanied him on these visits, she knew that he made these visits not because it was part of his job, but because he "genuinely cared about these injured service men and women and wanted to help them in any way he could."[237] For Rebekah, her father's compassion was "his greatest legacy" and the one she cherishes "the most."[238]

Though her father tried to allay her fears about his being stationed in Iraq, telling her that he was in a "well-guarded area," she still "feared for his safety."[239] According to Rebekah: "Deep down I knew something terrible could happen. I didn't want to imagine my life and what it would look like without my dad in it."[240]

A few days before he was killed, Colonel Scott called Rebekah from Iraq. When she called him back, he told her that he had called just to say "I love you."[241] She said that if she had known this was the last time they would speak, she "never would have hung up."[242]

Rebekah distinctly remembers the day she learned he had been killed. She recalled waking up "with a weird feeling."[243] She decided to stay home from work that day and was lying on the couch, when she saw her mother, sister, and cousin in her driveway. Rebekah recalled: "As they

235 *See id.* ¶ 16.
236 *Id.* ¶ 17.
237 *Id.* ¶ 18.
238 *Id.*
239 *Id.* ¶¶ 20-21.
240 *Id.* ¶ 21.
241 *Id.* ¶¶ 22-23.
242 *Id.* ¶ 23.
243 *Id.* ¶ 24.

got closer to my front door, I could see they were all sobbing."[244] Before they could tell her the news, Rebekah knew her father was dead. Her first reaction when they told her was to "hyperventilate."[245]

At the time, Rebekah had an 8-month-old baby [redacted][246] [redacted][247] Rebekah found it difficult to eat and sleep and often dreamt of her father's death: "In my dream I wanted to intervene and save my father but all I could do was watch it happen."[248] [redacted][249]

The first year after her father was killed was the hardest. It was a year of "firsts:" her father's absence at her son's first birthday, the first holidays without him.[250] [redacted] Rebekah expressed that her father's death has brought so much regret: there is so much that he has missed and so much that she misses.[251]

Rebekah feels closest to her father whenever she visits his grave. She comes when she is stressed or sad or angry or simply feels "adrift."[252] She described how, "Sometimes I go there to place flowers on his headstone and tell my dad, 'I just came by to say I love you.'"[253]

---

244 *Id.*
245 *Id.* ¶¶ 25-26.
246 *Id.* ¶ 27.
247 *Id.* ¶ 28.
248 *Id.* ¶ 29.
249 *Id.* ¶ 28.
250 *Id.* ¶ 31.
251 *See id.* ¶¶ 32-33.
252 *Id.* ¶ 34.
253 *Id.*

Plaintiffs have requested an award of $5 million for Rebekah Scott's solatium claim. I recommend that the Court enter judgment in that amount.

**2. Solatium Claims Brought by Major Stuart Wolfer's Family Members**

Leonard and Esther Wolfer, the parents of Major Stuart Wolfer, are Plaintiffs in this case. *See* AC ¶¶ 895-896. The following chart reflects the claim asserted by these Plaintiffs, as well as the evidence setting forth the bases of that claim. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| **Plaintiff** | **Relationship to Direct Victim** | **Claim(s) Asserted** | **Evidence** | **Exhibit** |
|---|---|---|---|---|
| Esther Wolfer | Mother of Stuart Wolfer | Solatium $5 million | Copy of Esther Wolfer's U.S. Passport | 25 |
| | | | Declaration of Esther Wolfer, dated February 3, 2021 | 26 |
| Leonard Wolfer | Father of Stuart Wolfer | Solatium $5 million | Copy of Leonard Wolfer's U.S. Passport | 27 |
| | | | Declaration of Leonard Wolfer, dated February 3, 2021 | 28 |

**i. Esther Wolfer**

Esther remembered her son, Stuart, as an "incredibly warm and engaging man" who "wanted to make the world a better place."[254] She said her son had "a very caring side," and the two of them "shared a very special relationship."[255]

254 Ex. 26, Declaration of Esther Wolfer, dated February 3, 2021, ¶ 6.
255 *Id.*

She and her husband, Leonard ("Len") had married on June 12, 1965; Stuart was the younger of their two children.[256] Though their family started off in New York, in 1984 they relocated to Coral Springs, Florida, a few months after Stuart's Bar Mitzvah.[257]

A connection to Judaism was always important to the family, and Stuart attended public school in Florida, he continued his Jewish education through their synagogue, joining the local chapter of B'nai B'rith Youth Organization ("BBYO") in high school. Esther was proud that her son was active in the organization; his involvement led to his appointment as an officer in the local chapter.[258]

After graduating high school, Stuart attended Washington University in St. Louis, Missouri. It was there that his interest in enlisting emerged. He had been auditing an ROTC class and decided that the military would be his path. Esther understood her son's need to make a difference: "Stuart always had a strong desire to help others, and I could tell he was determined; his commitment was clear."[259]

By the time Stuart graduated from Washington University, he had already completed all his ROTC training requirements and achieved the rank of Second Lieutenant. Stuart remained in the Army Reserve but relocated to Iowa for work.[260] It was in Iowa that he met his future wife, Lee. After a few years in Iowa, he and Lee relocated to California, where he earned a law degree from Loyola Law School. They married in August 2001 and moved to Idaho, where a year later they welcomed their first daughter, Lillian.[261]

---

256 *See id.* ¶ 5
257 *See id.* ¶¶ 7-9.
258 *See id.* ¶ 10.
259 *Id.* ¶ 13.
260 *See id.* ¶ 14.
261 *See id.* ¶¶ 15-16.

Stuart's first deployment was to Kuwait and while he was there, on November 24, 2004, Lee gave birth to their second daughter, Melissa. Esther described how her son returned on leave for a family wedding at the Jersey Shore and met his second daughter for the first time. A third daughter, Isadora, arrived in August 2006.[262] Esther knew that her son "adored all of his daughters and called them his "'beautifuls.'"[263]

On a visit to Stuart and Lee's Idaho home for Rosh Hashanah in 2007, she and Len learned that their son would soon be re-deployed. Stuart informed them that he'd planned for a December departure.[264] When the family gathered again for Thanksgiving, Esther observed that her son "seemed more reserved, not as outgoing as he usually was," so when they said their goodbyes she "gave him an extra strong hug."[265] Esther recalled: "That was the last time I saw my beloved Stuart alive."[266]

Esther received a card from Stuart from Fort Benning, Georgia, where he completed his pre-deployment training, that included a special message for her: "'You provided the foundation for me as I went on to college, law school … and other endeavors. Now as I leave to Iraq, please do not worry. … We are supposed to help heal the world as directed by our religion. … It is important for you to continue to live, play and learn.'"[267]

After her son deployed to Iraq in January 2008, Esther and Stuart kept in regular contact with phone calls, email, and Skype.[268] Esther particularly enjoyed the Skype calls: "It was wonderful whenever we connected, and I loved seeing his face when I could."[269] While in Iraq,

---

262 *See id.* ¶¶ 19-20.
263 *Id.* ¶ 16.
264 *See id.* ¶ 21.
265 *Id.* ¶ 22.
266 *Id.*
267 *Id.* ¶¶ 23-24.
268 *See id.* ¶ 25.
269 *Id.*

Stuart formed another connection, one that would be invaluable to his parents after his death: he attended services in the Green Zone with other service members. The group referred to themselves as "'B'nai Baghdad,'" and Esther explained that her son was scheduled to become their new lay leader but was killed before he could assume the role.[270] Since Stuart's death, Esther and Len have remained in contact with members of the group. This connection has been very meaningful for both of them: "Many of the soldiers who attended the B'nai Baghdad services have stayed in touch with us, especially when we honor Stuart on his *yahrzeit*, the anniversary of the day he was killed in action. It means a great deal that these soldiers connect with us from around the world."[271]

Esther recalled that Lee was the one who called them and told them the news. She said it "was the worst moment of the worst day one could ever imagine."[272] The official notice came the following day. Even though she had already heard the news from Lee, she became "heartbroken and devastated" yet again.[273]

The burial took place in Iowa. Esther is grateful that her daughter's efforts allowed Stuart's body to be returned stateside after only a few days.[274] She noted that this was especially important to their family because in "the Jewish tradition, it is customary to bury loved ones as quickly as possible."[275] Because she could not process that her son was gone unless she saw him one last time, she and Len arranged to view the body at the mortuary.[276] Esther described: "We had been told Stuart had been hit from behind and because of this, when I looked at him, it seemed as though he was sleeping. His face was his face."[277] The reality hit home and she "broke down and cried."[278]

---

270 *Id.* ¶ 26.
271 *Id.*
272 *Id.* ¶ 27.
273 *Id.* ¶ 28.
274 *See id.* ¶¶ 29-30.
275 *Id.* ¶ 29.
276 *See id.* ¶ 31.
277 *Id.*
278 *Id.*

She cannot recall much of the funeral service that was held at a local synagogue; though she was "physically present," her heart and mind were elsewhere. She remembered the 21-gun salute and the playing of Taps during the military service.[279] She said that if someone had taken an image of her heart at that moment, it would have shown an actual "jagged line running through it, breaking it in two."[280]

The family sat shiva over the course of the following week and, throughout, she was "overcome by a deep ache in my heart."[281] When they arrived back in Florida, she spoke at another memorial service they had for Stuart at their synagogue. It was well attended and to Esther, "it seemed the entire community had gathered for us and our family."[282] Len was by her side the entire time as she struggled through her speech: "Len and I supported each other that day and every day since our son was taken from us."[283]

They and their daughter have found various ways to honor Stuart: during the final prayer on Yom Kippur each year, Len wraps the two of them in Stuart's "tallit," his prayer shawl.[284] She noted that this and other gestures are very "meaningful" to her: "they connect Stuart to me, highlight Stuart's love of Jewish traditions."[285] On the Sabbath, Passover, and other Jewish holidays, Esther sets a place for her son at the table next to an empty chair: "As I do so, I am not only remembering and honoring Stuart, but I also think about the soldiers who are no longer able to sit at the table with their families during the holidays. Stuart, like the others, should be home with people who love him."[286]

---

279 *Id.* ¶¶ 32-33.
280 *Id.* ¶ 33.
281 *Id.*
282 *Id.* ¶ 34.
283 *Id.*
284 *Id.* ¶ 40.
285 *Id.*
286 *Id.* ¶ 36.

On Stuart's birthday every year they FaceTime together with their daughter, Beverly, and her family and "share stories about Stuart and tell him what everyone is doing."[287] Beverly bakes a special chocolate cake and places a figurine of a little boy next to the cake. It is the same figurine that Esther used for Stuart's birthdays years ago.[288]

In her home in Florida, there is an entire wall of photographs of her son that include his awards and photos of his wife and children.[289] Esther described how "I walk by these pictures every single day and generally, I feel happy when I look at them; but sometimes, I feel a deep sense of longing."[290]

Esther, Len, and Stuart's sister have also started an organization in Stuart's memory, the Major Stuart Adam Wolfer Institute ("MSAWI"). The organization sends care packages to service members who are deployed and assists veterans. It is a way for Esther and Len to keep their son's memory alive and to remember all those who lost their lives in service to their country.[291]

On April 5, 2008, Stuart had sent Len and her a "wonderful email" in which he quoted Psalm 104 and included photos he had taken in Iraq.[292] She has saved this email in a special notebook along with other keepsakes, and explained: "I love that Stuart took the time to look beyond his life as a soldier in Iraq, considered what God has created, and made sure we also shared the experience.[293] She acknowledged that her son's "desire to help others and make the world a better place" was what led him down his path.[294] She only wishes she "could have seen where his efforts would have taken him and witnessed all the good he could have done."[295]

---

287 *Id.* ¶ 37.
288 *See id.*
289 *See id.* ¶ 38.
290 *Id.*
291 *See id.* ¶ 41.
292 *Id.* ¶ 42.
293 *Id.*
294 *Id.* ¶ 45.
295 *Id.*

Plaintiffs have requested an award of $5 million for Esther Wolfer's solatium claim. I recommend that the Court enter judgment in that amount.

### ii. Leonard Wolfer

Len described a close family and how much they "enjoyed doing things together."[296] It was a family that skied together, traveling to Hunter Mountain in New York, Killington Mountain in Vermont and even Italy for skiing trips. On his and Esther's 25th wedding anniversary, they took their children with them on their anniversary trip to Hawaii.[297]

The family valued Jewish traditions, and Friday night Shabbat dinners were integral part of their lives. Len described how his son's strong Jewish identity led to his involvement and leadership in their local BBYO chapter during his high school years.[298] His son's "strong desire to help people" animated his need "to give back."[299] Len explained that "these qualities likely came from Jewish values known as *tikkun olam*, which means 'repairing the world,' that we had instilled in him."[300] In fact, during his senior year in high school, Stuart helped build homes in Texas by participating in a program with the American Jewish World Service.[301]

After their son's graduation from Washington University, it became clear that his participation in an ROTC class had sparked an interest in enlisting. Len and Esther were worried, but Stuart was determined.[302] Len recalled: "Stuart was proud to be an American and felt strongly that he should serve his country. He plainly told us, 'I'm so fortunate to live in this country. I need to do this.'"[303] Len said that when his son "set his mind to something, he followed through."[304]

---

296 Ex. 28, Declaration of Leonard Wolfer, dated February 3, 2021, ¶ 6.
297 *See id.*
298 *See id.* ¶ 8, 10.
299 *Id.* ¶ 9.
300 *Id.*
301 *See id.*
302 *See id.* ¶ 11.
303 *Id.*
304 *Id.* ¶ 12.

After Stuart's first deployment to Kuwait from August 2004 to October 2005 and the birth of his third daughter in 2006, the family came together in Idaho in 2007 to celebrate Rosh Hashana with Stuart, his wife Lee, and their three girls.[305] Initially, Len thought the holiday would be the last time they would see their son before he deployed but was delighted when they were able to spend Thanksgiving together in Iowa.[306] During that holiday, Stuart tried to reassure him, telling him not to worry since "he would not be on the front lines, and the area was like a 'safe zone.'"[307]

After Stuart shipped out to Iraq in January 2008, he and his parents stayed in touch with emails and Skype. Len tried not to "worry too much" since his son "was supposed to be safer in the Green Zone."[308] Stuart and his wife had discussed "staying in shape" while Stuart was in Iraq, and Len knew that Stuart often worked out at the gym on base.[309] It was this exercise regimen that caused his son to be in the wrong place at the wrong time: "Unfortunately for Stuart, the fitness center was not a safe zone. The mortar attack in the Green Zone impacted the fitness center. Stuart and a fellow soldier, Stephen Scott, were both killed in the attack. Many other soldiers were injured."[310]

Len recalled that Lee was the one who initially called them with the terrible news: "She told us the military had just left her house. I could not believe what she was telling us."[311] It fell to Len to call his daughter, which was especially difficult because of the close relationship she and Stuart shared.[312]

305 *See id.* ¶¶ 15-17
306 *See id.* ¶¶ 17-18.
307 *Id.* ¶ 18.
308 *Id.* ¶ 19.
309 *Id.* ¶ 20.
310 *Id.*
311 *Id.* ¶ 21.
312 *See id.*

Len described viewing his son's body at the mortuary: "As I looked into the casket, at the dead person lying there, I did not want to believe that it was my son. Yet there he was. I gently touched Stuart's shoulder, and I looked upon his face for the last time."[313] The funeral was held at the synagogue the following day, and when they drove from the service to the cemetery, Len noticed that "every car on the road stopped as we passed. People got out of their cars and stood at attention."[314] He said that he had "never seen anything like that kind of support before. It was beyond respectful. Those memories still bring tears to my eyes."[315]

Following the Jewish tradition, Len said "*kaddish*," the "mourner's prayer," for his son every day. He said he did not find this "comforting."[316] [redacted][317] Not long after Stuart was killed, Len, Esther, and Stuart's sister started the Major Stuart Adam Wolfer Institute to send packages to soldiers serving abroad and packets to veterans. Though he is proud of their organization's work, it does not replace all the conversations he could have had with his son, nor the opportunities to tell him how proud he was of his accomplishments.[318]

Len expressed sadness for all that was lost when his son was killed: Stuart and Lee's daughters lost "the best man to have helped them through their lives."[319] In addition to the heartache that he and Esther have endured, he feels "deep sadness" for Stuart's family and for Stuart's sister.[320] He described his son as an "excellent leader" who would have likely been "promoted to lieutenant colonel."[321] Len knows that his son had so much more he could have

313 *Id.* ¶ 23.
314 *Id.* ¶ 24.
315 *Id.*
316 *Id.* ¶ 27.
317 *See id.*
318 *See id.* ¶¶ 30-31.
319 *Id.* ¶ 33.
320 *Id.*
321 *Id.* ¶ 34.

accomplished. "He had such a bright future. Like many other experiences, it makes me sad to know Stuart never had the chance to fully live his life."[322]

Thoughts of his son come to him at "sudden and unexpected times."[323] Sometimes, he watches television and sees "a happy family" when reality hits him: "I am more aware that I do not have my complete family; Stuart is not here."[324]

Plaintiffs have requested an award of $5 million for Leonard Wolfer's solatium claim. I recommend that the Court enter judgment in that amount.

**e. APRIL 6, 2008, ATTACK – BAGHDAD**

In 2008, Staff Sergeant ("SSG") Emanuel Pickett was serving as the squad leader for the 1st Squad, 2nd Platoon, 1132nd Military Police Company at FOB Rustamiyah. On the afternoon of April 6, 2008, a concrete pad at FOB Rustamiyah experienced a single round of indirect fire. As a result, the soldiers at FOB Rustamiyah, including SSG Pickett, proceeded to the nearest bunker for protection. FOB Rustamiyah then received three additional rounds of indirect fire, one of which struck the front of the bunker where SSG Pickett was located. SSG Pickett was mortally wounded in the attack and later died at the 86th Combat Hospital. *See* ECF No. 304 at 30-31. On June 3, 2026, this Court found satisfactory evidence in the record to demonstrate that "Iran and its proxies liable for the death of SSG Emanuel Pickett." *Id.* at 31.

The Plaintiffs in this case from the Pickett family injured as a result of this attack are: Merlese Pickett, SSG Pickett's mother[325]; and Harry Cromity, SSG Pickett's brother. *See* AC ¶¶ 877-883.

---

322 *Id.*
323 *Id.* ¶ 35.
324 *Id.*
325 Merlese Pickett recently passed away. Once the process of opening an estate on her behalf is completed, Plaintiffs will move to substitute the Estate of Merlese Pickett as the proper party and will submit her damages claim for the Court's consideration.

The following chart reflects the claims asserted by each of the Plaintiffs injured in the April 6, 2008, attack, as well as the evidence setting forth the basis of those claims. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| **Plaintiff** | **Relationship to Direct Victim** | **Claim(s) Asserted** | **Evidence** | **Exhibit** |
|---|---|---|---|---|
| Harry Cromity | Brother of Emanuel Pickett | Solatium claim $2.5 million | Copy of Harry Cromity's Birth Certificate | 29 |
| | | | Declaration of Harry Cromity, dated September 9, 2019 | 30 |

**1. Solatium Claims Brought by SSG Emanuel Pickett's Family Members**

**i. Harry Cromity**

Harry Cromity was born on May 29, 1966.[326] He is the older brother of SSG Emanuel Pickett, and often called Emanuel, "my baby."[327] Harry recalled helping little Emanuel get dressed for school and Sunday school and holding his hand when they went out.[328] He also helped Emanuel with his homework, taught him to ride a bicycle, and noted: "All of this time together kept us very close."[329] When Emanuel got older, Harry taught him to play basketball and football, beginning with games in their backyard and later basketball at the local gym.[330] Harry also enjoyed watching Emanuel play basketball as a member of junior high school and high school teams.[331]

Harry described Emanuel as "a hard-working person," and noted his part-time job in high

326 *See* Ex. 29, Birth Certificate of Harry Cromity. Harry and Emanuel share the same parents. However, Harry was born before his mother and father married, so he was given his mother's maiden name instead of his father's surname.
327 Ex. 30, Declaration of Harry Cromity, dated September 9, 2019, ¶ 5.
328 *See id.* ¶ 6.
329 *Id.* ¶ 38.
330 *See id.* ¶ 10.
331 *Id.*

school which he continued while attending the law enforcement classes at the junior college.[332] Sometime after Emanuel was hired as a police officer by the Wallace Police Department, he joined the National Guard. After his initial training, he continued to work for the police department and ultimately became an MP in the military.[333]

During Emanuel's first deployment, his mother kept Harry and his siblings "updated as to how Emanuel was doing," and Harry also helped pay for some of the items which were included in his brother's care packages.[334] After Emanuel's first Iraq tour ended, he and Harry "spent a lot of time together."[335] Harry explained, "We mostly did household chores like cleaning the house and washing cars, but I really loved having that time after not having seen him for so long."[336] By the time Emanuel shipped out for his final tour in 2007, Harry was living in Wallace, not far from his parents' home in Teachey.[337]

On the evening of April 6, 2008, at approximately 5:30 p.m., Harry "saw Emanuel's picture on the TV screen" and telephoned their mother.[338] Unable to reach his mother by phone, he "immediately drove" the few miles to her home and "found her on the living room floor shouting, 'My baby! My baby!'"[339] Harry described what he witnessed as "horrible" and says "I do not believe I was able to even begin to process what had happened."[340]

Harry shared the following recollections from his time at the funeral home: "When I looked into the open casket and saw my brother, I knew it was real. One side of his face seemed scorched and I presume this was from the attack. But even with that injury, the man I saw was Emanuel. My

332 *See id.* ¶ 13.
333 *Id.* ¶ 14.
334 *Id.* ¶ 15.
335 *Id.* ¶ 16.
336 *Id.*
337 *See id.* ¶ 17.
338 *See id.* ¶ 18.
339 *Id.*
340 *Id.*

brother was really gone."[341] He attempted to further describe his thoughts and reactions from this experience in this way:

> When I saw Emanuel's body, a lot of thoughts ran through my mind. I looked at my brother, and the fact that he was not going to come back began to sink in. Of course, I knew that no one lives forever and I believe that God had to have taken him for a reason, but even knowing that, I did not want Emanuel to be gone.[342]

Harry "talked to Emanuel" and asked, "Brother, why did it have to be you?"[343]

During the funeral services at the church and cemetery, Harry and his family "were all so proud of Emanuel for his service, but we were all crying because he was not here with us anymore."[344] Moreover, witnessing his mother's collapse after the 21-gun salute was presented, "was incredibly upsetting."[345] For years, Harry has visited Emanuel's grave – as often as two to three times each week.[346] He recounted, "Each time, I sit on my knees and I pray with him. Often I talk to him, too," because he "feel[s] the need to be close to my baby brother."[347]

When holidays arrived after Emanuel died, Harry did not feel like he should be celebrating them. He shared, "Many of those days included time we [Emanuel and Harry] had spent together, often grilling or cooking together as a family. I could not feel happy on those days with Emanuel gone."[348] Harry also recognized how holiday gatherings have changed since Emanuel was killed and acknowledged, "When we gather as a family for holidays, we are all aware that Emanuel is not there. He is basically "the missing child."[349] In addition, when "thoughts of Emanuel just jump into my [Harry's] mind," he felt "very sad" and "ha[d] to find a quiet place to be alone."[350]

---

341 *Id.* ¶ 20.
342 *Id.* ¶ 21.
343 *Id.*
344 *Id.* ¶ 23.
345 *Id.*
346 *See id.* ¶ 24.
347 *Id.* ¶ 24.
348 *Id.* ¶ 30.
349 *Id.* ¶ 27.
350 *Id.*

When Harry described the "special T-shirts" he and his family members have worn in Emanuel's honor, he noted the following:

> When I first started wearing the shirt, I cried often. When I wear it now, I wear it with pride. People come up to me and ask me about Emanuel. I tell them what a good person Emanuel was. Although I am glad to share stories and information about Emanuel, wearing the shirt that day always keeps the memories – happy ones and sad ones – in the front of my mind.[351]

Harry believed Emanuel would "want to be here with us," yet has been forced to accept that "there is nothing we can do to bring him back."[352] However, he further explained, "When I think about Emanuel now, I am hurt inside and still feel very sad. I love him and even though he is in a better place, I still want to see him." He added, "I can only hope that one day I will see my baby brother again."[353]

Plaintiffs have requested an award of $2.5 million for Harry Cromity's solatium claim. I recommend that the Court enter judgment in that amount.

**f. APRIL 8, 2008, ATTACK – KHARGULIAH**

On the evening of April 8, 2008, Staff Sergeant ("SSG") Jeffery Hartley was traveling in a four-vehicle convoy on route to FOB Hammer, when his vehicle was struck by a multi-array EFP. SSG Jeffery Hartley was seated in the right front passenger seat and killed instantly. The Court found satisfactory evidence in the record to demonstrate that the attack was traceable to Iran and its proxies and entered default judgment against Iran. *See* ECF No. 304 at 33-34.

David Wade Hartley is the father of SSG Jeffery Hartley and a Plaintiff in this case. He also represents the Estate of Jeffery Hartley,[354] a Plaintiff in this case. *See* AC ¶¶ 910-911. The

---

351 *Id.* ¶ 26.
352 *Id.* ¶ 25.
353 *Id.* ¶ 31.
354 Plaintiffs will submit a claim for damages on behalf of the Estate of Jeffery Hartley in a subsequent submission.

following chart reflects the claim asserted by this Plaintiff, as well as the evidence setting forth the bases of that claim. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| David Wade Hartley | Father of Jeffery Hartley | Solatium $5 million | Copy of David Wade Hartley's Birth Certificate | 31 |
| | | | Declaration of David Wade Hartley, dated July 1, 2019 | 32 |

**1. Solatium Claims Brought by SSG Jeffery Hartley's Family Members**

**i. David Wade Hartley**

David described his son, Jeffery, as "a true hero."[355] "In all, he earned eight Army Commendation Medals (one with valor), two Bronze Stars (one with valor), and two Purple Hearts. He was the definition of a true hero. He was mine, anyway."[356]

According to David, his son had a rough start in life. As an infant, he suffered from jaundice but thankfully "pulled through."[357] [redacted] Fortunately, David remarried and his wife treated Jeffery like he was her own.[358] In fact, David had adopted his second wife's son, Jeremy, who was the same age as Jeffery and the two of them became inseparable.[359] The two boys were planning to enlist together but Jeremy passed away in 2000 at the age of 17 from a heart condition the family was

355 Ex. 32, Declaration of David Wade Hartley, dated July 1, 2019, ¶ 13.
356 *Id.*
357 *Id.* ¶ 4.
358 *See id.* ¶ 3.
359 *See id.* ¶ 9.

unaware of.[360] This tragedy only compounded David's suffering: "No one should ever have to bury their child. I've buried two."[361]

As the chief of police in Hempstead, Texas, David recounted how Jeffery "grew up around police officers" and regarded them as extended family.[362] While his other children were "always getting into trouble," Jeffery was "the good kid."[363] His generosity and kindness extended into his adult life: "Jeffery's radio call sign was Protector 6, and that was right for him. He was always doing something for everyone else."[364] David told how when his son returned from one of his deployments, Jeffery had told him that he'd run out of money: it turned out Jeffery was giving his money to his military buddies who were having marital difficulties, not expecting to be paid back.[365]

His son deployed four times: the first two deployments were to Iraq, followed by a third to Afghanistan, and a final deployment back to Iraq.[366] While Jeffery was deployed, they would email one another and talk over the phone when Jeffery was able to call. David wishes he "had kept all of his emails."[367]

David knew the risks and was "scared for him all the time."[368] An early morning call he received back in 2005 gave him good cause: "In 2005, the Army called me at 6:00 a.m. to tell me Jeffery had been hit by an IED and had a headache. You can imagine what I was thinking when I got a call from them at 6:00 a.m."[369] His son earned his first Purple Heart from that attack, but

---

360 *See id.* ¶¶ 9-10.
361 *Id.* ¶ 10.
362 *Id.* ¶¶ 3-4.
363 *Id.* ¶ 5.
364 *Id.* ¶ 14.
365 *See id.*
366 *See id.* ¶ 13.
367 *Id.* ¶ 11.
368 *Id.*
369 *Id.* ¶ 12.

"tried to refuse it because he didn't think he deserved it."[370] According to David: "I've been with the police force for over thirty years and have seen a lot of bad things. But my job was nothing in comparison to what that boy was experiencing and seeing."[371]

The day that he was notified that his son had been killed, he was at work suffering from an earache and running a fever. He recalled making a doctor's appointment for the following day before heading home. When he got home, his boss called him to tell him that he wanted to come over to talk. David thought that conversation was going to be about the upcoming election but when he looked outside and saw a procession of cars coming up his driveway at 10:00 p.m., he knew why they had come.[372] David described: "The Army had come to the sheriff's office first, and everyone there knew me so the policemen joined the procession to my house in their cars."[373] He recalled going inside to tell his wife and his youngest son the terrible news, then going over to his daughter's house to tell her, and then on to his in-laws, and his mother.[374] He did not sleep for several days after that.[375]

David cannot recall much about the funeral. He does recall that the funeral procession was lined with people for 25 miles, and an Apache helicopter escorted them overhead.[376] He said that he did not speak at the funeral and felt that he "just did well by not crying the whole day."[377]

In 2009, David started a 5K run in Jeffery's memory. It is attended by many, including veterans and Gold Star parents.[378] "Every 15 feet of the run, there's a picture of a fallen along with

370 *Id.*
371 *Id.* ¶ 11.
372 *See id.* ¶¶ 18-19.
373 *Id.* ¶ 20.
374 *See id.*
375 *See id.* ¶ 21.
376 *See id.* ¶ 22.
377 *Id.* ¶ 23.
378 *See id.* ¶¶ 24-25.

his age and name. Apache and Blackhawk helicopters fly overhead."[379] There is also a roll call for every Texas service member killed in Iraq or Afghanistan.[380] He knows the importance of the run but finds it all "too emotional. Way too emotional."[381]

David acknowledged that he never sought counseling [redacted] In fact, he feels "Nothing helps."[382] His son is always on his mind. He often thinks of his son's fondness for cowboy hats and boots which were Jeffery's "trademark."[383] According to David: "He's my little cowboy. He'll always be little to me. We buried him in a cemetery that adjoins my property. You can sit at Jeffery's grave and hear my horses from there. He loved to ride horses."[384]

Plaintiffs have requested an award of $5 million for David Wade Hartley's solatium claim. I recommend that the Court enter judgment in that amount.

**g. APRIL 28, 2008, ATTACK – Baghdad**

On April 28, 2008, Private First Class ("PFC") Adam Marion and Sergeant ("SGT") Mark Stone were killed in an IRAM [Improvised Rocket Assisted Munition] attack on FOB Loyalty in eastern Baghdad. PFC Marion died as a result of fatal shrapnel wounds to his lower extremities. SGT Stone died as a result of a massive hemorrhage. The IRAM attack destroyed FOB Loyalty's theater and damaged and destroyed several vehicles. The attack resulted in the deaths of three service members including PFC Marion and SGT Stone and wounded sixteen other soldiers. The Court found satisfactory evidence in the record to demonstrate that the attack was traceable to Iran and its proxies and entered default judgment against Iran. *See* ECF No. 304 at 34-35.

---

379 *Id.* ¶ 24.
380 *See id.*
381 *Id.* ¶ 26.
382 *Id.* ¶ 21.
383 *Id.* ¶¶ 6, 28.
384 *Id.* ¶ 6.

The plaintiffs in this case are family members of PFC Adam Marion and SGT Mark Stone.

**1. Solatium Claims Brought by PFC Adam Marion's Family Members**

Donnie and Pamela Marion, the parents of PFC Adam Marion, along with his sister, Adrian McCann, are Plaintiffs in this case. *See* AC ¶¶ 940-942. The following chart reflects the claims asserted by these Plaintiffs, as well as the evidence setting forth the bases of these claims. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| **Plaintiff** | **Relationship to Direct Victim** | **Claim(s) Asserted** | **Evidence** | **Exhibit** |
|---|---|---|---|---|
| Pamela Marion | Mother of Adam Marion | Solatium $5 million | Copy of Pamela Marion's Birth Certificate | 33 |
| | | | Declaration of Pamela Marion, dated July 9, 2019 | 34 |
| Donnie Marion | Father of Adam Marion | Solatium $5 million | Copy of Donnie Marion's Birth Certificate | 35 |
| | | | Declaration of Donnie Marion, dated July 9, 2019 | 36 |
| Adrian McCann | Sister of Adam Marion | Solatium $2.5 million | Copy of Adrian McCann's Birth Certificate | 37 |
| | | | Declaration of Adrian McCann, dated February 3, 2021 | 38 |

**i. Pamela Marion**

Adam was the younger of Pamela ("Pam") and Donnie's two children.[385] Pam recounted how even at a young age, her son loved children. She recalled his begging her "to have a baby so

[385] *See* Ex. 34, Declaration of Pamela Marion, dated July 9, 2019, ¶¶ 2, 5.

that he could spend time with and care for it. I fondly recall many times in church where I would look for Adam, finding him holding babies or caring for toddlers."[386]

She and Adam had a very special "mother-son connection:"[387] they talked often, and though he went through a phase when hugging in public "was no longer allowed," after his teen years, Pam was grateful when he "returned to being a hugger and was affectionate in quiet times and in public, especially as we said our goodbyes."[388]

Family was a very important part of their lives, and on holidays they gathered with extended family to celebrate. Family dinners were especially important, and even as Adam and his sister, Adrian, got older, they continued to have supper together every Sunday.[389]

Though her son was unsure of his next step after high school graduation, he worked at various jobs and attended classes at a local community college. Eventually, he decided that his path was to enlist, and he joined the North Carolina Army National Guard in April 2007.[390] Though this surprised her, she "supported his choices and respected the fact that he had clearly spent time researching his options."[391] When he graduated Basic Training on July 4, 2007, she was proud of all that he had achieved: "I always knew that when Adam decided to do something, he gave it his all."[392]

Her son deployed to Iraq in October 2007, and they stayed in touch several times a week, mostly via Skype.[393] When Adam returned on leave in March 2008, she was delighted: "Adam had left a boy and had become a man. He seemed both responsible and content and I was very pleased

---

386 *Id.* ¶ 6.
387 *Id.* ¶ 8.
388 *Id.*
389 *See id.* ¶¶ 9, 11.
390 *See id.* ¶¶ 3, 12-13
391 *Id.* ¶ 13.
392 *Id.* ¶ 14.
393 *See id.* ¶ 15.

and proud to see how he had grown and matured."[394] While he was home, they arranged for each family member to have "special alone-time with him."[395] She remembered the day the two of them spent together; they went to lunch and then visited a cousin who had just had a baby. Pam recalled: "It made me smile to see how he still loved to be with children. It was a truly wonderful day that holds a special place in my memory and in my heart."[396]

Her last phone call with her son occurred the day prior to the attack. It was a Sunday, and it was part of Adam's routine to call on Sunday nights. The call had to be cut short due to something Adam needed to attend to, and when her husband tried to reach him the following day, the system was down.[397]

Soon after her husband tried unsuccessfully to reach Adam, Pam recalled looking out her bedroom window and seeing two service members in uniform. She knew immediately they had come about Adam, but processing that her son was gone was nearly impossible[398] — "My initial reaction to the news of Adam's death was complete numbness. I grew limp and fell into Donnie's arms, and then we cried and cried. It was incomprehensible. The reality of the horror could not really sink in."[399] They managed to call their son-in-law, and Adam's sister, Adrian, came over immediately.[400]

The five days it took for her son's remains to return home were the hardest of her life.[401] However, the sight of his casket draped in the American flag was like reopening a fresh wound:

---

394 *Id.* ¶ 16.
395 *Id.* ¶ 17.
396 *Id.*
397 *See id.* ¶ 18.
398 *See id.* ¶ 19.
399 *Id.* ¶ 20.
400 *See id.*
401 *Id.* ¶ 21.

"Until then, I had focused on waiting for his return. Once I saw the casket, Adam's death began to become real."[402]

At the funeral home, Pam requested to see her son's face one last time. The funeral director granted her request "because there had been no facial damage and most of the damage that resulted from the attack had impacted Adam's chest."[403] She was uncertain that she "could bear it" but grateful that, though he was "very pale," he "still looked like" her "dear son."[404]

At the gravesite military service, Pam was handed the flag that had draped Adam's casket. She still does not know how she managed to get through the experience and the days that followed.[405] Pam reflected: "Even now, I cannot comprehend how I got through those horrifically emotional days."[406]

The family has planted a garden with a flagpole in the center in Adam's memory. There is a bench and granite monument nearby which includes an image of her son. The garden is within walking distance of her home and Adrian's home; Pam can see the flagpole from her window.[407] When she walks to the site and sits on the bench, she feels "close to Adam" and "comforted."[408] There is also an annual golf tournament that Pam and her husband run in memory of their son. The tournament raises funds for the local children's center "thus connecting Adam to youngsters, for whom he always cared."[409]

Pam visits her son's grave on his birthday, Veteran's Day, and Memorial Day. She also visits several times a week. She added that as she passes the cemetery often, she "simply cannot

---

402 *Id.* ¶ 23.
403 *Id.* ¶ 25.
404 *Id.*
405 *See id.* ¶ 27.
406 *Id.*
407 *See id.* ¶ 31.
408 *Id.*
409 *Id.* ¶ 32.

just drive by"[410] — "When I am there, I tell Adam that I love him and that we all miss him. Visits to the cemetery are always heart-wrenching, but they also provide some solace."[411]

Pam regrets that her son, who loved children and would have been a wonderful father, never got that chance,[412] and described how, "Each and every day I feel the emptiness. I have experienced many emotions, [redacted][413]

Plaintiffs have requested an award of $5 million for Pamela Marion's solatium claim. I recommend that the Court enter judgment in that amount.

**ii. Donnie Marion**

Donnie recounted how he and Adam bonded over a shared "love of fixing things."[414] Donnie proudly recalled that after Adam enlisted, "he became known within his unit as someone who … could fix things."[415] They also shared a love of baseball. Donnie served as his son's coach from elementary school through high school: "I cannot express the pride I felt as I watched him play baseball, and I treasure the times we shared in practices and during baseball games."[416] In high school, Adam's focus shifted to golf. Yet regardless of the activity, whether it was baseball or hunting or fishing, Donnie expressed that what was most "special" to him were the experiences the two of them shared.[417]

Donnie also described his son's "love of children"[418] — "Throughout his childhood, beginning at a very young age, it became plain to see how much Adam loved children and caring

[410] *Id.* ¶¶ 28-29.
[411] *Id.* ¶ 29.
[412] *See id.* ¶ 33.
[413] *Id.* ¶ 34.
[414] Ex. 36, Declaration of Donnie Marion, dated July 9, 2019, ¶ 6.
[415] *Id.*
[416] *Id.* ¶ 7.
[417] *Id.* ¶¶ 7-8
[418] *Id.* ¶ 10.

for them."[419] He said that Adam had "volunteered at a children's center, caring for as many as nine children – who had come from homes of neglect and abuse – at a time."[420] Even after his high school graduation, his son continued to work at the children's center.[421]

After Adam decided to join the North Carolina Army National Guard, Donnie and Pam attended his graduation. He "could not have been prouder."[422] Several months later, when their son deployed to Iraq in October 2007, they stayed in touch with emails and via Skype and Yahoo Messenger.[423]

Adam returned on leave in March 2008, and he and Donnie spent a day together playing golf, grilling steaks, and playing cards till late at night. He said that the time they spent together that day "will always stay with" him.[424] When Donnie took Adam to the airport to return to Iraq, he recalled that Adam did not turn to look back: "I have always wondered it if was too hard for him to say goodbye to us again. That was the last time I saw my son alive."[425]

To Donnie's recollection, the evening they received the notification that Adam had been killed was an ordinary one: he and Pam were watching television when they saw a car pull into their driveway.[426] They watched as two service members made their way to the door. He recalled holding his wife as she "went limp" after hearing the news.[427]

As there had been media coverage of Adam's death in Iraq, when his casket arrived at Greensboro airport, the family was joined by 250 people.[428] Donnie described how on the long

---

419 *Id.* ¶ 9.
420 *Id.* ¶ 10.
421 *See id.* ¶ 11.
422 *Id.* ¶ 12.
423 *See id.* ¶ 14.
424 *Id.* ¶ 16.
425 *Id.* ¶ 17.
426 *See id.* ¶ 18.
427 *Id.*
428 *See id.* ¶ 20.

drive to the funeral home, the hearse was escorted by five cars from the sheriff's department and five highway patrolman. They were also escorted by veterans on motorcycles "with flags displayed."[429] En route, he recalled seeing American flags placed on overpasses as they drove through. As they neared the funeral home, cars pulled over, and their occupants got out and stood with bowed heads[430] — "All of the effort and support people showed us was both heartwarming and deeply distressing."[431]

For Donnie, April is the cruelest month: "During this time, Adam is foremost in my mind in a more powerful way. In addition to the actual date of his death, this is a time when we are involved with a golf tournament created in Adam's memory."[432] The event raises funds for the Children's Center of Surry, "thus linking Adam's love of golf and his caring efforts with children."[433]

One of the items that was returned to the family after Adam was killed was a Bible Donnie had given him before he deployed. His son had written a note on the front page of the Bible:[434]

> I never knew how much I loved my dad until I arrived at basic-training at Fort Leonardwood, MO and found this bible in my duffle bag. It made me realize that the little things in life that me and my dad have argued about were not worth it, life is too short for that. I hope one day I will have the chance to pass this bible onto someone else like my dad did to me. I love you very much dad.[435]

Donnie treasures this Bible and all his memories. His son is in his thoughts "each and every day."[436] According to Donnie, "Adam is the first thing I think of in the morning and the last thing I think about at the end of the day."[437] He remains inconsolable even after all the years that have

---

429 *Id.*
430 *See id.* ¶ 21.
431 *Id.*
432 *Id.* ¶ 22.
433 *Id.*
434 *See id.* ¶ 26.
435 *Id.*
436 *Id.*
437 *Id.*

passed: "For us, there is nothing anyone can say or do to make it better. The loss of a child is something one cannot fully describe, but it is the most devastating thing that has happened to me in my life."[438]

Plaintiffs have requested an award of $5 million for Donnie Marion's solatium claim. I recommend that the Court enter judgment in that amount.

**iii. Adrian McCann**

Adrian, Adam's sister, was three years younger and shared "a rare friendship"[439]with her brother. As kids, they would ride the school bus together after school to their grandparents' house, where they would "play in the fields and then have dinner with them" until their parents returned from work.[440] The routine made them "inseparable."[441] She recalled that Adam confided in her about the girls he liked, and they could talk to one another "about everything."[442] They "encouraged each other" and "helped one another and gave each other guidance."[443]

When Adam made the decision to join the Army National Guard in April 2007, she was "both proud and worried."[444] She understood the risks: "In the back of my mind, I was always nervous that something bad would happen to Adam. Sadly, I was correct."[445]

What concerned her most was her brother's demeanor when he returned on leave from Iraq: "He returned a changed man. He was more confident but seemed more apprehensive. He expressed to me that he had witnessed things that had bothered him."[446] She noticed that before his leave was

438 *Id.* ¶ 25.
439 Ex. 38, Declaration of Adrian McCann, dated February 3, 2021, ¶¶ 5, 7.
440 *Id.* ¶ 6.
441 *Id.*
442 *Id.* ¶ 9.
443 *Id.* ¶¶ 9-10.
444 *Id.* ¶ 15.
445 *Id.*
446 *Id.* ¶ 17.

up, "he made a concerted effort to say goodbye to everyone in the family, even the most extended family members."[447] She felt as if he "knew that he was not coming home again from Iraq."[448]

The evening that she received the notification that her brother had been killed, she had been working late. After work, she joined her husband and their children at her parents' house for dinner. She and her husband and children had just arrived back at their home, a short distance away from her parents' house, when her father called her.[449] She recalled: "I could hear my father crying and my mother screaming in the background."[450]

The need to take care of her parents while working on the details of her brother's burial was especially difficult for her. She also had her own family to care for: "I had to swallow my agony to help them but also had a family that needed me as well."[451] She barely had time to grieve herself and "could not sleep or eat" during this time.[452]

Adrian knows that her brother had always "loved children" and had "wanted a large family of his own."[453] She mourns the fact that her children will not "grow up together" with Adam's children.[454] She is saddened by the fact that she and Adam have been "robbed" of all that could have been[455] — "None of that will happen now that Adam is dead."[456]

Adrian's extended family lives within walking distance of one another: her grandmother, parents, and her own family all have homes nearby. A spot had been reserved for Adam to build

---

447 *Id.* ¶ 18.
448 *Id.*
449 *See id.* ¶ 20.
450 *Id.* ¶ 21.
451 *Id.* ¶ 25.
452 *Id.* ¶ 26.
453 *Id.* ¶¶ 27-28.
454 *Id.* ¶ 28.
455 *Id.*
456 *Id.*

his own house, and Adrian is anguished by the fact that the "lot remains empty because he was taken from us."[457]

Her family and her faith are Adrian's bedrock. She grieves the fact that her brother is no longer there to share their family holiday traditions. It is a loss that she and the entire family bear together[458] — "Even when there should be joy there is always a sense of sadness that brings me to tears. It is agonizing watching your loved ones deal with the pain and suffering we endured from this nightmare."[459]

Plaintiffs have requested an award of $2.5 million for Adrian McCann's solatium claim. I recommend that the Court enter judgment in that amount.

**2. Solatium Claims Brought by SGT Mark Stone's Family Members**

Don Stone, the brother of SGT Mark Stone, is a Plaintiff in this case. *See* AC ¶ 947. The following chart reflects the claim asserted by this Plaintiff, as well as the evidence setting forth the bases of that claim. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| **Plaintiff** | **Relationship to Direct Victim** | **Claim(s) Asserted** | **Evidence** | **Exhibit** |
|---|---|---|---|---|
| Don Stone | Brother of Mark Stone | Solatium $2.5 million | Copy of Don Stone's Birth Certificate | 39 |
| | | | Declaration of Don Stone, dated February 5, 2020 | 40 |

457 *Id.* ¶ 29.
458 *See id.* ¶¶ 6, 29-31
459 *Id.* ¶ 31.

### i. Don Stone

Don and his younger brother Mark were only a year and a half apart. Don described how they "grew up in a typical household in Marble Falls, Texas."[460] Their father was a local truck driver and their mother an elementary school teacher.[461] He remembered family vacations at the beach and fishing trips with their father.[462] He has fond memories of spending most of "those outings horsing around with each other and swimming together."[463]

Things changed when he and Mark were only 13 and 11, respectively: their mother passed away from cancer, after which their father "spent most of his time working to support" the family[464] — "With our mom no longer alive and our dad always at work, our childhood ended abruptly. [redacted][465]

He and Mark handled their loss differently. [redacted][466] According to Don, Mark "buried his pain deep inside" and was a good student and an avid reader[467] — "Mark lived his life responsibly and stayed out of trouble."[468]

Since they were close in age, they often traveled in the same social circles and had mutual friends. Yet, as the older brother, Don always felt protective of Mark.[469] Don recalled: "I saw him as vulnerable because he was quiet and shy. I wanted to keep him safe and out of harm's way because he was the most important person in the world to me."[470]

---

460 Ex. 40, Declaration of Don Stone, dated February 5, 2020, ¶ 5.
461 *See id.*
462 *See id.* ¶ 7.
463 *Id.*
464 *Id.* ¶ 8
465 *Id.*
466 *Id.* ¶ 9.
467 *Id.* ¶ 10.
468 *Id.*
469 *See id.* ¶ 11.
470 *Id.*

When Don transferred to a local Christian parochial school, Mark transferred as well so they could attend together.[471] The change of school led them to attend church regularly, and Don noticed that Mark "found comfort in attending church and developed a strong and abiding faith in God. His faith was his moral cornerstone and influenced everything he did."[472]

Since their father had served in the Army, Don recalled that Mark considered a career in the military as well.[473] Don explained: "Mark felt a patriotic duty to serve his country coupled with the fact that he had a desire to see the world and experience adrenaline-rushing adventures."[474]

Mark followed through and enlisted after graduating high school. Don attended his graduation from Basic Training in Fort Leonard Wood, Missouri, and a second graduation ceremony after Mark's training at Fort Bliss in El Paso, Texas.[475] Though Mark was initially assigned to Fort Polk in Louisiana, "within months" he was deployed to Afghanistan.[476]

A year after Mark's return from Afghanistan, he learned that he would soon be deployed to Iraq. Don recalled that his brother had an ominous feeling about this next deployment.[477] Before he left, Mark had told him that he "had a strong feeling that he would not make it home."[478] Don believed this was his brother's "reaction to heading off into a war zone" and refused "to consider the possibility" that his brother would not return.[479] According to Don, "I had already lost my mother. I simply could not bear the thought of losing my brother as well."[480]

---

471 *See id.* ¶ 13.
472 *Id.* ¶ 14.
473 *See id.* ¶ 17.
474 *Id.*
475 *See id.* ¶¶ 18-19.
476 *Id.* ¶ 20.
477 *See id.* ¶ 23.
478 *Id.*
479 *Id.*
480 *Id.*

When he received the news that Mark had been killed, Don was living in Washington State. He received a call at work from an Army chaplain and initially thought the chaplain was going to tell him that Mark had been injured.[481] After persuading the chaplain to talk to him over the phone rather than in person,[482] when he learned Mark had been killed, his "mind went blank."[483] Don recalled: "Then it occurred to me that my brother's premonition had come to pass, and I suddenly felt alone."[484]

When Don arrived at the funeral, he could not bring himself to view his brother's body. He understood that Mark's body "had sustained significant damage" and did not want that image to be his final memory.[485] The funeral was the beginning of Don's year long struggle to make sense of his brother's death.[486] [redacted][487] [redacted][488] [redacted][489] [redacted] Though he was married at the time, he struggled to talk to his wife and share his feelings.[490] [redacted][491]

---

481 *See id.* ¶¶ 25-26.
482 *See id.* ¶ 25.
483 *Id.* ¶ 26.
484 *Id.*
485 *Id.* ¶ 30.
486 *See id.* ¶ 31
487 *Id.*
488 *Id.*
489 *Id.* ¶ 32.
490 *See id.* ¶¶ 32-34
491 *Id.* ¶ 33.

He now strives to live his life in a way that would have made Mark proud of him. He became a police officer, and he and his wife started a family.[492] Yet all this progress makes him feel "overwhelming sadness that Mark missed out on so many of life's pleasures and joys."[493]

Plaintiffs have requested an award of $2.5 million for Don Stone's solatium claim. I recommend that the Court enter judgment in that amount.

**h. JULY 16, 2009, ATTACK – BASRA**

On the evening of July 16, 2009, five 107mm rockets were launched at the Contingency Operating Base ("COB") in Basra. One of the rockets detonated fifteen feet from a designated smoking area where Specialist ("SPC") Daniel Drevnick and three other service members were located. When the siren was sounded to indicate incoming indirect fire, the four service members, including Daniel, attempted to seek shelter but failed to reach safety in time. Daniel was mortally wounded and died approximately two and a half hours later en route to a medical facility. Two of the other service members were killed in the attack. The Court found satisfactory evidence in the record to demonstrate that the attack was traceable to Iran and its proxies and entered default judgment against Iran. *See* ECF No. 304 at 36-38.

Daniel Drevnick's father, Kenneth J. Drevnick, is a Plaintiff in this case. *See* AC ¶ 1090. The following chart reflects the claim asserted by this Plaintiff, as well as the evidence setting forth the bases of that claim. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

492 *See id.* ¶ 35.
493 *Id.* ¶ 36.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Kenneth J. Drevnick | Father of Daniel Drevnick | Solatium claim $5 million | Copy of Kenneth J. Drevnick's Birth Certificate | 41 |
| | | | Declaration of Kenneth J. Drevnick, dated July 9, 2019 | 42 |

#### 1. Solatium Claims Brought by SPC Daniel Drevnick's Family Members

##### i. Kenneth J. Drevnick

Kenneth described how, over the years, he came to look at his son, Daniel ("Dan"), as his "'go-to person'"—the one he turned to when he needed to get things done[494] — "He had a knack for figuring out what needed to be done, and then doing it; he was my problem-solver. In many ways, he was also my best friend."[495]

In fact, he and his son developed a very close bond, which only grew after Dan's high school days. Kenneth and Dan's mother had divorced when Dan was just two years old, but from the time Dan was a junior in high school, he chose to live with his father.[496]

The two of them bonded over their love of cars and racing: they spent many weekends at the racetrack and "also rebuilt cars together."[497] Kenneth explained: "Racing brought us closer together. Dan started driving when he was 16 and by the time he was 22, he had already bought 3 new cars and some old ones."[498] Kenneth said that from the age of 15 or 16, when Dan came to live with him, Dan always showed his father great affection: "He never left home without giving me a hug and telling me he loved me, even in front of his friends."[499]

494 Ex. 42, Declaration of Kenneth J. Drevnick, dated July 9, 2019, ¶ 26.
495 *Id.*
496 *See id.* ¶ 5.
497 *Id.* ¶ 7.
498 *Id.*
499 *Id.* ¶ 8.

In the spring of 2005, Dan joined the National Guard and managed to complete some of his training even prior to his high school graduation. Since Kenneth was a Minnesota State Trooper, he was not surprised when Dan decided to train to join the Military Police.[500]

Before his son deployed to Iraq in 2009, they decided to go on a father-son trip. In February 2009, they traveled to the Florida Keys and chartered a boat for two days of sport fishing.[501] Kenneth recalled: "We were both very happy to be there together, and this is a powerful memory of how close we were."[502]

When Dan deployed to Iraq in April 2009, they corresponded every 2-3 days. Though Kenneth was relieved that his son was assigned perimeter duty at his base, he said that Dan never mentioned the "daily rocket attacks against his base."[503]

When Dan did not call him on Father's Day, Kenneth was disappointed, but the following day, he got a surprise: his son called to let him know that he was coming home on a two-week leave.[504] Kenneth recalled: "He scheduled his leave so he could come home and surprise me on Father's Day, but he was delayed by a day."[505] During his leave, Kenneth realized how much his son had matured. He proudly noted that Dan "had figured it out and became a man – and was going about things the right way."[506] Kenneth was delighted with the time they spent together "doing the things we both loved" and could not have imagined that Dan's two-week leave would be the last time he would see his son.[507]

---

500 *See id.* ¶¶ 8-9.
501 *See id.* ¶ 11.
502 *Id.*
503 *Id.* ¶ 13.
504 *See id.* ¶ 14.
505 *Id.*
506 *Id.* ¶ 15.
507 *Id.* ¶ 16.

The notification came in the early hours of July 17, 2009. Kenneth looked out the window and saw two service members in dress uniform.[508] According to Kenneth, "Having served 30 years as a State Trooper, I made enough notifications to know exactly what they were going to say – and I was in shock. Your heart really does break when you hear that your son has been killed."[509]

When Kenneth and his wife traveled to Dover to receive Dan's casket, they met the families of the two other service members who had been killed in the same attack.[510] "There was a massive outpouring of support from our community and from across the country," Kenneth said, "but none of that made things better."[511] [redacted][512]

[redacted][513] [redacted] as did attending various Gold Star family events. Yet some events proved too difficult.[514] At one point, they attended a "'missing man' roll call," where his son's name was called three times without an answer, and a coffin was wheeled out while Taps was played. [redacted][515]

He has found some comfort in the memorial fund he has set up in his son's name, the Daniel Drevnick Memorial Fund, which provides scholarships to veterans and their family members who enroll in law enforcement programs.[516] He also feels that Dan is very much still with him: he sees

---

508 *See id.* ¶ 17.
509 *Id.*
510 *See id.* ¶ 18.
511 *Id.*
512 *Id.* ¶ 17.
513 *Id.* ¶ 20.
514 *See id.* ¶¶ 20-21.
515 *Id.* ¶ 21.
516 *See id.* ¶ 22.

"signs" of his son's presence "everywhere."[517] "On my birthday, for example, a bald eagle flew in front of me at treetop level for several miles as I was driving. That was Dan. I journal all these different signs, the things no one can explain."[518]

He feels blessed to have known his son for the 22 years of his short life but misses "him all the time."[519] According to Kenneth: "His absence from my life is something I always feel."[520]

Plaintiffs have requested an award of $5 million for Kenneth J. Drevnick's solatium claim. I recommend that the Court enter judgment in that amount.

**CONCLUSION**

For the reasons stated herein, the Special Master recommends that the following Plaintiffs receive the following awards, which include punitive damages per ECF No. 196.

| Plaintiff | Economic Loss Claim | Unreimbursed Funeral Expenses | Conscious Pain & Suffering Claim | Solatium Claim | Punitive Damages Claims per ECF No. 196 |
|---|---|---|---|---|---|
| Noah Thornsberry | | | | $750,000 | $2,250,000 |
| Anne Harris | | | | $5 million | $15,000,000 |
| Paul Harris | | | | $5 million | $15,000,000 |
| Estate of Jerome Potter | $2,882,804.87 | $9,886.62 | $1 million | | $11,678,074.47 |
| Estate of Holly Burson | | | | $7 million | $21,000,000 |
| Rachel Gillette | | | | $5 million | $15,000,000 |
| Rebekah Scott | | | | $5 million | $15,000,000 |
| Esther Wolfer | | | | $5 million | $15,000,000 |
| Leonard Wolfer | | | | $5 million | $15,000,000 |
| Harry Cromity | | | | $2.5 million | $7,500,000 |
| David Wade Hartley | | | | $5 million | $15,000,000 |
| Pamela Marion | | | | $5 million | $15,000,000 |

517 *Id.* ¶ 23.
518 *Id.* ¶ 25.
519 *Id.* ¶ 26.
520 *Id.*

| | | | | | |
|---|---|---|---|---|---|
| Donnie Marion | | | | $5 million | $15,000,000 |
| Adrian McCann | | | | $2.5 million | $7,500,000 |
| Don Stone | | | | $2.5 million | $7,500,000 |
| Kenneth J. Drevnick | | | | $5 million | $15,000,000 |

Dated: September 9, 2026

Respectfully submitted,

/s/ Jack McKay
D.C. Bar 159335
2829 Connecticut Avenue, N.W. Apt 811
Washington, D.C. 20008