**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIMOTHY KARCHER, *et al.*,<br>Plaintiffs,<br>v.<br>ISLAMIC REPUBLIC OF IRAN,<br>Defendant. | Civil Action No. 16-00232 (CKK) |

**ORDER AND JUDGMENT**
(September 28th, 2026)

For the reasons explained in detail in this Court's [314] Memorandum Opinion and Order, which adopted Special Master McKay's Report and Recommendation on damages, and indicated that punitive damages are to be calculated by multiplying each Plaintiff's compensatory damages by three (as set forth in this Court's Memorandum Opinion, ECF No. 196), it is hereby this 28th day of September 2026,

ORDERED that final judgment be entered for $207,428,074.47, in favor of the sixteen Plaintiffs specified in the Damages Chart attached hereto, and against Defendant Islamic Republic of Iran, on the claims specified in that Chart.

Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE