# DAMAGES MATRIX

| Plaintiff | Economic Loss Claim | Unreimbursed Funeral Expenses | Conscious Pain & Suffering Claim | Solatium Claim | Punitive Damages Claims per ECF No. 196 |
|---|---|---|---|---|---|
| Noah Thornsberry | | | | $750,000 | $2,250,000 |
| Anne Harris | | | | $5 million | $15,000,000 |
| Paul Harris | | | | $5 million | $15,000,000 |
| Estate of Jerome Potter | $2,882,804.87 | $9,886.62 | $1 million | | $11,678,074.47 |
| Estate of Holly Burson | | | | $7 million | $21,000,000 |
| Rachel Gillette | | | | $5 million | $15,000,000 |
| Rebekah Scott | | | | $5 million | $15,000,000 |
| Esther Wolfer | | | | $5 million | $15,000,000 |
| Leonard Wolfer | | | | $5 million | $15,000,000 |
| Harry Cromity | | | | $2.5 million | $7,500,000 |
| David Wade Hartley | | | | $5 million | $15,000,000 |
| Pamela Marion | | | | $5 million | $15,000,000 |
| Donnie Marion | | | | $5 million | $15,000,000 |
| Adrian McCann | | | | $2.5 million | $7,500,000 |
| Don Stone | | | | $2.5 million | $7,500,000 |
| Kenneth J. Drevnick | | | | $5 million | $15,000,000 |